IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § | |
| Plaintiff, | § § | Case No.: 4:05-CV-472 |
| vs. | § § | |
| TRAVIS E. CORRELL, individually and doing business as Horizon Establishment, et al. | § § § | |
| Defendants, and | § § § | |
| BANNER SHIELD, LLC; et al. | § § § | |
| Defendants Solely for Purposes of Equitable Relief. | § § | |

## ORDER TO SHOW CAUSE

Plaintiff, Securities and Exchange Commission ("Commission"), and S. Gregory Hays, the court-appointed receiver ("Receiver"), having filed a *Joint Motion for Order to Show Cause and Order Holding Defendant Neulan D. Midkiff in Civil Contempt* and the Court having considered the joint motion:

NOW THEREFORE IT IS ORDERED that defendant Neulan D. Midkiff shall appear before UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, located at U.S. District Court Annex; 200 N. Travis St., Mezzanine Level (Chase Bank Building), Sherman, Texas 75090, at 10:00 a.m. on Tuesday, the 25th day of April, 2006, and show cause, if any, why he should not be held in civil contempt of court for the violations of this Court's

orders as alleged in *Joint Motion for Order to Show Cause and Order Holding Defendant Neulan D. Midkiff in Civil Contempt.*

IT IS FURTHER ORDERED that defendant Neulan D. Midkiff shall file and deliver to counsel for the Commission and Receiver a written response to the *Joint Motion for Order to Show Cause and Order Holding Defendant Neulan D. Midkiff in Civil Contempt* at least fifteen (15) calendar days prior to the above time and date set for his appearance before this Court.

IT IS FURTHER ORDERED that the failure of defendant Neulan D. Midkiff to appear before this court as directed above may result in the entry of a civil contempt order directing the United States Marshal to take him into custody and bring him before this court.

**SIGNED this the 28th day of March, 2006.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE