# EXHIBIT A

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**
**For the Period from  12/1/2007  to  12/31/2007**

January 14, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 8.20<br>325.00/hr | 2,665.00 |
| For professional services rendered | 8.20 | $2,665.00 |

---

CIRA - Certified Insolvency and Restructuring Advisor        CTP - Certified Turnaround Professional

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

Receiver

For the Period from 12/1/2007 to 12/31/2007

January 14, 2008

Professional Services

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/3/2007 | SGH | Reviewed bank reconciliations. Reviewed status of pending matters and updated project list. Reviewed email from John Sabitano regarding tax matter. Reviewed issues regarding criminal proceeding and documents to be produced. | 0.40 325.00/hr | 130.00 |
| | SGH | Reviewed bar date motion. | 0.40 325.00/hr | 130.00 |
| 12/4/2007 | SGH | Met with David Dantzler, Bill Arnold, Tom Bosch, Richard Hunter and Scott Askue and reviewed claims and plans to make a distribution to creditors. Updated project management system with pending matters. Conference call with Marshall Gandy regarding same. | 2.00 325.00/hr | 650.00 |
| | SGH | Reviewed emails from Clark Will and Dee Raibourn. | 0.20 325.00/hr | 65.00 |
| 12/5/2007 | SGH | Reviewed issues regarding automobiles and other Texas matters. | 0.30 325.00/hr | 97.50 |
| 12/7/2007 | SGH | Reviewed and responded to emails. Telephone call from David Dantzler regarding | 0.20 325.00/hr | 65.00 |
| 12/10/2007 | SGH | Reviewed and approved invoices for filing fee application. | 0.20 325.00/hr | 65.00 |
| | SGH | Reviewed and approved bar date motion. | 0.20 325.00/hr | 65.00 |
| 12/11/2007 | SGH | Reviewed and responded to emails as appropriate. | 0.20 325.00/hr | 65.00 |
| 12/12/2007 | SGH | Reviewed the $10,906 legal fee invoice for November. Drafted email to counsel regarding | 0.40 325.00/hr | 130.00 |
| | SGH | Reviewed revised invoices and　　　　with counsel. | 0.30 325.00/hr | 97.50 |
| 12/13/2007 | SGH | Reviewed and responded to email regarding revisions of invoices. | 0.30 325.00/hr | 97.50 |
| | SGH | Reviewed pending matters and met with David Dantzler regarding | 0.50 325.00/hr | 162.50 |
| | SGH | Reviewed revised invoices for legal fees. Drafted emails regarding same. | 0.40 325.00/hr | 130.00 |
| | SGH | Reviewed final draft of bar date order and plans for mailing. | 0.40 325.00/hr | 130.00 |
| 12/19/2007 | SGH | Reviewed invoices for legal fees. | 0.30 325.00/hr | 97.50 |
| 12/20/2007 | SGH | Reviewed　　　　　　from counsel. | 0.30 325.00/hr | 97.50 |

REDACTED　REDACTED　REDACTED

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/20/2007 | SGH | Reviewed email regarding bar date notice. | 0.20 325.00/hr | 65.00 |
| 12/26/2007 | SGH | Reviewed and responded to email from investor. Reviewed correspondence and drafted note to Scott Askue regarding pending matters. | 0.20 325.00/hr | 65.00 |
| 12/28/2007 | SGH | Telephone call from investor in Sterling Meridian. Discussed investor's issues with Shuwanda Sloane. | 0.40 325.00/hr | 130.00 |
| 12/31/2007 | SGH | Reviewed status of pending matters. Drafted emails regarding filing another interim report. | 0.40 325.00/hr | 130.00 |
| | | **For professional services rendered** | **8.20** | **$2,665.00** |

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**
**For the Period from 1/1/2008 to 1/31/2008**

February 27, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 7.10<br>350.00/hr | 2,485.00 |
| **For professional services rendered** | **7.10** | **$2,485.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

Receiver

For the Period from 1/1/2008 to 1/31/2008

February 27, 2008

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/8/2008 | SGH | Reviewed documents regarding MegaFund and forwarded to IRS agent Ron Loecker. Reviewed and responded to emails from David Dantzler regarding | 0.30 350.00/hr | 105.00 |
| 1/10/2008 | SGH | Reviewed Quilling, Sealander monthly bill for $26K. Drafted email to Scott Askue regarding same. | 0.40 350.00/hr | 140.00 |
| 1/11/2008 | SGH | Reviewed and responded to emails from Scott Askue and David Dantzler regarding | 0.30 350.00/hr | 105.00 |
| 1/15/2008 | SGH | Reviewed December bills for Receiver and Accountants to Receiver. | 0.30 350.00/hr | 105.00 |
| | SGH | Telephone call from Wells Fargo regarding the $47,000 still frozen at the bank. Drafted email to David Dantzler and Scott Askue regarding Reviewed and responded to several emails regarding the issue of closing the account of Gowdy, Johnson, and To Your Health. | 0.40 350.00/hr | 140.00 |
| | SGH | Reviewed and updated project list. Drafted emails regarding pending issues. Drafted emails to and reviewed emails from Clark Will regarding pending matters in Texas. | 0.50 350.00/hr | 175.00 |
| 1/18/2008 | SGH | Telephone call from SEC regarding payments to the court. Reviewed and responded to emails regarding LaFavre and Ripley. Reviewed and responded to emails from counsel in Atlanta and Texas. | 0.40 350.00/hr | 140.00 |
| 1/21/2008 | SGH | Reviewed email from Clark Will and updated project list with pending matters. Drafted email to Clark Will, David Dantzler and Scott Askue regarding | 0.50 350.00/hr | 175.00 |
| | SGH | Reviewed bank reconciliation and signed forms. | 0.30 350.00/hr | 105.00 |
| | SGH | Telephone call from investor Nelson T. Palmapier who invested $1 million. Drafted email to Shuwanda Sloane and Scott Askue regarding same and requested they contact the investor. | 0.30 350.00/hr | 105.00 |
| 1/22/2008 | SGH | Reviewed and updated project list. | 0.20 350.00/hr | 70.00 |
| | SGH | Reviewed and responded to emails from Clark Will regarding fee issues and pending matters. | 0.20 350.00/hr | 70.00 |
| | SGH | Telephone call from Wells Fargo regarding frozen funds. Drafted email to Scott Askue, David Dantzler and Clark Will regarding | 0.40 350.00/hr | 140.00 |

REDACTED REDACTED REDACTED

REDACTED

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/22/2008 | SGH | Reviewed email and discussed issues with Shuwanda Sloane regarding her conversation with Rhonda Blair of SEC related to creditor calls. | 0.30 350.00/hr | 105.00 |
|  | SGH | Telephone call to David Dantzler regarding ⟨redacted⟩ Drafted email regarding updating project list. | 0.20 350.00/hr | 70.00 |
|  | SGH | Reviewed updated letter to post to website. | 0.30 350.00/hr | 105.00 |
|  | SGH | Reviewed issues regarding Sandra Thompson and possible recovery. Reviewed emails regarding same. | 0.40 350.00/hr | 140.00 |
| 1/23/2008 | SGH | Reviewed and responded to emails from staff and counsel. | 0.40 350.00/hr | 140.00 |
| 1/25/2008 | SGH | Reviewed status of pending matters. Met with David Dantzler and Harrilee Cheshire and ⟨redacted⟩ Discussed sale of Portland Monthly, Element Payment Systems and other matters including Moody. | 0.60 350.00/hr | 210.00 |
| 1/28/2008 | SGH | Telephone call from David Dantzler regarding ⟨redacted⟩. Discussed offer, plans to sell and request for terms. Reviewed and responded to emails regarding same. | 0.40 350.00/hr | 140.00 |
|  |  | **For professional services rendered** | **7.10** | **$2,485.00** |