# EXHIBIT B

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
**For the Period from 12/1/2007 to 12/31/2007**

January 14, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| Julie N. Hentosz | 1.00<br>70.00/hr | 70.00 |
| Mark C. King, CTP, CCE | 0.30<br>210.00/hr | 63.00 |
| Richard F. Hunter, CFE | 1.10<br>180.00/hr | 198.00 |
| Scott S. Askue, CIRA | 17.30<br>210.00/hr | 3,633.00 |
| Shuwanda Y. Sloane, CFE | 1.20<br>100.00/hr | 120.00 |
| **For professional services rendered** | **20.90** | **$4,084.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 0.25 |
| Document Storage | 455.00 |
| Equipment Storage | 138.00 |
| Federal Express | 26.81 |
| Postage | 20.92 |
| **Total costs** | **$640.98** |
| **Total amount of this bill** | **$4,724.98** |

CCE - Certified Computer Examiner          CPA - Certified Public Accountant
CFE - Certified Fraud Examiner             CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor   PHR - Professional in Human Resources

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from   12/1/2007   to   12/31/2007**

January 14, 2008

REDACTED

Professional Services

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/3/2007 | SSA | Left voice mail message for Leezie Kim regarding Element Payment note. | 0.10 / 210.00/hr | 21.00 |
| | SSA | Telephone call from Clark Will regarding case issues. Updated chart with information regarding same. Reviewed for information regarding TK Production. | 0.90 / 210.00/hr | 189.00 |
| | SSA | Reviewed status of various case issues and recoveries. Updated recovery analysis with status and case issues. | 2.70 / 210.00/hr | 567.00 |
| | SSA | Reviewed fee application for October prior to filing. | 0.30 / 210.00/hr | 63.00 |
| | RFH | Reviewed and responded to email from David Dantzler regarding ⎵   Reviewed photographs and drafted email regarding ⎵ to Mr. Dantzler and Aaron Morrison. | 0.70 / 180.00/hr | 126.00 |
| 12/4/2007 | SSA | Prepared for and met with the Receiver, his staff and Troutman Sanders' office regarding | 3.50 / 210.00/hr | 735.00 |
| | SSA | Telephone call to Leezie Kim regarding Element Payment Systems note. | 0.30 / 210.00/hr | 63.00 |
| | SSA | Drafted emails to Bob Meehan and Clark Will regarding tax returns for 2006 through 2007 and financial records for same. | 0.30 / 210.00/hr | 63.00 |
| 12/5/2007 | SSA | Reviewed status and project list from Quillings' office relating to Texas matters. | 0.30 / 210.00/hr | 63.00 |
| 12/6/2007 | SYS | Reviewed voice mail messages from investors Melvin Blubaugh and Ross Woodard regarding the status of their submitted claims. | 0.50 / 100.00/hr | 50.00 |
| 12/7/2007 | SSA | Researched, reviewed and updated bar date order. | 0.50 / 210.00/hr | 105.00 |
| | SSA | Reviewed for information relating to investment in North Dakota property by Greg Thompson. | 0.50 / 210.00/hr | 105.00 |
| | SSA | Reviewed for confidential information in the document depository. Drafted email to Harrilee Cheshire regarding | 0.30 / 210.00/hr | 63.00 |
| | SSA | Drafted email to Clark Will regarding status of tax refund payment. | 0.10 / 210.00/hr | 21.00 |
| | SSA | Reviewed fee invoice for November 2007 for content. | 0.60 / 210.00/hr | 126.00 |

REDACTED REDACTED

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/7/2007 | RFH | Reviewed and responded to email from David Dantzler regarding [REDACTED] Discussed same with Scott Askue. | 0.20 180.00/hr | 36.00 |
| 12/10/2007 | SSA | Finalized fee invoices for circulation. | 0.20 210.00/hr | 42.00 |
| | SSA | Telephone call to Leezie Kim regarding status of financial records from Element Payment Systems. | 0.20 210.00/hr | 42.00 |
| 12/11/2007 | RFH | Reviewed and responded to email from Melissa Lu regarding [REDACTED] | 0.20 180.00/hr | 36.00 |
| 12/13/2007 | JNH | Researched for details of a delivery sent to Minnesota. | 0.50 70.00/hr | 35.00 |
| | SYS | Reviewed voice mail messages from investors and followed up as necessary. | 0.30 100.00/hr | 30.00 |
| | MCK | Telephone calls to Bill Arnold and Julie Hentosz regarding [REDACTED]. Reviewed and responded to emails regarding same. | 0.30 210.00/hr | 63.00 |
| 12/18/2007 | SSA | Reviewed claim order and letter to investor. Drafted emails to Tom Bosch regarding [REDACTED]. Prepared report of potential investors and creditors who have not filed proof of claim forms. | 2.70 210.00/hr | 567.00 |
| | SSA | Drafted email to Leezie Kim regarding status of financial statements from Element Payment Systems. | 0.20 210.00/hr | 42.00 |
| | SSA | Researched for information relating to Greg Thompson's North Dakota property. Drafted email to Mike Clark regarding same. | 0.50 210.00/hr | 105.00 |
| 12/19/2007 | SSA | Reviewed and edited bar date letter to accompany bar date order. | 0.60 210.00/hr | 126.00 |
| 12/20/2007 | JNH | Organized bar date notice mailing with mailing house. | 0.50 70.00/hr | 35.00 |
| | SSA | Finalized bar order letter. Reviewed names of potential creditors who did not file proofs of claim. Formatted for the bar date mailing. | 2.50 210.00/hr | 525.00 |
| 12/31/2007 | SYS | Reviewed and responded to emails from several investors. | 0.40 100.00/hr | 40.00 |
| | | **For professional services rendered** | **20.90** | **$4,084.00** |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 12/1/2007 | Document storage/Document Depository - December 2007 | 455.00 |
| | Equipment storage - December 2007 | 138.00 |
| 12/6/2007 | FedEx to Neulan Midkiff | 12.46 |
| 12/31/2007 | Copying cost for December 2007. | 0.25 |
| | Postage charges for December 2007. | 20.92 |
| | FedEx to Quilling Selander Cummiskey on 11/29/07 | 14.35 |
| | **Total costs** | **$640.98** |
| | **Total amount of this bill** | **$4,724.98** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
For the Period from 1/1/2008 to 1/31/2008

February 27, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| J. Wesley Pennington, CPA, CFE, CIRA, CTP | 5.40 | 1,890.00 |
| | 350.00/hr | |
| Julie N. Hentosz | 0.50 | 50.00 |
| | 100.00/hr | |
| K. Shelby Bao | 1.40 | 210.00 |
| | 150.00/hr | |
| Kathryn A. Malek, PHR | 1.30 | 221.00 |
| | 170.00/hr | |
| M. Lindsay Dukes | 2.20 | 165.00 |
| | 75.00/hr | |
| Mark C. King, CTP, CCE | 10.40 | 2,392.00 |
| | 230.00/hr | |
| Richard F. Hunter, CFE | 3.40 | 663.00 |
| | 195.00/hr | |
| Robert E. Meehan, CPA | 6.50 | 1,625.00 |
| | 250.00/hr | |
| Scott S. Askue, CIRA | 18.70 | 4,488.00 |
| | 240.00/hr | |
| Shuwanda Y. Sloane, CFE | 65.20 | 7,824.00 |
| | 120.00/hr | |
| **For professional services rendered** | **115.00** | **$19,528.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 82.50 |
| Document Storage | 455.00 |
| Equipment Storage | 138.00 |
| Fax | 2.00 |
| Pacer Charges | 3.68 |
| Postage | 52.04 |
| **Total costs** | **$733.22** |

| | |
|---|---:|
| **Total amount of this bill** | **$20,261.22** |

---

CCE - Certified Computer Examiner
CFE - Certified Fraud Examiner
CIRA - Certified Insolvency and Restructuring Advisor
CPA - Certified Public Accountant
CTP - Certified Turnaround Professional
PHR - Professional in Human Resources

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from 1/1/2008 to 1/31/2008**

February 27, 2008

REDACTED

Professional Services

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/2/2008 | JNH | Telephone calls to and from Innosource regarding the bar date mailing. | 0.50 100.00/hr | 50.00 |
| | SSA | Continued formatting data for potential investors who had not previously remitted claim forms. | 1.40 240.00/hr | 336.00 |
| | REM | Researched and responded to 2005 and 2006 property tax notices from Gwinnett County. | 2.00 250.00/hr | 500.00 |
| 1/3/2008 | REM | Reviewed request for tax payments from Kerry Sitton's attorney. Drafted memo requesting comments on response. | 1.00 250.00/hr | 250.00 |
| | SSA | Drafted email to Kim Wright regarding her late husband's claim in the case. | 0.20 240.00/hr | 48.00 |
| | SSA | Telephone call from David Dantzler regarding Drafted email to same regarding | 0.20 240.00/hr | 48.00 |
| 1/7/2008 | SSA | Reviewed, responded to and forwarded mail as necessary. | 0.50 240.00/hr | 120.00 |
| | SYS | Telephone calls to and from investors in response to recent request to submit investor claim forms. | 1.00 120.00/hr | 120.00 |
| | KSB | Reviewed and edited December 2007 fee invoices for HFC and Receiver. | 1.00 150.00/hr | 150.00 |
| | SYS | Telephone calls from investors inquiring about the notices regarding submitted claim forms. Researched investor database for same. | 0.60 120.00/hr | 72.00 |
| | SYS | Reviewed previously submitted claim forms. Entered information from same into investor database. | 1.80 120.00/hr | 216.00 |
| 1/8/2008 | SSA | Reviewed defendant's records for transactions and information relating to Megafund. Telephone call from Mark King regarding same. | 1.30 240.00/hr | 312.00 |
| | MCK | Reviewed and responded to emails regarding forensic data requests. Telephone calls to and from Ken Frye and Scott Askue regarding same. Researched and reviewed forensic data as requested. | 1.40 230.00/hr | 322.00 |
| 1/9/2008 | RFH | Reviewed and responded to email from Kerry Gutierrez regarding the closing documents for the sale of the Panama City timeshare. Reviewed the closing documents. | 0.30 195.00/hr | 58.50 |
| | SYS | Reviewed submitted claim forms forwarded from investors and updated information in the investor database as necessary. Telephone calls to and from | 2.10 120.00/hr | 252.00 |

REDACTED

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | several investors regarding the receipt of letters from the Receiver advising that claim forms have not been submitted and the bar date for same. | | |
| 1/9/2008 | SYS | Telephone calls to and from investors regarding the receipt of forwarded notices advising that claim forms have not been submitted and the bar date. | 1.20 120.00/hr | 144.00 |
| | SYS | Reviewed voice mail message forwarded from investors and followed up as necessary with same. | 0.60 120.00/hr | 72.00 |
| | SYS | Researched files for previously submitted claim forms as requested. Updated investor database with information from same. | 0.90 120.00/hr | 108.00 |
| | SSA | Updated claim form for additional claims to be filed after bar date mailing. | 0.30 240.00/hr | 72.00 |
| 1/10/2008 | RFH | Reviewed and responded to email from Kerry Gutierrez regarding closing documents for the Panama City timeshare. Reviewed same with the Receiver. Prepared and forwarded executed documents to Ms. Gutierrez. | 0.40 195.00/hr | 78.00 |
| | SYS | Reviewed submitted investor claim forms. Entered information from same into investor database. | 1.50 120.00/hr | 180.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about forwarded notices advising of the bar date and the receipt of submitted investor claim forms. Reviewed database for same. | 0.90 120.00/hr | 108.00 |
| 1/11/2008 | SSA | Telephone call from Bill Arnold regarding Drafted email to same regarding : | 0.40 240.00/hr | 96.00 |
| | RFH | Reviewed and responded to email from Kerry Gutierrez regarding the closing documents for the sale of the Panama City timeshare. | 0.20 195.00/hr | 39.00 |
| | SYS | Telephone calls to and from investors regarding forwarded notices of receipt of proof of claim forms. | 0.90 120.00/hr | 108.00 |
| | SYS | Reviewed submitted claim forms. Entered information from same into investor database. | 1.30 120.00/hr | 156.00 |
| | SSA | Reviewed and responded to emails from the Receiver regarding his issues with QSCL invoice. | 0.30 240.00/hr | 72.00 |
| | SYS | Reviewed voice mail messages forwarded from investors in response to recent notices advising of the bar date to submit investor claims and followed up with same as necessary. | 0.40 120.00/hr | 48.00 |
| | SSA | Drafted email regarding payment of payment of professional fees. | 0.20 240.00/hr | 48.00 |
| | SYS | Researched files for submitted investor claim forms as requested per various investors and followed up with same. | 0.70 120.00/hr | 84.00 |
| | SYS | Reviewed voice mail messages from several investors regarding the notices received and the receipt of submitted investor claim forms and followed up with same. | 0.50 120.00/hr | 60.00 |
| 1/14/2008 | KSB | Prepared final bills for HFC and Receiver for December 2007. | 0.40 150.00/hr | 60.00 |
| | SYS | Reviewed voice mail messages forwarded from several investors regarding received notices and submitted investor claim forms and followed up with same. | 0.40 120.00/hr | 48.00 |
| | SYS | Telephone calls to and from several investors regarding the recent notice advising of claims bar date. | 0.50 120.00/hr | 60.00 |
| | RFH | Reviewed and responded to emails from Kerry Gutierrez regarding the sale of the Panama City timeshare. | 0.20 195.00/hr | 39.00 |

REDACTED

REDACTED

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/14/2008 | SYS | Telephone calls to investors who submitted claim forms by the set bar date and claims were not filed with the previous court filing. | 1.40<br>120.00/hr | 168.00 |
| | SYS | Telephone call from Jeff of Signet regarding the company's $1 million claim and the submitted claim form for same. | 0.20<br>120.00/hr | 24.00 |
| | SYS | Telephone calls to and from investors regarding recent notice advising of claims bar date. Reviewed submitted investor claim forms. | 2.20<br>120.00/hr | 264.00 |
| | SYS | Reviewed previously submitted claim forms and recorded date of receipt for same into investor database. | 1.90<br>120.00/hr | 228.00 |
| | SSA | Reviewed and finalized fee invoice for December 2007. | 0.50<br>240.00/hr | 120.00 |
| | SSA | Drafted email to David Dantzler regarding | 0.20<br>240.00/hr | 48.00 |
| 1/15/2008 | SSA | Telephone call from David Dantzler regarding | 0.20<br>240.00/hr | 48.00 |
| | SYS | Reviewed submitted claim forms for investors who have IRA accounts and organized same by claim ID numbers. | 1.90<br>120.00/hr | 228.00 |
| | SYS | Reviewed previously submitted claim forms. Entered information from same into investor database. | 2.20<br>120.00/hr | 264.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about the recent notices and the bar date to submit claim forms. Referred same to company website as necessary. | 0.70<br>120.00/hr | 84.00 |
| | SYS | Reviewed and organized previously submitted investor claim forms and followed up with various investors as requested regarding same. | 1.60<br>120.00/hr | 192.00 |
| | SSA | Drafted email to Shuwanda Sloane regarding case report. | 0.20<br>240.00/hr | 48.00 |
| 1/16/2008 | RFH | Reviewed and responded to emails from Kerry Guitierrez regarding documents necessary to sell the Panama City timeshare. Drafted email to David Dantzler . Reviewed and responded to emails from Mr. Dantzler and Harrilee Cheshire regarding | 0.60<br>195.00/hr | 117.00 |
| | SYS | Telephone calls to and from several investors regarding the recent notices forwarded to same advising of the set bar date and followed up as necessary. | 1.50<br>120.00/hr | 180.00 |
| | SYS | Telephone calls to and from investors inquiring about the receipt of submitted investor claim forms. Researched files for same as requested. Updated the investor database as necessary. | 2.20<br>120.00/hr | 264.00 |
| | SYS | Reviewed voice mail messages from several investors regarding the receipt of submitted claim forms and followed up with same as necessary. | 0.70<br>120.00/hr | 84.00 |
| | SYS | Continued to review previously submitted investor claim forms. Entered information from same into investor database. | 1.40<br>120.00/hr | 168.00 |
| 1/17/2008 | SYS | Reviewed emails from investors and followed up as necessary regarding forwarded notices advising of the set bar date and submitted proof of claim forms. | 0.40<br>120.00/hr | 48.00 |
| | SYS | Reviewed previously submitted claim forms. Entered information from same into investor database. | 2.50<br>120.00/hr | 300.00 |
| | SSA | Reviewed for information relating to Element Payment Systems investment. Reviewed financial information relating to same. | 1.00<br>240.00/hr | 240.00 |

SEC v. Travis Correll et al                                                      Page    4

|            |     |                                                                                                                                                                                                                                                                              | Hrs/Rate       | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------|--------|
| 1/17/2008  | SYS | Telephone calls to and from investors inquiring about recently received notices. Continued to review and organize previously submitted investor claim forms. Entered information from same into investor database as necessary.                                              | 2.20 120.00/hr | 264.00 |
| 1/18/2008  | SSA | Researched for information relating to Travis Correll's investment in To Your Health. Drafted email to Clark Will with findings.                                                                                                                                             | 0.80 240.00/hr | 192.00 |
|            | SYS | Reviewed previously submitted investor claim forms to verify accurate contact information and claimant information has been entered into the investor database.                                                                                                              | 2.40 120.00/hr | 288.00 |
|            | SYS | Continued to review previously submitted claim forms. Entered information from same into investor database and followed up with investors inquiring about same.                                                                                                              | 1.60 120.00/hr | 192.00 |
|            | SYS | Continued to review voice mail messages from investors regarding the receipt of submitted claim forms and researched files for information related to same. Telephone calls to investors regarding same. Entered information from claim forms into investor database.       | 0.80 120.00/hr | 96.00  |
|            | MCK | Researched and reviewed documents regarding investors of Creative Wealth and related entities. Prepared summary schedules of investors for further review by counsel and Receiver. Telephone calls to and from David Dantzler, the Receiver, and Bill Arnold regarding      | 3.40 230.00/hr | 782.00 |
|            | MCK | Continued to research and review documents regarding investors of Creative Wealth and related entities. Updated summary schedules of investors for further review by counsel and Receiver.                                                                                    | 2.40 230.00/hr | 552.00 |
| 1/21/2008  | SYS | Reviewed and responded to email from Terra Williams of Innosource regarding an outstanding invoice for the production of documents. Forwarded same to Scott Askue for review.                                                                                                | 0.20 120.00/hr | 24.00  |
|            | SSA | Drafted status letter to investors for posting on website.                                                                                                                                                                                                                   | 1.00 240.00/hr | 240.00 |
|            | SSA | Telephone call from Mark King regarding Creative Wealth investors. Researched regarding same and other related matters.                                                                                                                                                      | 0.50 240.00/hr | 120.00 |
|            | SYS | Reviewed voice mail messages from several investors and followed up as necessary.                                                                                                                                                                                            | 0.70 120.00/hr | 84.00  |
|            | RFH | Reviewed email from the Receiver regarding analysis of real property of Neulan Midkiff. Researched LexisNexis website, Louisiana Tax Commission website, and other websites regarding same.                                                                                   | 1.70 195.00/hr | 331.50 |
|            | SSA | Reviewed issues with corporate investments and drafted emails to Tom Borton and Wes Pennington regarding                                                                                                                                                                      | 0.40 240.00/hr | 96.00  |
|            | SSA | Drafted email to Tom Borton regarding                                                                                                                                                                                                                                        | 0.20 240.00/hr | 48.00  |
|            | SYS | Reviewed previously submitted investor claim forms. Entered information from same into investor database.                                                                                                                                                                    | 0.90 120.00/hr | 108.00 |
|            | SYS | Reviewed email from the Receiver regarding investor Nelson Palmatier and his $1 million claim. Telephone call to the investor to advise that his claim has been received by the Receiver's office and referred same to company website for future updates.                  | 0.30 120.00/hr | 36.00  |

REDACTED

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/21/2008 | SYS | Continued to review submitted investor claim forms and followed up with investors to advise of receipt of same as requested. Updated investor database information as necessary. | 2.30 120.00/hr | 276.00 |
| | JWP | Reviewed email from Scott Askue regarding update on Portland Monthly and SagaCity valuation. | 0.40 350.00/hr | 140.00 |
| | JWP | Evaluated updated financial information. Considered earnings, cash flow, discount rate, debt, and capital structure in estimating value. | 2.50 350.00/hr | 875.00 |
| | JWP | Updated valuation model with current earnings and cash flow data. Reviewed results. | 0.90 350.00/hr | 315.00 |
| | MCK | Researched and examined documents and financial records regarding Creative Wealth, related entities investors and financial transactions. Prepared and updated summary schedules for review by counsel and Receiver. Telephone calls to and from Scott Askue regarding matter. | 2.80 230.00/hr | 644.00 |
| 1/22/2008 | SSA | Prepared for and met with Wes Pennington regarding valuation of Portland Monthly and Element Payment Systems. Reviewed financial statements for same. | 1.50 240.00/hr | 360.00 |
| | SSA | Conference call with Travis Correll, Peter Wold, Rich Douglas of G2 LLC, Susan Palmatier of Josephs Jack and Jodie Bush of Josephs Jack regarding Sentinel Partners interrogatories. Drafted email to Tom Borton regarding | 1.50 240.00/hr | 360.00 |
| | SYS | Telephone call to Rhonda Blair of the SEC regarding investor Nelson Palmatier and his $1 million claim. Drafted email to the Receiver regarding same. | 0.50 120.00/hr | 60.00 |
| | SYS | Discussed issues with the Receiver regarding updates to the investor database. | 0.40 120.00/hr | 48.00 |
| | SYS | Reviewed voice mail messages from several investors inquiring about submitted investor claim forms and followed up as necessary. | 0.90 120.00/hr | 108.00 |
| | SYS | Reviewed voice mail messages from investors regarding the status of distributions and followed up with same as necessary. | 0.70 120.00/hr | 84.00 |
| | JWP | Met with Scott Askue regarding results of Portland Monthly analysis and discussed strategy for resolving matter. Drafted email to Mr. Askue and Nick Farrell to | 1.60 350.00/hr | 560.00 |
| 1/23/2008 | SSA | Reviewed Troutman Sanders fee invoice for December 2007. | 0.20 240.00/hr | 48.00 |
| | SSA | Reviewed and responded to emails from Tom Borton regarding | 0.30 240.00/hr | 72.00 |
| | SSA | Updated letter to investors. Drafted email to and reviewed emails form David Dantzler regarding | 0.80 240.00/hr | 192.00 |
| | SSA | Reviewed bankruptcy docket of Bill Richards and drafted email to Bill Arnold regarding | 0.50 240.00/hr | 120.00 |
| | REM | Began review of tax records accumulated to date. | 2.00 250.00/hr | 500.00 |
| 1/24/2008 | SYS | Reviewed voice mail messages from investors and followed up with same regarding the receipt of submitted investor claim forms. | 0.80 120.00/hr | 96.00 |
| | SSA | Telephone call to Tom Borton regarding | 0.50 240.00/hr | 120.00 |
| | SSA | Reviewed status of case issues and updated matters to complete. | 0.40 240.00/hr | 96.00 |

REDACTED

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/24/2008 | MLD | Prepared mailing for investors regarding proofs of claim. | 1.00 75.00/hr | 75.00 |
| | MLD | Continued to prepare mailing for investors regarding proofs of claim. | 1.20 75.00/hr | 90.00 |
| | KAM | Researched incorrect address and forwarded 1099 form to Bray & Freeman LP | 0.20 170.00/hr | 34.00 |
| 1/25/2008 | SSA | Reviewed status of case issues. Updated electronic case management with status of recoveries. | 1.20 240.00/hr | 288.00 |
| | SSA | Telephone call to Clark Will regarding status of Texas issues and recoveries. | 0.40 240.00/hr | 96.00 |
| | SYS | Reviewed previously submitted investor claim forms. Entered information from same into investor database. | 1.00 120.00/hr | 120.00 |
| | SYS | Continued to review previously submitted investor claim forms. Entered information from same into investor database. | 1.50 120.00/hr | 180.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about the status of previously submitted claim forms and followed with same as necessary. | 0.90 120.00/hr | 108.00 |
| | SYS | Continued to review voice mail messages forwarded from several investors regarding submitted investor claim forms and the receipt of same. | 0.50 120.00/hr | 60.00 |
| | SSA | Reviewed letter to William Watson regarding document request. Drafted email to Tom Borton regarding REDACTED | 0.30 240.00/hr | 72.00 |
| | REM | Reviewed tax situation of entire case to prepare for update meeting. | 1.00 250.00/hr | 250.00 |
| | REM | Met with attorneys to discuss tax status of case and planned strategies. | 0.50 250.00/hr | 125.00 |
| | MCK | Prepared for and met with David Dantzler, Receiver and team to · | 0.40 230.00/hr | 92.00 |
| 1/26/2008 | KAM | Reviewed and researched distributions that require 1099 production. Amended records to reflect need for 1099 printing. | 0.30 170.00/hr | 51.00 |
| 1/28/2008 | SYS | Reviewed and organized submitted claim forms and followed up with various investors as requested. | 1.20 120.00/hr | 144.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about the status of submitted claim forms and followed up as necessary. | 0.30 120.00/hr | 36.00 |
| 1/29/2008 | SSA | Reviewed fee application and telephone call from Melissa Lu regarding REDACTED | 0.40 240.00/hr | 96.00 |
| 1/30/2008 | SYS | Telephone calls to and from several investors inquiring about the status of submitted claims and receipt of same. | 0.50 120.00/hr | 60.00 |
| | SSA | Telephone call to David Dantzler regarding | 0.20 240.00/hr | 48.00 |
| | SSA | Drafted email to Rich Douglas regarding status of interrogatories. | 0.20 240.00/hr | 48.00 |
| | SSA | Drafted emails to Clark Will regarding 2007 transactions for issuing of Form 1099's. | 0.20 240.00/hr | 48.00 |
| 1/31/2008 | SYS | Reviewed previously submitted investor claim forms. Entered information from same into investor database. | 1.70 120.00/hr | 204.00 |
| | SYS | Reviewed submitted investor claim forms received in response to recently mailed notices to investors advising of the claims bar date. Entered information from same into investor database. | 1.30 120.00/hr | 156.00 |
| | SYS | Prepared claim forms to be mailed to various investors as requested per same. | 0.40 120.00/hr | 48.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/31/2008 | SYS | Continued to review previously submitted investor claim forms. Entered information from same into investor database. | 1.90 120.00/hr | 228.00 |
| | SSA | Reviewed and approved fee application for December. | 0.30 240.00/hr | 72.00 |
| | SYS | Continued to review previously submitted investor claim forms. Entered information from same into investor database. | 1.50 120.00/hr | 180.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about the status of previously submitted investor claim forms and followed up as necessary. | 0.70 120.00/hr | 84.00 |
| | SYS | Reviewed and organized submitted investor claim forms into appropriate areas. | 1.00 120.00/hr | 120.00 |
| | KAM | Researched and entered information for production of 1099 forms for 2007. Sent Copy B to payees. | 0.80 170.00/hr | 136.00 |
| | | **For professional services rendered** | **115.00** | **$19,528.00** |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 1/1/2008 | Equipment storage - January 2008 | 138.00 |
| | Document storage/Document Depository - January 2008 | 455.00 |
| 1/25/2008 | Pacer on-line charges for period ended 12/31/07 | 3.68 |
| 1/31/2008 | Fax charges for January 2008. | 2.00 |
| | Copying cost for January 2008. | 82.50 |
| | Postage for January 2008. | 52.04 |
| | **Total costs** | **$733.22** |
| | **Total amount of this bill** | **$20,261.22** |