# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Road, N.E., Ste. 750
Atlanta, GA 30326

| | |
|---|---|
| Invoice Date | 01/14/08 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 888814 |
| File No. | 033287.000002 |

RE: Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/07 | $15,606.00 |
| Costs and Expenses Through 12/31/07 | $697.83 |
| **Total Amount of This Invoice** | **$16,303.83** |

IN ACCOUNT WITH

Invoice Date 01/14/08
Invoice Number 888814
File No. 033287.000002
Page 2

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 12/03/07 | TEB | Emails from/to client concerning REDACTED, emails from counsel concerning REDACTED | 0.2 |
| 12/03/07 | TBB | Review receivership order; draft claims bar motion and order; review and revise same | 3.3 |
| 12/03/07 | JDD | Telephone conference with T. Correll's MN attorney regarding photographs; e-mail to R. Hunter regarding same; prepare for case review meeting | 0.8 |
| 12/03/07 | MDL | Correspond with Marshall Gandy, Clark Will and Scott Askue regarding the October fee application; make edits to same | 0.2 |
| 12/04/07 | MRA | Conference with Troutman and Hays Financial Consulting teams regarding REDACTED; preparation for same; telephone conference with Marshall Gandy regarding same | 2.1 |
| 12/04/07 | TEB | Emails from client concerning REDACTED email from counsel concerning REDACTED | 0.2 |
| 12/04/07 | TBB | Conference with Receiver Team regarding status, next steps and claims administration; telephone conference with SEC regarding same | 2.0 |
| 12/04/07 | HC | Conference among TS attorneys and HFC personnel regarding REDACTED telephone conference with Mr. Gandy regarding same | 2.0 |
| 12/04/07 | JDD | Meeting with G. Hays and Receiver Team regarding overall case review; telephone conference with M. Gandy | 2.0 |
| 12/05/07 | KLA | Conference with David Dantzler, Nick Farrell, Tom Bosch regarding REDACTED research and analyze case and statutory law regarding sale of stock and shareholder access to records | 2.4 |
| 12/05/07 | TEB | Emails from/to counsel concerning REDACTED | 0.2 |
| 12/05/07 | TBB | Email correspondence regarding bar date motion; conference with David Dantzler, Nick Farrel and Kelly Atkinson regarding REDACTED | 0.7 |
| 12/05/07 | JDD | Telephone conference with M. Gandy regarding status of various issues; conference with N. Farrell, T. Bosch and K. Atkinson regarding REDACTED other related matters | 1.8 |
| 12/05/07 | NRF | Conference with David Dantzler and Kelly Atkinson regarding REDACTED research Correll share ownership, warrant and option documents and Portland Monthly organizational documents regarding same | 2.1 |
| 12/05/07 | MDL | Communications with Scott Askue, Clark Will and Tom Borton regarding | 0.3 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 01/14/08
Invoice Number 888814
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 12/06/07 | KLA | Research and analyze case and statutory law regarding the similarities between asset freeze and automatic stay in bankruptcy; shareholder's right to inspect records and rights of shareholder to sell shares, options, and warrants | 4.3 |
| 12/06/07 | TEB | Emails from/to counsel concerning | 0.2 |
| 12/06/07 | JDD | Telephone conference with M. Gandy regarding status; e-mail correspondence with Receiver Team regarding various issues; telephone conference with C. Will regarding status | 0.7 |
| 12/06/07 | MDL | Communications with Clark Will, Scott Askue, David Dantzler and Tom Bosch regarding            ; edit fee application | 1.7 |
| 12/07/07 | KLA | Correspondence with David Dantzler regarding            research and analyze case law regarding same | 3.2 |
| 12/07/07 | TEB | Emails from/to client and counsel concerning            email from counsel concerning | 0.3 |
| 12/07/07 | TBB | Conference with David Dantzler and Melissa Lu regarding fee applications and other issues | 0.3 |
| 12/07/07 | JDD | Review October fee application and conference with T. Bosch and M. Lu regarding                        , e-mail correspondence with Receiver Team regarding related issues; other matters related to receivership | 0.5 |
| 12/10/07 | KLA | Research and analyze case and statutory law analogizing automatic stay in bankruptcy to asset freeze in receivership case; draft legal memorandum regarding same; email correspondence with Nick Farrell regarding | 3.2 |
| 12/10/07 | TBB | Review and revise bar date motion and proposed order; email correspondence with Greg Hays and David Dantzler regarding discussion with David Dantzler regarding            additional revisions to bar date motion and proposed order; finalize same for filing | 0.9 |
| 12/10/07 | JDD | E-mail correspondence with Receiver Team regarding bar date motion; telephone conference with M. Gandy regarding same and related matters; conference with T. Bosch; telephone conference with L. Bates regarding same; other related matters | 0.6 |
| 12/10/07 | MDL | Prepare exhibits to fee application | 0.4 |
| 12/11/07 | KLA | Research and analyze case law regarding asset freeze in receivership order; shareholder's access to corporate records; and shareholders right to share options/warrants; draft memorandum of law regarding same | 2.7 |
| 12/11/07 | TBB | Email correspondence regarding bar date motion and issues related to same; discussions with Melissa Lu regarding | 0.5 |

REDACTED REDACTED REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/14/08
Invoice Number 888814
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 12/11/07 | MDL | Communications with Court regarding claims bar date motion; file Claims Bar Date Motion and Order | 1.4 |
| 12/12/07 | KLA | Research and analyze case law regarding asset freeze in receivership order; shareholder's access to corporate records; and shareholders right to share options/warrants; draft memorandum of law regarding same | 5.6 |
| 12/12/07 | TEB | Emails from client and counsel concerning | 0.1 |
| 12/12/07 | MDL | Edit and file Claims Bar Date Motion; conferences with Tom Bosch, Brynda Baker and clerk of court regarding | 1.2 |
| 12/13/07 | MRA | Telephone call to Mark King and Scott Askue regarding Creative Wealth investor list; telephone call to Special Agent Ken Fry regarding same | 0.5 |
| 12/13/07 | TBB | Email correspondence regarding Bar Date Order | 0.1 |
| 12/13/07 | MDL | Finalize fee application for filing; draft order and letter to judge regarding same | 0.2 |
| 12/14/07 | KLA | Research and analyze case law regarding asset freeze in receivership order; shareholder's access to corporate records; and shareholders right to share options/warrants; draft memorandum of law regarding same | 4.6 |
| 12/14/07 | MDL | Review fee application and send same to Marshall Gandy | 0.2 |
| 12/15/07 | KLA | Research and analyze case law regarding asset freeze in receivership order; shareholder's access to corporate records; and shareholders right to share options/warrants; draft memorandum of law regarding same | 1.5 |
| 12/17/07 | TEB | Emails from counsel concerning        review order granting claims bar date | 0.2 |
| 12/17/07 | TBB | Review memo prepared by Kelly Atkinson regarding | 0.2 |
| 12/18/07 | MRA | Review and analyze letter to investors regarding claims form; telephone calls to Scott Askue and Special Agent Ken Fry in Minnesota regarding Creative Wealth investor list; review and analyze e-mail correspondence regarding bar order | 0.6 |
| 12/18/07 | TBB | Email correspondence with Scott Askue regarding distribution of Bar Date Order; follow up email correspondence regarding same; review initial receivership order; draft claims bar date cover letter | 1.2 |
| 12/19/07 | MRA | Review and analyze e-mail correspondence from Scott Askue regarding Bar Date cover letter; conference with Scott Askue and Tom Bosch regarding | 0.2 |
| 12/19/07 | TBB | Review revisions to bar date order cover letter; email correspondence with | 0.2 |

REDACTED

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 01/14/08
Invoice Number 888814
File No. 033287.000002
Page 5

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | Scott Askue regarding same | |
| 12/19/07 | JDD | Telephone conference with M. Gandy regarding transition issues | 0.5 |
| 12/20/07 | MRA | Review and analyze e-mail correspondence from Scott Askue regarding Bar Date cover letter; conference with Scott Askue and Tom Bosch regarding | 0.2 |
| 12/20/07 | TEB | Review Interim Motion for Attorney Fees and Expenses Incurred in Lead Case Correll in October and November 2007 and Brief in Support | 0.1 |
| 12/20/07 | TBB | Email correspondence with Scott Askue regarding bar date order cover letter | 0.2 |
| 12/20/07 | MDL | Edit fee applications, exhibits and letter to Judge Schell; file and serve same | 2.0 |

Total Hours 60.8

Total Fees 15,606.00

## TIMEKEEPER TIME SUMMARY THROUGH 12/31/07

| Name | Hours | Amount |
|---|---|---|
| M R Arnold | 3.6 | 1,080.00 |
| K L Atkinson | 27.5 | 5,362.50 |
| T E Borton | 1.5 | 435.00 |
| T B Bosch | 9.6 | 3,120.00 |
| H Cheshire | 2.0 | 420.00 |
| J D Dantzler | 6.9 | 2,932.50 |
| N R Farrell | 2.1 | 546.00 |
| M D Lu | 7.6 | 1,710.00 |

REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/14/08
Invoice Number 888814
File No. 033287.000002
Page 6

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/07**

| Description | Amount |
|---|---|
| Computer Research | 681.21 |
| Outside Courier Services | 16.62 |
| Total: | 697.83 |
| Total Fees & Costs: | $16,303.83 |

# TROUTMAN SANDERS LLP

| | ATTORNEYS AT LAW | |
|---|---|---|
| **Payment Remittance Address** | A LIMITED LIABILITY PARTNERSHIP | **Office Address** |
| Troutman Sanders LLP | FEDERAL ID NO. 58-0946915 | 600 Peachtree Street, NE |
| P.O. Box 933652 | | Suite 5200 |
| Atlanta, Georgia 31193-3652 | | Atlanta, GA 30308-2216 |
| | BILLING INQUIRIES: | |
| | (404) 885-2508 | |

Hays Financial Consulting, LLC  
Attn: Mr. S. Gregory Hays  
3343 Peachtree Road, N.E., Ste. 750  
Atlanta, GA 30326

| | |
|---|---|
| Invoice Date | 02/19/08 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 895906 |
| File No. | 033287.000002 |

RE: Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/08 | $10,977.11 |
| Costs and Expenses Through 01/31/08 | $305.44 |
| **Total Amount of This Invoice** | **$11,282.55** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/19/08
Invoice Number 895906
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/08**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 01/03/08 | JDD | Review correspondence from S. Ritcheson regarding Sitton tax issue; e-mail correspondence with B. Meehan regarding same; telephone conference with S. Askew regarding EPS note; review note | 0.6 |
| 01/04/08 | MRA | Research regarding           for David Dantzler | 0.3 |
| 01/04/08 | TEB | Emails from/to counsel concerning | 0.1 |
| 01/04/08 | JDD | Review tax case regarding Ponzi schemes; review and revise tax memo to investors | 0.6 |
| 01/09/08 | MRA | Conference with David Dantzler regarding           ; telephone conference with Scott Askue regarding same | 0.4 |
| 01/09/08 | TEB | Calls from/to Rich Douglas concerning Sentinel lawsuit | 0.2 |
| 01/09/08 | JDD | Conference with B. Arnold regarding           review status of case and e-mail correspondence with Receiver Team regarding same | 0.5 |
| 01/10/08 | TEB | Emails from/to counsel concerning           call from counsel concerning           emails from Rich Douglas/to client and counsel concerning | 0.5 |
| 01/10/08 | MDL | Communications with Tom Bosch and Court regarding           ; communications with Brynda Baker regarding same; review exhibits for fee application | 0.7 |
| 01/11/08 | MRA | Draft demand letter regarding notice to Element Payment Services; telephone conference with Scott Askue regarding same; telephone conference with opposing counsel regarding same; review and analysis of financials from EPS | 2.1 |
| 01/11/08 | TEB | Email to Correll's criminal attorneys concerning arranging a telephone conference with Plaintiff's counsel in the Sentinel case to discuss discovery issues | 0.2 |
| 01/11/08 | HC | Review and analyze promissory note from Element Payment Services; assist in drafting demand letter for payment | 0.5 |
| 01/11/08 | JDD | E-mail correspondence with Receiver Team regarding pending matters; conference with B. Arnold regarding | 0.5 |
| 01/11/08 | MDL | Communications with client regarding fee applications | 0.1 |
| 01/13/08 | TEB | Call from Correll's criminal attorney, Peter Wold, concerning phone | 0.3 |

REDACTED

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 02/19/08
Invoice Number 895906
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | conference to discuss Sentinel lawsuit discovery responses; email to Sentinel attorneys, G2, and Peter Wold concerning same | |
| 01/14/08 | MRA | Review and revise demand letter regarding note to Element Payment Services; email correspondence to Harrilee Cheshire regarding . telephone conference with Special Agent Ken Fry regarding list of Creative Wealth investors | 0.7 |
| 01/14/08 | TEB | Email and calls from Rich Douglas and Peter Wold concerning Sentinel lawsuit discovery conference | 0.4 |
| 01/14/08 | HC | Revise demand letter to Element | 0.3 |
| 01/15/08 | MRA | Telephone conference with Scott Askue regarding note to Element Payment Services; email correspondence to Harrilee Cheshire and Scott Askue regarding | 0.6 |
| 01/15/08 | TEB | Call from Rich Douglas concerning Sentinel case discovery meeting; email to counsel concerning same | 0.2 |
| 01/15/08 | LEB | Research regarding recovery of attorney's fees under Arizona law for the costs and expenses of collecting under a promissory note; conference with Bill Arnold regarding the | 0.9 |
| 01/15/08 | HC | Conferences with Bill Arnold regarding research regarding same | 0.7 |
| 01/16/08 | MRA | Telephone conference with Leezie Kim regarding note to Element Payment Services; review and revise demand letter | 0.4 |
| 01/16/08 | HC | Research regarding attorney fees under Arizona law; revise demand letter | 1.1 |
| 01/16/08 | JDD | Telephone conference with S. Askue regarding requests from probation officer regarding pre-sentence report and investor losses; conference with B. Arnold regarding other related matters | 0.6 |
| 01/17/08 | MRA | Telephone conference with and email correspondence to Leezie Kim regarding note to Element Payment Services; email correspondence to Scott Askue regarding same; telephone conference with Shuwanda Sloane and Scott Askue regarding Creative Wealth investors and MN claimants | 0.5 |
| 01/17/08 | TEB | Emails from/to counsel and Ganell Hume concerning | 0.1 |
| 01/17/08 | JDD | E-mail correspondence with Receiver Team regarding Thompson and other issues | 0.3 |
| 01/18/08 | MRA | Telephone conference with Mark King regarding Creative Wealth investor list, and images from computers obtained by Special Agent Ken Fry; telephone conference with Ken Fry regarding same; email correspondence to Greg Hays regarding | 0.4 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 02/19/08
Invoice Number 895906
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/08**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 01/18/08 | TEB | Email from Rich Douglas concerning Sentinel lawsuit | 0.1 |
| 01/18/08 | JDD | Telephone conference with M. King regarding Creative Wealth issues | 0.2 |
| 01/21/08 | MRA | Review and analysis of email correspondence from Mark King regarding Creative Wealth investor list | 0.1 |
| 01/22/08 | MRA | Telephone conference with and email correspondence to Scott Askue regarding note to Element Payment Services; conference with David Dantzler regarding [REDACTED] mail correspondence to Leezie Kim regarding same | 0.4 |
| 01/22/08 | KLA | Conference with David Dantzler and Nick Farrell discussing [REDACTED] draft business and records request for Portland Monthly's records | 1.9 |
| 01/22/08 | TEB | Emails from client and counsel concerning [REDACTED] | 0.3 |
| 01/22/08 | JDD | Review and revise letter to investors; telephone conference with S. Askue regarding various issues; conference with N. Farrell and K. Atkinson regarding [REDACTED] conference with B. Arnold regarding [REDACTED]s; e-mail correspondence with Receiver Team regarding various pending matters | 1.5 |
| 01/22/08 | NRF | Review and comment on research memo regarding power of receivership order to freeze assets; conference with David Dantzler regarding telephone correspondence with Portland Monthly counsel regarding purchase offer; prepare email summary regarding same | 1.9 |
| 01/23/08 | MRA | Telephone conference with David Dantzler regarding [REDACTED]; telephone conference with Scott Askue regarding same; review and analysis of email correspondence to Scott Askue regarding same; review of records regarding same | 1.2 |
| 01/23/08 | KLA | Draft business and records request; email correspondence with David Dantzler regarding [REDACTED] | 0.5 |
| 01/23/08 | TEB | Emails from/to client and counsel concerning [REDACTED]; draft letter to Scott Askue enclosing documents concerning same | 0.4 |
| 01/24/08 | MRA | Telephone conference with Leezie Kim regarding note to Element Payment Services; conference with David Dantzler regarding [REDACTED] | 0.3 |
| 01/24/08 | TEB | Call from/emails to client concerning [REDACTED] | 0.6 |
| 01/25/08 | MRA | Email correspondence to Scott Askue regarding outstanding issues | 0.1 |

REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/19/08
Invoice Number 895906
File No. 033287.000002
Page 5

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 01/25/08 | TEB | Emails from client concerning : ; draft letter to William Watson concerning subpoena response; review letters from William Watson to Pentire Group in preparation for writing same; emails from/to Scott Askue concerning same | 1.2 |
| 01/25/08 | TBB | Email correspondence with David Dantzler regarding | 0.2 |
| 01/25/08 | HC | Status conference regarding status of outstanding issues | 0.5 |
| 01/25/08 | JDD | Review and revise investor update letter; prepare for and meet with G. Hays, et. al. regarding | 1.0 |
| 01/28/08 | HC | Draft memo of issues discussed at 1/25 meeting with client | 0.4 |
| 01/28/08 | JDD | Telephone conference with M. Gandy regarding various issues; conference with N. Farrell regarding telephone conference with G. Hays regarding ; e-mail correspondence with Receiver Team; telephone conference with K. Edmonson; other related matters | 1.3 |
| 01/28/08 | NRF | Telephone conference with president of Portland Monthly regarding outstanding offer to purchase Correll shares; conference with David Dantzler regarding | 0.8 |
| 01/28/08 | MDL | Draft fee application and supporting documents; edit exhibits; communications with Scott Askue regarding same | 1.9 |
| 01/29/08 | MRA | Conference with Tom Borton regarding ; telephone conference with Ken Fry regarding Creative Wealth Investor list | 0.4 |
| 01/29/08 | TEB | Email to client concerning letter to Bill Watson regarding document production and deposition; revise letter to Bill Watson regarding document production and deposition; draft letter to Charles Gale concerning JTA mail received by Receiver | 0.3 |
| 01/30/08 | MRA | Email correspondence to Leezie Kim regarding note to Element Payment Services; email correspondence to Scott Askue regarding Sterling Meridian funds | 0.2 |
| 01/30/08 | TEB | Emails from/to client and counsel concerning | 0.2 |
| 01/31/08 | MRA | Telephone conference with Ken Fry regarding Creative Wealth investor list | 0.1 |
| 01/31/08 | TEB | Emails from/to counsel concerning | 0.3 |
| 01/31/08 | MDL | Draft fee application; communications with David Dantzler regarding | 1.5 |

REDACTED

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|

**REDACTED**

| | |
|---|---|
| Total Hours | 34.6 |
| Total Fees | 10,977.11 |

## TIMEKEEPER TIME SUMMARY THROUGH 01/31/08

| Name | Hours | Amount |
|---|---|---|
| M R Arnold | 8.2 | 2,575.65 |
| K L Atkinson | 2.4 | 524.40 |
| T E Borton | 5.4 | 1,667.29 |
| T B Bosch | 0.2 | 68.40 |
| L E Bowen | 0.9 | 196.65 |
| H Cheshire | 3.5 | 921.27 |
| J D Dantzler | 7.1 | 3,206.15 |
| N R Farrell | 2.7 | 769.50 |
| M D Lu | 4.2 | 1,047.80 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/08

| Description | Amount |
|---|---|
| Computer Research | 240.24 |
| Professional Services | 65.20 |
| Total: | 305.44 |

| | |
|---|---|
| Total Fees & Costs: | $11,282.55 |