# EXHIBIT D



QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

Travis E. Correll, et al.

### ITEMIZED  SERVICES  BILL

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 12/03/2007 | CBW | Review/comment on October Fee Application (0.5); Review of oil and gas information and prepare for conference call (1.5); Conference call with Scott Askue, Michael Clark and Ralph Freeman (0.7); Update task lists and spreadsheets (0.5); Email with Scott Askue re:        0.3); Begin review of documents received from Wells Fargo (0.8) | | 4.30 | 1,505.00 |
| | MDC | Meet with CBW and RSF to discuss pending and action items, and TC with Scott Askue re same, and assist RSF with document issues relating to upcoming east Texas depositions. | | 5.30 | 1,325.00 |
| 12/04/2007 | CBW | Review of numerous emails from client and Scott Askue re:                    and draft update memo to client re: (1.3); Email with Scott Askue re:  . (0.9); Review of Maine and Texas Bank documents (0.6) | | 2.80 | 980.00 |
| | MDC | Continue assisting RSF with document issues relating to east Texas depositions, and compiling same. | | 3.80 | 950.00 |
| | DDR | Review and respond to general case correspondence and e-mails and review of case files in connection with same. | | 0.90 | 225.00 |
| 12/05/2007 | CBW | Review and respond to email from Melissa Lu re: (0.5); Strategy session with Ralph Freeman re: asset collection (0.8); Telephone conference with Atty. Ritcheson and Atty. Brown and draft correspondence to Atty. Ritcheson and to Atty. Brown re: trip to Tyler in December (1.2); Draft memo to client updating (0.5); Review of documents re: Maine, Texas Bank and Carlisle (0.7) | | 3.70 | 1,295.00 |
| | MJQ | Attention to payment of house invoices (.3); review and respond to case emails (.5). | | 0.80 | 280.00 |
| | MDC | Revise/finalize show cause motion (PRR Hearthstone) and revise supporting declarations, and complete form of proposed show cause order (3.9); Communications with Receiver's office and RSF re copies of canceled checks relating to motion (.3). | | 4.20 | 1,050.00 |
| 12/06/2007 | CBW | Email with Lucy Lu re: Horton invoice (0.3); Meet with Ralph Freeman re: upcoming east Texas trip | | | |

REDACTED

REDACTED

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 2
12/31/2007
Client No: 911-0150M
Invoice No: 55508

REDACTED

REDACTED

REDACTED

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | (0.4); Telephone conference with Dee Raibourn re: Horton invoice (0.3); Email to client re: (0.4) | 1.40 | 490.00 |
|  | MDC | Revise/finalize show cause motion - North Dakota real estate, and complete supporting Clark declaration, compile exhibits for same and prepare form of show cause order (4.4); E-mails to CBW, RSF and Randy Horton re same and tracing of funds (.3). | 4.70 | 1,175.00 |
| 12/07/2007 | CBW | Review/revise motions to show cause (0.8); Emails with Lucy Lu re: fee applications (0.3); Review of amended scheduling order and update schedules (0.5); Review of Bray & Freeman invoice and forward to Lucy Lu (0.4); Review of documents and records for mortgage documents on TNT/Thompson North Dakota real estate purchase (1.5); Email with Scott Askue re: (0.3) | 3.80 | 1,330.00 |
|  | MDC | Phone calls to/from AMS counsel to discuss deposition scheduling and 2008 discovery plan; Review documents produced by VSA referenced by AMS counsel and subpoenaed documents. | 5.10 | 1,275.00 |
| 12/10/2007 | CBW | Prepare subpoenas and deposition notices for Holloman and Long and correspondence to Atty. Ritcheson re: same (2.5) | 2.50 | 875.00 |
| 12/11/2007 | CBW | Telephone conferences and arrangements for depositions of Holloman and Long (0.8); Update accounts, etc. . . and draft correspondence to Scott Askue (0.7) | 1.50 | 525.00 |
|  | MDC | Continue assisting with document issues relating to east Texas depositions and phone communications with CBW and RSF re same. | 4.80 | 1,200.00 |
| 12/12/2007 | CBW | Email with Lucy Lu and Michael Clark re: invoice (0.3); Telephone conference with Atty. Brown re: meeting on the 19th (0.3) | 0.60 | 210.00 |
|  | DDR | Review and forward case mail. | 0.40 | 100.00 |
| 12/13/2007 | MDC | Phone call to Lori Bates to inquire about preferred form of Show Cause order, and method of service of same. | 0.30 | 75.00 |
| 12/14/2007 | CBW | Telephone conference with Tom Brown re: meeting next week (0.4); Prepare subpoenas, etc... (0.8) | 1.20 | 420.00 |
|  | MK | Draft federal subpoena for title company records | 0.50 | 92.50 |
| 12/16/2007 | CBW | Review documents and prepare exhibits for depositions of Long and Holloman (2.2) | 2.20 | 770.00 |
| 12/17/2007 | CBW | Travel to Henderson and Longview, arrange for document production on Wednesday, meet with Atty. Brown and settle Bank claim, and travel to Tyler |  |  |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 3
12/31/2007
Client No:   911-0150M
Invoice No:      55508

REDACTED

REDACTED

| | | | Hours | |
|---|---|---|---|---|
| | | for next day's depositions, Emails with Scott Askue re:                              (9.0) | 9.00 | 3,150.00 |
| | MK | Review subpoenas to Central Title; draft subpoena to P&R Properties | 1.00 | 185.00 |
| 12/18/2007 | CBW | Attend and conduct depositions of Jerry Long and Ron Holloman and work on production of Strand Theater documents (8.0) | 8.00 | 2,800.00 |
| | MK | Phone calls to and from Gaylon Rains, fax subpoenas to Rains and to title company | 0.50 | 92.50 |
| | MDC | E-mails from/to Scott Askue re (.9); E-mails from/to atty. Scott Richeson re today's depositions (.2); Communications with RSF re same (.9). | 2.00 | 500.00 |
| 12/19/2007 | CBW | Document production in Henderson and return to Dallas (5.0) | 5.00 | 1,750.00 |
| | MDC | Communication with CBW and RSF re status of ongoing depositions, and continue assisting with document issues relating to same. | 3.30 | 825.00 |
| 12/27/2007 | DDR | Attention given to review and forwarding of case mail. | 0.30 | 75.00 |
| | | For Current Services Rendered | 83.90 | 25,525.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Michael J. Quilling | 0.80 | $350.00 | $280.00 |
| D. Dee Raibourn | 1.60 | 250.00 | 400.00 |
| Michael D. Clark | 33.50 | 250.00 | 8,375.00 |
| Clark B. Will | 46.00 | 350.00 | 16,100.00 |
| Matthew Kita | 2.00 | 185.00 | 370.00 |

| | |
|---|---|
| Telecopies | 8.00 |
| Long-Distance Telephone | 3.21 |
| Travel Expenses - Clark Will and Ralph Freeman to East Texas for depositions and document production. | 692.73 |
| Express Mail Service | 29.35 |
| Paid to Jerry Glenn Long for Witness Fee | 65.00 |
| Paid to Ron Holloman for Witness Fee | 65.00 |
| Paid to the Secretary of State for web inquires | 1.00 |
| Photocopies | 45.80 |
| Postage | 2.69 |
| Total Expenses Thru 12/31/2007 | 912.78 |
| Total Current Work | 26,437.78 |
| Balance Due | $26,437.78 |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 4
12/31/2007
Client No:    911-0150M
Invoice No:      55508



QUILLING · SELANDER · CUMMISKEY · LOWNDS


Federal ID #75-2459334

S. Gregory Hays
Special Counsel for Greg Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, Suite 750
Atlanta  GA  30326

Page: 1
01/31/2008
Client No:   911-0150M
Invoice No:     56219

Travis E. Correll, et al.

**ITEMIZED  SERVICES  BILL**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 01/02/2008 | CBW | Review and reply to emails from Scott Askue re: (0.5) | 0.50 | 175.00 |
|  | MDC | E-mails from/to CBW and Scott Askue re | 0.20 | 50.00 |
| 01/03/2008 | CBW | Meet with Ralph Freeman re : his meeting with Gene Stallings re: Carlisle capers (0.5) | 0.50 | 175.00 |
| 01/04/2008 | CBW | Meeting with Ralph Freeman re: results of interviews in Stephenville and asset search re: Carlisle (0.8) | 0.80 | 280.00 |
| 01/09/2008 | CBW | Meeting with Ralph Freeman re: status of various demands and strategy with regard to remaining demands (1.0); Update accounts and prepare oil and gas deposit (2.2); Telephone conference with Tom Brown re: settlement (0.3) | 3.50 | 1,225.00 |
|  | MDC | Receive/review Motion by Sitton counsel David Long to withdraw. | 0.30 | 75.00 |
| 01/10/2008 | CBW | Prepare and send email to Melissa Lu re: (0.5); Telephone conference with John Petteway re: Catarina wells and review of correspondence nd billings re: same, Letter to Mr. Petteway re: severance taxes (1.5); Further meeting with Ralph Freeman re: location of various assets and demand letters (0.7) | 2.70 | 945.00 |
| 01/11/2008 | CBW | Review of court orders, emails with clients and to Randy Horton re: (0.7); Review and forward Bray & Freeman document (0.4); Telephone conference with attorney for claimant re: status of case (0.3) | 1.40 | 490.00 |
| 01/15/2008 | CBW | Email with Ghys (0.3); Telephone conference with Ralph Freeman re: meeting tomorrow (0.4) | 0.70 | 245.00 |
| 01/16/2008 | CBW | Emails with client re: update of tasks (0.3); Review of documents and materials re: to your health (0.8); Emails with Sabatino re: tax matters (0.3) | 1.40 | 490.00 |
| 01/17/2008 | CBW | Email with Askue and Sabatino re: (0.3); Email with Askue et. al. re: (0.5); Update task master (.3); Memo to team re: tasks (1.0) | 2.10 | 735.00 |
| 01/18/2008 | CBW | Review and analysis of email and document from Askue re: to your health (0.5); Work on demand |  |  |

REDACTED

REDACTED

REDACTED

12ffort>3rt>2

Special Counsel for Greg Hays

Travis E. Correll, et al.

REDACTED

| Date | | Description | | Hours | |
|------|------|------|------|------|------|
| | | letters and show cause motions (2.5) | | 3.00 | 1,050.00 |
| 01/21/2008 | CBW | Emails with client re:                    (0.4) | | 0.40 | 140.00 |
| | MDC | Receive/review e-mail from Scott Askue (Receiver's office) re : | | 0.30 | 75.00 |
| 01/22/2008 | CBW | Meet with Ralph Freeman re: January tasks and work on show cause motions (0.9); Email to client re: Thompson issues (0.7); Research and briefing on show cause motions (2.2) | | 3.60 | 1,260.00 |
| 01/23/2008 | CBW | Review of documents and checks, etc. . . re: demand letters to various "winners" (2.4) | | 2.40 | 840.00 |
| | MDC | Meet with RSF to discuss show cause evidence against Klint Hartsoch (.5); Begin preparing show cause motion and related documents concerning Mark Maine (3.9). | | 4.40 | 1,100.00 |
| 01/25/2008 | CBW | Telephone conference with Scott Askue re:                    (0.3); Continue working on various demand letters, including review of documents and materials located by Ralph Freeman (1.2) | | 1.50 | 525.00 |
| 01/28/2008 | MDC | Meet with CBW and RSF to discuss Maine show cause motion and current action items/pending matters status (.7); Review and analysis of Jerry Long deposition transcript (1.5); Begin drafting show cause motion concerning Mark Maine and related documents (5.9). | | 8.10 | 2,025.00 |
| | CBW | Review and analysis of production data on Catarina wells (0.5); Meet with team re: updates on Texas collection actions, continue document review regarding demands and review of accounts (1.2) | | 1.70 | 595.00 |
| 01/29/2008 | MDC | Continue drafting Mark Maine show cause motion and supporting documents, and discussion with Ralph Freeman re information on same. | | 2.40 | 600.00 |
| | CBW | Research and respond to email from Lucy Lu re: latest report to court (1.1); Review and analysis of memo from Ralph Freeman re: Texas matters, and meet with Ralph Freeman re: the same (2.1) | | 3.20 | 1,120.00 |
| 01/30/2008 | MDC | Revise show cause motion concerning Klint Hartsochs (N. Dakota property) in light of new information regarding payments to Hartsochs from Greg Thompson obtained from TNT check register analysis/records. | | 1.60 | 400.00 |
| | CBW | Update accounts and forward to Scott Askue for 1099 preparation (1.8); Work on demand letters and show cause motions in Correll and Sitton (0.9); Review and forward mail from mail stop (0.5); File review re: Coffin and Associates 1099 and e-m re: same (0.4) | | 3.60 | 1,260.00 |

Special Counsel for Greg Hays

Travis E. Correll, et al.

REDACTED

                                                                    Hours

01/31/2008    CBW    Review/revise/input to December fee application
                     (0.6); Draft demand letter to TYH, continue
                     working on G Investments, Bush Productions,
                     Cinematex, Smart Talk Pro, memo to S Askue re:
                                           (1.8); Work on
                     show cause motion with Michael Clark (0.7)        3.10     1,085.00

              MDC    Continue working on Mark Maine show cause motion
                     and identify/assemble exhibits for same.          3.50       875.00
                     For Current Services Rendered                    56.90    17,835.00

                              Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Michael D. Clark | 20.80 | $250.00 | $5,200.00 |
| Clark B. Will | 36.10 | 350.00 | 12,635.00 |

Long-Distance Telephone                                                           5.40
Travel Expenses - Hotel for Ralph Freeman and
  Clark Will in Tyler, TX for depositions of Ron
  Holloman dnd Jerry Long.                                                      647.76
Paid to Fuller & Associates for orginal
  transcript of Jerry Glenn Long and
  Ronald Holloman/Invoice #8962                                                 395.30
Photocopies                                                                      14.20
Postage                                                                          19.64
Pacer Service                                                                     2.24
Total Expenses Thru 01/31/2008                                                1,084.54

Total Current Work                                                           18,919.54

Balance Due                                                                 $18,919.54

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT