# EXHIBIT E

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone #    817-831-1189
Fax #       817-834-1179

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 1/11/2008 | 6243 |

TIN #04-3759685

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt | CAB-179-05 |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 12/3/2007 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH CBW AND MDC RE: ACTION ITEMS. REVIEW MAINE DOCUMENTS AND ADDITIONAL WELLS FARGO DOCUMENTS | 3.5 | 100.00 | 350.00 |
| 12/4/2007 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - GATHER DOCUMENTS FOR DEPOSITION AND REVIEW RE: MAINE CLAIM | 2 | 100.00 | 200.00 |
| 12/5/2007 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEET WITH CBW RE: COURSE OF ACTION ON MAINE AND CARLISLE. TELEPHONE INTERVIEWS WITH INVESTORS AND RESEARCH RE: MAINE AND CARLISLE. | 3.5 | 100.00 | 350.00 |
| 12/6/2007 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - ADDITIONAL RESEARCH AND REVIEW OF MAINE DOCUMENTS. FOLLOW UP ON CARLISLE AND EARL MARTIN FUNDS | 2.5 | 100.00 | 250.00 |
| 12/10/2007 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARATION OF SUBPOENAS AND SCHEDULING WITNESSES FOR DEPOSITIONS. ADDITIONAL RESEARCH RE: CARLISLE ACTIVITIES. | 3 | 100.00 | 300.00 |
| 12/11/2007 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - FOLLOW-UP WITH MDC AND WITNESSES RE: DEPOSITIONS. | 1.5 | 100.00 | 150.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O.Box 123991
Fort Worth, Tx 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P.  License # A07161

P.O. Box 123991  
Fort Worth, TX 76121  
Phone #  817-831-1189  
Fax #  817-834-1179  

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 1/11/2008 | 6243 |

TIN #04-3759685

**Bill To**

Quilling, Selander, Cummiskey & Lownds  
2001 BRYAN ST. SUITE 1800  
DALLAS, TX 75201  
RE: SEC v CORRELL and TNT OFFICE SUPPLY  
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt | CAB-179-05 |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/2007 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - SERVE SUBPOENAS IN EAST TEXAS FOR DEPOSITION. | 3.5 | 100.00 | 350.00 |
| 12/14/2007 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - RESEARCH ON STRAND THEATRE RE: PURCHASE AND MAINE PARTICIPATION. | 2 | 100.00 | 200.00 |
| 12/16/2007 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARE DOCUMENTS FOR DEPOSITION. | 2.5 | 100.00 | 250.00 |
| 12/17/2007 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TRAVEL TO HENDERSON AND LONGVIEW. PREPARE DOCUMENT PRODUCTION FOR WEDNESDAY, MEET WITH ATTORNEY BROWN RE: CASINO CLAIM. TRAVEL TO TYLER. | 9 | 100.00 | 900.00 |
| 12/18/2007 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - ATTEND AND CONDUCT DEPOSITIONS OF JERRY LONG AND RON HOLLOMAN. PRODUCTION OF DOCUMENTS RE: STRAND THEATRE. | 8 | 100.00 | 800.00 |
| 12/19/2007 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - DOCUMENT PRODUCTION IN HENDERSON AND RETURN TO DALLAS. | 5 | 100.00 | 500.00 |

PLEASE MAKE CHECKS PAYABLE TO:  
BRAY & FREEMAN, L.P.  
Balance due in full upon receipt to:  
P.O.Box 123991  
Fort Worth,Tx 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991  
Fort Worth, TX 76121  
Phone #  817-831-1189  
Fax #  817-834-1179  

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 1/11/2008 | 6243 |

TIN #04-3759685

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt | CAB-179-05 |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 12/27/2007 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW STRAND THEATRE DOCUMENTS.<br><br>MILEAGE | 3 | 100.00 | 300.00 |
| 12/27/2007 | MILEAGE | INVESTIGATOR 430 - MILEAGE | 228 | 0.60 | 136.80 |

PLEASE MAKE CHECKS PAYABLE TO:  
BRAY & FREEMAN, L.P.  
Balance due in full upon receipt to:  
P.O.Box 123991  
Fort Worth,Tx 76121

| | |
|---|---|
| **Subtotal** | $5,036.80 |
| **Sales Tax** | $0.00 |
| **Total** | $5,036.80 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $5,036.80 |

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991  
Fort Worth, TX 76121  
Phone #  817-831-1189  
Fax #  817-834-1179  

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 2/8/2008 | 6253 |

TIN #04-3759685

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt | CAB-179-05 |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 1/2/2008 | PROFESSIONAL SERVICES | MEETING WITH SOURCE RE: CARLISLE BACKGROUND | 5 | 100.00 | 500.00 |
| 1/3/2008 | PROFESSIONAL SERVICES | MEETING WITH GENE FLEISNER RE: SALAZAR, MARTIN AND CARLISLE. MEETING WITH CBW RE: SAME | 4.5 | 100.00 | 450.00 |
| 1/4/2008 | MEET WITH COUNSEL | MEETING WITH CBW RE: STATUS OF CARLISLE INQUIRY | 1 | 100.00 | 100.00 |
| 1/7/2008 | PROFESSIONAL SERVICES | PREP ON CINEMA ELECTRIC CLAIM | 2 | 100.00 | 200.00 |
| 1/9/2008 | MEET WITH COUNSEL | MEETING WITH CBW RE: STATUS OF CLAIMS PREPARATION. PREP OF TYH CLAIM | 3 | 100.00 | 300.00 |
| 1/10/2008 | MEET WITH COUNSEL | MEETING WITH CBW RE: CLAIMS PREPARATION. PREP OF DWIGHT JOHNSON CLAIM | 4 | 100.00 | 400.00 |
| 1/11/2008 | PROFESSIONAL SERVICES | PREP OF GOWDEY CLAIM | 2 | 100.00 | 200.00 |
| 1/12/2008 | PROFESSIONAL SERVICES | TELEPHONE CONFERENCE WITH CBW | 1 | 100.00 | 100.00 |
| 1/18/2008 | PROFESSIONAL SERVICES | TELEPHONE INTERVIEWS WITH GENE FLEISNER AND RON HOLLOMAN | 1.5 | 100.00 | 150.00 |
| 1/21/2008 | PROFESSIONAL SERVICES | MEETING WITH MDC AND CLAIM PREP RE: FUNDS FROZEN AT WELLS FARGO | 2.5 | 100.00 | 250.00 |

PLEASE MAKE CHECKS PAYABLE TO:  
BRAY & FREEMAN, L.P.  
Balance due in full upon receipt to:  
P.O.Box 123991  
Fort Worth,Tx 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone #   817-831-1189
Fax #     817-834-1179

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 2/8/2008 | 6253 |
| TIN #04-3759685 ||

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt | CAB-179-05 |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 1/23/2008 | PROFESSIONAL SERVICES | MEETING WITH MDC AND CLAIM PREP RE: KLINT HARTSOCH AND MARK MAINE | 3 | 100.00 | 300.00 |
| 1/28/2008 | PROFESSIONAL SERVICES | MEETINGS WITH MDC AND CBW RE: VARIOUS CLAIMS AND DOCUMENTATION RE: MAINE, GOWDEYS, ALLMAN, CINEMA ELECTRIC, SANDRA THOMPSON, LIONHEART ENERGY, SMART TALK PRO, G INVESTMENTS, AND BUSH PRODUCTIONS | 8.5 | 100.00 | 850.00 |
|  | MILEAGE | MILEAGE | 259 | 0.60 | 155.40 |

|  |  |
|---|---|
| **Subtotal** | $3,955.40 |
| **Sales Tax** | $0.00 |
| **Total** | $3,955.40 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $3,955.40 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O.Box 123991
Fort Worth,Tx 76121