# EXHIBIT A

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    12/1/2007   to   12/31/2007**

January 14, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 4.00 | 1,300.00 |
|  | 325.00/hr |  |
| **For professional services rendered** | **4.00** | **$1,300.00** |

---

CIRA - Certified Insolvency and Restructuring Advisor          CTP - Certified Turnaround Professional

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

### Receiver

**For the Period from   12/1/2007  to  12/31/2007**

January 14, 2008

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/3/2007 | SGH | Reviewed pending issues and bank account reconciliation. | 0.30 325.00/hr | 97.50 |
| 12/4/2007 | SGH | Met with David Dantzler, Bill Arnold, Tom Bosch and Scott Askue and reviewed | 1.10 325.00/hr | 357.50 |
| | | Updated project management system with pending matters. Conference call with Marshall Gandy regarding same. | | |
| 12/5/2007 | SGH | Reviewed draft of claim form and notice to creditors. | 0.30 325.00/hr | 97.50 |
| 12/7/2007 | SGH | Reviewed and responded to emails from counsel. Reviewed draft of letter to investors. | 0.40 325.00/hr | 130.00 |
| 12/12/2007 | SGH | Reviewed the amended $36,477 legal fee bill for October. Drafted email to counsel regarding | 0.40 325.00/hr | 130.00 |
| | SGH | Reviewed                     s from counsel. | 0.30 325.00/hr | 97.50 |
| 12/17/2007 | SGH | Reviewed draft of letter and claim form to be mailed to all investors. | 0.40 325.00/hr | 130.00 |
| 12/19/2007 | SGH | Reviewed invoices for legal fees. | 0.40 325.00/hr | 130.00 |
| | SGH | Reviewed amended legal fee bills and drafted email regarding changes required. | 0.40 325.00/hr | 130.00 |
| | | **For professional services rendered** | **4.00** | **$1,300.00** |

REDACTED

REDACTED

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    1/1/2008    to    1/31/2008**

February 27, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 1.20<br>350.00/hr | 420.00 |
| **For professional services rendered** | **1.20** | **$420.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from     1/1/2008   to   1/31/2008**

February 27, 2008

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/15/2008 | SGH | Reviewed December bills for Receiver and Accountants to Receiver. | 0.30 350.00/hr | 105.00 |
| 1/21/2008 | SGH | Reviewed monthly bank reconciliation forms. | 0.30 350.00/hr | 105.00 |
| 1/22/2008 | SGH | Reviewed counsel's bill for December. | 0.20 350.00/hr | 70.00 |
| 1/25/2008 | SGH | Reviewed status of pending matters. Met with David Dantzler and Harrilee Cheshire and | 0.40 350.00/hr | 140.00 |
| | | **For professional services rendered** | **1.20** | **$420.00** |

REDACTED