# EXHIBIT B

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

### Accountants and Financial Consultants to the Receiver
For the Period from 12/1/2007 to 12/31/2007

January 15, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Julie N. Hentosz | 3.40<br>70.00/hr | 238.00 |
| K. Shelby Bao | 16.20<br>130.00/hr | 2,106.00 |
| Mark C. King, CTP, CCE | 0.70<br>210.00/hr | 147.00 |
| Scott S. Askue, CIRA | 13.20<br>210.00/hr | 2,772.00 |
| **For professional services rendered** | **33.50** | **$5,263.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 239.00 |
| Filing Fees | 8.75 |
| Lexis | 228.21 |
| Postage | 54.53 |
| **Total costs** | **$530.49** |
| **Total amount of this bill** | **$5,793.49** |

---

CCE - Certified Computer Examiner
CFE - Certified Fraud Examiner
CIRA - Certified Insolvency and Restructuring Advisor

CPA - Certified Public Accountant
CTP - Certified Turnaround Professional
PHR - Professional in Human Resources

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from   12/1/2007   to   12/31/2007**

January 15, 2008

Professional Services

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/3/2007 | SSA | Acquired passwords for access to Level Par Quickbooks. | 0.30 / 210.00/hr | 63.00 |
| | SSA | Reviewed issues for follow up and updated project list and recoveries. | 0.50 / 210.00/hr | 105.00 |
| | KSB | Reviewed documents produced by KGS Group investors. Prepared report of contact and investment information for same. | 2.60 / 130.00/hr | 338.00 |
| | KSB | Reviewed documents produced by Level Par investors. Prepared report of contact and investment information for same. | 2.00 / 130.00/hr | 260.00 |
| | MCK | Reviewed emails regarding password decryption for accounting software. Telephone calls to and from Scott Askue regarding same. Used forensic software to determine passwords. | 0.70 / 210.00/hr | 147.00 |
| 12/4/2007 | SSA | Prepared for and met with the Receiver, his staff and Troutman Sanders' office regarding case issues and recoveries. | 1.60 / 210.00/hr | 336.00 |
| | SSA | Reviewed amended claim form. Drafted email to Tom Bosch regarding | 0.40 / 210.00/hr | 84.00 |
| 12/5/2007 | SSA | Reviewed and edited claim form and letter to investors. Discussed issues with Tom Bosch regarding | 0.90 / 210.00/hr | 189.00 |
| | SSA | Telephone call from Andy Haase regarding Level Par issues. Reviewed Quickbooks files for Level Par. | 1.30 / 210.00/hr | 273.00 |
| 12/6/2007 | JNH | Reviewed Level Par account ledger to distinguish between investments in Global Finance and in Dubman. | 0.40 / 70.00/hr | 28.00 |
| | SSA | Reviewed issues with Global Finance proof of claim. Telephone call from Tom Bosch regarding | 0.50 / 210.00/hr | 105.00 |
| 12/7/2007 | SSA | Updated letter to investors. Telephone call from Tom Bosch regarding      . Telephone call to Andy Haase regarding same. Finalized letter. | 0.90 / 210.00/hr | 189.00 |
| | SSA | Reviewed fee invoice for November 2007 for content. | 0.40 / 210.00/hr | 84.00 |
| | KSB | Reviewed Defendants' records of investors and compared to claims database prior to claim form mailing. | 3.00 / 130.00/hr | 390.00 |
| | KSB | Updated investor contact and claim information per Defendants' records. | 1.30 / 130.00/hr | 169.00 |
| 12/10/2007 | SSA | Finalized fee invoices for circulation. | 0.20 / 210.00/hr | 42.00 |

REDACTED
REDACTED

REDACTED

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/10/2007 | SSA | Researched and drafted email to Melissa Lu regarding | 0.30<br>210.00/hr | 63.00 |
| 12/13/2007 | SSA | Finalized letter to investors, proof of claim form and exhibit to same. Drafted emails to Tom Bosch regarding | 1.30<br>210.00/hr | 273.00 |
| | SSA | Researched funds recovered to date and drafted email to Melissa Lu regarding | 0.40<br>210.00/hr | 84.00 |
| 12/17/2007 | SSA | Researched for additional contact information for investors. Updated investor database for capturing claims information. Finalized letter to investors and proof of claim form. | 2.90<br>210.00/hr | 609.00 |
| 12/18/2007 | JNH | Prepared proof of claim form mailing for all investors. | 3.00<br>70.00/hr | 210.00 |
| | SSA | Prepared final list of investors. Updated letter and proof of claim and finalized for mailing. | 1.10<br>210.00/hr | 231.00 |
| | KSB | Reviewed bank statements and documents for account #003284174697 for 2005 provided by Bank of America in response to request for banking information. Began preparing spreadsheet of same. | 1.00<br>130.00/hr | 130.00 |
| 12/19/2007 | KSB | Reviewed bank statements and documents for account #003284174697 for 2005 and 2006 provided by Bank of America in response to request for banking information. Prepared spreadsheet of same. | 2.30<br>130.00/hr | 299.00 |
| 12/20/2007 | KSB | Reviewed bank statements and documents for account #003284174697 for 2005 and 2006 provided by Bank of America in response to request for banking information. Prepared spreadsheet of same. | 3.00<br>130.00/hr | 390.00 |
| | SSA | Researched for payments from William Dippolito. | 0.20<br>210.00/hr | 42.00 |
| 12/21/2007 | KSB | Reviewed bank statements and documents for account #003284174697 for 2006 provided by Bank of America in response to request for banking information. Prepared spreadsheet of same. | 1.00<br>130.00/hr | 130.00 |
| | | **For professional services rendered** | **33.50** | **$5,263.00** |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 12/3/2007 | Lexis Nexis fees for period ending 11/30/07 | 228.21 |
| | GSCCCA fees for period ended 11/30/07 | 8.75 |
| 12/18/2007 | Postage - mail forwarding | 6.15 |
| 12/31/2007 | Copying cost for December 2007. | 239.00 |
| | Postage charges for December 2007. | 48.38 |
| | **Total costs** | **$530.49** |
| | **Total amount of this bill** | **$5,793.49** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

For the Period from  1/1/2008  to  1/31/2008

February 27, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| K. Shelby Bao | 12.60<br>150.00/hr | 1,890.00 |
| M. Lindsay Dukes | 7.20<br>75.00/hr | 540.00 |
| Scott S. Askue, CIRA | 17.10<br>240.00/hr | 4,104.00 |
| Shuwanda Y. Sloane, CFE | 1.40<br>120.00/hr | 168.00 |
| **For professional services rendered** | **38.30** | **$6,702.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 0.25 |
| Pacer Charges | 2.00 |
| Postage | 1.23 |
| **Total costs** | **$3.48** |

| | |
|---|---|
| **Total amount of this bill** | **$6,705.48** |

CCE - Certified Computer Examiner
CFE - Certified Fraud Examiner
CIRA - Certified Insolvency and Restructuring Advisor
CPA - Certified Public Accountant
CTP - Certified Turnaround Professional
PHR - Professional in Human Resources

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

Accountants and Financial Consultants to the Receiver

For the Period from  1/1/2008  to  1/31/2008

February 27, 2008

Professional Services

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/2/2008 | KSB | Reviewed bank statements and documents for account #003284174697 and account #003284174705 for 2007 provided by Bank of America in response to request for banking information. Prepared spreadsheets of same. | 4.10 150.00/hr | 615.00 |
|  | SSA | Prepared claim database for returned investor proof of claim forms. Designed claim entry form. | 3.60 240.00/hr | 864.00 |
| 1/3/2008 | KSB | Reviewed bank statements and documents for account #003284174705 for 2007 provided by Bank of America in response to request for banking information. Prepared spreadsheets of same. | 3.90 150.00/hr | 585.00 |
|  | KSB | Reviewed bank statements and documents for account #003254774930 and account #003254774922 for 2007 provided by Bank of America in response to request for banking information. Prepared spreadsheets of same. | 2.30 150.00/hr | 345.00 |
|  | KSB | Continued to review bank statements and documents for account #003284174705 for 2007 provided by Bank of America in response to request for banking information. Prepared spreadsheets of same. | 1.90 150.00/hr | 285.00 |
|  | SSA | Reviewed documents and drafted email to David Dantzler regarding | 0.30 240.00/hr | 72.00 |
| 1/4/2008 | SSA | Telephone call to Charles Davis regarding case issues and leased vehicle. Drafted notes on same. | 0.30 240.00/hr | 72.00 |
| 1/7/2008 | SSA | Formatted and imported transaction data into funds tracing database. | 1.00 240.00/hr | 240.00 |
| 1/9/2008 | SSA | Reviewed bank statements and data in funds tracing database. Prepared queries to test content of data. Joined data for reporting. Updated as necessary. | 3.60 240.00/hr | 864.00 |
|  | SSA | Researched for information relating to Timothy Dixon other matters. Drafted email to Melissa Lu regarding | 0.70 240.00/hr | 168.00 |
| 1/14/2008 | KSB | Prepared final bills for HFC and Receiver for December 2007. | 0.40 150.00/hr | 60.00 |
|  | SYS | Reviewed submitted claim forms and recorded date of receipt for same. | 0.20 120.00/hr | 24.00 |
|  | SSA | Reviewed and finalized fee invoice for December 2007. | 0.50 240.00/hr | 120.00 |

REDACTED
REDACTED

SEC v. Global Finance et al.                                                                 Page     2

|            |     |                                                                                                                  | Hrs/Rate        | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 1/15/2008  | SSA | Reviewed email from and telephone call to investor regarding his relationship and knowledge of Glen Maske, Ron Linn and potential assets. | 0.50 240.00/hr  | 120.00   |
| 1/16/2008  | SYS | Telephone calls to and from several investors inquiring about the bar date and other issues related to the completion of investor claim forms. | 0.30 120.00/hr  | 36.00    |
| 1/18/2008  | SSA | Set up email address for contacting the Receiver.                                                                | 0.20 240.00/hr  | 48.00    |
|            | SYS | Reviewed voice mail messages from investors inquiring about the bar date and the completion of proof of claim forms. | 0.30 120.00/hr  | 36.00    |
| 1/22/2008  | SYS | Reviewed and organized submitted investor claims.                                                                | 0.60 120.00/hr  | 72.00    |
| 1/23/2008  | SSA | Telephone call to Bill Arnold regarding ▓. Drafted email regarding findings and recommendations.                 | 0.80 240.00/hr  | 192.00   |
|            | SSA | Reviewed Troutman Sanders fee invoice for December 2007.                                                         | 0.20 240.00/hr  | 48.00    |
|            | SSA | Drafted email to David Dantzler regarding                                                                        | 0.20 240.00/hr  | 48.00    |
| 1/24/2008  | SSA | Reviewed status of case issues and updated matters to complete.                                                  | 0.40 240.00/hr  | 96.00    |
| 1/25/2008  | SSA | Reviewed status of case issues. Updated electronic case management system with status of recoveries. Drafted emails to Bill Arnold regarding | 1.20 240.00/hr  | 288.00   |
|            | SSA | Drafted email to and telephone calls from Chere Oliver at Wells Fargo regarding payment of Sterling Meridian frozen funds. | 0.60 240.00/hr  | 144.00   |
|            | SSA | Drafted email to Melissa Lu regarding ▓ Reviewed same and forwarded for payment.                                 | 0.30 240.00/hr  | 72.00    |
| 1/29/2008  | SSA | Reviewed documents relating to CMR. Drafted email to Melissa Lu regarding                                        | 0.50 240.00/hr  | 120.00   |
|            | SSA | Reviewed issues with claims review and analysis. Prepared reports for receiving and recording claim forms.       | 0.70 240.00/hr  | 168.00   |
|            | SSA | Telephone call from Melissa Lu regarding                                                                         | 0.30 240.00/hr  | 72.00    |
|            | MLD | Updated investor database with submitted investor claim forms.                                                   | 1.30 75.00/hr   | 97.50    |
|            | MLD | Continued to update investor database with submitted investor claim forms.                                       | 1.90 75.00/hr   | 142.50   |
|            | MLD | Entered investor claim information into the investor database.                                                   | 1.70 75.00/hr   | 127.50   |
| 1/30/2008  | MLD | Prepared files for investors with submitted investor claim forms.                                                | 1.00 75.00/hr   | 75.00    |
|            | SSA | Received Sterling Meridian funds from Wells Fargo. Drafted email to Bill Arnold regarding                        | 0.30 240.00/hr  | 72.00    |
| 1/31/2008  | SSA | Telephone call from CR Davis regarding Jeannie Henderson loan. Reviewed fee application. Drafted email to Melissa Lu regarding | 0.70 240.00/hr  | 168.00   |
|            | SSA | Telephone call from Melissa Lu regarding                                                                         | 0.20 240.00/hr  | 48.00    |
|            | MLD | Continued to prepare investor files with submitted investor claim forms.                                         | 1.30 75.00/hr   | 97.50    |
|            |     | **For professional services rendered**                                                                           | 38.30           | $6,702.00 |

REDACTED

| SEC v. Global Finance et al. | Page 3 |

Additional Charges :

| | | Amount |
|---|---|---:|
| 1/25/2008 | Pacer on-line charges for period ended 12/31/07 | 2.00 |
| 1/31/2008 | Copying cost for January 2008. | 0.25 |
| | Postage for January 2008. | 1.23 |
| | **Total costs** | **$3.48** |
| | **Total amount of this bill** | **$6,705.48** |