# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Road, N.E., Ste. 750
Atlanta, GA 30326

| | |
|---|---|
| Invoice Date | 01/14/08 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 888818 |
| File No. | 033287.000007 |

RE: Receiver - Global Finance & Investments, Inc., et. al

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/07 | $16,830.50 |
| Costs and Expenses Through 12/31/07 | $100.00 |
| **Total Amount of This Invoice** | **$16,930.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/14/08
Invoice Number 888818
File No. 033287.000007
Page 2

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 12/03/07 | MRA | Review and revise chart detailing Global Finance funds tracing; review and revise annotations to chart; review and analysis of correspondence to Massman; email correspondence to Melissa Lu regarding | 0.8 | 240.00 |
| 12/03/07 | JDD | Prepare for case review meeting | 0.5 | 212.50 |
| 12/03/07 | MDL | Conference with Bill Arnold regarding         call Bank of America regarding subpoena; correspond with Scott Askue regarding subpoena; review bank records from Washington Mutual | 0.2 | 45.00 |
| 12/04/07 | MRA | Conference with Troutman and Hays Financial Consulting teams regarding         ; preparation for same; telephone conference with Marshall Gandy regarding same; email correspondence to Melissa Lu regarding | 1.9 | 570.00 |
| 12/04/07 | TBB | Conference with Receiver Team regarding status, next steps and claims administration; additional revision of Investor Proof of Claim Form; email correspondence with Scott Askue regarding same; review complaint and receivership order; draft cover letter to investors | 3.5 | 1,137.50 |
| 12/04/07 | HC | Conference among TS attorneys and HFC personnel regarding | 2.1 | 441.00 |
| 12/04/07 | JDD | Meeting with G. Hays and Receiver Team regarding | 2.1 | 892.50 |
| 12/05/07 | TBB | Revise initial investor letter; email correspondence to Scott Askue regarding same; review revised investor letter; telephone discussion with Scott Askue regarding same; review revisions to claim form; additional revisions to claim form; email correspondence with Scott Askue regarding same; follow up discussion with Scott Askue regarding same; additional email correspondence regarding same | 1.4 | 455.00 |
| 12/05/07 | HC | Research regarding payment of Rogers funds into registry of court; draft order regarding same | 1.3 | 273.00 |
| 12/05/07 | JDD | Several telephone conferences with M. Gandy regarding various issues; telephone conference with M. Gandy and R. Janvy regarding Clark, JTA and Lucre Fund | 0.8 | 340.00 |
| 12/05/07 | MDL | Edit letter and subpoena to Peter Massman; mail same | 0.2 | 45.00 |
| 12/06/07 | MRA | Email correspondence to and telephone conference with Melissa Lu regarding         review and revise same | 0.5 | 150.00 |

REDACTED REDACTED REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/14/08
Invoice Number 888818
File No. 033287.000007
Page 3

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 12/06/07 | TBB | Email correspondence with Scott Askue regarding Level Par issues; discussion with David Dantzler regarding ; telephone discussion with Scott Askue regarding same; revise claim form | 1.2 | 390.00 |
| 12/06/07 | WNC | Review Melissa Lu email and subsequent correspondence regarding _____ and assist Sybil Davis with | 0.5 | 37.50 |
| 12/06/07 | JDD | E-mail correspondence with Receiver Team regarding Global claim form and related issues (including how to deal with Level Par investors); telephone conference with M. Gandy regarding various issues; e-mail correspondence regarding $50,000 deposit into court | 0.8 | 340.00 |
| 12/06/07 | MDL | Draft subpoena, letter and exhibit for Wells Ventures; conferences with Harrilee Cheshire, Tom Borton and Bill Arnold regarding ; correspond with Scott Askue regarding Bank of America documents | 2.5 | 562.50 |
| 12/07/07 | MRA | Email correspondence to and telephone conference with Melissa Lu regarding ; email correspondence to Melissa Lu regarding | 0.1 | 30.00 |
| 12/07/07 | TBB | Conference with David Dantzler regarding ; email correspondence with Scott Askue regarding letter and claim form; telephone discussion with Scott Askue regarding same | 0.8 | 260.00 |
| 12/07/07 | HC | Correspondence regarding Kelly Rogers penalty; telephone call with Mr. Gandy regarding same; assist in preparation of discovery related to Wells Ventures; conferences with M. Lu regarding ; email correspondence regarding document depository | 1.7 | 357.00 |
| 12/07/07 | JDD | Conference with T. Bosch and M. Lu regarding ; conference with M. Lu regarding ; e-mail correspondence with M. Gandy; review and revise exhibits to Wells Ventures subpoenas | 1.3 | 552.50 |
| 12/07/07 | SRD | Research within Concordance substantive information as it relates to Stephen P. Milden and report findings to Melissa Lu; conference regarding substantive information found | 0.7 | 49.00 |
| 12/07/07 | MDL | Meeting with David Dantzler and Tom Bosch regarding ; draft Notices of Deposition, subpoenas and supporting exhibits for Stephen Milden and Wells Ventures LLC; conference with Harrilee Cheshire regarding ; conference with Kelly Atkinson regarding ; phone conference with Peter Massmann regarding subpoena | 5.2 | 1,170.00 |

REDACTED REDACTED REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/14/08
Invoice Number 888818
File No. 033287.000007
Page 4

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 12/10/07 | MRA | E-mail correspondence with Melissa Lu regarding review and analyze e-mail correspondence to Mr. Heurlin (attorney for Wells Ventures, LLC and Stephen P. Milden) regarding deposition and document subpoena | 0.2 | 60.00 |
| 12/10/07 | TBB | Email correspondence to Mike McClellan regarding claim form | 0.1 | 32.50 |
| 12/10/07 | HC | Assist with witness fee questions and issues related to deposition and subpoena | 0.4 | 84.00 |
| 12/10/07 | JDD | Telephone conference with M. Gandy regarding status; review and revise letter to attorney for Wells Ventures | 0.7 | 297.50 |
| 12/10/07 | MDL | Edit and file/send subpoenas, exhibits, letters and notices of depositions regarding Wells Ventures LLC and Stephen Milden; Communications with David Dantzler and Milden's attorney regarding ; conferences with Harrilee Cheshire regarding call Sneba Sherrod regarding case | 5.0 | 1,125.00 |
| 12/11/07 | KLA | Redact invoices for Global Finance receivership fee application; draft summary bullet points of successes for same draft fee application for Global Finance | 4.3 | 838.50 |
| 12/11/07 | TBB | Email correspondence regarding status of claim form; review and revise first fee application | 0.7 | 227.50 |
| 12/11/07 | JDD | E-mail correspondence with Receiver Team regarding Wells Ventures and other discovery | 0.4 | 170.00 |
| 12/11/07 | MDL | Edit Global Finance fee application and exhibits; communications with Kelly Atkinson | 2.7 | 607.50 |
| 12/12/07 | TBB | Additional review of fee application; discussion with Melissa Lu regarding | 0.3 | 97.50 |
| 12/12/07 | MDL | Prepare applications for fees and exhibits; communications with Kelly Atkinson regarding communications with Harrilee Cheshire regarding | 2.4 | 540.00 |
| 12/13/07 | TBB | Review claim form; email correspondence with Scott Askue regarding same | 0.4 | 130.00 |
| 12/13/07 | MDL | Edit and finalize fee application and invoices; communications with counsel regarding | 3.6 | 810.00 |
| 12/14/07 | HC | Email correspondence regarding follow-up with Marshal Gandy | 0.3 | 63.00 |
| 12/14/07 | MDL | Communications with David Dantzler regarding ; proof read fee application and exhibits; email same to Marshall Gandy | 0.8 | 180.00 |

REDACTED REDACTED REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/14/08
Invoice Number 888818
File No. 033287.000007
Page 5

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 12/18/07 | MDL | Follow up with Marshall Gandy regarding fee applications | 0.1 | 22.50 |
| 12/19/07 | JDD | Telephone conference with M. Gandy regarding transition issues | 0.5 | 212.50 |
| 12/20/07 | JDD | Review letter from S. Heurlin; telephone conference with M. Gandy | 0.6 | 255.00 |
| 12/20/07 | MDL | Edit fee applications, exhibits and letter to Judge Schell; file and serve same; review fax from Milden's attorney; communications with David Dantzler, Bill Arnold and Ronda Blair regarding | 2.3 | 517.50 |
| 12/21/07 | MRA | Telephone call to and e-mail correspondence from Melissa Lu regarding            ; e-mail correspondence from Marshall Gandy regarding same | 0.2 | 60.00 |
| 12/21/07 | JDD | Telephone calls to and from M. Gandy | 0.2 | 85.00 |
| 12/21/07 | MDL | Conference with Mike Chazen regarding Wells Ventures; conferences with Marshall Gandy and Bill Arnold regarding        ; communications with David Dantzler, Marshall Gandy and Bill Arnold regarding | 0.9 | 202.50 |
| 12/26/07 | JDD | Conference with M. Lu regarding           review status of case | 0.8 | 340.00 |
| 12/26/07 | MDL | Prepare to serve subpoena on Stephen Milden | 0.5 | 112.50 |
| 12/27/07 | DLA | Conduct investigation utilizing commercial databases and other online resources in an effort to locate current address for Stephen Milden | 1.4 | 210.00 |
| 12/27/07 | MRA | Review and analysis of email correspondence from Melissa Lu and David Dantzler regarding          telephone conference with Melissa Lu regarding | 0.2 | 60.00 |
| 12/27/07 | JDD | E-mail correspondence with M. Lu and Receiver Team regarding              .; conference with M. Lu regarding      telephone conference with M. Lu and M. Gandy | 1.1 | 467.50 |
| 12/27/07 | MDL | Conference with Bruce Heurlin; conferences with Marshall Gandy and David Dantzler regarding | 1.3 | 292.50 |
| 12/28/07 | DLA | Conduct additional research relating to efforts to locate Stephen Milden | 1.2 | 180.00 |
| | | Totals | 63.7 | 16,830.50 |

REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

Invoice Date 01/14/08
Invoice Number 888818
File No. 033287.000007
Page 6

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/07**

| Initials | Name | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| DLA | Alford | 2.6 | 150.00 | 390.00 |
| MRA | Arnold | 3.9 | 300.00 | 1,170.00 |
| KLA | Atkinson | 4.3 | 195.00 | 838.50 |
| TBB | Bosch | 8.4 | 325.00 | 2,730.00 |
| HC | Cheshire | 5.8 | 210.00 | 1,218.00 |
| WNC | Chupp | 0.5 | 75.00 | 37.50 |
| JDD | Dantzler | 9.8 | 425.00 | 4,165.00 |
| SRD | Davis | 0.7 | 70.00 | 49.00 |
| MDL | Lu | 27.7 | 225.00 | 6,232.50 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/07**

| Date | Description | Amount |
|---|---|---:|
| 12/10/07 | Witness Fees & Expenses – PAYEE: Milden, Stephen P.; REQUEST#: 203690; DATE: 12/10/2007. Witness fee | 50.00 |
| 12/10/07 | Witness Fees & Expenses – PAYEE: Wells Ventures, LLC; REQUEST#: 203691; DATE: 12/10/2007. Witness fee | 50.00 |
| | Total: | 100.00 |

Total Fees & Costs:   $16,930.50

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Road, N.E., Ste. 750
Atlanta, GA 30326

| | |
|---|---|
| Invoice Date | 02/19/08 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 895097 |
| File No. | 033287.000007 |

RE: Receiver - Global Finance & Investments, Inc., et. al

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/08 | $5,798.33 |
| Costs and Expenses Through 01/31/08 | $366.07 |
| **Total Amount of This Invoice** | **$6,164.40** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 01/02/08 | MDL | Draft and edit subpoenas to Milden and D'Angelo; Conference with Marshall Gandy regarding Milden; Communications with David Dantzler regarding and Gandy phone conference; Review Milden/D'Angelo/Wells Ventures file | 2.2 | 572.00 |
| 01/03/08 | MRA | Review and analysis of email correspondence from Scott Askue regarding correspondence from William Dippolito regarding his disgorgement payment | 0.1 | 33.00 |
| 01/03/08 | JDD | Review subpoenas to D'Angelo and Milden; | 0.3 | 127.50 |
| 01/03/08 | MDL | Draft and edit subpoenas to Milden and D'Angelo; Communications with Tuscon law firm regarding same | 1.6 | 416.00 |
| 01/04/08 | MRA | Conference with Melissa Lu regarding | 0.1 | 33.00 |
| 01/04/08 | JDD | Review tax case regarding Ponzi schemes; review and revise tax memo to investors | 0.6 | 255.00 |
| 01/04/08 | MDL | Edit and send subpoenas to Stephen Milden and Mike D'Angelo; Communications with Bill Arnold regarding Communications with Harrilee Cheshire regarding | 0.8 | 208.00 |
| 01/07/08 | WNC | Research and forward various case contact information to M. Lu for review per request | 0.5 | 40.00 |
| 01/07/08 | MDL | Prepare letter to counsel regarding | 0.6 | 156.00 |
| 01/08/08 | MRA | Conference with Melissa Lu regarding draft agreement with Jennie Thompson | 1.1 | 344.85 |
| 01/08/08 | HC | Assist in logistics of serving subpoenas on parties; conference with Melissa Lu regarding | 0.8 | 220.00 |
| 01/08/08 | MDL | Conference with Bill Arnold regarding case ; prepare for meeting with Bill Arnold | 1.3 | 338.00 |
| 01/09/08 | MRA | Continue drafting agreement with Jennie Thompson | 0.3 | 94.05 |
| 01/09/08 | JDD | E-mail correspondence with M. Gandy regarding several issues; review status of case and e-mail correspondence with Receiver Team regarding same | 0.5 | 212.50 |
| 01/09/08 | MDL | Follow up with subpoenas and other efforts to retrieve money for the Receiver's estate | 0.3 | 78.00 |
| 01/10/08 | MRA | Review and revise agreement with Jennie Thompson; telephone conference with Melissa Lu regarding | 1.0 | 313.50 |
| 01/10/08 | MDL | Communications with Bill Arnold regarding | 0.4 | 104.00 |

REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

Invoice Date 02/19/08
Invoice Number 895097
File No. 033287.000007
Page 3

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | Thompson loan agreement; review exhibits for fee applications | | |
| 01/14/08 | MDL | Communications with banks regarding subpoenas; communications with client regarding same | 0.5 | 123.50 |
| 01/15/08 | HC | Email correspondence regarding Mr. Askue's investigation of Linn & Maske (Sterling Meridian) | 0.3 | 78.38 |
| 01/16/08 | MDL | Review Jeanne Thompson's deposition; review outstanding issues in case | 0.3 | 78.00 |
| 01/17/08 | SRD | Research and verify existence of exhibits within Concordance pertaining to deposition of Jeanne Henderson; report findings to Melissa Lu | 1.2 | 91.20 |
| 01/17/08 | MDL | Review Jeanne Henderson deposition; review outstanding issues in case; conference with Sybil Davis regarding Jeanne Henderson | 1.0 | 247.00 |
| 01/18/08 | SRD | Follow up with Melissa Lu regarding | 0.2 | 15.20 |
| 01/18/08 | MDL | Conference with Sybil Davis regarding Jeanne Henderson exhibits | 0.2 | 49.40 |
| 01/24/08 | MRA | Email correspondence to Scott Askue, Melissa Lu and Harrilee Cheshire regarding | 0.3 | 94.05 |
| 01/25/08 | MRA | Email correspondence to Scott Askue regarding outstanding issues | 0.2 | 62.70 |
| 01/25/08 | HC | Status conference regarding outstanding issues | 0.2 | 52.25 |
| 01/25/08 | WNC | Review and update case freeze letter / subpoena chart and forward to M. Lu and H. Cheshire for additional review | 0.5 | 38.00 |
| 01/25/08 | JDD | Prepare for and meet with G. Hays, et. al. regarding | 1.0 | 463.50 |
| 01/25/08 | MDL | Communications with Scott Askue regarding fee applications | 0.3 | 74.10 |
| 01/28/08 | HC | Draft memo of issues discussed at 1/25 meeting with client | 0.2 | 52.25 |
| 01/29/08 | WNC | Review and update case freeze / subpoena chart to reflect recent case activity | 0.4 | 30.40 |
| 01/30/08 | MRA | Email correspondence to Melissa Lu regarding | 0.1 | 31.35 |
| 01/30/08 | MDL | Research Jeannie Henderson; communications with Bill Arnold and Scott Askue regarding | 0.4 | 98.80 |
| 01/31/08 | MRA | Conference with Melissa Lu regarding ; telephone call to Jeanne Thompson/Henderson; review and analysis of email | 0.4 | 125.40 |

REDACTED REDACTED REDACTED

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 02/19/08
Invoice Number 895097
File No. 033287.000007
Page 4

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | correspondence from Melissa Lu regarding | | |
| 01/31/08 | HC | Telephone call with S. Askue regarding Sterling Meridian | 0.2 | 52.25 |
| 01/31/08 | MDL | Draft fee application; communications with Bill Arnold regarding ′  eave voice mail with Jeannie Henderson | 1.6 | 395.20 |
| | | Totals | 22.0 | 5,798.33 |

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/08

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| MRA | Arnold | 0.2 | 330.00 | 66.00 |
| MRA | Arnold | 3.4 | 313.50 | 1,065.90 |
| HC | Cheshire | 0.8 | 275.00 | 220.00 |
| HC | Cheshire | 0.9 | 261.26 | 235.13 |
| WNC | Chupp | 0.5 | 80.00 | 40.00 |
| WNC | Chupp | 0.9 | 76.00 | 68.40 |
| JDD | Dantzler | 1.0 | 463.50 | 463.50 |
| JDD | Dantzler | 1.4 | 425.00 | 595.00 |
| SRD | Davis | 1.4 | 76.00 | 106.40 |
| MDL | Lu | 7.5 | 260.00 | 1,950.00 |
| MDL | Lu | 4.0 | 247.00 | 988.00 |

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/08

| Date | Description | Amount |
|---|---|---|
| 01/07/08 | Miscellaneous Expenses – VENDOR: Bank of America; INVOICE#: F102307000443; DATE: 12/4/2007 - Document production | 120.93 |
| 01/03/08 | Outside Courier Services – PAYEE: Milden, Stephen P.; REQUEST#: 206647; DATE: 1/3/2008. Witness fee. | 60.00 |
| 01/03/08 | Outside Courier Services – PAYEE: D'Angelo, Michael; REQUEST#: 206921; DATE: 1/3/2008. Witness fee. | 60.00 |
| 01/25/08 | Professional Services – VENDOR: Accurint; INVOICE#: 111717020071231; DATE: 12/31/2007 - Services 12/07 | 19.38 |
| 01/25/08 | Professional Services – VENDOR: Pacer Service Center; INVOICE#: TS0042/2008; DATE: 1/7/2008 - Pacer service 10/1/07 - 12/31/07 | 81.76 |
| 01/09/08 | Travel Expenses – VENDOR: Andrea Tatum, Petty Cash; INVOICE#: 010908; DATE: 1/9/2008 Parking  12/4/07 | 12.00 |
| 01/09/08 | Travel Expenses – VENDOR: Andrea Tatum, Petty Cash; INVOICE#: 010908; DATE: 1/9/2008 Parking at clients 12/4/07 | 12.00 |

Total: 366.07

Total Fees & Costs: $6,164.40