# EXHIBIT A

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**
**For the Period from** 2/1/2008 **to** 2/29/2008

March 17, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 4.30<br>350.00/hr | 1,505.00 |
| **For professional services rendered** | **4.30** | **$1,505.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

Receiver

For the Period from    2/1/2008   to   2/29/2008

March 17, 2008

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/4/2008 | SGH | Reviewed email from Clark Will regarding pending issues in the case. Researched emails and drafted several emails to Clark Will regarding pending recoveries. Drafted emails to David Dantzler. Updated the project list. | 1.00 350.00/hr | 350.00 |
| 2/5/2008 | SGH | Reviewed and responded to emails from David Dantzler regarding REDACTED | 0.30 350.00/hr | 105.00 |
| 2/6/2008 | SGH | Reviewed and responded to emails regarding hearing date. Discussed REDACTED with David Dantzler including Antigua recovery. Reviewed emails regarding fee application. Updated project list with pending matters. | 0.40 350.00/hr | 140.00 |
| | SGH | Reviewed and responded to email regarding sale of Portland Monthly for $800,000. Discussed with David Dantzler. | 0.30 350.00/hr | 105.00 |
| 2/11/2008 | SGH | Telephone call from David Dantzler regarding REDACTED Reviewed emails from Clark Will regarding scheduling matters. | 0.40 350.00/hr | 140.00 |
| 2/14/2008 | SGH | Reviewed and responded to emails regarding TNT, TYH, Johnson and Gowdy. Reviewed request for accounting. Reviewed and responded to emails from Clark Will and David Dantzler. Drafted email to Scott Askue. | 0.30 350.00/hr | 105.00 |
| 2/15/2008 | SGH | Reviewed and responded to emails regarding Gowdy and Johnson. | 0.30 350.00/hr | 105.00 |
| 2/20/2008 | SGH | Reviewed and responded to emails regarding claims administration and developing loss figure. Telephone call from David Dantzler regarding REDACTED | 0.40 350.00/hr | 140.00 |
| 2/26/2008 | SGH | Reviewed and responded to email regarding sale of Portland Monthly. Reviewed project list. | 0.20 350.00/hr | 70.00 |
| 2/27/2008 | SGH | Reviewed email from Clark Will regarding Sitton, Casino, Earl Martin settlement and Carlisle. Drafted an email to Clark Will regarding same. | 0.40 350.00/hr | 140.00 |
| | SGH | Drafted email to Kathy Malek regarding payment of fee applications for December and January. | 0.10 350.00/hr | 35.00 |
| 2/29/2008 | SGH | Reviewed and signed IRS forms 1096, 1098 and 1099 forms for 2007. | 0.20 350.00/hr | 70.00 |
| | | **For professional services rendered** | **4.30** | **$1,505.00** |

REDACTED  REDACTED  REDACTED