# EXHIBIT B

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Travis Correll et al**
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
For the Period from 2/1/2008 to 2/29/2008

March 17, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| J. Wesley Pennington, CPA, CFE, CIRA, CTP | 1.90 350.00/hr | 665.00 |
| Julie N. Hentosz | 1.00 100.00/hr | 100.00 |
| K. Shelby Bao | 1.70 150.00/hr | 255.00 |
| Kathryn A. Malek, PHR | 1.50 170.00/hr | 255.00 |
| M. Lindsay Dukes | 0.90 75.00/hr | 67.50 |
| Richard F. Hunter, CFE | 0.80 195.00/hr | 156.00 |
| Robert E. Meehan, CPA | 8.00 250.00/hr | 2,000.00 |
| Scott S. Askue, CIRA | 9.70 240.00/hr | 2,328.00 |
| Shuwanda Y. Sloane, CFE | 109.30 120.00/hr | 13,116.00 |
| Trimble Boone | 0.50 75.00/hr | 37.50 |
| **For professional services rendered** | **135.30** | **$18,980.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 2.75 |
| Document Storage | 455.00 |
| Equipment Storage | 138.00 |
| Fax | 8.75 |
| Federal Express | 66.16 |
| Lexis | 51.87 |
| Postage | 25.15 |
| **Total costs** | **$747.68** |

| | |
|---|---:|
| **Total amount of this bill** | **$19,727.68** |

---

CCE - Certified Computer Examiner        CPA - Certified Public Accountant
CFE - Certified Fraud Examiner            CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor    PHR - Professional in Human Resources

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from   2/1/2008   to   2/29/2008**

March 17, 2008

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2008 | SYS | Reviewed submitted investor claim forms, prepared files for same and entered information into investor database as necessary. | 2.00 120.00/hr | 240.00 |
|  | SYS | Continued to review submitted investor claim forms and entered information from same into investor database. | 1.90 120.00/hr | 228.00 |
|  | SYS | Reviewed voice mail messages from investors and followed up with same. | 0.50 120.00/hr | 60.00 |
|  | SYS | Continued telephone calls to and from several investors regarding inquiring about the status of their submitted investor claim forms and referred same to company web site for assistance. | 0.50 120.00/hr | 60.00 |
|  | RFH | Reviewed pending case issues and updated the Receiver's case management software with activity. | 0.10 195.00/hr | 19.50 |
| 2/2/2008 | KAM | Researched and entered information for production of 1099 forms for 2007 for TNT. Mailed Copy B to payees. | 0.20 170.00/hr | 34.00 |
|  | KAM | Researched and entered information for production of 1099 forms for 2007 KG Sitton. Mailed Copy B to payees. | 0.20 170.00/hr | 34.00 |
| 2/4/2008 | SYS | Reviewed submitted investor claim forms and entered information captured from same into investor database. | 1.90 120.00/hr | 228.00 |
|  | SYS | Continued to review and organize submitted investor claim forms and entered information from same into investor database as necessary and researched files for duplicate submitted claim forms as well. | 2.50 120.00/hr | 300.00 |
|  | SYS | Reviewed voice mail messages from investors and followed up with same regarding the receipt of previously submitted investor claim forms. | 0.50 120.00/hr | 60.00 |
|  | SYS | Continued to review and organize submitted investor claim forms and entered information into the investor database as necessary. Telephone call to various investors to advise of receipt of same as requested. | 1.60 120.00/hr | 192.00 |
|  | JWP | Reviewed email from Nick Farrell regarding ▓▓▓▓▓▓▓▓▓▓▓. Responded to Mr. Farrell regarding ▓▓▓▓▓▓▓▓▓▓ | 0.60 350.00/hr | 210.00 |
| 2/5/2008 | SYS | Reviewed email message from investor Stephen Beckstoffer regarding his investment and responded to same. | 0.10 120.00/hr | 12.00 |

REDACTED

REDACTED

| Date | Tkpr | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/5/2008 | SSA | Telephone calls to Susan Palmatier and Jodie Bush of Josephs Jack regarding responses to interrogatories. Drafted email to Tom Borton regarding ▅▅▅ | 0.70 240.00/hr | 168.00 |
| | RFH | Reviewed and responded to emails from Kerry Gutierrez regarding the status of the sale of the Panama City condominium. | 0.30 195.00/hr | 58.50 |
| | SYS | Continued to review and organize submitted investor claim forms and entered information captured from same into investor database. | 2.00 120.00/hr | 240.00 |
| | SSA | Telephone call from Nick Farrell regarding ▅▅▅ ▅▅▅. Researched for stock certificate for same. | 0.80 240.00/hr | 192.00 |
| | SSA | Telephone call to Bill Arnold regarding ▅▅▅ | 0.20 240.00/hr | 48.00 |
| | KSB | Reviewed and edited January 2008 fee invoices for HFC and Receiver. | 1.30 150.00/hr | 195.00 |
| | SYS | Continued to review voice mail messages forwarded from investors and followed up with same as necessary. | 0.50 120.00/hr | 60.00 |
| | SYS | Continued to review and organize submitted investor claim forms and entered information captured from same into investor database. | 2.60 120.00/hr | 312.00 |
| 2/6/2008 | SSA | Left voice mail message for Nick Farrell regarding ▅▅▅ Reviewed defendants files for same. | 1.20 240.00/hr | 288.00 |
| | SYS | Reviewed submitted investor claim forms and entered information from same into the database. Telephone calls to several investors to confirm receipt of same. | 2.70 120.00/hr | 324.00 |
| | SYS | Telephone calls to and from several investors regarding the receipt of submitted claim forms and the status of distributions as well. | 0.70 120.00/hr | 84.00 |
| | SYS | Continued to review submitted claim forms and entered information into the database as necessary. | 2.50 120.00/hr | 300.00 |
| | SSA | Drafted email to and reviewed emails from Josephs Jack regarding Sentinel Partners interrogatories. | 0.20 240.00/hr | 48.00 |
| | SYS | Continued to review and organize submitted investor claim forms and entered information from same into the investor database. | 1.60 120.00/hr | 192.00 |
| | SYS | Continued to review and organize submitted investor claim forms and updated investor database as necessary. | 0.90 120.00/hr | 108.00 |
| 2/7/2008 | SYS | Telephone calls to several investors in response to recent voice mail messages and reviewed submitted investor claim form for same. | 1.70 120.00/hr | 204.00 |
| | SYS | Reviewed and prepared documents to be forwarded to investor Tommy Palmatier regarding his $1 million investment as requested. | 0.10 120.00/hr | 12.00 |
| | SYS | Reviewed and prepared investor declaration forms to be forwarded to several investors as requested. | 0.20 120.00/hr | 24.00 |
| | SYS | Reviewed submitted investor claim forms and prepared files for same. | 0.50 120.00/hr | 60.00 |
| | SYS | Continued to review submitted investor claim forms and entered information captured from same into investor database and followed up with several investors as requested to advise of same. | 2.50 120.00/hr | 300.00 |
| | SYS | Organized submitted investor claim forms into appropriate files as necessary. | 0.90 120.00/hr | 108.00 |

REDACTED

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/7/2008 | SYS | Reviewed voice mail messages from investors inquiring about the status of submitted investor claim forms and the time frame for investor distributions and referred same to company web site for updates. | 0.60 120.00/hr | 72.00 |
| | SYS | Reviewed and organized previously submitted investor claim forms as necessary. | 1.90 120.00/hr | 228.00 |
| | SSA | Drafted email to David Dantzler regarding ■■■■■■ | 0.20 240.00/hr | 48.00 |
| 2/8/2008 | SYS | Continued to review and organize submitted investor claim forms and entered information from same into investor database. | 2.30 120.00/hr | 276.00 |
| | SYS | Continued to review submitted investor claim forms and updated investor database as necessary. | 1.50 120.00/hr | 180.00 |
| | SYS | Continued to review submitted investor claim forms and entered information captured from same into investor database and prepared files for same. | 2.10 120.00/hr | 252.00 |
| | SYS | Reviewed voice mail messages forwarded from investors inquiring about the status of submitted investor claim forms and followed up with same as necessary. | 0.70 120.00/hr | 84.00 |
| 2/11/2008 | SYS | Telephone call to and from investor Shannon Wetklow regarding his $90k investment and forwarded copy of the Receiver's letter to same. | 0.20 120.00/hr | 24.00 |
| | TB | Researched Correll investor files for select investors. | 0.50 75.00/hr | 37.50 |
| | SYS | Telephone calls to and from several investors inquiring about the status of previously submitted claim forms and followed up with same as necessary. | 0.50 120.00/hr | 60.00 |
| | SYS | Telephone calls to and from several investors inquiring about the status of previously submitted claim forms and followed up with same as necessary. | 0.50 120.00/hr | 60.00 |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into investor database. | 2.20 120.00/hr | 264.00 |
| | SYS | Reviewed invoices forwarded from various vendors and prepared non-investor proof of claim forms to be forwarded to same as necessary. | 0.20 120.00/hr | 24.00 |
| | SYS | Telephone calls to and from investors inquiring about the status of submitted claim forms and researched files as necessary to confirm the receipt of same and prepared files for same. | 1.50 120.00/hr | 180.00 |
| | SSA | Reviewed and edited fee invoice for January. | 0.80 240.00/hr | 192.00 |
| | SYS | Continued to review and organize submitted investor claim forms as necessary and telephone calls to investors to confirm the receipt of same as requested. | 1.40 120.00/hr | 168.00 |
| | MLD | Prepared mail to be sent to Travis Correll and Neulan Midkiff. | 0.90 75.00/hr | 67.50 |
| 2/12/2008 | SYS | Reviewed submitted investor claim forms and entered information captured from same into investor database. | 2.60 120.00/hr | 312.00 |
| | SYS | Reviewed voice mail messages forwarded from several investors and followed up with same as necessary. | 0.70 120.00/hr | 84.00 |
| | SYS | Continued to review previously submitted investor claim forms and entered information captured from same into investor database and prepared files as well. | 2.20 120.00/hr | 264.00 |
| | SYS | Telephone calls to and from several investors regarding the receipt of their submitted claim forms and the time table for distributions to same. | 0.90 120.00/hr | 108.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/12/2008 | SYS | Reviewed voice mail messages and researched investor files to ensure submitted investor claim forms have been received and followed up with various investors as requested. | 1.20 120.00/hr | 144.00 |
| 2/13/2008 | SYS | Telephone call to and from several investors inquiring about the status of submitted claim forms | 0.70 120.00/hr | 84.00 |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into investor database. | 2.90 120.00/hr | 348.00 |
| | SSA | Drafted email to Jodie Bush of Josephs Jack regarding interrogatories in the Sentinel Partners litigation. | 0.20 240.00/hr | 48.00 |
| | SYS | Continued to review submitted investor claim forms and entered information captured from same into investor database as necessary. | 2.60 120.00/hr | 312.00 |
| | SYS | Reviewed voice mail messages forwarded from various investors inquiring about the status of their submitted investor claim forms and followed up with same as necessary. | 0.70 120.00/hr | 84.00 |
| 2/14/2008 | JWP | Reviewed email from Nick Farrell regarding ▓▓▓ | 0.50 350.00/hr | 175.00 |
| | SSA | Drafted email to and reviewed email from Susan Palmatier regarding interrogatories. | 0.20 240.00/hr | 48.00 |
| | SSA | Drafted emails to the Receiver regarding status of funds frozen at Wells Fargo. | | |
| 2/15/2008 | SYS | Telephone call to and from investor Mr. Salazar regarding his $500k investment of the receipt of his submitted investor claim form regarding same. | | |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into investor database and followed up with same as necessary. | | |
| | SYS | Reviewed claim forms submitted prior to the set bar date and entered information captured from same into the investor database. | 2.60 120.00/hr | 312.00 |
| | SYS | Continued to review voice mail messages forwarded from investors inquiring about the status and receipt of submitted investor claim forms and followed up with same as necessary. | 0.50 120.00/hr | 60.00 |
| | SYS | Reviewed and organized submitted investor claim forms and prepared files for same. | 0.50 120.00/hr | 60.00 |
| 2/18/2008 | SYS | Reviewed submitted investor claim forms and entered information captured from same into investor database. | 1.50 120.00/hr | 180.00 |
| | SYS | Telephone calls to and from several investors inquiring about the status of previously forwarded claim forms and followed up with same as necessary and reviewed submitted investor claim forms and entered information from same into investor database. | 2.00 120.00/hr | 240.00 |
| | SSA | Reviewed answers to interrogatories in Sentinel matter. Drafted email to Tom Borton regarding ▓▓▓ | 0.50 240.00/hr | 120.00 |
| | SYS | Reviewed voice mail messages forwarded from investors inquiring about the status of submitted claims prior to the bar date of February 15 and followed up as necessary with same as requested. | 0.60 120.00/hr | 72.00 |
| | SYS | Continued to review submitted investor claim forms and entered information from same into investor database and organized duplicate forms into existing files as necessary. | 1.30 120.00/hr | 156.00 |
| 2/19/2008 | SSA | Reviewed responses to Sentinel interrogatories. Telephone call to Tom Borton regarding ▓▓▓ | 0.50 240.00/hr | 120.00 |

← ok?

REDACTED REDACTED REDACTED

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/19/2008 | SSA | Drafted email to Bill Arnold regarding ~~REDACTED~~ | 0.10 240.00/hr | 24.00 |
| | SYS | Continued to review submitted investor claim forms and organized same as necessary. | 2.20 120.00/hr | 264.00 |
| | SYS | Continued to review and organized submitted investor claim forms and entered information from same into investor database as necessary. | 2.40 120.00/hr | 288.00 |
| | SYS | Telephone calls to various investors in response to inquiries regarding the receipt of submitted claim forms prior to the bar date. | 0.90 120.00/hr | 108.00 |
| | SYS | Continued to review submitted investor claim forms and entered information from same into investor database. | 1.20 120.00/hr | 144.00 |
| | SSA | Reviewed Portland Monthly sale agreement. Drafted email to Nick Farrell regarding ~~REDACTED~~ Telephone call to Travis Correll regarding same. | 1.00 240.00/hr | 240.00 |
| 2/20/2008 | SYS | Reviewed and organized submitted investor claim forms and entered information from same into database as necessary. Telephone calls to various investors to confirm receipt of same as requested. | 3.10 120.00/hr | 372.00 |
| | SYS | Reviewed voice mail messages from various investors inquiring about receipt of submitted claim forms and followed up with same as requested. | 0.50 120.00/hr | 60.00 |
| | SSA | Drafted emails to and reviewed emails from Nick Farrell regarding ~~REDACTED~~ | 0.30 240.00/hr | 72.00 |
| | SYS | Continued to review submitted investor claim forms and entered information from same into investor database. | 2.70 120.00/hr | 324.00 |
| 2/21/2008 | SYS | Continued to review voice mail messages forwarded from investors inquiring about the status of submitted claim forms and followed up with same as necessary to confirm receipt of same as requested. | 0.90 120.00/hr | 108.00 |
| | SYS | Drafted email to investor Joshua Moesser requesting additional accounting information regarding his $65k investment and the submitted investor declaration form. | 0.10 120.00/hr | 12.00 |
| | SSA | Telephone call from Nick Farrell regarding ~~REDACTED~~ | 0.10 240.00/hr | 24.00 |
| | SYS | Reviewed investor declaration forms submitted prior to the set bar date and entered information from same into investor database as necessary. | 2.50 120.00/hr | 300.00 |
| | SYS | Continued to review submitted investor claim forms and entered information from same into investor database. Telephone calls to various investors to confirm receipt of same as requested. | 2.80 120.00/hr | 336.00 |
| | SYS | Prepared files for received claim forms and organized same as necessary into appropriate areas. | 1.10 120.00/hr | 132.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about the receipt of submitted investor claim forms and other related issues and followed up with same. | 0.70 120.00/hr | 84.00 |
| | SSA | Met with Travis Correll regarding sale of Portland Monthly stock. Drafted email to Nick Farrell regarding ~~REDACTED~~ Prepared documents for closing. | 0.50 240.00/hr | 120.00 |
| | SSA | Telephone call from Bill Arnold regarding ~~REDACTED~~ Reviewed file on same. | 0.40 240.00/hr | 96.00 |
| 2/22/2008 | SYS | Reviewed and organized submitted investor claim forms and entered information from same into investor database as necessary. | 3.20 120.00/hr | 384.00 |

REDACTED (left margin, repeated)

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/22/2008 | SYS | Continued to review, organize and enter information into the investor database from submitted investor claim forms and prepared files for same as necessary. | 3.10 120.00/hr | 372.00 |
| | SYS | Reviewed voice mail messages forwarded from various investors inquiring about the receipt of claim forms submitted prior to the February 15 bar date and referred same to company web site for recent updates regarding the investigation and other case related issues. | 0.80 120.00/hr | 96.00 |
| | SYS | Continued to review voice mail messages from various investors and followed with same as necessary. | 0.40 120.00/hr | 48.00 |
| 2/25/2008 | SYS | Reviewed submitted investor claim forms and entered information captured from same into investor database. | 1.80 120.00/hr | 216.00 |
| | SYS | Continued to review submitted investor claim forms and entered information from same into investor database. Telephone calls to and from investor inquiring about the receipt of investor claim forms and followed up with same as necessary. | 2.90 120.00/hr | 348.00 |
| | SYS | Reviewed voice mail messages from investors and followed up as necessary. | 0.20 120.00/hr | 24.00 |
| 2/26/2008 | SYS | Reviewed emails from investors and followed up with same as necessary. | 0.10 120.00/hr | 12.00 |
| | KAM | Confirmed with JP Morgan Chase that wire transfer from Portland Monthly had been received. Telephone call to Nick Farrell regarding [REDACTED]. | 0.20 170.00/hr | 34.00 |
| | SYS | Continued to review and organize submitted investor claim forms and prepared files for same. | 1.40 120.00/hr | 168.00 |
| | SYS | Continued to review voice mail messages from investors inquiring about the receipt of submitted investor claim forms and followed up with investors to confirm receipt of same. | 0.70 120.00/hr | 84.00 |
| | SYS | Reviewed voice mail messages from investors and followed up with same as necessary. | 0.40 120.00/hr | 48.00 |
| | SSA | Drafted email to and reviewed email from Nick Farrell regarding [REDACTED]. | 0.30 240.00/hr | 72.00 |
| | SSA | Telephone call from Bill Arnold regarding [REDACTED]. Drafted email to Bob Meehan regarding same. Reviewed email and document from Mr. Arnold regarding [REDACTED]. | 0.40 240.00/hr | 96.00 |
| | JWP | Reviewed series of email from Nick Farrell regarding [REDACTED]. Organized due diligence materials. | 0.80 350.00/hr | 280.00 |
| 2/27/2008 | KSB | Prepared final bills for HFC and the Receiver for January 2008. | 0.40 150.00/hr | 60.00 |
| | JNH | Participated in conference call with Wes Pennington and Bill arnold regarding [REDACTED]. Reviewed financials of company. | 1.00 100.00/hr | 100.00 |
| | KAM | Drafted response to IRS inquiry regarding 2004 salary of Leonard Midkiff. | 0.20 170.00/hr | 34.00 |
| | SYS | Continued to review voice mail messages from investors and followed up as necessary. | 0.40 120.00/hr | 48.00 |
| | SSA | Reviewed listing of information requested from Element Payment Systems. Drafted email regarding addition. | 0.30 240.00/hr | 72.00 |
| 2/28/2008 | SYS | Reviewed voice mail messages from investors inquiring about the status of submitted claim forms and followed up with same as necessary. | 0.20 120.00/hr | 24.00 |
| | REM | Reviewed 6/06 TNT Office Supply return. Determined information necessary to prepare 6/07 return. | 1.00 250.00/hr | 250.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/28/2008 | KAM | Prepared 1096 form for Horizon Establishment. Prepared 1099's for processing by the IRS. | 0.30 170.00/hr | 51.00 |
| 2/29/2008 | REM | Obtained necessary accounting data to prepare 6/07 TNT return. | 1.70 250.00/hr | 425.00 |
| | REM | Prepared 6/07 cash analysis for 6/07 TNT return. | 2.20 250.00/hr | 550.00 |
| | REM | Prepared 6/07 trial balance and adjustments for 6/07 TNT return. | 2.10 250.00/hr | 525.00 |
| | REM | Researched state qualification and required information for TNT Texas filing. | 1.00 250.00/hr | 250.00 |
| | SSA | Telephone call from Bill Arnold regarding [REDACTED]. Drafted email to Clark Will regarding same. Compiled [REDACTED] for Mr. Arnold. | 0.30 240.00/hr | 72.00 |
| | SSA | Telephone call from Bill Arnold regarding [REDACTED]. Compiled [REDACTED] for Mr. Arnold. | 0.30 240.00/hr | 72.00 |
| | RFH | Reviewed voice mail message from Mark King regarding the sale of computer equipment. Telephone call to Mr. King regarding same. Researched ebay for similar equipment to determine price. Drafted email to Mr. King regarding same. | 0.40 195.00/hr | 78.00 |
| | KAM | Prepared 1096 form for TNT. Prepared 1099's for processing by the IRS. | 0.20 170.00/hr | 34.00 |
| | KAM | Prepared 1096 form for KG Sitton. Prepared 1099's for processing by the IRS. | 0.20 170.00/hr | 34.00 |
| | | **For professional services rendered** | **135.30** | **$18,980.00** |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 2/1/2008 | Document storage/Document Depository - February 2008 | 455.00 |
| | Equipment storage - February 2008 | 138.00 |
| 2/8/2008 | FedEx to Neulan Midkiff 1/8/08 | 12.97 |
| | FedEx to Time Share Closing Services 1/10/08 | 20.67 |
| | FedEx to Quilling Selander Commiskey 1/14/08 | 19.55 |
| 2/29/2008 | Copying cost for February 2008. | 2.75 |
| | Fax charges for February 2008. | 8.75 |
| | Postage charges for February 2008. | 25.15 |
| | Lexis Nexis fees for period through 1/31/08 | 51.87 |
| | FedEx to Neulan Midkiff 1/22/08 | 12.97 |
| | **Total costs** | **$747.68** |
| | **Total amount of this bill** | **$19,727.68** |