# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

| | |
|---|---|
| Invoice Date | 03/14/08 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 904058 |
| File No. | 033287.000002 |

RE:    Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/29/08 | $11,775.02 |
| Costs and Expenses Through 02/29/08 | $82.26 |
| **Total Amount of This Invoice** | **$11,857.28** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 03/14/08
Invoice Number 904058
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/08

| Date | Init | Description of Work Performed | Hours |
|------|------|-------------------------------|-------|
| 01/16/08 | HC | Assist with issues related to sale of Florida timeshare | 0.0 |
| 02/01/08 | MRA | Telephone conference with Leezie Kim regarding note to Element Payment Services | 0.2 |
| 02/01/08 | TEB | Email from Rich Douglas concerning Sentinel lawsuit | 0.1 |
| 02/01/08 | HC | Assist in preparation of motion to continue date of status conference; ▮▮▮▮ with M. Lu regarding ▮▮▮▮ | 0.2 |
| 02/01/08 | NRF | Conference with President of Portland Monthly and counsel for Portland Monthly regarding outstanding offer to purchase Correll shares; ▮▮▮▮ with David Dantzler regarding ▮▮▮▮ | 0.6 |
| 02/01/08 | MDL | Draft Motion for Continuance ▮▮▮▮ with David Dantzler and SEC regarding ▮▮▮▮ research case law for same | 1.9 |
| 02/03/08 | TEB | Review First Motion for Order to Show Cause Why Klint and Tina Hartsoch Should Not Be Held in Contempt for Failure to Comply with Receivership Orders and Brief in Support | 0.1 |
| 02/04/08 | TBB | Review motion for continuance; ▮▮▮▮ with Melissa Lu regarding ▮▮▮▮ | 0.2 |
| 02/04/08 | NRF | (Correll) Telephone conference with Portland Monthly counsel regarding outstanding offer to purchase Correll shares; prepare email memo regarding same | 0.2 |
| 02/05/08 | MRA | Draft complaint against Element Payment Services; telephone conference with and email correspondence to John O'Neal regarding questions about Element Payment Services' financials; ▮▮▮▮ with and ▮▮▮▮ to Scott Askue regarding ▮▮▮▮ | 0.4 |
| 02/05/08 | TEB | ▮▮▮▮ from/to client and ▮▮▮▮ from client and to Josephs Jack concerning ▮▮▮▮ review Proposed Pretrial Order to Show Cause Why Klint and Tina Hartsoch Should Not Be Held in Contempt for Failure to Comply with Receivership Orders; ▮▮▮▮ from Harrilee Cheshire concerning ▮▮▮▮ and ▮▮▮▮ to counsel concerning ▮▮▮▮ review Motion to Continue Final Status Conference and Brief In Support Thereof; ▮▮▮▮ from Harrilee Cheshire concerning ▮▮▮▮ | 0.9 |
| 02/05/08 | HC | Research regarding Element payment; research regarding Georgia Long Arm Statute; draft complaint | 2.6 |
| 02/05/08 | NRF | (Correll) ▮▮▮▮ with David Dantzler, Scott Askue and counsel for Portland Monthly regarding ▮▮▮▮ | 0.6 |
| 02/06/08 | MRA | Review and revise complaint against Element Payment Services | 0.3 |

REDACTED
REDACTED
REDACTED
REDACTED

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/08

| Date | Init | Description of Work Performed | Hours |
|------|------|-------------------------------|-------|
| 02/06/08 | TEB | ████ from counsel concerning ████████ call from federal defender concerning Correll sentencing; ████ to/from counsel and client concerning ████████ to/from client concerning ████████ | 0.4 |
| 02/06/08 | HC | Research regarding Georgia Long Arm Statute; conference with Scott Askue regarding facts supporting long arm jurisdiction; draft complaint vs. Element Payment | 1.8 |
| 02/06/08 | JDD | ████████ with Receiver Team regarding ████████ with N. Farrell regarding ████████ with lawyers for Saga City and N. Farrell; ████████ with G. Hays, et. al. regarding ████ | 1.5 |
| 02/06/08 | NRF | (Correll) Conference with counsel for Portland Monthly regarding purchase of Correll shares | 0.6 |
| 02/06/08 | MDL | ████████ with Scott Askue regarding ████████ edit motion for continuance; ████████ with Rebecca Fairchild, David Dantzler, Clark Will and Court regarding ████; file brief | 0.1 |
| 02/07/08 | MRA | Review and revise complaint against Element Payment Services | 0.4 |
| 02/07/08 | TEB | ████ from/to counsel concerning ████████ revise letter to Keith Watson concerning deposition dates and prepare accompanying exhibits | 0.6 |
| 02/07/08 | JDD | Review letter to Watson & Watson regarding document production; ████ with Receiver Team | 0.3 |
| 02/07/08 | NRF | (Correll) Review and comment on draft of Stock Replacement Agreement prepared by counsel for Portland Monthly | 1.2 |
| 02/08/08 | MRA | ████████ with Shuanda Sloane regarding ████████ from Harrilee Cheshire regarding ████ | 0.2 |
| 02/08/08 | TEB | ████ to counsel concerning ████████ | 0.1 |
| 02/08/08 | NRF | (Correll) Prepare Securities Purchase Agreement, Correll Declaration, Lost Stock Affidavits and Stock Powers | 2.4 |
| 02/10/08 | TEB | Review Notice of Hearing on First Motion for Order to Show Cause Why Klint and Tina Hartsoch Should Not Be Held in Contempt for Failure to Comply with Receivership Orders | 0.1 |
| 02/11/08 | MRA | Email correspondence to John Maston O'Neal (counsel for Element Payment Systems) regarding questions posed to him in relation to their financial statement ████████ to Scott Askue and Greg Hays | 0.2 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 03/14/08
Invoice Number 904058
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/08

| Date | Init | Description of Work Performed | Hours |
|------|------|-------------------------------|-------|
| | | regarding ████ | |
| 02/11/08 | TEB | Email from mailroom concerning FedEx shipment to Keith Watson | 0.1 |
| 02/11/08 | JDD | Telephone conference with V. Johnson regarding Correll sentencing; ████ with G. Hays regarding ████ | 0.5 |
| 02/12/08 | MRA | Review and analysis of Receivership order for helpful language in possible lawsuit against Element Payment Systems; review and revise complaint | 0.9 |
| 02/12/08 | TEB | ████ from ████ to counsel concerning ████ | 0.1 |
| 02/12/08 | JDD | Review stock purchase agreement regarding Portland Monthly; ████ with N. Farrell regarding ████ | 0.7 |
| 02/12/08 | NRF | ████ with counsel for Portland Monthly and David Dantzler regarding ████ | 0.8 |
| 02/13/08 | TEB | Review order continuing final status conference; review emails from clerk concerning same | 0.1 |
| 02/13/08 | TEB | Email from client concerning Sentinel Discovery responses; ████ from counsel concerning ████ | 0.1 |
| 02/13/08 | NRF | Prepare and distribute Securities Purchase Agreement, Stock Powers and Lost Stock Affidavit | 2.1 |
| 02/14/08 | MRA | ████ with and ████ to Melissa Lu regarding ████ | 0.1 |
| 02/18/08 | MRA | Email correspondence to John O'Neal regarding Element Payment Services | 0.1 |
| 02/19/08 | MRA | ████ to Clark Will and Tom Borton regarding ████ to Scott Askue regarding ████ | 0.1 |
| 02/19/08 | TEB | ████ from/to counsel concerning ████ and ████ from/to client and Josephs Jack concerning ████ draft proposed supplement to same | 1.5 |
| 02/19/08 | NRF | Prepare Purchase Agreement; ████ with David Dantzler counsel for Portland Monthly regarding ████ | 1.2 |
| 02/20/08 | MRA | Review and revise complaint against EPS; ████ with Harrilee Cheshire regarding ████ | 3.0 |
| 02/20/08 | TBB | ████ regarding and ████ | 0.3 |
| 02/20/08 | HC | Assist in finalizing EPS Complaint; research regarding EPS filings in Texas; ████ with Bill Arnold regarding ████ | 1.6 |

REDACTED
REDACTED
REDACTED
REDACTED
REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 03/14/08
Invoice Number 904058
File No. 033287.000002
Page 5

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/08**

| Date | Init | Description of Work Performed | Hours |
|------|------|------------------------------|-------|
| 02/20/08 | NRF | Telephone conference with Portland Monthly counsel regarding status of closing; ▮▮▮ with Greg Hays and Scott Askue regarding | 0.4 |
| 02/21/08 | MRA | Review and revise complaint against EPS; preparation for and telephone conference with counsel for EPS; telephone conference with John O'Neil (counsel for EPS); ▮▮▮ with Scott Askue regarding ▮▮▮ ▮▮▮ with David Dantzler regarding ▮▮▮; telephone conference with Receiver Quilling | 1.5 |
| 02/21/08 | TEB | ▮▮▮ from and ▮▮▮ from/to counsel concerning ▮▮▮ | 0.1 |
| 02/21/08 | NRF | Telephone correspondence with counsel for Portland Monthly; prepare documents for closing | 0.5 |
| 02/22/08 | MRA | Telephone conference with Receiver Quilling | 0.1 |
| 02/22/08 | NRF | Prepare documents and materials required for closing; telephone correspondence with Portland Monthly counsel regarding same | 0.4 |
| 02/25/08 | MRA | ▮▮▮ from Tom Borton and David Dantzler regarding ▮▮▮; telephone conference with Scott Richeson | 0.3 |
| 02/25/08 | TEB | ▮▮▮ from/to counsel concerning ▮▮▮ | 0.1 |
| 02/25/08 | NRF | Prepare final closing documents and arrange for wiring of funds; ▮▮▮ with Kathy Malek and Portland Monthly counsel regarding | 1.3 |
| 02/26/08 | MRA | Telephone conference with Special Agent Ken Fry in Minnesota; ▮▮▮ to David Dantzler and ▮▮▮ to Scott Askue regarding ▮▮▮ review and analysis of correspondence from Ritcheson | 0.4 |
| 02/26/08 | TEB | ▮▮▮ from counsel concerning ▮▮▮ | 0.1 |
| 02/26/08 | NRF | Prepare closing documents; ▮▮▮ with Kathy Malek and counsel for Portland Monthly regarding ▮▮▮ | 0.8 |
| 02/27/08 | MRA | ▮▮▮ with Wes Pennington regarding ▮▮▮ from Julie Hentosz regarding ▮▮▮ | 0.4 |
| 02/28/08 | MRA | ▮▮▮ to and ▮▮▮ with Tom Borton regarding ▮▮▮ review and analysis of past fee applications; ▮▮▮ with Krista Marino regarding ▮▮▮ | 0.3 |
| 02/28/08 | TEB | ▮▮▮ from and to client and counsel concerning ▮▮▮ | 0.3 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 03/14/08
Invoice Number 904058
File No. 033287.000002
Page 6

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/08

**REDACTED**

| Date | Init | Description of Work Performed | Hours |
|------|------|-------------------------------|-------|
| | | ██████████████ email to Joseph Jack concerning same; ███ from counsel concerning ████████ | |
| 02/29/08 | MRA | Review and analysis of past fee applications; ████████ with Krista Marino regarding ████████████ to Scott Askue regarding ██████ from Wes Pennington regarding ████████ ██████████ to counsel for ███ | 0.3 |

| | | |
|---|---|---|
| | Total Hours | 38.8 |
| | Total Fees | 11,775.02 |

## TIMEKEEPER TIME SUMMARY THROUGH 02/29/08

| Name | Hours | Amount |
|------|-------|--------|
| M R Arnold | 9.2 | 2,884.20 |
| T E Borton | 4.8 | 1,482.07 |
| T B Bosch | 0.5 | 171.00 |
| H Cheshire | 6.2 | 1,619.75 |
| J D Dantzler | 3.0 | 1,390.50 |
| N R Farrell | 13.1 | 3,733.50 |
| M D Lu | 2.0 | 494.00 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 02/29/08

| Description | Amount |
|-------------|--------|
| Computer Research | 82.26 |
| Total: | 82.26 |

| | |
|---|---|
| Total Fees & Costs: | $11,857.28 |