# EXHIBIT D



**QSCL**
QUILLING · SELANDER · CUMMISKEY · LOWNDS

Federal ID #75-2459334

S. Gregory Hays  
Special Counsel for Greg Hays  
Hays Financial Consulting, LLC  
3343 Peachtree Road, Suite 750  
Atlanta  GA  30326

Page: 1  
02/29/2008  
Client No:  911-0150M  
Invoice No:  57278

Travis E. Correll, et al.

## ITEMIZED SERVICES BILL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/2008 | CBW | ▓▓▓ with SGH re: ▓▓▓ (0.3); Update web site (0.3); Work on demand letters to Carlisle et. Al. (0.6); Review of ▓▓▓ and ▓▓▓ to Hays' office (0.7) | 1.90 | 665.00 |
|  | MDC | Arrange for and assist with e-filing of show cause motions pertaining to PRR Hearthstone, and N. Dakota property (.2); Finalize Angelic Entertainment show cause motion and discuss same with CBW (2.2); Begin looking at documentation of Ponzi winners' investments and returns and discuss same with CBW and Ralph Freeman (2.2); Begin working on Rule 26 Disclosures and related disclosures required under scheduling order (2.8). | 7.40 | 1,850.00 |
| 02/04/2008 | CBW | Telephone conference with Tom Brown re: settlement of bank's claim (0.3); ▓▓▓ to S. Gregory Hays re ▓▓▓ (0.9); Emails with Dee Raibourn (0.5); Document review and work on demand letters to various entities and draft demand letters to Martin and Salazar (1.7); Review/revise show cause motion in Angelic Entertainment (0.6) | 4.00 | 1,400.00 |
|  | MDC | Continue work on and finalize Plaintiff's Rule 26 Disclosures (6.9); Prepare Notice of Disclosure required by local rule and assist with e-filing of same (.6); Letter to defendants' counsel re same and discussing final resolution of case (.8). | 8.30 | 2,075.00 |
| 02/05/2008 | CBW | Review of numerous emails re: Johnson and Gowdey and forward to team (1.2); Review and analysis of motion, order and correspondence to court re: status conference (0.5); Continue working on demand letters (0.5) | 2.20 | 770.00 |
|  | MDC | E-mails to/from CBW and Ralph Freeman re Johnson/Gowdey strategies and scheduling, and continue review/analysis of documentation of their investments/returns (3.3); Assist with e-filing of show cause motion on Angelic Entertainment and assemble exhibits for same (.9). | 4.20 | 1,050.00 |
| 02/06/2008 | CBW | Finalize some demand letters, work on Johnson and Gowdey (0.9); Work on Bush productions, etc. . . and ▓▓▓ with Melissa Lu re ▓▓▓ | | |

Bryan Tower  2001 Bryan St., Suite 1800  Dallas, TX 75201  ph. 214.871.2100  fx. 214.871.2111  www.qsclpc.com  
A  PROFESSIONAL  CORPORATION  |  ATTORNEYS  AND  COUNSELORS

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 2
02/29/2008
Client No: 911-0150M
Invoice No: 57278

**REDACTED**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | REDACTED (1.2) | 2.10 | 735.00 |
| | MDC | Discuss pursuit/investigation of Earl Martin and Randy Carlisle and strategies and timetables with CBW and Ralph Freeman, and review/analysis of documentation of cash flows pertaining to them. | 2.30 | 575.00 |
| 02/07/2008 | CBW | Work on Bush et. al. demands (.5) | 0.50 | 175.00 |
| 02/08/2008 | MDC | Begin considering and preparing form of agreed judgment pertaining to Sitton defendants in conjunction with Sitton counsel. | 2.60 | 650.00 |
| | CBW | Telephone conference with Tyke Salazar re: accounting, etc. . . (0.3); Telephone conference with Earl Martin re: demand (0.3) | 0.30 | 105.00 |
| 02/11/2008 | MDC | E-mails to/from district court coordinator to inquire about/discuss rescheduling of Final Status Conference, and communicate with receiver team re same. | 0.30 | 75.00 |
| | CBW | Work on last demands and work on show cause hearings (0.7) | 0.70 | 245.00 |
| 02/12/2008 | CBW | Revise Sitton demand letters and re-send (0.8); Email with SEC re: scheduling (0.3); Meeting with Ralph Freeman re: Carlisle (0.4) | 1.50 | 525.00 |
| 02/13/2008 | MDC | Phone call from Sitton counsel to discuss Rule 26 disclosures and agreement under seal, and e-mail to him re same (.5); Continue work on and analysis of cash flow relating to Ponzi winners, and discuss same with Ralph Freeman (2.6). | 3.10 | 775.00 |
| 02/14/2008 | CBW | Review of court filings received today (0.3); REDACTED with Scott Baker and to Dantzler et. al. (0.5) | 0.80 | 280.00 |
| 02/15/2008 | CBW | Emails with client and Dee Raibourn re: Baker, et. Al. (0.3); Review documents from Ralph Freeman and office conference with Ralph Freeman and Michael Clark re: Carlisle and Co. (0.9) | 1.20 | 420.00 |
| 02/18/2008 | MDC | Continue working on proposed form of agreed judgment against Sitton defendants, pursuant to Agreement filed under seal. | 2.30 | 575.00 |
| | CBW | Work on proof issues for upcoming show cause motions with Ralph Freeman and Michael Clark (0.8) | 0.80 | 280.00 |
| 02/19/2008 | CBW | Telephone conference with Earl Martin re: demand letter (0.3); Email to Ralph Freeman re: Carlisle (0.3) | 0.60 | 210.00 |
| 02/25/2008 | CBW | Meet with Cheryl Moore, attorney for Martin and Carlisle, and with Ralph Freeman re: potential | | |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 3
02/29/2008
Client No: 911-0150M
Invoice No: 57278

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | settlement parameters (1.5); Update conference with Michael Clark re: Ponzi winners (0.5); Review of additional deposits and update accounts (0.3) | 2.30 | 805.00 |
| 02/27/2008 | MDC |  | Legal research on show cause evidentiary matters, service/notice and procedure. | 1.70 | 425.00 |
|  | CBW |  | Telephone conference with Tom Brown re: settlement with Texas Bank (0.3); [REDACTED] to client and Dantzler (1.0) | 1.30 | 455.00 |
| 02/28/2008 | MDC |  | Research on Randy Carlisle and family and records on same, and discuss same with investigator Ralph Freeman (3.7); Continue work on form of proposed Agreed Judgment re Sitton defendants (1.8). | 5.50 | 1,375.00 |
|  | CBW |  | [REDACTED] from Hays re [REDACTED] (0.3); Review/reply to info request from Cheryl Moore (0.5); Follow up email to Cheryl Moore re: accounting (0.3); Draft settlement letter to Tom Brown (1.8); More emails with Cheryl Moore and review and analysis of account statements re: Earl Martin net position (0.9) | 3.80 | 1,330.00 |
| 02/29/2008 | MDC |  | Receive/review Sitton's Rule 26 Disclosures (.9); Supplement Receiver's disclosures in accordance with same (1.5); Discuss Carlisle family finances with investigator Ralph Freeman and document needs prior to deposition (.8); Begin preparing for March 21 Final Status Conference and hearings on Motions for Order to Show Cause (2.2). | 5.40 | 1,350.00 |
|  | CBW |  | Telephone conference with Randy Carlisle re: meeting and telephone conference with Ralph Freeman (0.5); Review/revise settlement letter re: Texas Bank (0.5); [REDACTED] with Askue re: [REDACTED] (0.4) | 1.40 | 490.00 |
|  |  |  | For Current Services Rendered | 68.50 | 19,665.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Michael D. Clark | 43.10 | $250.00 | $10,775.00 |
| Clark B. Will | 25.40 | 350.00 | 8,890.00 |

| | |
|---|---|
| Express Mail Service | 35.82 |
| Paid to the Secretary of State of Web Inquiries | 2.00 |
| Photocopies | 111.20 |
| Postage | 49.70 |
| Online outside service expense for legal research - Invoice No. 815317645 | 51.56 |
| Total Expenses Thru 02/29/2008 | 250.28 |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 4
02/29/2008
Client No:  911-0150M
Invoice No:    57278

|                      |              |
|----------------------|-------------:|
| Total Current Work   |    19,915.28 |
| Balance Due          |  $19,915.28  |