# EXHIBIT E

# Invoice

**BRAY & FREEMAN, L.P.**  License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone #  817-831-1189
Fax #  888-528-2654

rfreeman@brayandfreeman.com

| Date | Invoice # |
|---|---|
| 3/12/2008 | 6282 |

TIN #04-3759685

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt | CAB-179-05 |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 2/1/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH MDC RE: PONZI CLAIMS; DOCUMENTATION REVIEW FOR SAME. | 2.75 | 100.00 | 275.00 |
| 2/2/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH INVESTOR RE: ACTIVITY OF CARLISLE | 1.5 | 100.00 | 150.00 |
| 2/4/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF MAINE DOCUMENT PRODUCTION | 1.5 | 100.00 | 150.00 |
| 2/5/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - COMMUNICATION WITH CBW AND MDC RE: JOHNSON AND GOWDY STRATEGIES | 2 | 100.00 | 200.00 |
| 2/6/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF DOCUMENTS AND ANALYSIS OF EARL MARTIN AND CARLISLE CLAIMS WITH COUNSEL | 1.75 | 100.00 | 175.00 |
| 2/11/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF POOL ANGEL DOCUMENTS | 3.75 | 100.00 | 375.00 |
| 2/12/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW RE: CARLISLE | 1.5 | 100.00 | 150.00 |
| 2/13/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - WORK ON CASH FLOW ANALYSIS RE: PONZI WINNERS, WITH COUNSEL | 2 | 100.00 | 200.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O.Box 123991
Fort Worth,Tx 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991  
Fort Worth, TX 76121  
Phone # 817-831-1189  
Fax # 888-528-2654  

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 3/12/2008 | 6282 |
| TIN #04-3759685 | |

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt | CAB-179-05 |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 2/15/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH INVESTORS RE: ACTIVITY OF CARLISLE; MEETING WITH CBW RE: CARLISLE | 3.75 | 100.00 | 375.00 |
| 2/18/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - WORK ON SHOW CAUSE MOTIONS WITH COUNSEL | 3.25 | 100.00 | 325.00 |
| 2/19/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - SERVICE DEMAND NOTICE ON CARLISLE; COMMUNICATION WITH CBW | 5 | 100.00 | 500.00 |
| 2/20/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CHERYL MOORE, COUNSEL FOR CARLISLE | 0.5 | 100.00 | 50.00 |
| 2/25/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW AND CHERYL MOORE RE: CARLISLE AND MOORE | 2.5 | 100.00 | 250.00 |
| 2/26/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH INVESTORS RE: CARLISLE | 1.25 | 100.00 | 125.00 |
| 2/28/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH COUNSEL RE: CARLISLE & MARTIN | 3.5 | 100.00 | 350.00 |

PLEASE MAKE CHECKS PAYABLE TO:  
BRAY & FREEMAN, L.P.  
Balance due in full upon receipt to:  
P.O.Box 123991  
Fort Worth,Tx 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone #  817-831-1189
Fax #  888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 3/12/2008 | 6282 |
| TIN #04-3759685 ||

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds |
| 2001 BRYAN ST. SUITE 1800 |
| DALLAS, TX 75201 |
| RE: SEC v CORRELL and TNT OFFICE SUPPLY |
| ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt | CAB-179-05 |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 2/29/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH COUNSEL RE: CARLISLE DOCUMENT REQUEST AND SCOPE OF SAME | 2 | 100.00 | 200.00 |
| | MILEAGE | EXPENSES<br>INVESTIGATOR 430 - MILEAGE | 225 | 0.65 | 146.25 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O.Box 123991
Fort Worth, Tx 76121

| | |
|---|---|
| **Subtotal** | $3,996.25 |
| **Sales Tax** | $0.00 |
| **Total** | $3,996.25 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $3,996.25 |