# EXHIBIT A

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**
For the Period from   2/1/2008   to   2/29/2008

March 17, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 0.10<br>350.00/hr | 35.00 |
| **For professional services rendered** | 0.10 | $35.00 |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

Receiver

For the Period from 2/1/2008 to 2/29/2008

March 17, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 2/6/2008 SGH Telephone call from creditor. | 0.10<br>350.00/hr | 35.00 |
| **For professional services rendered** | **0.10** | **$35.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**
For the Period from   3/1/2008   to   3/31/2008

April 21, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 1.40<br>350.00/hr | 490.00 |
| **For professional services rendered** | **1.40** | **$490.00** |

CIRA - Certified Insolvency and Restructuring Advisor     CTP - Certified Turnaround Professional

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from    3/1/2008    to    3/31/2008**

April 21, 2008

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/2008 | SGH | Reviewed $6k legal bill for January. | 0.20<br>350.00/hr | 70.00 |
| 3/14/2008 | SGH | Reviewed fee application and drafted email to counsel. | 0.30<br>350.00/hr | 105.00 |
| 3/17/2008 | SGH | Reviewed bank account activity and arranged to invest funds of estate. | 0.20<br>350.00/hr | 70.00 |
| 3/18/2008 | SGH | Reviewed all pending matters in the case and discussed ▊▊▊ with David Dantzler. Updated project management software with pending matters. | 0.40<br>350.00/hr | 140.00 |
| 3/24/2008 | SGH | Reviewed February bank account activity. | 0.30<br>350.00/hr | 105.00 |
| | | **For professional services rendered** | **1.40** | **$490.00** |