# EXHIBIT B

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
For the Period from 2/1/2008 to 2/29/2008

March 18, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| K. Shelby Bao | 4.90<br>150.00/hr | 735.00 |
| M. Lindsay Dukes | 14.90<br>75.00/hr | 1,117.50 |
| Scott S. Askue, CIRA | 27.70<br>240.00/hr | 6,648.00 |
| Shuwanda Y. Sloane, CFE | 1.90<br>120.00/hr | 228.00 |
| Trimble Boone | 9.50<br>75.00/hr | 712.50 |
| **For professional services rendered** | **58.90** | **$9,441.00** |

Additional Charges :

| | |
|---|---|
| Postage | 22.10 |
| **Total costs** | **$22.10** |
| **Total amount of this bill** | **$9,463.10** |

---
CCE - Certified Computer Examiner
CFE - Certified Fraud Examiner
CIRA - Certified Insolvency and Restructuring Advisor
CPA - Certified Public Accountant
CTP - Certified Turnaround Professional
PHR - Professional in Human Resources

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

### Accountants and Financial Consultants to the Receiver

For the Period from 2/1/2008 to 2/29/2008

March 18, 2008

Professional Services

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2008 | MLD | Updated investor database with submitted investor claim form information. | 3.20 75.00/hr | 240.00 |
| | SYS | Reviewed submitted claim forms and entered information from same into investor database and discussed same Lindsay Dukes. | 1.20 120.00/hr | 144.00 |
| 2/4/2008 | MLD | Reviewed and entered investor claim forms into investor database. | 3.50 75.00/hr | 262.50 |
| | MLD | Prepared files for submitted investor claims. | 2.00 75.00/hr | 150.00 |
| 2/5/2008 | SSA | Drafted emails in response to status inquiry from investor. | 0.20 240.00/hr | 48.00 |
| | SSA | Reviewed documents relating to Timothy Dixon. Drafted email to Melissa Lu regarding [REDACTED] | 0.50 240.00/hr | 120.00 |
| | MLD | Updated investor database with investor claim information. | 2.00 75.00/hr | 150.00 |
| | MLD | Prepared investor files for submitted investor claim forms. | 1.20 75.00/hr | 90.00 |
| 2/6/2008 | SSA | Telephone call to Harrilee Cheshire regarding [REDACTED] Reviewed Concordance database for information on same. Updated funds tracing records. Reviewed status of filed claims. | 1.50 240.00/hr | 360.00 |
| | KSB | Reviewed and edited January 2008 fee invoice for HFC and Receiver. | 0.90 150.00/hr | 135.00 |
| | MLD | Prepared files for investor claim forms. | 0.40 75.00/hr | 30.00 |
| 2/7/2008 | MLD | Entered information onto the investor database from submitted investor claim forms. | 1.00 75.00/hr | 75.00 |
| | MLD | Continued entering information from submitted claim forms into the investor database. | 1.40 75.00/hr | 105.00 |
| 2/8/2008 | SSA | Telephone call from Thomas Sakuma regarding investment with CR Davis. Drafted email to same. | 0.40 240.00/hr | 96.00 |
| 2/11/2008 | SSA | Reviewed and edited fee invoice for January. | 0.80 240.00/hr | 192.00 |
| 2/13/2008 | SSA | Drafted email to Melissa Lu regarding [REDACTED] | 0.20 240.00/hr | 48.00 |
| | SSA | Reviewed bank records for payments to HOPR and other transactions. | 0.80 240.00/hr | 192.00 |

REDACTED REDACTED REDACTED

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/14/2008 | SSA | Reviewed transactions involving Paymaster account. | 0.60 240.00/hr | 144.00 |
| | SSA | Prepared listing of additional documents required from Washington Mutual. | 0.50 240.00/hr | 120.00 |
| | SSA | Reviewed documents produced by Sterling Meridian. Drafted email to Bob Meehan regarding Sterling Meridian tax returns. | 0.50 240.00/hr | 120.00 |
| | SSA | Reviewed various bank records for additional information needed and for specific transactions. | 2.50 240.00/hr | 600.00 |
| | KSB | Reviewed bank statements and documents for account #335-646590-2 for 2006 provided by Washington Mutual in response to request for banking information. Prepared spreadsheet of same. Discussed issues with Scott Askue regarding same. | 1.60 150.00/hr | 240.00 |
| 2/15/2008 | KSB | Reviewed bank statements and documents for account #335-646590-2 for 2006 provided by Washington Mutual in response to request for banking information. Prepared spreadsheet of same. | 2.00 150.00/hr | 300.00 |
| 2/18/2008 | TB | Entered claim form information into investor database, prepared files for each individual investor, and prepared mailing labels for postcards being sent to the investors. | 1.80 75.00/hr | 135.00 |
| | TB | Continued to enter claim form information into investor database, prepared files for each individual investor, and prepared mailing labels for postcards being sent to the investors. | 2.40 75.00/hr | 180.00 |
| | SSA | Exported Level Par transaction data from Quickbooks. Formatted for review and reconciliation. | 2.50 240.00/hr | 600.00 |
| | SSA | Reviewed funds tracing database and banking records. Updated as necessary. Researched for missing information. | 3.50 240.00/hr | 840.00 |
| | TB | Continued to enter claim form information into investor database, prepared files for each individual investor, and prepared mailing labels for postcards being sent to the investors. | 1.30 75.00/hr | 97.50 |
| | SSA | Began coding pre-receiver transactions by transaction type. | 2.00 240.00/hr | 480.00 |
| 2/19/2008 | TB | Continued to enter claim form information into investor database, prepared files for each individual investor, and prepared mailing labels for postcards being sent to the investors. Met with Scott Askue about how the files should be stored once prepared. | 0.80 75.00/hr | 60.00 |
| | MLD | Prepared files for submitted investor claim forms. | 0.20 75.00/hr | 15.00 |
| | TB | Updated investor database. Entered claim information for newly received claims. Prepared files for each individual investor and prepared mailing labels for notices to inform investors of the receipt of their claim forms. | 0.50 75.00/hr | 37.50 |
| | SSA | Reviewed bank transactions and available information and researched for additional information needed. ▓▓▓ to Bill Arnold regarding ▓▓▓ | 2.70 240.00/hr | 648.00 |
| 2/20/2008 | TB | Researched for Neal Brown's investor file. | 0.10 75.00/hr | 7.50 |
| 2/21/2008 | TB | Updated investor database with newly filed investor claims. | 0.40 75.00/hr | 30.00 |

REDACTED

SEC v. Global Finance et al.　　　　　　　　　　　　　　　　　　　　　　　　　　Page　3

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/21/2008 | SSA | Continued review of records and issues for follow up. Coded transactions by type. Reviewed defendant's records to identify investors for coding. | 2.50　240.00/hr | 600.00 |
| 2/22/2008 | TB | Continued to populate investor database with investor contact and claim information. Prepared files for each claimant, and prepared postcard notices to be sent informing the investors of the receipt of their proof of claim forms. | 1.80　75.00/hr | 135.00 |
| 2/25/2008 | TB | Updated investor database with new claim information. Prepared investor notices of receipt of claim to be sent out. Prepared files for each individual investor. | 0.40　75.00/hr | 30.00 |
| 2/27/2008 | KSB | Prepared final bills for HFC and the Receiver for January 2008. | 0.40　150.00/hr | 60.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about the receipt of submitted investor claim forms and followed up with same as necessary. | 0.40　120.00/hr | 48.00 |
| | SYS | Reviewed email from investor Mark Moody and followed up as necessary. | 0.10　120.00/hr | 12.00 |
| | SSA | Reviewed transactions and updated database with coding. Reviewed fund flow between entities. | 2.80　240.00/hr | 672.00 |
| | SSA | Researched for service address and information regarding Peter Massmann. ▮▮▮▮ to Bill Arnold regarding ▮▮▮. | 1.00　240.00/hr | 240.00 |
| | SSA | Reviewed and scheduled transactions for additional paymaster accounts for funds tracing database. | 2.20　240.00/hr | 528.00 |
| 2/28/2008 | SYS | Reviewed email from Nancy Chupp regarding the request for their contact at Bank of America to request additional banking documents as necessary. Telephone call to Nancy regarding same. | 0.20　120.00/hr | 24.00 |
| | | **For professional services rendered** | 58.90 | **$9,441.00** |

Additional Charges :

| | | |
|---|---|---|
| 2/29/2008 | Postage charges for February 2008. | 22.10 |
| | **Total costs** | **$22.10** |
| | **Total amount of this bill** | **$9,463.10** |

REDACTED

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
**For the Period from    3/1/2008    to    3/31/2008**

April 21, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| K. Shelby Bao | 0.40 | 60.00 |
|  | 150.00/hr |  |
| Kathryn A. Malek, PHR | 0.20 | 34.00 |
|  | 170.00/hr |  |
| Scott S. Askue, CIRA | 28.00 | 6,720.00 |
|  | 240.00/hr |  |
| Shuwanda Y. Sloane, CFE | 0.80 | 96.00 |
|  | 120.00/hr |  |
| **For professional services rendered** | **29.40** | **$6,910.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 0.25 |
| Fax | 3.25 |
| Lexis | 8.44 |
| Miscellaneous | 36.00 |
| Postage | 0.58 |
| **Total costs** | **$48.52** |
| **Total amount of this bill** | **$6,958.52** |

---

CCE - Certified Computer Examiner
CFE - Certified Fraud Examiner
CIRA - Certified Insolvency and Restructuring Advisor
CPA - Certified Public Accountant
CTP - Certified Turnaround Professional
PHR - Professional in Human Resources

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

## Accountants and Financial Consultants to the Receiver

For the Period from 3/1/2008 to 3/31/2008

April 21, 2008

Professional Services

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/2008 | SSA | Reviewed Kelly Rogers judgment and drafted email to David Dantzler regarding ▓▓▓. | 0.40 240.00/hr | 96.00 |
| 3/4/2008 | SYS | Reviewed ▓▓▓ from Scott Askue and prepared same for sending to the custodian of records at Bank of America. Telephone call to legal order processing department regarding same. | 0.30 120.00/hr | 36.00 |
|  | SSA | Investigated nature of select transactions. Research defendants records and online for information regarding same. | 2.50 240.00/hr | 600.00 |
| 3/11/2008 | SSA | Reviewed status of payment from Kelly Rogers. Drafted email to David Dantzler regarding ▓▓▓. | 0.30 240.00/hr | 72.00 |
|  | SSA | Telephone call from Bill Arnold regarding ▓▓▓. Researched for information on same. | 0.40 240.00/hr | 96.00 |
| 3/12/2008 | SSA | Reviewed and edited fee invoice for January and February 2008 for content. | 1.10 240.00/hr | 264.00 |
| 3/14/2008 | SSA | Reviewed and approved fee application for December and January 2008. | 0.40 240.00/hr | 96.00 |
| 3/17/2008 | KSB | Prepared final bills for HFC and Receiver for February 2008. | 0.40 150.00/hr | 60.00 |
| 3/18/2008 | SSA | Drafted emails to Bill Arnold regarding ▓▓▓. Telephone call to Mr. Arnold regarding ▓▓▓. Updated case management software. | 0.50 240.00/hr | 120.00 |
| 3/24/2008 | SSA | Telephone call from Bill Arnold regarding ▓▓▓. | 0.10 240.00/hr | 24.00 |
|  | SSA | Reviewed documents relating to judgment against William Dippolito. Drafted email regarding paying funds into the registry of the court. | 0.50 240.00/hr | 120.00 |
|  | SSA | Reviewed issues with Timothy Dixon transfers. Drafted email to Bill Arnold regarding ▓▓▓. | 0.30 240.00/hr | 72.00 |
|  | SSA | Reviewed for cash balances in case. Calculated total filed claim amount. Drafted email to Bill Arnold regarding ▓▓▓. | 0.60 240.00/hr | 144.00 |
| 3/25/2008 | SSA | Prepared report of additional transaction details to be requested from Bank of America. | 1.50 240.00/hr | 360.00 |
|  | SYS | Telephone call to Antoinette Green of Bank of America regarding requested banking documents related to a $500k transaction. | 0.20 120.00/hr | 24.00 |

| | | | Page | 2 |
|---|---|---|---:|---:|
| SEC v. Global Finance et al. | | | Hrs/Rate | Amount |
| 3/25/2008 | SSA | Reviewed various transactions and details relating to same. Prepared reports of additional transaction details required. | 2.80 240.00/hr | 672.00 |
| | KAM | Prepared payment to Clerk of the US District Court of Eastern Texas per order regarding Dippolito judgment. | 0.20 170.00/hr | 34.00 |
| 3/26/2008 | SSA | Drafted letter to investors on status of case issues. | 1.50 240.00/hr | 360.00 |
| | SYS | Reviewed and prepared request to be forwarded to Antoinette Greene of Bank of America and followed up as necessary. Reviewed email from Scott Askue regarding same. | 0.30 120.00/hr | 36.00 |
| | SSA | Reviewed various bank records and coded transaction as appropriate. | 3.50 240.00/hr | 840.00 |
| | SSA | Reviewed for transfers between defendant and related entities. Coded transactions as transfers and inter-defendant transfers. | 2.20 240.00/hr | 528.00 |
| | SSA | Reviewed records and drafted emails to Bill Arnold regarding ▓▓▓▓. Prepared report of payments to same. | 0.50 240.00/hr | 120.00 |
| | SSA | Reviewed for information regarding Protective Mining. Drafted email to Bill Arnold regarding ▓▓▓▓▓. | 0.50 240.00/hr | 120.00 |
| 3/28/2008 | SSA | Reviewed filed claims and updated funds tracing database with information from investor claims. | 2.50 240.00/hr | 600.00 |
| | SSA | Drafted email to Bill Arnold regarding ▓▓▓▓. | 0.30 240.00/hr | 72.00 |
| 3/31/2008 | SSA | Telephone call from Bill Arnold regarding ▓▓▓▓. | 0.20 240.00/hr | 48.00 |
| | SSA | Reviewed Level Par Quickbooks for money invested and returned from Global Finance and Hubman investment. | 0.60 240.00/hr | 144.00 |
| | SSA | Prepared listing of additional bank records to request. | 1.00 240.00/hr | 240.00 |
| | SSA | Updated coding of transactions by transaction type. Researched for additional information on same. | 2.40 240.00/hr | 576.00 |
| | SSA | Updated funds tracing database with transactions to and from attorney accounts. | 1.40 240.00/hr | 336.00 |
| | | **For professional services rendered** | **29.40** | **$6,910.00** |

Additional Charges :

| | | |
|---|---|---:|
| 3/10/2008 | Website amendment and update | 36.00 |
| 3/26/2008 | Lexis Nexis fees for period ended 2/29/08 | 8.44 |
| 3/31/2008 | Copying cost for March 2008. | 0.25 |
| | Fax charges for March 2008. | 3.25 |
| | Postage charges for March 2008. | 0.58 |
| | **Total costs** | **$48.52** |
| | **Total amount of this bill** | **$6,958.52** |