# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Road, N.E., Ste. 750
Atlanta, GA 30326

| | |
|---|---|
| Invoice Date | 03/14/08 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 901058 |
| File No. | 033287.000007 |

RE: Receiver - Global Finance & Investments, Inc., et. al

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/29/08 | $5,027.23 |
| Costs and Expenses Through 02/29/08 | $113.95 |
| **Total Amount of This Invoice** | **$5,141.18** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

Invoice Date 03/14/08
Invoice Number 901058
File No. 033287.000007
Page 2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 02/04/08 | JDD | E-mail correspondence with M. Lu regarding [REDACTED] conference with M. Lu regarding [REDACTED] | 0.0 | 0.00 |
| 02/05/08 | MRA | Email correspondence to Melissa Lu regarding [REDACTED] | 0.1 | 31.35 |
| 02/05/08 | WNC | Update case freeze letter / subpoena chart to reflect recent case activity | 0.4 | 30.40 |
| 02/06/08 | DLA | Conference with Harrilee Cheshire regarding [REDACTED] review [REDACTED] received from Ms. Cheshire | 0.6 | 99.75 |
| 02/06/08 | HC | Assemble materials for interview with 3rd party witness regarding Sterling Meridian assets; conference with L. Alford regarding [REDACTED] telephone conferences and email correspondence with S. Askue | 1.6 | 418.00 |
| 02/06/08 | SRD | Access and review Global Finance correspondence for letter sent to Scott Askue regarding Evan Pare; locate [REDACTED] and [REDACTED] to Harrilee Cheshire | 0.5 | 38.00 |
| 02/07/08 | MDL | Review outstanding issues in case | 0.4 | 98.80 |
| 02/08/08 | MRA | Telephone conference with Melissa Lu regarding [REDACTED] | 0.2 | 62.70 |
| 02/08/08 | HC | Telephone call with Sterling Meridian's former attorney (Mr. Egan); email correspondence to team regarding [REDACTED] | 0.3 | 78.38 |
| 02/11/08 | SRD | Research [REDACTED] for Melissa Lu; research [REDACTED] Melissa Lu | 1.1 | 83.60 |
| 02/11/08 | MDL | Communications with David Dantzler and Bill Arnold regarding [REDACTED] communications with Jeannie Henderson | 0.3 | 74.10 |
| 02/12/08 | MRA | Telephone conference with Anthony Mattisi regarding Jeannie Henderson; conference with David Dantzler and Melissa Lu regarding [REDACTED] telephone conference with Jeannie Henderson regarding loan to her and other open issues | 4.1 | 1,285.35 |
| 02/12/08 | WNC | Begin review of Concordance database and produce documents regarding Jeanne Claire Henderson-Thompson and HOPR Corporation | 0.8 | 60.80 |
| 02/12/08 | JDD | Review [REDACTED]; conference with B. Arnold and M. Lu regarding [REDACTED] conference with B. Arnold regarding [REDACTED] | 0.8 | 370.80 |
| 02/12/08 | MDL | Conferences with David Dantzler and Bill Arnold regarding | 2.2 | 543.40 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 03/14/08
Invoice Number 901058
File No. 033287.000007
Page 3

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | issues in case; communications with Robert Riffner regarding Anderson and Rosand Enterprises; conference call with Jeannie Henderson; communications with Mattise regarding same; communications with Harrilee Cheshire regarding [REDACTED] | | |
| 02/13/08 | MRA | Review and analysis of email correspondence from Nicole Chupp regarding [REDACTED] telephone conference with Anthony Mattisi regarding Jeannie Henderson; conference with Melissa Lu and Robert Griffen regarding [REDACTED] review and analyst is of [REDACTED] from Melissa Lu regarding [REDACTED] | 0.9 | 282.15 |
| 02/13/08 | WNC | Complete review of Concordance database for documents relating to Jeanne Claire Henderson-Thompson and HOPR Corporation; organize and produce [REDACTED] for review by B. Arnold; review [REDACTED] per M. Lu request; draft [REDACTED] and forward to M. Lu and B. Arnold | 5.5 | 418.00 |
| 02/13/08 | SRD | Assist Nicole Chupp and Bill Arnold with [REDACTED] | 0.2 | 15.20 |
| 02/13/08 | MDL | Conference call with Robert Riffner and Robert Anderson; conference with Bill Arnold; communications with Scott Askue | 1.3 | 321.10 |
| 02/14/08 | MRA | Conference with and email correspondence to Melissa Lu regarding [REDACTED] email correspondence to Melissa Lu regarding [REDACTED] | 0.2 | 62.70 |
| 02/18/08 | TEB | Call and email from Eric Liebman concerning Level Parr issues; emails from/to client and counsel concerning [REDACTED] | 0.4 | 123.50 |
| 02/19/08 | MRA | Email correspondence to Scott Askue regarding subpoena of bank records for Level Par | 0.1 | 31.35 |
| 02/19/08 | WNC | Review [REDACTED]; conference with B. Arnold regarding [REDACTED] | 0.7 | 53.20 |
| 02/20/08 | MRA | Email correspondence to Nicole Chupp regarding [REDACTED] review file for same | 0.3 | 94.05 |
| 02/27/08 | MRA | Email correspondence to Scott Askue regarding leads on possible recipient of Global Finance funds | 0.2 | 62.70 |
| 02/28/08 | MRA | Email correspondence to and telephone conference with Tom Borton regarding [REDACTED] email correspondence to Shuwanda Sloane regarding Bank of America document | 0.5 | 156.75 |

REDACTED

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 03/14/08
Invoice Number 901058
File No. 033287.000007
Page 4

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

REDACTED REDACTED

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 02/28/08 | WNC | subpoena response; review and analysis of past fee applications; conference with Krista Marino regarding Research [REDACTED] B. Arnold and S. Sloan for [REDACTED] | 0.8 | 60.80 |
| 02/29/08 | MRA | Review and analysis of past fee applications; correspondence to Krista Marino regarding [REDACTED] | 0.2 | 62.70 |
| 02/29/08 | WNC | Follow-up correspondence with Shuwanda Sloane at Hays regarding Bank of America contact / case correspondence | 0.1 | 7.60 |
| | | Totals | 24.8 | 5,027.23 |

### TIMEKEEPER TIME SUMMARY THROUGH 02/29/08

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| DLA | Alford | 0.6 | 166.25 | 99.75 |
| MRA | Arnold | 6.8 | 313.50 | 2,131.80 |
| TEB | Borton | 0.4 | 308.75 | 123.50 |
| HC | Cheshire | 1.9 | 261.25 | 496.38 |
| WNC | Chupp | 8.3 | 76.00 | 630.80 |
| JDD | Dantzler | 0.8 | 463.50 | 370.80 |
| JDD | Dantzler | 0.0 | 0.00 | 0.00 |
| SRD | Davis | 1.8 | 76.00 | 136.80 |
| MDL | Lu | 4.2 | 247.00 | 1,037.40 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 03/14/08
Invoice Number 901058
File No. 033287.000007
Page 5

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FOR COSTS AND EXPENSES INCURRED THROUGH 02/29/08

| Date | Description | Amount |
|---|---|---|
| 02/01/08 | Computer Research – Lu, Melissa - 02/01/2008- LEXIS | 25.20 |
| 02/05/08 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc.; INVOICE#: 238591; DATE: 2/8/2008; Greenburg & Traurig LLP-Lu | 22.44 |
| 02/28/08 | Outside Courier Services – Cancellation of: PAYEE: Milden, Stephen P.; REQUEST#: 206647; DATE: 1/3/2008. Witness fee. | -60.00 |
| 02/08/08 | Professional Services – VENDOR: MLQ Attorney Services; INVOICE#: 226400; DATE: 2/8/2008 - attempts to serve subpoena on Stephen P. Milden | 126.31 |
| | Total: | 113.95 |
| | Total Fees & Costs: | $5,141.18 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

| | |
|---|---|
| Invoice Date | 04/21/08 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 908500 |
| File No. | 033287.000007 |

RE: Receiver - Global Finance & Investments, Inc., et. al

| | |
|---|---|
| Fees for Professional Services Rendered Through 03/31/08 | $4,276.01 |
| **Total Amount of This Invoice** | **$4,276.01** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 04/21/08
Invoice Number 908500
File No. 033287.000007
Page 2

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 03/03/08 | MRA | Email correspondence to David Dantzler regarding ▓▓; review and revise fee application | 0.5 | 156.75 |
| 03/04/08 | MRA | Email correspondence to Krista Marino regarding ▓▓ | 0.1 | 31.35 |
| 03/11/08 | MRA | Review and revise fee application; email correspondence to receiver team regarding ▓▓; fielded telephone calls from Richard Smullen, State of New Jersey, Bureau of Securities; telephone conference with Scott Askue regarding ▓▓ | 1.5 | 470.25 |
| 03/13/08 | MRA | Email correspondence with Scott Askue regarding ▓▓; review of court docket regarding same | 0.2 | 62.70 |
| 03/14/08 | MRA | Email correspondence from Greg Hays regarding ▓▓ | 0.1 | 31.35 |
| 03/18/08 | MRA | Review and revise fee application; telephone calls to Kevin Edmundson and Tim McCole with the SEC regarding same; email correspondence to Tim McCole regarding same; email correspondence from Greg Hays regarding ▓▓; email correspondence with Scott Askue regarding ▓▓ | 0.3 | 94.05 |
| 03/18/08 | JDD | Meeting with G. Hays regarding ▓▓ | 0.5 | 231.75 |
| 03/19/08 | MRA | Review and revise fee application; email correspondence to Tim McCole regarding same; oversee filing of same | 0.2 | 62.70 |
| 03/20/08 | MRA | Draft, review, revise and file proposed orders regarding fee applications; review and analysis of deficiency notice from clerk of court; review and analysis of email correspondence from Harrilee Cheshire regarding ▓▓ | 0.4 | 125.40 |
| 03/20/08 | HC | Telephone call with Mr. Egan regarding Sterling Meridian documents; email correspondence regarding same; analyze status of document subpoenas; email correspondence regarding potential assets located in California | 0.9 | 235.13 |
| 03/20/08 | WNC | Update case freeze letter / subpoena chart to reflect recent case activity | 0.6 | 45.60 |
| 03/21/08 | MRA | Continued review and analysis of deficiency notice from clerk of court; analysis of previous filings for similar treatment; telephone conference to Judge Schell's chambers regarding deficiency in filings; telephone conference to clerk of court regarding same | 0.2 | 62.70 |
| 03/24/08 | MRA | Multiple telephone calls with Judge's Chambers and Clerk of Court regarding fee applications; email correspondence with | 1.0 | 313.50 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 04/21/08
Invoice Number 908500
File No. 033287.000007
Page 3

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | Scott Askue regarding ███████, telephone call to Bill Majeta (counsel for Kelly Rogers) regarding payment pursuant to order of judgment; conference with David Dantzler regarding ███, email correspondence with Scott Askue regarding ███████ | | |
| 03/24/08 | HC | Prepare for and attend status conference with B. Arnold and D. Dantzler | 1.5 | 391.88 |
| 03/24/08 | WNC | Review and update case freeze letter / subpoena chart; conference with H. Cheshire concerning ███; research ███ in preparation for H. Cheshire update to client | 1.2 | 91.20 |
| 03/24/08 | JDD | Review status of case and pending matters; meeting with B. Arnold and H. Cheshire regarding ███; telephone conference with T. McCole | 2.0 | 927.00 |
| 03/25/08 | MRA | Telephone call to and email correspondence with Bill Majeta (counsel for Kelly Rogers) regarding payment pursuant to order of judgment; review and revise certificate of conference for fee applications | 0.2 | 62.70 |
| 03/25/08 | SRD | Research documents associated with ███ as requested by Bill Arnold | 0.7 | 53.20 |
| 03/26/08 | MRA | Email correspondence with Scott Askue regarding ███; telephone conference with Scott Askue regarding ███ | 0.4 | 125.40 |
| 03/28/08 | MRA | Email correspondence with Scott Askue regarding ███ | 0.2 | 62.70 |
| 03/28/08 | JDD | Telephone conference with T. McCole regarding status of case and pending issues | 0.8 | 370.80 |
| 03/31/08 | MRA | Email correspondence with Scott Askue regarding ███; conference with Nicole Chupp regarding ███ | 0.2 | 62.70 |
| 03/31/08 | WNC | Case research and subsequent conference with B. Arnold regarding ███; follow-up correspondence with T. Powell at Washington Mutual regarding 10/22/07 Amended subpoena response; draft amended subpoena, exhibit A, and letter to A. Greene at Bank of America concerning Tim Dixon accounts and SouthHomes, Inc. accounts; draft subpoena, exhibit A, and letter to Protecting Mine, LLC | 2.7 | 205.20 |
| | | Totals | 16.4 | 4,276.01 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

Invoice Date 04/21/08
Invoice Number 908500
File No. 033287.000007
Page 4

**TIMEKEEPER TIME SUMMARY THROUGH 03/31/08**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| MRA | Arnold | 5.5 | 313.50 | 1,724.25 |
| HC | Cheshire | 2.4 | 261.25 | 627.01 |
| WNC | Chupp | 4.5 | 76.00 | 342.00 |
| JDD | Dantzler | 3.3 | 463.50 | 1,529.55 |
| SRD | Davis | 0.7 | 76.00 | 53.20 |