# EXHIBIT A

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**
**For the Period from    3/1/2008    to   3/31/2008**

April 21, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 4.50 | 1,575.00 |
| | 350.00/hr | |
| **For professional services rendered** | **4.50** | **$1,575.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from     3/1/2008    to   3/31/2008**

April 21, 2008

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/2008 | SGH | Reviewed $11k legal bill for January. | 0.30 350.00/hr | 105.00 |
| 3/10/2008 | SGH | Reviewed and responded to emails. Reviewed Quilling, Selander fee invoice for $20k. | 0.40 350.00/hr | 140.00 |
| 3/14/2008 | SGH | Reviewed fee application and drafted email regarding ▓▓▓ to counsel. | 0.30 350.00/hr | 105.00 |
| | SGH | Reviewed and signed the warranty deeds to sell two timeshare units. Drafted email to Bill Arnold and David Dantzler regarding ▓▓▓. Discussed sale with Richard Hunter. | 0.40 350.00/hr | 140.00 |
| 3/16/2008 | SGH | Reviewed bank account reconciliation for January. | 0.20 350.00/hr | 70.00 |
| 3/18/2008 | SGH | Reviewed project management system for status of all pending matters. Met with David Dantzler regarding ▓▓▓ Worked and followed up on various issues. | 0.70 350.00/hr | 245.00 |
| 3/19/2008 | SGH | Telephone call to David Dantzler regarding ▓▓▓ Reviewed email form Mark King regarding testimony. | 0.30 350.00/hr | 105.00 |
| 3/20/2008 | SGH | Reviewed and responded to email from Clark Will regarding settlement with Earl Martin for $95,000. Reviewed status of other pending matters and emails from counsel. | 0.30 350.00/hr | 105.00 |
| 3/21/2008 | SGH | Reviewed and responded to several emails regarding various issues. | 0.30 350.00/hr | 105.00 |
| 3/24/2008 | SGH | Reviewed ▓▓▓ from Troutman Sanders. | 0.40 350.00/hr | 140.00 |
| | SGH | Reviewed February bank statements. | 0.30 350.00/hr | 105.00 |
| 3/28/2008 | SGH | Telephone call from Clark Will regarding pending settlements in Sitton case. | 0.30 350.00/hr | 105.00 |
| 3/31/2008 | SGH | Telephone call from David Dantzler regarding ▓▓▓ | 0.30 350.00/hr | 105.00 |
| **For professional services rendered** | | | **4.50** | **$1,575.00** |