# EXHIBIT B

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

## Accountants and Financial Consultants to the Receiver
For the Period from 3/1/2008 to 3/31/2008

April 21, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| J. Wesley Pennington, CPA, CFE, CIRA, CTP | 3.70<br>350.00/hr | 1,295.00 |
| Julie N. Hentosz | 1.50<br>100.00/hr | 150.00 |
| K. Shelby Bao | 0.90<br>150.00/hr | 135.00 |
| Kathryn A. Malek, PHR | 0.30<br>170.00/hr | 51.00 |
| Mark C. King, CTP, CCE | 10.00<br>230.00/hr | 2,300.00 |
| Richard F. Hunter, CFE | 8.20<br>195.00/hr | 1,599.00 |
| Robert E. Meehan, CPA | 5.50<br>250.00/hr | 1,375.00 |
| Scott S. Askue, CIRA | 12.30<br>240.00/hr | 2,952.00 |
| Shuwanda Y. Sloane, CFE | 12.40<br>120.00/hr | 1,488.00 |
| **For professional services rendered** | **54.80** | **$11,345.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 4.50 |
| Document Storage | 455.00 |
| Equipment Storage | 138.00 |
| Federal Express | 25.72 |
| Filing Fees | 60.00 |
| Miscellaneous | 27.00 |
| Postage | 25.01 |
| Tax Return Filing Fees | 43.20 |
| **Total costs** | **$778.43** |

| | |
|---|---|
| **Total amount of this bill** | **$12,123.43** |

---

CCE - Certified Computer Examiner
CFE - Certified Fraud Examiner
CIRA - Certified Insolvency and Restructuring Advisor

CPA - Certified Public Accountant
CTP - Certified Turnaround Professional
PHR - Professional in Human Resources

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Travis Correll et al**
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from  3/1/2008  to  3/31/2008**

April 21, 2008

Professional Services

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/2008 | JNH | Drafted ▮▮▮ with Wes Pennington for Bill Arnold. | 1.00 / 100.00/hr | 100.00 |
| | SYS | Reviewed investor files for several investors to confirm receipt of same and followed up as necessary. | 0.50 / 120.00/hr | 60.00 |
| | SYS | Reviewed and organized submitted investor declarations and prepared files for same. | 1.50 / 120.00/hr | 180.00 |
| | SYS | Reviewed voice mail messages from investors and followed up with same as necessary. | 0.40 / 120.00/hr | 48.00 |
| | RFH | Telephone call to Mark King regarding the disposition of the computer equipment. | 0.10 / 195.00/hr | 19.50 |
| | SSA | Investigated issues with KT Real Estate. Drafted email to Clark Will regarding same. | 0.60 / 240.00/hr | 144.00 |
| | SSA | Drafted emails to Bill Arnold and Clark Will regarding ▮▮▮ | 0.30 / 240.00/hr | 72.00 |
| | RFH | Reviewed and responded to emails from Kerry Gutierrez regarding the sale of the Panama City timeshare. | 0.20 / 195.00/hr | 39.00 |
| | REM | Prepared 6/30/07 federal tax return. | 2.00 / 250.00/hr | 500.00 |
| | REM | Prepared 6/30/07 Texas tax return. | 1.00 / 250.00/hr | 250.00 |
| | REM | Reviewed *Johnson* case and prepared tax memo for website. | 0.50 / 250.00/hr | 125.00 |
| 3/4/2008 | REM | Finished reviewing and processing TNT 6/30/07 return. | 1.00 / 250.00/hr | 250.00 |
| | JWP | Telephone conference with Bill Arnold and Julie Hentosz regarding ▮▮▮ Discussed questions and information to request from Element with Ms. Hentosz. Conference call with Scott Askue, Julie Hentosz and Bill Arnold regarding ▮▮▮ | 1.00 / 350.00/hr | 350.00 |
| | JWP | Reviewed financial records produced by Element Payments Services. Prepared list of questions to ask owners to develop information to evaluate value of business and ability to pay debt. Reviewed compiled documents and questions and forwarded to Mr. Arnold. | 2.70 / 350.00/hr | 945.00 |
| | SYS | Continued to review voice mail messages from investors inquiring about various issues and followed up with same as necessary. | 0.70 / 120.00/hr | 84.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/4/2008 | SSA | Prepared accounting of all recoveries from Texas defendants and related entities. Drafted email to Clark Will regarding same. | 1.10<br>240.00/hr | 264.00 |
| | SSA | Telephone conference with Wes Pennington and Bill Arnold regarding ▓▓▓▓▓▓▓▓. | 0.50<br>240.00/hr | 120.00 |
| | JNH | Conference call with Bill Arnold, Wes Pennington and Scott Askue regarding ▓▓▓▓▓▓▓▓. Reviewed updated list. | 0.50<br>100.00/hr | 50.00 |
| 3/5/2008 | SSA | Reviewed emails from Mark King regarding Joshua Tree documents and issues. Telephone call from Mark King regarding same. | 0.40<br>240.00/hr | 96.00 |
| | MCK | Reviewed email from Mary Agnew and forwarded to counsel for review. Telephone calls to and from Ms. Agnew regarding items requested. Prepared for and attended interview call from Ms. Agnew regarding Midkiff, JTG and related. Researched and reviewed data, records and documents as requested. Telephone calls to and from Scott Askue regarding matter. | 3.60<br>230.00/hr | 828.00 |
| 3/6/2008 | SYS | Reviewed investor files as requested by investor Carolyn Kosin and followed up with same as necessary. Telephone to same to advise status of submitted investor declaration. | 0.20<br>120.00/hr | 24.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about the status of submitted investor declarations and followed up with same as necessary. | 0.20<br>120.00/hr | 24.00 |
| 3/10/2008 | SYS | Reviewed and organized submitted investor claim forms and updated information in the investor database as necessary. | 0.80<br>120.00/hr | 96.00 |
| | SYS | Reviewed and prepared documents to be forwarded to investor Corliss Gudmundson as requested. Telephone call to Ms. Gudmundson regarding same. | 0.20<br>120.00/hr | 24.00 |
| 3/11/2008 | SYS | Prepared documents for mailing to investor John Shepard as requested. Telephone call to Mr. Shepard regarding same. | 0.10<br>120.00/hr | 12.00 |
| 3/12/2008 | RFH | Reviewed and responded to email from Kerry Gutierrez regarding the sale of the Panama City timeshare. | 0.20<br>195.00/hr | 39.00 |
| | SSA | Reviewed and edited fee invoice for January 2008 for content. | 1.30<br>240.00/hr | 312.00 |
| | SSA | Drafted email to David Dantzler regarding ▓▓▓▓▓▓▓▓. | 0.40<br>240.00/hr | 96.00 |
| | REM | Prepared, processed, and filed 2008 Georgia annual report for Travis Correll & Co Inc. and The Net Worth Group, Inc. | 1.00<br>250.00/hr | 250.00 |
| | KSB | Reviewed and edited February 2008 fee invoice. | 0.50<br>150.00/hr | 75.00 |
| | SYS | Reviewed voice mail messages from investors and referred same to the company web site for updates as necessary. | 0.20<br>120.00/hr | 24.00 |
| 3/13/2008 | SYS | Reviewed voice mail messages from investors inquiring about the status of the investigation and referred same to the company website for updates. | 0.30<br>120.00/hr | 36.00 |
| 3/14/2008 | RFH | Reviewed emails from Kerry Gutierrez regarding the contracts to sell the timeshare in Panama City. Reviewed same with the Receiver. Drafted email to the Receiver regarding same. Reviewed several emails from the Receiver and David Dantzler regarding ▓▓▓▓▓▓▓▓. | 0.60<br>195.00/hr | 117.00 |

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/14/2008 | SSA | Reviewed issues with Kerry Sitton 2006 tax refund. | 0.20 240.00/hr | 48.00 |
| | SSA | Reviewed and approved fee application for December and January 2008. | 0.40 240.00/hr | 96.00 |
| | RFH | Reviewed and responded to email from Kerry Gutierrez regarding the sale of the Panama city condominium. | 0.20 195.00/hr | 39.00 |
| 3/17/2008 | KSB | Prepared final bills for HFC and the Receiver for February 2008. | 0.40 150.00/hr | 60.00 |
| | SSA | Reviewed emails from and drafted emails to Tom Borton regarding ▓▓▓. | 0.30 240.00/hr | 72.00 |
| | SSA | Reviewed issues relating to tax refund and taxes due on same for Kerry Sitton. Met with Bob Meehan regarding same. Drafted email to Bill Arnold regarding ▓▓▓. | 0.90 240.00/hr | 216.00 |
| | RFH | Reviewed and responded to emails from the Receiver and David Dantzler regarding ▓▓▓ ▓▓▓. Reviewed email from Bill Arnold regarding ▓▓▓. Drafted email to Kerry Gutierrez regarding necessary contract amendments. | 0.40 195.00/hr | 78.00 |
| | RFH | Reviewed emails from the Receiver and Bob Meehan regarding posting tax notices to investors on the Receiver's web site. Drafted email to Michael Garner regarding same. | 0.20 195.00/hr | 39.00 |
| | MCK | Reviewed and responded to emails regarding upcoming hearing of Neulan Midkiff in April. Prepared summary emails to counsel regarding trial subpoena. Reviewed ▓▓▓ and forwarded to counsel for review. Telephone calls to and from Mary Agnew to discuss subpoena and related issues. | 1.70 230.00/hr | 391.00 |
| 3/18/2008 | SYS | Reviewed and organized submitted investor claim forms and made updates in the investor database as necessary. | 2.40 120.00/hr | 288.00 |
| | SYS | Reviewed and organized investor files and made updates to contact information as necessary. | 2.20 120.00/hr | 264.00 |
| | RFH | Reviewed email from the Receiver regarding the status of the Panama City timeshare sale. Discussed ▓▓▓ with the Receiver and David Dantzler. Telephone call to Jennifer Duncan regarding ▓▓▓. Drafted email to Kerry Gutierrez regarding the executed contracts. | 0.40 195.00/hr | 78.00 |
| | SYS | Continued to review and organize submitted investor claim forms and telephone calls to investors to request additional accounting information as needed. | 0.80 120.00/hr | 96.00 |
| 3/19/2008 | RFH | Reviewed email from the Receiver regarding the research of 1746 Cottonwood Road property in Leesville, Louisiana. Researched numerous web sites for tax and value information on this property and gathered information relative to the property. Drafted email to Jennifer Duncan regarding ▓▓▓. | 1.40 195.00/hr | 273.00 |
| | RFH | Reviewed and responded to email from Kerry Gutierrez regarding the sale of the Panama City timeshare. | 0.20 195.00/hr | 39.00 |
| | SYS | Reviewed email from investor the Receiver and investor Anissa Disher regarding her $20k investment and the process to file a claim form with the Receiver's office and referred same to the company web site for assistance. | 0.10 120.00/hr | 12.00 |
| 3/20/2008 | SSA | Telephone call from David Dantzler regarding ▓▓▓ ▓▓▓. Reviewed claims database and prepared report of claim totals and details. | 2.50 240.00/hr | 600.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/20/2008 | SYS | Reviewed submitted investor files for claimed dollar amounts and discussed same with Scott Askue. | 0.50<br>120.00/hr | 60.00 |
| | KAM | Calculated ▓▓▓ of David Dantzler. | 0.30<br>170.00/hr | 51.00 |
| | RFH | Continued research on 1746 cottonwood Road property in the State of Louisiana web site. Drafted emails to several employees for the state regarding same. Reviewed and responded to emails from Jeff Crosby and Mark Gillespie regarding appraisal information. Drafted email to James Johnson in the Vernon Parish Assessor's Office. | 1.10<br>195.00/hr | 214.50 |
| | SYS | Telephone call from Detective Sharon Stone regarding Sterling Meridian investors and the amounts invested for same. | 0.20<br>120.00/hr | 24.00 |
| 3/21/2008 | SYS | Telephone calls to and from Dr. Vaughn regarding his submitted investor claim forms. | 0.10<br>120.00/hr | 12.00 |
| 3/22/2008 | MCK | Telephone call from Tim Rank to discuss Midkiff trial and dates for testimony. | 0.40<br>230.00/hr | 92.00 |
| 3/24/2008 | SSA | Drafted email to David Dantzler regarding ▓▓▓ Reviewed email regarding same. | 0.30<br>240.00/hr | 72.00 |
| | SSA | Reviewed documents relating to Winside Investments and Five Star Energy. Performed on-line research regarding same. Drafted email to Tom Borton regarding ▓▓▓ | 3.10<br>240.00/hr | 744.00 |
| | MCK | Reviewed and responded to emails regarding Midkiff hearing. Prepared summary email to counsel regarding ▓▓▓ Telephone calls to and from Bill Arnold, David Dantzler, Scott Askue and Receiver to discuss ▓▓▓ Considered other relevant items and prepared notes regarding trial preparation. | 2.20<br>230.00/hr | 506.00 |
| 3/25/2008 | MCK | Reviewed and responded to emails regarding Midkiff trial and additional subpoena regarding production of records. Telephone calls to and from Bill Arnold regarding ▓▓▓ Telephone call to Todd McKinney regarding travel for trial. Telephone call from Kenneth Jackson with USPI office. Researched and reviewed records and files as needed. | 1.30<br>230.00/hr | 299.00 |
| | SYS | Reviewed claim forms submitted on behalf of Ronald Vaughn regarding his $400k investment and followed up as requested. | 0.20<br>120.00/hr | 24.00 |
| | SYS | Telephone call to and from Elliot Garseck regarding his client Kip Pritchard and his $160k claim. | 0.20<br>120.00/hr | 24.00 |
| | RFH | Reviewed voice mail message from Mark King regarding the review of records related to the Midkiff trial subpoena. Telephone call to Mr. King regarding same. Reviewed emails from Mr. King and Bill Arnold regarding ▓▓▓ | 0.30<br>195.00/hr | 58.50 |
| 3/26/2008 | RFH | Reviewed and responded to emails from Mark King regarding preparation of subpoenaed documents for the Midkiff trial in Minnesota. Reviewed 15 boxes of documents and prepared for shipping. Reviewed email from Alex LaTour regarding same. | 1.80<br>195.00/hr | 351.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

SEC v. Travis Correll et al      Page 5

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/26/2008 | MCK | Telephone calls to and from Richard Hunter regarding boxes of documents to be shipped per trial subpoena. Telephone call from Alex LaTour to discuss same. Prepared summary emails regarding shipment of boxes and responded to additional emails. | 0.80<br>230.00/hr | 184.00 |
| 3/28/2008 | RFH | Reviewed and responded to email from Mark King regarding the shipping of the Midkiff trial documents. Reviewed and responded to emails from Alex LaTour regarding same. | 0.30<br>195.00/hr | 58.50 |
| | SYS | Reviewed voice mail messages forwarded from investors and followed up as necessary with same. | 0.30<br>120.00/hr | 36.00 |
| 3/31/2008 | SYS | Telephone calls to and from investors inquiring about the status of distribution and the defendant's sentencing hearing. | 0.30<br>120.00/hr | 36.00 |
| | RFH | Reviewed and responded to emails from Alex Latour regarding delivery of subpoenaed records to Minnesota. Telephone calls to the USPS regarding same. Prepared and arranged for delivery. | 0.80<br>195.00/hr | 156.00 |
| | | **For professional services rendered** | **54.80** | **$11,345.00** |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 3/1/2008 | Document storage/Document Depository - March 2008 | 455.00 |
| | Equipment storage - March 2008 | 138.00 |
| 3/10/2008 | Website amendment and update | 27.00 |
| 3/21/2008 | 2008 Georgia Annual Reports | 60.00 |
| 3/25/2008 | FedEx to Neulan Midkiff 2/26/08 | 12.86 |
| | FedEx to Neulan Midkiff 2/11/08 | 12.86 |
| 3/26/2008 | Lacerte tax filing fees for period ended 3/10/08 | 43.20 |
| 3/31/2008 | Copying cost for March 2008. | 4.50 |
| | Postage charges for March 2008. | 25.01 |
| | **Total costs** | **$778.43** |

**Total amount of this bill**      **$12,123.43**