# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

| | |
|---|---|
| Invoice Date | 04/21/08 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 908496 |
| File No. | 033287.000002 |

RE: **Receiver For Horizon Establishment Et al. - Sec Receivership**

| | |
|---|---|
| Fees for Professional Services Rendered Through 03/31/08 | $9,096.78 |
| **Total Amount of This Invoice** | **$9,096.78** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 04/21/08
Invoice Number 908496
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 03/03/08 | MRA | Telephone conference with Wes Pennington and Julie Hentosz regarding ████████████████; preparation for same; review and revise proposed questions for Element Payment Services; telephone conference with Ken Fry regarding Creative Wealth investment list; email correspondence to David Dantzler regarding ████; email conference with Bob Meehan and Scott Askue regarding ████████; review and revise fee application | 0.9 |
| 03/04/08 | MRA | Email correspondence with Mark King regarding ████████████████; telephone conference with Ken Fry regarding same; telephone conference with Wes Pennington, Scott Askue and Julie Hentosz regarding ████████████; email correspondence to Element Payment Services; email correspondence to Krista Marino regarding ████████ | 1.2 |
| 03/05/08 | MRA | Email correspondence to David Dantzler, Scott Askue and Mark King regarding ████████████ | 0.1 |
| 03/05/08 | TEB | Review order to show cause why the Hartsochs should not be held in contempt of court; review letter from Correll's criminal lawyer regarding additional documents recovered; review new documents that Correll found concerning Winside, Grand Hills Resort and First Mortgage; draft letter to Scott Askue concerning ████; call to Bill Watson concerning subpoena response | 0.7 |
| 03/06/08 | MRA | Telephone conference with Scott Ritcheson regarding Sitton tax return; draft letter regarding same | 0.2 |
| 03/06/08 | TEB | Review email from Francine Smith concerning ████████████ | 0.2 |
| 03/06/08 | TEB | Review Notice of Rescheduled Status Conference | 0.1 |
| 03/07/08 | TEB | Emails from and to counsel concerning ████████████ | 0.1 |
| 03/07/08 | JDD | Telephone conference with C. Will regarding status and recoveries from various Texas defendants; e-mail correspondence with Receiver Team regarding ████ | 0.8 |
| 03/10/08 | TEB | Email from Rich Douglas concerning Sentinel Litigation | 0.1 |
| 03/11/08 | MRA | Review and revise fee application; email correspondence to receiver team regarding ████; email correspondence to Scott Askue regarding ████████████; email correspondence to Clark Will regarding fee application | 0.9 |
| 03/11/08 | TEB | Emails from/to counsel concerning ████████████████ | 0.3 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 04/21/08
Invoice Number 908496
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/08**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 03/12/08 | MRA | Email correspondence to Clark Will regarding February fee application; email correspondence to Receiver team regarding ▮▮▮▮ | 0.2 |
| 03/12/08 | TEB | Emails from and to counsel and client concerning ▮▮▮▮ | 0.3 |
| 03/12/08 | JDD | E-mail correspondence with Receiver Team regarding ▮▮▮▮ telephone conference with M. Gandy regarding status; other related matters | 0.8 |
| 03/13/08 | MRA | Email correspondence to Scott Askue regarding ▮▮▮▮ review and revise correspondence to Sitton's counsel; email correspondence with representative of SunTrust regarding request from Michael D. Clark to send funds from SunTrust Account | 0.4 |
| 03/13/08 | TEB | Emails from G2 and to Travis Correll and client concerning ▮▮▮▮; emails from and to SunTrust concerning funds transfer | 0.3 |
| 03/14/08 | MRA | Email correspondence with John O'Neal regarding Element Payment Services; email correspondence with Greg Hays and Rich Hunter regarding ▮▮▮▮; email correspondence from Greg Hays regarding ▮▮▮▮; email correspondence to Scott Askue regarding ▮▮▮▮ | 0.2 |
| 03/16/08 | TEB | Email from Travis Correll concerning Sentinel litigation; emails from client and counsel concerning ▮▮▮▮ | 0.1 |
| 03/17/08 | MRA | Email correspondence with Greg Hays regarding ▮▮▮▮; email correspondence with John O'Neal regarding Element Payment Services settlement; email correspondence with Jennifer Duncan and Rich Hunter regarding ▮▮▮▮; email correspondence with Scott Askue regarding ▮▮▮▮; email correspondence from Clark Will regarding the Sittons; email correspondence from Mark King regarding ▮▮▮▮ | 0.4 |
| 03/17/08 | TEB | Emails from client and counsel concerning ▮▮▮▮ call from and email to Travis Correll concerning Sentinel litigation; emails from and to client concerning ▮▮▮▮ | 0.3 |
| 03/17/08 | JMD | Review contract for timeshare and note changes to be made; emails to and from Bill Arnold regarding ▮▮▮▮ | 0.3 |
| 03/18/08 | MRA | Review and revise fee application; telephone calls to Kevin Edmundson and Tim McCole regarding same; email correspondence to Tim McCole regarding same | 0.2 |
| 03/18/08 | JDD | Meeting with G. Hays regarding ▮▮▮▮ | 0.5 |
| 03/18/08 | JMD | Telephone call from client regarding ▮▮▮▮ | 0.1 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 04/21/08
Invoice Number 908496
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 03/19/08 | MRA | Review and revise fee application; email correspondence to Tim McCole regarding same; oversee filing of same | 0.2 |
| 03/19/08 | JMD | Emails and calls to and from client regarding ▮▮▮ | 0.4 |
| 03/20/08 | MRA | Draft, review, revise and file proposed orders regarding fee applications; review and analysis of deficiency notice from clerk of court; draft cover letter to Judge Schell; email correspondence with David Dantzler regarding ▮▮▮ | 0.4 |
| 03/20/08 | TEB | Emails from and to counsel and court concerning ▮▮▮; email from Charlie Gale concerning Bill Clark and JTA; email to counsel concerning ▮▮▮; emails from and to and call from counsel concerning ▮▮▮ | 0.4 |
| 03/20/08 | JDD | Review status of case; prepare for and attend sentencing hearing; telephone conference with G. Hays; several telephone conferences with S. Askue regarding ▮▮▮ | 3.5 |
| 03/21/08 | MRA | Continued review and analysis of deficiency notice from clerk of court; analysis of previous filings for similar treatment; telephone conference to Judge Schell's chambers regarding deficiency in filings; telephone conference to clerk of court regarding same | 0.3 |
| 03/21/08 | TEB | Emails from and to counsel concerning ▮▮▮; review notice of designation of new SEC attorney | 0.2 |
| 03/21/08 | JDD | Telephone conference with T. McCole regarding status | 0.3 |
| 03/24/08 | MRA | Multiple telephone calls with Judge's Chambers and Clerk of Court regarding fee applications; multiple telephone calls and emails with Mark King regarding ▮▮▮; conference with David Dantzler regarding ▮▮▮ | 2.3 |
| 03/24/08 | TEB | Emails from and to client and counsel concerning ▮▮▮ | 0.2 |
| 03/24/08 | JDD | Review status of case; e-mail correspondence with D. McClernan and V. Johnson regarding investor claims schedule; meeting with B. Arnold and H. Cheshire regarding ▮▮▮; telephone conference with T. McCole | 2.0 |
| 03/25/08 | MRA | Telephone calls with Clerk of Court regarding certificate of conference for fee applications; review and revise same; email correspondence and telephone call with Mark King regarding ▮▮▮; review and analysis of correspondence from Sitton's attorney regarding tax treatment of refund turned over to receiver | 0.6 |
| 03/25/08 | TEB | Review JTA's attorneys' motion to withdraw | 0.1 |
| 03/26/08 | MRA | Email correspondence with Mark King regarding ▮▮▮ | 0.1 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 04/21/08
Invoice Number 908496
File No. 033287.000002
Page 5

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 03/28/08 | MRA | Email correspondence with Rich Hunter, Mark King and federal authorities in Minnesota regarding ███████ email correspondence with Ken Fry regarding creative wealth investor list; telephone conference regarding same | 0.3 |
| 03/28/08 | JDD | Telephone conference with T. McCole regarding status of case and pending issues | 0.8 |
| 03/30/08 | TEB | Email to Peter Wold concerning status of Correll's criminal case in Minnesota; draft status report for Gillespie action in Minnesota | 0.7 |
| 03/31/08 | MRA | Telephone conference with John O'Neal regarding Element Payment Services Note; email correspondence with Rich Hunter, Mark King and federal authorities in Minnesota regarding ███████ | 0.1 |
| 03/31/08 | TEB | Calls and emails to/from Minnesota U.S. Attorney's office concerning status of Correll criminal matter; call to Peter Wold concerning same; call to Minnesota District Court concerning same; draft letters to Judge Mayeron and the court clerk concerning March 31 status report; draft and revise March 31 status report | 1.2 |
| 03/31/08 | JDD | E-mail correspondence with Receiver Team regarding ███████ ███████ e-mail correspondence with C. Will and M. Clark | 0.8 |

Total Hours 24.6

Total Fees 9,096.78

## TIMEKEEPER TIME SUMMARY THROUGH 03/31/08

| Name | Hours | Amount |
|---|---|---|
| M R Arnold | 9.0 | 2,821.50 |
| T E Borton | 5.3 | 1,636.43 |
| J D Dantzler | 9.5 | 4,403.25 |
| J M Duncan | 0.8 | 235.60 |