# EXHIBIT D



QUILLING · SELANDER · CUMMISKEY · LOWNDS

Federal ID #75-2459334

S. Gregory Hays
Special Counsel for Greg Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, Suite 750
Atlanta GA 30326

Travis E. Correll, et al.

### ITEMIZED SERVICES BILL

|  |  |  | Hours |  |
|---|---|---|---|---|
| 03/03/2008 | CBW | Emails with Scott Askue re: tax issues and re: "found" accounts, telephone conference with Ralph Freeman re: Carlisle and with Michael Clark re: subpoena preparation for Carlisle, etc. . . (1.0) | 1.00 | 350.00 |
|  | MDC | Phone call and e-mail to Lori Bates, Judge Schell's coordinator, to inquire about and discuss March 21 show cause motions procedure (.2); Prepare demand letter directed to SunTrust Bank re KT Real Estate funds on deposit (.9); Communications with investigator Ralph Freeman and CBW to discuss Randy Carlisle family subpoenas duces tecum, and prepare same for service (1.5); E-mail to RSF re same (.2); Draft cease/desist letter directed to Randy Carlisle (.9); Begin gathering exhibits/documents and preparing for show cause hearings (3.5). | 7.20 | 1,800.00 |
| 03/04/2008 | CBW | Telephone conference with Ralph Freeman and work on document request to Carlisle, et. al. (0.8); Communication with court and email to Hays and Dantzler re ▓▓▓▓▓▓▓▓▓▓▓▓ (0.7); Review of accounting from Scott Askue re: Texas recoveries and update and respond to same (0.8); Telephone conference with Tom Brown re: Texas Bank settlement and followup email with Hays and Dantzler (0.7) | 3.00 | 1,050.00 |
|  | MDC | Communications re moving status conference and show cause hearings with Lori Bates (coordinator) and CBW (.4); Continue preparing for show cause hearings and legal research on burden/standard of proof for civil contempt and assembling of documentary evidence for hearings (6.9). | 7.30 | 1,825.00 |
| 03/06/2008 | CBW | Emails with client and with team re▓▓▓▓▓ ▓▓▓▓▓▓▓ Review and analysis of correspondence from Atty. Shell re: Carlisle; Review of orders from the court | 1.70 | 595.00 |
|  | CBW | Emails with Ritcheson re: show cause hearings (0.3); Telephone conference with Michael Clark re: communication with Atty. Shell (0.3); Review of various filings and documents received today (0.5) | 1.10 | 385.00 |
|  | MDC | More communications re moving status conference with Lori Bates (coordinator), CBW and Receiver's office (.3); Continue research and preparations |  |  |

Bryan Tower  2001 Bryan St., Suite 1800  Dallas, TX 75201 | ph. 214.871.2100   fx. 214.871.2111   www.qsclpc.com

A  PROFESSIONAL  CORPORATION | ATTORNEYS  AND  COUNSELORS

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 2
03/31/2008
Client No:    911-0150M
Invoice No:       58039

| | | | Hours | |
|---|---|---|---|---|
| | | for upcoming show cause hearings, discuss strategy for same with CBW and communication with Sitton counsel re same (6.6). | 6.90 | 1,725.00 |
| 03/07/2008 | CBW | Status conference with Ralph Freeman and Michael Clark re: upcoming show cause hearings, Earl Martin, Randy Carlisle, and Johnson and Gowdie (1.2); Review of documents and other materials re: Johnson and Gowdie; Telephone conference with Dee Raibourn and review and reply to email from Dee Raibourn (0.5) | 1.70 | 595.00 |
| | MDC | Meet with CBW and investigator Ralph Freeman to discuss various pending and action items (show cause hearing preparations, additional subpoenas, Johnson/Goudy matters, etc.) (.9); E-mails from/to Sitton counsel discussing Sitton's presence and testimony at show cause hearings (.4); Legal research on Texas Uniform Fraudulent . Transfers Act and Ponzi scheme constructive trust issue (2.4). | 3.70 | 925.00 |
| 03/10/2008 | CBW | Emails with client and with Dee Raibourn re: status of assets (0.4) | 0.40 | 140.00 |
| | MDC | Prepare subpoena for Jerry Long (show cause hearings) (.5); Review Johnson/Gowdy documents and information on file and discuss same with Ralph Freeman (2.7). | 3.20 | 800.00 |
| 03/11/2008 | CBW | Email with Bill Arnold re: ████████████ ██████████(0.7); Email with Dee Raibourn re: claims in Sitton (0.3) | 1.00 | 350.00 |
| 03/12/2008 | CBW | Telephone conference with Salazar (.3 ); Conference with Ralph Freeman re: status of subpoenas on Carlisle, and re: Martin settlement (0.7); Email to Atty. Moore re: Martin (0.3) | 1.30 | 455.00 |
| | MDC | Prepare subpoena duces tecum for documents from Hogg's Saddle Shop, and letter to Mr. Hogg re same (Carlisle matter) (1.3); E-mail same to Ralph Freeman with comments (.3); Letters to (1) Angelic Entertainment, Inc., (2) Klint & Tina Hartsoch and (3) PRR Hearthstone, LLC enclosing and serving respective Show Cause orders (1.2); Continue preparations for show cause hearings and communicate with court personnel re logistics and same (2.1); Final review of Bank of America records and prepare additional records subpoena duces tecum to Bank of America re 2 brokerage accounts (Maine matter) and communicate with Ralph Freeman re same (2.6). | 7.50 | 1,875.00 |
| 03/13/2008 | CBW | Work on Carlisle claim, work on Martin Claim, work on show cause hearings, re: evidentiary issues (1.5); Email with Salazar re: demand for | | |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 3
03/31/2008
Client No:    911-0150M
Invoice No:       58039

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | payment (0.4); Email with Cheryl Moore re: settlement (0.3); Email with Ralph Freeman re: Martin and document issues (0.3) | 2.50 | 875.00 |
|  | MDC | Finalize preparations for Hartsoch show cause hearing (2.1); Confer with CBW and Ralph Freeman re remaining action items and status of Johnson/Gowdy/Martin matters (1.0). | 3.10 | 775.00 |
| 03/14/2008 | CBW | Emails with Cheryl Moore and Randy Horton re: settlement offers and document requests on Earl Martin issue (0.8); Telephone conference with Ralph Freeman re: account documents for Martin and Carlisle (0.4) | 1.20 | 420.00 |
| 03/17/2008 | CBW | Emails with Scott Askue re: tax return in Sitton and email to client re: status of some cases (0.6); Update tracking system (0.7); Review of report and documents from Randy Horton and telephone conference with Randy (0.6); Forward documents and checks to Cheryl Moore re: settlement offer (0.5); Office conference with Michael Clark re: KT Properties check (0.3) | 2.70 | 945.00 |
|  | MDC | Confer with CBW and Ralph Freeman re status of Earl Martin matter/demand, and that of Johnson/Gowdy matters. | 0.90 | 225.00 |
| 03/18/2008 | CBW | Telephone conference with Ralph Freeman re: Martin demand (0.3); Telephone conference with Atty. Rucker re: Randy Carlisle (0.3); Email to Ralph Freeman re: the same (0.2); Telephone conference with Atty. Moore re: settlement of Martin (0.4); Review and reply to email from Atty. Rucker (0.5) | 1.70 | 595.00 |
|  | MDC | Receive/review correspondence and check from SunTrust Bank in response to demand letter, and communicate re ▮▮▮▮ to Receiver team (.4); Prepare second Bank of America subpoena (Maine) (.5). | 0.90 | 225.00 |
| 03/19/2008 | CBW | Review of Martin offer and telephone conference with Atty. Moore (0.3); Review of filing in court (0.3); Review and analysis of correspondence from opposing counsel re: Hearthstone show cause order (0.4) | 1.00 | 350.00 |
|  | MDC | Continue preparations for show cause hearings against PRR Hearthstone, Angelic Entertainment and the Hartsochs (4.0); E-mails from/to counsel for PRR Hearthstone re same (.9). | 4.90 | 1,225.00 |
| 03/20/2008 | CBW | Telephone conference with Atty. Moore re: settlement of Martin (0.3); Draft correspondence to Mr. Rucker (.5); Draft email to client re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.5) | 1.30 | 455.00 |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 4
03/31/2008
Client No:    911-0150M
Invoice No:        58039

|            |     |                                                                                                                                                                                                                                                                                                                                                                                              | Hours |          |
|------------|-----|------|-------|----------|
|            | MDC | Review deficiency notices received from clerk's office re fee applications, and communicate with CBW re same. | 0.60  | 150.00   |
| 03/24/2008 | CBW | Conference with Ralph Freeman re: upcoming hearings and re: Carlisle (0.5); Emails with client re: Martin settlement and email with Atty. Moore re: settlement with Martin (0.5); Review of response to show cause motion and email with Cheryl Moore (0.6) | 1.60  | 560.00   |
|            | MDC | Receive/analyze correspondence from PRR Hearthstone counsel responding to show cause motion (1.5); Communicate same to Receiver team (.3); Begin legal research for reply to same and drafting of reply (5.7). | 7.50  | 1,875.00 |
| 03/25/2008 | CBW | Email with Atty. Moore re: settlement (0.3); Office conference with Michael Clark re: upcoming hearings (0.5); Emails with Atty. Moore re: settlement (0.4); Meet with team re: Carlisle and upcoming hearings, strategize and task (1.0) | 2.20  | 770.00   |
|            | MDC | Meet with CBW and Ralph Freeman to discuss status of various pending matters, including show cause hearings, strategy and evidentiary matters (1.0); Phone calls to/from Sitton counsel to discuss possible meeting dates and times, and subject matter of meeting (.7); Legal research re constructive trusts, Ponzi scheme fraud, and burdens of proof in show cause hearings (4.8); Continue working on reply to PRR Hearthstone response letter to show cause motion (.9). | 7.40  | 1,850.00 |
| 03/26/2008 | CBW | Telephone conference with Ralph Freeman re: asset location (0.3) | 0.30  | 105.00   |
|            | MDC | Continue research for and drafting response letter to counsel for PRR Hearthstone re show cause hearing and related issues, and preparing like materials for show cause hearing against Angelic Entertainment (4.7); Phone call to Ralph Freeman to discuss documents/records received from Bank of America (Maine) and meeting with Sitton counsel (.8). | 5.50  | 1,375.00 |
| 03/27/2008 | MDC | Extended phone calls from/to Klint Hartsoch to discuss show cause hearing and possible resolution of claim against the Hartsochs, and discuss same with CBW. | 1.70  | 425.00   |
| 03/28/2008 | MDC | Phone call to Greg Hays to discuss ████████, and follow up phone call to Klint Hartsoch re same (1.0); Communicate with CBW and Ralph Freeman re same (.1); Phone call to Sitton counsel to discuss April 1 meeting in Tyler (.2). | 1.30  | 325.00   |

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                         | Hours  |            |
|------------|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|------------|
| 03/31/2008 | MDC  | Gather documents and information and prepare for meeting tomorrow with Sitton counsel (Scott Ritcheson) and Kerry Sitton to discuss show cause matters, Carlisle matter and winding down of case (4.4); Revise subpoena directed to Jerry Long and prepare subpoena for Bobby Davis (.9); Brief research on and secure witness fees for tendering to Mr. Long and Mr. Davis (.5); Conference calls with CBW and Ralph Freeman re status of pending matters (.9). | 6.70   | 1,675.00   |
|            | CBW  | Emails with David re: hearing and travel and emails re: subpoenas (0.5); Meet with Ralph Freeman and Michael Clark prior to their East Texas trip (0.8); Telephone conference with Tyke Salazar (0.3)                                                                                                                                                                                                                      | 1.60   | 560.00     |
|            |      | For Current Services Rendered                                                                                                                                                                                                                                                                                                                                                                                            | 103.60 | 28,630.00  |

Recapitulation

| Timekeeper       | Hours | Hourly Rate | Total       |
|------------------|-------|-------------|-------------|
| Michael D. Clark | 76.30 | $250.00     | $19,075.00  |
| Clark B. Will    | 27.30 | 350.00      | 9,555.00    |

| | |
|---|---|
| Telecopies | 3.00 |
| Long-Distance Telephone | 2.85 |
| Express Mail Service | 40.39 |
| Paid to Randy Horton & Associates for professional services | 112.50 |
| Postage | 39.28 |
| Total Expenses Thru 03/31/2008 | 198.02 |
| Total Current Work | 28,828.02 |
| Balance Due | $28,828.02 |

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT