# EXHIBIT E

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone #   817-831-1189
Fax #     888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/9/2008 | 6286 |
| TIN #04-3759685 ||

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 3/3/2008 | RESEARCH | INVESTIGATOR 430 - RESEARCH AND COMMUNICATION WITH CBW AND MDC RE: CARLISLE | 3.5 | 100.00 | 350.00 |
| 3/4/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARATION OF CARLISLE CLAIM; MEETING WITH INVESTORS RE: CARLISLE ACTIVITIES | 3 | 100.00 | 300.00 |
| 3/5/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARATION OF FILINGS RE: ANGELIC BANK DOCUMENTS | 2.5 | 100.00 | 250.00 |
| 3/5/2008 | SURVEILLANCE | INVESTIGATOR 145 - SURVEILLANCE | 6 | 75.00 | 450.00 |
| 3/5/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 145 - SERVICE OF SUBPOENA - RANDALL CLARK CARLISLE | 1 | 75.00 | 75.00 |
| 3/6/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF ACCOUNTING ANALYSIS RE: ANGELIC; PREPARATION OF ADDITIONAL CARLISLE SUBPOENAS; MEETING WITH CBW AND MDC RE: SHOW CAUSE HEARINGS | 5 | 100.00 | 500.00 |
| 3/6/2008 | DATA ANALYSIS | INVESTIGATOR 465 - ORGANIZATION AND ANALYSIS OF FINANCIAL RECORDS | 3 | 100.00 | 300.00 |
| 3/6/2008 | SURVEILLANCE | INVESTIGATOR 145 - SURVEILLANCE | 2.5 | 75.00 | 187.50 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O.Box 123991
Fort Worth, Tx 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone #  817-831-1189
Fax #  888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/9/2008 | 6286 |
| TIN #04-3759685 | |

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
| | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 3/7/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW AND MDC RE: SHOW CAUSE HEARINGS; REVIEW OF ANGELIC ANALYSIS | 3 | 100.00 | 300.00 |
| 3/7/2008 | DATA ANALYSIS | INVESTIGATOR 465 - RECORDED ADDITIONAL QUESTIONS; BEGAN MAPPING OF DOCUMENTS; CONTINUED ANALYSIS OF FINANCIAL RECORDS | 2 | 100.00 | 200.00 |
| 3/10/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH MDC RE: JOHNSON AND GOWDY; INTERVIEW WITH SOURCES IN RODEO COMMUNITY RE: CARLISLE | 4 | 100.00 | 400.00 |
| 3/12/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW RE: CARLISLE; MARTIN SETTLEMENT; ADDITIONAL RESEARCH RE: MAINE BROKERAGE TRANSACTIONS; TELEPHONE INTERVIEW RE: CARLISLE SADDLE PURCHASES IN ARKANSAS | 4 | 100.00 | 400.00 |
| 3/13/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF MAINE SCHEDULES WITH ACCOUNTANT; MEETINGS WITH CBW AND MDC RE: GOWDY, JOHNSON, AND MARTIN | 2.5 | 100.00 | 250.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O.Box 123991
Fort Worth,Tx 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone #   817-831-1189
Fax #   888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/9/2008 | 6286 |
| TIN #04-3759685 ||

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 3/13/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 465 - CREATION OF SCHEDULE ADDRESSING SPECIFIC TIMEFRAME OF INVESTMENT V. EXPENDITURES | 2 | 100.00 | 200.00 |
| 3/14/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONTACT WITH FELTONS RE: CARLISLE; TELEPHONE CONFERENCE WITH CBW RE: MARTIN AND CARLISLE | 2 | 100.00 | 200.00 |
| 3/17/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH MDC RE: MARTIN DEMAND, AND JOHNSON AND GOWDY | 1 | 100.00 | 100.00 |
| 3/18/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE AND E-MAIL CONFERENCES WITH CBW RE: MARTIN AND CARLISLE | 1 | 100.00 | 100.00 |
| 3/23/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF ANGELIC/MUSTANG TRANSACTION AND SUPPORTING DOCUMENTATION | 2.5 | 100.00 | 250.00 |
| 3/24/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW RE: PENDING CARLISLE AND MAINE MATTERS; REVIEW OF HEARTHSTONE MATTER WITH MDC | 2.5 | 100.00 | 250.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O.Box 123991
Fort Worth,Tx 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone #   817-831-1189
Fax #     888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/9/2008 | 6286 |

TIN #04-3759685

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds |
| 2001 BRYAN ST. SUITE 1800 |
| DALLAS, TX 75201 |
| RE: SEC v CORRELL and TNT OFFICE SUPPLY |
| ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 3/25/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETINGS WITH CBW AND MDC RE: TASK LIST | 2 | 100.00 | 200.00 |
| 3/26/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCES WITH CBW AND MDC RE: MAINE AND CARLISLE | 1 | 100.00 | 100.00 |
| 3/28/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CALL TO MDC RE: HARTOSCH | 0.5 | 100.00 | 50.00 |
| 3/31/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW AND MDC RE: TRIP TO TYLER RE: SHOW CAUSE HEARINGS; DOCUMENT REVIEW FOR SESSION EXPENSES | 3 | 100.00 | 300.00 |
| 3/5/2008 | MILEAGE | INVESTIGATOR 145 - MILEAGE | 120 | 0.65 | 78.00 |
| 3/6/2008 | MILEAGE | INVESTIGATOR 145 - MILEAGE | 103 | 0.65 | 66.95 |
| 3/31/2008 | MILEAGE | INVESTIGATOR 430 - MILEAGE | 278 | 0.65 | 180.70 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O.Box 123991
Fort Worth,Tx 76121

| | |
|---|---|
| **Subtotal** | $6,038.15 |
| **Sales Tax** | $0.00 |
| **Total** | $6,038.15 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $6,038.15 |