# EXHIBIT A

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**
**For the Period from   4/1/2008   to   4/30/2008**

May 14, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 7.10<br>350.00/hr | 2,485.00 |
| **For professional services rendered** | **7.10** | **$2,485.00** |

CIRA - Certified Insolvency and Restructuring Advisor    CTP - Certified Turnaround Professional

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

Receiver

For the Period from 4/1/2008 to 4/30/2008

May 14, 2008

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2008 | SGH | Reviewed and responded to emails. | 0.20<br>350.00/hr | 70.00 |
| 4/2/2008 | SGH | Met with David Dantzler, Harrilee Cheshire and Bill Arnold regarding ▓▓▓▓. Reviewed list of issues. Conference call with Texas counsel Clark Will. Planned for status conference and issues to handle before distribution to creditors. | 3.00<br>350.00/hr | 1,050.00 |
| 4/13/2008 | SGH | Reviewed email from David Dantzler regarding ▓▓▓▓ Drafted email to Scott Askue and Shuwanda Sloane regarding claims process. | 0.30<br>350.00/hr | 105.00 |
| 4/15/2008 | SGH | Reviewed balance sheet and analysis of proposed settlement of $1.4 million claim against Element Payment Systems. Drafted email regarding same. | 0.40<br>350.00/hr | 140.00 |
| 4/21/2008 | SGH | Reviewed Troutman Sanders legal bill for March for $9,086. | 0.40<br>350.00/hr | 140.00 |
| | SGH | Reviewed motion to settle the Earl Martin adversary. Drafted email to Clark Will and David Dantzler regarding ▓▓▓▓ and ▓▓▓▓. | 0.50<br>350.00/hr | 175.00 |
| 4/22/2008 | SGH | Reviewed draft of settlement agreement. Reviewed and responded to emails from Clark Will and David Dantzler regarding ▓▓▓▓. | 0.40<br>350.00/hr | 140.00 |
| | SGH | Reviewed and responded to email and attachment from Mike Clark. Drafted email to Scott Askue regarding $544,000 recovery from Angelic Entertainment. | 0.40<br>350.00/hr | 140.00 |
| | SGH | Reviewed three memorandums from Lance Alford regarding ▓▓▓▓. | 0.50<br>350.00/hr | 175.00 |
| 4/28/2008 | SGH | Conference call with counsel and Judge Schell regarding ▓▓▓▓. | 0.40<br>350.00/hr | 140.00 |
| 4/29/2008 | SGH | Reviewed draft of fee application and drafted email regarding same. | 0.40<br>350.00/hr | 140.00 |
| 4/30/2008 | SGH | Reviewed and responded to emails. | 0.20<br>350.00/hr | 70.00 |

**For professional services rendered**     7.10     **$2,485.00**