# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

| | |
|---|---|
| Invoice Date | 05/02/08 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 918446 |
| File No. | 033287.000002 |

RE: Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 04/30/08 | $21,848.19 |
| Costs and Expenses Through 04/30/08 | $735.64 |
| **Total Amount of This Invoice** | **$22,583.83** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 05/02/08
Invoice Number 918446
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 04/01/08 | MRA | Multiple telephone calls with Judge Schell's chambers and with Clerk of Court regarding certificate of conference for fee application; review and revise certificate of conference; email correspondence with Harrilee Cheshire regarding ▇; draft letter regarding Kerry Sitton tax refund; telephone calls with Scott Askue regarding ▇; email correspondence with Greg Hays and David Dantzler regarding ▇; email correspondence with Scott Askue regarding ▇ review and analysis of correspondence from Special Agent Ken Fry regarding Creative Wealth investor list; email correspondence to Scott Askue regarding ▇ | 1.7 |
| 04/01/08 | TEB | Call from Minnesota court clerk concerning filing of status report in Gillespie case against Correll | 0.2 |
| 04/01/08 | JDD | E-mail correspondence with Receiver Team regarding ▇ telephone conference with S. Askue regarding ▇ | 0.9 |
| 04/02/08 | MRA | Conference with Texas counsel, Hays Financial Consulting team, and Troutman Sanders team regarding ▇ preparation for same | 1.8 |
| 04/02/08 | TEB | Email from Minnesota Clerk and email to Francine Smith concerning status report filed in Gillespie case; review docket for lawsuit filed against Correll by Jason Ripley; emails to/from counsel concerning ▇ check status of Chase and Meister lawsuits filed against Midkiff; draft motion to specially appear in Ripley case; draft notice of stay for Ripley case; emails from/to counsel concerning significant outstanding case issues | 2.4 |
| 04/02/08 | HC | Conference with Messrs. Dantzler, Hays, Askue and Arnold regarding ▇ telephone conference with Ralph Freeman and Michael Clark | 2.0 |
| 04/02/08 | JDD | Prepare for and meet with G. Hays, S. Askue, B. Arnold and H. Cheshire (and C. Will and M. Clark by phone) regarding ▇ | 2.8 |
| 04/03/08 | MRA | Telephone calls with Judge Schell's chambers regarding latest filing and courtroom capabilities; review and revise fee application; file same; telephone conference with Ken Fry regarding Creative Wealth and fraud facilitators; telephone conference with John O'Neal regarding Element Payment Services; email to counsel regarding ▇ research regarding judgment against Travis Correll for evidence of ponzi scheme that Texas Counsel can use in their case | 1.3 |
| 04/03/08 | TEB | Revise motion to appear by special permission in Ripley v. Correll matter; draft notice of stay in Ripley v. Correll matter; assemble exhibits for same; draft accompanying cover letters to court and court clerk; calls and emails from/to counsel concerning ▇ | 2.8 |
| 04/03/08 | HC | Review Correll plea related documents; conference with B. Arnold regarding ▇ | 0.6 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 05/02/08
Invoice Number 918446
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 04/04/08 | MRA | Telephone conference with Mark King regarding his testimony in Midkiff trial; email correspondence from Scott Baker regarding requests for information regarding certain defendants | 0.4 |
| 04/04/08 | KLA | Research and analyze case and statutory law regarding the requirements for tape recording conversations in California; draft email to Lance Alford regarding ▮ | 0.4 |
| 04/04/08 | TEB | Emails from/to counsel concerning ▮ Emails from/to client concerning ▮ email to Scott Askue concerning ▮ call from client concerning ▮ | 1.0 |
| 04/04/08 | HC | Telephone conference with Mr. King regarding testimony in Joshua Tree matter; conference with Mr. Borton, Mr. Hunter and Mr. King regarding same | 0.6 |
| 04/07/08 | MRA | Telephone conference with Scott Ritcheson regarding Sittons; review and revise Element Payment Services complaint; telephone conference with Mark King regarding his testimony in Midkiff trial | 0.8 |
| 04/07/08 | TEB | Emails from HomEq and to counsel concerning disposition of Midkiff's home; email from Peter Wold concerning Correll's status | 0.4 |
| 04/07/08 | HC | Update calculations for complaint vs. Element Payment Services; conference with B. Arnold regarding jurisdiction; revise complaint | 0.7 |
| 04/08/08 | MRA | Review and revise Element Payment Services complaint; make preparations for filing of same; conference with Harrilee Cheshire regarding ▮ email to Mark O'Brien regarding same | 0.7 |
| 04/08/08 | TEB | Emails from client and counsel concerning ▮ call from Sentinel plaintiff's counsel concerning written discovery responses | 0.4 |
| 04/08/08 | TBB | Review draft complaint against Element Payment Services | 0.2 |
| 04/08/08 | JDD | E-mail correspondence with Receiver Team regarding ▮; e-mail correspondence with C. Will and T. McCole regarding same | 0.4 |
| 04/09/08 | MRA | Review and revise Element Payment Services complaint; continue preparations for and file same; conference with Harrilee Cheshire and Nicole Chupp regarding ▮; review and revise David Dantzler's ▮ | 3.1 |
| 04/09/08 | TEB | Review order continuing the stay in the Gillespie case; emails from/to counsel concerning ▮ | 0.3 |
| 04/09/08 | HC | Research regarding Texas court's filing rules; prepare civil cover sheet for Element Payment Services complaint; revise and finalize complaint for filing; draft disclosure statement; conference with B. Arnold regarding ▮ conferences with N. Chupp and Troutman Sanders staff regarding ▮ prepare waiver of service request forms; conferences | 3.6 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

Invoice Date 05/02/08
Invoice Number 918446
File No. 033287.000002
Page 4

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 04/09/08 | WNC | with N. Chupp regarding ▮ Assist H. Cheshire and B. Arnold with review and organization of ▮ ▮ electronically open case and file complaint and related documents | 2.5 |
| 04/09/08 | JDD | Prepare for status conference; draft outline for use at conference; telephone conference with T. McCole and C. Will regarding status and strategy for dealing with pending issues | 4.0 |
| 04/10/08 | MRA | Telephone conference with John O'Neal regarding Element Payment Services complaint; review and revise David Dantzler's outline of ▮ ▮ email correspondence to David Dantzler regarding ▮ review and analysis of court notices regarding Element Payment Services case | 1.1 |
| 04/10/08 | TEB | Review voluntary notice of dismissal | 0.1 |
| 04/10/08 | HC | Assist in preparation of pro hac vice appearance form and correspondence to counsel for Element Payment Services regarding waiver of service; conference with N. Chupp regarding ▮ | 0.5 |
| 04/10/08 | WNC | Research local rules in USDC EDTX regarding pro hac vice applications; draft Pro Hac Vice Application for D. Dantzler in USDC EDTX case no. 4:08-cv-125; conference with H. Cheshire regarding ▮ ▮ draft transmittal letter to opposing counsel forwarding Waiver of Service and Complaint in USDC EDTX case no. 4:08-cv-125; forward ▮ to B. Arnold for review and execution and arrange for subsequent service | 2.0 |
| 04/10/08 | JDD | Revise and update outlines for use at status conference; e-mail correspondence with Receiver Team regarding same | 0.6 |
| 04/11/08 | MRA | Review and analysis of court notices regarding Element Payment Services case | 0.1 |
| 04/11/08 | JDD | Prepare for and attend show cause hearing and status conference with court; related travel | 5.0 |
| 04/14/08 | MRA | Email correspondence with Scott Askue regarding ▮ ▮ review and analysis of email correspondence from David Dantzler regarding ▮ | 0.1 |
| 04/15/08 | MRA | Correspondence with Hays Financial Consulting team regarding ▮ ▮ review and analysis of Element Payment Services balance sheets; telephone conference with Scott Askue regarding ▮ | 0.4 |
| 04/15/08 | JDD | Telephone conference with G. Hays regarding ▮ ▮ conference with L. Alford regarding ▮ telephone conference with S. Askue regarding ▮ | 1.2 |

IN ACCOUNT WITH

**TROUTMAN SANDERS** LLP
ATTORNEYS AT LAW

Invoice Date 05/02/08
Invoice Number 918446
File No. 033287.000002
Page 5

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/08**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 04/16/08 | WNC | Perform final revisions to D. Dantzler's ▓▓▓ and arrange for proper service of same to Texas State Bar | 0.3 |
| 04/16/08 | JDD | Conference with L. Alford regarding ▓▓▓ e-mail correspondence with Receiver Team regarding ▓▓▓ | 0.4 |
| 04/17/08 | MRA | Review and revise same fee application; email correspondence to Hays Financial Consulting and Quilling, Selander, Cummiskey & Lownds regarding same | 1.3 |
| 04/18/08 | MRA | Telephone conference with Clark Will regarding fee application | 0.2 |
| 04/22/08 | MRA | Review and revise fee application; review and revise redaction of invoices supporting same; email correspondence with SEC regarding fee application; email correspondence with Hays Financial Consulting team and Quilling, Selander, Cummiskey & Lownds team regarding ▓▓▓ telephone conference and email correspondence with Tom Borton regarding ▓▓▓ review and analysis of email correspondence from David Dantzler regarding ▓▓▓ telephone conference with Clark Will regarding fee application | 2.1 |
| 04/22/08 | JDD | Review fee applications; e-mail correspondence with Receiver Team regarding ▓▓▓ | 0.4 |
| 04/23/08 | MRA | Preparation for, and participation in case status conference with Troutman team, Hays Financial Consulting team, and Quilling, Selander, Cummiskey and Lownds team; email correspondence with Clark Will regarding fee application; review and revise fee application | 1.0 |
| 04/23/08 | TBB | Conference with Receiver Team regarding ▓▓▓ | 0.5 |
| 04/23/08 | WNC | Review ▓▓▓ per forward of H. Cheshire | 1.0 |
| 04/23/08 | JDD | Prepare for and meet with Receiver Team regarding ▓▓▓ | 0.8 |
| 04/24/08 | MRA | Review and revise fee application; review and analysis of redacted invoices supporting same | 1.3 |
| 04/24/08 | TEB | Emails from/to client concerning Sentinel litigation | 0.1 |
| 04/24/08 | HC | Assist in efiling waivers of service in Element Payment Services case; assist in preparation of fee application | 1.3 |
| 04/24/08 | WNC | Conference with H. Cheshire regarding ▓▓▓ begin draft of ▓▓▓ in connection with ▓▓▓ per request of H. Cheshire | 1.0 |
| 04/24/08 | JDD | E-mail correspondence with Receiver Team regarding ▓▓▓ | 0.6 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 05/02/08
Invoice Number 918446
File No. 033287.000002
Page 6

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 04/25/08 | MRA | conference with L. Alford regarding ▮; Review and revise notice of appearance; review and analysis of fee application in preparation for conference with Judge; email correspondence to Hays Financial Consulting team and Quilling, Selander, Cummiskey & Lownds Team regarding ▮ | 0.5 |
| 04/25/08 | TEB | Email from G2 concerning Sentinel litigation | 0.1 |
| 04/25/08 | WNC | Continue draft of action items list per 4/21/08 memorandum of T. Borton | 0.7 |
| 04/25/08 | JDD | E-mail correspondence with Receiver Team regarding ▮ review fee applications | 0.5 |
| 04/27/08 | MRA | Email correspondence with Greg Hays regarding ▮ | 0.1 |
| 04/28/08 | MRA | Preparation for and participation in motions hearing on Receiver's Motion for approval of fee application; email correspondence with Hays Financial Consulting and Quilling, Selander, Cummiskey & Lownds teams regarding ▮ draft and file a notice of appearance | 2.4 |
| 04/28/08 | TEB | Search for Bank of Texas subpoena; call to Nicole Chupp concerning ▮ emails from/to Nicole Chupp, client, and counsel concerning ▮ emails from counsel concerning ▮ attend telephone hearing with court concerning fee applications; emails from/to client concerning ▮ | 0.5 |
| 04/28/08 | HC | Email correspondence regarding Texas Bank subpoena; conference with N. Chupp regarding ▮ | 0.4 |
| 04/28/08 | WNC | Conferences with H. Cheshire and T. Borton regarding ▮ subsequent case research regarding ▮ and forward to S. Askue for review per request; continue draft and revision of ▮ per T. Borton 4/21/08 memorandum | 2.5 |
| 04/28/08 | JDD | Prepare for and attend conference call with Court; e-mail correspondence and meeting with Receiver Team regarding ▮ | 0.9 |
| 04/29/08 | MRA | Review and revise fee application for fees incurred during March; email correspondence to Hays Financial Consulting and Quilling, Selander, Cummiskey & Lownds teams regarding ▮; email correspondence with Kathy Malek regarding fee applications | 1.3 |
| 04/29/08 | WNC | Revise and finalize ▮ per T. Borton 4/21/08 memorandum and forward to H. Cheshire for review | 1.3 |
| 04/30/08 | MRA | Email correspondence to Securities Exchange Commission regarding fee application; email correspondence to Kathy Malek regarding ▮; review and update chart regarding invoices and fee applications to ensure they are posted in a timely fashion; review and analysis of email correspondence | 0.6 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 05/02/08
Invoice Number 918446
File No. 033287.000002
Page 7

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/08

| Date | Init | Description of Work Performed | Hours |
|------|------|-------------------------------|-------|
|      |      | from Scott A. Ritcheson (attorney for Kerry Sitton) regarding tax refund | |

Total Hours 71.2

Total Fees 21,848.19

## TIMEKEEPER TIME SUMMARY THROUGH 04/30/08

| Name | Hours | Amount |
|------|-------|--------|
| M R Arnold | 22.3 | 6,991.05 |
| K L Atkinson | 0.4 | 87.40 |
| T E Borton | 8.3 | 2,562.65 |
| T B Bosch | 0.7 | 239.40 |
| H Cheshire | 9.7 | 2,534.14 |
| W N Chupp | 11.3 | 858.80 |
| J D Dantzler | 18.5 | 8,574.75 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 04/30/08

| Description | Amount |
|-------------|--------|
| Airfare Costs | 601.49 |
| Computer Research | 19.03 |
| Filing Fees | 25.00 |
| Meals and Entertainment | 6.72 |
| Professional Services | 60.40 |
| Taxi/Train/Parking | 23.00 |
| Total: | 735.64 |

Total Fees & Costs: $22,583.83