# EXHIBIT D



Federal ID #75-2459334

```
S. Gregory Hays                                              Page:         1
Special Counsel for Greg Hays                                          04/30/2008
Hays Financial Consulting, LLC                        Client No:     911-0150M
3343 Peachtree Road, Suite 750                        Invoice No:        58926
Atlanta  GA  30326
```

Travis E. Correll, et al.

## ITEMIZED SERVICES BILL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/2008 | MDC | Round trip travel to/from Tyler, Texas with Ralph Freeman to meet with Kerry Sitton and atty. Scott Ritcheson to discuss status of various matters and inquire about new information, and also the upcoming show cause hearings. | 8.50 | 2,125.00 |
| | CBW | Emails re: fee application issues (0.3); Emails re: conference call for tomorrow (0.3); Telephone conference with Ralph Freeman and Michael Clark on the road to Tyler (0.3); Conference with Michael Clark and Ralph Freeman re: meeting with Sitton and Ritcheson (0.5) | 1.40 | 490.00 |
| 04/02/2008 | MDC | Prepare for and participate in conference call with Receiver team, Clark Will and Ralph Freeman to discuss ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (1.3); E-mail communications with counsel for PRR Hearthstone re show cause hearing matters (.2); Continue legal research on and compiling authority demonstrating voidness of transfers out of Ponzi schemes and the Texas UFTA for transmission to Hearthstone counsel (4.0); Research criminal case filings and Georgia proceeding pertaining to Travis Correll and review/analyze same (1.3); Receive (and briefly review) copies of tax returns from Klint Hartsoch along with settlement check and process same (.9). | 7.70 | 1,925.00 |
| | CBW | Pre-conference call meeting with Ralph Freeman and Michael Clark re: yesterday's trip (0.5); Conference call with DD, Greg Hays, et. al. (0.8) | 1.30 | 455.00 |
| 04/03/2008 | CBW | Review/reply to numerous emails (0.6); Review of Correll sentencing documents received from Atty. Arnold (0.4); Email to Tyke Salazar re: status (.3) | 1.30 | 455.00 |
| | MK | Legal research on validity of purchase-sale transactions with funds that are the proceeds of a criminal enterprise, protections afforded to an innocent seller | 4.00 | 740.00 |
| 04/04/2008 | MDC | Discuss constructive trust and fraudulent transfer research results with atty. Matt Kita (.6); Revise additional Bank of America subpoena duces tecum seeking Angelic Entertainment securities accounts/transactions (.8); Draft | | |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 2
04/30/2008
Client No: 911-0150M
Invoice No: 58926

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | letter to Randy Clark Carlisle re his failure to comply with subpoena duces tecum (.9); Communicate with and e-mail to Ralph Freeman re same and service (.3); E-mail to Court coordinator Lori Bates re settlement with the Hartsochs (.2); Receive and review documents received from Hogg's Saddle Shop in response to subpoena duces tecum, and communicate with Ralph Freeman re same (.9); Continue work on form of Agreed Judgment against the Sitton defendants (3.9). | 7.60 | 1,900.00 |
| 04/07/2008 | CBW | Telephone conference with Ralph Freeman re: documents for Friday (0.3); Preparation for hearings on Friday, review of schedules and documents, and update recovery schedules (1.5) | 1.80 | 630.00 |
|  | MDC | Meet with CBW and Ralph Freeman to discuss status and documents concerning Friday's show cause hearings (1.5); Conference call with counsel for PRR Hearthstone to discuss show cause hearing and possible settlement of matter (.9); Consider and review settlement options offered by PRR Hearthstone (2.4); Communicate with Ralph Freeman re various pending matters (.8); Make notes for and prepare for Friday status conference in main case (Correll) and communicate with Receiver's office/counsel re ▮ (2.0); Continue review of Correll criminal conviction documents and sentencing memorandum (.6). | 8.20 | 2,050.00 |
| 04/09/2008 | MDC | Continue show cause hearing preparation and prepare testimony/questions for CBW, Ralph Freeman, Kerry Sitton, Bobby Davis and Jerry Long (5.5); Compile exhibits and documents for notebooks (1.8); Phone calls from/to Receiver to discuss PRR Hearthstone resolution (.4); Communicate with PRR Hearthstone counsel re same (.5). | 8.20 | 2,050.00 |
|  | CBW | Review and revise proposed settlement documents (0.9); conference call with Defendant. Dantzler and Tim McCole (.8); review and revise status conference memorandum (0.5); research for spreadsheets and send to T. McCole (0.4); review and forward Freeman invoice (0.5); conference with R. Freeman and review of account documents regarding Angelic Entertainment, in preparation for hearing on Friday (0.8); email to Cheryl Moore forwarding comments on settlement documents (0.5); review of ▮ from D. Dantzler and office conferene with M. Clark regarding ▮ (1.5); | 5.90 | 2,065.00 |
| 04/10/2008 | MDC | Finalize show cause hearing and testimony/witness preparation, as well as hearing exhibit and pleading notebooks, and meet with Clark Will and |  |  |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 3
04/30/2008
Client No: 911-0150M
Invoice No: 58926

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | Ralph Freeman to discuss same and possible testimony (6.8); Phone calls from/to Lori Bates to discuss status of show cause matters (.2); Review Carlisle documents with Ralph Freeman (.9); Prepare Receiver's Notice of Settlement of Claims (Hartsochs) and prepare same for e-filing (1.0). | 8.90 | 2,225.00 |
|  | CBW | Continue preparation for status conference on Friday (1.6); | 1.60 | 560.00 |
| 04/11/2008 | MDC | Travel from Dallas to Sherman to attend and argue show cause hearing against Angelic Entertainment, and participate in status conference (6.5); Meet with parties, witnesses and Sitton counsel, and return travel from Sherman to Dallas (2.5). | 9.00 | 2,250.00 |
|  | CBW | Pick-up D. Dantzler at airport, travel to Sherman for hearings, conduct hearings, return to Dallas (8.0); | 8.00 | 2,800.00 |
| 04/14/2008 | MDC | Meet with CBW and Ralph Freeman to discuss status and action plan with respect to the Carlisles, and post-show cause hearing matters (.9); Review and comment on Earl Martin settlement document revisions (1.5); Begin drafting show cause motion as against Mark Maine, individually, and form of order to show cause (2.4); Begin working on form of Angelic contempt order and legal research on requisites for civil contempt orders (3.2). | 8.00 | 2,000.00 |
|  | CBW | Meeting with team regarding ▓▓▓▓ (0.9); work on order/motion for Maine (0.5); | 1.40 | 490.00 |
| 04/15/2008 | CBW | Document review of materials received from Salazar, and forward materials to R. Freeman for further review (0.5); review of oil and gas revenue runs, update accounts, and make deposit (2.5); telephone conference with R. Freeman regarding sale of Thompson asset (0.3); work on amended show cause matters for Maine (0.6); | 3.90 | 1,365.00 |
|  | MDC | Continue work on and finalize show cause motion against Mark Maine, individually, with supporting declaration of Clark Will, and form of show cause order, and assemble exhibits for same (4.7); Review legal research results on requisites of civil contempt orders prepared by atty. Matt Kita and discuss same with him (.8); Continue work on and finalize form of contempt order against Angelic Entertainment and communicate re same to Clark Will (3.3). | 8.80 | 2,200.00 |
|  | MK | Legal research on requirements for an order of contempt | 1.50 | 277.50 |
|  | MK | Legal research on whether a contempt order can |  |  |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 4
04/30/2008
Client No: 911-0150M
Invoice No: 58926

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | require the contemnor to pay pre-judgment interest on the sanctioned amount | 0.50 | 92.50 |
|  | MK | Draft memo to file summarizing legal research on contempt orders and pre-judgment interest | 0.50 | 92.50 |
| 04/16/2008 | CBW | Telephone conference with Attorney Rucker (0.2); meet with R. Freeman regarding Carlisle issues (0.5); review/revise Angelic show cause order (0.5); close sale of ring (0.5); telephone conference with Attorney Rucker and review of correspondence from Attorney Rucker regarding Carlisle (0.5); | 2.20 | 770.00 |
|  | MDC | Scrutinize final bills and billing records and calculate amount of attorney's fees and costs billed concerning the Angelic matter, for inclusion in contempt order (2.2); Continue work on draft of contempt order and confer with CBW re same (2.4); Review and analyze copies of documents received from Tyke Salazar, reconcile same with other banking records on hand, and discuss same with Ralph Freeman and CBW (3.5). | 8.10 | 2,025.00 |
| 04/17/2008 | CBW | Close Texas Bank matter (0.9); work on Maine and Carlisle issues (1.4); | 2.30 | 805.00 |
|  | MDC | Communicate and meet with Ralph Freeman to discuss investigative fee invoices relating to Angelic for inclusion in contempt order (.8); Make final calculation and tally of all attorney's fees and expenses in Angelic matter, finalize form of contempt order and arrange for e-filing of same (1.8); E-mails to/from Lori Bates re same (.4); Begin working on proposed Agreed Second Amended Scheduling Order (.8). | 3.80 | 950.00 |
| 04/18/2008 | CBW | Telephone conference with Bill Arnold regarding ▓▓▓▓▓▓ (0.4); review of financial documents and other matters received from Salazar and Carlisle (0.6); | 1.00 | 350.00 |
| 04/21/2008 | CBW | Email with Cheryl Moore regarding Martin settlement (0.3); revise documents and forward to Moore for closing (0.7); review of Angelic Contempt Order, and draft letter to Mark Maine regarding same (0.5); email from court regarding various orders (0.3); | 1.80 | 630.00 |
| 04/22/2008 | CBW | Email with Arnold regarding ▓▓▓▓▓▓ (0.3); email with G. Hays regarding ▓▓▓▓ ▓▓▓▓ (0.3); email with Lori Bates regarding orders and administrative matters (0.3); email with Cheryl Moore regarding settlement documents (0.3); revise settlement documents in Earl Martin and forward (0.6); telephone conference with Bill Arnold (0.3); | 2.10 | 735.00 |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 5
04/30/2008
Client No: 911-0150M
Invoice No: 58926

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | MDC | E-mails from/to Lori Bates re proposed order withdrawing Hartsoch show cause motion (.2); E-mail to Angelic Entertainment corporate counsel re courtesy copy of signed contempt order (.2); Continue work on draft of Agreed Judgment as to defendant Kerry Sitton (2.5); Communicate with Ralph Freeman re subpoenaed bank records (Carlisle brokerage accounts) (.3). | 3.20 | 800.00 |
| 04/23/2008 | CBW | Review of correspondence regarding Martin settlement (0.3); conference with R. Freeman regarding Bush issue, and regarding Johnson and Gowdie and review of ROI regarding same (1.2); telephone conference with Scott Askue regarding ▓▓▓▓▓ (0.3); prepare memo to Bill Arnold regarding ▓▓▓▓▓ (0.6); | 2.40 | 840.00 |
| | MDC | Letter to Mark Maine enclosing signed copy of show cause order, and calendar hearing date and follow ups (.8); Prepare Certificate of Service relating to same (.8); Work on form of agreement with 3rd party PRR Hearthstone (2.2). | 3.80 | 950.00 |
| 04/24/2008 | CBW | Emails with Cheryl Moore regarding settlement documents, revise Martin settlement documents, close transaction, including preparation and filing of Motion to Approve (2.8); review of disgorgement judgments (0.5); | 3.30 | 1,155.00 |
| 04/25/2008 | CBW | Numerous emails with Lori Bates, and with Atlanta counsel regarding ▓▓▓▓▓ (0.6); more emails and prepare for Monday (0.4); email with C. Moore regarding settlement (0.3); | 1.30 | 455.00 |
| | MDC | Phone call and e-mails to/from Lori Bates re conference call concerning fee applications, and various communications with all other parties re coordinating and confirming same (.9); Review unredacted fee statements received from Receiver's Atlanta counsel's offices re ▓▓▓ (.5); Continue working on and legal research regarding Agreed Judgment as to defendant Kerry Sitton, in addition to form of agreement with PRR Hearthstone (4.4). | 5.80 | 1,450.00 |
| 04/28/2008 | CBW | Emails and telephone conference regarding conference call with the Court later today (0.9); conference call with Judge Schell, et al (0.5); email with S. Askue regarding ▓▓▓ (0.3); | 1.70 | 595.00 |
| | MDC | Prepare for, attend and participate in conference call with Judge Schell, and e-mails to/from Lori Bates and participating counsel re ▓▓▓ (1.0); Meet with CBW and Ralph Freeman re status of Carlisle matter and subpoenaed Bank of America documents (.3); Calendar follow ups on the Carlisle and Angelic Entertainment/Mark Maine | | |

```
                                                              Page:     6
Special Counsel for Greg Hays                                       04/30/2008
                                                      Client No:  911-0150M
Travis E. Correll, et al.                             Invoice No:     58926
```

```
                                                           Hours
           matters (.1); Begin preparing supplemental expert
           disclosures pursuant to scheduling order deadline
           (1.4).                                           2.80       700.00

04/29/2008  CBW  Review and forward orders from court regarding
                 fee application (0.3); review of order approving
                 settlement, forward to C. Moore and email to C.
                 Moore regarding closing (0.9); review and comment
                 on March fee app (0.5);                    1.70       595.00

04/30/2008  MDC  E-mail to Sitton counsel discussing need for new
                 scheduling order (.2); Work on Agreed Motion to
                 Amend Scheduling Order and proposed Agreed Second
                 Amended SO (2.0).                          2.20       550.00

            CBW  Review of documents received from client, and
                 telephone conference with R. Freeman regarding
                 ▇▇▇;                                       0.50       175.00
                 For Current Services Rendered            158.00    43,767.50
```

### Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Michael D. Clark | 104.60 | $250.00 | $26,150.00 |
| Clark B. Will | 46.90 | 350.00 | 16,415.00 |
| Matthew Kita | 6.50 | 185.00 | 1,202.50 |

```
Long-Distance Telephone                                                3.50
Travel Expenses - Meals for Mike Clark during
  trip to Tyler, TX to interview and meet with
  defendant Kerry Sitton and his counsel.                             57.29
Travel Expenses - Clark Will to Sherman, TX
  to pick up Dave Dantzler for hearing.                              138.13
Express Mail Service                                                  84.04
Paid to Jerry Long for witness fee                                   271.00
Paid to Bobby Davis for witness fee                                  117.55
Paid to Elite Copy Solutions for outside
  photocopy services/Invoice #19578                                  712.18
Lunch for Michael Clark and Ralph Freeman
  following Angelic show cause hearing.                               37.20
Paid to Attorney's Service Bureau for
  certified copies of required documents/
  Invoice #37612                                                     138.00
Photocopies                                                          426.40
Postage                                                               22.13
Pacer Service                                                         16.40
Total Expenses Thru 04/30/2008                                     2,023.82

Total Current Work                                                45,791.32

Balance Due                                                      $45,791.32
```

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 7
04/30/2008
Client No: 911-0150M
Invoice No: 58926