# EXHIBIT E

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone # 817-831-1189
Fax # 888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2008 | 6298 |
| TIN #04-3759685 | |

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 4/1/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEET WITH K. SITTON & SCOTT RITCHESON RE: MAINE; CONFERENCE WITH MDC | 8 | 100.00 | 800.00 |
| 4/1/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - DATA COMPILATION; BINDER PREPARATION | 6 | 35.00 | 210.00 |
| 4/2/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARE AND PARTICIPATE IN CONFERENCE CALL WITH RECEIVER TEAM, MDC & CBW; REPORT RESULTS OF TYLER TRIP TO CBW | 2 | 100.00 | 200.00 |
| 4/3/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARATION OF BINDERS RE: SHOW CAUSE HEARING | 2 | 100.00 | 200.00 |
| 4/3/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - MEETING WITH RSF RE: COMPILATION OF BINDERS CONTAINING ANGELIC BANK DATA | 1 | 35.00 | 35.00 |
| 4/4/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF COMMUNICATION TO RANDALL CARLISLE AND HOGGS DOCUMENTS; SERVE BANK OF AMERICA SUBPOENA | 2.5 | 100.00 | 250.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O.Box 123991
Fort Worth,Tx 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P.  License # A07161

P.O. Box 123991  
Fort Worth, TX 76121  
Phone #  817-831-1189  
Fax #    888-528-2654  

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2008 | 6298 |

TIN #04-3759685

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds |
| 2001 BRYAN ST. SUITE 1800 |
| DALLAS, TX 75201 |
| RE: SEC v CORRELL and TNT OFFICE SUPPLY |
| ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 4/4/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - BINDER DUPLICATION FOR SHOW CAUSE HEARING | 2.5 | 35.00 | 87.50 |
| 4/7/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - WITNESS PREPARATION & SERVICE OF SUBPOENA; MEET WITH MDC | 6 | 100.00 | 600.00 |
| 4/9/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF WITNESS TESTIMONY WITH MDC; DOCUMENT REVIEW WITH CBW | 6 | 100.00 | 600.00 |
| 4/9/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 145 - CARLISLE- SURVEILLANCE AT 25495 S FM 4 | 1.75 | 75.00 | 131.25 |
| 4/9/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - DATA COMPILATION RE: SALAZAR & CARLISLE | 5 | 35.00 | 175.00 |
| 4/10/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 465 - MEETING WITH MDC & RSF RE: ANGELIC DOCUMENTS & SHOW CAUSE HEARING | 4 | 100.00 | 400.00 |
| 4/10/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - MEETING WITH RSF & MDC RE: SHOW CAUSE HEARING AND COMPILATION/DUPLICATION OF BINDERS TO BE USED AT HEARING | 9 | 35.00 | 315.00 |

PLEASE MAKE CHECKS PAYABLE TO:  
BRAY & FREEMAN, L.P.  
Balance due in full upon receipt to:  
P.O.Box 123991  
Fort Worth,Tx 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone # 817-831-1189
Fax # 888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2008 | 6298 |
| TIN #04-3759685 | |

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
| | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 4/10/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - DOCUMENT AND BINDER PREPARATION, EXHIBITS AND PLEADINGS, RE: SHOW CAUSE HEARING | 6 | 100.00 | 600.00 |
| 4/11/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - SHOW CAUSE HEARING | 8 | 100.00 | 800.00 |
| 4/14/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEET WITH CBW AND MDC RE: MARTIN & CARLISLE | 1.5 | 100.00 | 150.00 |
| 4/15/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEET WITH CBW & MDC RE: SALAZAR DOCUMENTS; REVIEW OF CARLISLE SCHEDULES | 2.5 | 100.00 | 250.00 |
| 4/15/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 465 - DATA COMPILATION RE: CARLISLE BANK STATEMENTS | 4 | 100.00 | 400.00 |
| 4/16/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 135 - CONTACT SUBJECT/PHONE-MEET AND INTERVIEW. REPORT PRODUCTION | 2.5 | 90.00 | 225.00 |
| 4/16/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - SALE OF RING IN THOMPSON MATTER; MEET WITH CBW RE: CARLISLE; MEET WITH MDC RE: CARLISLE | 3 | 100.00 | 300.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O.Box 123991
Fort Worth,Tx 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991  
Fort Worth, TX 76121  
Phone #  817-831-1189  
Fax #  888-528-2654  

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2008 | 6298 |

TIN #04-3759685

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 4/16/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 465-MEET WITH INVESTIGATOR 470 RE: CARLISLE DOCUMENTS & MAP OF SPREADSHEET | 0.5 | 75.00 | 37.50 |
| 4/16/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - MEET WITH INVESTIGATOR 465 TO OBTAIN CARLISLE BANK STATEMENTS | 0.5 | 35.00 | 17.50 |
| 4/16/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 145-SURVEILLANCE | 4.5 | 75.00 | 337.50 |
| 4/17/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW AND OUTLINE CARLISLE SCHEDULES; PREPARE AGGREGATE OF MAINE/ANGELIC INVOICES | 2 | 100.00 | 200.00 |
| 4/17/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - DATA ENTRY OF CARLISLE BANK TRANSACTIONS INTO SPREADSHEET | 4.5 | 35.00 | 157.50 |
| 4/18/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF CARLISLE SCHEDULES | 1 | 100.00 | 100.00 |
| 4/18/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - ENTRY OF CARLISLE BANK TRANSACTIONS INTO SPREADSHEET | 4.5 | 35.00 | 157.50 |
| 4/21/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF CARLISLE AND SALAZAR SCHEDULES | 1 | 100.00 | 100.00 |

PLEASE MAKE CHECKS PAYABLE TO:  
BRAY & FREEMAN, L.P.  
Balance due in full upon receipt to:  
P.O.Box 123991  
Fort Worth,Tx 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991  
Fort Worth, TX 76121  
Phone #  817-831-1189  
Fax #  888-528-2654  

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2008 | 6298 |

TIN #04-3759685

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
| | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 4/21/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - ENTRY OF CARLISLE BANK TRANSACTIONS INTO SPREADSHEET | 6 | 35.00 | 210.00 |
| 4/22/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF CARLISLE SCHEDULES; ADDITIONAL RESEARCH RE: MAINE BROKERAGE ACCOUNTS | 1.5 | 100.00 | 150.00 |
| 4/22/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - ENTRY OF CARLISLE BANK TRANSACTIONS INTO SPREADSHEET | 5.5 | 35.00 | 192.50 |
| 4/23/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH CBW RE: BUSH MATTER; INTERVIEW OF KENT BUSH | 3.5 | 100.00 | 350.00 |
| 4/23/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - ENTRY OF CARLISLE BANK TRANSACTIONS INTO SPREADSHEET | 4 | 35.00 | 140.00 |
| 4/23/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 145-SURVEILLANCE | 4 | 75.00 | 300.00 |
| 4/24/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - ENTRY OF CARLISLE BANK TRANSACTIONS INTO SPREADSHEET | 2 | 35.00 | 70.00 |
| 4/25/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - ENTRY OF CARLISLE BANK TRANSACTIONS INTO SPREADSHEET | 5 | 35.00 | 175.00 |

PLEASE MAKE CHECKS PAYABLE TO:  
BRAY & FREEMAN, L.P.  
Balance due in full upon receipt to:  
P.O.Box 123991  
Fort Worth,Tx 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P.   License # A07161

P.O. Box 123991  
Fort Worth, TX 76121  
Phone #   817-831-1189  
Fax #     888-528-2654  

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2008 | 6298 |

TIN #04-3759685

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds |
| 2001 BRYAN ST. SUITE 1800 |
| DALLAS, TX 75201 |
| RE: SEC v CORRELL and TNT OFFICE SUPPLY |
| ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 4/27/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF CARLISLE & SALAZAR SCHEDULES AND FINDINGS | 2 | 100.00 | 200.00 |
| 4/27/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 465 - MEETING WITH INVESTIGATOR 430 RE: SCHEDULES | 1 | 100.00 | 100.00 |
| 4/27/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - ENTRY OF CARLISLE BANK TRANSACTIONS INTO SPREADSHEET | 2.5 | 35.00 | 87.50 |
| 4/28/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW & MDC RE: CARLISLE & MAINE | 1 | 100.00 | 100.00 |
| 4/28/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - ENTRY OF CARLISLE BANK TRANSACTIONS INTO SPREADSHEET | 6 | 35.00 | 210.00 |
| 4/29/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - COMPLETE CARLISLE DATA ENTRY | 4 | 35.00 | 140.00 |
| 4/30/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH MDC RE: DOCUMENT PRODUCTION | 0.5 | 100.00 | 50.00 |
| 4/30/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 465-OBTAINED CARLISLE DOCUMENTS FROM FORNEY, TX     EXPENSES | 2 | 75.00 | 150.00 |
| 4/1/2008 | MILEAGE | INVESTIGATOR 430 - MILEAGE | 320 | 0.65 | 208.00 |

PLEASE MAKE CHECKS PAYABLE TO:  
BRAY & FREEMAN, L.P.  
Balance due in full upon receipt to:  
P.O.Box 123991  
Fort Worth,Tx 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone #    817-831-1189
Fax #      888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2008 | 6298 |

TIN #04-3759685

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 4/3/2008 | MILEAGE | INVESTIGATOR 470 - PURCHASE OF MATERIALS TO BE USED TO CREATE SHOW CAUSE HEARING BINDERS |  | 144.82 | 144.82 |
| 4/7/2008 | MILEAGE | INVESTIGATOR 430 - MILEAGE | 320 | 0.65 | 208.00 |
| 4/9/2008 | MILEAGE | INVESTIGATOR 145 - MILEAGE | 103 | 0.65 | 66.95 |
| 4/10/2008 | MILEAGE | INVESTIGATOR 465 - MILEAGE | 28 | 0.65 | 18.20 |
| 4/10/2008 | MILEAGE | INVESTIGATOR 470 - MILEAGE | 52 | 0.65 | 33.80 |
| 4/11/2008 | MILEAGE | INVESTIGATOR 430 - MILEAGE | 150 | 0.65 | 97.50 |
| 4/16/2008 | MILEAGE | INVESTIGATOR 135 - MILEAGE | 36 | 0.65 | 23.40 |
| 4/16/2008 | MILEAGE | INVESTIGATOR 465 - MILEAGE | 38 | 0.65 | 24.70 |
| 4/16/2008 | MILEAGE | INVESTIGATOR 145 - MILEAGE | 123 | 0.65 | 79.95 |
| 4/16/2008 | MILEAGE | INVESTIGATOR 470 - MILEAGE | 30 | 0.65 | 19.50 |
| 4/23/2008 | MILEAGE | INVESTIGATOR 430 - MILEAGE | 45 | 0.65 | 29.25 |
| 4/23/2008 | MILEAGE | INVESTIGATOR 145 - MILEAGE | 101 | 0.65 | 65.65 |
| 4/30/2008 | MILEAGE | INVESTIGATOR 465 - MILEAGE | 72 | 0.65 | 46.80 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O.Box 123991
Fort Worth, Tx 76121

| | |
|---|---|
| **Subtotal** | $11,527.77 |
| **Sales Tax** | $0.00 |
| **Total** | $11,527.77 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $11,527.77 |