# EXHIBIT A

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**
For the Period from 4/1/2008 to 4/30/2008

May 14, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 1.10<br>350.00/hr | 385.00 |
| **For professional services rendered** | 1.10 | $385.00 |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from 4/1/2008 to 4/30/2008**

May 14, 2008

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/21/2008 | SGH | Reviewed Troutman Sanders legal bill for March for $4,276. | 0.30 350.00/hr | 105.00 |
| 4/22/2008 | SGH | Reviewed draft of letter to investors to post on Receiver's website and signed letter. | 0.30 350.00/hr | 105.00 |
| 4/24/2008 | SGH | Reviewed issues regarding claims administration. Discussed with David Dantzler. | 0.20 350.00/hr | 70.00 |
| 4/30/2008 | SGH | Reviewed and approved draft of fee application. | 0.30 350.00/hr | 105.00 |
| | | **For professional services rendered** | **1.10** | **$385.00** |