# EXHIBIT B

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
For the Period from 4/1/2008 to 4/30/2008

May 15, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| K. Shelby Bao | 15.20<br>150.00/hr | 2,280.00 |
| Scott S. Askue, CIRA | 17.60<br>240.00/hr | 4,224.00 |
| Shuwanda Y. Sloane, CFE | 1.60<br>120.00/hr | 192.00 |
| **For professional services rendered** | 34.40 | **$6,696.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 21.50 |
| Postage | 0.41 |
| **Total costs** | **$21.91** |

| | |
|---|---|
| **Total amount of this bill** | **$6,717.91** |

CCE - Certified Computer Examiner
CFE - Certified Fraud Examiner
CIRA - Certified Insolvency and Restructuring Advisor
CPA - Certified Public Accountant
CTP - Certified Turnaround Professional
PHR - Professional in Human Resources

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

## Accountants and Financial Consultants to the Receiver

For the Period from    4/1/2008   to   4/30/2008

May 15, 2008

Professional Services

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2008 | SYS | Telephone calls to and from Antoinette Green of Bank of America regarding the requested banking documents and a newly issued subpoena. | 0.20 120.00/hr | 24.00 |
| 4/2/2008 | SSA | Reviewed filed claims and updated as necessary. Prepared report of recoveries. Prepared for and met with Troutman Team regarding ▇▇▇. | 2.30 240.00/hr | 552.00 |
| 4/4/2008 | SSA | Reviewed and updated data captured from proof of claim forms. Prepared report of filed claims in case. Reviewed other claim issues. Drafted email to David Dantzler regarding ▇▇▇. | 1.90 240.00/hr | 456.00 |
| | SSA | Reviewed issues regarding Sterling Meridian. Telephone call to David Dantzler regarding ▇▇▇. Telephone call to Harrilee Cheshire regarding ▇▇▇. Prepared reports of Sterling Meridian transactions. Drafted email regarding same. | 1.20 240.00/hr | 288.00 |
| | SSA | Telephone call from Heath Cheek regarding Jeff McBride's investment. Reviewed quickbooks file regarding same. Drafted email regarding same. Reviewed for relevant documents. | 0.70 240.00/hr | 168.00 |
| | SSA | Researched for information relating to transfers to Southomes for subpoena. Drafted email to Harrilee Cheshire regarding ▇▇▇. | 0.70 240.00/hr | 168.00 |
| 4/9/2008 | SYS | Reviewed email from Deborah Minnick of the Texas SEC regarding defendant William Dippolito and followed up as necessary. | 0.20 120.00/hr | 24.00 |
| 4/14/2008 | SSA | Drafted emails to Deborah Minnick regarding payment of Dippolito restitution to court. | 0.30 240.00/hr | 72.00 |
| 4/15/2008 | SSA | Reviewed letter to investors and drafted email to Bill Arnold regarding ▇▇▇. | 0.40 240.00/hr | 96.00 |
| 4/21/2008 | SSA | Drafted email to Shuwanda Sloane regarding Bank of America records. | 0.20 240.00/hr | 48.00 |
| | KSB | Prepared final bills for HFC and the Receiver for March 2008. | 0.40 150.00/hr | 60.00 |
| 4/22/2008 | SSA | Reviewed bank statements received from Legacy Bank. Met with Shelby Bao regarding same. | 0.60 240.00/hr | 144.00 |
| | SSA | Reviewed notes from Lance Alford regarding ▇▇▇. | 0.40 240.00/hr | 96.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/22/2008 | SSA | Finalized fee invoices for March 2008. Drafted email to Bill Arnold regarding ▓. | 0.40 240.00/hr | 96.00 |
| | KSB | Reviewed bank statements and documents for account #966515 for 2005 through 2007 provided by Level Par Investments LLC in response to request for banking information. Updated funds tracing database with information from same. | 3.80 150.00/hr | 570.00 |
| 4/23/2008 | KSB | Reviewed bank statements and documents for account #966515 for 2006 through 2007 provided by Level Par Investments LLC in response to request for banking information. Updated funds tracing database with information from same. | 2.60 150.00/hr | 390.00 |
| | SSA | Reviewed transactions and reconciled bank accounts for March 2008. | 0.30 240.00/hr | 72.00 |
| | SSA | Reviewed available information for claims review meeting. Prepared reports of filed claims and review status. | 0.50 240.00/hr | 120.00 |
| | KSB | Continued to review bank statements and documents for account #966515 for 2006 through 2007 provided by Level Par Investments LLC in response to request for banking information. Updated funds tracing database with information from same. | 2.50 150.00/hr | 375.00 |
| | SSA | Met with David Dantzler, Tom Bosch and Bill Arnold regarding ▓. | 0.40 240.00/hr | 96.00 |
| 4/24/2008 | KSB | Reviewed bank statements and documents for account #966515 for 2006 through 2007 provided by Level Par Investments LLC in response to request for banking information. Updated funds tracing database with information from same. | 2.90 150.00/hr | 435.00 |
| | SSA | Prepared investor claim forms as requested for litigation. | 0.40 240.00/hr | 96.00 |
| 4/25/2008 | SSA | Reviewed available information and planned claims review process. | 0.20 240.00/hr | 48.00 |
| 4/28/2008 | SSA | Reviewed funds tracing database. Prepared reports of additional transaction data needed for various accounts from various banks. Reviewed for contact information for production. | 1.90 240.00/hr | 456.00 |
| | SYS | Reviewed issued subpoenas and followed up with various banks regarding previously requested banking documents. | 1.20 120.00/hr | 144.00 |
| 4/30/2008 | SSA | Telephone call from Bill Arnold and Lance Alford regarding ▓. Researched for information on same. | 1.20 240.00/hr | 288.00 |
| | SSA | Formatted and designed reconciliation reports for claims review. Met with Shelby Bao regarding claims reconciliation. | 3.20 240.00/hr | 768.00 |
| | KSB | Reviewed and reconciled investor claims. Updated investor database with information from same. Discussed issues with Scott Askue regarding same. | 3.00 150.00/hr | 450.00 |
| | SSA | Reviewed fee application for February and March 2008. Drafted email to Bill Arnold regarding ▓. | 0.40 240.00/hr | 96.00 |
| | | **For professional services rendered** | **34.40** | **$6,696.00** |

**SEC v. Global Finance et al.**                                         Page    3

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| 4/30/2008 | Copying cost for April 2008. | 21.50 |
|  | Postage for April 2008. | 0.41 |
|  | **Total costs** | **$21.91** |
|  |  |  |
|  | **Total amount of this bill** | **$6,717.91** |

**SEC v. Global Finance et al.**                                         Page    3