# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

| | |
|---|---|
| Invoice Date | 05/23/08 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 915937 |
| File No. | 033287.000007 |

**RE:** Receiver - Global Finance & Investments, Inc., et. al

| | |
|---|---|
| Fees for Professional Services Rendered Through 04/30/08 | $24,985.89 |
| Costs and Expenses Through 04/30/08 | $716.30 |
| **Total Amount of This Invoice** | **$25,702.19** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

Invoice Date 05/02/08
Invoice Number 914126
File No. 033287.000007
Page 2

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 04/01/08 | DLA | Review email from Ray Martinez to Hays Consulting regarding Sterling Meridian; telephone interview with Mr. Martinez regarding his knowledge of assets of Glenn Maske and Ron Linn | 0.6 | 99.75 |
| 04/01/08 | MRA | Multiple telephone calls with Judge Schell's chambers and with Clerk of Court; review and revise certificate of conference; email correspondence with Harrilee Cheshire regarding ▮ | 0.5 | 156.75 |
| 04/02/08 | MRA | Conference with Hays Financial Consulting team and Troutman Sanders team regarding ▮; preparation for same; email correspondence with Shuwanda Sloane and Nicole Chupp regarding ▮ | 2.6 | 815.10 |
| 04/02/08 | HC | Conference with B. Arnold regarding ▮ Lexis research regarding real property potentially owned by Linn & Maske; travel to Hays' office for conference among Messrs. Dantzler, Arnold, Hays and Askue; participate in same | 1.8 | 470.25 |
| 04/02/08 | WNC | Review and update ▮ per request of B. Arnold in preparation for meeting with client; conference with B. Arnold regarding ▮ conference with H. Cheshire regarding ▮ telephone conference with S. Sloane regarding ▮ follow-up correspondence with Teresa Powell at Washington Mutual regarding details and narrowing scope of 11/8/07 subpoena | 3.5 | 266.00 |
| 04/02/08 | JDD | Prepare and meet with G. Hays, S. Askue, B. Arnold and H. Cheshire regarding ▮ | 1.3 | 602.55 |
| 04/03/08 | DLA | Meet with David Dantzler regarding ▮ correspond with Harrilee Cheshire regarding ▮; meet with Bill Arnold regarding ▮ | 0.4 | 66.50 |
| 04/03/08 | MRA | Telephone calls with Judge Schell's chambers regarding latest filing and courtroom capabilities; review and revise fee application; file same; email correspondence and conference with Lance Alford regarding ▮; email to counsel regarding ▮; email correspondence with Bill Mateja regarding Kelly Rogers judgment; email correspondence with Harrilee Cheshire regarding ▮; email correspondence with Scott Askue regarding ▮ | 0.7 | 219.45 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 05/02/08
Invoice Number 914126
File No. 033287.000007
Page 3

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 04/03/08 | HC | Review and revise draft subpoenas; conference with N. Chupp regarding ▓; conference with S. Askue regarding ▓; review Sterling Meridian-related materials in connection with interviews; research regarding Level Par Investments | 1.8 | 470.25 |
| 04/03/08 | WNC | Revise and finalize supplemental letter, subpoena, and Exhibit A to Bank of America regarding Southomes, Inc.; revise and finalize Protecting Services, LLC letter, subpoena, and Exhibit A; draft freeze letter, subpoena, and Exhibit A to Bank of America contact provided by S. Sloane regarding ▓; draft letters, subpoenas, and exhibit a to Peter Massmann and Level Par Investments; conference with H. Cheshire to ▓ | 4.6 | 349.60 |
| 04/03/08 | JDD | E-mail to T. McCole; e-mail correspondence with Receiver Team regarding ▓ conference with L. Alford regarding ▓ | 1.1 | 509.85 |
| 04/04/08 | DLA | Meet with David Dantzler regarding ▓ conversation with Harrilee Cheshire regarding ▓; begin review of relevant documents | 1.8 | 299.25 |
| 04/04/08 | MRA | Review and analysis of email correspondence from Nicole Chupp regarding ▓, review and analysis of email correspondence from Scott Askue regarding ▓ | 0.3 | 94.05 |
| 04/04/08 | HC | Research regarding Level Par attorney's current address (Bundren); research regarding Lexxar; finalize subpoenas; telephone call to Bank of America regarding Southhome records; research regarding Southhome and CR Davis; assist in preparation for interview of Linn & Maske; conferences with B. Arnold regarding ▓; conference with S. Askue regarding ▓ | 4.2 | 1,097.25 |
| 04/04/08 | WNC | Revise letters, subpoenas, and exhibits sent to W. Peter Massman, Bank of America, and Protecting Mine LLC; conference with H. Cheshire regarding ▓; revise ▓ to include edits of H. Cheshire and arrange for proper service of same; continued assistance to H. Cheshire regarding ▓ | 3.9 | 296.40 |
| 04/04/08 | JDD | Meet with L. Alford regarding ▓ e-mail correspondence with Receiver Team regarding ▓; telephone conference with D. Liebman regarding request for information; several telephone conferences with H. Cheek regarding request for information | 3.2 | 1,483.20 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 05/02/08
Invoice Number 914126
File No. 033287.000007
Page 4

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | regarding Level Par; telephone conference with S. Askue regarding ▊ review ▊ provided by S. Askue in preparation for status conference; other related matters | | |
| 04/04/08 | SRD | Research documents in Concordance related to ▊ report findings and discuss with Harrilee Cheshire in preparation for interviews by Lance Alford | 2.5 | 190.00 |
| 04/05/08 | DLA | Continue review of relevant documents including interview memos and deposition testimony of Glen Maske and Ron Linn | 1.1 | 182.88 |
| 04/06/08 | DLA | Continue review of relevant documents including interview memos and deposition testimony of Glen Maske and Ron Linn | 2.6 | 432.25 |
| 04/07/08 | SRD | Conduct Concordance research pertaining to Glenn Maske, Ronald Linn, and Sterling Meridian; locate ▊ as they correspond with Scott Askue's ▊ and submit for review by Harrilee Cheshire | 4.0 | 304.00 |
| 04/08/08 | MRA | Review and analysis of subpoena and correspondence to Legacy Texas Bank | 0.2 | 62.70 |
| 04/08/08 | HC | Telephone call to Bank of America regarding Southomes transfers; finalize Legacy Bank subpoena and correspondence | 0.6 | 156.75 |
| 04/08/08 | WNC | Revise ▊ per H. Cheshire edits; arrange for service copies of same to counsel for Kelly G. Rogers/Level Par Investments, LLC; update case freeze letter/subpoena chart to reflect recent case activity | 1.0 | 76.00 |
| 04/08/08 | SRD | Conduct Concordance review regarding Ron Linn, Glenn Maske, and Sterling Meridian | 2.9 | 220.40 |
| 04/09/08 | DLA | Flight to Santa Ana, California; continue review of deposition transcript of Glenn Maske and Ron Linn and draft interview questions for each; check numerous addresses in Brea, CA in attempt to locate and interview Maske and Linn | 9.1 | 1,512.88 |
| 04/09/08 | MRA | Review and revise David Dantzler's ▊ | 0.3 | 94.05 |
| 04/09/08 | HC | Conference with S. Davis regarding ▊ analysis of S. Askue ▊ regarding ▊ conference with S. Davis regarding ▊; email correspondence L. Alford regarding ▊ | 1.7 | 444.13 |
| 04/09/08 | JDD | Prepare for status conference; telephone conference with T. | 2.0 | 927.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

Invoice Date 05/02/08
Invoice Number 914126
File No. 033287.000007
Page 5

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | McCole regarding case; prepare outline for use at status conference; e-mail correspondence with T. McCole; e-mail correspondence with Receiver Team | | |
| 04/09/08 | SRD | Conduct Concordance review regarding Ron Linn, Glenn Maske, and Sterling Meridian; report to Harrilee Cheshire | 2.5 | 190.00 |
| 04/10/08 | DLA | Conduct additional research utilizing commercial databases and other online resources in an effort to locate current contact information for Glenn Maske and Ron Linn; continue efforts to locate and interview Maske and Linn in Brea, CA; travel to Corona, CA in effort to locate and interview Evan Pare regarding his knowledge of Sterling Meridian | 7.1 | 1,180.38 |
| 04/10/08 | SRD | Review documents compiled for Lance Alford regarding ▓▓▓ | 2.1 | 159.60 |
| 04/11/08 | DLA | Conduct additional online research in effort to locate Glenn Maske and Ron Linn for interviews; check several possible addresses for Maske and Linn; several telephone conversation with Ray Martinez regarding meeting with him to discuss his investment in Sterling Meridian; several telephone conversations with Maske and Linn; locate and conduct interview with Maske and with Linn; continue attempts to locate and interview Evan Pare | 9.1 | 1,512.88 |
| 04/11/08 | JDD | Prepare for and attend status conference with court; related travel | 4.0 | 1,854.00 |
| 04/12/08 | DLA | Return flight to Atlanta; begin preparation of memos for David Dantzler of ▓▓▓ | 5.4 | 897.75 |
| 04/14/08 | DLA | Continue preparation of interview memos of Glenn Maske and Ron Linn | 1.4 | 232.75 |
| 04/15/08 | DLA | Continue preparation of memos for interviews with Maske and Linn; meet with Mr. Dantzler regarding ▓▓▓ | 0.8 | 133.00 |
| 04/15/08 | MRA | Email correspondence with Greg Hays, Scott Askue and David Dantzler regarding ▓▓▓; review and revise same; conference with Lance Alford regarding ▓▓▓ email correspondence with Bill Mateja regarding Kelly Rogers' payments on his judgment | 0.6 | 188.10 |
| 04/15/08 | JDD | Telephone conference with G. Hays regarding ▓▓▓; conference with L. Alford regarding ▓▓▓; telephone conference with S. Askue regarding ▓▓▓ | 0.7 | 324.45 |
| 04/16/08 | MRA | Email correspondence with Greg Hays, Scott Askue and | 0.6 | 188.10 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 05/02/08
Invoice Number 914126
File No. 033287.000007
Page 6

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | David Dantzler regarding ▮▮▮▮ review and revise same | | |
| 04/16/08 | JDD | Review draft of update letter to investors; e-mail correspondence with Receiver Team regarding ▮▮; other matters related to receivership | 0.5 | 231.75 |
| 04/17/08 | DLA | Complete review of ▮▮▮▮▮▮▮▮▮▮ and forward to David Dantzler for review | 4.3 | 714.88 |
| 04/17/08 | HC | Review Legacy Bank records for Level Par; conference with N. Chupp regarding ▮▮ | 0.4 | 104.50 |
| 04/17/08 | WNC | Update case freeze letter/subpoena chart to reflect recent case activity; review Legacy Texas Bank document production for key documents relating to client inquiry; conference with H. Cheshire | 1.1 | 83.60 |
| 04/18/08 | MRA | Review and analysis of documents from Texas Legacy Bank; email correspondence with Harrilee Cheshire regarding ▮▮ | 0.3 | 94.05 |
| 04/21/08 | WNC | Attempts to contact A. Greene at Bank of America regarding Southomes, Inc. account | 0.3 | 22.80 |
| 04/22/08 | MRA | Review and analysis of email correspondence from David Dantzler regarding ▮▮▮▮▮; review and analysis of interview memoranda from Lance Alford regarding ▮▮▮▮ review and revise fee application | 0.5 | 156.75 |
| 04/22/08 | HC | Review L. Alford memos regarding ▮▮ | 0.3 | 78.38 |
| 04/23/08 | MRA | Preparation for, and participation in case status conference with Troutman team and Hays Financial Consulting team | 0.5 | 156.75 |
| 04/23/08 | TBB | Conference with Receiver Team regarding ▮▮ | 0.2 | 68.40 |
| 04/23/08 | JDD | Prepare for and participate in meeting with Receiver Team regarding ▮▮ | 0.8 | 370.80 |
| 04/24/08 | MRA | Review and revise fee application; review and analysis of invoices supporting same | 0.7 | 219.45 |
| 04/24/08 | JDD | E-mail correspondence with Receiver Team regarding ▮▮▮▮▮; telephone conference with expert witness in Rohrer investor arbitration; e-mail correspondence with attorneys and Receiver Team regarding ▮▮ | 0.9 | 417.15 |
| 04/25/08 | DLA | Review Sterling Meridian contract documents received from Ray Martinez; discuss ▮▮ with David Dantzler; provide ▮▮▮▮ to Harrilee Cheshire | 0.8 | 133.00 |
| 04/25/08 | MRA | Review and analysis of fee application in preparation for | 0.3 | 94.05 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

Invoice Date 05/02/08
Invoice Number 914126
File No. 033287.000007
Page 7

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | conference with Judge; email correspondence to Hays Financial Consulting team and Quilling, Selander, Cummiskey & Lownds Team regarding ▇ | | |
| 04/25/08 | HC | Email correspondence with Ms. Sloane and conference with N. Chupp regarding ▇ edit fee application; research Eastern District of Texas local rules regarding appearance of counsel; draft notice of appearance for B. Arnold; email correspondence regarding Sterling Meridian documents | 1.8 | 470.25 |
| 04/25/08 | WNC | Research ▇ per request of H. Cheshire; summarize and forward findings to same for review | 2.0 | 152.00 |
| 04/25/08 | JDD | E-mail correspondence with Receiver Team regarding ▇, review fee applications | 0.5 | 231.75 |
| 04/25/08 | SRD | Research ▇ for Nicole Chupp | 0.1 | 7.60 |
| 04/28/08 | DLA | Conduct research utilizing commercial databases and other online resources in effort to fully identify and locate William Clark | 2.4 | 399.00 |
| 04/28/08 | MRA | Preparation for and participation in motions hearing on Receiver's Motion for approval of fee application; review and analysis of email correspondence from Harrilee Cheshire, Scott Askue, Shuawanda Sloane and Nicole Chupp regarding ▇ | 1.6 | 501.60 |
| 04/28/08 | HC | Email correspondence regarding subpoena for Southomes documents from Bank of America | 0.3 | 78.38 |
| 04/28/08 | WNC | Finalize amended Bank of America subpoena regarding Southomes, Inc. account and arrange for proper service; update case freeze letter/subpoena chart to reflect details of same | 1.0 | 76.00 |
| 04/28/08 | JDD | Telephone conference with A. Rogers regarding Platinum Investments and Florida prosecution of individual sales agent; prepare for and attend conference call with Court | 1.2 | 556.20 |
| 04/29/08 | WNC | Review ▇ per request of H. Cheshire | 1.1 | 83.60 |
| 04/30/08 | DLA | Meet with David Dantzler regarding ▇ meet with Bill Arnold and telephone conversation with Scott Askew regarding ▇ | 0.2 | 33.25 |
| 04/30/08 | MRA | Draft, review and revise fee application for fees incurred in | 2.2 | 689.70 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 05/02/08
Invoice Number 914126
File No. 033287.000007
Page 8

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/08

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
|      |      | February and March; email correspondence to Hays Financial Consulting team regarding ▓▓▓ review and update chart regarding invoices and fee applications to ensure they are posted in a timely fashion; conference with Lance Alford regarding ▓▓▓ conference with Scott Askue regarding ▓▓▓ | | |
|      |      | Totals | 120.9 | 24,985.89 |

## TIMEKEEPER TIME SUMMARY THROUGH 04/30/08

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| DLA | Alford | 47.1 | 166.25 | 7,830.40 |
| MRA | Arnold | 11.9 | 313.50 | 3,730.65 |
| TBB | Bosch | 0.2 | 342.00 | 68.40 |
| HC | Cheshire | 12.9 | 261.25 | 3,370.14 |
| WNC | Chupp | 18.5 | 76.00 | 1,406.00 |
| JDD | Dantzler | 16.2 | 463.50 | 7,508.70 |
| SRD | Davis | 14.1 | 76.00 | 1,071.60 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 05/23/08
Invoice Number 915937
File No. 033287.000007
Page 9

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

**FOR COSTS AND EXPENSES INCURRED THROUGH 04/30/08**

| Date | Description | Amount |
|---|---|---|
| 04/17/08 | Airfare Costs – VENDOR: Dantzler, Jr., J D.; INVOICE#: 041608DANTZLER; DATE: 4/17/2008 - Trip to Dallas, TX - airfare | 601.50 |
| 04/02/08 | Computer Research – Cheshire, Harrilee - 04/02/2008- LEXIS | 41.18 |
| 04/03/08 | Computer Research – Cheshire, Harrilee - 04/03/2008- LEXIS | 27.46 |
| 04/17/08 | Meals and Entertainment – VENDOR: Dantzler, Jr., J D.; INVOICE#: 041608DANTZLER; DATE: 4/17/2008 - Trip to Dallas, TX - meals | 6.72 |
| 04/01/08 | Professional Services – VENDOR: Pacer Service Center; INVOICE#: TS00424008; DATE: 4/1/2008 - Pacer services 1/1/08 - 3/31/08 | 25.44 |
| 04/17/08 | Taxi/Train/Parking – VENDOR: Dantzler, Jr., J D.; INVOICE#: 041608DANTZLER; DATE: 4/17/2008 - Trip to Dallas, TX - parking | 14.00 |
| | Total: | 716.30 |

Total Fees & Costs: $25,702.19