# EXHIBIT A

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from 5/1/2008 to 5/31/2008**

June 18, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 3.30<br>350.00/hr | 1,155.00 |
| For professional services rendered | 3.30 | $1,155.00 |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

Receiver

For the Period from 5/1/2008 to 5/31/2008

June 18, 2008

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/2/2008 | SGH | Reviewed emails regarding Element Payment Systems and settlement of the $1.5 million claim. | 0.40 350.00/hr | 140.00 |
| 5/5/2008 | SGH | Reviewed bank account reconciliation for March. | 0.20 350.00/hr | 70.00 |
| | SGH | Reviewed status of pending matters and updated project management software with pending matters. | 0.30 350.00/hr | 105.00 |
| 5/7/2008 | SGH | Reviewed issues regarding claims administration. | 0.20 350.00/hr | 70.00 |
| 5/12/2008 | SGH | Reviewed issues regarding claims administration. | 0.20 350.00/hr | 70.00 |
| 5/19/2008 | SGH | Reviewed and approved April invoices. | 0.30 350.00/hr | 105.00 |
| 5/21/2008 | SGH | Reviewed the $22,561 April fee invoice for Troutman Sanders. | 0.40 350.00/hr | 140.00 |
| 5/27/2008 | SGH | Discussed issues with David Dantzler regarding ███████. | 0.30 350.00/hr | 105.00 |
| 5/29/2008 | SGH | Reviewed and responded to email from Clark Will. Reviewed and arranged to pay fees. | 0.30 350.00/hr | 105.00 |
| 5/30/2008 | SGH | Reviewed and responded to emails from Clark Will regarding status of cases, other recoveries and fee issues. | 0.30 350.00/hr | 105.00 |
| 5/31/2008 | SGH | Reviewed claims procedures and drafted email to Scott Askue regarding same. | 0.40 350.00/hr | 140.00 |
| | | **For professional services rendered** | **3.30** | **$1,155.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

Receiver

For the Period from 6/1/2008 to 6/30/2008

July 08, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 1.90<br>350.00/hr | 665.00 |
| **For professional services rendered** | **1.90** | **$665.00** |

CIRA - Certified Insolvency and Restructuring Advisor     CTP - Certified Turnaround Professional

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

For the Period from 6/1/2008 to 6/30/2008

July 08, 2008

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/6/2008 | SGH | Reviewed and responded to emails regarding Greg Thompson. | 0.20 350.00/hr | 70.00 |
| | SGH | Reviewed and updated project management software. | 0.20 350.00/hr | 70.00 |
| 6/16/2008 | SGH | Reviewed and responded to email from Clark Will regarding Carlisle. Drafted email regarding frozen bank account balances. | 0.30 350.00/hr | 105.00 |
| 6/18/2008 | SGH | Reviewed and approved May fee invoices. | 0.20 350.00/hr | 70.00 |
| 6/20/2008 | SGH | Reviewed draft of letter to investors. Drafted email to Scott Askue regarding same. | 0.30 350.00/hr | 105.00 |
| | SGH | Telephone call from Clark Will and Michael Clark regarding Mark Maine and hearing next week. Discussed settlement issues and parameters. | 0.40 350.00/hr | 140.00 |
| 6/30/2008 | SGH | Reviewed and responded to correspondence from Clark Will regarding Angelic. | 0.30 350.00/hr | 105.00 |
| | | **For professional services rendered** | **1.90** | **$665.00** |