# EXHIBIT B

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

Accountants and Financial Consultants to the Receiver

For the Period from   5/1/2008   to   5/31/2008

June 18, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| K. Shelby Bao | 0.40<br>150.00/hr | 60.00 |
| M. Eileen Castle, CPA | 0.60<br>250.00/hr | 150.00 |
| Richard F. Hunter, CFE | 1.30<br>195.00/hr | 253.50 |
| Robert E. Meehan, CPA | 4.00<br>250.00/hr | 1,000.00 |
| Scott S. Askue, CIRA | 39.40<br>240.00/hr | 9,456.00 |
| Shuwanda Y. Sloane, CFE | 111.90<br>120.00/hr | 13,428.00 |
| Trimble Boone | 3.10<br>75.00/hr | 232.50 |
| **For professional services rendered** | **160.70** | **$24,580.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 12.50 |
| Federal Express | 31.16 |
| Postage | 16.35 |
| **Total costs** | **$60.01** |
| **Total amount of this bill** | **$24,640.01** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

### Accountants and Financial Consultants to the Receiver

For the Period from   5/1/2008   to   5/31/2008

June 18, 2008

Professional Services

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2008 | SYS | Continued to review and organize forwarded banking documents. | 2.90 120.00/hr | 348.00 |
| | SSA | Drafted email to Clark Will regarding payment by Angelic Productions. | 0.20 240.00/hr | 48.00 |
| | SYS | Reviewed and organized submitted investor claim forms and entered information captured from same into investor database. | 1.50 120.00/hr | 180.00 |
| | SSA | Reviewed calculation of additional taxes owed by Kerry Sitton resulting from 1099g relating to tax refund. Discussed same with Bob Meehan. | 0.40 240.00/hr | 96.00 |
| | SYS | Reviewed and organized banking documents forwarded per issued subpoena. | 2.70 120.00/hr | 324.00 |
| | SSA | Left voice mail message for Dan Erickson regarding EPS settlement. | 0.10 240.00/hr | 24.00 |
| | REM | Reviewed and recalculated 2007 Sitton increase in tax liability as result of $33,000 interest income received on tax refund paid to the Receivership. | 1.00 250.00/hr | 250.00 |
| 5/2/2008 | SSA | Reviewed issues for claims review. Tested database for available information. Prepared reports of same. | 2.40 240.00/hr | 576.00 |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into investor database. | 2.30 120.00/hr | 276.00 |
| | SYS | Continued to review and organize forwarded banking records for claims review process. | 1.90 120.00/hr | 228.00 |
| | TB | Created investor files for newly received investor proof of claim forms. Updated in database as necessary. | 0.80 75.00/hr | 60.00 |
| | SYS | Continued to review submitted investor claim forms and updated information into the investor database as necessary. | 1.30 120.00/hr | 156.00 |
| | SSA | Telephone call from Dan Erickson regarding EPS settlement. Drafted email to David Dantzler regarding ▓▓▓ | 0.60 240.00/hr | 144.00 |
| | SSA | Telephone call to Tom Borton regarding ▓▓▓ | 0.90 240.00/hr | 216.00 |
| | SSA | Reviewed issues with Baritz release. Drafted email to Tom Borton regarding ▓▓▓ | 0.50 240.00/hr | 120.00 |
| | SYS | Reviewed voice mail message from investor Corliss Gudmundson and followed up as necessary. | 0.10 120.00/hr | 12.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/5/2008 | SYS | Continued to review submitted claim forms and entered information captured from same into the investor database. | 2.10 120.00/hr | 252.00 |
| | SYS | Continued to review and organize banking records for claims review process. | 1.80 120.00/hr | 216.00 |
| | SYS | Reviewed and organized banking records in preparation of upcoming claim review process. | 2.00 120.00/hr | 240.00 |
| | TB | Created investor files for newly received investor proof of claim forms. Updated in database as necessary. | 0.60 75.00/hr | 45.00 |
| | TB | Filed and organized newly made investor files in order to ensure document integrity. | 0.50 75.00/hr | 37.50 |
| 5/6/2008 | SYS | Continued to review submitted investor claim forms and entered information captured from same into investor database. | 1.80 120.00/hr | 216.00 |
| | SYS | Telephone calls to and from several investors inquiring about distributions and updates and referred same to company website to review the Receiver's letter providing updates. | 0.40 120.00/hr | 48.00 |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database. Telephone calls to investors to advise of incomplete submitted claim forms and followed up as necessary regarding same. | 2.90 120.00/hr | 348.00 |
| | SYS | Reviewed and organized bank records in preparation of upcoming claims review process. | 2.00 120.00/hr | 240.00 |
| | SSA | Telephone call from Lance Alford and David Dantzler regarding ▓▓▓▓▓▓▓ Researched for information relating to same. Drafted email on same. | 2.20 240.00/hr | 528.00 |
| | SSA | Discussed issues with Bob Meehan and drafted email to Kathy Malek regarding payment to IRS for taxes owed on 1099-G issued for interest on overpayment. | 0.40 240.00/hr | 96.00 |
| | SSA | Telephone call from David Dantzler regarding ▓▓▓▓▓▓▓. Drafted email to Lance Alford regarding ▓▓▓. | 0.40 240.00/hr | 96.00 |
| | TB | Continued to create investor files for newly received investor proof of claim forms. Updated in database as necessary. Met briefly with Shuwanda Sloane and Scott Askue about the claims reconciliation process. | 0.80 75.00/hr | 60.00 |
| 5/7/2008 | SYS | Reviewed and organized banking records produced per issued subpoenas into appropriate areas. | 1.00 120.00/hr | 120.00 |
| | SYS | Continued to review and organize submitted investor claim forms. | 2.50 120.00/hr | 300.00 |
| | SYS | Reviewed letter from Bankruptcy trustee Mary Jo Jensen regarding her clients and followed up as necessary. | 0.10 120.00/hr | 12.00 |
| | RFH | Discussed issues with Scott Askue regarding the sale of the timeshare. Drafted email to Kerry Gutierrez regarding same. Reviewed email from Chad Newbold regarding same. Telephone call to Mr. Newbold regarding same. | 0.40 195.00/hr | 78.00 |
| | SYS | Reviewed and organized submitted investor claim forms and updated information in the investor database as necessary. | 2.20 120.00/hr | 264.00 |
| 5/8/2008 | SSA | Reviewed emails regarding payments to and from Dwight Johnson. | 0.30 240.00/hr | 72.00 |
| | SYS | Reviewed submitted investor claim forms and updated accounting information per defendant records to obtain preliminary allowed amounts for same. | 2.60 120.00/hr | 312.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/8/2008 | SSA | Reviewed records and set up investor database for capturing claims data and liquidating claim amounts. Discussed same with Shuwanda Sloane. | 2.90 240.00/hr | 696.00 |
| | SSA | Reviewed issues with Element Payment Systems note. Left voice mail message for Dan Erickson regarding same. | 0.40 240.00/hr | 96.00 |
| | SSA | Reviewed defendants records for information to determine investor loss per defendants' records. | 1.60 240.00/hr | 384.00 |
| | SYS | Continued to review submitted investor claim forms and updated accounting information per forwarded defendant records to obtain preliminary allowed amounts for same. | 2.20 120.00/hr | 264.00 |
| | SYS | Reviewed email messages from investors inquiring about the status of distributions and followed up as necessary. | 0.20 120.00/hr | 24.00 |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into investor database. | 1.00 120.00/hr | 120.00 |
| | SYS | Continued to review submitted investor claim forms and updated accounting information per forwarded defendant records to obtain preliminary allowed amounts for same. | 1.30 120.00/hr | 156.00 |
| 5/9/2008 | SYS | Continued to review submitted investor claim forms and defendant accounting records and entered the preliminary allowed amounts into the investor database. | 1.50 120.00/hr | 180.00 |
| | SYS | Reviewed submitted investor claim forms against defendant accounting records and entered preliminary allowed claim amounts as necessary. | 2.40 120.00/hr | 288.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting records and entered the preliminary allowed amounts into the investor database. | 2.80 120.00/hr | 336.00 |
| 5/12/2008 | SYS | Reviewed submitted investor claim forms and compared against defendant's accounting records in order to calculate preliminary allowed claim amounts. | 2.70 120.00/hr | 324.00 |
| | SYS | Continued to review submitted investor claim forms and compared against defendant's accounting records in order to calculate preliminary allowed claim amounts. | 2.90 120.00/hr | 348.00 |
| | SYS | Continued to review submitted claim forms and compared same to defendant accounting records to calculate preliminary allowed claim amounts and entered same into the investor database as necessary. | 1.60 120.00/hr | 192.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about distributions to investors and followed up with same as necessary. | 0.20 120.00/hr | 24.00 |
| 5/13/2008 | SYS | Reviewed submitted investor claim and compared same against defendant accounting records to obtain preliminary allowed claim amounts. | 2.90 120.00/hr | 348.00 |
| | SYS | Continued to review submitted investor claim forms and compared same to defendant accounting records to obtain preliminary allowed claim amounts. | 2.80 120.00/hr | 336.00 |
| | SSA | Reviewed and edited fee invoice for April 2008. | 0.60 240.00/hr | 144.00 |
| | SYS | Continued to review submitted investor claim forms and compared same to defendant accounting records to obtain preliminary allowed claim amounts. | 2.10 120.00/hr | 252.00 |
| 5/14/2008 | SSA | Drafted email to the Receiver regarding release agreement in the Baritz settlement. | 0.50 240.00/hr | 120.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/14/2008 | SYS | Continued to review submitted investor claim forms as well as defendant accounting records to calculate preliminary allowed amounts and entered information from same into the investor database. | 2.30 120.00/hr | 276.00 |
| | REM | Completed comprehensive review and organization of tax files in this case to date. | 3.00 250.00/hr | 750.00 |
| | SYS | Reviewed submitted investor claim and compared same against defendant accounting records to obtain preliminary allowed claim amounts. | 2.80 120.00/hr | 336.00 |
| | SYS | Continued to review submitted investor claims and compared same against defendant accounting records to obtain preliminary allowed claim amounts and entered same into the investor database. | 2.20 120.00/hr | 264.00 |
| | KSB | Prepared final bills for HFC and the Receiver for April 2008. | 0.40 150.00/hr | 60.00 |
| 5/15/2008 | RFH | Telephone call from Mark Threadgill regarding investor information. Drafted email to Scott Askue and Shuwanda Sloane regarding same. | 0.20 195.00/hr | 39.00 |
| | SSA | Reviewed claim issues. Drafted email to Tom Bosch regarding [redacted] | 2.50 240.00/hr | 600.00 |
| | SYS | Reviewed submitted investor claims and defendant accounting records to calculate preliminary allowed amounts and entered related information into the investor database and discussed same with Scott Askue as necessary. | 3.00 120.00/hr | 360.00 |
| | SYS | Continued to review submitted investor claims and defendant accounting records to calculate preliminary allowed amounts and entered related information into the investor database. | 2.90 120.00/hr | 348.00 |
| | SYS | Continued to review and organize submitted investor claims and defendant accounting records to calculate preliminary allowed amounts and entered related information into the investor database. | 1.50 120.00/hr | 180.00 |
| | SSA | Telephone call to Dan Erickson regarding settlement of EPS litigation. Drafted email to David Dantzler regarding [redacted] | 1.20 240.00/hr | 288.00 |
| 5/19/2008 | SSA | Telephone call to Tom Bosch and Bill Arnold regarding [redacted]. Considered issues and drafted claims review procedures. | 3.50 240.00/hr | 840.00 |
| | SYS | Continued to review and organize submitted investor claim forms and compare against defendant records to ensure accuracy when calculating preliminary allowed amounts and entered same into the investor database as necessary. | 2.00 120.00/hr | 240.00 |
| | SYS | Reviewed submitted investor claims and defendant accounting records to calculate preliminary allowed amounts and entered related information into the investor database. | 2.80 120.00/hr | 336.00 |
| | SYS | Continued to review submitted investor claim forms and compare against defendant records to ensure accuracy when calculating preliminary allowed amounts and entered same into the investor database as necessary. | 2.90 120.00/hr | 348.00 |
| | TB | Created investor claim files. Organized and filed investor claim files. | 0.40 75.00/hr | 30.00 |

| Date | Role | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2008 | SSA | Discussed claims review guidelines with Shuwanda Sloane. Drafted email to Tom Bosch and Bill Arnold regarding ███. Reviewed ███ by Tom Bosch. Updated guidelines further. Telephone call from Bill Arnold regarding ███ | 1.50 240.00/hr | 360.00 |
| | SSA | Reviewed transactions for April 2008 and verified to ledger and bank statements. | 0.60 240.00/hr | 144.00 |
| | SSA | Reviewed discovery request in the Sentinel Partners litigation. | 0.30 240.00/hr | 72.00 |
| | SSA | Prepared report of Creative Wealth investors. | 0.30 240.00/hr | 72.00 |
| | SYS | Reviewed submitted investor claim forms and compared against defendant accounting records for accuracy to obtain preliminary allowed amounts. | 2.20 120.00/hr | 264.00 |
| | SYS | Continued to review submitted investor claim forms and compared against defendant accounting records for accuracy to obtain preliminary allowed amounts. | 1.90 120.00/hr | 228.00 |
| | SYS | Reviewed and organized miscellaneous documents forwarded by investors. | 0.50 120.00/hr | 60.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting records to ensure accuracy in obtaining a preliminary allowed amounts and entered information from same into the investor database. | 2.60 120.00/hr | 312.00 |
| 5/21/2008 | SYS | Continued to review submitted investor claim forms as well as defendant accounting records to ensure accuracy as necessary. | 1.70 120.00/hr | 204.00 |
| | SYS | Reviewed submitted investor claims and compared same against the defendant's accounting records to ensure accuracy of calculated preliminary allowed amounts. | 2.90 120.00/hr | 348.00 |
| | SYS | Continued to review submitted investor claim forms as well as defendant accounting records to ensure accuracy as necessary. | 1.90 120.00/hr | 228.00 |
| | SSA | Drafted email to Bill Arnold and the Receiver regarding ███. Reviewed discovery request in Sentinel case. | 0.60 240.00/hr | 144.00 |
| | SSA | Telephone call to Dan Erickson regarding settlement terms of EPS note. Drafted email to Bill Arnold regarding ███. Drafted notes on settlement. Telephone call from Bill Arnold regarding ███ | 2.50 240.00/hr | 600.00 |
| 5/22/2008 | SYS | Continued to review submitted investor claims and compared same against the defendant's accounting records to ensure accuracy of calculated preliminary allowed amounts. | 2.80 120.00/hr | 336.00 |
| | SYS | Continued to review submitted investor claims and compared same against the defendant's accounting records to ensure accuracy of calculated preliminary allowed amounts. | 2.50 120.00/hr | 300.00 |
| 5/23/2008 | SSA | Prepared reconciliation report for claims review process. Drafted email to David Dantzler regarding ███ | 0.80 240.00/hr | 192.00 |
| | SSA | Researched for information relating to facilitators of the defendants. Prepared chart of investor information for each. | 2.50 240.00/hr | 600.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/23/2008 | SSA | Telephone call from Dan Erikson of EPS regarding settlement of litigation. Drafted emails to and reviewed emails from David Dantzler and Bill Arnold regarding ▇▇▇ | 1.80 240.00/hr | 432.00 |
| 5/27/2008 | SSA | Reviewed emails from and drafted emails to Bill Arnold regarding ▇▇▇ | 0.30 240.00/hr | 72.00 |
|  | SSA | Researched for information relating to winner claims. | 0.10 240.00/hr | 24.00 |
| 5/28/2008 | SSA | Reviewed fee application. Drafted email to Bill Arnold regarding ▇▇▇ | 0.30 240.00/hr | 72.00 |
|  | SSA | Drafted email to Travis Correll regarding mail forwarding. Reviewed incoming mail. | 0.20 240.00/hr | 48.00 |
|  | RFH | Reviewed and responded to emails from Kerry Gutierrez regarding the sale of the Panama City timeshare. Discussed same with Scott Askue. | 0.30 195.00/hr | 58.50 |
|  | SSA | Telephone call from Dan Erickson regarding Element settlement. Drafted email to Bill Arnold regarding ▇▇▇ Drafted email to Mr. Erickson regarding settlement terms. | 0.70 240.00/hr | 168.00 |
|  | SSA | Telephone calls from Ralph Freeman regarding Thompson amended tax returns and claims calculation. | 0.40 240.00/hr | 96.00 |
|  | SYS | Telephone calls to and from investors inquiring about the status of the investigation and other related issues and followed up with same. | 0.30 120.00/hr | 36.00 |
| 5/29/2008 | SYS | Continued to review submitted investor claim forms and compared same against defendant accounting records and entered updated information into the investor database as necessary. | 2.50 120.00/hr | 300.00 |
|  | SSA | Updated claims reviewed memo. | 0.30 240.00/hr | 72.00 |
|  | SSA | Researched for contact information for select investors. Drafted email to David Dantzler regarding ▇▇▇ | 0.50 240.00/hr | 120.00 |
|  | SYS | Reviewed submitted investor claim forms against defendant accounting records and updated the investor database as necessary. | 2.90 120.00/hr | 348.00 |
|  | SSA | Drafted email to Bill Arnold regarding ▇▇▇ | 0.30 240.00/hr | 72.00 |
|  | SSA | Telephone call from Gary Ploetz regarding document depository. | 0.20 240.00/hr | 48.00 |
|  | SSA | Reviewed document request from Fleet Bank in the Sentinel matter. Telephone call from Bill Arnold regarding ▇▇▇ Telephone call from Travis Correll regarding same. | 1.10 240.00/hr | 264.00 |
|  | SSA | Telephone call from Ralph Freeman regarding Thompson amended returns. Reviewed email from same regarding same. Drafted emails to Bob Meehan regarding same. | 0.60 240.00/hr | 144.00 |
| 5/30/2008 | SYS | Reviewed submitted investor claim forms against defendant records for accuracy and entered preliminary information as necessary. | 1.60 120.00/hr | 192.00 |
|  | SYS | Continued to review submitted investor claim forms for accuracy and entered preliminary accounting information into the investor database. | 2.50 120.00/hr | 300.00 |
|  | SSA | Drafted letter to Scott Ritcheson regarding IRS check. | 0.40 240.00/hr | 96.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/30/2008 | MEC | Met with Bob Meehan and reviewed notes on status of case. Discussed the parties involved in the current issues, tax position to date and best course for future tax position. | 0.60 250.00/hr | 150.00 |
| | SSA | Drafted emails to the Receiver regarding Element Payment Services settlement and issues with same. | 0.30 240.00/hr | 72.00 |
| | SSA | Telephone call from Bill Arnold regarding ▮▮▮▮▮▮▮▮. Prepared 15 DVD's for production. Drafted letter to Stephan Demos regarding same. | 1.20 240.00/hr | 288.00 |
| | RFH | Reviewed mailed documents from Timeshare Closing Services regarding the sale of the Panama City condominium. Discussed same with Scott Askue and Kathy Malek. Drafted email to the Receiver regarding same. | 0.40 195.00/hr | 78.00 |

**For professional services rendered**     160.70     **$24,580.00**

Additional Charges :

| | | |
|---|---|---|
| 5/7/2008 | FedEx to Neulan Midkiff 4/22/08 | 11.53 |
| 5/20/2008 | FedEx to Quilling Selander Cummiskey 4/29/08 | 19.63 |
| 5/31/2008 | Postage costs for May 2008. | 16.35 |
| | Copying cost for May 2008. | 12.50 |

**Total costs**     **$60.01**

**Total amount of this bill**     **$24,640.01**

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

### Accountants and Financial Consultants to the Receiver
For the Period from 6/1/2008 to 6/30/2008

July 08, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| K. Shelby Bao | 0.40<br>150.00/hr | 60.00 |
| Kathryn A. Malek, PHR | 0.20<br>170.00/hr | 34.00 |
| Richard F. Hunter, CFE | 0.30<br>195.00/hr | 58.50 |
| Scott S. Askue, CIRA | 16.30<br>240.00/hr | 3,912.00 |
| Shuwanda Y. Sloane, CFE | 104.30<br>120.00/hr | 12,516.00 |
| Trimble Boone | 25.20<br>75.00/hr | 1,890.00 |
| **For professional services rendered** | **146.70** | **$18,470.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 12.50 |
| Document Storage | 910.00 |
| Equipment Storage | 260.00 |
| Fax | 1.75 |
| Federal Express | 38.69 |
| Lexis | 12.28 |
| Miscellaneous | 140.00 |
| Postage | 14.82 |
| **Total costs** | **$1,390.04** |

| | |
|---|---:|
| **Total amount of this bill** | **$19,860.54** |

---

CCE - Certified Computer Examiner
CFE - Certified Fraud Examiner
CIRA - Certified Insolvency and Restructuring Advisor

CPA - Certified Public Accountant
CTP - Certified Turnaround Professional
PHR - Professional in Human Resources

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

## Accountants and Financial Consultants to the Receiver

For the Period from 6/1/2008 to 6/30/2008

July 08, 2008

Professional Services

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2008 | SYS | Reviewed and organized submitted investor claim forms in preparation of reconciling same. | 1.90 120.00/hr | 228.00 |
| | SYS | Reviewed submitted investor claim forms and compared same against defendant accounting records for preliminary allowed claim amounts. | 1.50 120.00/hr | 180.00 |
| | SSA | Telephone calls to and from Dan Erickson of Element Payment Services regarding settlement terms. Updated terms and drafted emails to and reviewed emails from Dan Erickson regarding same. Telephone call from Bill Arnold regarding ▆▆▆. | 2.20 240.00/hr | 528.00 |
| 6/3/2008 | SSA | Drafted emails to and reviewed emails from Stephanie Demos regarding production for Sentinel litigation. | 0.40 240.00/hr | 96.00 |
| 6/4/2008 | SYS | Reviewed submitted investor claim forms and compared same against defendant accounting records to calculate preliminary allowed claim amounts. | 2.10 120.00/hr | 252.00 |
| | SSA | Telephone call from Wells Fargo regarding frozen accounts. | 0.20 240.00/hr | 48.00 |
| | SSA | Telephone call from Bill Arnold regarding ▆▆▆. Reviewed emails from and drafted emails to Dan Erickson regarding same. Telephone calls to and from Dan Erickson regarding same. Reviewed and edited settlement agreement. Telephone call to Bill Arnold regarding ▆▆▆. | 2.50 240.00/hr | 600.00 |
| | SSA | Researched for information and drafted email to Stephanie Demos of Josephs Jack regarding Sentinel litigation production. | 0.40 240.00/hr | 96.00 |
| | SSA | Reviewed email from Clark Will regarding Randy Carlisle's bankruptcy. | 0.20 240.00/hr | 48.00 |
| | SYS | Telephone calls to and from investors regarding instructions on submitting a claim form to the Receiver's office and followed up with same as necessary. | 0.20 120.00/hr | 24.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about the status of the investigation and the possibility of distributions and followed up with same. | 0.40 120.00/hr | 48.00 |
| 6/5/2008 | SYS | Continued to review submitted claim forms and compared same to defendant accounting records to calculate preliminary allowed claim amounts. | 1.90 120.00/hr | 228.00 |

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/5/2008 | SYS | Reviewed submitted claim forms and compared same to defendant accounting records to calculate preliminary allowed claim amounts. | 2.40<br>120.00/hr | 288.00 |
| | SSA | Addressed claims reconciliation issues. | 0.30<br>240.00/hr | 72.00 |
| | SSA | Reviewed comments from counsel for Element Payment Services on the settlement agreement. Drafted email to Bill Arnold regarding ▮. Telephone call to Bill Arnold regarding ▮ | 0.50<br>240.00/hr | 120.00 |
| 6/6/2008 | SSA | Telephone call from Ralph Freeman regarding amended tax returns and other issues. Researched Tightrope and CCS Anchor issues. Drafted email to Ralph Freeman regarding same. Drafted email to the Receiver regarding same. | 0.60<br>240.00/hr | 144.00 |
| | SYS | Continued to review submitted investor claim forms to calculate preliminary allowed claim amounts for same. | 2.00<br>120.00/hr | 240.00 |
| | SYS | Reviewed submitted investor claim forms and compared same against defendant accounting records to calculate preliminary allowed claim amounts. | 1.80<br>120.00/hr | 216.00 |
| 6/9/2008 | SYS | Reviewed submitted investor claim forms and compared same against defendant accounting records to calculate allowed claim amounts. | 2.10<br>120.00/hr | 252.00 |
| | SYS | Continued to review submitted investor claim forms and compared same against defendant accounting records to calculate allowed claim amounts. | 2.40<br>120.00/hr | 288.00 |
| | SYS | Continued to review submitted investor claim forms and entered allowed amounts into the investor database. | 2.70<br>120.00/hr | 324.00 |
| 6/10/2008 | SYS | Continued to review submitted investor claim forms and entered allowed claim amounts into the investor database. | 2.10<br>120.00/hr | 252.00 |
| | SSA | Researched for information relating to KGS Group and involvement in receivership for subpoena to Texas Bank. Drafted email to Harrilee Cheshire regarding ▮ | 0.50<br>240.00/hr | 120.00 |
| | SYS | Reviewed submitted investor claim forms and entered allowed claim amounts into the investor database. | 2.80<br>120.00/hr | 336.00 |
| 6/11/2008 | SYS | Telephone calls to and from investor Bernard Chamblee. | 0.10<br>120.00/hr | 12.00 |
| | SYS | Telephone calls to investors to request additional accounting information in order to complete claims review process for same. | 0.20<br>120.00/hr | 24.00 |
| | SYS | Continued to review submitted investor claim forms and compared to defendant's accounting records to ensure accuracy of allowed claim amounts. | 2.10<br>120.00/hr | 252.00 |
| | SYS | Reviewed submitted investor claim forms and entered allowed claim amounts into the investor database. | 2.70<br>120.00/hr | 324.00 |
| | TB | Reviewed investor files and updated database as necessary. | 1.80<br>75.00/hr | 135.00 |
| | TB | Continued to review investor files and update database as necessary. | 1.50<br>75.00/hr | 112.50 |
| 6/12/2008 | SSA | Telephone call to Clark Will regarding Thompson tax issue and Randy Carlisle bankruptcy. | 0.30<br>240.00/hr | 72.00 |
| | TB | Continued to review investor files and update database as necessary. | 1.90<br>75.00/hr | 142.50 |
| | TB | Continued to review investor files and update database as necessary. | 3.00<br>75.00/hr | 225.00 |
| | TB | Reviewed investor files and updated database as necessary. | 2.50<br>75.00/hr | 187.50 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/12/2008 | SYS | Reviewed submitted investor claim forms and compared same against defendant records to determine allowed claim amounts. | 2.90 120.00/hr | 348.00 |
| | SYS | Continued to review submitted investor claim forms and compared same against defendant accounting records to calculate allowed claim amounts. | 3.00 120.00/hr | 360.00 |
| | SYS | Reviewed voice mail message from investor Bernard Chamblee and followed up with same. | 0.10 120.00/hr | 12.00 |
| | SYS | Continued to review submitted investor claim forms and compared same against accounting records to calculate accurate allowed claim amounts and entered same into the investor database as necessary. | 1.50 120.00/hr | 180.00 |
| 6/13/2008 | SYS | Reviewed submitted investor claim forms and entered allowed claim amounts into the investor database. | 1.50 120.00/hr | 180.00 |
| | SYS | Reviewed accounting information forwarded per request in order to complete submitted claim and followed up as necessary. | 0.20 120.00/hr | 24.00 |
| | SSA | Drafted case status letter to investors. | 1.00 240.00/hr | 240.00 |
| | SSA | Reviewed $3.25 million settlement agreement and motion with Commerzbank in the Sentinel Holding case. | 0.40 240.00/hr | 96.00 |
| | SSA | Updated case management list. Drafted emails to Clark Will and Bill Arnold regarding same. | 0.60 240.00/hr | 144.00 |
| | SSA | Drafted email to Bill Arnold regarding ■■■ | 0.20 240.00/hr | 48.00 |
| 6/16/2008 | SYS | Reviewed submitted investor claim forms and compared same against defendant accounting records to calculate allowed investor amounts and entered same into the investor database. | 2.90 120.00/hr | 348.00 |
| | TB | Continued to review investor files, and update database as necessary. | 1.40 75.00/hr | 105.00 |
| | SYS | Continued to review submitted investor claim forms and compared same against defendant accounting records to calculate allowed investor amounts and entered same into the investor database. | 2.10 120.00/hr | 252.00 |
| | SSA | Reviewed redlined version of EPS settlement agreement. Telephone call to Bill Arnold regarding ■■■ | 0.40 240.00/hr | 96.00 |
| | TB | Continued to review investor files and update database as necessary. | 3.00 75.00/hr | 225.00 |
| | TB | Reviewed investor files and updated database as necessary. | 2.50 75.00/hr | 187.50 |
| 6/17/2008 | SYS | Continued to review submitted investor claim forms and entered allowed claim amounts into investor database. | 1.90 120.00/hr | 228.00 |
| | SSA | Reviewed time for May and finalized invoice. | 1.30 240.00/hr | 312.00 |
| | SSA | Reviewed email from investor regarding Grant Cardno. Drafted email to David Dantzler regarding ■■■ | 0.30 240.00/hr | 72.00 |
| | SYS | Reviewed submitted investor claim forms and compared same to defendants' accounting records to ensure accuracy of allowed claim amounts and entered same into investor database. | 2.20 120.00/hr | 264.00 |
| 6/18/2008 | SYS | Reviewed submitted investor claim forms and compared same against defendant accounting records to accurately calculated allowed claim amounts and entered same into the investor database. | 2.40 120.00/hr | 288.00 |
| | SSA | Reviewed Element Payment System issues. Telephone call to Bill Arnold regarding ■■■ | 0.30 240.00/hr | 72.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/18/2008 | SSA | Drafted email to Ralph Freeman regarding TNT claim issues. | 0.20 240.00/hr | 48.00 |
| | SSA | Reviewed mail and forwarded as necessary. | 0.30 240.00/hr | 72.00 |
| | SYS | Continued to review submitted investor claim forms and compared same against defendant accounting records to calculated accurate allowed claims amounts for same. | 2.40 120.00/hr | 288.00 |
| | KSB | Prepared final bills for HFC and Receiver for May 2008. | 0.40 150.00/hr | 60.00 |
| | SSA | Reviewed Troutman Sanders invoice for May. | 0.20 240.00/hr | 48.00 |
| | TB | Reviewed investor files and updated database as necessary. | 0.90 75.00/hr | 67.50 |
| 6/19/2008 | SSA | Telephone call from Clark Will and Ralph Freeman regarding Angelic Entertainment. | 0.30 240.00/hr | 72.00 |
| | SYS | Continued to review submitted investor claim forms and compared same against defendant accounting records to calculated accurate allowed claims amounts for same. | 1.80 120.00/hr | 216.00 |
| | SYS | Reviewed submitted investor claim forms and compared against defendant records to calculate accurate allowed claim amounts. | 2.40 120.00/hr | 288.00 |
| | SYS | Continued to review submitted investor claim forms and compared same against defendant accounting records to calculated accurate allowed claims amounts for same. | 1.50 120.00/hr | 180.00 |
| | TB | Reviewed investor files and updated database as necessary. | 2.10 75.00/hr | 157.50 |
| | SSA | Drafted email to Bill Arnold regarding ▇▇▇ | 0.10 240.00/hr | 24.00 |
| 6/20/2008 | SYS | Continued to review submitted investor claim forms and compared same against defendant accounting records to calculated accurate allowed claims amounts for same. | 1.70 120.00/hr | 204.00 |
| | SYS | Continued to review submitted investor claim forms and compared same against defendant accounting records to calculated accurate allowed claims amounts for same. | 1.90 120.00/hr | 228.00 |
| | SSA | Reviewed emails regarding Angelic Entertainment. Drafted emails to the Receiver regarding same. | 0.30 240.00/hr | 72.00 |
| | SYS | Reviewed submitted investor claim forms and compared against defendant records to calculate accurate allowed claim amounts. | 2.20 120.00/hr | 264.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about the status of the investigation and followed up as necessary. | 0.50 120.00/hr | 60.00 |
| | SSA | Prepared various reports and updated sources and uses of estate cash and current cash position. Drafted email to Clark Will regarding same. | 1.10 240.00/hr | 264.00 |
| | SSA | Reviewed email from investor regarding letter regarding investment. Drafted email to Shuwanda Sloane regarding same. | 0.20 240.00/hr | 48.00 |
| | SSA | Updated letter to investors. Drafted emails to Clark Will regarding same. | 0.40 240.00/hr | 96.00 |
| 6/23/2008 | SYS | Continued to review submitted investor claim forms and compared same to defendant accounting records to calculate allowed claim amounts and entered same into investor database. | 2.80 120.00/hr | 336.00 |

SEC v. Travis Correll et al    Page 5

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/23/2008 | SYS | Reviewed submitted investor claim forms and compared same to defendant accounting records to calculate allowed claim amounts and entered same into investor database. | 3.00 120.00/hr | 360.00 |
| 6/24/2008 | SYS | Reviewed submitted investor claim forms and compared same against defendant accounting records to ensure accuracy of allowed claim amounts and entered same into the investor database. | 2.70 120.00/hr | 324.00 |
|  | SYS | Continued to review submitted investor claim forms and compared same against defendant accounting records to ensure accuracy of allowed claim amounts and entered same into the investor database as necessary. | 3.00 120.00/hr | 360.00 |
|  | SYS | Reviewed voice mail messages from investors inquiring about the investigation and followed up as necessary with same. | 0.40 120.00/hr | 48.00 |
| 6/25/2008 | SYS | Continued to review and reconcile submitted investor claim forms and entered allowed amounts into the investor database as necessary. | 3.00 120.00/hr | 360.00 |
|  | SYS | Continued to review and organize submitted investor claim forms and entered allowed amounts into the investor database as necessary. | 2.50 120.00/hr | 300.00 |
|  | SYS | Reviewed and reconciled submitted investor claim forms and entered allowed amounts into the investor database as necessary. | 2.80 120.00/hr | 336.00 |
| 6/26/2008 | RFH | Reviewed and responded to emails from Kerry Gutierrez regarding the execution of the deeds for the sale of the Panama City timeshare. | 0.30 195.00/hr | 58.50 |
|  | SYS | Reviewed and organized submitted investor claims and researched accounting information for accuracy to calculate allowed claim amounts and entered same into the investor database as necessary. | 2.40 120.00/hr | 288.00 |
|  | SYS | Continued to review submitted investor claims and researched accounting information for accuracy to calculate allowed claim amounts and entered same into the investor database as necessary. | 1.70 120.00/hr | 204.00 |
|  | SYS | Continued to review submitted investor claims and researched accounting information for accuracy to calculate allowed claim amounts and entered same into the investor database as necessary. | 2.10 120.00/hr | 252.00 |
| 6/27/2008 | SSA | Reviewed emails from and drafted email to Lance Alford regarding ███. | 0.30 240.00/hr | 72.00 |
|  | SYS | Telephone calls to and from investors and followed up as necessary. | 0.30 120.00/hr | 36.00 |
|  | SYS | Continued to review and organize submitted investor claim forms and compared same to accounting records and entered allowed amounts into the investor database. | 2.50 120.00/hr | 300.00 |
|  | SSA | Finalized letter to investors. Discussed investor claim issue with Shuwanda Sloane. | 0.30 240.00/hr | 72.00 |
|  | SYS | Reviewed submitted investor claim forms and compared same against defendant accounting records to calculate allowed claim amounts. | 2.00 120.00/hr | 240.00 |
| 6/28/2008 | KAM | Drafted W-9 for Gregory Thompson and TNT Office Supply as requested by SunTrust Bank. | 0.20 170.00/hr | 34.00 |
| 6/30/2008 | TB | Reviewed investor files to determine claim amount, and updated database with current investor information. | 3.00 75.00/hr | 225.00 |
|  | SYS | Drafted letter to investor Ron Ralston and discussed same with Scott Askue. | 0.20 120.00/hr | 24.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/30/2008 | SYS | Reviewed and organized submitted investor claim forms and compared same to defendant accounting records to ensure accuracy of allowed claim amounts and entered same into the investor database. | 2.80 120.00/hr | 336.00 |
| | SYS | Continued to review and organized submitted investor claim forms and compared same to defendant accounting records to ensure accuracy of allowed claim amounts and entered same into the investor database as necessary. | 2.10 120.00/hr | 252.00 |
| | SYS | Reviewed and organized claim form files and updated the investor database with newly obtained information as necessary. | 1.50 120.00/hr | 180.00 |
| | TB | Continued to review investor files to determine claim amount, and update database with current investor information. | 1.60 75.00/hr | 120.00 |
| | | **For professional services rendered** | **146.70** | **$18,470.50** |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 6/1/2008 | Equipment storage - June 2008 | 130.00 |
| | Equipment storage - May 2008 | 130.00 |
| | Document storage/Document Depository - June 2008 | 455.00 |
| | Document storage/Document Depository - May 2008 | 455.00 |
| 6/3/2008 | Website maintenance 4/16/08 | 20.00 |
| 6/11/2008 | FedEx to Stephanie E Demos 5/30/08 | 9.84 |
| | FedEx to Quilling Selander Cummiskey 5/22/08 | 16.84 |
| | FedEx to Neulan Midkiff 5/21/08 | 12.01 |
| | Lexis Nexis for period ending 5/31/08 | 12.28 |
| 6/30/2008 | Postage cost for June 2008. | 14.82 |
| | Fax charges for June 2008. | 1.75 |
| | Copying cost for June 2008. | 12.50 |
| | Website maintenance 4/17/08 - 6/25/08 | 120.00 |
| | **Total costs** | **$1,390.04** |
| | **Total amount of this bill** | **$19,860.54** |