# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

| | |
|---|---|
| Invoice Date | 06/17/08 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 920307 |
| File No. | 033287.000002 |

RE: Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 05/31/08 | $4,904.18 |
| Costs and Expenses Through 05/31/08 | $362.00 |
| **Total Amount of This Invoice** | **$5,266.18** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 06/17/08
Invoice Number 920307
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 05/01/08 | MRA | Email correspondence with Shuwanda Sloane regarding ███; review and analysis of notice from court regarding Element Payment Service's waiver of service; email correspondence with Bob Meehan regarding ███ | 0.2 |
| 05/01/08 | HC | Conferences with N. Chupp and T. Borton | 0.2 |
| 05/01/08 | WNC | Conferences with H. Cheshire and T. Borton regarding ███ | 0.3 |
| 05/02/08 | MRA | Email correspondence with Tom Borton and Harrilee Cheshire regarding ███; review and analysis of email correspondence from Scott Askue regarding ███ | 0.2 |
| 05/02/08 | HC | Email correspondence regarding Morgan West and Duchesne issues | 0.2 |
| 05/02/08 | WNC | Update ███ per H. Cheshire e-mail | 0.3 |
| 05/02/08 | JDD | Review status of case; e-mail correspondence with Receiver Team | 0.4 |
| 05/05/08 | MRA | Telephone conferences with Scott Ritcheson regarding K. Sitton tax issue; telephone conference with Bob Meehan regarding ███; review and analysis of email correspondence from Clark Will; review and analysis of docket to confirm if Rogers made payment into court registry | 0.5 |
| 05/05/08 | WNC | Update ███ per T. Borton 5/2/08 revision | 0.5 |
| 05/06/08 | MRA | Review and revise twenty sixth fee application; email correspondence with Timothy McCole regarding fee application; email correspondence with Scott Askue regarding ███ | 0.2 |
| 05/07/08 | MRA | Email correspondence to Michael Clark regarding fee applications; review and revise twenty sixth fee application; email correspondence from Clark Will regarding fee application; email correspondence with Scott Askue regarding ███ | 0.4 |
| 05/08/08 | MRA | File twenty sixth fee application | 0.2 |
| 05/12/08 | MRA | Review and analysis of docket to confirm if Rogers made payment to Court; letter to Court regarding latest fee application | 0.2 |
| 05/13/08 | MRA | Email correspondence to Scott Askue and Kathy Malek regarding ███ update chart detailing all fee applications | 0.3 |
| 05/15/08 | MRA | Review and analysis of filing from Securities and Exchange Commission; | 0.6 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 06/17/08
Invoice Number 920307
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | review and analysis of email correspondence from Scott Askue regarding ▮▮▮▮▮ review and analysis of email correspondence from Scott Askue regarding ▮▮▮ | |
| 05/19/08 | MRA | Email correspondence with Scott Askue and Kathy Malek regarding ▮▮▮ conference with Scott Askue and Tom Bosch regarding ▮▮▮ review of sample claims in preparation for same; review and analysis of email correspondence from Scott Askue and David Dantzler regarding ▮▮▮ | 1.3 |
| 05/19/08 | TBB | Review email correspondence regarding Correll claims; review Correll sample claims; email correspondence with Scott Askue regarding ▮▮▮ telephone conference with Bill Arnold and Scott Askue regarding ▮▮▮ | 0.8 |
| 05/19/08 | JDD | Review e-mail correspondence from S. Askue regarding ▮▮▮ e-mail correspondence with Receiver Team regarding ▮▮▮ | 0.3 |
| 05/20/08 | MRA | Review and analysis of email correspondence from Greg Hays regarding ▮▮▮ email correspondence from Scott Askue regarding ▮▮▮ review and revise guidelines; review and analysis of correspondence and subpoena from Sentinel Litigation | 0.8 |
| 05/20/08 | TBB | Review and revise claims review process; email correspondence with Scott Askue and Bill Arnold regarding ▮▮▮ review and revise revised process; email correspondence with Scott Askue and Bill Arnold regarding ▮▮▮ | 0.7 |
| 05/20/08 | JDD | E-mail correspondence with Receiver Team regarding ▮▮▮ | 0.3 |
| 05/21/08 | MRA | Telephone conference and email correspondence with Scott Askue regarding ▮▮▮ review and analysis of email from Receiver regarding ▮▮▮ | 0.3 |
| 05/23/08 | MRA | Telephone call to Ken Fry regarding Creative Wealth investors; email correspondence with Scott Askue regarding ▮▮▮ review and revise fee application; review of invoices supporting same; telephone conference and email correspondence with Scott Askue regarding ▮▮▮ | 1.3 |
| 05/27/08 | MRA | Review and revise fee application; review of invoices supporting same; email correspondence to Hays Financial Consulting regarding ▮▮▮ email correspondence with Scott Askue regarding ▮▮▮ | 1.3 |
| 05/27/08 | HC | Review and edit fee application | 0.3 |
| 05/27/08 | JDD | Review and revise claims review guidelines; e-mail correspondence with S. Askue and G. Hays regarding ▮▮▮ | 1.0 |

IN ACCOUNT WITH

Invoice Date 06/17/08
Invoice Number 920307
File No. 033287.000002
Page 4

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 05/28/08 | MRA | Review and analysis of document request received in Sentinel litigation; telephone conference with Clark Will regarding fee application; email to Securities and Exchange Commission regarding same; email correspondence with Scott Askue regarding ▓▓▓ | 0.5 |
| 05/29/08 | MRA | Telephone conference with Stephanie Demos regarding Sentinel litigation; review and analysis of document request received in Sentinel litigation; email correspondence and telephone conference with Scott Askue regarding ▓▓▓; email correspondence with Scott Askue regarding ▓▓▓ | 0.6 |
| 05/30/08 | MRA | Email correspondence to Hays Financial Consulting team regarding ▓▓▓ email correspondence and telephone conference with Scott Askue regarding ▓▓▓ telephone conferences with Stephanie Demos regarding Sentinel litigation, requests for production and upcoming hearing; email correspondence with Scott Ritcheson regarding K. Sitton tax issue; email correspondence with Scott Askue regarding ▓▓▓ | 1.3 |

Total Hours 15.5

Total Fees 4,904.18

## TIMEKEEPER TIME SUMMARY THROUGH 05/31/08

| Name | Hours | Amount |
|---|---|---|
| M R Arnold | 10.2 | 3,197.70 |
| T B Bosch | 1.5 | 513.00 |
| H Cheshire | 0.7 | 182.88 |
| W N Chupp | 1.1 | 83.60 |
| J D Dantzler | 2.0 | 927.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 06/17/08
Invoice Number 920307
File No. 033287.000002
Page 5

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## FOR COSTS AND EXPENSES INCURRED THROUGH 05/31/08

| Description | Amount |
| --- | --- |
| Filing Fees | 350.00 |
| Taxi/Train/Parking | 5.00 |
| Travel Expenses | 7.00 |
| Total: | 362.00 |

Total Fees & Costs: $5,266.18

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

| | |
|---|---|
| Invoice Date | 07/24/08 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 928632 |
| File No. | 033287.000002 |

RE: Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/02/08 | $7,705.95 |
| **Total Amount of This Invoice** | **$7,705.95** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 07/24/08
Invoice Number 928632
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/02/08**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 06/02/08 | MRA | Telephone conference and email correspondence with Isaac Gabriel regarding granting Element Payment Services an extension of time to file an answer while we workout settlement; telephone conference with Scott Askue regarding ▮▮▮▮ draft settlement agreement; draft cover page for financial statements from Element Payment Services | 0.6 |
| 06/02/08 | HC | Assist in preparation of documents relating to Element Payment Services; email correspondence regarding same | 0.4 |
| 06/03/08 | MRA | Telephone conference and email correspondence with Jennifer Duncan regarding ▮▮▮▮; review of correspondence to Scott Ritcheson regarding K. Sitton tax refund | 0.4 |
| 06/03/08 | HC | Research regarding Eastern District of Texas local rules governing extension of time in Element Payment Services matter; email correspondence regarding same | 0.6 |
| 06/04/08 | MRA | Review and revise settlement agreement with Element Payment Services; conference with Harrilee Cheshire regarding ▮▮▮; email correspondence and telephone conference with Scott Askue regarding ▮▮▮ email correspondence with Isaac Gabriel regarding extension of time for Element Payment Services to answer; research regarding same | 5.0 |
| 06/04/08 | HC | Assist in drafting settlement agreement and related documents for filing with court; conferences with B. Arnold regarding ▮▮▮ | 1.8 |
| 06/04/08 | WNC | Correspondence with S. Sloane regarding ▮▮▮▮ | 0.2 |
| 06/05/08 | MRA | Email correspondence with counsel for Element Payment Services regarding settlement agreement and motion to extend time to answer; telephone conference with Clerk of Court regarding filing of motion to extend time to answer; draft motion to extend time | 2.2 |
| 06/05/08 | JMD | Conference with Merle Arnold regarding ▮▮▮▮; review draft settlement agreement | 0.4 |
| 06/06/08 | MRA | Revise motion to extend time to answer; file same; email correspondence to counsel for Element Payment Services regarding same | 0.3 |
| 06/06/08 | JMD | Identify security deed issues for California and Utah properties; research mortgage tax and intangible tax issue | 0.5 |
| 06/09/08 | MRA | Email correspondence to Nicole Chupp following up on ▮▮▮▮ email correspondence from Clark Will regarding fees incurred by Quilling, Selander, Cummiskey & Lownds in May 2008; review and analysis of Element Payment Service's counsel's revisions to the Element Payment Services settlement agreement and email correspondence from Element Payment Services' counsel regarding same; correspondence to counsel in Sentinel litigation; email correspondence to Scott Askue regarding ▮▮ | 1.1 |

IN ACCOUNT WITH

Invoice Date 07/24/08
Invoice Number 928632
File No. 033287.000002
Page 3

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/02/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | telephone conference with Henry George (G2 LLC) regarding same; review and analysis of order granting extension of time for Element Payment Services to answer our complaint; email correspondence to Element Payment Services' counsel regarding same; telephone conference and email correspondence to Jennifer Duncan regarding ▬▬▬ | |
| 06/09/08 | HC | Conference with N. Chupp regarding ▬▬▬; revise correspondence regarding same | 0.4 |
| 06/09/08 | WNC | Complete draft of letter, subpoena, and exhibit to Texas Bank per request of S. Sloane; forward ▬▬ to H. Cheshire for review and revision | 1.3 |
| 06/09/08 | JMD | Email to Bill Arnold regarding ▬▬▬; interoffice conference with Jeff Greenway regarding mortgages | 0.6 |
| 06/10/08 | MRA | Review and analysis of correspondence to accompanying subpoena to Texas Bank | 0.1 |
| 06/10/08 | HC | Conference with N. Chupp regarding ▬▬▬; telephone call to Ms. Sloane regarding same; email correspondence with S. Askue regarding ▬▬; revise subpoena and correspondence | 0.8 |
| 06/10/08 | WNC | Follow-up with S. Askue, S. Sloane, and H. Cheshire regarding ▬▬▬ finalize ▬▬▬ per H. Cheshire edits and S. Askue and S. Sloane correspondence | 1.5 |
| 06/13/08 | MRA | Email correspondence with Scott Askue regarding ▬▬▬ review and analysis of Sentinel Holdings settlement of its claim against Commerzbank | 0.3 |
| 06/16/08 | MRA | Telephone conference and email correspondence with John O'Neal (counsel for Element Payment Services) regarding settlement agreement; review and revise settlement agreement; telephone conference with Scott Askue regarding ▬▬; email correspondence with Harrilee Cheshire and Nicole Chupp regarding ▬▬▬ | 1.5 |
| 06/16/08 | HC | Conferences with N. Chupp and B. Arnold regarding ▬▬▬ | 0.2 |
| 06/16/08 | WNC | Review Correll complaint for case activity period to further limit scope of Texas Bank subpoena request; telephone conference with H. Cheshire and B. Arnold regarding ▬▬▬ | 0.5 |
| 06/16/08 | JDD | Several conferences with B. Arnold regarding ▬▬▬ e-mail correspondence with G. Hays and C. Will regarding ▬▬ | 0.7 |
| 06/16/08 | JMD | Interoffice conference with Bill Arnold | 0.1 |
| 06/17/08 | MRA | Email correspondence with Jennifer Duncan regarding ▬▬▬ email | 0.4 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 07/24/08
Invoice Number 928632
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/02/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | correspondence to John O'Neal regarding same; review and revise letter to investors; email correspondence to Scott Askue regarding ▮▮; email correspondence from Scott Askue regarding ▮▮ | |
| 06/17/08 | JMD | Telephone call to Utah counsel; draft promissory note; draft California deed of trust; email with Bill Arnold | 1.0 |
| 06/18/08 | MRA | Telephone conference with John O'Neal regarding Element Payment Services settlement; email correspondence and telephone conference with Scott Askue regarding ▮▮; review and analysis of revised settlement agreement | 0.6 |
| 06/18/08 | HC | Prepare for status conference | 0.2 |
| 06/18/08 | JMD | Conference call with Utah local counsel regarding security deed | 0.2 |
| 06/19/08 | MRA | Case status conference with David Dantzler and Harrilee Cheshire; preparation for same; email correspondence with Scott Askue regarding ▮▮ email correspondence with Scott Askue regarding ▮▮ | 1.0 |
| 06/19/08 | HC | Status conference with D. Dantzler and B. Arnold; edit draft investor letter | 0.6 |
| 06/20/08 | MRA | Email correspondence with Securities and Exchange Commission regarding fee application | 0.1 |
| 06/23/08 | MRA | Email correspondence and telephone conference with John O'Neal regarding documents memorializing settlement with Element Payment Services; review and analysis of O'Neal's proposed revisions | 0.4 |
| 06/24/08 | WNC | Respond to B. Arnold and H. Cheshire inquiry regarding ▮▮ | 0.2 |
| 06/24/08 | JMD | Telephone call from Utah attorney; telephone call and emails with California attorney regarding security deed; email with Bill Arnold regarding ▮▮ | 0.7 |
| 06/25/08 | MRA | Email correspondence with Clark Will regarding fee application; review, organization, and analysis of invoices in support of fee application | 0.2 |
| 06/26/08 | MRA | Review and revise fee application; file same; email correspondence with Clark Will regarding fee application for fees incurred in May | 0.4 |
| 06/26/08 | WNC | Conference with B. Arnold regarding ▮▮ | 0.1 |
| 06/27/08 | HC | Revise subpoena and correspondence for bank documents | 0.2 |
| 06/27/08 | WNC | Follow-up telephone call with S. Sloane at Hays Financial Consulting regarding ▮▮ draft Amended | 0.5 |

IN ACCOUNT WITH

Invoice Date 07/24/08
Invoice Number 928632
File No. 033287.000002
Page 5

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/02/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
|  |  | subpoena to reflect details of same; conference with H. Cheshire for review of ▮ revise per H. Cheshire edits and arrange for proper service |  |
| 06/30/08 | JMD | Review incoming title work from California and Utah attorneys; conference with Bill Arnold regarding ▮ | 0.3 |

Total Hours 28.6

Total Fees 7,705.95

## TIMEKEEPER TIME SUMMARY THROUGH 07/02/08

| Name | Hours | Amount |
|---|---|---|
| M R Arnold | 14.6 | 4,577.10 |
| H Cheshire | 5.2 | 1,358.50 |
| W N Chupp | 4.3 | 326.80 |
| J D Dantzler | 0.7 | 324.45 |
| J M Duncan | 3.8 | 1,119.10 |