# EXHIBIT E

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone #  817-851-1189
Fax #    888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 6/26/2008 | 6331 |

TIN #04-3759685

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt | CAB-179-05 |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 5/1/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - ANALYSIS OF CARLISLE DOCUMENTS | 2 | 100.00 | 200.00 |
| 5/1/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 465 - ANALYSIS OF FINANCIAL RECORDS | 5 | 100.00 | 500.00 |
| 5/2/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF BANK OF AMERICA DOCUMENTS. MEETING WITH INVESTOR(S). MEETING WITH K. BUSH RE: DOCUMENTS. PREP FOR MEETING WITH MARTIN AND COUNSEL. | 4.5 | 100.00 | 450.00 |
| 5/5/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH K. BUSH AND CBW. FURTHER ANALYSIS OF PONZI WINNERS AND CARLISLE DOCUMENTS. | 3.75 | 100.00 | 375.00 |
| 5/6/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARATION FOR MARTIN MEETING. RESEARCH RE: CADWELL | 4.5 | 100.00 | 450.00 |
| 5/6/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 465 - DISCUSSION OF CARLISLE SPREADSHEET ANALYSIS WITH INVESTIGATOR 430. | 1 | 100.00 | 100.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to
P.O Box 123991
Fort Worth, Tx 76121

| | |
|---|---|
| Subtotal | |
| Sales Tax (8.25%) | |
| **Total** | |
| Retainer Applied | |
| Balance Due | |

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone #  817-831-1189
Fax #  888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 6/26/2008 | 6331 |

TIN #04-3759685

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt | CAB-179-05 |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 5/7/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - INTERVIEW OF CADWELL AND CONTACT WITH HIS COUNSEL. PRESENTATION OF CARLISLE FINDINGS WITH CBW AND MDC. | 3 | 100.00 | 300.00 |
| 5/8/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH INVESTORS. REVIEW OF THOMPSON TAX RETURNS AND SUBSEQUENT CLAIMS FROM THOMPSON'S COUNSEL. | 6 | 100.00 | 600.00 |
| 5/9/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH COUNSEL RE: CARLISLE AND THOMPSON ITEMS. | 2.5 | 100.00 | 250.00 |
| 5/12/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW, EARL MARTIN AND COUNSEL CHERYL MOORE. CONTINUED REVIEW AND DISCUSSION WITH MDC RE: INCOMPLETE DOCUMENT PRODUCTION RE: CARLISLE. | 4.5 | 100.00 | 450.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O.Box 123991
Fort Worth, TX 76121

| Subtotal | |
|---|---|
| **Sales Tax  (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone # 817-831-1189
Fax # 888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 6/26/2008 | 6331 |

TIN #04-3759685

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
| | Due on receipt | CAB-179-05 |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 5/12/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 465 - DISCUSSION OF CARLISLE SPREADSHEET ANALYSIS WITH R. FREEMAN. CREATED TEMPLATES TO SORT CHECK AND DEPOSIT DATA. | 3 | 100.00 | 300.00 |
| 5/13/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CARLISLE AND WINNERS ANALYSIS WITH MDC. ADDITIONAL REVIEW OF AMENDED THOMPSON TAX RETURNS AND TELEPHONE CONFERENCE WITH SABATINO. | 4.5 | 100.00 | 450.00 |
| 5/13/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 465 - SUPPORTED INITIAL FINDS WITH MEMORANDUM TO FILE, REFORMATTED SCHEDULES, BUILT NEW BANK STATEMENT RECEIPT SCHEDULE, AND VARIOUS E-MAIL COMMUNICATIONS. | 9 | 100.00 | 900.00 |
| 5/14/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF CADWELL AND CARLISLE FINDINGS WITH CBW. REFERRAL OF INVESTOR INFORMATION FROM MDC. | 3.5 | 100.00 | 350.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O. Box 123991
Fort Worth, TX 76121

| | |
|---|---|
| Subtotal | |
| Sales Tax (8.25%) | |
| Total | |
| Retainer Applied | |
| Balance Due | |

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991  
Fort Worth, TX 76121  
Phone # 817-831-1189  
Fax # 888-528-2654  

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 6/26/2008 | 6331 |

TIN #04-3759685

**Bill To**

Quilling, Selander, Cummiskey & Lownds  
2001 BRYAN ST, SUITE 1800  
DALLAS, TX 75201  
RE: SEC v CORRELL and TNT OFFICE SUPPLY  
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt | CAB-179-05 |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 5/15/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - INTERVIEW OF INVESTORS AND FOLLOW UP ON INFORMATION PROVIDED. TELEPHONE MEETING WITH CBW RE: BUSH AND CARLISLE. | 2.75 | 100.00 | 275.00 |
| 5/19/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW RE: CARLISLE, BUSH AND CADWELL. | 1.25 | 100.00 | 125.00 |
| 5/20/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - SCHEDULING WITH COUNSEL RE: STATUS OF CARLISLE AND GOWDEY ISSUES. RESPONSE TO SEC INQUIRY RE: SAME. | 2.5 | 100.00 | 250.00 |
| 5/22/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - RESEARCH RE: GOWDEY AND JOHNSON. MEETING WITH MDC RE: RESULTS OF PONZI ANALYSIS. | 3 | 100.00 | 300.00 |
| 5/23/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE MEETING WITH CBW RE: INVESTIGATIVE TASKS. | 1 | 100.00 | 100.00 |
| 5/28/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF THOMPSON TAX RETURN FINDINGS WITH CBW. TELEPHONE CONFERENCE WITH ASKUE AND SABATINO. | 2 | 100.00 | 200.00 |

PLEASE MAKE CHECKS PAYABLE TO  
BRAY & FREEMAN, L.P  
Balance due in full upon receipt to  
P.O.Box 123991  
Fort Worth Tx 76121

| | |
|---|---|
| Subtotal | |
| Sales Tax (8.25%) | |
| Total | |
| Retainer Applied | |
| Balance Due | |

# BRAY & FREEMAN, L.P.  License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone #    817-831-1189
Fax #      888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 6/26/2008 | 6331 |

TIN #04-3759685

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt | CAB-179-05 |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 5/29/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETINGS IN PERSON AND BY TELEPHONE WITH MDC AND CBW RE: THOMPSON, GOWDEY, AND JOHNSON ISSUES. EXPENSES | 2 | 100.00 | 200.00 |
| 5/6/2008 | MILEAGE | INVESTIGATOR 465 - MILEAGE | 11 | 0.65 | 7.15 |
| 5/12/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 465 - MILEAGE | 2 | 0.65 | 1.30 |
| 5/31/2008 | MILEAGE | INVESTIGATOR 430 - MILEAGE | 238 | 0.65 | 154.70 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O.Box 123991
Fort Worth, Tx 76121

| | |
|---|---|
| **Subtotal** | $7,288.15 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $7,288.15 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $7,288.15 |

TIN #04-3759685

rfreeman@brayandfreeman.com

**Bill To**
Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 6/2/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH WITNESS IN THOMPSON MATTER | 2 | 100.00 | 200.00 |
| 6/3/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF CARLISLE DOCUMENTS RE: BANKRUPTCY | 2.5 | 100.00 | 250.00 |
| 6/4/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARATION FOR CARLISLE 341 MEETING | 3 | 100.00 | 300.00 |
| 6/5/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - DISCUSSION WITH CBW RE: CADWELL AND BUSH; MEETING WITH INVESTORS RE: CARLISLE; PREPARATION FOR MEETING WITH SEC NEXT DAY | 4.5 | 100.00 | 450.00 |
| 6/6/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH COUNSEL AND SEC | 4.5 | 100.00 | 450.00 |
| 6/9/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH MDC AND CBW RE: CARLISLE; REVIEW OF CARLISLE MATERIAL | 1.5 | 100.00 | 150.00 |
| 6/10/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH MDC RE: CARLISLE AND OTHER MATTERS | 2 | 100.00 | 200.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O. Box 123991
Fort Worth, Tx 76121

| | |
|---|---|
| Subtotal | |
| Sales Tax (8.25%) | |
| **Total** | |
| Retainer Applied | |
| Balance Due | |

TIN #04-3759685

rfreeman@brayandfreeman.com

**Bill To**

Quilling, Selander, Cumniskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 6/11/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CARLISLE 341 MEETING IN FORT WORTH; UPDATE OF CARLISLE FINDINGS | 6.5 | 100.00 | 650.00 |
| 6/12/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW RE: CARLISLE, GOWDEY, AND JOHNSON | 2 | 100.00 | 200.00 |
| 6/13/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF CARLISLE 341 TRANSCRIPT; UPDATE OF MAINE SCHEDULES | 2.5 | 100.00 | 250.00 |
| 6/16/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - INTERVIEW OF WITNESSES AT DIRECTION OF CBW; REVIEW OF DOCUMENTS FROM SAME | 4.5 | 100.00 | 450.00 |
| 6/17/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW WITH CBW AND MDC RE: ANGELIC MEETING AND GOWDEY PROCEEDINGS | 2.5 | 100.00 | 250.00 |
| 6/18/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARATION FOR MEETING WITH MAINE'S COUNSEL | 2.5 | 100.00 | 250.00 |
| 6/19/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW AND MDC, AND MAINE'S COUNSEL WALLNER; REVIEW AND PREP OF SEC QUESTIONNAIRE RE: DEFENDANTS | 4 | 100.00 | 400.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O.Box 123991
Fort Worth, Tx 76121

| | |
|---|---|
| Subtotal | |
| Sales Tax (8.25%) | |
| **Total** | |
| Retainer Applied | |
| Balance Due | |

TIN #04-3759685

rfreeman@brayandfreeman.com

**Bill To**
Quilling, Selander, Cunniskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
| | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 6/20/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW AND MDC RE: MAINE AND ANGELIC; ADDITIONAL RESEARCH | 4.75 | 100.00 | 475.00 |
| 6/23/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETINGS WITH MDC AND CBW RE: MAINE AND ANGELIC AND THEIR RESPONSE; DISCUSSION RE: CADWELL AND BUSH | 6 | 100.00 | 600.00 |
| 6/25/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - DISCUSSION WITH COUNSEL RE: CARLISLE BANKRUPTCY | 1.5 | 100.00 | 150.00 |
| 6/26/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW RE: CARLISLE & MAINE | 2 | 100.00 | 200.00 |
| 6/29/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF MATERIALS FROM MAINE'S COUNSEL; MEETING WITH CBW AND MDC RE: SAME | 5 | 100.00 | 500.00 |
| 6/30/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONTINUED REVIEW OF MAINE PRODUCTION EXPENSES | 4 | 100.00 | 400.00 |
| 6/30/2008 | MILEAGE | INVESTIGATOR 430 - MILEAGE | 265 | 0.75 | 198.75 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O. Box 123991
Fort Worth, TX 76121

| | |
|---|---|
| Subtotal | $6,973.75 |
| Sales Tax (8.25%) | $0.00 |
| **Total** | **$6,973.75** |
| Retainer Applied | $0.00 |
| Balance Due | $6,973.75 |