# EXHIBIT A

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  3032

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    7/1/2008    to  7/31/2008**

August 11, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 0.80 | 280.00 |
|  | 350.00/hr |  |
| **For professional services rendered** | **0.80** | **$280.00** |

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    7/1/2008    to  7/31/2008**

August 11, 2008

Professional Services

| | Hours | Amount |
|---|---|---|
| Case Administration | 0.30 | 105.00 |
| Fee / Employment Applications | 0.50 | 175.00 |
| **For professional services rendered** | **0.80** | **$280.00** |

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

### Receiver

**For the Period from    7/1/2008   to  7/31/2008**

August 11, 2008

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Case Administration** | | | |
| 7/25/2008 SGH | Reviewed and signed monthly bank reconciliation. | 0.30 350.00/hr | 105.00 |
| | Subtotal | 0.30 | 105.00 |
| **Fee / Employment Applications** | | | |
| 7/9/2008 SGH | Reviewed, edited and approved May fee invoices. | 0.20 350.00/hr | 70.00 |
| 7/21/2008 SGH | Reviewed court order and signed checks for payment of fees. | 0.30 350.00/hr | 105.00 |
| | Subtotal | 0.50 | 175.00 |
| | **For professional services rendered** | **0.80** | **$280.00** |