# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

| | |
|---|---|
| Invoice Date | 08/20/08 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 933581 |
| File No. | 033287.000007 |

RE:    Receiver - Global Finance & Investments, Inc., et. al

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/08 | $1,563.71 |
| Costs and Expenses Through 07/31/08 | $17.31 |
| **Total Amount of This Invoice** | **$1,581.02** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
N y y Q ( h I J )  N y  4 N b

Invoice Date 08/20/08
Invoice Number 933581
File No. 033287.000007
Page 2

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 07/01/08 | WNC | Status update to B. Arnold per inquiry regarding ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.1 | 7.60 |
| 07/07/08 | MRA | Email correspondence with Nicole Chupp regarding outstanding issue related to subpoenas issued by the Receiver; analysis of chart regarding same; email correspondence with Scott Askue regarding outstanding issues, including foreclosure action erroneously naming Receiver as defendant | 0.3 | 94.05 |
| 07/07/08 | WNC | Summarize ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ per B. Arnold inquiry | 0.8 | 60.80 |
| 07/09/08 | MRA | Review of response to our subpoena from Bank of America | 0.1 | 31.35 |
| 07/10/08 | MRA | Email correspondence with Scott Askue regarding fee application | 0.1 | 31.35 |
| 07/15/08 | MRA | Email correspondence with Harrilee Cheshire and Scott Askue regarding lawsuit in which receiver was mistakenly named; review and revise letter to investors; email correspondence with Scott Askue regarding same | 0.9 | 282.15 |
| 07/15/08 | HC | Review and revise investor letter; conference with B. Arnold regarding ▓▓▓▓▓ | 0.8 | 209.00 |
| 07/16/08 | HC | Review documents regarding New Jersey lawsuit; email correspondence regarding same | 0.3 | 78.38 |
| 07/21/08 | MRA | Review and analysis of order granting Receiver's fee application; email correspondence to Hays Financial Consulting regarding same; organize invoices for May fee application | 0.2 | 62.70 |
| 07/23/08 | MRA | Fielded telephone conference from litigant in Florida suing a broker who put an investor in Level Par and information in Receiver's possession regarding possible fraudulent scheme; email correspondence with counsel for litigant | 0.4 | 125.40 |
| 07/24/08 | MRA | Email correspondence with Heath Cheek (representing a defrauded investor) for help with information from Receiver; review and analysis of proposed affidavit | 0.2 | 62.70 |
| 07/28/08 | MRA | Fielded telephone call from attorney representing investors | 0.2 | 62.70 |
| 07/30/08 | MRA | Review and revise affidavit for Scott Askue's signature to authenticate documents produced in response to document request from investor; email correspondence with Scott Askue and attorney for investor regarding same | 0.5 | 156.75 |
| 07/30/08 | HC | Assist in drafting business records affidavit requested by investor | 0.3 | 78.38 |

## TROUTMAN SANDERS LLP
N y y Q ( h I J )  N y  4 N b

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/08

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 07/31/08 | MRA | Email correspondence with attorney for investor regarding affidavit from Hays Financial Consulting to authenticate documents produced in response to document request from investor | 0.1 | 31.35 |
| 07/31/08 | HC | Review memo regarding Texas Bank documents and transactions; conferences with N. Chupp regarding same | 0.2 | 52.25 |
| 07/31/08 | WNC | Review 7/11/08 Bank of America subpoena response regarding T. Dixon account; draft memorandum detailing contents of same in preparation for production to client | 1.8 | 136.80 |
| | | Totals | 7.3 | 1,563.71 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/08

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| MRA | Arnold | 3.0 | 313.50 | 940.50 |
| HC | Cheshire | 1.6 | 261.26 | 418.01 |
| WNC | Chupp | 2.7 | 76.00 | 205.20 |

### FOR COSTS AND EXPENSES INCURRED THROUGH 07/31/08

| Date | Description | Amount |
|------|-------------|--------|
| 05/31/08 | Professional Services – VENDOR: Accurint; INVOICE#: 111717020080531; DATE: 5/31/2008  -  Accurint Services 5/08 | 7.34 |
| 07/30/08 | Professional Services – VENDOR: Accurint; INVOICE#: 111717020080630; DATE: 7/30/2008  -  Accurint Services 6/08 | 9.97 |
| | Total: | 17.31 |

| | |
|---|---|
| Total Fees & Costs: | $1,581.02 |