# EXHIBIT D



QUILLING· SELANDER· CUMMISKEY· LOWNDS

Federal ID #75-2459334

S. Gregory Hays  
Special Counsel for Greg Hays  
Hays Financial Consulting, LLC  
3343 Peachtree Road, Suite 750  
Atlanta  GA  30326  

Page: 1  
07/31/2008  
Client No:    911-0150M  
Invoice No:       62831  

Travis E. Correll, et al.

**ITEMIZED  SERVICES  BILL**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/2008 | CBW | Emails with court regarding continuance, and review of order and re-schedule hearing (0.5); work on 2004 hearing (0.8); telephone conference with Ralph Freeman regarding Maine and Carlisle issues (0.4); | 1.70 | 595.00 |
| | MDC | Assist with analysis of Carlisle documents and bank records. | 1.90 | 475.00 |
| 07/02/2008 | CBW | Prepare for hearing in bankruptcy court tomorrow, meet with R. Freeman, review documents and exhibits (2.5); review of US Trustee's filing and forward to client (0.5); | 3.00 | 1,050.00 |
| | HMJ | Review MLS on personal property and effect of same upon receivership(.3); Preparation for hearing on Motion for 2004 Exam and Motion for Extension of Deadlines, including preparing witness, review of pleadings, and preparation of argument(3.0). | 3.30 | 742.50 |
| | MDC | Continue review of Carlisle bank records and related documents and begin compiling exhibit list for Carlisle depositions (3.3); Continue work on form of Sitton agreed judgment (.8). | 4.10 | 1,025.00 |
| 07/03/2008 | CBW | Travel to Ft. Worth for hearing on motions for 2004 and to extend various deadlines, conduct hearing, post hearing meeting with US Trustee representative and return to office (5.0); telephone conference with R. Freeman regarding additional document production (0.3); work on orders from hearing (0.5); | 5.80 | 2,030.00 |
| | CBW | Review of filings and responses in Carlisle bankruptcy (0.8); telephone conference with R. Freeman regarding asset location (0.3); telephone conference with G. Hays regarding ▆▆▆▆▆▆ (0.4); | 1.50 | 525.00 |
| | HMJ | Final preparation for hearing on Motion for 2004 Exam and Motion to Extend Deadlines(1.0); Travel to Fort Worth, attend pre-hearing conference with US Trustee, attend hearing, post-hearing conference with US Trustee and travel from hearing(5.0); Prepare Order from Court's ruling on Motion to Extend Time(.6); Prepare Agreed Order on Motion for 2004 Examination of Clark(.4). | 7.00 | 1,575.00 |
| | MDC | Continue review and analysis of voluminous Mark Main/Angelic documents received from Maine counsel last month, and tracing analysis, and identifying | | |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 2
07/31/2008
Client No:      911-0150M
Invoice No:        62831

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                        | Hours |          |
|------------|-----|--|--|--|
|            |     | missing items (5.4); Legal research on appeal timelines and deadlines for contempt orders against non-parties (1.8). | 7.20  | 1,800.00 |
| 07/07/2008 | MDC | Continue review and analysis of Mark Maine documents and financial records (3.8); Discuss bankruptcy issues with atty. Hudson Jobe pertaining to the Carlisle matter and brief legal research re same (.9). | 4.70  | 1,175.00 |
| 07/08/2008 | CBW | Lunch meeting with R. Freeman and M. Clark regarding tasks and actions for Maine, Carlisle, Johnson and Gowdey; | 1.50  | 525.00   |
|            | HMJ | Revise form of Orders from hearings on Motion for 2004 Exam and Motion for Extension of Time. | 0.40  | 90.00    |
|            | MDC | Meet with CBW and Ralph Freeman to discuss strategies and action items regarding Carlisle and Mark Maine/Angelic matters, and review documents for various contemplated demand letters and records subpoenas (1.4); Begin deposition outline for Randall Clark Carlisle and identification of exhibits for same, and discuss need for and contents of exhibit notebook with Ralph Freeman (5.4). | 6.80  | 1,700.00 |
| 07/09/2008 | CBW | Telephone conference with R. Freeman regarding Maine's documents (0.3); telephone conference with witness regarding assets and telephone conference with R. Freeman regarding same (0.4); review of proposed orders and emails from opposing counsel (0.6); draft update memo to team regarding ~~~~~~ and email to client regarding ~~~ (1.2); | 2.50  | 875.00   |
|            | HMJ | Final revisions to Orders with comments thereto and transmittal of same to related parties(.5); Review Debtor comments/revisions and follow up with US Trustee regarding same(.3); Review comments/revisions from R. Carlisle, Jr. (.2). | 1.00  | 225.00   |
|            | MDC | Legal research on various bankruptcy issues (Carlisle) (2.2); Continue work on deposition outlines for R. Clark Carlisle and Tammy Carlisle, and exhibit identification (3.6). | 5.80  | 1,450.00 |
| 07/10/2008 | CBW | Meet with team regarding analysis of Maine documents and SEC response (0.8); draft letter to Ms. Wallner (0.5); review of email from Ms. Wallner (0.3); | 1.60  | 560.00   |
|            | MDC | Review and consult on recent correspondence between CBW and Mark Maine counsel re status and additional discovery/disclosures needed from Maine. | 0.60  | 150.00   |
| 07/11/2008 | HMJ | Analysis of respective parties' numerous revisions and comments to Orders on Motion for 2004 Exam and Motion to Extend Deadlines(.4); Revise same(.4); |       |          |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 3
07/31/2008
Client No: 911-0150M
Invoice No: 62831

|            |     |                                                                                                                                                                                                                                                                                                                                                                                  | Hours |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | Follow up with Vida regarding permission to file and other case matters(.3); Final revisions and preparation of Orders for submission(.3). | 1.40  | 315.00   |
| 07/14/2008 | MDC | Review analysis memorandum by Ralph Freeman of Mark Maine discovery/disclosure documents, and discuss same with Mr. Freeman, and review of certain Maine discovery items and identify deficient areas (3.8); Preliminary compiling of additional exhibits for August's Maine show cause hearing, and areas for follow up investigation (2.2). | 6.00  | 1,500.00 |
| 07/15/2008 | HMJ | Correspondence from Debtor's counsel regarding document request(.2); Assist parties in evaluation of means for obtaining bank statements in bankruptcy case(.3). | 0.50  | 112.50   |
|            | MDC | Phone call from Sitton counsel to discuss agreed judgment as to Kerry Sitton, and e-mail to Sitton counsel re same. | 0.50  | 125.00   |
| 07/16/2008 | MDC | Meet with RSF to discuss supplemental Carlisle document subpoenas (.5); Continue preparations for Maine show cause hearing in August (3.2). | 3.70  | 925.00   |
| 07/18/2008 | MDC | Receive and review initial settlement offer and document package from M. Maine counsel, and discuss same with Ralph Freeman (3.8); E-mail to receiver team and Tim McCole re ▓▓▓ (.7); Begin work on Carlisle bank records authorizations and attachments (1.3). | 5.80  | 1,450.00 |
| 07/19/2008 | CBW | Review of various emails regarding status of case (0.3); review of notice of appearance of First National Bank of Lipan (0.3); review and analysis of Maine offer and response to same (0.5); | 1.10  | 385.00   |
| 07/21/2008 | CBW | Review of orders approving fee applications and forward ▓▓▓▓▓▓ to client (0.5); review and analysis of pleadings received in Carlisle Bankruptcy (0.4); emails with Bill Arnold regarding ▓▓▓▓▓▓▓ (0.3); review and analysis of documents received from Maine's counsel (0.9); email with team regarding ▓▓▓▓▓ ▓▓▓▓▓ (0.5); begin working on show cause motion for Vida Maine (0.5); telephone conference with Attorney Petrocchi regarding Randall Clark's document production for next week, and email to M. Clark regarding bank forms (0.5); follow-up email to client regarding ▓▓▓▓▓▓▓▓ (0.3); review and forward financial institutions authorizations, and email to opposing counsel (0.5); | 4.40  | 1,540.00 |
|            | MDC | Work on financial records authorization forms (Randy Clyde Calisle, Randy Clark Carlisle, Tammy Calisle & Bethany Carlisle), and e-mails to/from CBW and Hudson Jobe re same and logistics of service (1.7); E-mails to/from CBW re M. Maine |       |          |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 4
07/31/2008
Client No: 911-0150M
Invoice No: 62831

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                          | Hours |          |
|------------|-----|--|-------|----------|
|            |     | offer of settlement and analysis of same, and meet with CBW to discuss same and status of various upcoming matters (1.0); Continue preparations for next week's 3 Carlisle 2004 exams (3.7). | 6.40  | 1,600.00 |
|            | HMJ | Conference with counsel for Bank of Lipan regarding issues with bankruptcy case and discovery(.3); Follow up with clerk's office regarding status of orders(.3); Calendar and calculate bankruptcy deadlines(.2); Work with counsel for Bank of Lipan, United States Trustee, and co-counsel on issues with 2004 Examination(.8); Review bankruptcy court pleadings and outline issues for 2004 examination and other matters in bankruptcy case, including dismissal, venue, discharge, and exemption issues(1.0). | 2.60  | 585.00   |
| 07/22/2008 | CBW | Emails with client regarding ~~[redacted]~~ (0.5); review of exhibit book and other materials for Maine in preparation for meeting (1.2); meet with team to prepare for upcoming 2004 examinations, and to prepare for upcoming Maine hearings (3.2); research regarding Maine hearings (0.8); work on Vida Maine show cause motion (0.9); | 6.60  | 2,310.00 |
|            | MDC | E-mails from/to Ralph Freeman, CBW, Hudson Jobe and Maine counsel S. Wallner re Maine discovery and analysis of initial Maine settlement offer, and related issues (.8); Receive/review memos from Ralph Freeman re same (.9); Meetings with CBW, Ralph Freeman and atty. Hudson Jobe to discuss strategy, discovery and bankruptcy issues and review documents relevant to Carlisle 2004 examinations next week (1.5); Work on deposition outlines for all 3 Carlisle 2004 exams (2.2). | 5.40  | 1,350.00 |
|            | HMJ | Review and analysis of documents related to upcoming depositions and initial outlining of possible areas of inquiry | 1.20  | 270.00   |
| 07/23/2008 | CBW | Emails from Attorney Petrocchi regarding Randy Clark's financial authorization (0.3); email from Sarah Wallner regarding credit report authorization (.3); draft correspondence to various banking institutions regarding Randy Clark's financial authorization (0.9); telephone conference with Ross Simmons regarding Angelic (0.3); email with Askue regarding ~~[redacted]~~ (0.2); review of Solis research (0.4); forward ~~[redacted]~~ to Askue/Hays (0.3); review and comment on fee app (0.5); work on upcoming 2004 exams (0.9); | 4.10  | 1,435.00 |
|            | MDC | E-mails from/to Maine/Angelic counsel re credit report release authorizations for Angelic and principals, and e-mail to Ralph Freeman re same (.3); Continue working on deposition outlines and document compilation/review in preparation for 3 2004 exams next week, and conferring with Ralph Freeman and CBW re same (1.0); Assist/advise with |       |          |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 5
07/31/2008
Client No: 911-0150M
Invoice No: 62831

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                           | Hours |          |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | preparation of voluminous Carlisle exhibit notebook (2.5).                                                                                                                                                                                                                                                                                                                                                | 3.80  | 950.00   |
|            | HMJ | Conference with other parties in bankruptcy case regarding Motion for 2004 Exam and related issues(.4); Prepare lengthy summary and analysis of bankruptcy claims to be pursued, outline areas of examination, and prepare exhibits related to same for deposition(2.8).                                                                                                                                  | 3.20  | 720.00   |
| 07/24/2008 | CBW | Emails with Ross Simmons (0.4); emails with clients regarding ▓▓▓▓ (0.4); work on Carlisle 2004's (1.8); begin review and analysis of Angelic's Motion to Reconsider (0.9); work on show cause motion for Vida Maine (3.2);                                                                                                                                                                                | 5.80  | 2,030.00 |
|            | MDC | Receive and begin review/analysis of Motion for Reconsideration of, and Relief from Order Finding Angelic in Contempt (1.9); Continue preparing for and assisting with document/exhibit compilation for 3 Carlisle 2004 examinations next week (2.5); Prepare document subpoena for Elliott & Waldron Abstract Co. and meet with Ralph Freeman re same (.8); Prepare document subpoenas for One Smart Tool, Inc. and Larry Cadwell, individually (.9). | 6.10  | 1,525.00 |
| 07/25/2008 | CBW | Continue working on Vida Maine show cause motion, review of documents and on--line research, and revise motion, order and declaration, and telephone conference with Sarah Wallner (5.6); telephone conference with Scott Ritcheson and K. Sitton to fact check (0.4); continue working on 2004 exam preparation of (1.2); review of documents from title company (0.5);                                   | 7.70  | 2,695.00 |
|            | MDC | Continue preparations for Carlisle 2004 examinations next week, and document review and compilation re same, and confer with CBW and Ralph Freeman re same (.4); Review final version of show cause motion against Vida Maine and comment on same (1.0).                                                                                                                                                  | 1.40  | 350.00   |
| 07/27/2008 | MDC | Final preparations and document/exhibit review prior to 2004 examination of R. Clark Carlisle, finish deposition outline, and meeting with Ralph Freeman to go over exhibits and money tracing elements.                                                                                                                                                                                                  | 5.00  | 1,250.00 |
|            | MK  | Review Defendant's motion for reconsideration and relief and attachments thereto; draft and revise response to motion for reconsideration and relief; legal research on challenges to Rule60(b) motions                                                                                                                                                                                                    | 8.00  | 1,480.00 |
| 07/28/2008 | CBW | Attend 2004 of R. Clark Carlisle, to monitor and to prepare for deposition of R. Clyde Carlisle, meet with team regarding same (7.8); review of financial institution authorizations and send out letters (12) to financial institutions for Carlisle bank account documents (1.2);                                                                                                                       | 9.00  | 3,150.00 |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 6
07/31/2008
Client No:    911-0150M
Invoice No:       62831

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | MDC | Take 2004 Examination of Randall Clark Carlisle (6.5); Review and analysis of additional documents, particularly bank notes and related items, produced by R. Clark Carlisle immediately prior to deposition (1.2). | 7.70 | 1,925.00 |
|  | HMJ | Prepare deposition analysis of bankruptcy issues and work with co-counsel and co-parties on same | 1.50 | 337.50 |
| 07/29/2008 | CBW | Telephone conference with Cheryl Barnes regarding Regions Bank production on Carlisle (0.3); review of email from Ms. Barnes and forward to counsel (0.3); review of Carlisle documents and prepare for depositions tomorrow and Thursday, meet with R. Freeman regarding same (2.6); review and analysis of motion to reconsider (1.8); | 5.00 | 1,750.00 |
|  | MDC | Prepare for 2004 Examination of Tammy Carlisle, including document review and deposition outline (4.4); Prepare document subpoenas for Porter Abstract & Title Co., Central Texas Title and Capital Title (1.4); Meet with CBW, Ralph Freeman and Matt Kita to discuss strategy with respect to Angelic Entertainment motion for reconsideration (.5). | 6.30 | 1,575.00 |
|  | MK | Conference with counsel regarding motion to reconsider; research standard of review regarding Rule 60 motions | 1.00 | 185.00 |
| 07/30/2008 | CBW | Review and analysis of Carlisle tax documents, attend and assist with 2004 exam of Tammy Carlisle and prepare for Randy Clyde Carlisle, meet with team, prepare subpoena regarding loan documents; post-meeting with team; | 9.00 | 3,150.00 |
|  | MDC | Final review for and take 2004 Examination of Tammy D. Carlisle. | 8.00 | 2,000.00 |
| 07/31/2008 | MDC | Attend deposition of R. Clyde Carlisle (3.0); E-mails from/to Sitton counsel re status of Maine/Angelic matter (.3); Receive/review California criminal court documents relating to Mark Maine's guilty plea to child sex offenses and discuss same with Ralph Freeman (.8); Receive/review Carlisle real estate records subpoenaed from both Capital Title and Central Texas Title (1.5); Meeting with CBW, Ralph Freeman and Hudson Jobe to discuss bankruptcy case strategies and action items (1.0); Receive/review documents relating to Ponzi investor Fleisner and associated transactions (.4). | 7.00 | 1,750.00 |
|  | HMJ | Analysis of information from deposition and impact upon bankruptcy strategy, including facts related to receivership property and proceeds thereof | 1.30 | 292.50 |
|  | CBW | Final preparation for Randy Carlisle exam (1.6); conduct 2004 exam of Randy Carlisle (3.2); post meeting with team regarding action plans (0.8); |  |  |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 7
07/31/2008
Client No: 911-0150M
Invoice No: 62831

|  | Hours |  |
|---|---|---|
| email with Lori Bates regarding Vida Maine issue (0.3); | 5.90 | 2,065.00 |
| For Current Services Rendered | 212.80 | 59,650.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Michael D. Clark | 104.20 | $250.00 | $26,050.00 |
| Clark B. Will | 76.20 | 350.00 | 26,670.00 |
| Hudson M. Jobe | 23.40 | 225.00 | 5,265.00 |
| Matthew Kita | 9.00 | 185.00 | 1,665.00 |

| | |
|---|---|
| Long-Distance Telephone | 5.97 |
| Parking | 6.00 |
| Travel Expenses - Clark Will to Ft. Worth, TX for hearing. | 170.83 |
| Courier Deliveries | 20.48 |
| Express Mail Service | 116.77 |
| Paid to Universal Document Solutions for outside photocopy services/Invoice #1806137QS | 246.81 |
| Travel expense for Clark Will, Mike Clark and Ralph Freeman. | 73.00 |
| Travel expense for Ralph Freeman, Hudson Jobe Clark Will and Mike Clark. | 119.00 |
| Counsel lunch during 2004 exam of Carlisle. | 75.00 |
| Paid to the Secretary of State for web inquiries | 1.00 |
| Postage | 22.29 |
| Pacer Service | 53.36 |
| Online outside service expense for legal research - Invoice No. 816248162 | 27.94 |
| Total Expenses Thru 07/31/2008 | 938.45 |
| Total Current Work | 60,588.45 |
| Balance Due | $60,588.45 |

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT