# EXHIBIT E

# BRAY & FREEMAN, L.P.  License # A07161

P.O. Box 123991  
Fort Worth, TX 76121  
Phone #  817-831-1189  
Fax #    888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2008 | 6355 |
| TIN #04-3759685 | |

**Bill To**

Quilling, Selander, Cunmiskey & Lownds  
2001 BRYAN ST. SUITE 1800  
DALLAS, TX 75201  
RE: SEC v CORRELL and TNT OFFICE SUPPLY  
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
| | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 7/1/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW; REVIEW OF MAINE & CARLISLE DOCUMENTS | 2.5 | 100.00 | 250.00 |
| 7/2/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREP FOR CARLISLE BANKRUPTCY HEARING; MEETING WITH CBW | 4 | 100.00 | 400.00 |
| 7/3/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING & TESTIMONY IN CARLISLE BANKRUPTCY HEARING IN FORT WORTH; MEETING WITH CBW RE: MAINE | 6 | 100.00 | 600.00 |
| 7/7/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF MAINE PRODUCTION & PREPARATION OF FLOW CHARTS; MEETING WITH HUDSON JOBE AND MDC RE: CARLISLE; REVIEW & PREP OF CARLISLE EXHIBIT BOOK | 5.5 | 100.00 | 550.00 |
| 7/8/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW RE: CARLISLE & MAINE DOCUMENTS; REVIEW RE: GOWDEY & JOHNSON; WORK ON CARLISLE EXHIBIT BOOK WITH MDC | 6.5 | 100.00 | 650.00 |

PLEASE MAKE CHECKS PAYABLE TO:  
BRAY & FREEMAN, L.P.  
Balance due in full upon receipt to:  
P.O. Box 123991  
Fort Worth, Tx 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone # 817-831-1189
Fax # 888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2008 | 6355 |
| TIN #04-3759685 ||

**Bill To**
Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 7/9/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE MEETING WITH CBW RE: MAINE WITNESSES, FILE PREP RE: MAINE & CARLISLE | 4 | 100.00 | 400.00 |
| 7/10/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONTINUED REVIEW OF MAINE CASH FLOW, MEETING WITH CBW & MDC | 2.5 | 100.00 | 250.00 |
| 7/14/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW & PREP OF FINDINGS RE: MAINE PRODUCTION | 7 | 100.00 | 700.00 |
| 7/15/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF MAINE PRODUCTION, ADDITIONAL INVESTIGATION, & WITNESS INTERVIEWS | 4.5 | 100.00 | 450.00 |
| 7/16/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH MDC RE: CARLISLE DOCUMENT PRODUCTION & PREP FOR MAINE SHOW CAUSE HEARING | 5 | 100.00 | 500.00 |
| 7/17/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 465 - DISCUSSION WITH INVESTIGATOR 430 RE: CARLISLE BANK STATEMENTS, MEET WITH INVESTIGATOR 430 | 1 | 50.00 | 50.00 |
| 7/18/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH MDC RE: MAINE COUNSEL OFFER | 2 | 100.00 | 200.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O. Box 123991
Fort Worth, TX 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

Page 2

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone # 817-831-1189
Fax # 888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2008 | 6355 |
| TIN #04-3759685 | |

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
| | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 7/19/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - INTERVIEW OF CARLISLE WITNESSES, REVIEW OF FINDINGS | 2.5 | 100.00 | 250.00 |
| 7/20/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREP FOR CARLISLE 2004 HEARINGS, PREP FOR MAINE SHOW CAUSE HEARING | 3.5 | 100.00 | 350.00 |
| 7/21/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF MAINE DOCUMENTS & EDITING OF CASH FLOW ANALYSIS | 4.5 | 100.00 | 450.00 |
| 7/22/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETINGS WITH JOBE & MDC RE: CARLISLE BANKRUPTCY; MEETING WITH CBW RE: MAINE EXHIBITS | 4 | 100.00 | 400.00 |
| 7/23/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - PREPARATION OF MATERIALS FOR CARLISLE 2004 HEARINGS | 9 | 35.00 | 315.00 |
| 7/23/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREP FOR CARLISLE 2004 & MAINE SHOW CAUSE HEARING, REVIEW OF EXHIBIT BOOKS | 3.5 | 100.00 | 350.00 |
| 7/24/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH MDC RE: CARLISLE & ONE SMART TOOL, INVESTIGATION RE: SAME | 4.5 | 100.00 | 450.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O.Box 123991
Fort Worth, Tx 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone # 817-831-1189
Fax # 888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2008 | 6355 |
| TIN #04-3759685 ||

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
| | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 7/24/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 440 - INVESTIGATION IN CALIFORNIA RE: MAINE FINDINGS | 10.5 | 100.00 | 1,050.00 |
| 7/24/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - PREPARATION OF MATERIALS FOR EXHIBIT NOTEBOOK TO BE USED AT CARLISLE 2004 HEARINGS | 8 | 35.00 | 280.00 |
| 7/25/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - INVESTIGATION & REVIEW OF DOCUMENTS RE: GOWDEY & JOHNSON, CONFER WITH MDC RE: CARLISLE | 5.25 | 100.00 | 525.00 |
| 7/25/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - PREPARATION OF EXHIBIT NOTEBOOK FOR CARLISLE 2004 HEARINGS | 10 | 35.00 | 350.00 |
| 7/26/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - PREPARE HEARING NOTEBOOK; MEET WITH INVESTIGATOR 430 | 4.5 | 35.00 | 157.50 |
| 7/27/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW RE: CARLISLE FLOW CHARTS & MONEY TRACING, INTERVIEW CARLISLE & SITTON INVESTORS | 7.5 | 100.00 | 750.00 |
| 7/28/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - ATTEND CARLISLE 2004 HEARINGS & REVIEW DOCUMENTS | 8.5 | 100.00 | 850.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O.Box 123991
Fort Worth, TX 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# Invoice

**BRAY & FREEMAN, L.P.** License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone # 817-831-1189
Fax # 888-528-2654

rfreeman@brayandfreeman.com

| Date | Invoice # |
|---|---|
| 7/31/2008 | 6355 |
| TIN #04-3759685 ||

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 7/28/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - FINALIZE CARLISLE HEARING NOTEBOOK | 3 | 35.00 | 105.00 |
| 7/29/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREP FOR TAMMY CARLISLE 2004 HEARING WITH CBW; MEETING WITH MDC & MATT KITA RE: ANGELIC | 6.5 | 100.00 | 650.00 |
| 7/30/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - ATTEND & ASSIST IN TAMMY CARLISLE 2004 HEARING | 8.5 | 100.00 | 850.00 |
| 7/31/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - ATTEND & ASSIST IN RANDY CARLISLE 2004 HEARING; REVIEW AND DISCUSS FINDINGS IN CALIFORNIA RE: MAINE WITH MDC | 4.5 | 100.00 | 450.00 |
| 7/31/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 145 - SURVEILLANCE & PROCESS SERVICE (LARRY CADWELL) EXPENSES | 6.75 | 50.00 | 337.50 |
| 7/23/2008 | MILEAGE | INVESTIGATOR 470 - MILEAGE | 54 | 0.65 | 35.10 |
| 7/23/2008 | MISC EXPENSE | INVESTIGATOR 470 - PARKING | 1 | 10.00 | 10.00 |
| 7/24/2008 | MILEAGE | INVESTIGATOR 470 - MILEAGE | 54 | 0.65 | 35.10 |
| 7/24/2008 | MISC EXPENSE | INVESTIGATOR 470 - PARKING | 1 | 10.00 | 10.00 |
| 7/25/2008 | MILEAGE | INVESTIGATOR 470 - MILEAGE | 54 | 0.65 | 35.10 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O.Box 123991
Fort Worth, Tx 76121

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

Page 5

# BRAY & FREEMAN, L.P. License # A07161

P.O. Box 123991
Fort Worth, TX 76121
Phone #: 817-831-1189
Fax #: 888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2008 | 6355 |
| TIN #04-3759685 ||

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 7/25/2008 | MISC EXPENSE | INVESTIGATOR 470 - PARKING | 1 | 10.00 | 10.00 |
| 7/26/2008 | MILEAGE | INVESTIGATOR 470 - MILEAGE | 34 | 0.65 | 22.10 |
| 7/30/2008 | MISC EXPENSE | SEARCH SERVICE - ONSITE RECORD SEARCH FOR MARK MAINE IN SAN DIEGO | 1 | 14.00 | 14.00 |
| 7/31/2008 | MILEAGE | INVESTIGATOR 145 - MILEAGE | 394 | 0.65 | 256.10 |
| 7/31/2008 | MILEAGE | INVESTIGATOR 430 - MILEAGE | 455 | 0.65 | 295.75 |
| 7/31/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PARKING | 1 | 30.00 | 30.00 |
| 7/31/2008 | MISC EXPENSE | INVESTIGATOR 440 - CERTIFIED COPIES | 1 | 80.00 | 80.00 |
| 7/31/2008 | MISC EXPENSE | COMPREHENSIVE REPORTS ON RANDALL CLYDE CARLISLE, RANDALL CLARK CARLISLE, CLYDE CARLISLE & TAMMY CARLISLE | 4 | 17.00 | 68.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
P.O. Box 123991
Fort Worth, Tx 76121

| | |
|---|---|
| **Subtotal** | $14,821.25 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $14,821.25 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $14,821.25 |