# EXHIBIT A

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from  5/1/2008  to  5/31/2008**

June 18, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 0.30<br>350.00/hr | 105.00 |
| **For professional services rendered** | **0.30** | **$105.00** |

CIRA - Certified Insolvency and Restructuring Advisor    CTP - Certified Turnaround Professional

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

Receiver

For the Period from   5/1/2008   to   5/31/2008

June 18, 2008

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/5/2008 SGH | Reviewed bank account reconciliation for March. | 0.10<br>350.00/hr | 35.00 |
| 5/19/2008 SGH | Reviewed and approved April invoice for Receiver and Accountants and Financial Consultants to Receiver. | 0.20<br>350.00/hr | 70.00 |
| | For professional services rendered | 0.30 | $105.00 |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

## Receiver

For the Period from 6/1/2008 to 6/30/2008

July 08, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 0.50 350.00/hr | 175.00 |
| **For professional services rendered** | **0.50** | **$175.00** |

CIRA - Certified Insolvency and Restructuring Advisor     CTP - Certified Turnaround Professional

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from 6/1/2008 to 6/30/2008**

July 08, 2008

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 6/18/2008 SGH | Reviewed and approved May fee invoices. | 0.20<br>350.00/hr | 70.00 |
| 6/23/2008 SGH | Reviewed issues regarding foreclosure on a property in the Global matter. Drafted note to Scott Askue regarding same. | 0.30<br>350.00/hr | 105.00 |
|  | **For professional services rendered** | **0.50** | **$175.00** |

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from 7/1/2008 to 7/31/2008**

August 11, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 0.80 350.00/hr | 280.00 |
| **For professional services rendered** | **0.80** | **$280.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from  7/1/2008  to  7/31/2008**

August 11, 2008

Professional Services

|  | Hours | Amount |
|---|---|---|
| Case Administration | 0.30 | 105.00 |
| Fee / Employment Applications | 0.50 | 175.00 |
| **For professional services rendered** | **0.80** | **$280.00** |

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from 7/1/2008 to 7/31/2008**

August 11, 2008

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
|  | **Case Administration** |  |  |  |
| 7/25/2008 SGH | Reviewed and signed monthly bank reconciliation. |  | 0.30<br>350.00/hr | 105.00 |
|  | Subtotal |  | 0.30 | 105.00 |
|  | **Fee / Employment Applications** |  |  |  |
| 7/9/2008 SGH | Reviewed, edited and approved May fee invoices. |  | 0.20<br>350.00/hr | 70.00 |
| 7/21/2008 SGH | Reviewed court order and signed checks for payment of fees. |  | 0.30<br>350.00/hr | 105.00 |
|  | Subtotal |  | 0.50 | 175.00 |
|  | **For professional services rendered** |  | **0.80** | **$280.00** |