# EXHIBIT B

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

### Accountants and Financial Consultants to the Receiver
For the Period from 5/1/2008 to 5/31/2008

June 18, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| K. Shelby Bao | 23.60 150.00/hr | 3,540.00 |
| M. Lindsay Dukes | 0.20 75.00/hr | 15.00 |
| Scott S. Askue, CIRA | 29.30 240.00/hr | 7,032.00 |
| Shuwanda Y. Sloane, CFE | 3.00 120.00/hr | 360.00 |
| **For professional services rendered** | **56.10** | **$10,947.00** |

Additional Charges :

| | |
|---|---:|
| Fax | 1.50 |
| Pacer Charges | 4.88 |
| Postage | 0.41 |
| **Total costs** | **$6.79** |
| **Total amount of this bill** | **$10,953.79** |

---

CCE - Certified Computer Examiner
CFE - Certified Fraud Examiner
CIRA - Certified Insolvency and Restructuring Advisor

CPA - Certified Public Accountant
CTP - Certified Turnaround Professional
PHR - Professional in Human Resources

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

---

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from   5/1/2008   to   5/31/2008**

June 18, 2008

Professional Services

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2008 | SYS | Telephone calls to and from Bank of America and Wells Fargo regarding requested banking documents per issued subpoenas and prepared additional listing and forwarded to same as requested. | 0.30 120.00/hr | 36.00 |
| | SSA | Telephone call from Anne Rogers regarding Platinum Investments transactions. Reviewed for information regarding same. | 0.80 240.00/hr | 192.00 |
| 5/2/2008 | SYS | Telephone calls to and from Wells Fargo and JP Morgan Chase banks regarding the request for banking documents per issued subpoenas. Prepared listing of documents to be requested and forwarded same as necessary. | 0.50 120.00/hr | 60.00 |
| | SYS | Continued to request banking documents from various banks as needed for funds tracing process. | 0.50 120.00/hr | 60.00 |
| 5/13/2008 | SSA | Reviewed and edited fee invoice for April 2008. | 0.60 240.00/hr | 144.00 |
| | MLD | Drafted an email to website designer regarding posting case documents on Receiver's website. | 0.20 75.00/hr | 15.00 |
| | SSA | Telephone call from Bill Arnold regarding ▇▇▇▇▇. Drafted email to Mr. Arnold regarding ▇▇▇. Discussed subpoenaed bank records with Shuwanda Sloane. | 0.80 240.00/hr | 192.00 |
| 5/14/2008 | KSB | Prepared final bill for the Receiver for April 2008. | 0.20 150.00/hr | 30.00 |
| | SYS | Reviewed email from Nicole Chupp regarding ▇▇▇▇▇ and followed up with same as necessary. | 0.20 120.00/hr | 24.00 |
| 5/15/2008 | KSB | Prepared final bill for HFC for April 2008. | 0.20 150.00/hr | 30.00 |
| | SSA | Reviewed bank records received in response to subpoena. Met with Shelby Bao regarding same. Prepared report of additional documents expected. | 0.50 240.00/hr | 120.00 |
| | SYS | Telephone calls to and from Shirley Prisco of Wells Fargo regarding requested banking documents and followed up with Nicole Chupp of Troutman Sanders as necessary | 0.40 120.00/hr | 48.00 |

**SEC v. Global Finance et al.**

Page

Page 2

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/15/2008 | KSB | Reviewed bank statements and documents provided by banks in response to request for banking information. Updated funds tracing database with information from same. | 2.60 150.00/hr | 390.00 |
| 5/16/2008 | KSB | Continued reviewing bank statements and documents provided by banks in response to request for banking information. Updated funds tracing database with information from same. | 2.60 150.00/hr | 390.00 |
| | SSA | Addressed issues with banking transactions and recording of same. | 0.20 240.00/hr | 48.00 |
| | KSB | Continued reviewing bank statements and documents provided by banks in response to request for banking information. Updated funds tracing database with information from same. | 2.70 150.00/hr | 405.00 |
| | SSA | Researched for information relating to HOPR, transactions with and loan to same. | 2.30 240.00/hr | 552.00 |
| | SSA | Prepared report of bank records subpoenaed to compare to records received. | 0.30 240.00/hr | 72.00 |
| 5/19/2008 | KSB | Reviewed bank statements and documents provided by banks in response to request for banking information. Updated funds tracing database with information from same. | 3.00 150.00/hr | 450.00 |
| | KSB | Continued to review bank statements and documents provided by banks in response to request for banking information. Updated funds tracing database with information from same. | 2.30 150.00/hr | 345.00 |
| | SSA | Research regarding HOPR and Dippolito involvement and transactions. Prepared reports of same. | 1.80 240.00/hr | 432.00 |
| 5/20/2008 | KSB | Continued reviewing bank statements and documents provided by banks in response to request for banking information. Updated funds tracing database with information from same. | 2.00 150.00/hr | 300.00 |
| | SSA | Reviewed transactions for April 2008 and verified to ledger and bank statements. | 0.30 240.00/hr | 72.00 |
| | SSA | Reviewed email from Lance Alford regarding ▓▓▓▓. Researched for information relating to Hillsboro Financial. Drafted email to Lance Alford regarding ▓▓▓. Telephone call from Bill Arnold regarding ▓▓▓. | 1.00 240.00/hr | 240.00 |
| | KSB | Reviewed bank statements and documents provided by banks in response to request for banking information. Updated funds tracing database with information from same. | 3.00 150.00/hr | 450.00 |
| 5/21/2008 | SSA | Telephone call from Ann Rogers of public defender's office. Prepared documents requested by same. Drafted email to David Dantzler regarding ▓▓▓ | 2.50 240.00/hr | 600.00 |
| 5/22/2008 | SSA | Reviewed subpoenaed documents from JP Morgan. | 0.30 240.00/hr | 72.00 |
| 5/23/2008 | SYS | Telephone call to and from attorney Rich Levin regarding his clients Swarovski and Piedra and their investment with Level Par. | 0.20 120.00/hr | 24.00 |
| 5/27/2008 | SSA | Researched for information relating to payments to HOPR and HOPR's involvement. | 2.70 240.00/hr | 648.00 |
| | SSA | Updated funds flow and transaction details with additional information. Prepared various reports of same. | 2.80 240.00/hr | 672.00 |
| | SSA | Reviewed write up of Southomes transactions. | 0.30 240.00/hr | 72.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/28/2008 | SYS | Reviewed banking documents forwarded per issued subpoenas and followed up with various financial institutions as necessary. | 0.50 120.00/hr | 60.00 |
|  | SSA | Reviewed transactions with William Dippolito. Prepared chart of payments to same. Reviewed documents regarding same. | 2.70 240.00/hr | 648.00 |
|  | SSA | Updated funds tracing database with additional transaction details from Wells Fargo. Updated request for additional transaction details. | 1.00 240.00/hr | 240.00 |
|  | SSA | Reviewed fee application. Drafted email to Bill Arnold regarding ▓▓▓. | 0.30 240.00/hr | 72.00 |
| 5/29/2008 | KSB | Reviewed and reconciled investor claims. Updated investor database with information from same. Discussed issues with Scott Askue regarding same. | 2.00 150.00/hr | 300.00 |
|  | SSA | Reviewed available bank records and information available in database. Updated report of same. Coded additional transaction information for reporting. Investigated payments to select individuals and companies. | 2.20 240.00/hr | 528.00 |
| 5/30/2008 | KSB | Reviewed and reconciled investor claims. Updated investor database with information from same. Discussed issues with Scott Askue regarding same. | 3.00 150.00/hr | 450.00 |
|  | SSA | Reviewed Southomes bank records received for transactions of interest. | 1.70 240.00/hr | 408.00 |
|  | SSA | Researched for information on Southomes and related parties. | 2.70 240.00/hr | 648.00 |
|  | SSA | Continued research for information on Southomes and related parties. Drafted summary of findings and course of action. | 1.30 240.00/hr | 312.00 |
|  | SSA | Reviewed email from Nicole Crupp regarding ▓▓▓ ▓▓▓▓▓▓▓ | 0.20 240.00/hr | 48.00 |
|  | SYS | Telephone call to and from Shirley Priscon of Wells Fargo regarding requested banking documents and followed up with Nicole Chupp of Troutman Sanders regarding ▓▓▓. | 0.40 120.00/hr | 48.00 |

|  |  |
|---|---|
| For professional services rendered | 56.10  $10,947.00 |

Additional Charges :

| | |
|---|---|
| 5/2/2008 Pacer on-line charges for period ended 3/31/08 | 4.88 |
| 5/31/2008 Fax charges for May 2008. | 1.50 |
| Postage costs for May 2008. | 0.41 |
| **Total costs** | **$6.79** |

| | |
|---|---|
| **Total amount of this bill** | **$10,953.79** |

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

### Accountants and Financial Consultants to the Receiver
### For the Period from 6/1/2008 to 6/30/2008

July 09, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| J. Colt Conner, CFE | 1.00 100.00/hr | 100.00 |
| K. Shelby Bao | 1.40 150.00/hr | 210.00 |
| Scott S. Askue, CIRA | 11.40 240.00/hr | 2,736.00 |
| Shuwanda Y. Sloane, CFE | 2.20 120.00/hr | 264.00 |
| **For professional services rendered** | **16.00** | **$3,310.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 6.75 |
| Lexis | 20.46 |
| Miscellaneous | 60.00 |
| Postage | 0.42 |
| **Total costs** | **$87.63** |
| **Total amount of this bill** | **$3,397.63** |

---

CCE - Certified Computer Examiner        CPA - Certified Public Accountant
CFE - Certified Fraud Examiner           CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor    PHR - Professional In Human Resources

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

## Accountants and Financial Consultants to the Receiver

For the Period from 6/1/2008 to 6/30/2008

July 09, 2008

Professional Services

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2008 | SSA | Reviewed bank records received to date. Updated spreadsheet of additional information needed. | 1.10 240.00/hr | 264.00 |
| | SYS | Reviewed listing of requested banking documents and forwarded same to various banks as necessary. | 0.50 120.00/hr | 60.00 |
| | SSA | Drafted email to Harrilee Cheshire regarding ███. Drafted email to Lance Alford regarding ███ Reviewed follow up emails on same. | 0.60 240.00/hr | 144.00 |
| 6/4/2008 | SYS | Reviewed listing of banking documents to be requested and forwarded same to subpoena processing departments for Wells Fargo and Washington Mutual and discussed ███ with Scott Askue and Nicole Chupp. | 0.70 120.00/hr | 84.00 |
| | SSA | Reviewed funds tracing database. Researched for and updated missing transaction information. Prepared reports of additional transaction information to subpoena. | 2.50 240.00/hr | 600.00 |
| 6/5/2008 | SSA | Prepared transaction classification summary report. Updated coding as necessary. | 2.70 240.00/hr | 648.00 |
| | SSA | Prepared and compared Sterling Meridian investor report to funds tracing database to determine if all investors have been contacted. | 0.80 240.00/hr | 192.00 |
| 6/10/2008 | SSA | Reviewed transaction involving Nevada Sentry. Drafted email to Harrilee Cheshire regarding ███ | 0.50 240.00/hr | 120.00 |
| | SYS | Telephone call from investors inquiring about the status of the investigation and followed up with same as necessary. | 0.20 120.00/hr | 24.00 |
| 6/11/2008 | SYS | Reviewed email from Harrilee Cheshire regarding ███ and ███ and followed up with ███ as necessary and discussed ███ with Scott Askue. | 0.40 120.00/hr | 48.00 |
| 6/13/2008 | SSA | Updated case management list. Drafted emails to Bill Arnold and Harrilee Cheshire regarding ███ | 0.60 240.00/hr | 144.00 |
| | SSA | Drafted email to Bill Arnold regarding ███ | 0.10 240.00/hr | 24.00 |
| | KSB | Reviewed and reconciled investor claims. Updated investor database with information from same. Discussed issues with Scott Askue regarding same. | 1.00 150.00/hr | 150.00 |
| 6/17/2008 | SSA | Reviewed invoice for May and finalized invoice. | 0.70 240.00/hr | 168.00 |

| SEC v. Global Finance et al. | | | Page | 2 |
| --- | --- | --- | ---: | ---: |
| | | | Hrs/Rate | Amount |
| 6/18/2008 SSA | Reviewed Troutman Sanders invoice for May. | | 0.20 240.00/hr | 48.00 |
| KSB | Prepared final bills for HFC and Receiver for May 2008. | | 0.40 150.00/hr | 60.00 |
| SYS | Telephone calls to several banks to follow up on requested banking documents per issued subpoenas. | | 0.40 120.00/hr | 48.00 |
| 6/19/2008 SSA | Drafted email to Bill Arnold regarding ▬ | | 0.10 240.00/hr | 24.00 |
| SSA | Reviewed email from Bill Arnold regarding ▬ ▬ Researched same and drafted email to Mr. Arnold regarding ▬ | | 0.50 240.00/hr | 120.00 |
| 6/20/2008 SSA | Drafted email to Bill Arnold regarding ▬ ▬ | | 0.20 240.00/hr | 48.00 |
| 6/23/2008 JCC | Reviewed claims administration process with Scott Askue. | | 0.20 100.00/hr | 20.00 |
| JCC | Reviewed claims and updated claims database accordingly. | | 0.80 100.00/hr | 80.00 |
| 6/24/2008 SSA | Reviewed complaint against Charles Davis relating to NJ property. Drafted email to Bill Arnold regarding ▬ | | 0.30 240.00/hr | 72.00 |
| 6/30/2008 SSA | Telephone call from Bill Arnold regarding ▬ ▬ Drafted emails regarding same. | | 0.30 240.00/hr | 72.00 |
| SSA | Reviewed email from and drafted email to Lance Alford regarding ▬ | | 0.20 240.00/hr | 48.00 |
| | **For professional services rendered** | | **16.00** | **$3,310.00** |

Additional Charges :

| | | |
| --- | --- | ---: |
| 6/11/2008 | Lexis Nexis for period ending 5/31/08 | 20.46 |
| 6/24/2008 | Copying cost - GSCCCA for period ended 5/31/08 | 2.25 |
| 6/30/2008 | Postage cost for June 2008. | 0.42 |
| | Website maintenance 4/17/08 - 6/25/08 | 60.00 |
| | Copying cost for June 2008. | 4.50 |
| | **Total costs** | **$87.63** |
| | **Total amount of this bill** | **$3,397.63** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**
**For the Period from 7/1/2008 to 7/31/2008**

August 11, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 6.90<br>350.00/hr | 2,415.00 |
| **For professional services rendered** | **6.90** | **$2,415.00** |

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

For the Period from   7/1/2008   to   7/31/2008

August 11, 2008

Professional Services

|  | Hours | Amount |
|---|---|---|
| Accounting | 0.40 | 140.00 |
| Case Administration | 0.70 | 245.00 |
| Fee / Employment Applications | 0.50 | 175.00 |
| Litigation Consulting | 5.30 | 1,855.00 |
| **For professional services rendered** | **6.90** | **$2,415.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

---

**SEC v. Travis Correll et al**
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

Receiver

For the Period from 7/1/2008 to 7/31/2008

August 11, 2008

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **Accounting** | | | |
| 7/3/2008 SGH | | Reviewed bank account transactions and bank reconciliations. | 0.40 350.00/hr | 140.00 |
| | | Subtotal | 0.40 | 140.00 |
| | **Case Administration** | | | |
| 7/22/2008 SGH | | Reviewed and responded to emails from Clark Will regarding pending matters. | 0.20 350.00/hr | 70.00 |
| 7/25/2008 SGH | | Reviewed and signed monthly bank reconciliation. Reviewed investment of funds of estate. | 0.30 350.00/hr | 105.00 |
| SGH | | Reviewed and responded to emails from counsel. | 0.20 350.00/hr | 70.00 |
| | | Subtotal | 0.70 | 245.00 |
| | **Fee / Employment Applications** | | | |
| 7/9/2008 SGH | | Reviewed May invoices and approved. | 0.20 350.00/hr | 70.00 |
| 7/21/2008 SGH | | Reviewed order and signed checks to pay for April fees. | 0.30 350.00/hr | 105.00 |
| | | Subtotal | 0.50 | 175.00 |
| | **Litigation Consulting** | | | |
| 7/3/2008 SGH | | Telephone calls from and to Tim Rank. Telephone call to Mark King. Discussed issues with Scott Askue. Reviewed and responded to emails from Tim Rank. | 0.40 350.00/hr | 140.00 |
| 7/7/2008 SGH | | Reviewed the $45,000 legal bill from Quilling, Selander for June. Telephone call to Clark Will regarding status of case and pending recoveries including Mark Maine and possible recovery in that case. | 0.50 350.00/hr | 175.00 |
| 7/9/2008 SGH | | Reviewed email from Clark Will regarding ▬▬▬. Reviewed information regarding Midkiff trial. | 0.40 350.00/hr | 140.00 |
| 7/10/2008 SGH | | Reviewed proposed settlement agreement for $500,000 with Element Payment Systems. Drafted email to Scott Askue and Bill Arnold regarding ▬▬▬▬▬. | 0.80 350.00/hr | 280.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **SEC v. Travis Correll et al** | | | Page | 2 |
| 7/15/2008 SGH | Reviewed and edited the Element Payment Systems settlement agreement. | | 0.40 350.00/hr | 140.00 |
| 7/21/2008 SGH | Reviewed correspondence from Clark Will regarding ▓▓▓▓▓▓▓▓▓▓▓▓. Reviewed settlement offer and drafted email regarding same. Drafted email to Scott Askue and David Dantzler. | | 0.60 350.00/hr | 210.00 |
| 7/22/2008 SGH | Reviewed and responded to emails from Tim Rank regarding subpoena. Researched information. Reviewed and responded to emails from Scott Askue, David Dantzler and Tim Rank. Reviewed reports, emails and press releases and drafted numerous emails to Tim Rank regarding the ongoing Midkiff trial. | | 2.00 350.00/hr | 700.00 |
| 7/23/2008 SGH | Reviewed and responded to emails from Clark Will. | | 0.20 350.00/hr | 70.00 |
| | Subtotal | | 5.30 | 1,855.00 |
| | **For professional services rendered** | | **6.90** | **$2,415.00** |