# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 06/17/08 |
| Attn: Mr. S. Gregory Hays | Submitted by | J D Dantzler |
| 3343 Peachtree Road, N.E. | Direct Dial | 404-885-3314 |
| Suite 200 | Invoice No. | 920312 |
| Atlanta, GA 30326 | File No. | 033287.000007 |

RE: Receiver - Global Finance & Investments, Inc., et. al

| | |
|---|---|
| Fees for Professional Services Rendered Through 05/31/08 | $10,049.07 |
| Costs and Expenses Through 05/31/08 | $963.38 |
| **Total Amount of This Invoice** | **$11,012.45** |

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 05/01/08 | HC | Review correspondence from Bank of America regarding Shamakha Davis; telephone call to Bank of America and S. Askue regarding ▇▇▇ conference with N. Chupp regarding ▇▇▇ | 0.4 | 104.50 |
| 05/01/08 | WNC | Conference with H. Cheshire regarding ▇▇▇ conference with H. Cheshire and subsequent correspondence with S. Sloane, B. Arnold, and S. Askue regarding ▇▇▇ | 0.8 | 60.80 |
| 05/01/08 | SRD | Research ▇▇▇ for Nicole Chupp; conference regarding same | 0.6 | 45.60 |
| 05/02/08 | MRA | Returned telephone call from Mr. Massaman; email correspondence with Kathy Malek regarding ▇▇▇ | 0.1 | 31.35 |
| 05/05/08 | DLA | Meet with Bill Arnold regarding ▇▇▇ | 0.3 | 49.88 |
| 05/05/08 | MRA | Email correspondence with Krista Marino regarding ▇▇▇ review and revise same | 0.3 | 94.05 |
| 05/05/08 | SRD | Research ▇▇▇ for Bill Arnold | 0.1 | 7.60 |
| 05/06/08 | DLA | Meet with David Dantzler regarding ▇▇▇ and discuss ▇▇▇ prepare notes for Clark interview; telephone conversation with Timothy McCole, SEC, regarding William Clark and JTA Enterprises; meet with Sybil Davis and ▇▇▇; review deposition transcript of C.R. Davis | 3.3 | 548.63 |
| 05/06/08 | MRA | Review and revise third fee application; conference with Harrilee Cheshire regarding ▇▇▇ email correspondence with Timothy McCole regarding fee application; conference with Lance Alford regarding ▇▇▇; telephone conference with Scott Askue regarding ▇▇▇ telephone call from Mr. Massman in response to our subpoena; telephone call from Bank of America regarding subpoenas; telephone conference with Michael Chazen | 0.8 | 250.80 |
| 05/06/08 | KLA | Research and analyze case and statutory law regarding audio recording of conversations in California; draft email to Lance Alford and David Dantzler regarding ▇▇▇ | 0.4 | 87.40 |
| 05/06/08 | HC | Assist in preparation for L. Alford's efforts regarding ▇▇▇ conferences with B. Arnold regarding ▇▇▇ | 0.8 | 209.00 |
| 05/06/08 | WNC | Research ▇▇▇ per B. | 0.2 | 15.20 |

IN ACCOUNT WITH

Invoice Date 06/17/08
Invoice Number 920312
File No. 033287.000007
Page 3

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | Arnold request | | |
| 05/06/08 | JDD | Several conferences with L. Alford regarding ████ ████ telephone conference with S. Askue and L. Alford regarding ████ e-mail correspondence with Receiver Team regarding ████ | 1.1 | 509.85 |
| 05/06/08 | SRD | Access and review Global Finance database for information helpful to Lance Alford's investigation of ████ | 4.0 | 304.00 |
| 05/07/08 | DLA | Continue review of relevant records in preparation for interview with William Clark; travel to Denville, New Jersey in an attempt to locate and interview William Clark; telephone conversation with Timothy McCole regarding efforts to locate William Clark; telephone conversation with Toni at Markas Financial regarding William Clark's whereabouts; provide update to David Dantzler | 13.4 | 2,227.75 |
| 05/07/08 | MRA | Review and revise third fee application | 0.2 | 62.70 |
| 05/07/08 | JDD | Telephone conference with L. Alford regarding ████ | 0.5 | 231.75 |
| 05/07/08 | SRD | Edit and review email correspondence to Lance Alford; forward information pertaining to William Clark for review | 0.3 | 22.80 |
| 05/08/08 | DLA | Conduct additional research in effort to confirm location of William Clark; travel to Taylors, South Carolina and locate and interview William Clark; return from South Carolina | 11.2 | 1,862.00 |
| 05/08/08 | MRA | File third fee application; telephone calls to Mr. Massman and Mike Chazen | 0.3 | 94.05 |
| 05/08/08 | WNC | Follow-up correspondence with B. Arnold regarding ████ | 0.1 | 7.60 |
| 05/08/08 | JDD | Telephone conference with L. Armstrong regarding W. Clark interview | 0.8 | 370.80 |
| 05/12/08 | DLA | Meet with Bill Arnold and provide update regarding ████ | 0.5 | 83.13 |
| 05/12/08 | MRA | Fielded multiple telephone calls from Bank of America representative in response to our subpoenas | 0.2 | 62.70 |
| 05/13/08 | MRA | Telephone call to Mr. Massman following up on subpoena for records; email correspondence to Kathy Malek regarding ████ email correspondence with Scott Askue regarding ████ conference with Nicole Chupp regarding ████ | 0.8 | 250.80 |
| 05/13/08 | WNC | Correspondence with H. Cheshire and B. Arnold regarding ████ | 0.2 | 15.20 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 06/17/08
Invoice Number 920312
File No. 033287.000007
Page 4

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 05/14/08 | MRA | Email correspondence with Shuwanda Sloane and Nicole Chupp regarding ▮; conference with Nicole Chupp regarding ▮ | 0.3 | 94.05 |
| 05/14/08 | HC | Email correspondence regarding Sterling Meridian and W. Clark | 0.3 | 78.38 |
| 05/14/08 | WNC | Review and organize 4/17/08 Bank of America production, 4/28/08 Wachovia Bank production, and 4/29/08 Washington Mutual production into existing case records; update case freeze letter/subpoena chart to reflect details of same; draft cover letter regarding ▮ and forward copies of production to S. Askue for ▮; conference with B. Arnold regarding ▮ follow-up correspondence with S. Sloane and Shirley Prisco regarding ▮ follow-up correspondence with Bessie at Bank of America regarding 4/28/08 subpoena of Southomes, Inc. accounts | 3.3 | 250.80 |
| 05/15/08 | DLA | Review notes of interview with William Clark and begin preparation of interview memorandum | 1.6 | 266.00 |
| 05/15/08 | MRA | Email correspondence from Shuwanda Sloane regarding ▮ | 0.1 | 31.35 |
| 05/16/08 | WNC | Finalize cover letters to Bank of America and Washington Mutual regarding payment for recent productions; research regarding W. Clark's former counsel, Janvey and Bachner; forward findings to H. Cheshire for ▮ per request | 0.5 | 38.00 |
| 05/16/08 | SRD | Follow up on Harrilee Cheshire's request to ▮ via Concordance database | 0.3 | 22.80 |
| 05/20/08 | DLA | Review and respond to e-mail messages from Scott Askue regarding ▮ review interview notes relating to William Clark interview | 0.4 | 66.50 |
| 05/20/08 | MRA | Review and analysis of email correspondence from Scott Askue and Lance Alford regarding ▮ telephone conference with Scott Askue regarding ▮ | 0.3 | 94.05 |
| 05/21/08 | MRA | Review of chart of subpoenas sent to possible leads to outstanding funds that belong to the Receivership Estate | 0.3 | 94.05 |
| 05/22/08 | MRA | Email correspondence with Scott Askue regarding ▮ | 0.1 | 31.35 |
| 05/23/08 | MRA | Email correspondence with Harrilee Cheshire regarding ▮; review and revise fee application; review of invoices supporting same | 0.5 | 156.75 |
| 05/27/08 | MRA | Email correspondence with Scott Askue and Nicole Chupp | 1.1 | 344.85 |

IN ACCOUNT WITH

Invoice Date 06/17/08
Invoice Number 920312
File No. 033287.000007
Page 5

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | regarding ▓▓▓▓ review and revise fee application; review of invoices supporting same; email correspondence to Hays Financial Consulting regarding ▓▓▓; review and analysis of spreadsheet from Scott Askue showing ▓▓▓ | | |
| 05/27/08 | HC | Revise fee application | 0.6 | 156.75 |
| 05/27/08 | WNC | Review 5/22/08 Bank of America subpoena response regarding Southomes, Inc. account; summarize details of ▓▓▓ and forward to H. Cheshire, B. Arnold, and S. Askue for review; update case freeze letter/subpoena chart to reflect details of same | 2.5 | 190.00 |
| 05/28/08 | MRA | Email correspondence with Scott Askue regarding ▓▓▓ email correspondence to Securities and Exchange Commission regarding fee application approval; review and analysis of email correspondence from Scott Askue regarding ▓▓▓ | 0.3 | 94.05 |
| 05/29/08 | MRA | Revise fee application | 0.2 | 62.70 |
| 05/29/08 | WNC | Begin review 5/28/08 Bank of America subpoena response regarding Nevada Sentry Services Corp. account; begin summary of details of same | 1.7 | 129.20 |
| 05/30/08 | MRA | Email correspondence with Harrilee Cheshire regarding ▓▓▓; email correspondence with Scott Askue regarding ▓▓▓ email correspondence to Hays Financial Consulting team regarding ▓▓▓ | 0.2 | 62.70 |
| 05/30/08 | WNC | Complete review of Nevada Sentry Services Corp. production and summary of same; arrange for ▓▓▓ of ▓▓▓ and proper service to S. Askue; conference with H. Cheshire regarding ▓▓▓ | 2.3 | 174.80 |
| | | Totals | 58.6 | 10,049.07 |

IN ACCOUNT WITH

Invoice Date 06/17/08
Invoice Number 920312
File No. 033287.000007
Page 6

## TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

### TIMEKEEPER TIME SUMMARY THROUGH 05/31/08

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| DLA | Alford | 30.7 | 166.25 | 5,103.89 |
| MRA | Arnold | 6.1 | 313.50 | 1,912.35 |
| KLA | Atkinson | 0.4 | 218.50 | 87.40 |
| HC | Cheshire | 2.1 | 261.25 | 548.63 |
| WNC | Chupp | 11.6 | 76.00 | 881.60 |
| JDD | Dantzler | 2.4 | 463.50 | 1,112.40 |
| SRD | Davis | 5.3 | 76.00 | 402.80 |

### FOR COSTS AND EXPENSES INCURRED THROUGH 05/31/08

| Date | Description | Amount |
|---|---|---|
| 05/06/08 | Computer Research – ATKINSON, KELLY - 05/06/2008- LEXIS | 4.07 |
| 05/15/08 | Copy Charges – PAYEE: Bank of America, N.A.; REQUEST#: 222757; DATE: 5/15/2008. Copies of account statements as subpoenaed by M. Lu | 39.49 |
| 05/15/08 | Copy Charges – PAYEE: Washington Mutual Bank; REQUEST#: 222759; DATE: 5/15/2008. Copies of account statements as subpoenaed by M. Lu | 58.80 |
| 04/30/08 | Professional Services – VENDOR: Accurint; INVOICE#: 111717020080430; DATE: 4/30/2008 - Services 4/08 | 80.77 |
| 05/29/08 | Travel Expenses – PAYEE: The Alford Group Inc; REQUEST#: 224330; DATE: 5/29/2008. Travel related expenses | 773.25 |
| 05/30/08 | Travel Expenses – PAYEE: Andrea Tatum, Petty Cash; REQUEST#: 224592; DATE: 5/30/2008. Parking at client's office 4/23&28/08 - D.Dantzler | 7.00 |
|  | Total: | 963.38 |

Total Fees & Costs: $11,012.45

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

BILLING INQUIRIES:
(404) 885-2508

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

| | |
|---|---|
| Invoice Date | 07/24/08 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 928637 |
| File No. | 033287.000007 |

RE: Receiver - Global Finance & Investments, Inc., et. al

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/02/08 | $4,323.00 |
| Costs and Expenses Through 07/02/08 | $1,968.44 |
| **Total Amount of This Invoice** | **$6,291.44** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 07/24/08
Invoice Number 928637
File No. 033287.000007
Page 2

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/02/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 05/30/08 | HC | E-mail correspondence regarding outstanding issues; conference with N. Chupp regarding ▮ | 0.2 | 52.25 |
| 06/02/08 | WNC | Revise 5/30/08 summary regarding Nevada Sentry Services, Corp. production to include additional transactional details per H. Cheshire inquiries; business entity research concerning Murray Wilkening, PC, Funding Services Corp., and POF Capital LLC; forward details of ▮ to H. Cheshire for review | 1.6 | 121.60 |
| 06/03/08 | DLA | Conduct additional research in effort to locate contact information for William Clark; telephone conversation with Tom McMenamin, Florida private investigator conducting investigation for Clark; telephone conversation with Glenn Maske regarding records of Sterling Meridian; draft several e-mail messages to Harrilee Cheshire and to Scott Askue regarding ▮ | 3.0 | 498.75 |
| 06/03/08 | MRA | Review and analysis of email correspondence from Lance Alford regarding ▮; email correspondence with Scott Askue regarding ▮ email correspondence with Scott Askue regarding ▮ | 0.3 | 94.05 |
| 06/03/08 | HC | Telephone and email communication regarding Sterling Meridian documents from Mr. Egan | 0.4 | 104.50 |
| 06/04/08 | MRA | Email correspondence with Shuwanda Sloane regarding ▮ | 0.1 | 31.35 |
| 06/05/08 | DLA | Continue attempts to locate telephone number for Bill Clark; draft letter to Clark regarding obtaining business records | 0.8 | 133.00 |
| 06/05/08 | HC | Conference with N. Chupp regarding ▮ analysis of funds flow reflected in Bank of America documents; email S. Askue regarding ▮ | 0.6 | 156.75 |
| 06/05/08 | WNC | Conference with H. Cheshire regarding ▮ | 0.5 | 38.00 |
| 06/05/08 | WNC | Additional research regarding 10/18/06 transaction of Nevada Sentry Corporation in Wells Fargo production; research in Concordance database regarding ▮ per H. Cheshire request | 1.3 | 98.80 |
| 06/09/08 | MRA | Email correspondence with Scott Askue regarding ▮ | 0.2 | 62.70 |
| 06/10/08 | MRA | Review and analysis of correspondence and documents from WP Massman; email correspondence to Scott Askue | 0.2 | 62.70 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 07/24/08
Invoice Number 928637
File No. 033287.000007
Page 3

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/02/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | regarding ▮ | | |
| 06/10/08 | HC | Review documents produced by Massaman and Bank of America | 0.3 | 78.38 |
| 06/11/08 | HC | Conference with N. Chupp regarding ▮ | 0.1 | 26.13 |
| 06/11/08 | WNC | Follow-up correspondence with H. Cheshire regarding ▮ | 0.2 | 15.20 |
| 06/12/08 | MRA | Email correspondence with Harrilee Cheshire regarding ▮ | 0.1 | 31.35 |
| 06/12/08 | HC | Conference and email regarding Bank of America and Massaman documents | 0.3 | 78.38 |
| 06/13/08 | MRA | Email correspondence with Scott Askue regarding ▮ email correspondence with Nicole Chupp regarding ▮ review and analysis of email correspondence from Scott Askue and Lance Alford regarding ▮ | 0.2 | 62.70 |
| 06/13/08 | HC | Conference with N. Chupp and email correspondence regarding ▮ | 0.6 | 156.75 |
| 06/13/08 | WNC | Telephone call with Bank of America Legal Department to confirm subpoena service address for a Missouri account; draft ▮ regarding ▮ per S. Askue request; revise ▮ per H. Cheshire edits and arrange for proper service of same; update case freeze letter and subpoena chart to reflect recent activity; research ▮ per S. Askue and H. Cheshire request; conference with H. Cheshire regarding ▮ | 3.8 | 288.80 |
| 06/17/08 | MRA | Review of ▮ with David Dantzler | 0.4 | 125.40 |
| 06/18/08 | MRA | Telephone conference from Antonoitte Green with Bank of America regarding our subpoena; email correspondence with Nicole Chupp regarding ▮ | 0.1 | 31.35 |
| 06/18/08 | HC | Prepare for status conference | 0.2 | 52.25 |
| 06/18/08 | WNC | Follow-up telephone communication with A. Greene at Bank of America regarding limiting scope of Tim Dixon account subpoena | 0.4 | 30.40 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 07/24/08
Invoice Number 928637
File No. 033287.000007
Page 4

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/02/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 06/19/08 | MRA | Case status conference with David Dantzler and Harrilee Cheshire; preparation for same; multiple telephone conferences with representatives from Bank of America regarding outstanding subpoenas; email correspondence with Scott Askue and Nicole Chupp regarding ▮ | 0.7 | 219.45 |
| 06/20/08 | HC | Conferences and email correspondence regarding Dixon bank accounts | 0.3 | 78.38 |
| 06/20/08 | WNC | Telephone call with Ruta Carlson at Bank of America regarding findings in connection with T. Dixon subpoena; update case chart regarding ▮ and forward to B. Arnold and S. Askue for review | 0.6 | 45.60 |
| 06/23/08 | MRA | Telephone conference with Jennie Matthews from Texas Bank in Henderson, Texas regarding subpoena; email correspondence with Nicole Chupp regarding ▮ telephone conference with Bank of America regarding same | 0.3 | 94.05 |
| 06/23/08 | WNC | Follow-up correspondence with R. Carlson at Bank of America regarding T. Dixon subpoena and JP Morgan transfer statement as forwarded by S. Askue; summarize details of ▮ and forward to H. Cheshire and B. Arnold for review | 0.5 | 38.00 |
| 06/24/08 | MRA | Review and analysis of invoices in support of fee application | 0.2 | 62.70 |
| 06/24/08 | WNC | Research ▮ per H. Cheshire and B. Arnold inquiry in connection with ▮ | 0.2 | 15.20 |
| 06/26/08 | MRA | Telephone conference with Jennie Matthews from Texas Bank in Henderson, Texas regarding subpoena; review and revise fee application; file same; email correspondence with Nicole Chupp regarding ▮ | 0.5 | 156.75 |
| 06/26/08 | WNC | Conference with B. Arnold regarding ▮ | 0.1 | 7.60 |
| 06/27/08 | DLA | Prepare letter for William Clark requesting discussions relating to records of JTA Enterprises; correspond with Scott Askue and Bill Arnold regarding ▮ | 0.3 | 49.88 |
| 06/27/08 | MRA | Review and analysis of new subpoenas to Texas Bank and Bank of America; email correspondence with Scott Askue and Lance Alford regarding ▮ | 0.2 | 62.70 |
| 06/27/08 | HC | Revise subpoena and correspondence for bank documents | 0.2 | 52.25 |
| 06/27/08 | WNC | Draft Amended Subpoena regarding T. Dixon account information request; conference with H. Cheshire for the | 0.5 | 38.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 07/24/08
Invoice Number 928637
File No. 033287.000007
Page 5

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/02/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | review of ▓▓ revise per H. Cheshire edits and arrange for proper service | | |
| 06/30/08 | DLA | Conduct research utilizing commercial databases and other online resources in an effort to locate mortgage records relating to Bill Clark; meet with Bill Arnold and discuss ▓▓ provide records to Bill Clark and Scott Askue | 3.2 | 532.00 |
| 06/30/08 | MRA | Email correspondence and conference with Scott Askue and Lance Alford regarding ▓▓ review and analysis of documents evidencing mortgages on same | 0.9 | 282.15 |
| 06/30/08 | HC | Conference with B. Arnold and telephone conference with S. Askue regarding ▓▓ | 0.6 | 156.75 |
| | | Totals | 25.2 | 4,323.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 07/02/08

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| DLA | Alford | 7.3 | 166.25 | 1,213.63 |
| MRA | Arnold | 4.4 | 313.50 | 1,379.40 |
| HC | Cheshire | 3.8 | 261.26 | 992.77 |
| WNC | Chupp | 9.7 | 76.00 | 737.20 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 07/02/08

| Date | Description | Amount |
|---|---|---|
| 06/12/08 | Copy Charges -- PAYEE: Bank of America; REQUEST#: 226173; DATE: 6/12/2008. Copies of Southomes, Inc. account | 124.68 |
| 06/17/08 | Travel Expenses -- VENDOR: The Alford Group Inc; INVOICE#: 08006; DATE: 6/2/2008 - Travel related exps. | 1,843.76 |
| | Total: | 1,968.44 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

Invoice Date 07/24/08
Invoice Number 928637
File No. 033287.000007
Page 6

Total Fees & Costs: $6,291.44

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

| | |
|---|---|
| Invoice Date | 08/20/08 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 933576 |
| File No. | 033287.000002 |

RE: Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/08 | $9,068.11 |
| Costs and Expenses Through 07/31/08 | $478.80 |
| **Total Amount of This Invoice** | **$9,546.91** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
N y y Q ( h I J )   N y   4 N b

Invoice Date 08/20/08
Invoice Number 933576
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/08**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 07/01/08 | MRA | Telephone conference with John O'Neal (counsel for Element Payment Services) regarding settlement agreement; review and revise same; email correspondence with Nicole Chupp regarding subpoena to Texas Bank in Henderson, Texas | 0.5 |
| 07/01/08 | WNC | Status update to B. Arnold per inquiry regarding ▓▓▓▓▓▓▓▓▓ | 0.1 |
| 07/01/08 | JMD | Email to and from California local counsel; email to and from Utah local counsel regarding security deed | 0.2 |
| 07/02/08 | MRA | Telephone conferences with Rita Carlson from Bank of America regarding subpoena; email correspondence with Nicole Chupp regarding same; email correspondence with Jennifer Duncan regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; email correspondence with John O'Neal regarding same; email correspondence with Scott Askue regarding same | 0.3 |
| 07/02/08 | JMD | Telephone call and emails to Utah local counsel regarding security deed | 0.2 |
| 07/03/08 | MRA | Telephone conference with John O'Neal regarding Element Payment Services settlement agreement | 0.1 |
| 07/07/08 | MRA | Telephone conference with John O'Neal regarding Element Payment Services settlement agreement; review and revise same; email correspondence with Scott Askue and conference with H. Cheshire regarding ▓▓▓; email correspondence and telephone conference with Jennifer Duncan regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; conference with D. Dantzler regarding ▓▓▓▓▓▓▓▓ | 0.8 |
| 07/07/08 | HC | Conference with B. Arnold regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review documents regarding same | 0.3 |
| 07/07/08 | JDD | Conference with B. Arnold regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.3 |
| 07/07/08 | JMD | Review Utah security deed from local counsel; emails with Bill Arnold | 0.4 |
| 07/08/08 | MRA | Review and revise settlement agreement with Element Payment Services and attachments thereto; email correspondence with Jennifer Duncan regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; conference with H. Cheshire regarding ▓▓▓▓▓▓ | 3.1 |
| 07/08/08 | HC | Assist in revising settlement agreement in Element Payment Services matter; conference with B. Arnold regarding ▓▓▓▓ | 1.1 |
| 07/08/08 | JMD | Review and revise settlement agreement; emails with Utah local counsel regarding security deed | 0.6 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
NyyQ(hIJ) Ny 4Nb

Invoice Date 08/20/08
Invoice Number 933576
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/08**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 07/10/08 | MRA | Email correspondence with Greg Hays regarding Element Payment Services settlement agreement; review and revise same; telephone conference with prosecutor in state of Florida requesting documents from Receiver's document repository | 0.4 |
| 07/11/08 | MRA | Telephone conference and email correspondence with John O'Neal and Scott Askue regarding settlement agreement with Element Payment Services; telephone conference with prosecutor in state of Florida requesting documents from Receiver's document repository; review of document request and begin review of documents; email correspondence and telephone conference with Scott Askue regarding same; review and analysis of email correspondence from Scott Askue regarding sentinel litigation; email correspondence with Nicole Chupp regarding subpoena to Texas Bank | 2.4 |
| 07/11/08 | WNC | Follow-up telephone call to J. Matthews at Texas Bank regarding status of 7/1/08 Amended Subpoena request; draft check request in connection with research fees associated with same and forward to H. Cheshire for approval | 0.5 |
| 07/11/08 | JMD | Emails and call with Bill Arnold regarding ████████████; conference call with debtor's attorney regarding changes to security deed | 0.2 |
| 07/14/08 | MRA | Email correspondence with John O'Neal and Scott Askue regarding settlement agreement with Element Payment Services and certified financial statement provided by Dan Erickson | 0.1 |
| 07/14/08 | WNC | Additional follow-up correspondence with J. Matthews at Texas Bank and S. Askue regarding status of Amended Subpoena request; ████████████ and forward to H. Cheshire and B. Arnold for review | 0.4 |
| 07/15/08 | MRA | Email correspondence and telephone conference with John O'Neal regarding Element Payment Services settlement agreement; review and revise same; review and revise exhibits to same; email correspondence with Greg Hays, Scott Askue, and Kathy Malek regarding same; email correspondence with Scott Askue to make sure we have certified financial statements from principals of Element Payment Services; telephone conference with Stephanie Demos regarding documents to produce for Sentinel litigation | 1.0 |
| 07/15/08 | JMD | Emails with Bill Arnold regarding ████████████; revise Utah Security Deed | 0.5 |
| 07/16/08 | MRA | Telephone conference with Stephanie Demos and Scott Askue regarding documents to produce for Sentinel litigation; review of request and responsive documents; email correspondence with John O'Neal regarding execution of Element Payment Services settlement agreement | 0.5 |
| 07/17/08 | MRA | Email correspondence with Harrilee Cheshire and Nicole Chupp regarding ████████████ | 0.1 |
| 07/17/08 | WNC | Conferences with B. Arnold and S. Davis regarding ████████████ | 4.5 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
NyyQ(hIJ) Ny 4Nb

Invoice Date 08/20/08
Invoice Number 933576
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/08**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | ▓▓▓▓▓▓▓▓▓▓; begin running Concordance database searches in connection with same; draft notes concerning same, print, and organize applicable case documents; conference with D. Ehrlich regarding assistance and instructions of same | |
| 07/18/08 | WNC | Begin to review, analyze, and organize contents of July 2008 Texas Bank production regarding Kerry Sitton and KGS accounts; begin draft of memorandum summarizing details and findings of same; status conference with H. Cheshire and B. Arnold regarding ▓▓▓▓▓▓ | 7.0 |
| 07/20/08 | WNC | Continue running Concordance database searches in connection with S. Askue request for investment documentation dated 1999-2003; continue drafting case notes in connection with same | 2.5 |
| 07/21/08 | MRA | Review and analysis of order granting Receiver's fee application; email correspondence to Hays Financial Consulting regarding same; email correspondence with Clark Will regarding ▓▓▓▓▓▓▓; organize invoices for May fee application | 0.2 |
| 07/21/08 | WNC | Continue to review, analyze, and organize July 2008 production by Texas Bank regarding 5 Kerry Sitton/KGS accounts; continue draft of memorandum concerning details and findings of same; begin draft of Excel spreadsheet to reflect key deposits, checks, and wires in connection with same; status conference with D. Ehrlich regarding Concordance database searches for investments dated 1999-2003 | 6.2 |
| 07/22/08 | MRA | Email correspondence with Scott Askue regarding Sentinel litigation | 0.1 |
| 07/22/08 | WNC | Continue to review, analyze, and organize July 2008 Texas Bank production; continue draft of memorandum and Excel spreadsheet to reflect details and findings of same; communication with B. Arnold and D. Ehrlich regarding ▓▓▓▓▓▓▓ | 1.4 |
| 07/23/08 | MRA | Review and revise fee application; email correspondence to Hays Financial Consulting and Clark Will regarding ▓▓▓; review and analysis of invoices supporting same | 1.4 |
| 07/23/08 | WNC | Continue running Concordance database searches regarding investments dated 1999-2003 and drafting notes regarding same; ▓▓▓ conferences with B. Arnold and D. Ehrlich regarding ▓▓▓ | 3.5 |
| 07/24/08 | MRA | Fielded telephone call from investor with request for information regarding one of the salesman that got him into the scheme | 0.2 |
| 07/24/08 | WNC | Complete Concordance database searches regarding investments dated 1999-2003; review D. Ehrlich findings and notes regarding same and conduct supplemental searches as necessary; draft table to illustrate entirety of findings regarding same; complete organization of relevant case documents evidencing same; ▓▓▓▓ to B. Arnold ▓▓▓▓▓ | 6.6 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
NyyQ(hIJ) Ny 4Nb

Invoice Date 08/20/08
Invoice Number 933576
File No. 033287.000002
Page 5

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/08**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 07/25/08 | MRA | Telephone conferences with Stephanie Demos and Jodie Bush regarding document request in Sentinel litigation; conference with Nicole Chupp regarding same; review and revise spreadsheet detailing document search results; review and analysis of documents that appear to be responsive; fielded telephone call from investor | 2.1 |
| 07/25/08 | WNC | Conference with B. Arnold regarding ▮▮▮▮▮; continued review of July 2008 Texas Bank production regarding Kerry Sitton / KGS accounts; continue draft of memorandum summarizing details of same | 2.3 |
| 07/28/08 | MRA | Email correspondence with Nicole Chupp to follow up on subpoenas and document review for Sentinel litigation; review of spreadsheet detailing searches in response to document request | 0.4 |
| 07/28/08 | WNC | Complete review of Texas Bank July 2008 production regarding 5 Kerry Sitton / KGS accounts; follow-up correspondence with Jodie Bush regarding Concordance investment searches dated 1999-2003; draft cover letter and forward findings regarding same to Jodie Bush for review; follow-up correspondence with S. Askue and B. Arnold regarding ▮▮▮ | 3.7 |
| 07/29/08 | MRA | Review and analysis of document request and supporting documents from investor | 0.3 |
| 07/29/08 | WNC | Finalize memorandum regarding ▮▮▮▮▮ in preparation for conference with H. Cheshire; begin running additional Concordance database searches regarding Wachovia securities investment per 7/28/2008 correspondence with S. Askue; draft notes regarding findings of same | 2.4 |
| 07/30/08 | MRA | Review and revise fee application; email correspondence with Tim McCole at SEC regarding same; email correspondence with Clark Will regarding ▮▮▮▮ | 0.4 |
| 07/31/08 | MRA | Review and analysis of email correspondence between Nicole Chupp and Scott Askue and attorneys in Sentinel litigation regarding ▮▮▮▮▮; telephone conference with Scott Askue regarding outstanding issues | 0.3 |
| 07/31/08 | WNC | Conference with H. Cheshire regarding ▮▮▮▮▮; complete supplemental Concordance database searches regarding Wachovia securities account and Hartsfield Capital Escrow; follow-up e-mail correspondence with S. Askue, B. Arnold, and Jodie Bush regarding ▮▮▮ | 2.8 |

Total Hours 62.4

Total Fees 9,068.11

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
N y y Q ( h I J )   N y   4 N b

Invoice Date 08/20/08
Invoice Number 933576
File No. 033287.000002
Page 6

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## TIMEKEEPER TIME SUMMARY THROUGH 07/31/08

| Name | Hours | Amount |
|---|---|---|
| M R Arnold | 14.7 | 4,608.45 |
| H Cheshire | 1.4 | 365.76 |
| W N Chupp | 43.9 | 3,336.40 |
| J D Dantzler | 0.3 | 139.05 |
| J M Duncan | 2.1 | 618.45 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 07/31/08

| Description | Amount |
|---|---|
| Copy Charges | 400.00 |
| Professional Services | 78.80 |
| Total: | 478.80 |

Total Fees & Costs: $9,546.91