IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § | | |
| Plaintiff, § | | |
| § | | **Lead Case** |
| v. § | | CASE NO. 4:05-CV-472 RAS |
| § | | |
| TRAVIS E. CORRELL, GREGORY THOMPSON, § | | |
| DWIGHT JOHNSON, HARRY ROBINSON § | | |
| "ROBBY" GOWDEY, et al., § | | |
| Defendants, § | | |
| and § | | |
| § | | |
| BANNER SHIELD, LLC, HOSPITALITY § | | |
| MANAGEMENT GROUP, INC., CREATIVE § | | |
| WEALTH VENTURES and JTA ENTERPRISES, § | | |
| Relief Defendants. § | | |

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § | | |
| Plaintiff, § | | |
| § | | **Consolidated Case** |
| v. § | | CASE NO. 4:07-CV-346 RAS |
| § | | |
| GLOBAL FINANCE & INVESTMENTS, INC. § | | |
| et al., § | | |
| Defendants, § | | |
| and § | | |
| § | | |
| USASSET & FUNDING CORP., et al. § | | |
| Relief Defendants. § | | |

**ORDER TO SHOW CAUSE WHY KENT BUSH, LARRY CADWELL, ONE SMART TOOL, INC. d/b/a SMART TALK PRO
SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO COMPLY
<u>WITH RECEIVERSHIP ORDER</u>**

CAME ON FOR CONSIDERATION in the above-styled and numbered action the Motion for Order to Show Cause Why Kent Bust, Larry Cadwell, One Smart Tool, Inc. d/b/a Smart Talk Pro (the "Respondents") Should Not Be Held in Contempt for Failure to Comply with Receivership Order (the "Motion"), filed by Clark B. Will and Michael D. Clark, counsel for S. Gregory Hays,

Receiver, in this action (the "Receiver"). After considering the motion, the other papers on file and the applicable authorities, the Court finds that the Motion is well taken and that an order should be entered requiring the Respondents, to personally appear and show cause, if any it may have, why it should not be held in contempt for failure to comply with this Court's Order Appointing Receiver, and Agreed Order of Preliminary Injunction and other Equitable Relief as to the Defendant Gregory Thompson, entered in this cause by this Court on December 7, 2005 and December 13, 2005 respectively (the "Receivership Orders").

IT IS THEREFORE ORDERED that Kent Bush, Larry Cadwell, each individually along with the duly authorized representatives of One Smart Tool, Inc., *per se* and doing business as Smart Talk Pro, are hereby ordered to appear on _____, 2008 at _____ o'clock ____.m. in the courtroom of the United States District Court for the Eastern District of Texas, Sherman Division, U.S. District Court Annex, 200 N. Travis St., Sherman, Texas 75090, to show cause, if any they may have, why each of them should not be held in contempt for failure to comply with the Receivership Orders and/or the subpoena dated July 24, 2008 served upon them, as referenced above.

It is further ORDERED that the Receiver shall serve a true and correct copy of this signed Order upon Respondent One Smart Tool, Inc., *per se* and it's purported assumed name entity Smart Talk Pro, through its attorney and agent for service of process, Mr. Todd Phillipi, via certified mail, return receipt requested, in addition to first class mail, at the following address, being the address at which said Respondent has already received and accepted previous correspondence from the Receiver's counsel: Todd Phillipi, Registered Agent for Service of Process for One Smart Tool, Inc., Law Office of Todd Phillipi, 200 E. Main Street, Midlothian, Tx. 76065. Additionally, copies of this order shall be served personally upon Kent Bush and Larry Cadwell. Provided copies of this Order

are mailed (and thus served) in this fashion at least fifteen (15) days prior to the scheduled hearing, such service shall constitute sufficient notice to Respondent of the time and date of the show cause hearing.