IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, §<br>Plaintiff, §<br>§<br>v. §<br>§<br>TRAVIS E. CORRELL, GREGORY THOMPSON, §<br>DWIGHT JOHNSON, HARRY ROBINSON §<br>"ROBBY" GOWDEY, et al., §<br>Defendants, §<br>and §<br>§<br>BANNER SHIELD, LLC, HOSPITALITY §<br>MANAGEMENT GROUP, INC., CREATIVE §<br>WEALTH VENTURES and JTA ENTERPRISES, §<br>Relief Defendants. § | **Lead Case**<br>CASE NO. 4:05-CV-472 RAS |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, §<br>Plaintiff, §<br>§<br>v. §<br>§<br>GLOBAL FINANCE & INVESTMENTS, INC. §<br>et al., §<br>Defendants, §<br>and §<br>§<br>USASSET & FUNDING CORP., et al. §<br>Relief Defendants. § | **Consolidated Case**<br>CASE NO. 4:07-CV-346 RAS |

**CERTIFICATE IN ACCORDANCE WITH
<u>LOCAL RULE CV-7(I)</u>**

THE UNDERSIGNED certifies that a conference in accordance with Local Rule CV-7(I) was attempted with Larry Cadwell, and his counsel Mr. Phillipi on numerous occasions over the past several months. Initially, a conference was conducted with Kent Bush on April 23, and then again

on May 5, 2008. Attempts at conferring with Messrs. Cadwell and Phillipi were unsuccessful so a subpeona was issued on July 24, 2008, and served on July 31, 2008. Notwithstanding in hand service of the subpoena on Mr. Cadwell, and forwarding to Mr. Phillipi of a copy of the subpoena thereafter, no successful communication has been had with either of them. Accordingly, this matter is submitted to the Court for resolution.

DATED the 14th day of October, 2008.

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.
2001 Bryan St., Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telecopier)

By:     /s/   Clark B. Will
    Clark B. Will, SBN 21502500
    cwill@qsclpc.com
    Michael D. Clark, SBN 00798108
    mclark@qsclpc.com

AND

J. David Dantzler, Jr.
Georgia Bar No. 205125
david.dantzler@troutmansanders.com
Merle R. Arnold, III
Georgia Bar No. 023503
merle.arnold@troutmansanders.com
TROUTMAN SANDERS LLP
600 Peachtree St., NE, Suite 5200
Atlanta, GA 30308-2216
(404) 885-3000
(404) 885-3995 (Telecopier)

ATTORNEYS FOR RECEIVER

## **CERTIFICATE OF SERVICE**

      This is to certify that on the 14th day of October, 2008, all counsel of record in these proceedings have been served a copy of the above in accordance with the Federal Rules of Civil Procedure and the Court's local rules.

                                            /s/   Clark B. Will  
                                            Clark B. Will