IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> TRAVIS E. CORRELL, GREGORY THOMPSON, § <br> DWIGHT JOHNSON, HARRY ROBINSON § <br> "ROBBY" GOWDEY, et al., § <br> Defendants, § <br> and § <br> § <br> BANNER SHIELD, LLC, HOSPITALITY § <br> MANAGEMENT GROUP, INC., CREATIVE § <br> WEALTH VENTURES and JTA ENTERPRISES, § <br> Relief Defendants. § | | **Lead Case** <br> CASE NO. 4:05-CV-472 RAS |
| SECURITIES AND EXCHANGE COMMISSION, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GLOBAL FINANCE & INVESTMENTS, INC. § <br> et al., § <br> Defendants, § <br> and § <br> § <br> USASSET & FUNDING CORP., et al. § <br> Relief Defendants. § | | **Consolidated Case** <br> CASE NO. 4:07-CV-346 RAS |

**ORDER TO SHOW CAUSE WHY KENT BUSH, LARRY CADWELL, ONE SMART TOOL, INC. d/b/a SMART TALK PRO**
**SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO COMPLY**
<u>**WITH RECEIVERSHIP ORDER**</u>

CAME ON FOR CONSIDERATION in the above-styled and numbered action the Motion

for Order to Show Cause Why Kent Bush, Larry Cadwell, One Smart Tool, Inc. d/b/a Smart Talk Pro

(the "Respondents")  Should Not Be Held in Contempt for Failure to Comply with Receivership

Order (the "Motion"), filed by Clark B. Will and Michael D. Clark, counsel for S. Gregory Hays,

Receiver, in this action (the "Receiver"). After considering the motion, the other papers on file and the applicable authorities, the Court finds that the Motion is well taken and that an order should be entered requiring the Respondents, to personally appear and show cause, if any they may have, why they should not be held in contempt for failure to comply with this Court's Order Appointing Receiver, and Agreed Order of Preliminary Injunction and other Equitable Relief as to the Defendant Gregory Thompson, entered in this cause by this Court on December 7, 2005 and December 13, 2005 respectively (the "Receivership Orders") particularly paragraphs 9(a) and (b) of the Order Appointing Receiver, as well as failing to comply with a duly served subpoena, in accordance with Fed. R. Civ. P. 45(e).

IT IS THEREFORE ORDERED that Kent Bush, Larry Cadwell, each individually along with the duly authorized representatives of One Smart Tool, Inc., *per se* and doing business as Smart Talk Pro, are hereby ordered to appear on **December 2, 2008** at **9:00 a.m.** in the district courtroom, room number 105, at the United States Courthouse located at **7940 Preston Road, Plano, Texas 75024** to show cause, if any they may have, why each of them should not be held in contempt for failure to comply with the Receivership Orders and/or the subpoena dated July 24, 2008 served upon them, as referenced above. Both the Receiver and the Respondents shall come to the evidentiary hearing prepared to present testimony and other evidence necessary for the Court to resolve this matter.

It is further ORDERED that the Receiver shall serve a true and correct copy of this signed Order upon Respondent One Smart Tool, Inc., *per se* and it's purported assumed name entity Smart Talk Pro, through its attorney and agent for service of process, Mr. Todd Phillipi, via certified mail, return receipt requested, in addition to first class mail, at the following address, being the address at which said Respondent has already received and accepted previous correspondence from the

Receiver's counsel: Todd Phillipi, Registered Agent for Service of Process for One Smart Tool, Inc., Law Office of Todd Phillipi, 200 E. Main Street, Midlothian, Tx. 76065.  Additionally, copies of this order shall be served personally upon Kent Bush and Larry Cadwell.  Provided copies of this Order are mailed (and thus served) in this fashion at least fifteen (15) days prior to the scheduled hearing, such service shall constitute sufficient notice to Respondent of the time and date of the show cause hearing.

**SIGNED this the 14th day of October, 2008.**

*[signature: Richard A. Schell]*

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE