Larry Cadwell, One Smart Tool, Inc. d/b/a Smart Talk Pro Should Not be Held In Contempt for Failure to Comply with Receivership Order (Docket No. 326) were served on Todd Phillippi, Registered Agent for Service of Process for One Smart Tool, Inc., Law Office of Todd Phillippi, 200 East Main Street, Midlothian, Texas 76065 by certified mail return receipt requested and by first class mail on this the 15th day of October, 2008, in compliance with the Court's Order regarding the same (Docket No. 327).

DATED: October 15, 2008.

    */s/ Clark B. Will*
Clark B. Will, P.C.
State Bar No. 21502500
Michael D. Clark
State Bar No. 00798108
QUILLING, SELANDER, CUMMISKEY, & LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 - Telephone
(214) 871-2111 - Facsimile
mclark@qsclpc.com

ATTORNEYS FOR THE RECEIVER

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October, 2008, the foregoing Certificate of Service was served on all parties to this case in accordance with the Federal Rules of Civil Procedure:

    */s/ Clark B. Will*
Clark B. Will / Michael D. Clark