UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Richard Schell

COURT REPORTER:
Jerry Kelley

COURTROOM DEPUTY:
Debbie McCord

**SEC**

vs.                                    CIVIL NO.  4:05CV472;
                                       CIVIL NO.  4:07CV346
**CORRELL**                            CIVIL NO.  4:08CV125
                                       CIVIL NO.  4:06CV496

ATTORNEYS PRESENT:        Scott Ritcheson for Kerry Sitton; Michael Clark for Receiver;
                          David Dantzler for Receiver; Timothy McCole for SEC;
                          William Charles Bundren for Defendant Level Par

**This day came the parties and by their attorneys the following proceedings were held before Judge Richard Schell in Sherman, Texas on 10/14/2008:**

10:15 AM    The Court called the cases, noting the status conference which is set for today. Mr. Dantzler for Receiver addressed the court with status.  Proposed plan to be submitted to the court by 11/1/2008.

10:48 am    Mr. Will addressed the court with status.

11:08 am    Recess for 5 minutes.

11:13 am    Court back in session.  Show cause hearing will be held on 12/2/2008 at 9:00 a.m. and/or status conference to be held that date.

11:21 am    Other attorneys addressed the court with status information.

11:23 am    Mr. Dantzler addressed the court.

11:25 am    Court in recess.