# EXHIBIT A

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

### Receiver
For the Period from 8/1/2008 to 8/31/2008

September 10, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 2.90<br>350.00/hr | 1,015.00 |
| **For professional services rendered** | **2.90** | **$1,015.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

---

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from   8/1/2008   to   8/31/2008**

September 10, 2008

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 0.60 | 210.00 |
| Claims Administration & Objections | 1.50 | 525.00 |
| Fee / Employment Applications | 0.20 | 70.00 |
| Tax Issues | 0.60 | 210.00 |
| **For professional services rendered** | **2.90** | **$1,015.00** |

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

**SEC v. Global Finance et al.**
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

Receiver

For the Period from 8/1/2008 to 8/31/2008

September 10, 2008

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Accounting** | | |
| 8/6/2008 | SGH | Reviewed July SunTrust statements and verified wire transfers to Chase. | 0.30 350.00/hr | 105.00 |
| 8/25/2008 | SGH | Reviewed the July bank account activity and signed the monthly bank reconciliation form. | 0.30 350.00/hr | 105.00 |
| | | Subtotal | 0.60 | 210.00 |
| | | **Claims Administration & Objections** | | |
| 8/14/2008 | SGH | Met with David Dantzler, Tom Bosch, Bill Arnold and Scott Askue regarding ████████████████. | 0.50 350.00/hr | 175.00 |
| 8/18/2008 | SGH | Reviewed emails and telephone calls regarding payment of creditor Dennis Dvorin. Reviewed prior emails. | 0.20 350.00/hr | 70.00 |
| 8/22/2008 | SGH | Reviewed motion for bar date and drafted email regarding same. | 0.30 350.00/hr | 105.00 |
| | SGH | Reviewed status and drafted email regarding investor Dvorin. | 0.20 350.00/hr | 70.00 |
| 8/27/2008 | SGH | Reviewed and responded to bar date motion regarding taxing issues. | 0.30 350.00/hr | 105.00 |
| | | Subtotal | 1.50 | 525.00 |
| | | **Fee / Employment Applications** | | |
| 8/9/2008 | SGH | Reviewed monthly bills for Receiver and Accountants. | 0.20 350.00/hr | 70.00 |
| | | Subtotal | 0.20 | 70.00 |
| | | **Tax Issues** | | |
| 8/25/2008 | SGH | Reviewed and responded to email and voice mail message regarding tax issues. Drafted email to Eileen Castle. | 0.20 350.00/hr | 70.00 |
| 8/28/2008 | SGH | Reviewed and responded to emails from David Dantzler, Scott Askue and Eileen Castle regarding ████████████. | 0.40 350.00/hr | 140.00 |
| | | Subtotal | 0.60 | 210.00 |

**SEC v. Global Finance et al.**

| | Hours | Amount |
|---|---|---|
| **For professional services rendered** | **2.90** | **$1,015.00** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

### Receiver
### For the Period from   9/1/2008   to   9/30/2008

October 13, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 1.10<br>350.00/hr | 385.00 |
| **For professional services rendered** | **1.10** | **$385.00** |

---

CIRA - Certified Insolvency and Restructuring Advisor        CTP - Certified Turnaround Professional

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    9/1/2008    to  9/30/2008**

October 13, 2008

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Case Administration | 0.30 | 105.00 |
| Claims Administration & Objections | 0.20 | 70.00 |
| Fee / Employment Applications | 0.60 | 210.00 |
| **For professional services rendered** | **1.10** | **$385.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from    9/1/2008    to  9/30/2008**

October 13, 2008

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
|  | **Case Administration** |  |  |  |
| 9/8/2008 | SGH | Reviewed issues regarding surety bond to protect estate funds. Telephone call to broker regarding premiums and billing. Telephone call to bank regarding the program and how to bill bank for costs. | 0.30<br>350.00/hr | 105.00 |
|  |  | Subtotal | 0.30 | 105.00 |
|  | **Claims Administration & Objections** |  |  |  |
| 9/16/2008 | SGH | Reviewed and responded to emails from Steve Beckstoffer. | 0.20<br>350.00/hr | 70.00 |
|  |  | Subtotal | 0.20 | 70.00 |
|  | **Fee / Employment Applications** |  |  |  |
| 9/5/2008 | SGH | Reviewed and approved fee application for filing. | 0.30<br>350.00/hr | 105.00 |
| 9/15/2008 | SGH | Reviewed August bill for Receiver and Accountants to Receiver. | 0.30<br>350.00/hr | 105.00 |
|  |  | Subtotal | 0.60 | 210.00 |
|  |  | **For professional services rendered** | **1.10** | **$385.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from   10/1/2008   to   10/31/2008**

November 06, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 1.90<br>350.00/hr | 665.00 |
| **For professional services rendered** | **1.90** | **$665.00** |

---

CIRA - Certified Insolvency and Restructuring Advisor        CTP - Certified Turnaround Professional

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from   10/1/2008   to   10/31/2008**

November 06, 2008

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Case Administration | 1.70 | 595.00 |
| Fee / Employment Applications | 0.20 | 70.00 |
| **For professional services rendered** | **1.90** | **$665.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

Receiver

For the Period from   10/1/2008 to  10/31/2008

November 06, 2008

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **Case Administration** | | | |
| 10/17/2008 SGH | Reviewed email from David Dantzler regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | | 0.20<br>350.00/hr | 70.00 |
| 10/22/2008 SGH | Reviewed and edited letter to investors to post on website. | | 0.20<br>350.00/hr | 70.00 |
| 10/28/2008 SGH | Reviewed draft of plan of distribution and drafted email regarding same. | | 0.50<br>350.00/hr | 175.00 |
| 10/29/2008 SGH | Participated in status update meeting with counsel and Scott Askue. | | 0.80<br>350.00/hr | 280.00 |
| | Subtotal | | 1.70 | 595.00 |
| | **Fee / Employment Applications** | | | |
| 10/16/2008 SGH | Reviewed invoices for September for Receiver and Accountants to Receiver. | | 0.20<br>350.00/hr | 70.00 |
| | Subtotal | | 0.20 | 70.00 |
| | **For professional services rendered** | | 1.90 | **$665.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from 10/1/2008 to 10/31/2008**

November 06, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 1.90<br>350.00/hr | 665.00 |
| **For professional services rendered** | **1.90** | **$665.00** |

---

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from 10/1/2008 to 10/31/2008**

November 06, 2008

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Case Administration | 1.70 | 595.00 |
| Fee / Employment Applications | 0.20 | 70.00 |
| **For professional services rendered** | **1.90** | **$665.00** |

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Global Finance et al.**
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

Receiver

For the Period from   10/1/2008  to  10/31/2008

November 06, 2008

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| | **Case Administration** | | | |
| 10/17/2008 SGH | Reviewed email from David Dantzler regarding ████████████████████████████. | | 0.20<br>350.00/hr | 70.00 |
| 10/22/2008 SGH | Reviewed and edited letter to investors to post on website. | | 0.20<br>350.00/hr | 70.00 |
| 10/28/2008 SGH | Reviewed draft of plan of distribution and drafted email regarding same. | | 0.50<br>350.00/hr | 175.00 |
| 10/29/2008 SGH | Participated in status update meeting with counsel and Scott Askue. | | 0.80<br>350.00/hr | 280.00 |
| | Subtotal | | 1.70 | 595.00 |
| | **Fee / Employment Applications** | | | |
| 10/16/2008 SGH | Reviewed invoices for September for Receiver and Accountants to Receiver. | | 0.20<br>350.00/hr | 70.00 |
| | Subtotal | | 0.20 | 70.00 |
| | **For professional services rendered** | | **1.90** | **$665.00** |