# EXHIBIT B

**SEC v. Global Finance et al.**
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

### Accountants and Financial Consultants to the Receiver
### For the Period from 8/1/2008 to 8/31/2008

September 10, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| J. Colt Conner, CFE | 9.50<br>100.00/hr | 950.00 |
| K. Shelby Bao | 0.40<br>150.00/hr | 60.00 |
| M. Eileen Castle, CPA | 8.10<br>250.00/hr | 2,025.00 |
| M. Lindsay Dukes | 0.20<br>75.00/hr | 15.00 |
| Scott S. Askue, CIRA | 17.70<br>240.00/hr | 4,248.00 |
| Shuwanda Y. Sloane, CFE | 0.80<br>120.00/hr | 96.00 |
| **For professional services rendered** | **36.70** | **$7,394.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 0.75 |
| Expense Reports | 20.00 |
| **Total costs** | **$20.75** |
| **Total amount of this bill** | **$7,414.75** |

<div align="center">

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

</div>

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from    8/1/2008   to   8/31/2008**

September 10, 2008

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 3.40 | 816.00 |
| Case Administration | 0.70 | 168.00 |
| Claims Administration & Objections | 21.30 | 3,653.00 |
| Fee / Employment Applications | 1.00 | 204.00 |
| Litigation Consulting | 0.20 | 48.00 |
| Tax Issues | 10.10 | 2,505.00 |
| **For professional services rendered** | **36.70** | **$7,394.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 0.75 |
| Expense Reports | 20.00 |
| **Total costs** | **$20.75** |
| **Total amount of this bill** | **$7,414.75** |

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  3032

**SEC v. Global Finance et al.**
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

## Accountants and Financial Consultants to the Receiver

### For the Period from    8/1/2008   to   8/31/2008

September 10, 2008

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Accounting** | | | | |
| 8/22/2008 | SSA | Drafted email to David Dantzler regarding ▓▓▓▓. | 0.20 240.00/hr | 48.00 |
|  | SSA | Updated transactions with addition transaction details. | 0.50 240.00/hr | 120.00 |
|  | SSA | Reviewed transaction ledger and updated as necessary. Prepared report of estate sources and uses of funds. | 0.50 240.00/hr | 120.00 |
|  | SSA | Researched and drafted email to David Dantzler regarding ▓▓▓▓. | 0.20 240.00/hr | 48.00 |
| 8/25/2008 | SSA | Reviewed documents produced by Texas Bank. Updated funds tracing database. Prepared report of additional transaction information needed. | 2.00 240.00/hr | 480.00 |
|  |  | Subtotal | 3.40 | 816.00 |
| **Case Administration** | | | | |
| 8/4/2008 | SSA | Drafted emails to and reviewed emails from Harrilee Cheshire and Lance Alford regarding ▓▓▓▓. | 0.30 240.00/hr | 72.00 |
| 8/11/2008 | SSA | Reviewed letter from Neal Brown to the Receiver regarding distributions in the case. | 0.20 240.00/hr | 48.00 |
| 8/12/2008 | SSA | Telephone call from Bill Arnold regarding ▓▓▓▓. | 0.20 240.00/hr | 48.00 |
|  |  | Subtotal | 0.70 | 168.00 |
| **Claims Administration & Objections** | | | | |
| 8/4/2008 | SSA | Reviewed Platinum Finance records for information regarding creditors. | 0.70 240.00/hr | 168.00 |
|  | SSA | Reviewed documents provided by Dennis Dvorin regarding his claim. Reviewed for additional information regarding same. Drafted email to Mr. Dvorin regarding same. Telephone call from Mr. Dvorin. Drafted email to David Dantzler regarding ▓▓▓▓. | 0.60 240.00/hr | 144.00 |

**SEC v. Global Finance et al.**                                                              Page    2

|            |     |                                                                                                              | Hrs/Rate         | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------|------------------|----------|
| 8/5/2008   | SSA | Reviewed Platinum Finance records for information regarding creditors. Drafted email to John McDuff regarding same. | 0.50<br>240.00/hr | 120.00   |
| 8/6/2008   | SSA | Drafted email to Dennis Dvorin and David Dantzler regarding ▓▓▓▓▓▓▓▓▓▓.                                       | 0.50<br>240.00/hr | 120.00   |
| 8/7/2008   | JCC | Reviewed claims and updated database accordingly.                                                            | 2.00<br>100.00/hr | 200.00   |
|            | JCC | Reviewed claims and updated database accordingly.                                                            | 2.00<br>100.00/hr | 200.00   |
| 8/11/2008  | JCC | Reviewed claims and updated database accordingly.                                                            | 1.50<br>100.00/hr | 150.00   |
|            | SYS | Telephone call to investor Neal Brown in response to the recent letter forwarded to Rhonda Blair of the SEC and followed up with Ms. Blair as necessary. | 0.40<br>120.00/hr | 48.00    |
|            | JCC | Reviewed claims and updated database accordingly.                                                            | 2.00<br>100.00/hr | 200.00   |
| 8/12/2008  | JCC | Reviewed claims and updated database accordingly.                                                            | 2.00<br>100.00/hr | 200.00   |
| 8/13/2008  | SSA | Telephone calls from Tom Bosch regarding ▓▓▓▓▓▓. Reviewed email regarding ▓▓▓.                                | 0.20<br>240.00/hr | 48.00    |
|            | SSA | Reviewed claim files and prepared objection comments or allowed claim as filed.                              | 1.50<br>240.00/hr | 360.00   |
| 8/14/2008  | SSA | Prepared various claims reports. Met with David Dantzler, Bill Arnold, Tom Bosch and the Receiver regarding ▓▓▓▓▓▓▓▓. | 1.50<br>240.00/hr | 360.00   |
|            | SSA | Reviewed payments to and payments from investors. Drafted notes on claim issues and allowed claims.          | 1.50<br>240.00/hr | 360.00   |
| 8/18/2008  | SSA | Telephone call to Kevin Edmundson regarding Dennis Dvorin request for payment. Telephone call from Mr. Dvorin regarding same. | 0.40<br>240.00/hr | 96.00    |
| 8/20/2008  | SYS | Reviewed email from Nicole Chupp regarding banking documents received from Washington Mutual as requested per issued subpoena. | 0.20<br>120.00/hr | 24.00    |
|            | SYS | Reviewed email from Bill Arnold regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.                                                    | 0.20<br>120.00/hr | 24.00    |
| 8/22/2008  | SSA | Reviewed bar date motion. Researched for information for completion of same.                                 | 2.00<br>240.00/hr | 480.00   |
|            | SSA | Telephone call from Tom Bosch regarding ▓▓▓▓▓▓▓▓▓.                                                            | 0.20<br>240.00/hr | 48.00    |
| 8/25/2008  | SSA | Prepared non-investor proof of claim form.                                                                   | 0.80<br>240.00/hr | 192.00   |
| 8/26/2008  | SSA | Telephone call from Tom Bosch regarding ▓▓▓▓▓▓. Discussed same with Eileen Castle.                            | 0.20<br>240.00/hr | 48.00    |
| 8/27/2008  | MLD | Drafted an email to Michael Garner, web site manager, regarding the addition of documents to the Global Finance web page. | 0.20<br>75.00/hr  | 15.00    |
| 8/28/2008  | SSA | Reviewed letter to Mr. Dvorin regarding distribution.                                                        | 0.20<br>240.00/hr | 48.00    |
|            |     | Subtotal                                                                                                     | 21.30            | 3,653.00 |

### Fee / Employment Applications

| 8/8/2008 | SSA | Reviewed and edited fee invoice for July 2008. | 0.50<br>240.00/hr | 120.00 |

**SEC v. Global Finance et al.**

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/11/2008 | KSB | Prepared final bills for HFC and Receiver for July 2008. | 0.40 150.00/hr | 60.00 |
| 8/12/2008 | SSA | Drafted email to Bill Arnold regarding ▓▓▓▓. | 0.10 240.00/hr | 24.00 |
| | | Subtotal | 1.00 | 204.00 |

### Litigation Consulting

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/12/2008 | SSA | Telephone call from Bill Arnold regarding ▓▓▓▓ ▓▓▓▓. | 0.20 240.00/hr | 48.00 |
| | | Subtotal | 0.20 | 48.00 |

### Tax Issues

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/25/2008 | SSA | Telephone call from Eileen Castle regarding taxing agencies and the bar date notice. Researched for tax id and other information. | 1.00 240.00/hr | 240.00 |
| | MEC | Reviewed and responded to emails regarding the tax status of Global and related entities. Telephone call from Tom Bosch discussing ▓▓▓▓ ▓▓▓▓. Reviewed court documents on the network to familiarize myself with the case. Telephone call to prior Tax Director for any additional information. Telephone calls and emails to case manager to determine his knowledge on the case. | 1.30 250.00/hr | 325.00 |
| 8/26/2008 | MEC | Reviewed email from Receiver regarding tax issues on case. Discussed with prior Tax Director and addressed Receiver with response. | 0.40 250.00/hr | 100.00 |
| 8/27/2008 | MEC | Reviewed listing of tax authorities to serve in bankruptcy to identify duplicates. Updated listing with new state tax authorities not previously on list, made notes on the listing to identify effective date for future use, and determined additional states needed. | 1.30 250.00/hr | 325.00 |
| | MEC | Prepared summary of research findings and forwarded in email correspondence to Receiver. This serves to identify steps taken to comply with tax laws federally and on the local level. | 0.80 250.00/hr | 200.00 |
| | MEC | Telephone correspondence with NJ, NV, and MI to ensure proper addresses on file for notification of a debtor in bankruptcy or receivership. | 0.60 250.00/hr | 150.00 |
| | MEC | Reviewed listing of tax entities received from case manager. Researched state web sites to determine home state and other states that have activity by the receiver entities. | 2.40 250.00/hr | 600.00 |
| 8/28/2008 | MEC | Researched last state address and telephoned state to verify. Prepared response to case manager and provide update on status of tax addresses. | 0.70 250.00/hr | 175.00 |
| | SSA | Reviewed emails from and drafted emails to the Receiver regarding tax and bar date issues. | 1.00 240.00/hr | 240.00 |
| | MEC | Reviewed additional correspondence from receiver and team members regarding tax issues on case. Replied as needed. | 0.60 250.00/hr | 150.00 |
| | | Subtotal | 10.10 | 2,505.00 |

SEC v. Global Finance et al. Page 4

| | | Hours | Amount |
|---|---|---|---|
| | **For professional services rendered** | **36.70** | **$7,394.00** |
| | Additional Charges : | | |
| | **Expenses** | | |
| 8/27/2008 | Expense Report - Eileen Castle<br>NJ Business Status Reports | | 20.00 |
| 8/31/2008 | Copying cost for August 2008. | | 0.75 |
| | Subtotal | | 20.75 |
| | **Total costs** | | **$20.75** |
| | **Total amount of this bill** | | **$7,414.75** |

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from    9/1/2008   to   9/30/2008**

October 13, 2008

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Case Administration | 0.40 | 68.00 |
| Claims Administration & Objections | 2.30 | 432.00 |
| Fee / Employment Applications | 1.30 | 276.00 |
| Tax Issues | 10.70 | 2,668.00 |
| **For professional services rendered** | **14.70** | **$3,444.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 54.30 |
| Postage | 70.50 |
| **Total costs** | **$124.80** |
| **Total amount of this bill** | **$3,568.80** |

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

Accountants and Financial Consultants to the Receiver

For the Period from 9/1/2008 to 9/30/2008

October 13, 2008

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 9/12/2008 | SSA | Drafted email to Harrilee Cheshire regarding ███ ███ | 0.20<br>240.00/hr | 48.00 |
| 9/29/2008 | JCC | Prepared documents to be added to webpage. | 0.20<br>100.00/hr | 20.00 |
|  |  | Subtotal | 0.40 | 68.00 |
| **Claims Administration & Objections** | | | | |
| 9/4/2008 | SSA | Reviewed motion for bar date. Drafted email to have posted on website. | 0.30<br>240.00/hr | 72.00 |
| 9/26/2008 | SYS | Reviewed and prepared copy of Motion to forwarded to various investors that to date have not submitted a claim form with the Receiver's office and mailed same as necessary. | 1.00<br>120.00/hr | 120.00 |
|  | SSA | Drafted letter to investors who have not filed proofs of claim with the Receiver. Prepared report of investors who have not filed claims. | 1.00<br>240.00/hr | 240.00 |
|  |  | Subtotal | 2.30 | 432.00 |
| **Fee / Employment Applications** | | | | |
| 9/9/2008 | SSA | Reviewed and edited invoice for August 2008. | 0.90<br>240.00/hr | 216.00 |
| 9/10/2008 | KSB | Prepared final bills for HFC and Receiver for August 2008. | 0.40<br>150.00/hr | 60.00 |
|  |  | Subtotal | 1.30 | 276.00 |
| **Tax Issues** | | | | |
| 9/3/2008 | SSA | Reviewed email from Tom Bosch regarding ███ ███ Telephone call to Eileen Castle regarding same. | 0.40<br>240.00/hr | 96.00 |

**SEC v. Global Finance et al.**

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/3/2008 | MEC | Reviewed email regarding bar date for tax authorities. Reviewed information from case manager on EIN numbers and states of activity to try and determine applicable filing requirements for tax returns. | 0.80 250.00/hr | 200.00 |
| 9/4/2008 | MEC | Reviewed and sorted Sterling Meridian and Wells Ventures funds tracing files for tax return information. | 1.30 250.00/hr | 325.00 |
| | MEC | Reviewed files on the network drive to identify information available to help prepare tax returns for applicable entities. Reviewed funds tracing files for multiple accounts and entities. | 2.70 250.00/hr | 675.00 |
| | SSA | Reviewed email from and drafted emails to Eileen Castle regarding tax matters. | 0.30 240.00/hr | 72.00 |
| 9/17/2008 | MEC | Prepared correspondence to tax authorities for GA, NV, NJ, and IRS. Reviewed and printed Amended Order for Receiver and Motion to Set Bar Date Order. | 2.30 250.00/hr | 575.00 |
| 9/19/2008 | MEC | Prepared additional letters to tax authorities notifying of the bar date and close of case. Signed and mailed. | 2.20 250.00/hr | 550.00 |
| 9/29/2008 | MEC | Reviewed Bar Date Order received from attorney and responded. | 0.30 250.00/hr | 75.00 |
| 9/30/2008 | MEC | Telephone call to Texas to try and determine address for mailing Bar Date Notification. | 0.40 250.00/hr | 100.00 |
| | | Subtotal | 10.70 | 2,668.00 |
| | | **For professional services rendered** | **14.70** | **$3,444.00** |

Additional Charges :

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 9/30/2008 | Postage charges for September 2008. | 70.50 |
| | Copying cost for September 2008. | 54.30 |
| | Subtotal | 124.80 |
| | **Total costs** | **$124.80** |
| | **Total amount of this bill** | **$3,568.80** |

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

### Accountants and Financial Consultants to the Receiver
### For the Period from   10/1/2008   to   10/31/2008

November 07, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| K. Shelby Bao | 0.40<br>150.00/hr | 60.00 |
| M. Eileen Castle, CPA | 1.20<br>250.00/hr | 300.00 |
| Scott S. Askue, CIRA | 44.00<br>240.00/hr | 10,560.00 |
| Shuwanda Y. Sloane, CFE | 11.40<br>120.00/hr | 1,368.00 |
| **For professional services rendered** | **57.00** | **$12,288.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 31.50 |
| Miscellaneous | 100.00 |
| Pacer Charges | 2.40 |
| Postage | 10.86 |
| **Total costs** | **$144.76** |
| **Total amount of this bill** | **$12,432.76** |

---
CCE - Certified Computer Examiner   CPA - Certified Public Accountant
CFE - Certified Fraud Examiner   CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor   PHR - Professional in Human Resources

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from 10/1/2008 to 10/31/2008**

November 07, 2008

Professional Services

|  | Hours | Amount |
|---|---|---|
| Accounting | 1.70 | 408.00 |
| Case Administration | 1.90 | 456.00 |
| Claims Administration & Objections | 48.40 | 10,248.00 |
| Data Analysis | 0.80 | 192.00 |
| Fee / Employment Applications | 1.50 | 324.00 |
| Investor Communications and Reporting | 1.00 | 240.00 |
| Litigation Consulting | 0.50 | 120.00 |
| Tax Issues | 1.20 | 300.00 |
| **For professional services rendered** | **57.00** | **$12,288.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 31.50 |
| Miscellaneous | 100.00 |
| Pacer Charges | 2.40 |
| Postage | 10.86 |
| **Total costs** | **$144.76** |

| | |
|---|---|
| **Total amount of this bill** | **$12,432.76** |

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Global Finance et al.**
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

### Accountants and Financial Consultants to the Receiver

### For the Period from 10/1/2008 to 10/31/2008

November 07, 2008

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| **Accounting** | | | | |
| 10/6/2008 | SSA | Drafted email to Bill Arnold regarding ▓▓▓▓▓▓. | 0.20 240.00/hr | 48.00 |
| 10/8/2008 | SSA | Reviewed Level Par documents and files relating to the Hubman investment and Global Finance Investment. | 1.00 240.00/hr | 240.00 |
| 10/21/2008 | SSA | Reviewed account reconciliations for September 2008. Reviewed receipts and disbursements during period. | 0.30 240.00/hr | 72.00 |
| 10/28/2008 | SSA | Reviewed and replied to email from Bill Arnold regarding ▓▓▓▓▓▓. | 0.20 240.00/hr | 48.00 |
| | | Subtotal | 1.70 | 408.00 |
| **Case Administration** | | | | |
| 10/15/2008 | SSA | Reviewed imaged case documents relating to claims and various other issues. Drafted email to Bill Arnold regarding ▓▓▓▓▓▓ | 0.70 240.00/hr | 168.00 |
| 10/29/2008 | SSA | Prepared for and met with Bill Arnold, David Dantzler and Tom Bosch regarding ▓▓▓▓▓▓. | 1.20 240.00/hr | 288.00 |
| | | Subtotal | 1.90 | 456.00 |
| **Claims Administration & Objections** | | | | |
| 10/2/2008 | SYS | Reviewed claim form submitted from investor Lance Rust regarding his $50k investment and entered information captured from same into the investor database. Drafted email to Mr. Rust to follow up as necessary. | 0.20 120.00/hr | 24.00 |
| | SYS | Continued telephone calls to and from several investors in response to recent notices advising of the recent bar date to file claims with the Receiver's office and followed up as necessary. | 0.50 120.00/hr | 60.00 |
| 10/3/2008 | SYS | Telephone calls to and from investors in response to recent notices forwarded to same advising of the bar date and the submission of claim forms to the Receiver's office and followed up with same. | 0.50 120.00/hr | 60.00 |

**SEC v. Global Finance et al.**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/6/2008 | SYS | Telephone calls to and from investors regarding the recent notice to investors advising of the bar date to submit claim form to the Receiver's office and forwarded claim forms to same as requested. | 0.50 120.00/hr | 60.00 |
| | SSA | Reviewed submitted claims. Reconciled proof of claim to defendants' records. Drafted detailed objections and issues for review. | 3.50 240.00/hr | 840.00 |
| 10/7/2008 | SYS | Reviewed voice mail messages from investors in response to recent letters forwarded to same advising that a claim form has not been submitted to the Receiver's office and followed up with necessary instructions regarding same. | 0.50 120.00/hr | 60.00 |
| | SSA | Reviewed submitted proof of claim forms. Reconciled proof of claim to defendants' records. Drafted detailed objections and issues for review. | 2.90 240.00/hr | 696.00 |
| 10/8/2008 | SYS | Reviewed submitted investor claim forms and updated information in the database as necessary. | 0.50 120.00/hr | 60.00 |
| | SSA | Reviewed claims submitted by Level Par investors and compared to Level Par records and funds tracing database. Drafted objection notes. Prepared analyses for more complicated claims. | 4.00 240.00/hr | 960.00 |
| | SSA | Continued review and reconciliation of submitted claims. | 1.00 240.00/hr | 240.00 |
| 10/9/2008 | SSA | Reviewed filed claims. Reconciled to funds tracing database and defendant's records. Prepared detailed analyses to separate Horizon investment from Global investment. Drafted detailed objections and notes. | 3.40 240.00/hr | 816.00 |
| | SYS | Reviewed voice mail messages from investors in response to recent notices forwarded to investors that did not previously submit a claim with the Receiver's office and followed up as necessary. | 0.40 120.00/hr | 48.00 |
| 10/10/2008 | SYS | Reviewed and prepared letters and claim forms for mailing to investors that have not previously submitted claim forms with the Receiver's office and followed up as necessary. | 1.20 120.00/hr | 144.00 |
| | SYS | Reviewed voice mail messages forwarded from investors in response to recent notices forwarded to same advising of the bar date and that a claim form was not previously submitted on their behalf and followed up with same. | 0.50 120.00/hr | 60.00 |
| | SSA | Continued review and detailed reconciliation of investor claims to funds tracing and other records. | 3.00 240.00/hr | 720.00 |
| 10/13/2008 | SSA | Continued reviewed of proofs of claim, comparison to defendant records and drafted objection and other notes on claim. | 3.40 240.00/hr | 816.00 |
| | SYS | Telephone calls to and from several investors in response to recent notices forwarded to investors advising that a claim form has not been previously submitted with the Receiver's office and of the set bar date. | 0.40 120.00/hr | 48.00 |
| 10/14/2008 | SYS | Reviewed voice mail messages from investors in response to recently forwarded notices advising of the set bar date and to allow the opportunity to file a claim with the Receiver's office as necessary. | 0.40 120.00/hr | 48.00 |
| | SSA | Reconciled claims to defendants' records and funds tracing database. Drafted detailed objections and prepared report of claims reconciliation. | 4.00 240.00/hr | 960.00 |

**SEC v. Global Finance et al.**

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/15/2008 | SYS | Reviewed voice mail messages forwarded from investors in response to recent notices forwarded advising of the bar date and assisted with the completion of claim forms as necessary. | 0.90 120.00/hr | 108.00 |
| | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database. | 1.00 120.00/hr | 120.00 |
| | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database. | 1.80 120.00/hr | 216.00 |
| 10/17/2008 | SYS | Reviewed voice mail messages from investor inquiring about recent notices received advising of the set bar date to file a claim with the Receiver's office and followed up as necessary with same. | 0.70 120.00/hr | 84.00 |
| 10/20/2008 | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database. | 1.00 120.00/hr | 120.00 |
| 10/22/2008 | SSA | Drafted email to Bill Arnold regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.20 240.00/hr | 48.00 |
| | SSA | Reviewed email from and drafted email to Thomas Sakuma regarding his claim. | 0.20 240.00/hr | 48.00 |
| | SYS | Reviewed voice mail messages from investors in response to recently forwarded claim form notices and followed up with same as necessary. | 0.40 120.00/hr | 48.00 |
| | SSA | Reviewed additional claims and drafted notes on objections and allowed amounts. | 2.80 240.00/hr | 672.00 |
| 10/28/2008 | SSA | Drafted claim determination letter and notice and linked to investor database for custom letters. | 2.50 240.00/hr | 600.00 |
| 10/29/2008 | SSA | Updated claims determination letter, notice and dispute notice. | 1.00 240.00/hr | 240.00 |
| | SSA | Reviewed claim objections for all reviewed claims. Updated and amended objection comments as necessary. | 2.30 240.00/hr | 552.00 |
| 10/31/2008 | SSA | Reviewed additional claim files. Drafted objection comments. Updated objection comments in database. Prepare draft of claims determination letter, notice and dispute form. Prepared report of claims objections for all investors. Drafted email to Tom Bosch and Bill Arnold regarding ▓▓▓▓ | 2.80 240.00/hr | 672.00 |
| | | Subtotal | 48.40 | 10,248.00 |

### Data Analysis

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/21/2008 | SSA | Restored and reviewed content of Sterling Meridian Quicken files. | 0.80 240.00/hr | 192.00 |
| | | Subtotal | 0.80 | 192.00 |

### Fee / Employment Applications

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/7/2008 | SSA | Reviewed, prepared text and requested fee application be posted on Receiver's website. | 0.40 240.00/hr | 96.00 |
| 10/10/2008 | SSA | Reviewed and edited fee invoice for September 2008. | 0.50 240.00/hr | 120.00 |
| 10/13/2008 | KSB | Prepared final bills for HFC and Receiver for September 2008. | 0.40 150.00/hr | 60.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/20/2008 | SSA | Drafted email to Bill Arnold regarding ~~[redacted]~~ | 0.20 240.00/hr | 48.00 |
|  |  | Subtotal | 1.50 | 324.00 |

### Investor Communications and Reporting

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/22/2008 | SSA | Drafted status letter to investors. | 1.00 240.00/hr | 240.00 |
|  |  | Subtotal | 1.00 | 240.00 |

### Litigation Consulting

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/9/2008 | SSA | Researched for settlement payments and drafted email to Tim McCole regarding same. | 0.50 240.00/hr | 120.00 |
|  |  | Subtotal | 0.50 | 120.00 |

### Tax Issues

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/2/2008 | MEC | Prepared tax letter to Texas regarding bar date notification. | 0.60 250.00/hr | 150.00 |
| 10/10/2008 | MEC | Filed correspondence and mailed Bar Date notice to Texas. Retrieved all mail correspondence and reviewed for tax notices. | 0.60 250.00/hr | 150.00 |
|  |  | Subtotal | 1.20 | 300.00 |
|  |  | **For professional services rendered** | **57.00** | **$12,288.00** |

Additional Charges :

### Expenses

| | | Amount |
|---|---|---|
| 10/17/2008 | Update information published on website | 100.00 |
| 10/31/2008 | Postage charges for October 2008. | 10.86 |
|  | Copying cost for October 2008. | 31.50 |
|  | Pacer on-line charges for period ended 9/30/08 | 2.40 |
|  | Subtotal | 144.76 |
|  | **Total costs** | **$144.76** |
|  | **Total amount of this bill** | **$12,432.76** |