# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | |
|---|---|
| Hays Financial Consulting, LLC | Invoice Date 09/17/08 |
| Attn: Mr. S. Gregory Hays | Submitted by J D Dantzler |
| 3343 Peachtree Road, N.E. | Direct Dial 404-885-3314 |
| Suite 200 | Invoice No. 940843 |
| Atlanta, GA 30326 | File No. 033287.000007 |

**RE:** Receiver - Global Finance & Investments, Inc., et. al

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/08 | $11,996.46 |
| Costs and Expenses Through 08/31/08 | $183.76 |
| **Total Amount of This Invoice** | **$12,180.22** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 09/17/08
Invoice Number 940843
File No. 033287.000007
Page 2

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 08/04/08 | DLA | Review and respond to e-mail inquiry from Scott Askew regarding ▓▓▓▓; review interview notes relating to ▓▓▓ | 0.2 | 33.25 |
| 08/04/08 | HC | Email correspondence regarding ▓▓▓▓; telephone call to Mr. Egan (Sterling Meridian's attorney) regarding ▓▓▓ | 0.4 | 104.50 |
| 08/04/08 | WNC | Draft letter forwarding check payment to Bank of America regarding July 2008 production | 0.2 | 15.20 |
| 08/11/08 | MRA | Email correspondence with Harrilee Cheshire regarding ▓▓▓▓ | 0.1 | 31.35 |
| 08/12/08 | MRA | Fielded phone call from investor; telephone conference with Scott Askue regarding ▓▓▓; review and analysis of same; conference with David Dantzler and Tom Bosch regarding ▓▓▓ | 1.2 | 376.20 |
| 08/12/08 | TBB | Conference with David Dantzler and Bill Arnold regarding ▓▓▓; review prior correspondence and other documents related to claims | 0.8 | 273.60 |
| 08/12/08 | JDD | Review status of case and pending issues; meeting with B. Arnold and T. Bosch regarding ▓▓▓ | 0.8 | 370.80 |
| 08/13/08 | MRA | Draft fee application; review and organize invoices to use in support of fee application; preparation for meeting regarding claims review process and filing of related plan and motion; review and analysis of subpoena sent to Mr. Egan | 0.5 | 156.75 |
| 08/13/08 | TBB | Telephone discussion with Bill Arnold and Scott Askue regarding ▓▓▓; review claim form, flow chart, letters to investors, and other information in file related to claims review; email correspondence with David Dantzler and Bill Arnold regarding ▓▓▓ | 2.0 | 684.00 |
| 08/13/08 | HC | Finalize correspondence to Egan with subpoena for Sterling Meridian documents | 0.3 | 78.38 |
| 08/13/08 | WNC | Draft letter, subpoena, and exhibit to Dennis Egan regarding Sterling Meridian, LLC and forward to H. Cheshire for review and revision; revise drafts of same per H. Cheshire edits and arrange for proper service; review and update case freeze subpoena chart to reflect details of same | 1.3 | 98.80 |
| 08/13/08 | JDD | Prepare for meeting with G. Hays and S. Askue regarding claims and other issues | 0.5 | 231.75 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 09/17/08
Invoice Number 940843
File No. 033287.000007
Page 3

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 08/14/08 | MRA | Meeting with Greg Hays, Scott Askue, David Dantzler and Tom Bosch regarding ███████████████; preparation for same | 0.9 | 282.15 |
| 08/14/08 | TBB | Prepare for and conference regarding claims administration | 0.9 | 307.80 |
| 08/14/08 | JDD | Meeting with Greg Hays, Scott Askue, Tom Bosch and Bill Arnold regarding ███████████ | 0.9 | 417.15 |
| 08/15/08 | MRA | Conference with Hans Clausen regarding ███████ | 0.2 | 62.70 |
| 08/18/08 | MRA | Telephone conference with Robert Riffner (counsel for Rosand Enterprises) regarding ███████; research regarding same; telephone conference with investor regarding distribution and possibility of getting an earlier distribution | 0.7 | 219.45 |
| 08/18/08 | TBB | Work on issues related to claims administration; begin drafting claims administration plan | 4.3 | 1,470.60 |
| 08/18/08 | WNC | Review case freeze/subpoena letter for outstanding subpoena responses; begin to cross-reference outstanding responses to case files in preparation for conference with B. Arnold on 8/19/08 | 0.7 | 53.20 |
| 08/19/08 | MRA | Telephone conference with investor regarding distribution and possibility of getting an earlier distribution; email correspondence with David Dantzler, Greg Hays and Scott Askue regarding ██████ draft motion to reschedule hearing date; file same | 2.0 | 627.00 |
| 08/19/08 | TBB | Continuing work on claims plan; review and revise same; email correspondence to David Dantzler regarding ██████ | 4.7 | 1,607.40 |
| 08/19/08 | WNC | Complete cross-reference of freeze/subpoena chart with case files in preparation for conference with B. Arnold; conference with B. Arnold regarding outstanding ████████████████████████; begin update of case freeze/subpoena chart to include details of same | 1.2 | 91.20 |
| 08/20/08 | MRA | Email correspondence with Nicole Chupp regarding ████████████████; review of file to ensure documents have been uploaded into the document repository; draft letter to investor regarding receiver's planned distribution and possibility of getting an earlier distribution | 0.6 | 188.10 |
| 08/20/08 | TBB | Legal research regarding common fund and pro rata distribution | 2.0 | 684.00 |
| 08/20/08 | WNC | Complete review of M. Lu's case files regarding Stephen Milden, Wells Ventures, LLC, and Mike D'Angelo; forward notes regarding same to B. Arnold for review with attached key documents; review and forward 8/14/08 Washington | 2.9 | 220.40 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 09/17/08
Invoice Number 940843
File No. 033287.000007
Page 4

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | Mutual subpoena response to S. Sloane and S. Askue; complete update of freeze/subpoena chart to reflect same; ▓▓▓▓▓ to B. Arnold per request | | |
| 08/21/08 | MRA | Email correspondence with Tom Bosch ▓▓▓▓; review and analysis of same | 0.1 | 31.35 |
| 08/21/08 | TBB | Draft bar date motion and order; email correspondence to Scott Askue regarding same | 1.6 | 547.20 |
| 08/21/08 | JDD | Conference with T. Bosch regarding ▓▓▓▓▓ | 0.5 | 231.75 |
| 08/22/08 | MRA | Telephone conference with investor regarding distribution timing; email correspondence with Greg Hays regarding same; review and revise letter to investor; email correspondence with Shuwanda Sloane regarding investor; email correspondence with Tom Bosch ▓▓▓▓; email correspondence with Scott Askue and David Dantzler regarding ▓▓▓▓ | 0.4 | 125.40 |
| 08/22/08 | TBB | Telephone discussion with Scott Askue regarding claims issues; review language in claims process regarding identification of claimant; review and revise bar date motion | 0.7 | 239.40 |
| 08/22/08 | HCC | Redact July invoices for Hays, Receiver, and Troutman; being preparing fee application for July | 1.0 | 247.00 |
| 08/25/08 | TBB | Discussions with David Dantzler regarding ▓▓▓▓; email correspondence with Greg Hays regarding same; review and revise non-investor claim form; email correspondence with Scott Askue regarding same; email correspondence with Eileen Castle; discussion with Eileen Castle regarding same | 1.4 | 478.80 |
| 08/25/08 | HCC | Redact Quilling, Selander, Cumminskey & Lownds invoice for July; clean up & revise fee application for May, June, and June | 1.0 | 247.00 |
| 08/25/08 | JDD | E-mail correspondence with Receiver Team regarding ▓▓▓▓; bar date and tax issues; several conferences with T. Bosch regarding ▓▓▓ | 0.7 | 324.45 |
| 08/26/08 | TBB | Discussion with Scott Askue regarding application of bar order to taxing authorities | 0.2 | 68.40 |
| 08/27/08 | MRA | Email correspondence with Tom Bosch and Greg Hays regarding ▓▓▓▓; review and analysis of correspondence to Texas Bank following up on a subpoena; conference with Nicole Chupp regarding ▓▓▓▓ | 0.3 | 94.05 |

IN ACCOUNT WITH

Invoice Date 09/17/08
Invoice Number 940843
File No. 033287.000007
Page 5

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 08/27/08 | TBB | Discussion with David Dantzler regarding ▬▬▬▬; revise motion regarding same; email correspondence with Greg Hays regarding same; additional revisions to bar date motion and order | 1.0 | 342.00 |
| 08/28/08 | HC | Draft correspondence to invester regarding currently projected distribution timing and amount | 1.1 | 287.38 |
| 08/29/08 | MRA | Email correspondence with Tom Bosch regarding ▬▬▬▬ | 0.1 | 31.35 |
| 08/29/08 | WNC | Correspondence with B. Arnold, H. Cheshire, and T. Bosch regarding ▬▬▬▬ | 0.2 | 15.20 |
| | | Totals | 40.6 | 11,996.46 |

## TIMEKEEPER TIME SUMMARY THROUGH 08/31/08

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| DLA | Alford | 0.2 | 166.25 | 33.25 |
| MRA | Arnold | 7.1 | 313.50 | 2,225.85 |
| TBB | Bosch | 19.6 | 342.00 | 6,703.20 |
| HC | Cheshire | 1.8 | 261.26 | 470.26 |
| WNC | Chupp | 6.5 | 76.00 | 494.00 |
| HCC | Clausen | 2.0 | 247.00 | 494.00 |
| JDD | Dantzler | 3.4 | 463.50 | 1,575.90 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 08/31/08

| Date | Description | Amount |
|---|---|---|
| 08/01/08 | Copy Charges – PAYEE: Bank of America; REQUEST#: 232451; DATE: 8/1/2008. Copies of T. Dixon account statements | 183.76 |
| | Total: | 183.76 |

Total Fees & Costs: $12,180.22

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 10/16/08 |
| Attn: Mr. S. Gregory Hays | Submitted by | J D Dantzler |
| 3343 Peachtree Road, N.E. | Direct Dial | 404-885-3314 |
| Suite 200 | Invoice No. | 946652 |
| Atlanta, GA 30326 | File No. | 033287.000007 |

RE:   **Receiver - Global Finance & Investments, Inc., et. al**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/08 | $9,637.78 |
| **Total Amount of This Invoice** | **$9,637.78** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/16/08
Invoice Number 946652
File No. 033287.000007
Page 2

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 09/02/08 | MRA | Conference with Tom Bosch and Nicole Chupp regarding ▮▮▮; telephone conference with Scott Askue regarding same; review of file regarding same; telephone conference with investor regarding ▮▮▮; review and revise correspondence to same investor; conference with Tom Bosch regarding ▮▮▮; email correspondence to SEC and other counsel regarding ▮▮▮ | 1.1 | 344.85 |
| 09/02/08 | TBB | Review subpoena information; internal conference regarding ▮▮▮; review docket information regarding represented parties; review issues associated with conference requirements prior to filing motion for bar date order; email correspondence and discussions with Bill Arnold regarding ▮▮▮ | 1.8 | 615.60 |
| 09/02/08 | HC | Conferences with Troutman Sanders attorneys and staff regarding ▮▮▮ | 0.8 | 209.00 |
| 09/02/08 | WNC | Conference with B. Arnold and T. Bosch regarding ▮▮▮; follow-up correspondence with H. Cheshire regarding ▮▮▮ | 1.2 | 91.20 |
| 09/03/08 | MRA | Review and revise fee application; conference and email correspondence with Hans Clausen regarding ▮▮▮ email correspondence from Harrilee Cheshire, Tom Bosch and Scott Askue regarding ▮▮▮ | 0.3 | 94.05 |
| 09/03/08 | TBB | Discussion with Bill Arnold regarding ▮▮▮ prepare bar date motion for filing; draft correspondence to Greg Hays regarding ▮▮▮ | 0.9 | 307.80 |
| 09/03/08 | HC | Review status of bank and other 3rd party subpoenas; conferences and email regarding ▮▮▮ | 0.8 | 209.00 |
| 09/03/08 | WNC | Research and verify contact information for JP Morgan Chase, Protecting Mine, LLC, and Robert Riffner in connection with delinquent subpoena responses; draft email forwarding ▮▮▮ to B. Arnold for follow up | 1.3 | 98.80 |
| 09/03/08 | HCC | Complete fee application draft for May, June, July 2008 | 1.4 | 345.80 |
| 09/04/08 | MRA | Review and revise fee application; email correspondence to SEC regarding ▮▮▮ email correspondence with Hans Clausen regarding ▮▮▮ review and analysis of email | 0.3 | 94.05 |

IN ACCOUNT WITH

Invoice Date 10/16/08
Invoice Number 946652
File No. 033287.000007
Page 3

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | correspondence from Tom Bosch and Harrilee Cheshire regarding ▮ | | |
| 09/04/08 | TBB | Email correspondence with Scott Askue regarding ▮; email correspondence with Greg Hays regarding ▮; email correspondence with Harrilee Cheshire regarding ▮ | 0.3 | 102.60 |
| 09/05/08 | MRA | Review and revise correspondence to investor regarding ▮ telephone conference with investor regarding ▮ email correspondence with Greg Hays regarding ▮ | 0.3 | 94.05 |
| 09/05/08 | HC | Edit fee application; conference with B. Arnold regarding ▮ | 0.8 | 209.00 |
| 09/05/08 | HCC | Revise May, June, and July fee application per SEC review of initial draft | 0.2 | 49.40 |
| 09/09/08 | HC | Conference with B. Arnold regarding ▮; assist in drafting same | 0.9 | 235.13 |
| 09/10/08 | JDD | Preliminary review of Plan of Distribution; conference with T. Bosch regarding ▮ | 0.8 | 370.80 |
| 09/12/08 | MRA | Telephone call to Robert Riffner ▮; review of file regarding same | 0.2 | 62.70 |
| 09/16/08 | JDD | Review and revise Plan of Distribution | 1.2 | 556.20 |
| 09/17/08 | JDD | Continued work on Plan and related matters | 1.3 | 602.55 |
| 09/18/08 | JDD | Continued work on Plan | 1.5 | 695.25 |
| 09/23/08 | MRA | E-mail correspondence with Tom Bosch regarding ▮ | 0.1 | 31.35 |
| 09/23/08 | WNC | Forward ▮ to B. Arnold for review per request; follow-up correspondence with H. Cheshire and B. Arnold regarding ▮ | 0.2 | 15.20 |
| 09/23/08 | JDD | Work on Plan; e-mail correspondence with B. Arnold and T. Bosch regarding ▮ | 2.0 | 927.00 |
| 09/24/08 | MRA | Review and analysis of order entered in case; e-mail correspondence to Tom Bosch regarding ▮ | 0.2 | 62.70 |
| 09/25/08 | TBB | Review Bar Order; email correspondence regarding ▮ | 0.2 | 68.40 |
| 09/26/08 | MRA | Review and revise letter to investors regarding ▮ telephone conference and e-mail correspondence with Scott Askue regarding ▮ conference with Harrilee Cheshire regarding ▮ e-mail correspondence from | 0.5 | 156.75 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/16/08
Invoice Number 946652
File No. 033287.000007
Page 4

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | Timothy McCole (SEC) regarding ▓▓▓▓ | | |
| 09/26/08 | HC | Review and edit notice to investors; discuss ▓▓▓ with S. Askue and B. Arnold | 0.2 | 52.25 |
| 09/26/08 | HCC | Draft August 2008 fee application with itemized list of completed tasks; redact 35 pages of invoices from Troutman, receiver, Hays, Bray & Freeman, and QSCL | 3.6 | 889.20 |
| 09/26/08 | JDD | E-mail correspondence with S. Askue regarding ▓▓▓▓ review letter to investors regarding ▓▓▓ | 0.3 | 139.05 |
| 09/29/08 | TBB | Work on claims administration and distribution plan | 0.5 | 171.00 |
| 09/30/08 | MRA | Oversee filing of fee application | 0.2 | 62.70 |
| 09/30/08 | HCC | E-file fee application in Global Finance case for May, June, and July 2008; email copy of proposed fee-application order to court clerk; email to Fran Smith with instructions for providing courtesy copies to Judge Schell and sending copies to recipients listed in certificate of service | 0.6 | 148.20 |
| 09/30/08 | HCC | Draft August 2008 fee application; email to Bill Arnold regarding ▓▓▓ meet with Bill Arnold to discuss ▓▓▓ | 1.1 | 271.70 |
| 09/30/08 | JDD | Review Plan revisions; meeting with B. Arnold and T. Bosch regarding ▓▓▓ | 1.2 | 556.20 |
| 09/30/08 | LAE | Research Receiver's federal tax obligations regarding interest and penalties | 2.6 | 555.75 |
| 09/30/08 | JAL | Review of private deposition bond for FDIC insured accounts; Travelers surety bond | 0.3 | 142.50 |
| | | Totals | 31.2 | 9,637.78 |

IN ACCOUNT WITH

Invoice Date 10/16/08
Invoice Number 946652
File No. 033287.000007
Page 5

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

## TIMEKEEPER TIME SUMMARY THROUGH 09/30/08

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| MRA | Arnold | 3.2 | 313.50 | 1,003.20 |
| TBB | Bosch | 3.7 | 342.00 | 1,265.40 |
| HC | Cheshire | 3.5 | 261.25 | 914.38 |
| WNC | Chupp | 2.7 | 76.00 | 205.20 |
| HCC | Clausen | 6.9 | 247.00 | 1,704.30 |
| JDD | Dantzler | 8.3 | 463.50 | 3,847.05 |
| LAE | Eriksson | 2.6 | 213.75 | 555.75 |
| JAL | Lutz | 0.3 | 475.00 | 142.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

BILLING INQUIRIES:
(404) 885-2508

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Rd NE
Ste 200
Atlanta, GA 30326-1420

| | |
|---|---|
| Invoice Date | 11/13/08 |
| Submitted by | J Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 954306 |
| File No. | 033287.000007 |

**RE:** Receiver - Global Finance & Investments, Inc., et. al

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/08 | $9,912.08 |
| Costs and Expenses Through 10/31/08 | $273.88 |
| **Total Amount of This Invoice** | **$10,185.96** |

IN ACCOUNT WITH

Invoice Date 11/13/08
Invoice Number 954306
File No. 033287.000007
Page 2

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 10/01/08 | TBB | Continuing work on claims administration plan | 1.3 | 444.60 |
| 10/01/08 | JDD | Conference with T. Bosch regarding ▓▓▓ | 0.4 | 185.40 |
| 10/02/08 | HCC | ▓▓▓ per instructions from Bill Arnold | 0.6 | 148.20 |
| 10/06/08 | MRA | Telephone conference with investor regarding distribution date | 0.1 | 31.35 |
| 10/08/08 | MRA | E-mail correspondence with Scott Askue regarding ▓▓▓ | 0.1 | 31.35 |
| 10/09/08 | MRA | Review and analysis of e-mail correspondence from Scott Askue regarding ▓▓▓ | 0.1 | 31.35 |
| 10/10/08 | MRA | Prepare memo and supporting materials for David Dantzler's status conference with court; telephone conference with Scott Askue regarding ▓▓▓ | 1.2 | 376.20 |
| 10/10/08 | TBB | Work on plan for claims administration and distribution of proceeds | 0.6 | 205.20 |
| 10/12/08 | MRA | Continued preparation of memo and supporting materials for David Dantzler's status conference with Court; e-mail correspondence with David Dantzler regarding ▓▓▓ | 0.7 | 219.45 |
| 10/12/08 | TBB | Review and revise plan for claims administration and distribution of proceeds | 2.0 | 684.00 |
| 10/13/08 | MRA | E-mail correspondence with Nicole Chupp and Scott Askue regarding documents from Texas Bank; conference with David Dantzler regarding ▓▓▓ | 0.3 | 94.05 |
| 10/13/08 | WNC | Review e-mail correspondence and subpoena chart in connection with S. Askue inquiry about ▓▓▓; follow-up communication with B. Arnold regarding ▓▓▓ | 0.3 | 22.80 |
| 10/13/08 | JDD | Conference with B. Arnold regarding ▓▓▓; telephone conference with S. Askue regarding ▓▓▓; travel to Texas; prepare for and meet with T. McCole and C. Will regarding ▓▓▓; other related matters | 4.0 | 1,854.00 |
| 10/14/08 | MRA | E-mail correspondence with Nicole Chupp regarding ▓▓▓ | 0.1 | 31.35 |
| 10/14/08 | TBB | Email correspondence with David Dantzler and Bill Arnold regarding ▓▓▓ | 0.1 | 34.20 |

# TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 10/14/08 | WNC | Correspondence with B. Arnold regarding ▓▓▓ | 0.3 | 22.80 |
| 10/14/08 | JDD | Prepare for and attend status conference; various follow-up matters; e-mail correspondence with Receiver Team regarding ▓▓▓ travel to Atlanta | 4.0 | 1,854.00 |
| 10/15/08 | JDD | Follow-up matters related to status conference | 0.3 | 139.05 |
| 10/16/08 | MRA | Field phone calls from investors | 0.1 | 31.35 |
| 10/17/08 | MRA | Field phone calls from investor; e-mail correspondence with Kathy Malek regarding ▓▓▓; e-mail correspondence with Hays Financial Consulting team regarding ▓▓▓ | 0.1 | 31.35 |
| 10/17/08 | JDD | E-mail correspondence with Receiver Team | 0.3 | 139.05 |
| 10/20/08 | MRA | Review and analysis of email correspondence from Scott Askue and Nicole Chupp regarding ▓▓▓ | 0.1 | 31.35 |
| 10/20/08 | WNC | Telephone call with Sharon at Texas Bank regarding delinquent response to 8/27/08 request for supplemental account statements; follow-up with B. Arnold, H. Cheshire, and S. Askue regarding ▓▓▓ | 0.3 | 22.80 |
| 10/21/08 | MRA | Review and analysis of correspondence to Texas Bank following up on subpoena | 0.1 | 31.35 |
| 10/21/08 | HC | Revise Texas Bank subpoena and correspondence regarding same; conference with N. Chupp regarding ▓▓▓ | 0.5 | 130.63 |
| 10/21/08 | WNC | Draft supplemental subpoena and letter to Rita Wallace at Texas Bank for KGS Group, LLC account statements; forward same to H. Cheshire for review; revise same per H. Cheshire edits and arrange for proper service | 1.9 | 144.40 |
| 10/21/08 | HCC | Review redacted invoices and motion for September fees | 0.4 | 98.80 |
| 10/22/08 | MRA | Review and revise letter to investors; telephone conference and e-mail correspondence with Scott Askue regarding ▓▓▓ | 0.6 | 188.10 |
| 10/22/08 | HC | Edit investor letter; conference with B. Arnold regarding ▓▓▓ | 0.6 | 156.75 |
| 10/27/08 | MRA | Telephone conference with Dennis Egan regarding ▓▓▓ | 0.1 | 31.35 |
| 10/28/08 | MRA | Telephone conference with Dennis Egan regarding ▓▓▓; email correspondence with Harrilee Cheshire and Scott Askue regarding same; conference with D. Dantzler and T. Bosch regarding ▓▓▓ | 0.3 | 94.05 |
| 10/28/08 | TBB | Email correspondence with Receiver Team regarding ▓▓▓; discussion | 0.3 | 102.60 |

IN ACCOUNT WITH

Invoice Date 11/13/08
Invoice Number 954306
File No. 033287.000007
Page 4

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | with David Dantzler and Bill Arnold regarding ▬; email correspondence with Greg Hays regarding ▬ | | |
| 10/28/08 | WNC | Continue review of Texas Bank production regarding KGS Group, LLC account; draft notes regarding same in preparation for forwarding to client | 0.7 | 53.20 |
| 10/28/08 | WNC | Begin review of supplemental Texas Bank production pursuant to 8/27/08 subpoena | 0.6 | 45.60 |
| 10/28/08 | JDD | Review status of case; telephone conference with T. Bosch and B. Arnold re: ▬ | 0.6 | 278.10 |
| 10/29/08 | MRA | Preparation for meeting with Troutman and Hays Financial Consulting teams regarding ▬; telephone conference with Scott Askue regarding ▬; meeting with Greg Hays, David Dantzler, Scott Askue and Tom Bosch regarding ▬ | 2.2 | 689.70 |
| 10/29/08 | TBB | Prepare for and conference at Receiver's office regarding ▬ | 1.2 | 410.40 |
| 10/29/08 | HC | Telephone call and email regarding Sterling Meridian documents to be sent by D. Egan | 0.2 | 52.25 |
| 10/29/08 | JDD | Review status of unresolved third-party issues; prepare for and participate (by phone) in meeting with G. Hays, S. Askue, B. Arnold and T. Bosch regarding ▬ | 1.2 | 556.20 |
| 10/30/08 | MRA | Email correspondence from D. Egan regarding ▬; email correspondence from Nicole Chupp regarding ▬ | 0.1 | 31.35 |
| 10/30/08 | WNC | Complete review of Texas Bank supplemental production regarding KGS Group, LLC account no. 4911784; draft memorandum summarizing ▬ and forward to S. Askue, B. Arnold, and H. Cheshire for review; forward copy set of same to S. Askue for further review | 2.0 | 152.00 |
| | | Totals | 31.0 | 9,912.08 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/13/08
Invoice Number 954306
File No. 033287.000007
Page 5

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

### TIMEKEEPER TIME SUMMARY THROUGH 10/31/08

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| MRA | Arnold | 6.3 | 313.50 | 1,975.05 |
| TBB | Bosch | 5.5 | 342.00 | 1,881.00 |
| HC | Cheshire | 1.3 | 261.25 | 339.63 |
| WNC | Chupp | 6.1 | 76.00 | 463.60 |
| HCC | Clausen | 1.0 | 247.00 | 247.00 |
| JDD | Dantzler | 10.8 | 463.50 | 5,005.80 |

### FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/08

| Date | Description | Amount |
|---|---|---|
| 10/17/08 | Meals and Entertainment – VENDOR: Dantzler, Jr., J D.; INVOICE#: 101508ADANTZLER; DATE: 10/17/2008 - 10/13-14/08 Travel to Dallas, TX - Correll and Global Finance - meal | 14.79 |
| 10/03/08 | Professional Services – VENDOR: Pacer Service Center; INVOICE#: TS0042100308; DATE: 10/3/2008 - Pacer Service 7/1/08 - 9/30/08 | 11.44 |
| 10/17/08 | Travel Expenses – VENDOR: Dantzler, Jr., J D.; INVOICE#: 101508ADANTZLER; DATE: 10/17/2008 - 10/13-14/08 Travel to Dallas, TX - Correll and Global Finance - travel expenses | 247.65 |

Total: 273.88

Total Fees & Costs: $10,185.96