**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**
**For the Period from 10/1/2008 to 10/31/2008**

November 07, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 2.20 | 770.00 |
| | 350.00/hr | |
| **For professional services rendered** | **2.20** | **$770.00** |

---

CIRA - Certified Insolvency and Restructuring Advisor  CTP - Certified Turnaround Professional

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from   10/1/2008   to   10/31/2008**

November 07, 2008

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Case Administration | 1.50 | 525.00 |
| Fee / Employment Applications | 0.70 | 245.00 |
| **For professional services rendered** | **2.20** | **$770.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

Receiver

For the Period from 10/1/2008 to 10/31/2008

November 07, 2008

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 10/4/2008 SGH | Reviewed and responded to emails. | | 0.20 350.00/hr | 70.00 |
| 10/17/2008 SGH | Reviewed email from David Dantzler regarding ▇▇▇ and reviewed issues that need to be handled. | | 0.30 350.00/hr | 105.00 |
| 10/22/2008 SGH | Reviewed and edited letter to investors to post on website. | | 0.20 350.00/hr | 70.00 |
| 10/29/2008 SGH | Participated in status update meeting with counsel and Scott Askue. | | 0.80 350.00/hr | 280.00 |
| | Subtotal | | 1.50 | 525.00 |
| **Fee / Employment Applications** | | | | |
| 10/16/2008 SGH | Reviewed invoices for September for Receiver and Accountants to Receiver. | | 0.30 350.00/hr | 105.00 |
| 10/27/2008 SGH | Reviewed and approved the draft of fee application. | | 0.40 350.00/hr | 140.00 |
| | Subtotal | | 0.70 | 245.00 |
| | **For professional services rendered** | | **2.20** | **$770.00** |