# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

### Accountants and Financial Consultants to the Receiver
### For the Period from 10/1/2008 to 10/31/2008

November 11, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| J. Colt Conner, CFE | 26.70<br>100.00/hr | 2,670.00 |
| Julie N. Hentosz, CFE | 44.40<br>100.00/hr | 4,440.00 |
| K. Shelby Bao | 0.40<br>150.00/hr | 60.00 |
| Richard F. Hunter, CFE | 0.30<br>195.00/hr | 58.50 |
| Scott S. Askue, CIRA | 57.10<br>240.00/hr | 13,704.00 |
| Shuwanda Y. Sloane, CFE | 162.00<br>120.00/hr | 19,440.00 |
| **For professional services rendered** | **290.90** | **$40,372.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 105.00 |
| Document Storage | 455.00 |
| Fax | 7.50 |
| Federal Express | 64.75 |
| Miscellaneous | 120.00 |
| Pacer Charges | 6.64 |
| Postage | 48.67 |
| **Total costs** | **$807.56** |
| **Total amount of this bill** | **$41,180.06** |

---

CCE - Certified Computer Examiner  CPA - Certified Public Accountant
CFE - Certified Fraud Examiner  CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor  PHR - Professional in Human Resources

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from 10/1/2008 to 10/31/2008**

November 11, 2008

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 13.40 | 3,188.00 |
| Asset Analysis & Recovery | 1.10 | 250.50 |
| Asset Disposition | 0.60 | 144.00 |
| Case Administration | 6.70 | 1,580.00 |
| Claims Administration & Objections | 259.30 | 33,410.00 |
| Fee / Employment Applications | 2.30 | 516.00 |
| Investor Communications and Reporting | 4.30 | 516.00 |
| Litigation Consulting | 3.20 | 768.00 |
| **For professional services rendered** | **290.90** | **$40,372.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 105.00 |
| Document Storage | 455.00 |
| Fax | 7.50 |
| Federal Express | 64.75 |
| Miscellaneous | 120.00 |
| Pacer Charges | 6.64 |
| Postage | 48.67 |
| **Total costs** | **$807.56** |
| **Total amount of this bill** | **$41,180.06** |

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

Accountants and Financial Consultants to the Receiver

For the Period from 10/1/2008 to 10/31/2008

November 11, 2008

Professional Services

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Accounting** | | |
| 10/2/2008 | SSA | Reviewed for information regarding content of Concordance DVD's. Drafted email to Scott Baker regarding same. | 0.50 240.00/hr | 120.00 |
| 10/6/2008 | SSA | Researched for information regarding the Branson claims and transactions. Drafted emails to Clark Will and Ralph Freeman regarding same. | 0.60 240.00/hr | 144.00 |
| 10/7/2008 | SSA | Researched for additional information regarding the Bransons. Drafted email to Ralph Freeman regarding same. Researched for additional information regarding Sitton transactions. Drafted email to Clark Will regarding same. | 0.80 240.00/hr | 192.00 |
| 10/9/2008 | JNH | Reviewed and reconciled bank statement and documents for September 2008. | 0.20 100.00/hr | 20.00 |
| 10/10/2008 | SSA | Reviewed email from Mark Moody regarding Mocca investor calculation. | 0.20 240.00/hr | 48.00 |
| 10/13/2008 | SSA | Reviewed email from David Dantzler and researched for information regarding PILL and recovery of Antigua funds. | 0.70 240.00/hr | 168.00 |
| 10/15/2008 | SSA | Investigated relationship of CMR with investment scheme. Drafted email to Bill Arnold regarding same. | 2.00 240.00/hr | 480.00 |
| 10/20/2008 | SSA | Reviewed Texas Bank subpoena relating to KG Sitton records. | 0.20 240.00/hr | 48.00 |
| 10/21/2008 | SSA | Telephone call and emails from Bill Arnold regarding same. Researched for information on same. | 0.50 240.00/hr | 120.00 |
| | SSA | Reviewed account reconciliations for September 2008. Reviewed receipts and disbursements during period. | 0.40 240.00/hr | 96.00 |
| 10/22/2008 | SSA | Reviewed transactions and updated accounting for Dwight Johnson. | 1.00 240.00/hr | 240.00 |
| | SSA | Compiled final accounting and exhibits for Robbie Gowdey. Drafted email to Bill Arnold regarding same. | 1.00 240.00/hr | 240.00 |
| | SSA | Telephone call from Jamie Webb at Home Federal in Idaho regarding frozen BCM funds. | 0.10 240.00/hr | 24.00 |
| 10/23/2008 | SSA | Reviewed accounting by Dwight Johnson. Drafted email to Clark Will regarding same. | 1.00 240.00/hr | 240.00 |
| | SSA | Prepared report of money invested and money returned to Sterling Meridian investors. | 2.00 240.00/hr | 480.00 |

**SEC v. Travis Correll et al**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/23/2008 | SSA | Researched for transactions with Larry Williams. Drafted email to Ralph Freeman regarding same. | 0.30 240.00/hr | 72.00 |
| 10/31/2008 | SSA | Reviewed file and drafted email to Bill Arnold regarding ███████████████████. Reviewed accounting prepared by Johnson and compared to defendant's records and funds tracing. | 1.90 240.00/hr | 456.00 |
| | | Subtotal | 13.40 | 3,188.00 |

### Asset Analysis & Recovery

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2008 | SSA | Telephone call from John Penningway regarding oil and gas interest payments to the Receiver. | 0.20 240.00/hr | 48.00 |
| 10/7/2008 | SSA | Drafted email to Bill Arnold regarding ███████████████████. | 0.20 240.00/hr | 48.00 |
| 10/20/2008 | SSA | Drafted email to Bill Arnold regarding ███████████████████. | 0.20 240.00/hr | 48.00 |
| 10/29/2008 | RFH | Reviewed and responded to emails from the Receiver and Scott Askue regarding the return of leased equipment from the corporate offices. Discussed same with Kathy Malek and Scott Askue and reviewed email from Ms. Malek regarding letter to the leasing company. | 0.30 195.00/hr | 58.50 |
| | SSA | Drafted email to Stacey Hentzler regarding return of leased copier he personally guaranteed. | 0.20 240.00/hr | 48.00 |
| | | Subtotal | 1.10 | 250.50 |

### Asset Disposition

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/8/2008 | SSA | Reviewed listing agreement for Heartstone property. Drafted email to Michael Clark regarding same. | 0.60 240.00/hr | 144.00 |
| | | Subtotal | 0.60 | 144.00 |

### Case Administration

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/10/2008 | SSA | Telephone call from Bill Arnold regarding ███████████████████. Researched issues for same. Telephone conference with Bill Arnold and Clark Will regarding ████. | 1.10 240.00/hr | 264.00 |
| 10/20/2008 | SSA | Drafted letter to creditors regarding status of case and case issues. | 1.00 240.00/hr | 240.00 |
| 10/23/2008 | JCC | Reviewed and responded to emails from Scott Askue regarding addition to website. Forwarded message to website manager for processing. | 0.20 100.00/hr | 20.00 |
| 10/28/2008 | SSA | Prepared various reports regarding status of claims. Reviewed cash position and status of recoveries. Prepared summary of same. | 2.00 240.00/hr | 480.00 |
| 10/29/2008 | SSA | Telephone call from Bill Arnold regarding ███████████████████. Researched for contact information for Big Sky. | 0.70 240.00/hr | 168.00 |
| | SSA | Prepared various reports and researched status of issues. Met with Bill Arnold, David Dantzler and Tom Bosch regarding ███████████████. | 1.70 240.00/hr | 408.00 |
| | | Subtotal | 6.70 | 1,580.00 |

### Claims Administration & Objections

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2008 | SSA | Reviewed for investors who invested through facilitators. Prepared report of same for supplemental mailing. | 2.70 240.00/hr | 648.00 |
| | SSA | Reviewed reports from various sources for information regarding investors in Creative Wealth and related companies. Began compiling contact and investor information for same. | 2.30 240.00/hr | 552.00 |
| | SSA | Continued compiling contact and investment information for smaller facilitators. | 1.30 240.00/hr | 312.00 |
| 10/2/2008 | SYS | Continued to review submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database as necessary. | 1.50 120.00/hr | 180.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database as necessary. | 1.80 120.00/hr | 216.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database as necessary. | 2.40 120.00/hr | 288.00 |
| | JNH | Reviewed investor submitted claim forms. | 2.50 100.00/hr | 250.00 |
| | SYS | Reviewed submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database as necessary. | 3.00 120.00/hr | 360.00 |
| | SYS | Reviewed voice mail messages forwarded from investors inquiring about distributions and followed up as necessary. | 0.30 120.00/hr | 36.00 |
| | SYS | Telephone call to Trustee Jasmine Z. Kelller regarding her client's Chapter 13 filing and his $59k claim with the Receiver's office. | 0.30 120.00/hr | 36.00 |
| | SSA | Drafted email to Bill Arnold regarding ▬▬▬▬▬. | 0.20 240.00/hr | 48.00 |
| | SSA | Continue reviewed and preparation of list of investors who invested through secondary facilitators. Drafted email to Bill Arnold regarding ▬▬▬▬▬▬▬▬▬▬▬▬. | 2.70 240.00/hr | 648.00 |
| | SSA | Reviewed various sources of information. Prepared list of investor information for secondary facilitators. | 2.90 240.00/hr | 696.00 |
| 10/3/2008 | SYS | Reviewed voice mail messages from investors inquiring about the status of the distribution and followed up as necessary. | 0.30 120.00/hr | 36.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database as necessary. | 1.50 120.00/hr | 180.00 |
| | SYS | Reviewed and organized review and reconciled files to ensure that all allowed amounts have been entered into the investor database and updated same as necessary. | 1.00 120.00/hr | 120.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database as necessary. | 2.00 120.00/hr | 240.00 |

**SEC v. Travis Correll et al** <span style="float:right">Page 4</span>

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/3/2008 | JNH | Reviewed investor submitted claim forms. | 3.00 100.00/hr | 300.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database as necessary. | 2.00 120.00/hr | 240.00 |
| 10/6/2008 | SSA | Reviewed letter to facilitators and investors through facilitators. Drafted emails to Bill Arnold regarding ▓▓▓▓. | 0.50 240.00/hr | 120.00 |
| | JNH | Reviewed investor submitted claim forms. | 3.00 100.00/hr | 300.00 |
| | SYS | Continued to review and organize submitted investor files and updated the investor database with additional information as necessary. | 2.50 120.00/hr | 300.00 |
| | SSA | Reviewed proofs of claim and case issues. Prepared reports of additional facilitator contact and claim information. | 1.00 240.00/hr | 240.00 |
| | SYS | Reviewed submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database. | 3.00 120.00/hr | 360.00 |
| | SYS | Continued to review and organize submitted investor files and updated the investor database with additional information as necessary. | 1.60 120.00/hr | 192.00 |
| 10/7/2008 | SYS | Reviewed submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database as necessary. | 3.00 120.00/hr | 360.00 |
| | SSA | Prepared reports and drafted emails to Bill Arnold regarding ▓▓▓▓▓▓▓▓. | 0.60 240.00/hr | 144.00 |
| | JNH | Prepared investor mailing for the R&H, McLean, and DM Marketing investors that have not submitted claim forms. | 1.50 100.00/hr | 150.00 |
| | JNH | Reviewed investor submitted claim forms. | 0.70 100.00/hr | 70.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database as necessary. | 1.80 120.00/hr | 216.00 |
| | SYS | Continued to review and prepare letters for mailing to investors that did not previously submit claim forms to the Receiver's office. | 2.30 120.00/hr | 276.00 |
| 10/8/2008 | SYS | Reviewed email from Bill Arnold and prepared letters to investors for mailing. | 0.50 120.00/hr | 60.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting records to calculate allowed claim amounts. | 3.00 120.00/hr | 360.00 |
| | SYS | Reviewed submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database. | 2.70 120.00/hr | 324.00 |
| | JNH | Reviewed investor submitted claim forms. | 2.00 100.00/hr | 200.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting records to calculate allowed claim amounts. | 1.80 120.00/hr | 216.00 |
| 10/9/2008 | SSA | Reviewed email from and drafted email to Bill Arnold regarding ▓▓▓▓▓. | 0.20 240.00/hr | 48.00 |
| | JNH | Reviewed investor submitted claim forms. | 1.00 100.00/hr | 100.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/9/2008 | SYS | Continued to review submitted investor claim forms and defendant accounting records to calculate allowed claim amounts. | 1.70 120.00/hr | 204.00 |
| | SSA | Telephone call to Bill Arnold regarding ██████████ ██████████ | 0.30 240.00/hr | 72.00 |
| | SSA | Reviewed claim issues relating to KG Sitton investors. | 0.40 240.00/hr | 96.00 |
| | SSA | Researched for information regarding Silverton Capital. Drafted email to Bill Arnold regarding same. | 0.40 240.00/hr | 96.00 |
| | SYS | Reviewed submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database. | 3.00 120.00/hr | 360.00 |
| | SYS | Reviewed email messages from investors requesting address changes and updated the investor database with same. | 0.20 120.00/hr | 24.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting records to calculate allowed claim amounts. | 2.70 120.00/hr | 324.00 |
| 10/10/2008 | SYS | Continued to review submitted investor claim forms and defendant accounting records to calculate allowed claim amounts. | 3.00 120.00/hr | 360.00 |
| | SYS | Reviewed submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database. | 3.00 120.00/hr | 360.00 |
| 10/13/2008 | SSA | Reviewed claim issues relating to facilitators. Updated claims database with information on same. | 1.00 240.00/hr | 240.00 |
| | SYS | Continued to review submitted investor claims and defendant accounting records to calculate allowed claim amounts and entered same into the investor database as necessary. | 3.00 120.00/hr | 360.00 |
| | JNH | Reviewed investor submitted claim forms. | 1.10 100.00/hr | 110.00 |
| | SYS | Reviewed submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database as necessary. | 1.90 120.00/hr | 228.00 |
| | SYS | Continued to review submitted investor claims and defendant accounting records to calculate allowed claim amounts and entered same into the investor database as necessary. | 2.40 120.00/hr | 288.00 |
| 10/14/2008 | JNH | Reviewed investor submitted claim forms. | 1.40 100.00/hr | 140.00 |
| | SYS | Reviewed submitted investor claim forms forwarded from investors in response to recent notices forwarded to same advising that a claim form was not previously submitted to the Receiver's office and entered information captured from same into the investor database as necessary. | 0.70 120.00/hr | 84.00 |
| | SYS | Reviewed submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database. | 3.00 120.00/hr | 360.00 |
| | SSA | Discussed claim issues with Shuwanda Sloane. Researched for information for resolution of claim issues. Prepared analysis of facilitator claims. | 1.00 240.00/hr | 240.00 |
| | SYS | Continued to review submitted investor claim forms and calculated allowed claim amounts for same. | 1.60 120.00/hr | 192.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/14/2008 | SYS | Continued to review submitted investor claim forms and calculated allowed claim amounts for same. | 2.50 120.00/hr | 300.00 |
| 10/15/2008 | SSA | Reviewed records and drafted email to Bill Arnold regarding ▆▆▆▆▆▆▆▆. | 0.50 240.00/hr | 120.00 |
|  | JNH | Reviewed investor submitted claim forms. | 3.00 100.00/hr | 300.00 |
|  | SYS | Reviewed submitted investor claim forms and defendant accounting information to calculate allowed claim amounts and entered same into the investor database as necessary. | 3.00 120.00/hr | 360.00 |
|  | SSA | Researched JTA transactions and prepared report of investor activity. | 2.20 240.00/hr | 528.00 |
|  | SSA | Drafted letter to Mocco Group and Silverton Capital investors. | 0.50 240.00/hr | 120.00 |
| 10/16/2008 | SYS | Continued to review submitted investor claim forms in preparation of investor distributions and calculated allowed claim amounts for same. | 1.60 120.00/hr | 192.00 |
|  | SYS | Telephone calls to and from investors in response to recent notices advising of the set bar date and followed up as necessary. | 0.50 120.00/hr | 60.00 |
|  | JNH | Prepared mailing to investors of Moody/Mocca Group and Silverton Capital. | 0.50 100.00/hr | 50.00 |
|  | SYS | Reviewed submitted investor claim forms and defendant accounting information to calculate allowed claim amounts and entered same into the investor database as necessary. | 3.00 120.00/hr | 360.00 |
|  | SYS | Reviewed documents forwarded from investors and organized into appropriate files. | 0.30 120.00/hr | 36.00 |
|  | SYS | Continued to review and organize submitted investor claim forms in preparation of investor distributions and calculated allowed claim amounts for same. | 2.60 120.00/hr | 312.00 |
| 10/17/2008 | SYS | Continued to review submitted investor claim forms in preparation of investor distributions and calculated allowed claim amounts for same. | 1.50 120.00/hr | 180.00 |
|  | SYS | Continued to review submitted investor claim forms in preparation of investor distributions and calculated allowed claim amounts for same. | 2.80 120.00/hr | 336.00 |
|  | JNH | Reviewed investor submitted claim forms. Filed investor claim files accordingly. | 2.80 100.00/hr | 280.00 |
|  | SYS | Reviewed submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database. | 3.00 120.00/hr | 360.00 |
| 10/20/2008 | SYS | Reviewed voice mail messages from investors in response to recent notices forwarded to same advising of the set bar date and followed up with same. | 0.50 120.00/hr | 60.00 |
|  | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts for same as necessary. | 2.50 120.00/hr | 300.00 |
|  | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database. | 1.50 120.00/hr | 180.00 |
|  | SSA | Reviewed email from Bill Arnold and drafted response regarding ▆▆▆▆▆▆. | 0.30 240.00/hr | 72.00 |
|  | SSA | Researched and drafted email to Bill Arnold regarding ▆▆▆▆▆▆▆▆▆▆▆s. | 0.30 240.00/hr | 72.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/20/2008 | JNH | Reviewed investor submitted claim forms. | 3.00<br>100.00/hr | 300.00 |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts for same as necessary. | 2.30<br>120.00/hr | 276.00 |
| | SSA | Discussed claim issues with staff. Prepared report of unresolved claims. Reviewed claim files to determine allowed amounts. | 1.50<br>240.00/hr | 360.00 |
| | JNH | Reviewed investor submitted claim forms. | 1.00<br>100.00/hr | 100.00 |
| 10/21/2008 | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database. | 3.00<br>120.00/hr | 360.00 |
| | JNH | Reviewed investor submitted claim forms. | 3.00<br>100.00/hr | 300.00 |
| | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database. | 2.80<br>120.00/hr | 336.00 |
| | JNH | Reviewed investor submitted claim forms. | 0.80<br>100.00/hr | 80.00 |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts for same as necessary. | 2.20<br>120.00/hr | 264.00 |
| 10/22/2008 | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database. | 0.70<br>120.00/hr | 84.00 |
| | JNH | Reviewed investor submitted claim forms. | 1.00<br>100.00/hr | 100.00 |
| | SYS | Reviewed voice mail messages from investors in response to recently forwarded claim forms and followed up with same as necessary. | 0.50<br>120.00/hr | 60.00 |
| | SYS | Reviewed submitted investor claim forms and defendant's accounting records to calculate allowed claim amounts and entered same into the investor database. | 3.00<br>120.00/hr | 360.00 |
| | SYS | Reviewed and prepared additional claim forms for mailing to various investors as necessary. | 0.20<br>120.00/hr | 24.00 |
| | SSA | Researched issues regarding Mocca Group. Prepared report of same. Reviewed select investor claims. Telephone call to Bill Arnold regarding ▓▓▓▓ | 0.60<br>240.00/hr | 144.00 |
| | SYS | Telephone calls to and from investors inquiring about the receipt of previously submitted claim forms and followed up with as necessary. | 0.50<br>120.00/hr | 60.00 |
| | SYS | Continued to review submitted claim forms and defendant accounting records to calculate allowed claim amounts for same. | 2.70<br>120.00/hr | 324.00 |
| 10/23/2008 | SSA | Reviewed claim filed by Sean Woodiwiss. Drafted email to Bill Arnold regarding ▓▓▓▓ | 0.40<br>240.00/hr | 96.00 |
| | SSA | Reviewed claims forms and defendants records. Reconciled differences and drafted claim notes. | 1.30<br>240.00/hr | 312.00 |
| | SYS | Continued to review submitted investor claim forms to calculate allowed claim amounts and entered same into the investor database as necessary. | 3.00<br>120.00/hr | 360.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/23/2008 | SYS | Continued to review submitted investor claim forms to calculate allowed claim amounts and entered same into the investor database as necessary. | 1.20 120.00/hr | 144.00 |
|  | JNH | Reviewed investor submitted claim forms. | 3.00 100.00/hr | 300.00 |
|  | SYS | Reviewed submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database as necessary. | 2.80 120.00/hr | 336.00 |
| 10/24/2008 | SYS | Continued to review submitted investor claim forms and defendant accounting records to calculate allowed claim amounts for same as necessary. | 3.00 120.00/hr | 360.00 |
|  | SSA | Prepared report of the investor and per the proof of claim for testing of claims data. | 1.00 240.00/hr | 240.00 |
|  | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as well. | 1.10 120.00/hr | 132.00 |
|  | JCC | Performed review of claimant name per proof of claim and Defendant's records. | 2.00 100.00/hr | 200.00 |
|  | SSA | Reviewed claim issues on difficult claimants. | 1.20 240.00/hr | 288.00 |
|  | SSA | Reviewed claims filed by Platinum Investments. Drafted claim objections. Researched issues with same. | 1.20 240.00/hr | 288.00 |
|  | JCC | Continued performing review of claimant name per proof of claim and Defendant's records. | 2.00 100.00/hr | 200.00 |
|  | JCC | Continued performing review of claimant name per proof of claim and Defendant's records. | 2.00 100.00/hr | 200.00 |
|  | SYS | Reviewed submitted investor claim forms and defendant accounting records to calculate allowed claim amounts for same as necessary. | 2.70 120.00/hr | 324.00 |
|  | SYS | Reviewed submitted investor claim forms and entered information captured from same into investor database. | 0.70 120.00/hr | 84.00 |
|  | JNH | Reviewed Platinum Financial investors' claim forms for actual investment dates to determine if invested in Correll or Global Finance. | 1.80 100.00/hr | 180.00 |
| 10/27/2008 | JCC | Continued to perform review of claimant names per Defendant's records and proof of claims. | 1.00 100.00/hr | 100.00 |
|  | JCC | Continued to perform review of claimant names per Defendant's records and proof of claims. | 2.00 100.00/hr | 200.00 |
|  | JCC | Performed review of claimant names per Defendant's records and proof of claims. | 1.50 100.00/hr | 150.00 |
|  | SSA | Discussed claim issues with staff. Reviewed issues with investments and returns by facilitators. | 1.20 240.00/hr | 288.00 |
|  | JNH | Telephone calls to Platinum Financial investors regarding supporting documents for their proof of claim forms. | 1.90 100.00/hr | 190.00 |
| 10/28/2008 | SYS | Continued to review submitted investor claim forms and defendant accounting records to calculate allowed claim amounts for same as necessary. | 0.80 120.00/hr | 96.00 |
|  | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database as necessary. | 2.70 120.00/hr | 324.00 |
|  | SYS | Continued to review submitted investor claim forms and defendant accounting records to calculate allowed claim amounts for same as necessary. | 3.00 120.00/hr | 360.00 |

**SEC v. Travis Correll et al**

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/28/2008 | SYS | Reviewed email messages from investors in response to recently forwarded notices and claim forms advising of the set bar date and followed up with same as necessary. | 0.50 120.00/hr | 60.00 |
| | JCC | Continued to perform review of claimant names per Defendant's records and proof of claims. | 1.00 100.00/hr | 100.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting records to calculate allowed claim amounts for same as necessary. | 3.00 120.00/hr | 360.00 |
| | JNH | Telephone calls to investors regarding their proof of claim forms. | 0.80 100.00/hr | 80.00 |
| | JNH | Telephone calls from Platinum Financial investors regarding their proof of claim forms and supporting documents. | 1.10 100.00/hr | 110.00 |
| | JCC | Performed review of claimant names per Defendant's records and proof of claims. | 2.00 100.00/hr | 200.00 |
| 10/29/2008 | JNH | Telephone calls from Platinum Financial investors regarding proof of claim supporting documents. | 0.90 100.00/hr | 90.00 |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database as necessary. | 3.00 120.00/hr | 360.00 |
| | SYS | Reviewed voice mail messages from investors regarding recently forwarded claim forms and followed up with same as necessary. | 0.50 120.00/hr | 60.00 |
| | JCC | Performed review of claimant names per Defendant's records and proof of claims. | 3.00 100.00/hr | 300.00 |
| | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts for same as necessary. | 3.00 120.00/hr | 360.00 |
| | JCC | Performed review of claimant names per Defendant's records and proof of claims. | 2.00 100.00/hr | 200.00 |
| | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts for same as necessary. | 2.60 120.00/hr | 312.00 |
| 10/30/2008 | JCC | Performed review of claimant names per Defendant's records and proof of claims. | 2.00 100.00/hr | 200.00 |
| | JCC | Continued to perform review of claimant names per Defendant's records and proof of claims. | 2.00 100.00/hr | 200.00 |
| | SSA | Prepared list of facilitators and associated individuals for review of remaining claim forms. | 1.00 240.00/hr | 240.00 |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database as necessary. | 2.20 120.00/hr | 264.00 |
| | SYS | Reviewed returned investor notices and claim forms due to inaccurate mailing addresses and located accurate mailing addresses to resend same. | 0.90 120.00/hr | 108.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about the distribution and followed up with same as necessary. | 0.50 120.00/hr | 60.00 |
| | JNH | Reviewed investor submitted claim forms. | 3.00 100.00/hr | 300.00 |
| | SYS | Reviewed submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database as necessary. | 1.90 120.00/hr | 228.00 |

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/30/2008 | SYS | Reviewed submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 2.50 120.00/hr | 300.00 |
| 10/31/2008 | JNH | Telephone calls to Platinum Financial investors regarding supporting documentation for their claim forms. | 0.40 100.00/hr | 40.00 |
| | SSA | Drafted email to Shuwanda Sloane regarding R&H accounting and tax documents. | 0.20 240.00/hr | 48.00 |
| | JCC | Continued performing review of claimant names per Defendant's records and proof of claims. | 2.00 100.00/hr | 200.00 |
| | SYS | Reviewed submitted investor claim forms and defendant accounting records to calculate allowed claim amounts and entered same into the investor database. | 1.00 120.00/hr | 120.00 |
| | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts for same as necessary. | 2.60 120.00/hr | 312.00 |
| | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts for same as necessary. | 2.60 120.00/hr | 312.00 |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database as necessary. | 2.20 120.00/hr | 264.00 |
| | JCC | Performed review of claimant names per Defendant's records and proof of claims. | 2.00 100.00/hr | 200.00 |
| | | Subtotal | 259.30 | 33,410.00 |

### Fee / Employment Applications

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/10/2008 | SSA | Reviewed and edited fee application for proper invoice category and content. | 1.00 240.00/hr | 240.00 |
| 10/13/2008 | KSB | Prepared final bills for HFC and the Receiver for September 2008. | 0.40 150.00/hr | 60.00 |
| 10/20/2008 | SSA | Reviewed emails from and drafted emails to Clark Will regarding payment of professional fees. | 0.30 240.00/hr | 72.00 |
| | SSA | Drafted email to Bill Arnold regarding [redacted] | 0.20 240.00/hr | 48.00 |
| 10/30/2008 | SSA | Retrieved and had the 30th fee application posted to the Receiver's website. | 0.40 240.00/hr | 96.00 |
| | | Subtotal | 2.30 | 516.00 |

### Investor Communications and Reporting

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/15/2008 | SYS | Reviewed voice mail messages forwarded from investors in response to recent notices forwarded advising of the bar date and followed up with same as necessary. | 0.70 120.00/hr | 84.00 |
| 10/20/2008 | SYS | Reviewed returned notices advising of set bar date due to insufficient mailing addresses and researched same on Lexis and updated the investor database and resent same. | 0.50 120.00/hr | 60.00 |
| 10/23/2008 | SYS | Reviewed voice mail messages from investors inquiring about recently forwarded notices advising of the set bar date and followed up with same as necessary. | 0.50 120.00/hr | 60.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/23/2008 | SYS | Continued to review voice mail messages from investors inquiring about recently forwarded notices advising of the set bar date and followed up with same as necessary. | 0.50 120.00/hr | 60.00 |
| 10/24/2008 | SYS | Reviewed and prepared copies of the Receiver's update letters to various investors for mailing as requested by same. | 0.50 120.00/hr | 60.00 |
| 10/29/2008 | SYS | Reviewed Lexis to obtain accurate mailing addresses for investors where recently forwarded notices to same were returned. | 0.40 120.00/hr | 48.00 |
| 10/31/2008 | SYS | Reviewed returned notices previously forwarded to investors due to inaccurate mailing addresses and researched same on Lexis to obtain current mailing addresses for resending. | 0.40 120.00/hr | 48.00 |
| | SYS | Telephone call to and from investor Justin Swainsboro regarding Wealth Systems International and their $800k claim and followed up as necessary regarding requested accounting information. | 0.30 120.00/hr | 36.00 |
| | SYS | Reviewed voice mail messages from several investors inquiring about submitted investor claim forms and followed up with same as necessary. | 0.50 120.00/hr | 60.00 |
| | | Subtotal | 4.30 | 516.00 |

### Litigation Consulting

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/9/2008 | SSA | Researched for settlement payments and drafted email to Tim McCole regarding same. | 0.10 240.00/hr | 24.00 |
| 10/10/2008 | SSA | Reviewed letter from counsel in the Sentinel Partner litigation. | 0.30 240.00/hr | 72.00 |
| 10/13/2008 | SSA | Telephone call from David Dantzler regarding [redacted]. Researched and drafted email to same. | 0.40 240.00/hr | 96.00 |
| 10/15/2008 | SSA | Reviewed letter from Josephs Jack regarding continuing service. | 0.20 240.00/hr | 48.00 |
| 10/20/2008 | SSA | Reviewed letter from Joseph's Jack regarding Sentinel Partners litigation. | 0.30 240.00/hr | 72.00 |
| 10/28/2008 | SSA | Telephone call from Rich Douglas regarding Sentinel Partners litigation. Reviewed bankruptcy docket regarding same. Reviewed bankruptcy docket. Drafted email to Rich Douglas regarding same. | 1.50 240.00/hr | 360.00 |
| 10/29/2008 | SSA | Telephone call from Bill Arnold regarding [redacted]. Researched for status information of Joshua Tree Group in Nevada. | 0.40 240.00/hr | 96.00 |
| | | Subtotal | 3.20 | 768.00 |
| | | **For professional services rendered** | **290.90** | **$40,372.50** |

Additional Charges :

| | Amount |
|---|---:|
| **Expenses** | |
| 10/1/2008 Document storage - October 2008 | 455.00 |
| 10/17/2008 FedEx to IRS - CID 9/17/08 | 23.50 |
| FedEx to Scott Baker 9/26/08 | 41.25 |
| Update information published on website | 120.00 |
| 10/31/2008 Postage charges for October 2008. | 48.67 |
| Fax charges for October 2008. | 7.50 |
| Copying cost for October 2008. | 105.00 |
| Pacer on-line charges for period ended 9/30/08 | 6.64 |
| Subtotal | 807.56 |
| **Total costs** | **$807.56** |
| **Total amount of this bill** | **$41,180.06** |