# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Rd NE
Ste 200
Atlanta, GA 30326-1420

| | |
|---|---|
| Invoice Date | 11/13/08 |
| Submitted by | J Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 954303 |
| File No. | 033287.000002 |

RE: Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/08 | $16,539.66 |
| Costs and Expenses Through 10/31/08 | $302.27 |
| **Total Amount of This Invoice** | $16,841.93 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/13/08
Invoice Number 954303
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/08**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 09/30/08 | HC | Research regarding identity of receiver in J&J Investment Properties matter pending in Hennepin County, Minnesota; conference with B. Arnold regarding ▇ | 1.3 |
| 10/01/08 | MRA | Telephone conference with Mark King regarding ▇; e-mail correspondence with Ken Fry (IRS Agent in Minnesota) regarding ▇; review and revise fee application for fees incurred in August; e-mail correspondence with Mark King regarding ▇ | 0.3 |
| 10/01/08 | HCC | ▇ per instructions from Bill Arnold | 1.5 |
| 10/01/08 | JAL | Advice regarding deposit account structure issue | 0.2 |
| 10/02/08 | MRA | E-mail correspondence with attorney for a facilitator regarding ▇; review and revise fee application for fees incurred in August; e-mail correspondence with Harrilee Cheshire regarding ▇; e-mail correspondence with Scott Askue regarding ▇ | 0.3 |
| 10/02/08 | HC | Review and edit fee application; conference with B. Arnold regarding ▇ | 0.4 |
| 10/02/08 | JDD | Telephone conference with S. Askue regarding ▇; e-mail correspondence with C. Will regarding ▇ | 0.4 |
| 10/03/08 | MRA | Review and revise fee application for fees incurred in August; e-mail correspondence regarding ▇ to Hays Financial Consulting team and local counsel | 0.2 |
| 10/03/08 | LAE | Research regarding receivership tax liability | 4.0 |
| 10/06/08 | MRA | Telephone calls and e-mail correspondence to facilitators of fraud in attempt to get contact information for potential investors and investment information regarding current claimants; e-mail correspondence and telephone conference with Scott Askue regarding ▇ draft, review and revise letters to same facilitators and potential investors; e-mail correspondence with Clark Will regarding ▇ | 3.4 |
| 10/07/08 | MRA | Continued phone calls and e-mail correspondence to facilitators of fraud in attempt to get contact information for potential investors and investment information regarding current claimants; e-mail correspondence and telephone conference with Scott Askue regarding ▇ draft, review and revise letters to same facilitators and potential investors; e-mail correspondence to IRS Agent Ken Fry regarding ▇; e-mail correspondence with Scott Askue regarding ▇ | 3.5 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/13/08
Invoice Number 954303
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/08**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 10/08/08 | MRA | E-mail correspondence with Scott Askue regarding ▓▓▓; continued phone calls and e-mail correspondence to facilitators of fraud in attempt to get contact information for potential investors; analysis of information received from facilitators | 0.3 |
| 10/09/08 | MRA | E-mail correspondence with Clark Will and Tim McCole (SEC) regarding ▓▓▓; e-mail correspondence with Scott Askue regarding ▓▓▓; draft and send letters to potential investors | 0.6 |
| 10/10/08 | MRA | Prepare memo and supporting materials for David Dantzler's status conference with court; telephone conference with Scott Askue regarding ▓▓▓; review and analysis of correspondence from national plaintiff's counsel regarding Sentinel litigation; e-mail correspondence with Scott Askue regarding ▓▓▓; e-mail correspondence with Judicial Assistant to Judge Richard A. Schell regarding ▓▓▓ | 1.4 |
| 10/12/08 | MRA | Continued preparation of memo and supporting materials for David Dantzler's status conference with Court; e-mail correspondence with David Dantzler regarding ▓▓▓ | 1.4 |
| 10/13/08 | MRA | Conference with David Dantzler regarding ▓▓▓; e-mail correspondence with Scott Askue regarding ▓▓▓; review and analysis of show cause motion | 0.2 |
| 10/13/08 | JDD | Conference with B. Arnold regarding ▓▓▓; telephone conference with S. Askue regarding ▓▓▓; travel to Texas; prepare for and meet with T. McCole, C. Will and R. Freeman regarding ▓▓▓; other related matters | 4.0 |
| 10/14/08 | MRA | E-mail correspondence with David Dantzler regarding ▓▓▓ | 0.1 |
| 10/14/08 | JDD | Prepare for and attend status conference; various follow-up matters; e-mail correspondence with Receiver Team regarding same; travel to Atlanta | 4.0 |
| 10/15/08 | MRA | E-mail correspondence with Scott Askue regarding ▓▓▓; review and analysis of correspondence ▓▓▓; review and analysis of correspondence from counsel in Sentinel litigation; review and analysis of order to show cause | 0.8 |
| 10/15/08 | JDD | Follow-up matters related to status conference | 0.3 |
| 10/16/08 | MRA | E-mail correspondence with Hays Financial Consulting team regarding ▓▓▓; phone call to S. Askue regarding ▓▓▓ | 0.2 |
| 10/16/08 | JDD | Telephone conference with L. Zeilke regarding ▓▓▓ | 0.4 |
| 10/17/08 | MRA | Telephone conference with Shuwanda Sloane regarding ▓▓▓; e-mail correspondence with Kathy Malek regarding ▓▓▓; e-mail | 0.2 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/13/08
Invoice Number 954303
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/08**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | correspondence with Clark Will regarding ▓▓▓▓▓; e-mail correspondence with Hays Financial Consulting team regarding ▓▓▓▓ | |
| 10/17/08 | JDD | E-mail correspondence with Receiver Team | 0.3 |
| 10/20/08 | MRA | Email correspondence with Scott Askue regarding ▓▓▓▓; review and analysis of filings in case; follow-up email correspondence with Scott Askue regarding ▓▓▓▓; telephone conference with Shuwanda Sloane regarding ▓▓▓▓; email correspondence with Scott Askue regarding ▓▓▓▓; email correspondence with Scott Askue and Clark Will regarding ▓▓▓▓ | 0.2 |
| 10/21/08 | MRA | Email correspondence with Scott Askue regarding ▓▓▓▓; email correspondence with counsel for Element Payment Services; review and revise fee application; email correspondence with Tim McCole regarding ▓▓▓▓; email correspondence with Clark Will regarding ▓▓▓▓; review and analysis of filings; review and revise dismissal of Element Payment Services; file same | 0.7 |
| 10/21/08 | HCC | Review redacted invoices and motion for September fees | 0.5 |
| 10/21/08 | HCC | File August 2008 motion for fees, proposed order, and redacted invoices; coordinate with Fran Smith to send Judge Schell courtesy copies; email to court clerk with proposed order for August 2008 fees | 1.0 |
| 10/22/08 | MRA | Review and revise letter to investors; conference with H. Cheshire regarding ▓▓▓; telephone conference and email correspondence with Scott Askue regarding ▓▓▓; telephone calls to friends of family facilitators | 1.2 |
| 10/22/08 | HC | Edit investor letter; conference with B. Arnold regarding ▓▓▓ | 0.4 |
| 10/24/08 | MRA | Review and revise fee application; email correspondence with Hans Clausen regarding ▓▓▓ | 0.2 |
| 10/24/08 | HCC | Complete draft of motion for September fees by updating list of action items | 1.7 |
| 10/26/08 | MRA | Review and revise fee application; conference with Harrilee Cheshire regarding ▓▓▓; email correspondence with local counsel and Hays Financial Consulting team regarding ▓▓▓ | 0.5 |
| 10/26/08 | HC | Assist in preparation of fee application; conference with B. Arnold regarding ▓▓▓ | 0.9 |
| 10/27/08 | MRA | Email correspondence with Greg Hays, Michael Clark and Clark Will regarding ▓▓▓ | 0.1 |
| 10/27/08 | TBB | Discussion with David Dantzler regarding ▓▓▓ | 0.2 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/13/08
Invoice Number 954303
File No. 033287.000002
Page 5

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/08**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | discussion with Scott Askue regarding ▬ | |
| 10/28/08 | MRA | Preparation for status conference in Meister v. Midkiff, USDC, Minnesota; conference with D. Dantzler and T. Bosch regarding ▬ | 0.8 |
| 10/28/08 | TBB | Discussion with David Dantzler and Bill Arnold regarding ▬; review orders prior orders and interim reports; work on plan for claims administration and distribution of proceeds | 2.9 |
| 10/28/08 | JDD | Review status of case; telephone conference with T. Bosch and B. Arnold ▬ | 0.6 |
| 10/29/08 | MRA | Preparation for status conference in Meister v. Midkiff, USDC, MN; participate in status conference; review and analysis of minute order from judge regarding same; email correspondence with David Dantzler regarding ▬; email correspondence with opposing counsel regarding same; preparation for meeting with Troutman and Hays Financial Consulting teams regarding ▬; meeting with Greg Hays, David Dantzler, Scott Askue and Tom Bosch regarding ▬; telephone conference with Jennifer Duncan regarding ▬; telephone calls to friends of family faciliators; telephone conference with Scott Askue regarding ▬ | 4.4 |
| 10/29/08 | TBB | Prepare for and conference at Receiver's office regarding ▬ | 1.2 |
| 10/29/08 | JDD | Review status of unresolved third-party issues; prepare for and participate (by phone) in meeting with G. Hays, S. Askue, B. Arnold and T. Bosch regarding ▬ | 1.8 |
| 10/30/08 | MRA | Telephone calls to friends of family facilitators | 0.2 |
| 10/31/08 | JMD | Conversation with Bill Arnold regarding ▬; review file and emails regarding ▬ | 0.2 |

Total Hours    49.4

Total Fees    16,539.66

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/13/08
Invoice Number 954303
File No. 033287.000002
Page 6

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/08**

| Name | Hours | Amount |
|---|---:|---:|
| M R Arnold | 21.2 | 6,646.20 |
| T B Bosch | 4.3 | 1,470.60 |
| H Cheshire | 3.0 | 783.76 |
| H C Clausen | 4.7 | 1,160.90 |
| J D Dantzler | 11.8 | 5,469.30 |
| J M Duncan | 0.2 | 58.90 |
| L A Eriksson | 4.0 | 855.00 |
| J A Lutz | 0.2 | 95.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/08**

| Description | Amount |
|---|---:|
| Meals | 14.79 |
| Professional Services | 39.84 |
| Travel Expenses | 247.64 |
| Total: | 302.27 |

Total Fees & Costs: $16,841.93