



QUILLING · SELANDER · CUMMISKEY · LOWNDS

Federal ID #75-2459334

S. Gregory Hays
Special Counsel for Greg Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, Suite 750
Atlanta  GA  30326

Travis E. Correll, et al.

**ITEMIZED  SERVICES  BILL**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 10/01/2008 | MDC | Complete draft of duces tecum for H. Branson subpoena and e-mail to team re comments on same, and discuss ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ with Ralph Freeman. | 1.30 | 377.00 |
| 10/02/2008 | MDC | Revise/finalize H. Branson subpoena and communicate with Ralph Freeman ▓▓▓▓▓▓▓▓▓▓▓ (.3); Finalize duces tecum for Lipan Bank document subpoena (.9); E-mails to Receiver team ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓, and calendar due dates and follow ups (.4); Prepare and finalize subpoenas duces tecum for Mona Branson, Les Branson and Amber Branson, and arrange for service of same (1.2). | 2.80 | 812.00 |
|  | CBW | Review of subpoena's in Carlisle matter (0.6); emails with DD regarding u▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ (0.5); begin work on Cadwell Show Cause Motion (1.2); work on update oil and gas accounts and checks (0.9); | 3.20 | 1,120.00 |
| 10/03/2008 | MDC | Phone call from Ralph Freeman to▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.4); Review/update status of Carlisle bankruptcy issues and deadlines (.5). | 0.90 | 261.00 |
|  | CBW | Review/revise ▓▓▓▓▓▓▓▓▓▓▓ and comments to Bill Arnold (0.5); conference with Ralph Freeman regarding ▓▓▓▓▓▓▓▓▓ (0.5); work on accounts and oil and gas runs (2.1); | 3.10 | 1,085.00 |
| 10/06/2008 | CBW | Review of correspondence and lien release documents regarding TNT/Thompson properties received from RECON Trust (0.5); email to Askue regarding ▓▓▓▓▓▓▓▓▓ (0.3); continue working on funds accounting regarding oil and gas properties (1.2); email to Bill Arnold with memo regarding ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓n (0.5); work on Cadwell show cause motion (0.5); telephone conference with Ralph Freeman regarding ▓▓▓▓▓ ▓▓▓▓ (0.3); | 3.30 | 1,155.00 |
|  | MDC | Discuss ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ with RSF (.3); Review case files and existing documents pertaining to Lipan Bank, Carlisle loans and Mark Hale files on Bransons (3.6); Review Carlisle deposition transcripts in preparation for Branson deposition (3.1). | 7.00 | 2,030.00 |

Special Counsel for Greg Hays

Travis E. Correll, et al.

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | HMJ | Correspondence from/to Debtor's counsel regarding settlement(.4); Prepare settlement analysis update for Debtor's counsel and investigator(.4); Conference with Debtor's counsel regarding same(.3); Correspondence to counsel and investigator regarding ▓▓▓▓ | 1.40 | 315.00 |
| 10/07/2008 | CBW | Review of correspondence regarding Carlisle settlement (0.4); respond to settlement proposal (0.3); review of documents and claims relative to Branson and Carlisle and office conference with M. Clark regarding ▓▓▓▓▓▓▓▓▓▓ (1.8); conference with R. Freeman regarding ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ conference with R. Freeman regarding ▓▓▓▓▓ (0.6); | 3.10 | 1,085.00 |
|  | MDC | ▓▓▓▓▓▓▓▓▓▓ status meeting with CBW, RSF, and e-mail communications re ▓▓▓▓▓▓▓▓▓▓ (1.1); Conference call with attys. David Langston and Brad Boyd to discuss ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓, and conference with CBW re ▓▓▓▓ (.9); Review receivership claims information submitted by Deana Williams, Patricia Ranspot and Deana Rose, and communications from Scott Askue and RSF re ▓▓▓▓▓▓▓▓▓▓ (3.3); Receive/review new listing agreement from McCall, Idaho broker concerning Hearthstone condo time share interest, and forward ▓▓▓▓to CBW and Receiver with comments (.8). | 6.30 | 1,827.00 |
| 10/08/2008 | CBW | Review and comment on Hearthstone listing agreement (0.5); telephone conference with R. Freeman regarding ▓▓▓▓(0.3); continue working on show cause motion for Cadwell/One Smart Tool (2.6); | 3.40 | 1,190.00 |
|  | MDC | Communications with Receiver team ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ e-mail to condo owner re purchasing the interest directly (.6); Fill out property disclosure form and execute listing agreement and other paperwork (1.2); Review Lipan bank and Carlisle documents previously produced to prepare for Branson deposition, and discuss same with CBW and Ralph Freeman (4.9). | 6.70 | 1,943.00 |
| 10/09/2008 | CBW | Work on show cause motion, order, review documents, etc.; | 4.20 | 1,470.00 |
|  | MDC | E-mails from/to atty. Hudson Jobe discussing ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ (.4); Continue analysis of documents and money tracing accounting relating to Branson family and Lipan Bank (4.4). | 4.80 | 1,392.00 |
| 10/10/2008 | CBW | Continue working on show cause motion declaration in support; file and serve same; prepare proposed |  |  |

|            |     |                                                                                                                                                                            | Hours |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | show cause order; prepare for meeting on Monday (3.5); telephone conference with R. Freeman regarding ~~████████████~~ (0.3);                                                | 3.80  | 1,330.00 |
|            | MDC | Receive/review unpaid Hearthstone HOA statements from McCall, ID realtor, and communicate with him re same (.5); Continue preparations and document analysis for Branson deposition (3.8). | 4.30  | 1,247.00 |
| 10/13/2008 | CBW | Emails and telephone conferences with Dave Dantzler and T. McCole regarding ~~██████~~ (0.5); review/revise show cause motion and prepare order (2.5); email with Ritcheson regarding ~~███~~ (0.3); travel to Ft. Worth for meeting with McCole, meet with McCole, R. Freeman and D. Dantzler and return to office (4.5); | 7.80  | 2,730.00 |
|            | MDC | Attention to atty. Brad Boyd letters (.4); Receive/review Cadwell/One Smart Tool show cause motion and comment to CBW re same (.8); Prepare for tomorrow's status conference and phone calls and e-mails to/from Sitton atty. Scott Ritcheson and his office re same (2.6); Continue Branson deposition preparations (1.8). | 5.60  | 1,624.00 |
| 10/14/2008 | CBW | Travel to Plano, attend status conference and return to office (4.0); prepare additional pleadings and order per court's direction at hearing (1.4);                       | 5.40  | 1,890.00 |
|            | MDC | Round trip travel to/from Plano courthouse and attend status conference, and meet with CBW and RSF re same (4.5); Check/review Errata/Correction sheets on Carlisle deposition transcripts and continue review and analysis of same (1.5). | 6.00  | 1,740.00 |
| 10/15/2008 | CBW | Review of order from court and prepare declarations of service and cover letter to Attorney Phillippi (1.7); conference with R. Freeman regarding ~~████████████████~~ ~~████████████████████████~~ ~~████~~ (1.8); | 3.50  | 1,225.00 |
|            | MDC | Receive and begin review of documents subpoenaed from Lipan Bank and the Branson family (6.1); Meet with RSF and CBW ~~████████████████████~~ (.8). | 6.90  | 2,001.00 |
| 10/16/2008 | MDC | Continue review and analysis of documents received from Lipan Bank and the Bransons, and preparations for Branson deposition.                                               | 7.90  | 2,291.00 |
| 10/17/2008 | MDC | Continue review/analysis of Lipan Bank and Branson family documents received on Wednesday, and begin tracing and time line analyses.                                        | 6.20  | 1,798.00 |
| 10/20/2008 | CBW | Review of filings and orders from the Court (0.5); emails with Bill Arnold regarding ~~██████~~ (0.3); email to Scott Askue regarding ~~██████~~ ~~████████~~ (0.3); office conference with R. |       |          |

000143

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 4
10/31/2008
Client No: 911-0150M
Invoice No: 68143

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | Freeman regarding ████████████████, ███. (0.6); office conference with M. Clark and R. Freeman regarding ████████████████████ ████████████████████, (0.7); telephone conference with Scott Askue regarding ████████ (0.3); | 2.70 | 945.00 |
|  | MDC | Preparations for Branson deposition and meet with RSF re ████████ | 4.30 | 1,247.00 |
|  | HMJ | Review correspondence from M. Clark regarding ████████████████████ (.2); Correspondence from/to Debtor's counsel regarding same(.3); Analysis of settlement options and interplay of same with current bankruptcy proceedings in abatement(.4); Follow up with counsel on ████(.2). | 1.10 | 247.50 |
| 10/21/2008 | CBW | Review of returns and documents received from client and from R. Freeman and email to R. Freeman regarding ████████ (0.7); email with court regarding deficiency and draft notice of filing of returns and forward to court for filing (0.7); conference with R. Freeman regarding ████████████ ████████████████████████████ ████████████ (0.4); email with Scott Baker regarding ████████████████ (0.3); | 2.10 | 735.00 |
|  | MDC | Meet with RSF and CBW to discuss ████████ ████████████████████████████ (1.0); Continue review and evaluation of Lipan Bank/Branson documents and preparing for Branson deposition (4.4); Phone call to Carlisle bankruptcy counsel B. Vida to discuss status and provide update (.4). | 5.80 | 1,682.00 |
| 10/22/2008 | MDC | Final Lipan Bank and Branson family document review, organization and sorting, and deposition preparations, and meet/work with RSF on same and time lines and tracing matters. | 7.90 | 2,291.00 |
|  | HMJ | Review correspondence from Debtor's counsel regarding depositions and outline matters for iniquity for M. Clark related to bankruptcy case. | 0.50 | 112.50 |
| 10/23/2008 | MDC | Take deposition of Harold Branson and discuss ████ with RSF and CBW. | 8.00 | 2,320.00 |
|  | CBW | Emails with SA and R. Freeman regarding ████████ ████████████████████████████; | 0.50 | 175.00 |
| 10/27/2008 | CBW | Review and comment on September Fee application (0.5); conference with R. Freeman and M. Clark in preparation for ████████████████████ and follow-up on ████████████████ (0.9); | 1.40 | 490.00 |
|  | MDC | Review Hearthstone (claimant) correspondence and recorded Claim of Lien (updating its receivership estate claim) and forward same to Receiver's |  |  |

000144

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 5
10/31/2008
Client No:    911-0150M
Invoice No:      68143

| | | | Hours | |
|---|---|---|---|---|
| | | office (.5); Phone call to Idaho realtor to obtain status update (.2); Meet with RSF and CBW (and later with atty. Hudson Jobe) to discuss tomorrow's status conference in Carlisle bankruptcy matter, and review pleadings, status and prepare for same (2.5); Communications with Carlisle bankruptcy counsel's office re same (.3); Discuss ▬▬▬▬▬▬▬▬ with RSF (.5); Review and begin compiling list of documents still needed from Lipan Bank and Bransons (2.0). | 6.00 | 1,740.00 |
| 10/28/2008 | CBW | Travel to Ft. Worth for hearing in Carlisle, attend hearing, meet with opposing counsel and return (3.0); email with Bill Arnold (0.3); | 3.30 | 1,155.00 |
| | MDC | Prepare for and round trip travel to/from Fort Worth to attend and participate in status conference (Carlisle bankruptcy), and discuss ▬▬ with bankruptcy team and Carlisle counsel following ▬▬▬ (4.8); Receive/review research on ▬▬▬▬▬▬▬ from RSF, and e-mails to/from RSF and Receiver team re ▬▬▬ (.5); Follow up work on Gowdey matter and confer with RSF re ▬▬▬▬▬▬▬ (1.5). | 6.80 | 1,972.00 |
| | HMJ | Conference with US Trustee in advance of hearing(.3); Prepare for hearing on continued abatement of proceedings(.8); Attend hearing on continued abatement of proceedings, including related travel time to/from Fort Worth and related preparation while in route(2.5). | 3.60 | 810.00 |
| 10/29/2008 | CBW | Emails regarding hearing in bankruptcy yesterday; | 0.40 | 140.00 |
| | MDC | Review form of proposed agreed Order regarding yesterday's Carlisle bankruptcy status conference and comment on same (1.0); Communications with Carlisle bankruptcy counsel and Hudson Jobe re same (.9); Continue work on identity of still missing bank documents (loan related), and letter to Lipan Bank and Branson family counsel re same and additional deposition dates (4.9). | 6.80 | 1,972.00 |
| | HMJ | Review notes from hearing, draft Order, circulate Order for comment. | 1.20 | 270.00 |
| 10/30/2008 | HMJ | Review Debtor changes to Order, follow up with Vida and US Trustee regarding same and comments thereto, receive and review comments and revise Order on abatement of bankruptcy proceedings. | 0.80 | 180.00 |
| 10/31/2008 | MDC | Finalize letter to Lipan Bank and Branson counsel re additional documents (loan papers and related items) needed to be produced (.9); Confer with atty. Hudson Jobe re ▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬ (.7). | 1.60 | 464.00 |
| | | For Current Services Rendered | 173.70 | 52,886.00 |

Special Counsel for Greg Hays

Travis E. Correll, et al.

## Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Michael D. Clark | 113.90 | $290.00 | $33,031.00 |
| Clark B. Will | 51.20 | 350.00 | 17,920.00 |
| Hudson M. Jobe | 8.60 | 225.00 | 1,935.00 |

| | |
|---|---|
| Long-Distance Telephone | 3.29 |
| Travel Expenses for Hudson Jobe for hearing on Emergency Motion for Abatement. | 48.40 |
| Travel Expenses - Clark Will to Ft. Worth to meet with SEC and deliver to hotel. | 227.75 |
| Travel Expenses - Michael Clark to Ft. Worth for status conference. | 48.95 |
| Travel Expenses - Clark Will to Ft. Worth to attend hearing. | 84.50 |
| Express Mail Service | 16.30 |
| Paid to Harold Branson for Witness Fees | 155.00 |
| Paid to Universal Document Solutions for outside photocopy services/Invoice # 18010064QS | 498.17 |
| Photocopies | 120.20 |
| Postage | 10.72 |
| Pacer Service | 32.16 |
| Total Expenses Thru 10/31/2008 | 1,245.44 |
| | |
| Total Current Work | 54,131.44 |
| | |
| Balance Due | $54,131.44 |

NOTE:  PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT