# BRAY & FREEMAN, L.P. License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone # 817-831-1189
Fax # 888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2008 | 6392 |
| TIN #04-3759685 ||

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 10/1/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - RESEARCH RE: BRANSONS & CARLISLE | 4.5 | 100.00 | 450.00 |
| 10/2/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - RESEARCH & DATA COMPILATION RE: BRANSON & CADWELL | 3 | 100.00 | 300.00 |
| 10/3/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH INVESTORS & ADDITIONAL RESEARCH RE: CARLISLE/BRANSON | 2.5 | 100.00 | 250.00 |
| 10/3/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - SERVICE OF TWO SUBPOENAS | 2 | 85.00 | 170.00 |
| 10/6/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - RESEARCH RE: BRANSON; PREPARATION FOR BRANSON DEPOSITIONS | 6 | 100.00 | 600.00 |
| 10/6/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - SERVICE OF FOUR SUBPOENAS RE: BRANSON | 4 | 85.00 | 340.00 |
| 10/7/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - INTERVIEW OF WITNESSES RE: BRANSON & 1st NATIONAL LIPAN | 3.5 | 100.00 | 350.00 |
| 10/10/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARATION FOR BRANSON DEPOS & MEETING WITH SEC | 2.5 | 100.00 | 250.00 |
| 10/13/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW, DANTZLER, & SEC | 2 | 100.00 | 200.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P.  License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone # 817-831-1189
Fax # 888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2008 | 6392 |
| TIN #04-3759685 | |

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds |
| 2001 BRYAN ST, SUITE 1800 |
| DALLAS, TX 75201 |
| RE: SEC v CORRELL and TNT OFFICE SUPPLY |
| ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
| | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - STATUS CONFERENCE IN PLANO WITH CBW & DANTZLER; MEETING WITH RITCHESON RE: INTERVIEW OF SITTON | 4 | 100.00 | 400.00 |
| 10/15/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF BRANSON/1st NATIONAL DOCUMENT PRODUCTION | 5.5 | 100.00 | 550.00 |
| 10/16/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF BRANSON DOCUMENTS; MEETING WITH INVESTOR | 4.5 | 100.00 | 450.00 |
| 10/17/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF 1st NATIONAL DOCUMENTS | 2.5 | 100.00 | 250.00 |
| 10/17/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 145 - SURVEILLANCE & SERVICE OF SUBPOENA (LARRY CADWELL) | 5.5 | 75.00 | 412.50 |
| 10/20/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARATION FOR SITTON INTERVIEW; MEETING WITH CBW RE: CADWELL | 4.5 | 100.00 | 450.00 |
| 10/21/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - INTERVIEW OF SITTON IN TYLER; MEETING WITH CBW & MDC RE: THOMPSON, CARLISLE & SITTON | 8.5 | 100.00 | 850.00 |
| 10/22/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - FINAL PREP WITH MDC FOR BRANSON DEPO | 5.5 | 100.00 | 550.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #  817-831-1189
Fax #    888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2008 | 6392 |
| TIN #04-3759685 ||

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 10/23/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - DEPO OF BRANSON; CONFERENCE WITH CBW RE: GOWDEY | 8 | 100.00 | 800.00 |
| 10/27/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 465 - SCHEDULE CREATION & DEPOSITION PREPARATION | 4.5 | 100.00 | 450.00 |
| 10/27/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW & MDC RE: DISCOVERY MATTERS | 2 | 100.00 | 200.00 |
|  |  | EXPENSES |  |  |  |
| 10/17/2008 | MILEAGE | INVESTIGATOR 145 - MILEAGE | 250 | 0.75 | 187.50 |
| 10/27/2008 | MILEAGE | INVESTIGATOR 465 - MILEAGE | 11 | 0.75 | 8.25 |
| 10/27/2008 | MISC EXPENSE | INVESTIGATOR 465 - PARKING | 1 | 5.00 | 5.00 |
| 10/31/2008 | MILEAGE | INVESTIGATOR 430 - MILEAGE | 655 | 0.75 | 491.25 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | $8,964.50 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $8,964.50 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $8,964.50 |