# EXHIBIT A

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**
**For the Period from 11/1/2008 to 11/30/2008**

December 10, 2008

Professional Services

|  | **Hrs/Rate** | **Amount** |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 1.60<br>350.00/hr | 560.00 |
| **For professional services rendered** | **1.60** | **$560.00** |

---

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from 11/1/2008 to 11/30/2008**

December 10, 2008

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 0.40 | 140.00 |
| Case Administration | 0.70 | 245.00 |
| Fee / Employment Applications | 0.50 | 175.00 |
| **For professional services rendered** | **1.60** | **$560.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from 11/1/2008 to 11/30/2008**

December 10, 2008

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **Accounting** | | | |
| 11/7/2008 SGH | | Reviewed monthly bank reconciliation, bank statements and bank activity. | 0.40 350.00/hr | 140.00 |
| | | Subtotal | 0.40 | 140.00 |
| | **Case Administration** | | | |
| 11/25/2008 SGH | | Reviewed and responded to emails from Clark Will and creditor. | 0.50 350.00/hr | 175.00 |
| 11/26/2008 SGH | | Telephone call to David Dantzler regarding ▓▓▓ | 0.20 350.00/hr | 70.00 |
| | | Subtotal | 0.70 | 245.00 |
| | **Fee / Employment Applications** | | | |
| 11/4/2008 SGH | | Reviewed emails regarding status of fee applications. Reviewed accounts receivable balances and drafted email regarding same. | 0.30 350.00/hr | 105.00 |
| 11/11/2008 SGH | | Reviewed monthly fee invoice for Accountants to Receiver. | 0.20 350.00/hr | 70.00 |
| | | Subtotal | 0.50 | 175.00 |
| | | **For professional services rendered** | **1.60** | **$560.00** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

### Receiver
### For the Period from   12/1/2008   to   12/31/2008

January 08, 2009

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 2.60<br>350.00/hr | 910.00 |
| **For professional services rendered** | **2.60** | **$910.00** |

CIRA - Certified Insolvency and Restructuring Advisor        CTP - Certified Turnaround Professional

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from   12/1/2008   to   12/31/2008**

January 08, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 0.30 | 105.00 |
| Case Administration | 1.80 | 630.00 |
| Claims Administration & Objections | 0.20 | 70.00 |
| Fee / Employment Applications | 0.30 | 105.00 |
| **For professional services rendered** | **2.60** | **$910.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from 12/1/2008 to 12/31/2008**

January 08, 2009

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---:|---:|
| **Accounting** | | | |
| 12/10/2008 SGH | Reviewed and signed bank reconcilations for November. | 0.30<br>350.00/hr | 105.00 |
| | Subtotal | 0.30 | 105.00 |
| **Case Administration** | | | |
| 12/1/2008 SGH | Reviewed draft of David Dantzler's presentation to the court for 12/2/08 and drafted comments. Researched information. Reviewed and responded to emails regarding the revisions to the report. | 0.60<br>350.00/hr | 210.00 |
| 12/2/2008 SGH | Reviewed and updated project list. Drafted emails to Bill Arnold and Scott Askue. Reviewed and responded to emails from counsel. | 0.50<br>350.00/hr | 175.00 |
| 12/4/2008 SGH | Reviewed draft of fee application. Reviewed updated project list. | 0.40<br>350.00/hr | 140.00 |
| 12/17/2008 SGH | Reviewed project list of pending matters. | 0.30<br>350.00/hr | 105.00 |
| | Subtotal | 1.80 | 630.00 |
| **Claims Administration & Objections** | | | |
| 12/9/2008 SGH | Reviewed emails regarding claims administration. | 0.20<br>350.00/hr | 70.00 |
| | Subtotal | 0.20 | 70.00 |
| **Fee / Employment Applications** | | | |
| 12/11/2008 SGH | Reviewed November invoices. | 0.30<br>350.00/hr | 105.00 |
| | Subtotal | 0.30 | 105.00 |
| | **For professional services rendered** | **2.60** | **$910.00** |