# EXHIBIT B

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

### Accountants and Financial Consultants to the Receiver
### For the Period from 11/1/2008 to 11/30/2008

December 10, 2008

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| J. Colt Conner, CFE | 20.10 100.00/hr | 2,010.00 |
| Julie N. Hentosz, CFE | 22.70 100.00/hr | 2,270.00 |
| K. Shelby Bao | 0.20 150.00/hr | 30.00 |
| M. Eileen Castle, CPA | 11.50 250.00/hr | 2,875.00 |
| Robert E. Meehan, CPA | 0.50 250.00/hr | 125.00 |
| Scott S. Askue, CIRA | 37.10 240.00/hr | 8,904.00 |
| Shuwanda Y. Sloane, CFE | 105.10 120.00/hr | 12,612.00 |
| **For professional services rendered** | **197.20** | **$28,826.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 94.95 |
| Document Storage | 455.00 |
| Expense Reports | 30.02 |
| Fax | 7.75 |
| Federal Express | 14.22 |
| Postage | 78.70 |
| **Total costs** | **$680.64** |

| | |
|---|---|
| **Total amount of this bill** | **$29,506.64** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

### Accountants and Financial Consultants to the Receiver

### For the Period from    11/1/2008   to   11/30/2008

December 10, 2008

Professional Services

|  | Hours | Amount |
|---|---|---|
| Accounting | 8.80 | 2,084.00 |
| Case Administration | 0.40 | 40.00 |
| Claims Administration & Objections | 152.90 | 19,364.00 |
| Fee / Employment Applications | 1.70 | 390.00 |
| Investor Communications and Reporting | 9.20 | 1,020.00 |
| Litigation Consulting | 1.30 | 312.00 |
| Plan & Disclosure Statement | 10.90 | 2,616.00 |
| Tax Issues | 12.00 | 3,000.00 |
| **For professional services rendered** | **197.20** | **$28,826.00** |

Additional Charges :

|  | |
|---|---|
| Copying Cost | 94.95 |
| Document Storage | 455.00 |
| Expense Reports | 30.02 |
| Fax | 7.75 |
| Federal Express | 14.22 |
| Postage | 78.70 |
| **Total costs** | **$680.64** |

| **Total amount of this bill** | **$29,506.64** |
|---|---|

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

### Accountants and Financial Consultants to the Receiver

### For the Period from    11/1/2008   to   11/30/2008

December 10, 2008

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Accounting** | | | | |
| 11/14/2008 JNH | Reviewed and reconciled bank statement and documents for October 2008. | | 0.20 100.00/hr | 20.00 |
| 11/17/2008 SSA | Reviewed for documents relating to the timing of investments and returns of TNT. Drafted email on same. | | 1.50 240.00/hr | 360.00 |
| SSA | Telephone call from Bill Arnold regarding ▆▆▆▆ ▆▆▆▆ | | 0.20 240.00/hr | 48.00 |
| 11/18/2008 SSA | Updated review of transaction between Dwight Johnson and the defendant entities. | | 2.20 240.00/hr | 528.00 |
| SSA | Finalized reviewed of transactions involving Robbie Gowdey.  Drafted email to Bill Arnold regarding ▆▆ | | 2.00 240.00/hr | 480.00 |
| 11/19/2008 SSA | Finalized accounting of transactions between receiver defendants and Dwight Johnson. | | 1.90 240.00/hr | 456.00 |
| 11/20/2008 SSA | Drafted emails to Bill Arnold regarding ▆▆▆ ▆▆▆▆ | | 0.30 240.00/hr | 72.00 |
| 11/24/2008 SSA | Reviewed numerous emails from and drafted emails to Bill Arnold regarding ▆▆▆▆▆▆ | | 0.50 240.00/hr | 120.00 |
| | Subtotal | | 8.80 | 2,084.00 |
| **Case Administration** | | | | |
| 11/6/2008 JCC | Forwarded documents for posting to website manager. | | 0.20 100.00/hr | 20.00 |
| 11/17/2008 JCC | Prepared documents to be added to website and forwarded to website manager. | | 0.20 100.00/hr | 20.00 |
| | Subtotal | | 0.40 | 40.00 |
| **Claims Administration & Objections** | | | | |
| 11/3/2008 JCC | Performed review of claimant names per Defendant's records and proofs of claim. | | 1.20 100.00/hr | 120.00 |
| SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary. | | 1.40 120.00/hr | 168.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/3/2008 | SSA | Reviewed select investor claims. Updated database with claim objections. | 1.50 240.00/hr | 360.00 |
| | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary. | 2.40 120.00/hr | 288.00 |
| | JNH | Telephone calls from Platinum investors regarding supporting documentation for their claim forms. | 0.30 100.00/hr | 30.00 |
| | JNH | Reviewed investor submitted claim forms. | 1.00 100.00/hr | 100.00 |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database. | 2.50 120.00/hr | 300.00 |
| | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary. | 1.50 120.00/hr | 180.00 |
| | SSA | Reviewed documents received from Insight Management. Formatted data. Reviewed claims filed by investors of Insight. | 2.20 240.00/hr | 528.00 |
| 11/4/2008 | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database. | 1.20 120.00/hr | 144.00 |
| | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database. | 3.00 120.00/hr | 360.00 |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amount as necessary. | 2.70 120.00/hr | 324.00 |
| | SSA | Prepared report of TNT investors for comparison to filed investor names. Discussed claim issues with Shuwanda Sloane. | 1.30 240.00/hr | 312.00 |
| | JCC | Performed review of TNT Supply claimant names per Defendant's records and proofs of claim. | 1.50 100.00/hr | 150.00 |
| | JNH | Reviewed investor submitted claim forms. Telephone calls to investors. | 0.90 100.00/hr | 90.00 |
| 11/5/2008 | SYS | Reviewed voice mail messages from investor in response to recently forwarded notices regarding submitted claim forms and followed up with same as necessary. | 0.50 120.00/hr | 60.00 |
| | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts if applicable. | 2.00 120.00/hr | 240.00 |
| | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database. | 2.60 120.00/hr | 312.00 |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amount as necessary. | 2.70 120.00/hr | 324.00 |
| | SSA | Updated database with external objection comment field for claim determination letters. Drafted objection language for claim determination notices. | 3.50 240.00/hr | 840.00 |
| | SSA | Reviewed for the status of facilitator claims. Drafted email to Bill Arnold regarding ■■■■ | 1.30 240.00/hr | 312.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/6/2008 | SSA | Continued drafted objection statements for claim determination notices. | 1.00 240.00/hr | 240.00 |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amount as necessary. | 2.70 120.00/hr | 324.00 |
| | SYS | Continued to review and organize submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts for same. | 1.50 120.00/hr | 180.00 |
| | JCC | Approved claimant names in investor database. | 2.00 100.00/hr | 200.00 |
| | SYS | Continued to review and organize submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts for same. | 2.90 120.00/hr | 348.00 |
| | JCC | Approved claimant names in investor database. | 2.00 100.00/hr | 200.00 |
| | JNH | Reviewed investor submitted claim forms. | 1.00 100.00/hr | 100.00 |
| 11/7/2008 | JCC | Approved claimant names in investor database. | 1.00 100.00/hr | 100.00 |
| | SYS | Continued to review and organize submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts for same. | 1.50 120.00/hr | 180.00 |
| | SYS | Reviewed and organized previously submitted investor claim forms and entered information captured from same as necessary. | 2.00 120.00/hr | 240.00 |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts if applicable. | 3.00 120.00/hr | 360.00 |
| | JNH | Reviewed investor submitted claim forms. | 3.00 100.00/hr | 300.00 |
| 11/10/2008 | SYS | Continued to review submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 2.80 120.00/hr | 336.00 |
| | SSA | Drafted letters to R&H and BCM investors regarding filing claims. | 0.70 240.00/hr | 168.00 |
| | SSA | Reviewed issues with information needed from facilitator. Drafted emails to Bill Arnold regarding ▮▮▮ | 0.50 240.00/hr | 120.00 |
| | SSA | Addressed various claim issues. Drafted objection comments for same. | 1.50 240.00/hr | 360.00 |
| | JNH | Prepared BCM and BLM investor mailing. | 0.50 100.00/hr | 50.00 |
| | SYS | Reviewed submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 3.00 120.00/hr | 360.00 |
| | JNH | Reviewed investor submitted claim forms. | 2.00 100.00/hr | 200.00 |
| | JCC | Approved claimant names in investor database. | 0.50 100.00/hr | 50.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about distributions and followed up with same as necessary. | 0.70 120.00/hr | 84.00 |

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 11/11/2008 | SYS | Continued to review submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 1.20 120.00/hr | 144.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 3.00 120.00/hr | 360.00 |
| | SYS | Reviewed claims filed by the Fuster Family Trust accounts and followed up with Mr. Fuster regarding same. | 0.40 120.00/hr | 48.00 |
| | SYS | Reviewed and organized several investor files and reviewed accounting information to calculate allowed claim amounts for same. | 2.50 120.00/hr | 300.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about the distribution and followed up with same as necessary. | 0.50 120.00/hr | 60.00 |
| 11/12/2008 | SYS | Continued to review submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 1.40 120.00/hr | 168.00 |
| | SYS | Reviewed and organized several investor files and reviewed accounting information to calculate allowed claim amounts for same. | 2.50 120.00/hr | 300.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 2.80 120.00/hr | 336.00 |
| | SYS | Telephone calls to and from investors inquiring about the receipt of submitted claim forms and the status of distributions as well and referred same to the company web site for assistance. | 0.70 120.00/hr | 84.00 |
| 11/13/2008 | SYS | Continued to review submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 2.70 120.00/hr | 324.00 |
| | SYS | Reviewed submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 3.00 120.00/hr | 360.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about distributions and followed up with same as necessary. | 0.60 120.00/hr | 72.00 |
| | SSA | Drafted letter to investors through Mammoth Ventures. | 0.40 240.00/hr | 96.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 1.50 120.00/hr | 180.00 |
| | SSA | Drafted email to Clark Will regarding Dwight Johnson investors. | 0.20 240.00/hr | 48.00 |
| | JCC | Approved claimant names in investor database. | 1.00 100.00/hr | 100.00 |
| 11/14/2008 | SYS | Reviewed and organized submitted investor claim forms as well as reviewed defendant accounting information to calculate allowed claim amounts for same. | 1.50 120.00/hr | 180.00 |
| | SSA | Researched for information regarding Larry Cadwell. Drafted email to Ralph Freeman regarding same. | 0.20 240.00/hr | 48.00 |
| | JCC | Approved claimant names in investor database. | 3.00 100.00/hr | 300.00 |
| 11/17/2008 | JCC | Approved claimant names in investor database. | 2.00 100.00/hr | 200.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/17/2008 | SYS | Reviewed submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 3.00 120.00/hr | 360.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 2.50 120.00/hr | 300.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 1.50 120.00/hr | 180.00 |
| 11/18/2008 | JNH | Reviewed investor submitted claim forms. Telephone calls from investors regarding claim form information. | 2.00 100.00/hr | 200.00 |
| | JCC | Approved claimant names in investor database. | 1.50 100.00/hr | 150.00 |
| | SYS | Reviewed submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 3.00 120.00/hr | 360.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same and reviewed submitted investor claim forms and entered information captured from same into the investor database. | 1.70 120.00/hr | 204.00 |
| | SYS | Continued to review submitted claim forms and entered information captured from same into the investor database and calculated allowed claim amounts if applicable. | 2.40 120.00/hr | 288.00 |
| | JCC | Approved claimant names in investor database. | 3.00 100.00/hr | 300.00 |
| 11/19/2008 | SSA | Researched for information regarding select investors. Drafted email to Ralph Freeman regarding same. | 0.50 240.00/hr | 120.00 |
| | JNH | Reviewed investor submitted claim forms. | 1.00 100.00/hr | 100.00 |
| | JCC | Performed review on investor files with discrepancies. | 0.50 100.00/hr | 50.00 |
| 11/20/2008 | JNH | Reviewed investor submitted claim forms. | 1.00 100.00/hr | 100.00 |
| 11/21/2008 | JNH | Reviewed investor submitted claim forms. | 1.00 100.00/hr | 100.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same and reviewed submitted investor claim forms and entered information captured from same into the investor database. | 2.20 120.00/hr | 264.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same and reviewed submitted investor claim forms and entered information captured from same into the investor database. | 1.70 120.00/hr | 204.00 |
| | SYS | Reviewed submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 3.00 120.00/hr | 360.00 |
| 11/24/2008 | SYS | Reviewed submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 3.00 120.00/hr | 360.00 |
| | JNH | Telephone calls from investors. Updated the database with new addresses per investor. | 0.50 100.00/hr | 50.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/24/2008 | SYS | Reviewed returned notices previously sent to investors advising of the set bar date and researched Lexis for accurate mailing addresses in order to resend same. | 0.50 120.00/hr | 60.00 |
| | SYS | Continued to review submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 1.80 120.00/hr | 216.00 |
| 11/25/2008 | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database as necessary and calculated allowed claim amount as applicable. | 1.10 120.00/hr | 132.00 |
| | SYS | Reviewed submitted investor claim forms and defendant accounting information to calculate allowed claim amounts for same. | 3.00 120.00/hr | 360.00 |
| | JNH | Continued researching investors on Lexis to find correct addresses. Prepared labels with correct addresses for mailing to investors. Updated database with same. | 3.00 100.00/hr | 300.00 |
| | SYS | Continued to review submitted investor claim forms and captured information from same into the investor database and reconciled same as necessary to calculate allowed claim amounts. | 2.80 120.00/hr | 336.00 |
| 11/26/2008 | JNH | Reviewed investor submitted claim forms. | 0.50 100.00/hr | 50.00 |
| | JCC | Discussed received correspondence with investor. Discussed ▋ with Counsel. | 0.30 100.00/hr | 30.00 |
| | JNH | Continued researching investors on Lexis to find correct addresses. Prepared labels with correct addresses for mailing to investors. Updated database with same. | 0.80 100.00/hr | 80.00 |
| | | Subtotal | 152.90 | 19,364.00 |

### Fee / Employment Applications

| | | | | |
|---|---|---|---|---|
| 11/7/2008 | KSB | Prepared final bill for Receiver for October 2008. | 0.20 150.00/hr | 30.00 |
| 11/10/2008 | SSA | Reviewed and edited fee invoice for October for content and proper entry category. | 1.00 240.00/hr | 240.00 |
| 11/11/2008 | SSA | Reviewed Quilling fee invoice. Drafted email to Clark Will regarding same. | 0.30 240.00/hr | 72.00 |
| 11/12/2008 | SSA | Finalized fee invoice for October 2008 and circulated for filing. | 0.20 240.00/hr | 48.00 |
| | | Subtotal | 1.70 | 390.00 |

### Investor Communications and Reporting

| | | | | |
|---|---|---|---|---|
| 11/4/2008 | SYS | Reviewed voice mail messages forwarded from investors regarding various issues and followed up with same as necessary. | 0.70 120.00/hr | 84.00 |
| 11/7/2008 | SYS | Reviewed voice mail messages from investors in response to recently forwarded notices and claim forms and followed up with same. | 0.50 120.00/hr | 60.00 |
| 11/14/2008 | SYS | Reviewed emails from Shantrell Williams regarding the preparation of notices to be mailed to investors and followed up as necessary. Telephone call to Shantrell as well. | 0.20 120.00/hr | 24.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/17/2008 SYS | Reviewed returned notices advising investors that have not submitted claims with Receiver's office of the set bar date for same and located accurate mailing addresses in order to resend. | 0.70<br>120.00/hr | 84.00 |
| 11/18/2008 SYS | Reviewed email messages from investors inquiring about the distribution and the receipt of submitted claim forms and followed up with same as necessary. | 0.50<br>120.00/hr | 60.00 |
| 11/21/2008 JNH | Prepared labels with correct addresses for mailing to investors. Updated database with same. | 2.00<br>100.00/hr | 200.00 |
| SYS | Reviewed over 15 voice mail messages from investors regarding the most recent notice advising of the hearing for the Plan of Distribution and followed up with same as necessary. | 1.00<br>120.00/hr | 120.00 |
| 11/24/2008 JNH | Researched investors on Lexis to find correct addresses. Prepared labels with correct addresses for mailing to investors. Updated database with same. | 2.00<br>100.00/hr | 200.00 |
| SYS | Reviewed voice mail messages from investors in response to recent notices mailed to same to advise of recent filing of the Plan of Distribution and followed up with same as necessary. | 0.70<br>120.00/hr | 84.00 |
| 11/25/2008 SYS | Reviewed voice and email messages from investors in response to the recent notices sent advising of the Receiver's plan to distribute funds and followed up accordingly. | 0.70<br>120.00/hr | 84.00 |
| JCC | Received call from investor regarding address update. Forwarded same information to Shuwanda Sloane for updating investor database. | 0.20<br>100.00/hr | 20.00 |
| | Subtotal | 9.20 | 1,020.00 |

**Litigation Consulting**

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/7/2008 SSA | Telephone conference with Rich Douglas and Bill Arnold regarding ███████████ | 0.60<br>240.00/hr | 144.00 |
| 11/10/2008 SSA | Reviewed latest pleadings relating to Sentinel Funds bankruptcy. | 0.30<br>240.00/hr | 72.00 |
| 11/11/2008 SSA | Reviewed pleadings relating to Sentinel Funds. | 0.40<br>240.00/hr | 96.00 |
| | Subtotal | 1.30 | 312.00 |

**Plan & Disclosure Statement**

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/11/2008 SSA | Telephone call from Bill Arnold regarding ███████████████ | 0.30<br>240.00/hr | 72.00 |
| 11/13/2008 SSA | Researched and prepared report of recoveries during the case for brief in support of plan of distribution. | 2.00<br>240.00/hr | 480.00 |
| SSA | Telephone calls from Bill Arnold regarding ██████████████ Researched for information regarding same. | 1.80<br>240.00/hr | 432.00 |
| SSA | Reviewed and edited notice of filing of the plan of distribution. | 0.20<br>240.00/hr | 48.00 |
| SSA | Began compiling contact information for plan of distribution notice mailing. | 1.00<br>240.00/hr | 240.00 |
| 11/14/2008 SSA | Telephone call to and from Eileen Castle regarding tax issues with plan of distribution. Reviewed and edited plan regarding same. | 1.00<br>240.00/hr | 240.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/14/2008 SSA | Numerous telephone calls to and from Bill Arnold regarding ████████████ Researched for information regarding same. | 3.00 240.00/hr | 720.00 |
| SSA | Prepared mailing matrix for all investors and creditors. | 1.60 240.00/hr | 384.00 |
| Subtotal | | 10.90 | 2,616.00 |

**Tax Issues**

|  |  | | |
|---|---|---|---|
| 11/13/2008 MEC | Prepared tax section to be included in the Receivers Plan of Distribution. Forwarded ████ to counsel and case manager for review. | 1.60 250.00/hr | 400.00 |
| MEC | Reviewed tax memos, files, and notes written to date and tax work previously performed on all related entities. Researched Chase transactions of all related entities and individuals to identify reportable activity and obligations of Receiver in connection with tax filings. | 1.70 250.00/hr | 425.00 |
| REM | Reviewed ████████████████ for memorandum to attorneys. | 0.50 250.00/hr | 125.00 |
| 11/14/2008 MEC | Multiple telephone calls with counsel, case manager and prior Tax Director to ████████████ ████████████ Updated tax section to reflect new information and changes to positioning. | 2.80 250.00/hr | 700.00 |
| MEC | Reviewed ████ counsel's remarks ████████ ████████████ Made observations and discussed with case manager. | 1.40 250.00/hr | 350.00 |
| MEC | Conference call with counsel and case manager to ████████████ | 1.10 250.00/hr | 275.00 |
| 11/20/2008 MEC | Prepared letters to tax authorities notifying of Motion for Plan of Distribution, appointment of Receiver and Bar Date. Determined two additional addresses for tax authorities to notify – FL and MN. | 2.20 250.00/hr | 550.00 |
| 11/25/2008 MEC | Pulled attachments to include with each of the tax letters going to the tax authorities. Provided all information to staff to prepare for mailing. | 0.70 250.00/hr | 175.00 |
| Subtotal | | 12.00 | 3,000.00 |
| **For professional services rendered** | | **197.20** | **$28,826.00** |

Additional Charges :

**Expenses**

| | | |
|---|---|---|
| 11/1/2008 | Document storage/Document Depository - November 2008 | 455.00 |
| 11/13/2008 | FedEx to Neulan Midkiff 11/13/08 | 14.22 |
| 11/25/2008 | Expense Report - Smiran Lilani week ended 11/25/08 Postage: $30.02 | 30.02 |
| 11/30/2008 | Copying cost for November 2008. | 94.95 |
| | Fax charges for November 2008. | 7.75 |
| | Postage charges for November 2008. | 78.70 |

| | Amount |
|---|---:|
| Subtotal | 680.64 |
| **Total costs** | **$680.64** |
| **Total amount of this bill** | **$29,506.64** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

### Accountants and Financial Consultants to the Receiver
### For the Period from    12/1/2008   to   12/31/2008

January 08, 2009

### Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Fred Tulley | 5.30<br>150.00/hr | 795.00 |
| J. Colt Conner, CFE | 3.90<br>100.00/hr | 390.00 |
| Julie N. Hentosz, CFE | 32.20<br>100.00/hr | 3,220.00 |
| M. Eileen Castle, CPA | 3.20<br>250.00/hr | 800.00 |
| Scott S. Askue, CIRA | 54.80<br>240.00/hr | 13,152.00 |
| Shuwanda Y. Sloane, CFE | 134.80<br>120.00/hr | 16,176.00 |
| **For professional services rendered** | **234.20** | **$34,533.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 17.10 |
| Document Storage | 455.00 |
| Fax | 2.00 |
| Federal Express | 49.08 |
| Miscellaneous | 200.00 |
| Postage | 20.31 |
| **Total costs** | **$743.49** |

| | |
|---|---|
| **Total amount of this bill** | **$35,276.49** |

---

CCE - Certified Computer Examiner                CPA - Certified Public Accountant
CFE - Certified Fraud Examiner                    CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor        PHR - Professional in Human Resources

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from  12/1/2008  to  12/31/2008**

January 08, 2009

Professional Services

| | Hours | Amount |
|---|---|---|
| Accounting | 5.80 | 1,364.00 |
| Case Administration | 0.40 | 40.00 |
| Claims Administration & Objections | 200.80 | 28,633.00 |
| Fee / Employment Applications | 3.10 | 744.00 |
| Investor Communications and Reporting | 17.20 | 2,064.00 |
| Litigation Consulting | 1.00 | 240.00 |
| Plan & Disclosure Statement | 2.70 | 648.00 |
| Tax Issues | 3.20 | 800.00 |
| **For professional services rendered** | **234.20** | **$34,533.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 17.10 |
| Document Storage | 455.00 |
| Fax | 2.00 |
| Federal Express | 49.08 |
| Miscellaneous | 200.00 |
| Postage | 20.31 |
| **Total costs** | **$743.49** |

| | |
|---|---|
| **Total amount of this bill** | **$35,276.49** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

### Accountants and Financial Consultants to the Receiver

#### For the Period from    12/1/2008   to   12/31/2008

January 08, 2009

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Accounting** | | | | |
| 12/1/2008 | SSA | Reviewed transactions between Gregory Thompson and the defendants.  Updated report of same. | 3.30 240.00/hr | 792.00 |
| 12/2/2008 | SSA | Continued review of defendant records and preparation of report of transaction between defendants and Gregory Thompson and Sandra Thompson. | 2.30 240.00/hr | 552.00 |
| 12/11/2008 | JNH | Reviewed and reconciled bank statement and documents for November 2008. | 0.20 100.00/hr | 20.00 |
| | | Subtotal | 5.80 | 1,364.00 |
| **Case Administration** | | | | |
| 12/3/2008 | JCC | Forwarded documents to the website manager for addition to website. | 0.20 100.00/hr | 20.00 |
| 12/18/2008 | JCC | Forwarded documents to website manager for addition to website. | 0.20 100.00/hr | 20.00 |
| | | Subtotal | 0.40 | 40.00 |
| **Claims Administration & Objections** | | | | |
| 12/1/2008 | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary. | 2.70 120.00/hr | 324.00 |
| | SYS | Reviewed address changes requested from investors and updated the investor database as necessary. | 0.20 120.00/hr | 24.00 |
| | SYS | Continued to review submitted investor claim forms and captured information from same into the investor database and reconciled same as necessary to calculate allowed claim amounts. | 3.00 120.00/hr | 360.00 |
| | SSA | Reviewed transactions relating to Dennis Dvorin investment and activity in the Level Par bank account. | 0.60 240.00/hr | 144.00 |
| 12/2/2008 | SYS | Reviewed submitted claim forms and entered information captured from same into the investor database. | 1.50 120.00/hr | 180.00 |

|            |     |                                                                                                                                                                  | Hrs/Rate | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 12/2/2008  | SYS | Reviewed submitted investor claim forms and defendant accounting information to calculate allowed claim amounts.                                                   | 3.00 120.00/hr | 360.00 |
|            | JNH | Continued researching investors on Lexis to find correct addresses. Prepared labels with correct addresses for mailing to investors. Updated database with same.  | 2.40 100.00/hr | 240.00 |
|            | SSA | Reviewed proofs of claim and reconciled to defendants' records. Drafted objection comments.                                                                       | 1.50 240.00/hr | 360.00 |
|            | SYS | Continued to review submitted investor claim forms and captured information from same into the investor database and reconciled same as necessary to calculate allowed claim amounts. | 2.50 120.00/hr | 300.00 |
| 12/3/2008  | JNH | Researched for investor files that need further review.                                                                                                           | 1.90 100.00/hr | 190.00 |
|            | SSA | Reviewed select investor claim forms. Drafted objection and allowance notes on same.                                                                              | 3.00 240.00/hr | 720.00 |
|            | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary.  | 2.00 120.00/hr | 240.00 |
|            | SYS | Reviewed submitted investor claims and entered information captured from same into the investor database and reviewed defendant accounting records to calculate allowed claim amounts for same. | 1.00 120.00/hr | 120.00 |
|            | SSA | Reviewed filed claims and compared to defendants records. Allowed claims as appropriate and drafted objection comments.                                           | 2.70 240.00/hr | 648.00 |
|            | SYS | Continued to review submitted investor claim forms and captured information from same into the investor database and reconciled same as necessary to calculate allowed claim amounts. | 3.00 120.00/hr | 360.00 |
|            | SSA | Continued review of select investor claim forms. Prepared reconciliation between Defendants' records and claim form. Drafted objection and allowance notes on same. | 3.00 240.00/hr | 720.00 |
| 12/4/2008  | SSA | Continue review and reconciliation of filed claims.                                                                                                               | 1.00 240.00/hr | 240.00 |
|            | SSA | Reviewed difficult remaining claims. Compared proof of claim to defendant records and funds tracing. Drafted notes regarding objection and allowed amounts.       | 3.40 240.00/hr | 816.00 |
|            | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary.  | 3.00 120.00/hr | 360.00 |
|            | SYS | Continued to review submitted investor claim forms and captured information from same into the investor database and reconciled same as necessary to calculate allowed claim amounts. | 3.00 120.00/hr | 360.00 |
|            | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database.                                                    | 1.50 120.00/hr | 180.00 |
| 12/5/2008  | SYS | Continued to review submitted investor claim forms and captured information from same into the investor database and reconciled same as necessary to calculate allowed claim amounts and entered same into the database if available. | 2.20 120.00/hr | 264.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/5/2008 | SYS | Reviewed submitted investor claim forms and defendant accounting records when available to calculate allowed claim amounts for same. | 2.00 120.00/hr | 240.00 |
| | SYS | Reviewed submitted investor claim forms and entered information from into the investor database and reviewed defendant accounting records to calculate allowed claim amounts for same. | 3.00 120.00/hr | 360.00 |
| | SSA | Continued review of filed claims, reconciliation of differences and prepared allowance and objection comments on same. | 3.00 240.00/hr | 720.00 |
| | SSA | Reviewed issues with facilitators. Drafted email to Bill Arnold regarding ▬▬ Telephone call from Mr. Arnold regarding ▬▬ Telephone call from Susan Odom regarding same. | 0.50 240.00/hr | 120.00 |
| | SSA | Reviewed various filed claims. Compared proof of claim to defendants' records. Reconciled differences and prepared claim objections on same. | 3.50 240.00/hr | 840.00 |
| | SSA | Continued review and reconciliation of filed proofs of claim. | 0.60 240.00/hr | 144.00 |
| 12/8/2008 | JNH | Reviewed investor files for any information related to Mike Schlegel or Brad Collins with Century Business Concepts. | 0.80 100.00/hr | 80.00 |
| | SSA | Reviewed defendants' records for copies of 1099's for comparison to proofs of claim. | 1.00 240.00/hr | 240.00 |
| | SSA | Reviewed claims filed by Platinum Financial investors and separated claims between Global Finance and Horizon Establishment investments. | 1.50 240.00/hr | 360.00 |
| | SYS | Continued to review submitted investor claim forms and calculate allowed claim amounts and entered same into the database if available. | 3.00 120.00/hr | 360.00 |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary for same. | 3.00 120.00/hr | 360.00 |
| | SYS | Continued to review submitted investor claim forms and captured information from same into the investor database and reconciled same as necessary to calculate allowed claim amounts. | 3.00 120.00/hr | 360.00 |
| | SSA | Continued review and reconciliation of submitted claims. | 2.60 240.00/hr | 624.00 |
| 12/9/2008 | SSA | Researched for information for additional facilitators. Drafted emails to Bill Arnold regarding ▬▬▬▬ | 0.60 240.00/hr | 144.00 |
| | SSA | Continued review of filed claims and reconciliation to defendants' records. Drafted notes on objections. | 3.20 240.00/hr | 768.00 |
| | SSA | Continued review and reconciliation of claims. Prepared report of claims filed by various facilitators with limited transaction information. | 2.70 240.00/hr | 648.00 |
| | SYS | Continued to review submitted investor claim forms and captured information from same into the investor database and reconciled same as necessary to calculate allowed claim amounts. | 3.00 120.00/hr | 360.00 |
| | SSA | Researched for contact information for Mike Schlegel and Brad Collins for claims review. Prepared report of allowed claims over $100,000 for review of same. | 1.30 240.00/hr | 312.00 |
| | JCC | Verified claimant names which invested in smaller facilitators of Correll. | 1.00 100.00/hr | 100.00 |

|            |     |                                                                                                                                         | Hrs/Rate         | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 12/9/2008  | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary for same. | 1.90 120.00/hr   | 228.00 |
|            | SYS | Continued to review submitted investor claim forms and captured information from same into the investor database and reconciled same as necessary to calculate allowed claim amounts. | 1.20 120.00/hr   | 144.00 |
|            | JNH | Verified names of all investors with a claim over $100,000 against the Form 1099's. | 1.80 100.00/hr   | 180.00 |
|            | JNH | Reviewed the database for Global investors that are also Correll investors. Updated list prepared by Scott Askue to show both entities' ID numbers for the investors. | 0.70 100.00/hr   | 70.00  |
| 12/10/2008 | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary for same. | 3.00 120.00/hr   | 360.00 |
|            | SYS | Continued to review submitted investor claim forms and calculate allowed claim amounts and entered same into the database if available. | 2.00 120.00/hr   | 240.00 |
|            | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary for same. | 3.00 120.00/hr   | 360.00 |
|            | JNH | Continuing verifying names of all investors with a claim over $100,000 against the Form 1099's. | 3.00 100.00/hr   | 300.00 |
|            | SSA | Researched for information on small facilitator. Reconciled claims for same. | 1.40 240.00/hr   | 336.00 |
| 12/11/2008 | SYS | Continued to review submitted investor claim forms and captured information from same into the investor database and reconciled same as necessary to calculate allowed claim amounts. | 3.00 120.00/hr   | 360.00 |
|            | SYS | Continued to review submitted investor claim forms and calculate allowed claim amounts and entered same into the database if available. | 1.60 120.00/hr   | 192.00 |
|            | SSA | Reviewed and reconciled claims containing overlapping claims and other complicating issues. Drafted objections and allowed claims as appropriate. | 3.00 240.00/hr   | 720.00 |
|            | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary for same. | 2.70 120.00/hr   | 324.00 |
|            | JNH | Continuing verifying names of all investors with a claim over $100,000 against the Form 1099's. | 0.80 100.00/hr   | 80.00  |
| 12/12/2008 | JNH | Reviewed investor submitted claim forms. | 1.00 100.00/hr   | 100.00 |
| 12/15/2008 | JNH | Continuing verifying names of all investors with a claim over $100,000 against the Form 1099's or the contract. | 1.00 100.00/hr   | 100.00 |
|            | SYS | Continued to review submitted claim forms to calculate allowed claim amounts and entered same into the investor database as necessary. | 1.80 120.00/hr   | 216.00 |
|            | FT  | Researched and located the addresses for creditors who's documents had been returned do to wrong addresses. | 2.40 150.00/hr   | 360.00 |

|            |     |                                                                                                                                                  | Hrs/Rate        | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 12/15/2008 | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary for same. | 3.00 120.00/hr | 360.00 |
|            | SYS | Continued to review submitted claim forms to calculate allowed claim amounts and entered same into the investor database as necessary. | 2.30 120.00/hr | 276.00 |
| 12/16/2008 | SYS | Reviewed submitted investor claim forms and calculated allowed claim amounts for same. | 2.40 120.00/hr | 288.00 |
|            | JNH | Continuing verifying names of all investors with a claim over $100,000 against the Form 1099's or the contract. | 1.50 100.00/hr | 150.00 |
|            | FT  | Reviewed and researched creditor addresses to verify that they were correct. | 2.90 150.00/hr | 435.00 |
|            | SSA | Telephone call from Bill Arnold regarding ███████. ██████ Drafted letters to investors in Gorge Group. | 0.60 240.00/hr | 144.00 |
|            | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary for same. | 3.00 120.00/hr | 360.00 |
|            | SYS | Continued to review submitted claim forms to calculate allowed claim amounts and entered same into the investor database as necessary. | 2.00 120.00/hr | 240.00 |
| 12/17/2008 | JNH | Continuing verifying names of all investors with a claim over $100,000 against the Form 1099's or the contract. | 2.50 100.00/hr | 250.00 |
|            | SSA | Researched issues regarding select facilitators. Drafted email to Tom Bosch and Bill Arnold regarding ███████ ████████ | 0.40 240.00/hr | 96.00 |
|            | JCC | Approved claimant names in investor database. | 1.50 100.00/hr | 150.00 |
|            | SSA | Designed report of investor information to verify prior to issuing of investor declaration statements. Discussed same with staff. | 0.90 240.00/hr | 216.00 |
|            | SYS | Continued to review submitted claim forms to calculate allowed claim amounts and entered same into the investor database as necessary. | 3.00 120.00/hr | 360.00 |
|            | SYS | Continued to review submitted claim forms to calculate allowed claim amounts and entered same into the investor database. | 2.30 120.00/hr | 276.00 |
|            | SYS | Reviewed submitted investor claim forms to calculate allowed claim amounts and entered same into the investor database as necessary. | 2.00 120.00/hr | 240.00 |
| 12/18/2008 | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary for same. | 3.00 120.00/hr | 360.00 |
|            | SSA | Prepared updated report of payments for additional research and verification. Discussed same with staff. | 0.40 240.00/hr | 96.00 |
|            | JCC | Approved claimant names in investor database. | 1.00 100.00/hr | 100.00 |
|            | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary for same. | 0.90 120.00/hr | 108.00 |
|            | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary for same. | 3.00 120.00/hr | 360.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/19/2008 SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary for same. | 2.60 120.00/hr | 312.00 |
| SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and calculated allowed claim amounts as necessary for same. | 3.00 120.00/hr | 360.00 |
| JNH | Reviewed investor submitted claim forms for correct names and addresses. Pulled all investor files that contained information in Section V. | 3.80 100.00/hr | 380.00 |
| 12/22/2008 SYS | Reviewed submitted claims of investors that have name related issues and prepared Declarations as necessary for same as well as researched to make certain an allowed amount has been entered. | 3.00 120.00/hr | 360.00 |
| SYS | Continued to review submitted investor claims for investors that have name related issues and prepared Declarations for same as necessary. | 2.00 120.00/hr | 240.00 |
| SYS | Continued to review submitted investor claims for investors that have name related issues and prepared Declarations for same. | 2.10 120.00/hr | 252.00 |
| JNH | Reviewed investor submitted claim forms for correct names and addresses. Pulled all investor files that contained information in Section V. | 2.50 100.00/hr | 250.00 |
| 12/23/2008 SYS | Reviewed submitted investor claim forms with name issues and researched the Declarations database to obtain appropriate documents to be completed by investors prior to the release of distributions to same. | 2.50 120.00/hr | 300.00 |
| JNH | Reviewed investor submitted claim forms for correct names and addresses. Pulled all investor files that contained information in Section V. | 2.80 100.00/hr | 280.00 |
| 12/29/2008 JNH | Reviewed investor submitted claim forms for correct names and addresses. Pulled all investor files that contained information in Section V. | 2.50 100.00/hr | 250.00 |
| SYS | Continued to review submitted investor claim forms that have name issues and prepared Declarations to be forwarded to various investors as necessary. | 2.00 120.00/hr | 240.00 |
| SYS | Reviewed submitted investor claim forms that have name issues and prepared Declarations to be forwarded to various investors as necessary. | 2.80 120.00/hr | 336.00 |
| SYS | Reviewed returned investor notices with inaccurate mailing addresses and updated the investor database with accurate mailing addresses as necessary. | 0.90 120.00/hr | 108.00 |
| 12/30/2008 JNH | Reviewed investor submitted claim forms for correct names and addresses. Pulled all investor files that contained information in Section V. | 3.00 100.00/hr | 300.00 |
| 12/31/2008 SYS | Reviewed submitted investor claim forms with name issues and prepared Declarations to be completed by same as necessary. | 2.50 120.00/hr | 300.00 |
| SYS | Continued to review submitted investor claim forms with name issues and researched several Declarations to be completed by investors as necessary. | 1.50 120.00/hr | 180.00 |
| | Subtotal | 200.80 | 28,633.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

### Fee / Employment Applications

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/4/2008 SSA | Reviewed and approved fee application for filing. | 0.30 240.00/hr | 72.00 |
| 12/10/2008 SSA | Reviewed fee invoice for Quilling. Drafted email to Clark Will regarding same. | 0.40 240.00/hr | 96.00 |
| SSA | Reviewed detailed fee invoice for November 2008. | 1.00 240.00/hr | 240.00 |
| 12/11/2008 SSA | Telephone call from Bill Arnold regarding ▮▮▮▮▮ Reviewed and responded to issues raised by the SEC. | 1.00 240.00/hr | 240.00 |
| 12/18/2008 SSA | Drafted email to Bill Arnold regarding ▮▮▮▮▮ ▮▮▮▮ | 0.10 240.00/hr | 24.00 |
| SSA | Reviewed and requested the 32nd fee application be posted to the Receiver's web page. | 0.30 240.00/hr | 72.00 |
| | Subtotal | 3.10 | 744.00 |

### Investor Communications and Reporting

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/1/2008 SYS | Reviewed voice mail messages from investors inquiring about distributions and followed up with same as necessary. | 0.50 120.00/hr | 60.00 |
| SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database as necessary. | 1.00 120.00/hr | 120.00 |
| SYS | Telephone calls from investors inquiring about distributions after receipt of forwarded notices advising of the Receiver's plan to distribute and followed up with same as necessary. | 0.60 120.00/hr | 72.00 |
| 12/2/2008 SYS | Reviewed voice mail messages from investors in response to recently forwarded notices advising of the Receiver's plan to distribute funds and followed up as necessary. | 0.70 120.00/hr | 84.00 |
| 12/4/2008 SYS | Reviewed voice mail messages from investors in response to recently forwarded notices advising of the Receiver's plan to distribute funds and followed up as necessary. | 0.50 120.00/hr | 60.00 |
| SYS | Reviewed voice mail messages from investors in response to recently forwarded notices advising of the Receiver's plan to distribute funds and followed up as necessary. | 0.40 120.00/hr | 48.00 |
| 12/5/2008 SYS | Reviewed email messages from investors requesting change of addresses and updated the investor database with same. | 0.20 120.00/hr | 24.00 |
| 12/8/2008 SYS | Reviewed email messages forwarded from investors requesting change of addresses and updated the investor database with same. | 0.40 120.00/hr | 48.00 |
| 12/9/2008 SYS | Reviewed email and voice mail messages from several investors inquiring about the status of the distribution as well as to request change of addresses and followed up with same as necessary. | 0.50 120.00/hr | 60.00 |
| 12/10/2008 SYS | Reviewed email and voice mail messages from several investors inquiring about the status of the distribution as well as to request change of addresses and followed up with same as necessary. | 0.50 120.00/hr | 60.00 |

|                        |                                                                                                                      | Hrs/Rate        | Amount   |
|------------------------|----------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 12/11/2008 SYS         | Reviewed voice mail messages from investors inquiring about distributions and followed up with same as necessary.     | 0.40 120.00/hr  | 48.00    |
| 12/15/2008 SYS         | Reviewed voice mail messages from investors inquiring about the distributions and followed up with same as necessary. | 0.40 120.00/hr  | 48.00    |
| 12/16/2008 SYS         | Reviewed email and voice mail messages from several investors inquiring about the status of the investigation as well as to request change of addresses and other case related issues and followed up with same as necessary. | 0.50 120.00/hr  | 60.00    |
| 12/17/2008 SYS         | Reviewed voice mail messages from several investors inquiring about the status of distributions as well as to request change of addresses and other case related issues and followed up with same as necessary. | 0.50 120.00/hr  | 60.00    |
| 12/18/2008 SYS         | Reviewed voice mail messages from various investors inquiring about the distribution and followed up with same as necessary. | 0.70 120.00/hr  | 84.00    |
| 12/19/2008 SYS         | Telephone calls to and from several investors inquiring about distributions and other case related issues and followed up as necessary. | 0.90 120.00/hr  | 108.00   |
| 12/22/2008 SYS         | Reviewed voice mail messages from investors inquiring about distributions and other case related issues and followed up as necessary with same. | 0.50 120.00/hr  | 60.00    |
| 12/23/2008 SYS         | Reviewed voice mail messages inquiring about distributions and the percent for same and followed up as necessary. | 0.50 120.00/hr  | 60.00    |
| 12/29/2008 SYS         | Reviewed voice mail messages from investors inquiring about distributions and followed up with same as necessary. | 0.50 120.00/hr  | 60.00    |
| 12/30/2008 SYS         | Continued to review submitted investor claim forms that have name issues and prepared Declarations for same as necessary. | 1.00 120.00/hr  | 120.00   |
| SYS                    | Telephone calls to and from several investors inquiring about distributions and the percent for same and followed up as necessary. | 0.50 120.00/hr  | 60.00    |
| SYS                    | Reviewed submitted investor claim forms that have name issues and prepared Declarations for same as necessary. | 2.00 120.00/hr  | 240.00   |
| SYS                    | Continued to review returned notices and updated the investor database with newly found mailing addresses. | 1.00 120.00/hr  | 120.00   |
| SYS                    | Reviewed notices returned due to inaccurate mailing addresses and updated the investor database with newly found mailing addresses as necessary. | 2.00 120.00/hr  | 240.00   |
| 12/31/2008 SYS         | Telephone calls to and from several investors inquiring about distributions and followed up with same as necessary. | 0.50 120.00/hr  | 60.00    |
|                        | Subtotal                                                                                                             | 17.20           | 2,064.00 |

### Litigation Consulting

|                        |                                                                                                    | Hrs/Rate        | Amount  |
|------------------------|----------------------------------------------------------------------------------------------------|-----------------|---------|
| 12/1/2008 SSA          | Reviewed pleadings in Sentinel Funds litigation.                                                    | 0.40 240.00/hr  | 96.00   |
| 12/8/2008 SSA          | Telephone call from Gary Ploetz regarding production of documents. Reviewed email regarding same.   | 0.30 240.00/hr  | 72.00   |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/9/2008 | SSA | Prepared documents relating to turnover of concordance records. | 0.30<br>240.00/hr | 72.00 |
| | | Subtotal | 1.00 | 240.00 |

### Plan & Disclosure Statement

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2008 | SSA | Reviewed claims filed by claimants who filed objections to plan of distribution. | 1.20<br>240.00/hr | 288.00 |
| | SSA | Reviewed presentation for plan of distribution hearing. Researched issues and updated as necessary. | 0.80<br>240.00/hr | 192.00 |
| 12/2/2008 | SSA | Reviewed email from David Dantzler regarding ███████ ███████████ Researched for information on same. | 0.20<br>240.00/hr | 48.00 |
| | SSA | Reviewed emails regarding approval of plan of distribution. Formatted for posting to receiver's website. | 0.50<br>240.00/hr | 120.00 |
| | | Subtotal | 2.70 | 648.00 |

### Tax Issues

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/8/2008 | MEC | Reviewed SunTrust bank statements, copied and assembled for 2007 analysis for inclusion in the tax returns. | 0.40<br>250.00/hr | 100.00 |
| 12/30/2008 | MEC | Reviewed Chase reports for defendants and summarized by year. Prepared summary by year combining all defendants with activity. Determined taxable income per year and applicable tax liability that would be owed. | 2.80<br>250.00/hr | 700.00 |
| | | Subtotal | 3.20 | 800.00 |
| | | **For professional services rendered** | **234.20** | **$34,533.00** |

Additional Charges :

### Expenses

| | | Amount |
|---|---|---|
| 12/1/2008 | FedEx to Quilling Selander Cummiskey 11/19/08 | 17.31 |
| | FedEx to Quilling Selander Cummiskey 11/25/08 | 19.29 |
| 12/2/2008 | Document storage/Document Depository per court order - December 2008 | 455.00 |
| 12/18/2008 | Update to website investor information | 200.00 |
| 12/22/2008 | FedEx to Neulan Midkiff | 12.48 |
| 12/31/2008 | Fax charges for December 2008. | 2.00 |
| | Copying cost for December 2008. | 17.10 |
| | Postage charges for December 2008. | 20.31 |
| | Subtotal | 743.49 |
| | **Total costs** | **$743.49** |
| | **Total amount of this bill** | **$35,276.49** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

 SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from   12/1/2008  to  12/31/2008**

January 08, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 2.60 | 910.00 |
|  | 350.00/hr |  |
| **For professional services rendered** | **2.60** | **$910.00** |