# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Rd NE
Ste 200
Atlanta, GA 30326-1420

| | |
|---|---|
| Invoice Date | 12/11/08 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 960913 |
| File No. | 033287.000002 |

RE: Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 11/30/08 | $12,242.66 |
| **Total Amount of This Invoice** | **$12,242.66** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 12/11/08
Invoice Number 960913
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/08**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 11/03/08 | MRA | Field phone calls from Scott Binion - friends of family facilitator; email correspondence with S. Binion regarding ███████; email correspondence with Clark Will regarding ███ | 0.2 |
| 11/04/08 | MRA | Email correspondence with SEC regarding ███████; email correspondence with Clark Will regarding ███; review and analysis of filings with court | 0.2 |
| 11/05/08 | MRA | Email correspondence with Scott Askue regarding ███████; review and analysis of default judgments of William H. Clark, Charles R. Davis, Ronald J. Linn, Glenn Maske entered by court; oversee filing of fee application; email correspondence with project assistant regarding ███; review and analysis of order entered in Minnesota District Court case in which T. Correll is a defendant and the Receiver has made an entry of appearance; email correspondence with Scott Askue regarding ███████ | 0.4 |
| 11/06/08 | MRA | Email correspondence with Scott Askue regarding ███████ | 0.1 |
| 11/06/08 | TBB | Review and revise plan for claims administration and distribution of proceeds; email correspondence with Receiver Team regarding ███ | 0.7 |
| 11/07/08 | MRA | Email correspondence with Scott Askue regarding ███████; review of correspondence from Josephs Jack regarding ███████; telephone conference with Rich Douglas of G2 and Scott Askue regarding ███████; email correspondence with Scott Askue regarding ███; review and analysis of proposed amendment to power of attorney from G2 | 1.8 |
| 11/10/08 | MRA | Telephone conference with Scott Askue regarding ███████; follow-up calls to facilitators; email correspondence with Scott Askue regarding ███████; conference with David Dantzler and Harrilee Cheshire regarding ███████; preparation for same | 0.8 |
| 11/10/08 | TBB | Conference regarding outstanding items and timing for claims administration plan | 0.1 |
| 11/10/08 | HC | Conference among TS members team regarding outstanding issues | 0.2 |
| 11/10/08 | JDD | Review status of case and plan issues; meeting with H. Cheshire, T. Bosch and B. Arnold regarding ███████ | 0.6 |
| 11/11/08 | MRA | Email correspondence with Scott Askue regarding ███████; email correspondence with David Dantzler regarding ███████; draft motion to approve plan for claims administration and distribution of proceeds | 0.9 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 12/11/08
Invoice Number 960913
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/08**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 11/12/08 | MRA | Review and revise motion to approve plan for claims administration and distribution of proceeds; telephone conference and email correspondence with friends and family facilitators; telephone conference with Scott Askue regarding ▮▮▮; field phone calls and email correspondence with friends and family facilitator; analysis of his purported assignment of claims; email correspondence with S. Sloane regarding ▮▮▮▮; email correspondence with S. Sloane regarding ▮▮▮ | 3.6 |
| 11/13/08 | MRA | Review and revise motion to approve plan for claims administration and distribution of proceeds; email correspondence with Scott Askue regarding ▮▮▮▮▮▮ review and revise tax section of Plan; email correspondence with client, Tom Bosch and David Dantzler regarding ▮▮▮; draft, review and revise notice of Plans and Motion to approve plan; telephone conference and email correspondence with friends and family facilitators; telephone calls to Judge's Chambers and local counsel regarding ▮▮▮ | 4.4 |
| 11/13/08 | HC | Assist in revising brief/plan; conference with B. Arnold regarding ▮▮▮ | 0.7 |
| 11/13/08 | JDD | Begin draft of brief in support of Plan; e-mail correspondence with B. Arnold regarding ▮▮▮ | 1.2 |
| 11/14/08 | MRA | Review and revise the plan for claims administration and distribution of proceeds, motion to approve, brief in support and notice; conference and email correspondence with client, David Dantzler and Tom Bosch regarding ▮▮▮; file same; telephone call to SEC and other counsel in case regarding ▮▮▮; telephone call to counsel for ▮▮▮▮▮▮; email correspondence with friends of family facilitators | 6.9 |
| 11/14/08 | TBB | Work on issues related to plan for claims administration and distribution of proceeds; revise plan to make consistent with plan in Global Finance; email correspondence and discussions regarding same | 1.0 |
| 11/14/08 | JDD | Review and revise Plan, motion and supporting brief; several conferences with B. Arnold regarding ▮▮▮▮▮▮ | 3.5 |
| 11/17/08 | MRA | Telephone conference with Scott Askue regarding ▮▮▮▮▮▮ telephone conference and email correspondence with Judge's chambers and parties regarding ▮▮▮; telephone calls and email correspondence with friends of family facilitators; email correspondence with clerk of court regarding ▮▮▮ | 0.8 |
| 11/18/08 | MRA | Email correspondence from Judge's chambers regarding ▮▮▮; email correspondence with S. Askue regarding ▮▮▮▮▮▮; email correspondence with S. Baker regarding ▮▮▮ | 0.1 |
| 11/19/08 | MRA | Email correspondence with Scott Askue regarding ▮▮▮ facilitators; telephone conference with S. Baker regarding ▮▮▮▮▮▮; telephone call to Court regarding ▮▮▮ | 0.4 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 12/11/08
Invoice Number 960913
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | filing; email correspondence with S. Askue regarding ▇ | |
| 11/20/08 | MRA | Email correspondence with S. Baker regarding ▇ telephone calls with friends of family facilitators; review of claims from same; telephone calls with S. Askue regarding ▇ | 1.8 |
| 11/21/08 | MRA | Field multiple phone calls from investors; multiple phone calls with Receiver's representative in Sentinel litigation; conference with David Dantzler regarding ▇ email correspondence with Harrilee Cheshire regarding ▇ review and revise declaration | 0.6 |
| 11/21/08 | HC | Conference with B. Arnold regarding ▇ draft claim assignment as to Business Life Management | 0.6 |
| 11/24/08 | MRA | Telephone call to friends of family facilitators; email correspondence with S. Baker regarding ▇ analysis of same; email correspondence with S. Askue regarding ▇ email correspondence with S. Baker regarding ▇ | 1.7 |
| 11/24/08 | WNC | Review concordance database for analysis of deposits/payments connected with Greg Thompson; forward ▇ to H. Cheshire, S. Askue, and B. Arnold ▇ | 0.8 |
| 11/25/08 | MRA | Review and analysis of orders entered in case; email correspondence to HFC team regarding ▇ email correspondence and phone conference with Scott Baker regarding ▇ | 0.3 |
| 11/26/08 | MRA | Email correspondence with Friends of Family facilitators; draft, review and revise status update for case pending in United States District Court in Minnesota; review of investor files to ensure plaintiffs are investors; email correspondence with Hays Financial Consulting regarding ▇ execute and file status report | 1.6 |
| 11/26/08 | HC | Assist in preparation of status report in Michigan action; conference with B. Arnold regarding ▇ | 0.5 |
| 11/26/08 | JDD | Telephone conference with G. Hays regarding ▇ | 0.2 |
| 11/30/08 | MRA | Email correspondence with David Dantzler ▇ organize documents for same | 0.2 |

Total Hours 37.1

Total Fees 12,242.66

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 12/11/08
Invoice Number 960913
File No. 033287.000002
Page 5

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## TIMEKEEPER TIME SUMMARY THROUGH 11/30/08

| Name | Hours | Amount |
|---|---|---|
| M R Arnold | 26.8 | 8,401.80 |
| T B Bosch | 1.8 | 615.60 |
| H Cheshire | 2.0 | 522.51 |
| W N Chupp | 0.8 | 60.80 |
| J D Dantzler | 5.7 | 2,641.95 |

# TROUTMAN SANDERS LLP

Payment Remittance Address
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

Office Address
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | |
|---|---|
| Hays Financial Consulting, LLC | Invoice Date 01/16/09 |
| Attn: Mr. S. Gregory Hays | Submitted by J D Dantzler |
| 3343 Peachtree Rd NE | Direct Dial 404-885-3314 |
| Ste 200 | Invoice No. 965917 |
| Atlanta, GA 30326-1420 | File No. 033287.000002 |

**RE: Current Invoice for Period Ending 12/31/08**

| Client.Matter | Matter Name | Fees | Disbs | Total |
|---|---|---|---|---|
| 033287.000002 | Receiver/Horizon Establishment Et al. | 8,005.35 | 212.35 | 8,217.70 |
| Less Adjustments | | | | -$2,282.85 |
| | **Total Amount of This Invoice** | | | **$5,934.85** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 01/16/09
Invoice Number 965917
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 11/30/08 | JDD | Review Plan and related papers; prepare presentation | 1.5 |
| 12/01/08 | MRA | Email correspondence with Hans Clausen regarding [redacted]; review and analysis of objections to the Receiver's motion to approve the plan for claims administration and distribution of proceeds; email correspondence with David Dantzler and Scott Askue regarding [redacted]; email correspondence with Scott Askue regarding [redacted]; email with S. Sloane regarding [redacted]; assist David Dantzler in preparing for upcoming hearing; email correspondence with local counsel regarding [redacted]; email correspondence from investor regarding [redacted]; email correspondence with Scott Askue regarding [redacted] (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.6 |
| 12/01/08 | HCC | Complete draft of September and October 2008 motion for fees; redact five sets of invoices for privileged information; emails to Bill Arnold concerning [redacted] (2.4, Time spent on Fee Application, not billed to Hays Financial Consulting) | 2.4 |
| 12/01/08 | JDD | Review and revise same; review objections to Plan; conference with B. Arnold regarding [redacted] | 0.8 |
| 12/02/08 | MRA | Email correspondence with David Dantzler and Scott Askue regarding [redacted]; review and analysis of order entered by court; email correspondence with team at Hays Financial Consulting regarding [redacted]; review and analysis of filing in USDC case in Minnesota wherein Receiver has made entry of appearance and phone call and email communication with Court regarding receiver's status update; review and revise fee application; email correspondence with Hans Clausen regarding [redacted](0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.6 |
| 12/02/08 | HCC | Revise and correct motion for fees for October 2008 (0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 |
| 12/02/08 | JDD | Prepare for and attend hearing regarding approval of plan; meet with investors; e-mail correspondence with Receiver Team regarding [redacted] travel to and from Atlanta | 4.5 |
| 12/03/08 | MRA | Review order entered in USDC case in Minnesota; review and revise fee application; email correspondence with Harrilee Cheshire regarding [redacted]; email correspondence with team at HFC and local counsel regarding [redacted]; email correspondence with Scott Askue regarding [redacted]; telephone calls to friends of family facilitators; email correspondence with Scott Askue regarding [redacted] (0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.1 |
| 12/03/08 | HC | Assist in drafting fee application (0.8, Time spent on Fee Application, not | 0.8 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/16/09
Invoice Number 965917
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/08**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | billed to Hays Financial Consulting) | |
| 12/04/08 | MRA | Email correspondence with Scott Askue, Greg Hays and local counsel regarding ▮▮▮ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 12/05/08 | MRA | Review and revise fee application; email correspondence to SEC regarding ▮▮▮; telephone conference and email correspondence with Scott Askue regarding ▮▮▮ review and analysis of claims from same (0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.8 |
| 12/08/08 | MRA | Email correspondence from Scott Askue regarding ▮▮▮ phone calls to friends of family facilitators | 0.3 |
| 12/09/08 | MRA | Telephone conference and email correspondence with Scott Askue regarding ▮▮▮ | 0.3 |
| 12/09/08 | MRA | Review and analysis of email correspondence from T. McCole at SEC regarding ▮▮▮ email correspondence with Clark Will regarding ▮▮▮ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 12/10/08 | HC | Review correspondence from SEC (0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 |
| 12/11/08 | MRA | Telephone calls to friends of family facilitators | 0.3 |
| 12/11/08 | MRA | Review and revise fee application and gather documents in support of fee application; email correspondence with T. McCole regarding ▮▮▮ (1.8, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.8 |
| 12/12/08 | MRA | Telephone conference with T. McCole regarding ▮▮▮; review and revise same (1.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.3 |
| 12/15/08 | MRA | Email correspondence with Scott Askue and local counsel regarding ▮▮▮ phone calls to friends and family facilitators and email correspondence with Scott Askue regarding ▮▮▮ email correspondence with Scott Askue regarding ▮▮▮ | 0.6 |
| 12/15/08 | MRA | Review and revise fee application; file same; email correspondence with local counsel regarding ▮▮▮ (0.4, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.4 |
| 12/16/08 | MRA | Phone calls to friends and family facilitators and email correspondence with Scott Askue regarding ▮▮▮ analysis of friends and family claims and material presented by facilitators | 1.1 |
| 12/17/08 | MRA | Phone calls to friends and family facilitators and email correspondence with Scott Askue regarding ▮▮▮ analysis of friends and family claims and | 1.1 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/16/09
Invoice Number 965917
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/08

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | material presented by facilitators | |
| 12/18/08 | MRA | Phone calls to friends and family facilitators and email correspondence with Scott Askue regarding ▆▆▆ analysis of friends and family facilitators claims and material presented by facilitators | 1.1 |

Total Hours 23.0

Total Fees 5,722.50

### TIMEKEEPER TIME SUMMARY THROUGH 12/31/08

| Name | Hours | Amount |
|---|---|---|
| M R Arnold | 12.6 | 2,823.67 |
| H Cheshire | 1.0 | 186.75 |
| H C Clausen | 2.6 | 459.06 |
| J D Dantzler | 6.8 | 2,253.02 |

### FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/08

| Description | Amount |
|---|---|
| Airfare Costs | 174.50 |
| Meals | 8.49 |
| Miscellaneous Expenses | 15.36 |
| Taxi/Train/Parking | 14.00 |
| Total: | 212.35 |

Total Fees & Costs: $5,934.85