# EXHIBIT D



QUILLING · SELANDER · CUMMISKEY · LOWNDS

Federal ID #75-2459334

S. Gregory Hays
Special Counsel for Greg Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, Suite 750
Atlanta  GA  30326

Page: 1
11/30/2008
Client No:   911-0150M
Invoice No:       68639

Travis E. Correll, et al.

### ITEMIZED SERVICES BILL

| Date | | Description | Hours | |
|---|---|---|---|---|
| 11/03/2008 | MDC | Meet with CBW and RSF to discuss ▉▉▉ (1.4); Begin compiling documents relating to upcoming Williams deposition and discuss ▉ with Ralph Freeman (5.3); Review Idaho condo listing and inquire to local agent re ▉ (.4). | 7.10 | 2,059.00 |
| 11/04/2008 | MDC | Continue review of and compiling documents for Williams deposition (Carlisle matter) and begin preparing for same (2.8); Begin review/analysis of Branson deposition transcript and exhibits to same (3.9). | 6.70 | 1,943.00 |
| | CBW | Office conference with Ralph Freeman regarding ▉▉▉; draft subpoena to Bank of America regarding account documents (1.0); draft ▉▉▉ Attorney Phillippi for Cadwell (1.5); | 2.50 | 875.00 |
| 11/05/2008 | MDC | Assist with preparation and issuance of subpoena(s) (Cadwell) (.5); Continue review/analysis of Branson deposition transcript and coordinate with upcoming Williams deposition preparation (5.9). | 6.40 | 1,856.00 |
| | CBW | Work on Cadwell matter (1.80); | 1.80 | 630.00 |
| 11/06/2008 | MDC | Phone calls from/to Idaho real estate agent to discuss possible offers on property and negotiated sales price/closing costs options (.7); Phone calls from/to Hearthstone counsel to discuss ▉▉▉ (.6); Legal research re liability of receivership estate to pay same (3.6); Review statute governing public/private sales of real property from receivership estates (.8); Begin researching/locating local Idaho real property appraisers (.9). | 6.60 | 1,914.00 |
| | CBW | Telephone conference with Ralph S. Freeman regarding ▉▉▉ (.3); | 0.30 | 105.00 |
| 11/07/2008 | MDC | Continue review and cut up of Branson deposition and exhibits with view toward Williams deposition this month, and identify/compile exhibits for Williams deposition. | 6.80 | 1,972.00 |
| 11/10/2008 | MDC | Phone calls from Idaho real estate agents to discuss possible solid offer and other leads on Hearthstone property (.6); Speak with local appraisers re appraisal of property and pricing | | |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 2
11/30/2008
Client No: 911-0150M
Invoice No: 68639

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | for same (.9); Continue Williams deposition preparations and discuss ▓▓▓ with Ralph Freeman (4.4); Follow up on Branson matters re additional documents needed to be produced (.9). | 6.80 | 1,972.00 |
| | CBW | Telephone conference with Ralph S. Freeman regarding ▓▓▓ (0.3); research regarding service on Phillippi (0.4); | 0.70 | 245.00 |
| 11/11/2008 | MDC | Review correspondence received from Cadwell counsel Todd Phillippi and comment on ▓▓▓ to CBW and Ralph Freeman, and discuss ▓▓▓ (.8); Work on Branson deposition transcript/Williams deposition preparation and exhibit identification (3.3). | 4.10 | 1,189.00 |
| | CBW | Meeting with Ralph S. Freeman regarding ▓▓▓ (0.5); telephone conference with to Phillippi's office regarding ▓▓▓ (0.2); draft letter to Attorney Baker regarding ▓▓▓ (0.5); emails with Scott Askue regarding ▓▓▓ (0.3); send revised fee application (0.3); telephone conference with Phillippi regarding ▓▓▓ (0.7); | 2.50 | 875.00 |
| 11/12/2008 | MDC | Receiver/review Bank of America/Cadwell documents and begin review/analysis of same, and discuss ▓▓▓ with Ralph Freeman (3.3); Complete Branson post-deposition analysis and resulting proposed settlement framework (3.7). | 7.00 | 2,030.00 |
| | CBW | Office conference with Ralph S. Freeman regarding ▓▓▓ (0.7); | 0.70 | 245.00 |
| 11/13/2008 | CBW | Telephone conference with Bill Arnold regarding ▓▓▓ (0.3); telephone conference with Ralph S. Freeman and emails regarding ▓▓▓ (0.4); | 0.70 | 245.00 |
| 11/14/2008 | MDC | Continue review/analysis of Bank of America/Cadwell documents and discuss ▓▓▓ with Ralph Freeman. | 4.60 | 1,334.00 |
| | CBW | Telephone conference with Ralph S. Freeman regarding ▓▓▓ regarding ▓▓▓ emails with Askue regarding ▓▓▓; preparation for meeting with Phillippi (1.5); meeting with Phillippi and Cadwell regarding ▓▓▓ (1.5); draft email to Lori regarding ▓▓▓ (0.3); emails with Hays regarding ▓▓▓ (0.3); | 3.60 | 1,260.00 |
| 11/17/2008 | MDC | Phone calls from/to Idaho real estate agent re ▓▓▓ (.5); Receive ▓▓▓ from buyer and review/analyze same (1.8); Communications with seller's agent and Receiver to discuss ▓▓▓ | | |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 3
11/30/2008
Client No: 911-0150M
Invoice No: 68639

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | ▓▓▓ (1.0); Begin revising same for counteroffer (2.8). | 6.10 | 1,769.00 |
|  | CBW | Emails with court personnel and co-counsel regarding ▓▓▓ (0.4); review and analyze plan of distribution; emails with Attorney Dantzler, et al regarding ▓▓▓ (0.9); office conference with Ralph S. Freeman regarding ▓▓▓ (0.5); draft motion and order continuing show cause hearing (0.9); | 2.70 | 945.00 |
| 11/18/2008 | MDC | E-mails and phone calls to/from seller's agent and Receiver to discuss ▓▓▓ (.4); Receive/review new terms and consider same (5); Research local newspapers for advertising proposed property sale (.6); Research and begin drafting Motion to Sell property (2.7). | 4.20 | 1,218.00 |
|  | CBW | Emails with client regarding ▓▓▓; review of correspondence from Court; compliance with notice of deficiency (0.7); | 0.70 | 245.00 |
| 11/19/2008 | MDC | Phone call to Receiver to discuss ▓▓▓ and e-mails to/from Idaho real estate agent re ▓▓▓ (.6); Phone call to buyer's agent to discuss ▓▓▓ (.4). | 1.00 | 290.00 |
|  | CBW | Telephone conference with Brad Boyd regarding ▓▓▓ (0.3); email with Ralph S. Freeman regarding ▓▓▓ (0.3); | 0.60 | 210.00 |
| 11/20/2008 | MDC | E-mails from/to Idaho real estate agent re ▓▓▓ (.4); Continue research for and drafting motion to approve sale of same and proposed order granting same (4.6); Continue review/analysis of Bank of America/Cadwell documents (1.2). | 6.20 | 1,798.00 |
|  | CBW | Telephone conference with SSFCU regarding ▓▓▓ (0.3); email with Greg regarding ▓▓▓ (0.3) telephone conference with Cuberta at SSFCU; prepare email to Stephanie regarding ▓▓▓ (0.6); telephone conference with Ralph S. Freeman regarding ▓▓▓ (0.3); update accounts and report to client (0.7); follow up telephone conference with SSFCU; file research for information on account (0.5); follow up telephone conferences and research regarding ▓▓▓ (0.6); | 3.30 | 1,155.00 |
| 11/21/2008 | MDC | Continue working on Motion to Sell Idaho condo interest, and e-mails to Idaho real estate agents re ▓▓▓. | 5.70 | 1,653.00 |
|  | CBW | Receipt and review of documents from SSFCU regarding ▓▓▓; forward ▓▓▓ to Ralph S. |  |  |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 4
11/30/2008
Client No: 911-0150M
Invoice No: 68639

|            |     |                                                                                                                                                                                                                                                                                                                      | Hours  |           |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-----------|
|            |     | Freeman; prepare for meeting with Phillippi and Cadwell (1.2); meet with Phillippi regarding ▓▓▓ (0.7); draft ▓▓▓ to Solis and God's Church regarding ▓▓▓ (0.8); draft follow up email to Phillippi regarding ▓▓▓ (0.4);                                                                                             | 3.10   | 1,085.00  |
| 11/24/2008 | CBW | Office conference with Ralph S. Freeman regarding ▓▓▓ draft subpoena and letter; telephone conference with Brad Boyd regarding ▓▓▓ (1.20); office conference with M. Clark regarding ▓▓▓ (0.5);                                                                                                                      | 1.70   | 595.00    |
|            | MDC | Phone call to McCall, ID newspaper (Star News) to discuss ▓▓▓ (.2); Draft ▓▓▓ and e-mail ▓▓▓ to Star News with comments (.9); Locate and place phone calls to local property appraisers and arrange for appraisals of property, and e-mail to appraisers re ▓▓▓ (1.3); Continue to draft and revise motion to sell property in accordance with information received from local agent/broker (1.8); Begin preparing for status conference on 12/2 (2.5). | 6.70   | 1,943.00  |
| 11/25/2008 | MDC | Receive/review Notice of Termination of P&S Agreement for Hearthstone property, and discuss ▓▓▓ with CBW (.5); Communicate with Idaho agent re ▓▓▓ (.4); Phone calls to two Idaho brokers to discuss ▓▓▓ and e-mail to one of the brokers re ▓▓▓ (.7); Complete preparations for 12/2 status conference and discuss ▓▓▓ with Ralph Freeman (1.8). | 3.40   | 986.00    |
| 11/26/2008 | CBW | Emails with client regarding ▓▓▓ and emails with team regarding ▓▓▓ (0.5); review of orders from Court regarding continuance and email with Court personnel regarding ▓▓▓ (0.6).                                                                                                                                     | 1.10   | 385.00    |
|            |     | For Current Services Rendered                                                                                                                                                                                                                                                                                        | 115.40 | 35,026.00 |

Recapitulation

| Timekeeper       | Hours | Hourly Rate | Total       |
|------------------|-------|-------------|-------------|
| Michael D. Clark | 89.40 | $290.00     | $25,926.00  |
| Clark B. Will    | 26.00 | 350.00      | 9,100.00    |

| | |
|---|---|
| Telecopies | 18.00 |
| Long-Distance Telephone | 6.68 |
| Paid to Landmark Legal Solutions for outside photocopy services/Invoice # DA80010131 | 293.70 |
| Lunch during depositions. | 12.97 |
| Paid to the Secretary of State of Texas for web inquiries | 1.00 |
| Paid to One Smart Tool for witness fee and | |

Special Counsel for Greg Hays

Travis E. Correll, et al.
Page: 5
11/30/2008
Client No: 911-0150M
Invoice No: 68639

|  |  |
|---|---:|
| mileage | 207.21 |
| Paid to Larry Cadwell for witness fee and mileage | 207.21 |
| Paid to Security Service Federal Credit Union for copies of bank documents/ Invoice #1055 | 125.25 |
| Paid to Sunbelt Reporting for original transcript of Harold Branson/Invoice #131522 | 1,172.20 |
| Photocopies | 86.60 |
| Postage | 0.42 |
| Total Expenses Thru 11/30/2008 | 2,131.24 |
| Total Current Work | 37,157.24 |
| Balance Due | $37,157.24 |

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT



002724

**QSCL**
QUILLING · SELANDER · CUMMISKEY · LOWNDS

Federal ID #75-2459334

S. Gregory Hays
Special Counsel for Greg Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, Suite 750
Atlanta  GA  30326

Page: 1
12/31/2008
Client No:  911-0150M
Invoice No:  69546

Travis E. Correll, et al.

**ITEMIZED SERVICES BILL**

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                       | Hours |          |
|------------|-----|-----|------|------|
| 12/01/2008 | CBW | Review of PowerPoint presentation for hearing tomorrow; comment and emails with Dantzler, et al regarding ▉▉▉; research task list to add to PowerPoint presentation for outstanding items for court; finish preparation for hearing tomorrow (2.0); review and analysis of response/objections to application to approve claims process (0.7); telephone conference with R. Freeman regarding ▉▉▉ (0.4); follow up emails with others regarding ▉▉▉ email to DD regarding ▉▉▉ (0.7); | 3.80  | 1,330.00 |
|            | MDC | Receive/review various objections filed by investors to proposed plan by Receiver (and responses to same) re estate distribution, and discuss ▉▉ with CBW (1.0); Additional preparations for Williams deposition and review of Carlisle bankruptcy pleadings and motions, and discuss ▉▉▉ with atty. Hudson Jobe (4.8); Assess likely equity in Carlisle homestead property (1.4).                                      | 7.20  | 2,088.00 |
| 12/02/2008 | CBW | Pick up Attorney Dantzler; travel to hearing in Plano; hearing on status conference; post-hearing conference with Dantzler and team; return to office (8.0);                                                                                                                                                                                                                                                            | 8.00  | 2,800.00 |
|            | MDC | Discuss ▉▉▉ with atty. Hudson Jobe and research on dismissal of bankruptcy in receivership situations (2.2); Round trip travel to/from and attend and participate in status conference (4.0); Meeting with CBW, RSF and David Dantzler re ▉▉ (.8).                                                                                                                                                                     | 7.00  | 2,030.00 |
| 12/03/2008 | CBW | Email with Askue regarding ▉▉▉ (0.3); telephone conference with claimant regarding ▉▉▉ (0.3); review of orders from yesterday's hearing (0.4);                                                                                                                                                                                                                                                                          | 1.00  | 350.00   |
|            | MDC | Phone calls from/to atty. Don Cothern (Tyler) to discuss ▉▉▉, review notes and documents and conduct follow up on same.                                                                                                                                                                                                                                                                                              | 1.20  | 348.00   |
| 12/04/2008 | CBW | Review and comment on 32nd Fee Application (0.5); email with Ralph S. Freeman regarding ▉▉▉ (0.3); follow up letter to Solis (0.4);                                                                                                                                                                                                                                                                                     | 1.20  | 420.00   |
|            | MDC | Receive/review ▉▉▉ from Michael Wood, and e-mails to/from Mr. Wood re ▉▉ (.6); Phone call to Mr. Wood to discuss ▉▉ (.3); Continue preparing for Williams deposition (3.3);                                                                                                                                                                                                                                             |       |          |

Bryan Tower  2001 Bryan St., Suite 1800  Dallas, TX 75201  |  ph. 214.871.2100    fx. 214.871.2111    www.qsclpc.com
A  PROFESSIONAL  CORPORATION  |  ATTORNEYS  AND  COUNSELORS

002725

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 2
12/31/2008
Client No: 911-0150M
Invoice No: 69546

|            |     |                                                                                                                                                                                                                                                                                                 | Hours |          |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | Continue research on withdrawing bankruptcy reference and preliminary preparations for hearings on receiver's bankruptcy motions (2.3).                                                                                                                                                         | 6.50  | 1,885.00 |
| 12/05/2008 | CBW | Prepare for meeting with Phillippi (0.5); draft letter to Phillippi regarding ▓▓▓ (0.5); email with Court personnel regarding ▓▓▓ (0.4); telephone conference with Boyd regarding ▓▓▓ (vm) (0.2);                                                                                                | 1.60  | 560.00   |
|            | MDC | Receive/review second Brokers Price Opinion on Hearthstone Idaho timeshare property, and e-mails from/to broker re ▓▓▓ (.6); Phone call to Mr. Wood re ▓▓▓ (.2); Continue preparations for evidentiary hearings on Receiver's motions on file in Carlisle bankruptcy proceeding (3.8); Discuss ▓▓▓ Lipan Bank counsel and atty. Hudson Jobe re ▓▓▓ (.9). | 5.50  | 1,595.00 |
| 12/08/2008 | CBW | Emails with HJ and Michael Clark regarding ▓▓▓ (0.4);                                                                                                                                                                                                                                           | 0.40  | 140.00   |
|            | MDC | Status review of Hearthstone sale - communicate with realtor re ▓▓▓ (.5); Legal research on evidentiary requirements for dismissal of bankruptcy proceeding, fraud and effect of receiverships on bankruptcy proceedings (5.7);                                                                 | 6.20  | 1,798.00 |
|            | HMJ | Prepare for and conference with Debtor's counsel regarding ▓▓▓ (.5); Outline remaining matters for resolution before upcoming status conference with bankruptcy court (.5).                                                                                                                     | 1.00  | 225.00   |
| 12/09/2008 | CBW | Telephone conference with Brad Boyd regarding ▓▓▓ (0.4); telephone conference with Ralph S. Freeman regarding ▓▓▓ (0.3); email to Brad Boyd with ▓▓▓ (0.3); emails with Bill Arnold regarding ▓▓▓ (0.3);                                                                                         | 1.30  | 455.00   |
|            | MDC | Phone call from Sitton counsel Scott Richeson to discuss ▓▓▓ (.2); Continue review and analysis of ▓▓▓ received from S. Richeson (.9); E-mail to Idaho appraiser requesting ▓▓▓ (.2); Continue preparation (assessing and gathering documents and testimony needed) for Receiver's motions in Carlisle bankruptcy (5.4). | 6.70  | 1,943.00 |
| 12/10/2008 | CBW | Email with Boyd regarding ▓▓▓ (0.4); email with Scott Askue regarding ▓▓▓ (0.3);                                                                                                                                                                                                                | 0.70  | 245.00   |
|            | MDC | Continue research and preparations for hearings on Receiver's motions in Carlisle bankruptcy proceeding (5.2); Communicate with Lipan bank                                                                                                                                                      |       |          |

002726

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 3
12/31/2008
Client No: 911-0150M
Invoice No: 69546

|            |     |                                                                                                                                                                                                                                                                                             | Hours |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | counsel and Receiver team re ▬▬▬ (1.0).                                                                                                                                                                                                                                                     | 6.20  | 1,798.00 |
| 12/11/2008 | CBW | Email to Bill Arnold regarding ▬▬▬ (0.3); telephone conference with Steve Salazar (0.3); email with Arnold regarding ▬▬▬ (0.4); office conference with Michael D. Clark regarding ▬▬▬ preparation for deposition on Tuesday (0.4); forward ▬▬▬ to Arnold and Askue (0.3);                    | 1.70  | 595.00   |
|            | MDC | Work on getting Williams deposition rescheduled and Communicate with Lipan Bank/Williams counsel re ▬▬▬ (.8); Review matters relevant to 1/12/09 status conference in Carlisle bankruptcy (.5); Work on preparations for 1/7/09 Cadwell show cause hearing (4.8).                            | 6.10  | 1,769.00 |
| 12/12/2008 | MDC | Continue working on preparing for 1/7/09 Cadwell show cause hearing - documents and evidence necessary.                                                                                                                                                                                     | 7.20  | 2,088.00 |
| 12/15/2008 | MDC | Final preparations for Williams deposition and create deposition outline and exhibit list (4.6); Phone calls and e-mail to atty. Brad Boyd to discuss ▬▬▬ (.6); E-mail to team re ▬▬▬ (.3).                                                                                                 | 5.50  | 1,595.00 |
| 12/16/2008 | CBW | Review of correspondence from attorneys for Solis and Cadwell; telephone conferences with both (0.7); emails with team regarding ▬▬▬ (0.4); telephone conference with attorney Jenkins regarding ▬▬▬ (0.3); draft letters to Jenkins and Phillippi (0.9); telephone conference with Salazar (0.3); | 2.60  | 910.00   |
| 12/17/2008 | CBW | Work on final numbers for TNT, Thompson, Gowdey and Johnson with Ralph S. Freeman and Michael D. Clark (0.9);                                                                                                                                                                               | 0.90  | 315.00   |
|            | MDC | Meet with RSF and CBW to discuss ▬▬▬ (1.3); Continue preparing for Cadwell show cause hearing in January (5.0).                                                                                                                                                                             | 6.30  | 1,827.00 |
| 12/18/2008 | MDC | Communicate with Receiver team re ▬▬▬ (.6); Continue preparing for evidentiary hearings on Receiver's motions in Carlisle bankruptcy (2.8); Legal research on various show cause issues (Cadwell) (2.0).                                                                                    | 5.40  | 1,566.00 |
| 12/19/2008 | MDC | E-mails to attorney's. Brad Boyd and Behrooz Vida (Carlisle matter) discussing ▬▬▬ (.3); Continue preparing for possible hearings on Receiver's bankruptcy motions (2.9).                                                                                                                   | 3.20  | 928.00   |
| 12/22/2008 | MDC | Prepare and gather/assemble documents and exhibits                                                                                                                                                                                                                                          |       |          |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Client No:  911-0150M
Invoice No:    69546

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | for Receiver's January bankruptcy hearings (Carlisle) and show cause motion (Cadwell), and discuss ▮▮▮ with Receiver team members. | 6.80 | 1,972.00 |
| 12/23/2008 | MDC | E-mails from/to atty. Brad Bates and CBW re ▮▮▮▮▮▮ (.2); Continue with Receiver's hearing preparations in Carlisle and Cadwell matters (2.9). | 3.10 | 899.00 |
|  | HMJ | Review status of settlement negotiations and hearing date for status conference in bankruptcy case, outline and analysis of outstanding issues in bankruptcy case and impact of settlement or lack thereof upon status conference and outstanding claims, follow up with C. Will and M. Clark regarding ▮▮▮ | 1.50 | 337.50 |
| 12/29/2008 | CBW | Conference call with attorneys for FNB of Lipan regarding ▮▮▮ follow up telephone conference with Ralph Freeman regarding ▮▮▮▮▮▮ (1.0); | 1.00 | 350.00 |
|  | MDC | Conference call with attorney's. Brad Boyd, David Langston and CBW to discuss ▮▮▮▮▮ (.5); Cadwell show cause hearing preparation and exhibit/witness identification (3.7). | 4.20 | 1,218.00 |
| 12/30/2008 | MDC | Continue Cadwell show cause hearing preparations and potential exhibit assembly. | 2.60 | 754.00 |
| 12/31/2008 | MDC | Phone call from atty. Behrooz Vida to discuss ▮▮▮▮▮ | 0.30 | 87.00 |
|  |  | For Current Services Rendered | 123.90 | 37,220.50 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Michael D. Clark | 97.20 | $290.00 | $28,188.00 |
| Clark B. Will | 24.20 | 350.00 | 8,470.00 |
| Hudson M. Jobe | 2.50 | 225.00 | 562.50 |

|  |  |
|---|---|
| Telecopies | 11.00 |
| Long-Distance Telephone | 2.00 |
| Travel Expenses and lunch for Clark Will while in Plano for Status Conference. | 263.50 |
| Paid to Marletta Romero at Coldwell Banker for BPO on property in Idaho | 75.00 |
| Paid to Aspen Ridge Appraisals for individual Condo Unit Appraisal Report/Invoice No. 2008-11022 | 400.00 |
| Postage | 9.78 |
| Online outside service expense for legal research - Invoice #817237070 | 17.53 |

002728

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 5
12/31/2008
Client No: 911-0150M
Invoice No: 69546

| | |
|---|---:|
| Total Expenses Thru 12/31/2008 | 778.81 |
| Total Current Work | 37,999.31 |
| Balance Due | $37,999.31 |

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT

Special Counsel for Greg Hays

Travis E. Correll, et al.

Client No: 911-0150M
Invoice No: 69546