# EXHIBIT E

# BRAY & FREEMAN, L.P. License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #   817-688-6186
Fax #     888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2008 | 6405 |

TIN #04-3759685

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 11/3/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW & MDC RE: CARLISLE; MEETING WITH BUSH RE: ONE SMART TOOL | 5.5 | 100.00 | 550.00 |
| 11/4/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW RE: ONE SMART TOOL; RESEARCH RE: ONE SMART TOOL | 3.5 | 100.00 | 350.00 |
| 11/5/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - RESEARCH RE: SOLIS & CADWELL | 2.5 | 100.00 | 250.00 |
| 11/6/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH BUSH RE: ONE SMART TOOL | 2 | 100.00 | 200.00 |
| 11/7/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - RESEARCH RE: CARLISLE & ONE SMART TOOL | 1.5 | 100.00 | 150.00 |
| 11/10/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARATION FOR WILLIAMS DEPOSITION; MEETING WITH MDC & CBW RE: CADWELL & THOMPSON | 3.5 | 100.00 | 350.00 |
| 11/11/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - MEETING WITH INVESTIGATOR 430 TO RECEIVE DATA FOR COMPILING ONE SMART TOOL SPREADSHEET; BEGIN ENTERING & FORMATTING DATA | 3 | 40.00 | 120.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| Subtotal | |
| Sales Tax (8.25%) | |
| **Total** | |
| Retainer Applied | |
| Balance Due | |

Page 1

# BRAY & FREEMAN, L.P.   License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #   817-688-6186
Fax #     888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2008 | 6405 |

| TIN #04-3759685 |

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 11/12/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARATION & REVIEW OF DOCUMENTS WITH MDC & CBW RE: ONE SMART TOOL | 5 | 100.00 | 500.00 |
| 11/12/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - CONTINUE ENTERING DATA ONTO ONE SMART TOOL SPREADSHEET | 6 | 40.00 | 240.00 |
| 11/13/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW & CADWELL | 1 | 100.00 | 100.00 |
| 11/13/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 470 - COMPLETE DATA ENTRY ONTO ONE SMART TOOL SPREADSHEET; CREATE PAYEE SORT | 7 | 40.00 | 280.00 |
| 11/14/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW & ANALYSIS OF BANK DOCUMENTS RE: CADWELL; TELEPHONE CONFERENCE WITH CBW RE: THOMPSON | 4.5 | 100.00 | 450.00 |
| 11/17/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW RE: THOMPSON | 1.5 | 100.00 | 150.00 |
| 11/19/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW RE: CARLISLE; RESEARCH RE: CARLISLE | 4 | 100.00 | 400.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| Subtotal |  |
|---|---|
| **Sales Tax (8.25%)** |  |
| **Total** |  |
| **Retainer Applied** |  |
| **Balance Due** |  |

# BRAY & FREEMAN, L.P. License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #   817-688-6186
Fax #     888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2008 | 6405 |

| TIN #04-3759685 |
|---|

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 11/20/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF SSFCU DOCUMENTS RE: ONE SMART TOOL | 2.5 | 100.00 | 250.00 |
| 11/21/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - ADDITIONAL REVIEW OF SSFCU DOCUMENTS; PREP OF DEMAND RE: SOLIS | 3.5 | 100.00 | 350.00 |
| 11/24/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - RESEARCH AND DOCUMENT PREPARATION RE: LARRY WILLIAMS | 4 | 100.00 | 400.00 |
| 11/25/2008 | PROFESSIONAL SERVICES | PREPARATION WITH MDC RE: STATUS CONFERENCE & CARLISLE EXPENSES | 2.5 | 100.00 | 250.00 |
| 11/30/2008 | MILEAGE | INVESTIGATOR 430 - MILEAGE | 235 | 0.65 | 152.75 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | $5,492.75 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $5,492.75 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $5,492.75 |

# BRAY & FREEMAN, L.P. License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #  817-688-6186
Fax #     888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2008 | 6407 |
| TIN #04-3759685 ||

**Bill To**

Quilling, Selander, Cumniskey & Lownds
2001 BRYAN ST, SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 12/1/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - RESEARCH RE: CARLISLE & SOLIS; ATTEMPTED DELIVERY OF SOLIS DEMAND LETTER | 2.5 | 100.00 | 250.00 |
| 12/2/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW, MDC & DANZLEN RE: ▓▓▓▓ | 3.5 | 100.00 | 350.00 |
| 12/3/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARATION OF DOCUMENTS RE: THOMPSON RECOVERY | 1.5 | 100.00 | 150.00 |
| 12/4/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF SOLIS MATTER WITH CBW, RESEARCH & FOLLOW UP RE: ONE SMART TOOL | 2.5 | 100.00 | 250.00 |
| 12/5/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH INVESTORS, FOLLOW UP ON SOLIS | 1.5 | 100.00 | 150.00 |
| 12/8/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREP FOR WILLIAMS DEPOSITION | 3 | 100.00 | 300.00 |
| 12/9/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW RE: WILLIAMS DEPOSITION | 1 | 100.00 | 100.00 |
| 12/10/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING RE: CARLISLE SETTLEMENT | 1 | 100.00 | 100.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone # 817-688-6186
Fax # 888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2008 | 6407 |

TIN #04-3759685

| Bill To |
|---|
| Quilling, Solander, Cummiskey & Lownds |
| 2001 BRYAN ST SUITE 1800 |
| DALLAS, TX 75201 |
| RE: SEC v CORRELI and TNT OFFICE SUPPLY |
| ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 12/11/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARATION RE: ONE SMART TOOL SETTLEMENT | 2.5 | 100.00 | 250.00 |
| 12/15/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - FINAL PREP FOR WILLIAMS DEPOSITION | 2.5 | 100.00 | 250.00 |
| 12/16/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF SALAZAR MATERIAL; PREP OF THOMPSON RECOVERY NUMBERS | 3 | 100.00 | 300.00 |
| 12/17/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW RE: TNT, THOMPSON, GOWDEY & JOHNSON NUMBERS; PREPARATION FOR CADWELL SHOW CAUSE HEARING | 4.5 | 100.00 | 450.00 |
| 12/18/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - COMMUNICATION RE: CARLISLE SETTLEMENT PREP RE: GOWDEY MEETING | 2.5 | 100.00 | 250.00 |
| 12/19/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - JOHNSON RESEARCH & DEVELOPMENT RE: SETTLEMENT & DISGORGEMENT AMOUNT | 3 | 100.00 | 300.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| Subtotal | |
| Sales Tax (8.25%) | |
| Total | |
| Retainer Applied | |
| Balance Due | |

# BRAY & FREEMAN, L.P. License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone # 817-688-6186
Fax # 888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2008 | 6407 |

| TIN #04-3759685 |

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 12/22/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH POTENTIAL BUYERS OF CARLISLE PROPERTY; DISCUSSION WITH COUNSEL RE: ███████ | 4.5 | 100.00 | 450.00 |
| 12/23/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARATION OF GOWDEY & JOHNSON ANALYSIS | 3.5 | 100.00 | 350.00 |
| 12/29/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CDW & MDC RE: POTENTIAL BUYERS OF CARLISLE PROPERTY; EXHIBIT & WITNESS PREPARATION FOR ONE SMART TOOL | 2.5 | 100.00 | 250.00 |
| 12/30/2008 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARATION OF ONE SMART TOOL EXHIBITS | 1.5 | 100.00 | 150.00 |
|  |  | EXPENSES |  |  |  |
| 12/31/2008 | MILEAGE | INVESTIGATOR 430 - MILEAGE | 197 | 0.65 | 128.05 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | $4,778.05 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $4,778.05 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $4,778.05 |