# EXHIBIT A

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

For the Period from  11/1/2008  to  11/30/2008

December 11, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 1.10<br>350.00/hr | 385.00 |
| **For professional services rendered** | **1.10** | **$385.00** |

---

CIRA - Certified Insolvency and Restructuring Advisor          CTP - Certified Turnaround Professional

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from 11/1/2008 to 11/30/2008**

December 11, 2008

Professional Services

|  | Hours | Amount |
|---|---|---|
| Accounting | 0.30 | 105.00 |
| Case Administration | 0.80 | 280.00 |
| **For professional services rendered** | **1.10** | **$385.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from 11/1/2008 to 11/30/2008**

December 11, 2008

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | **Accounting** |  |  |
| 11/7/2008 SGH | Reviewed monthly bank reconciliation, bank statements and bank activity. | 0.30<br>350.00/hr | 105.00 |
|  | Subtotal | 0.30 | 105.00 |
|  | **Case Administration** |  |  |
| 11/3/2008 SGH | Reviewed updated draft of Plan and drafted emails regarding same. | 0.30<br>350.00/hr | 105.00 |
| 11/25/2008 SGH | Telephone call from creditor Tony Garratto. | 0.30<br>350.00/hr | 105.00 |
| 11/26/2008 SGH | Telephone call to David Dantzler regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.20<br>350.00/hr | 70.00 |
|  | Subtotal | 0.80 | 280.00 |
|  | **For professional services rendered** | 1.10 | **$385.00** |

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**
**For the Period from 12/1/2008 to 12/31/2008**

January 08, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 1.40<br>350.00/hr | 490.00 |
| **For professional services rendered** | **1.40** | **$490.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

Receiver

For the Period from   12/1/2008   to   12/31/2008

January 08, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Case Administration | 0.50 | 175.00 |
| Fee / Employment Applications | 0.90 | 315.00 |
| **For professional services rendered** | **1.40** | **$490.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from 12/1/2008 to 12/31/2008**

January 08, 2009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 12/1/2008 | SGH | Reviewed draft of presentation to the court and drafted comments. | 0.20 350.00/hr | 70.00 |
| 12/2/2008 | SGH | Reviewed list of pending matters. Drafted email to counsel and Scott Askue regarding ▬▬▬▬▬▬. | 0.30 350.00/hr | 105.00 |
| | | Subtotal | 0.50 | 175.00 |
| **Fee / Employment Applications** | | | | |
| 12/4/2008 | SGH | Reviewed 7th fee application. Reviewed and responded to emails from counsel. | 0.40 350.00/hr | 140.00 |
| 12/11/2008 | SGH | Reviewed November invoices. | 0.30 350.00/hr | 105.00 |
| 12/30/2008 | SGH | Reviewed and responded email from counsel regarding ▬▬▬. | 0.20 350.00/hr | 70.00 |
| | | Subtotal | 0.90 | 315.00 |
| | | **For professional services rendered** | **1.40** | **$490.00** |