# EXHIBIT B

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 3032

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

Accountants and Financial Consultants to the Receiver
For the Period from 11/1/2008 to 11/30/2008

December 11, 2008

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| J. Colt Conner, CFE | 0.40<br>100.00/hr | 40.00 |
| Julie N. Hentosz, CFE | 0.20<br>100.00/hr | 20.00 |
| K. Shelby Bao | 0.40<br>150.00/hr | 60.00 |
| M. Eileen Castle, CPA | 11.80<br>250.00/hr | 2,950.00 |
| Robert E. Meehan, CPA | 0.30<br>250.00/hr | 75.00 |
| Scott S. Askue, CIRA | 14.40<br>240.00/hr | 3,456.00 |
| Shuwanda Y. Sloane, CFE | 7.50<br>120.00/hr | 900.00 |
| **For professional services rendered** | **35.00** | **$7,501.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 46.95 |
| Expense Reports | 30.02 |
| Postage | 62.58 |
| **Total costs** | **$139.55** |
| **Total amount of this bill** | **$7,640.55** |

---

CCE - Certified Computer Examiner        CPA - Certified Public Accountant
CFE - Certified Fraud Examiner            CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor   PHR - Professional in Human Resources

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

Accountants and Financial Consultants to the Receiver

For the Period from 11/1/2008 to 11/30/2008

December 11, 2008

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 4.70 | 1,100.00 |
| Case Administration | 0.20 | 20.00 |
| Claims Administration & Objections | 6.00 | 1,232.00 |
| Fee / Employment Applications | 1.60 | 348.00 |
| Investor Communications and Reporting | 0.70 | 84.00 |
| Plan & Disclosure Statement | 9.40 | 1,620.00 |
| Tax Issues | 12.40 | 3,097.00 |
| **For professional services rendered** | **35.00** | **$7,501.00** |

Additional Charges :

| | Amount |
|---|---:|
| Copying Cost | 46.95 |
| Expense Reports | 30.02 |
| Postage | 62.58 |
| **Total costs** | **$139.55** |
| **Total amount of this bill** | **$7,640.55** |

**SEC v. Global Finance et al.**
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from   11/1/2008   to   11/30/2008**

December 11, 2008

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Accounting** | | | | |
| 11/3/2008 SSA | Reviewed documents produced by Texas Bank. Updated database with same. | | 1.20<br>240.00/hr | 288.00 |
| 11/4/2008 SSA | Reviewed documents produced by Wells Fargo. Updated funds tracing database with information on same. Compared funds tracing database to Sterling Meridian Quickbooks file. | | 2.00<br>240.00/hr | 480.00 |
| SSA | Reviewed email from and drafted email to Bill Arnold regarding ▮▮▮▮▮. Drafted email to Eileen Castle regarding same. | | 0.30<br>240.00/hr | 72.00 |
| 11/12/2008 SSA | Researched for payments to and from Massman and related entities. Telephone call to Bill Arnold regarding ▮▮▮. Drafted emails to Mr. Arnold regarding ▮▮▮ | | 0.30<br>240.00/hr | 72.00 |
| 11/13/2008 SSA | Reviewed for receipts during case. Prepared report of same. | | 0.70<br>240.00/hr | 168.00 |
| 11/14/2008 JNH | Reviewed and reconciled bank statement and documents for October 2008. | | 0.20<br>100.00/hr | 20.00 |
| | Subtotal | | 4.70 | 1,100.00 |
| **Case Administration** | | | | |
| 11/17/2008 JCC | Prepared documents to be added to website and forwarded to website manager. | | 0.20<br>100.00/hr | 20.00 |
| | Subtotal | | 0.20 | 20.00 |
| **Claims Administration & Objections** | | | | |
| 11/4/2008 SSA | Reviewed claims filed in the SEC v. Travis Correll case. Updated investor database with Global Finance portion of claim. | | 2.30<br>240.00/hr | 552.00 |
| 11/6/2008 SSA | Researched defendants' records for timing of change over of investment types. | | 1.00<br>240.00/hr | 240.00 |
| 11/7/2008 SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database. | | 0.50<br>120.00/hr | 60.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/14/2008 | SYS | Telephone calls to and from investors inquiring about the next distribution and followed up as necessary. | 1.00 120.00/hr | 120.00 |
| 11/19/2008 | SSA | Reviewed claim filed by Dennis Dvorin. Reviewed transactions with same. Telephone call from Bill Arnold regarding ▓▓▓. Telephone call to Mr. Dvorin regarding same. | 1.00 240.00/hr | 240.00 |
| 11/20/2008 | JCC | Received call from claimant regarding address update and general case update. | 0.20 100.00/hr | 20.00 |
|  |  | Subtotal | 6.00 | 1,232.00 |

### Fee / Employment Applications

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/6/2008 | KSB | Prepared final bill for Receiver for October 2008. | 0.20 150.00/hr | 30.00 |
| 11/7/2008 | KSB | Prepared final bill for HFC for October 2008. | 0.20 150.00/hr | 30.00 |
| 11/10/2008 | SSA | Reviewed and edited fee invoice for October for content and proper entry category. | 1.00 240.00/hr | 240.00 |
| 11/12/2008 | SSA | Finalized fee invoice for October 2008 and circulated for filing. | 0.20 240.00/hr | 48.00 |
|  |  | Subtotal | 1.60 | 348.00 |

### Investor Communications and Reporting

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/10/2008 | SYS | Reviewed voice mail messages from investors in response to recently forwarded notices and followed up with same as necessary. | 0.40 120.00/hr | 48.00 |
| 11/25/2008 | SYS | Reviewed voice mail messages from investors in response to recently forwarded notices advising of the Receiver's plan to distribute funds and followed up with same as necessary. | 0.30 120.00/hr | 36.00 |
|  |  | Subtotal | 0.70 | 84.00 |

### Plan & Disclosure Statement

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/13/2008 | SSA | Began compiling contact information for plan of distribution notice mailing. | 0.50 240.00/hr | 120.00 |
|  | SSA | Reviewed and edited notice of filing of the plan of distribution. | 0.20 240.00/hr | 48.00 |
| 11/14/2008 | SYS | Prepared notices of Plan of Distribution for mailing to investors. | 2.00 120.00/hr | 240.00 |
|  | SYS | Continued to review and prepare notices for mailing to investors. | 1.10 120.00/hr | 132.00 |
|  | SYS | Continued to prepare notices to be mailed to investors. | 0.70 120.00/hr | 84.00 |
|  | SSA | Prepared mailing matrix for plan to distribution. | 0.70 240.00/hr | 168.00 |
|  | SYS | Prepared notices of Plan of Distribution for mailing to investors. | 1.50 120.00/hr | 180.00 |
|  | SSA | Continued review of case issues and facts for plan of distribution and brief in support of. Telephone call from Bill Arnold regarding ▓▓▓. Prepared final versions for posting of Receiver's website. | 2.70 240.00/hr | 648.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Subtotal | 9.40 | 1,620.00 |

### Tax Issues

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/4/2008 | MEC | Reviewed draft plan of distribution for tax issues. Reviewed online files and prior tax memos to determine appropriate language for tax section. Reviewed email of items received from opposing counsel to determine if changes were needed on the tax position. No information provided that changed tax positioning. Correspondence with case manager regarding position prior to and subsequent to receipt of additional information from debtor's counsel. | 1.20<br>250.00/hr | 300.00 |
| | SSA | Drafted emails to Eileen Castle regarding documents produced by Sterling Meridian and tax issues with same. | 0.30<br>240.00/hr | 72.00 |
| 11/5/2008 | MEC | Telephone call with case manager to discuss status of tax for finalizing case and additional steps to complete plan of distribution. Researched bar date requirements and assessment criteria for IRS and state authorities. | 1.60<br>250.00/hr | 400.00 |
| 11/12/2008 | MEC | Telephone call from counsel requesting ▬▬▬▬. Reviewed Chase reports for transactions post filing that should be reported. Summarized transactions. | 1.10<br>250.00/hr | 275.00 |
| 11/13/2008 | REM | Reviewed ▬▬▬▬ for memorandum to attorneys. | 0.30<br>250.00/hr | 75.00 |
| | MEC | Prepared tax section to be included in the Plan of Distribution being prepared for Receiver. Forwarded tax section to counsel and case manager for review. Received response from counsel with ▬▬▬▬. Responded to counsel with ▬▬▬▬. | 1.90<br>250.00/hr | 475.00 |
| | MEC | Reviewed 2006 through 2008 transactions recorded through Chase to determine activity reportable for tax purposes. Sent list of questions to case manager. Printed reports for file. Determined the tax returns needed for 2007 and 2008. Discussed questions with case manager and informed of tax returns to be filed. | 1.10<br>250.00/hr | 275.00 |
| 11/14/2008 | MEC | Reviewed counsel's version of the tax section for accuracy and generalizations. Responded with changes. Received additional questions from counsel regarding ▬▬▬▬. Responded with answers to finalize section. | 1.80<br>250.00/hr | 450.00 |
| 11/17/2008 | MEC | Reviewed and responded to emails relating to the final Plan of Distribution. Reviewed final plan to send to tax authorities. | 0.60<br>250.00/hr | 150.00 |
| | MEC | Reviewed and responded to emails relating to the final Plan of Distribution. Reviewed final plan to send to tax authorities. | 0.60<br>250.00/hr | 150.00 |
| 11/20/2008 | MEC | Prepared letters to tax authorities notifying of Motion for Plan of Distribution. | 1.90<br>250.00/hr | 475.00 |
| | Subtotal | | 12.40 | 3,097.00 |
| | **For professional services rendered** | | **35.00** | **$7,501.00** |

SEC v. Global Finance et al. <span style="float:right">Page 4</span>

Additional Charges :

| | Amount |
|---|---:|
| **Expenses** | |
| 11/25/2008 Expense Report - Smiran Lilani week ended 11/25/08 Postage: $30.02 | 30.02 |
| 11/30/2008 Copying cost for November 2008. | 46.95 |
| Postage charges for November 2008. | 62.58 |
| Subtotal | 139.55 |
| **Total costs** | **$139.55** |
| **Total amount of this bill** | **$7,640.55** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
**For the Period from   12/1/2008   to   12/31/2008**

January 08, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| K. Shelby Bao | 0.40<br>150.00/hr | 60.00 |
| M. Eileen Castle, CPA | 1.80<br>250.00/hr | 450.00 |
| Monica Renaud | 1.20<br>150.00/hr | 180.00 |
| Scott S. Askue, CIRA | 4.80<br>240.00/hr | 1,152.00 |
| Shuwanda Y. Sloane, CFE | 0.80<br>120.00/hr | 96.00 |
| **For professional services rendered** | **9.00** | **$1,938.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 7.05 |
| Miscellaneous | 120.00 |
| Postage | 0.42 |
| **Total costs** | **$127.47** |

| | |
|---|---:|
| **Total amount of this bill** | **$2,065.47** |

---

CCE - Certified Computer Examiner          CPA - Certified Public Accountant
CFE - Certified Fraud Examiner             CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor    PHR - Professional in Human Resources

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from 12/1/2008 to 12/31/2008**

January 08, 2009

Professional Services

|  | Hours | Amount |
|---|---|---|
| Case Administration | 0.30 | 72.00 |
| Claims Administration & Objections | 2.90 | 648.00 |
| Fee / Employment Applications | 1.60 | 348.00 |
| Investor Communications and Reporting | 0.40 | 48.00 |
| Plan & Disclosure Statement | 0.80 | 192.00 |
| Tax Issues | 3.00 | 630.00 |
| **For professional services rendered** | **9.00** | **$1,938.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 7.05 |
| Miscellaneous | 120.00 |
| Postage | 0.42 |
| **Total costs** | **$127.47** |

**Total amount of this bill**      $2,065.47

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Global Finance et al.**
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

## Accountants and Financial Consultants to the Receiver

For the Period from   12/1/2008   to   12/31/2008

January 08, 2009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 12/18/2008 | SSA | Reviewed and requested the 6th fee application be posted to the Receiver's web page. | 0.30<br>240.00/hr | 72.00 |
| | | Subtotal | 0.30 | 72.00 |
| **Claims Administration & Objections** | | | | |
| 12/3/2008 | SYS | Reviewed emails to and from Bill Arnold regarding ▮▮▮▮ and submitted investor claim forms from same and followed up as necessary. | 0.20<br>120.00/hr | 24.00 |
| 12/8/2008 | SSA | Reviewed claims filed by Platinum Financial investors and separated claims between Global Finance and Horizon Establishment investments. | 1.50<br>240.00/hr | 360.00 |
| | SSA | Continued review and reconciliation of submitted claims. | 1.00<br>240.00/hr | 240.00 |
| 12/22/2008 | SYS | Reviewed email from Bill Arnold regarding ▮▮▮▮ and followed up as necessary. | 0.20<br>120.00/hr | 24.00 |
| | | Subtotal | 2.90 | 648.00 |
| **Fee / Employment Applications** | | | | |
| 12/4/2008 | SSA | Reviewed and approved fee application for filing. | 0.30<br>240.00/hr | 72.00 |
| 12/10/2008 | SSA | Reviewed detailed fee invoice for November 2008. | 0.80<br>240.00/hr | 192.00 |
| 12/11/2008 | KSB | Prepared final bills for HFC and Receiver for November 2008. | 0.40<br>150.00/hr | 60.00 |
| 12/18/2008 | SSA | Drafted email to Bill Arnold regarding ▮▮▮▮ | 0.10<br>240.00/hr | 24.00 |
| | | Subtotal | 1.60 | 348.00 |

SEC v. Global Finance et al.                                         Page    2
                                                               Hrs/Rate      Amount

### Investor Communications and Reporting

12/3/2008 SYS   Telephone calls to and from investors in regarding the       0.40           48.00
                recently forwarded notices advising of the Receiver's   120.00/hr
                plan to distribute funds and followed up with same as
                necessary.

                Subtotal                                                     0.40           48.00

### Plan & Disclosure Statement

12/1/2008 SSA   Reviewed presentation for plan of distribution hearing.      0.80          192.00
                Researched issues and updated as necessary.            240.00/hr

                Subtotal                                                     0.80          192.00

### Tax Issues

12/5/2008 MR    Reviewed and prepared reports from Caselink for tax          0.20           30.00
                return preparation.                                    150.00/hr
12/8/2008 MEC   Reviewed SunTrust bank statements, copied and                0.40          100.00
                assembled for 2007 analysis for inclusion in the tax   250.00/hr
                returns.
12/15/2008 MR   Prepared tax estimate.                                       1.00          150.00
                                                                       150.00/hr
12/30/2008 MEC  Reviewed Chase reports for defendants and                    1.40          350.00
                summarized by year. Prepared summary by year          250.00/hr
                combining all defendants with activity. Determined
                taxable income per year and applicable tax liability that
                would be owed.

                Subtotal                                                     3.00          630.00

         For professional services rendered                                  9.00        $1,938.00

         Additional Charges :

### Expenses

12/18/2008  Update to website investor information                                         120.00
12/31/2008  Copying cost for December 2008.                                                  7.05
            Postage charges for December 2008.                                               0.42

                Subtotal                                                                   127.47

         Total costs                                                                      $127.47

         Total amount of this bill                                                      $2,065.47