# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC<br>Attn: Mr. S. Gregory Hays<br>3343 Peachtree Rd NE<br>Ste 200<br>Atlanta, GA 30326-1420 | Invoice Date<br>Submitted by<br>Direct Dial<br>Invoice No.<br>File No. | 12/11/08<br>J D Dantzler<br>404-885-3314<br>960916<br>033287.000007 |

**RE:** Receiver - Global Finance & Investments, Inc., et al

| | |
|---|---|
| Fees for Professional Services Rendered Through 11/30/08 | $16,520.88 |
| Costs and Expenses Through 11/30/08 | $114.17 |
| **Total Amount of This Invoice** | **$16,635.05** |

IN ACCOUNT WITH

Invoice Date 12/11/08
Invoice Number 960916
File No. 033287.000007
Page 2

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 11/02/08 | TBB | Review and revise claims administration plan | 1.0 | 342.00 |
| 11/03/08 | MRA | Email correspondence from Scott Askue regarding ▮ | 0.1 | 31.35 |
| 11/03/08 | HC | Review Sterling Meridian documents received from D. Egan; conference with N. Chupp regarding ▮ | 0.3 | 78.38 |
| 11/03/08 | WNC | Preliminary review of 10/30/08 Dennis Egan production on behalf of Glenn Maske and Ron Lind; organize same and arrange for copy set of same for client | 1.6 | 121.60 |
| 11/04/08 | MRA | Review and analysis of email correspondence and memo from Nicole Chupp detailing ▮ | 0.2 | 62.70 |
| 11/04/08 | WNC | Quality check copy set of Dennis Egan/Sterling Meridian production and ensure proper service to client; update case freeze/subpoena chart to reflect details of same; draft ▮ and forward to H. Cheshire and B. Arnold for review per request | 2.4 | 182.40 |
| 11/05/08 | MRA | Review and analysis of email correspondence from Harrilee Cheshire ▮ | 0.1 | 31.35 |
| 11/06/08 | TBB | Email correspondence with Bill Arnold and Scott Askue regarding ▮ | 0.1 | 34.20 |
| 11/10/08 | MRA | Conference with David Dantzler and Harrilee Cheshire regarding ▮; preparation for same; draft motion to approve plan for claims administration and distribution of proceeds | 2.3 | 721.05 |
| 11/10/08 | TBB | Conference regarding ▮ | 0.1 | 34.20 |
| 11/10/08 | HC | Conference among TS team regarding ▮ | 0.2 | 52.25 |
| 11/10/08 | JDD | Review status of case and plan issues; meeting with H. Cheshire, T. Bosch and B. Arnold regarding ▮ | 0.8 | 370.80 |
| 11/11/08 | MRA | Review and revise motion to approve plan for claims administration and distribution of proceeds; research regarding same; email correspondence with Harrilee Cheshire regarding ▮ review and revise claim of determination notice; telephone conference and email correspondence with Scott Askue regarding ▮ | 5.5 | 1,724.25 |
| 11/11/08 | HC | Review and edit brief in support of plan; conference with B. Arnold regarding ▮ | 0.8 | 209.00 |

IN ACCOUNT WITH

Invoice Date 12/11/08
Invoice Number 960916
File No. 033287.000007
Page 3

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 11/11/08 | WNC | Draft transmittal letter to Dennis Egan returning original documents produced on 10/30/08 regarding [redacted] ensure proper service of same; draft [redacted] and forward to B. Arnold and H. Cheshire for review and follow-up | 1.1 | 83.60 |
| 11/12/08 | MRA | Review and revise motion to approve plan for claims administration and distribution of proceeds; research regarding same; email correspondence with David Dantzler regarding [redacted] | 2.9 | 909.15 |
| 11/12/08 | TBB | Work on issues related to plan for claims administration and distribution of proceeds; conference with David Dantzler and Bill Arnold regarding [redacted] | 1.0 | 342.00 |
| 11/12/08 | JDD | Review and revise Plan; conference with T. Bosch and B. Arnold regarding [redacted] begin work on revisions to brief | 5.7 | 2,641.95 |
| 11/13/08 | MRA | Review and revise motion to approve plan for claims administration and distribution of proceeds; draft, review and revise Notice of Plans and Motion to approve | 5.2 | 1,630.20 |
| 11/13/08 | TBB | Work on issues related to plan for claims administration and distribution of proceeds; review and revise same; email correspondence with David Dantzler regarding [redacted] conference with Bill Arnold regarding [redacted] email correspondence with Bill Arnold and David Dantzler regarding [redacted]; review and revise brief in support; email correspondence with Bill Arnold regarding [redacted] | 3.8 | 1,299.60 |
| 11/13/08 | JDD | Review and revise brief in support of Plan | 4.8 | 2,224.80 |
| 11/14/08 | MRA | Review and revise the Plan for claims administration and distribution of proceeds, motion to approve, brief in support and notice; conference and email correspondence with client, David Dantzler and Tom Bosch regarding [redacted] file same; telephone call to SEC and other counsel in case regarding [redacted] | 3.6 | 1,128.60 |
| 11/14/08 | TBB | Discussions with Bill Arnold regarding [redacted] email correspondence with Bill Arnold and David Dantzler regarding [redacted] | 1.0 | 342.00 |
| 11/14/08 | JDD | Review and revise Plan, motion and supporting brief; several conferences with B. Arnold regarding [redacted] | 2.8 | 1,297.80 |
| 11/17/08 | MRA | Email correspondence with clerk of court regarding [redacted] | 0.1 | 31.35 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 12/11/08
Invoice Number 960916
File No. 033287.000007
Page 4

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 11/19/08 | MRA | Field telephone calls from investor; review of investor's file; telephone call to fund manager for Level Par; telephone conference with S. Askue regarding ▆▆▆; telephone call to Court regarding ▆▆▆ | 1.0 | 313.50 |
| 11/20/08 | MRA | Field phone call from investor | 0.3 | 94.05 |
| 11/21/08 | MRA | Telephone conference and email correspondence with S. Sloan regarding ▆▆▆ | 0.2 | 62.70 |
| 11/26/08 | JDD | Telephone conference with G. Hays regarding status | 0.2 | 92.70 |
| 11/30/08 | MRA | Email correspondence with David Dantzler ▆▆▆ organize documents for same | 0.1 | 31.35 |
| | | Totals | 49.3 | 16,520.68 |

## TIMEKEEPER TIME SUMMARY THROUGH 11/30/08

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| MRA | Arnold | 21.6 | 313.50 | 6,771.60 |
| TBB | Bosch | 7.0 | 342.00 | 2,394.00 |
| HC | Cheshire | 1.3 | 261.25 | 339.63 |
| WNC | Chupp | 5.1 | 76.00 | 387.60 |
| JDD | Dantzler | 14.3 | 463.50 | 6,628.05 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 12/11/08
Invoice Number 960916
File No. 033287.000007
Page 5

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

**FOR COSTS AND EXPENSES INCURRED THROUGH 11/30/08**

| Date | Description | Amount |
|---|---|---|
| 11/11/08 | Computer Research – Arnold, Bill - 11/11/2008- LEXIS | 2.42 |
| 11/13/08 | Computer Research – Arnold, Bill - 11/13/2008- LEXIS | 5.95 |
| 11/04/08 | Copy Charges – VENDOR: Wells Fargo Bank, N.A.; INVOICE#: 118322575601; DATE: 10/22/2008 - Documents produced in response to subpoena | 86.30 |
| 11/04/08 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 244704 DATE: 11/7/2008 Date: 11/04/2008; Job Code: ARNOLD; To: HAYES FINANCIAL | 13.50 |
| 11/24/08 | Taxi/Train/Parking – VENDOR: Bosch, Thomas B.; INVOICE#: 10308BOSCH; DATE: 10/30/2008 - 10/7, 10/20, 10/29 parking | 6.00 |
| | Total: | 114.17 |

Total Fees & Costs: $16,635.05

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Rd NE
Ste 200
Atlanta, GA 30326-1420

| | |
|---|---|
| Invoice Date | 01/16/09 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 965921 |
| File No. | 033287.000007 |

RE: **Current Invoice for Period Ending 12/31/08**

| Client.Matter | Matter Name | Fees | Disbs | Total |
|---|---|---|---|---|
| 033287.000007 | Receiver/Global Finance & Invest. et al | 4,658.35 | 197.00 | 4,855.35 |
| Less Adjustments | | | | - $1,230.35 |
| | | | **Total Amount of This Invoice** | **$3,625.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/15/09
Invoice Number 965921
File No. 033287.000007
Page 2

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 11/30/08 | JDD | Review Plan and related papers; prepare presentation | 1.5 | 414.68 |
| 12/01/08 | MRA | Review and analysis of objections to the Receiver's motion to approve the plan for claims administration and distribution of proceeds; email correspondence with David Dantzler and Scott Askue regarding ████; assist David Dantzler prepare for upcoming hearing; email correspondence with Hans Clausen regarding ████ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.6 | 165.87 |
| 12/01/08 | HCC | Draft motion for payment of fees for work performed in September and October 2008; redact privileged information from October invoices billing (1.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.3 | 359.39 |
| 12/01/08 | JDD | E-mail correspondence with Receiver Team regarding ████; review and revise same | 0.4 | 110.58 |
| 12/02/08 | MRA | Review and analysis of order entered by court; email correspondence with team at Hays Financial Consulting regarding ████; review and revise fee application; email correspondence with Hans Clausen regarding ████ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.3 | 82.93 |
| 12/02/08 | JDD | Prepare for and attend hearing regarding approval of plan; meet with Investors; e-mail correspondence with Receiver Team regarding ████ travel to and from Atlanta | 4.5 | 1,244.03 |
| 12/03/08 | MRA | Field phone calls from investor; review and revise fee application (0.8, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.0 | 276.45 |
| 12/03/08 | HC | Assist in drafting fee application (0.6, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.6 | 165.87 |
| 12/04/08 | MRA | Review and revise fee application; email correspondence to team at Hays Financial Consulting regarding ████ (0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.3 | 82.93 |
| 12/05/08 | MRA | Review and revise fee application; email correspondence to SEC regarding ████ (0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 | 55.29 |
| 12/08/08 | MRA | Email correspondence from Scott Askue regarding ████ | 0.1 | 27.65 |
| 12/12/08 | MRA | Review and revise fee application and file same (0.7, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.7 | 193.52 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/16/09
Invoice Number 965921
File No. 033287.000007
Page 3

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 12/18/08 | WNC | Review freeze/subpoena chart in preparation for meeting with H. Cheshire | 0.3 | 82.94 |
| 12/22/08 | MRA | Review and analysis of email correspondence from Global investor ▮▮▮; email correspondence with Scott Askue and S. Sloane regarding ▮▮▮; conference with David Dantzler regarding ▮▮▮ | 0.4 | 110.58 |
| 12/30/08 | MRA | Review and analysis of order entered by Court granting fee application; email correspondence with team at Hays Financial Consulting regarding ▮▮▮ (0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 | 55.29 |
| | | Totals | 12.4 | 3,428.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/08**

| Initials | Name | Hours | Amount |
|---|---|---|---|
| MRA | Arnold | 3.8 | 1,050.51 |
| HC | Cheshire | 0.6 | 165.87 |
| WNC | Chupp | 0.3 | 82.94 |
| HCC | Clausen | 1.3 | 359.39 |
| JDD | Dantzler | 6.4 | 1,769.29 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/08**

| Description | Amount |
|---|---|
| Airfare Costs | 174.50 |
| Meals | 8.50 |
| Taxi/Train/Parking | 14.00 |
| Total: | 197.00 |

| | |
|---|---|
| Total Fees & Costs: | $3,625.00 |