# EXHIBIT A

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**
**For the Period from  1/1/2009  to  1/31/2009**

February 11, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 2.40 | 900.00 |
|  | 375.00/hr |  |
| **For professional services rendered** | **2.40** | **$900.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

Receiver

For the Period from 1/1/2009 to 1/31/2009

February 11, 2009

Professional Services

|  | Hours | Amount |
|---|---|---|
| Case Administration | 1.00 | 375.00 |
| Claims Administration & Objections | 1.10 | 412.50 |
| Fee / Employment Applications | 0.30 | 112.50 |
| **For professional services rendered** | **2.40** | **$900.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Travis Correll et al**
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from  1/1/2009  to  1/31/2009**

February 11, 2009

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| | **Case Administration** | | | |
| 1/12/2009 SGH | Reviewed issues regarding claims. Reviewed and responded to investor correspondence. | | 0.30<br>375.00/hr | 112.50 |
| SGH | Reviewed draft of letter to investors and discussed ▆▆▆ with Scott Askue. | | 0.30<br>375.00/hr | 112.50 |
| 1/27/2009 SGH | Reviewed the Agreed Judgment as to Sitton and drafted email to counsel regarding ▆▆▆ Drafted note to Scott Askue and David Dantzler regarding ▆▆▆ | | 0.40<br>375.00/hr | 150.00 |
| | Subtotal | | 1.00 | 375.00 |
| | **Claims Administration & Objections** | | | |
| 1/21/2009 SGH | Reviewed issues regarding claims. | | 0.30<br>375.00/hr | 112.50 |
| 1/22/2009 SGH | Reviewed issues regarding claims administration. | | 0.40<br>375.00/hr | 150.00 |
| 1/28/2009 SGH | Reviewed, considered and responded to emails regarding ▆▆▆<br>Reviewed and responded to emails from Tom Bosch and David Dantzler regarding ▆▆▆ | | 0.40<br>375.00/hr | 150.00 |
| | Subtotal | | 1.10 | 412.50 |
| | **Fee / Employment Applications** | | | |
| 1/10/2009 SGH | Reviewed December billing for Receiver and Accountants to Receiver. | | 0.30<br>375.00/hr | 112.50 |
| | Subtotal | | 0.30 | 112.50 |
| | **For professional services rendered** | | 2.40 | **$900.00** |