# EXHIBIT B

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

## Accountants and Financial Consultants to the Receiver
### For the Period from 1/1/2009 to 1/31/2009

February 11, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Dick Brock | 4.30<br>250.00/hr | 1,075.00 |
| Fred Tulley | 16.70<br>150.00/hr | 2,505.00 |
| J. Colt Conner, CFE | 20.70<br>110.00/hr | 2,277.00 |
| Julie N. Hentosz, CFE | 0.70<br>110.00/hr | 77.00 |
| Kathryn A. Malek, PHR | 0.50<br>170.00/hr | 85.00 |
| M. Eileen Castle, CPA | 1.50<br>250.00/hr | 375.00 |
| Pamela Dennison | 6.60<br>200.00/hr | 1,320.00 |
| Robert E. Meehan, CPA | 0.50<br>250.00/hr | 125.00 |
| Scott S. Askue, CIRA | 80.10<br>275.00/hr | 22,027.50 |
| Shuwanda Y. Sloane, CFE | 149.40<br>130.00/hr | 19,422.00 |
| **For professional services rendered** | **281.00** | **$49,288.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 29.70 |
| Document Storage | 455.00 |
| Fax | 12.25 |
| Federal Express | 27.31 |
| Postage | 34.02 |
| **Total costs** | **$558.28** |

| | |
|---|---:|
| **Total amount of this bill** | **$49,846.78** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

For the Period from    1/1/2009   to   1/31/2009

February 11, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 1.30 | 272.00 |
| Case Administration | 0.50 | 104.50 |
| Claims Administration & Objections | 264.30 | 46,246.00 |
| Fee / Employment Applications | 0.30 | 82.50 |
| Investor Communications and Reporting | 10.00 | 1,368.50 |
| Litigation Consulting | 1.40 | 385.00 |
| Tax Issues | 3.20 | 830.00 |
| **For professional services rendered** | **281.00** | **$49,288.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 29.70 |
| Document Storage | 455.00 |
| Fax | 12.25 |
| Federal Express | 27.31 |
| Postage | 34.02 |
| **Total costs** | **$558.28** |
| **Total amount of this bill** | **$49,846.78** |

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

### Accountants and Financial Consultants to the Receiver

**For the Period from   1/1/2009   to   1/31/2009**

February 11, 2009

Professional Services

| Date | Init. | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Accounting** | | | | |
| 1/7/2009 | SSA | Drafted email regarding to Clark Will regarding ▮ | 0.20<br>275.00/hr | 55.00 |
| 1/8/2009 | SSA | Reviewed estate transactions for the Texas Defendants. Drafted email to Eileen Castle regarding ▮ | 0.40<br>275.00/hr | 110.00 |
| 1/14/2009 | KAM | Drafted W-9 for Joshua Tree and sent to SunTrust Bank in order to have them refund their tax withholding made 12/31/08. | 0.20<br>170.00/hr | 34.00 |
| | JNH | Reviewed and reconciled bank statement and documents for December 2008. | 0.20<br>110.00/hr | 22.00 |
| 1/29/2009 | KAM | Researched payments made in 2008. Prepared 3 Forms 1099 and distributed. | 0.30<br>170.00/hr | 51.00 |
| | | Subtotal | 1.30 | 272.00 |
| **Case Administration** | | | | |
| 1/14/2009 | JCC | Forwarded documents to website manager to be added to the HFC website. | 0.20<br>110.00/hr | 22.00 |
| 1/26/2009 | SSA | Reviewed email from IRS regarding ▮ Telephone call to Bill Arnold regarding ▮ | 0.30<br>275.00/hr | 82.50 |
| | | Subtotal | 0.50 | 104.50 |
| **Claims Administration & Objections** | | | | |
| 1/5/2009 | SYS | Continued to review submitted investor claim forms and calculated allowed claim amounts for same. | 2.00<br>130.00/hr | 260.00 |
| | SYS | Reviewed remaining investor claim forms with name issues and prepared declarations to be completed by same as necessary. | 3.00<br>130.00/hr | 390.00 |
| | JCC | Performed review of claims for accuracy. | 2.00<br>110.00/hr | 220.00 |
| | JCC | Continued review of claims. | 1.00<br>110.00/hr | 110.00 |
| | SYS | Reviewed submitted investor claim forms that have name issues and followed up as necessary by preparing declarations as needed on case by case basis. | 2.00<br>130.00/hr | 260.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/5/2009 | SSA | Discussed ▮▮▮ with Shuwanda Sloane. Reviewed filed claims. | 0.70<br>275.00/hr | 192.50 |
|  | SSA | Reviewed documents relating to Dwight Johnson investors. Drafted emails to and reviewed email from Ralph Freeman regarding ▮▮▮ | 0.60<br>275.00/hr | 165.00 |
| 1/6/2009 | SYS | Continued to review remaining submitted investor claim forms and calculated allowed claim amounts as for same. | 3.00<br>130.00/hr | 390.00 |
|  | JCC | Performed review of claims. | 0.50<br>110.00/hr | 55.00 |
|  | SYS | Reviewed remaining investor claim forms to be reviewed for calculation of allowed claim amounts and entered same as necessary into the investor database. | 3.00<br>130.00/hr | 390.00 |
|  | JCC | Performed review of claims. | 2.00<br>110.00/hr | 220.00 |
| 1/7/2009 | SYS | Continued to review submitted claim forms in order to calculate allowed claim amounts and entered same into the investor database if applicable. | 2.50<br>130.00/hr | 325.00 |
|  | SYS | Reviewed claim forms and supporting documents forwarded from investors in order to calculate allowed claim amounts for same. | 3.00<br>130.00/hr | 390.00 |
|  | SSA | Reviewed proofs of claim and compared to defendants' records. | 1.00<br>275.00/hr | 275.00 |
| 1/8/2009 | SYS | Continued to review submitted investor claim forms to calculate allowed claim amounts for same. | 3.00<br>130.00/hr | 390.00 |
|  | SYS | Reviewed claim forms and supporting documents forwarded from investors in order to calculate allowed claim amounts for same. | 3.00<br>130.00/hr | 390.00 |
|  | JCC | Performed review of claims. | 2.00<br>110.00/hr | 220.00 |
|  | JCC | Performed review of claims. | 2.00<br>110.00/hr | 220.00 |
| 1/9/2009 | JCC | Performed claims administration and review. | 3.00<br>110.00/hr | 330.00 |
|  | SSA | Drafted email to Ralph Freeman regarding ▮▮▮ | 0.20<br>275.00/hr | 55.00 |
|  | SYS | Continued to review submitted investor claim forms to calculate allowed claim amounts for same. | 3.00<br>130.00/hr | 390.00 |
|  | JCC | Performed review of claims. | 2.00<br>110.00/hr | 220.00 |
|  | SYS | Reviewed submitted claim forms and calculated allowed claim amounts and entered same into the investor database. | 3.00<br>130.00/hr | 390.00 |
| 1/12/2009 | SYS | Continued to review submitted claim forms and calculated allowed claim amounts as necessary for same. | 2.50<br>130.00/hr | 325.00 |
|  | SYS | Reviewed and prepared declarations to be forwarded to persons that have monies invested on their behalf and have not filed a claim form with the Receiver's office. | 1.80<br>130.00/hr | 234.00 |
|  | SYS | Reviewed submitted investor claim forms and calculated allowed claim amounts for same. | 3.00<br>130.00/hr | 390.00 |
|  | SSA | Drafted emails to Bill Arnold regarding ▮▮▮ Telephone call from Steve Smith regarding ▮▮▮ Drafted email to Quilling, Schleander regarding ▮▮▮ | 0.40<br>275.00/hr | 110.00 |
|  | JCC | Performed review of claims. | 3.00<br>110.00/hr | 330.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/12/2009 | JNH | Reviewed claims for correct addresses and additional listed investors. | 0.30<br>110.00/hr | 33.00 |
| | JCC | Performed analysis of claims. | 3.00<br>110.00/hr | 330.00 |
| 1/13/2009 | SSA | Continued review and reconciliation of remaining claims with unique and difficult issues. | 2.50<br>275.00/hr | 687.50 |
| | SYS | Continued to review and prepare Declarations to be forwarded to persons that have monies invested on their behalf and have not filed a claim form with the Receiver's office. | 2.20<br>130.00/hr | 286.00 |
| | SYS | Continued to review and prepare declarations to be forwarded to persons that have monies invested on their behalf and have not filed a claim form with the Receiver's office. | 2.00<br>130.00/hr | 260.00 |
| | SYS | Reviewed and prepared declarations to be forwarded to persons that have monies invested on their behalf and have not filed a claim form with the Receiver's office. | 3.00<br>130.00/hr | 390.00 |
| 1/14/2009 | SSA | Reviewed and reconciled claim issues. Drafted comments and objections on same. | 3.00<br>275.00/hr | 825.00 |
| | SYS | Reviewed and prepared Declarations to be forwarded to persons that have monies invested on their behalf and have not filed a claim form with the Receiver's office. | 3.40<br>130.00/hr | 442.00 |
| | SSA | Telephone call from Bill Arnold regarding ▓▓▓▓. | 0.40<br>275.00/hr | 110.00 |
| | SYS | Continued to review and prepare Declarations to be forwarded to persons that have monies invested on their behalf and have not filed a claim form with the Receiver's office. | 2.80<br>130.00/hr | 364.00 |
| 1/15/2009 | SYS | Reviewed and prepared Declarations for persons that have monies invested on their behalf and have not filed a claim form with the Receiver's office. | 3.00<br>130.00/hr | 390.00 |
| | SSA | Telephone call from Bill Arnold regarding ▓▓▓▓ issues. Reviewed files for claim issues to be addressed. Prepared various analyses of claims of investors and facilitators. | 2.70<br>275.00/hr | 742.50 |
| | SSA | Continued review and resolution of claims with unique issues. | 2.20<br>275.00/hr | 605.00 |
| | SSA | Researched issues with Gillespie Construction claims. Drafted email to Bill Arnold regarding ▓▓▓▓. | 0.70<br>275.00/hr | 192.50 |
| | SSA | Drafted emails to and reviewed emails from Steve Cunningham regarding ▓▓▓▓. | 0.30<br>275.00/hr | 82.50 |
| | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database. | 0.20<br>130.00/hr | 26.00 |
| | SYS | Continued to review and prepare Declarations to be forwarded to persons that have monies invested on their behalf and have not filed a claim form with the Receiver's office. | 1.40<br>130.00/hr | 182.00 |
| | SYS | Reviewed email from Bill Arnold regarding ▓▓▓▓ and followed up as necessary. | 0.30<br>130.00/hr | 39.00 |
| | SYS | Continued to review and prepare Declarations to be forwarded to persons that have monies invested on their behalf and have not filed a claim form with the Receiver's office. | 2.20<br>130.00/hr | 286.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/16/2009 | SYS | Reviewed and prepared Declarations for persons that have monies invested on their behalf and have not filed a claim form with the Receiver's office. | 3.00 130.00/hr | 390.00 |
| | FT | Identified parties for declaration mailings. | 1.10 150.00/hr | 165.00 |
| | SSA | Reviewed claim issues with facilitators. Reconciled claim issues with same. Drafted letters to investors of JOSO and Mountain Waters. | 2.50 275.00/hr | 687.50 |
| | SSA | Telephone call to and from Bill Arnold regarding ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | 0.30 275.00/hr | 82.50 |
| | SYS | Telephone calls from several investors in response to recent messages regarding ■■■■■■■■■■ ■■■■■■■ and followed up as necessary. | 0.40 130.00/hr | 52.00 |
| | SYS | Continued to review and prepare Declarations to be forwarded to persons that have monies invested on their behalf and have not filed a claim form with the Receiver's office. | 2.80 130.00/hr | 364.00 |
| | SSA | Continued review of claims with unique claim issues. Reconciled and allowed or prepared objections as appropriate. | 2.80 275.00/hr | 770.00 |
| | SSA | Telephone call from Chris Zaal regarding ■■■■■■■■ ■■ | 0.20 275.00/hr | 55.00 |
| | SSA | Prepared reports of claims with objection issues. | 0.60 275.00/hr | 165.00 |
| | SYS | Continued to review and prepare Declarations to be forwarded to persons that have monies invested on their behalf and have not filed a claim form with the Receiver's office. | 1.50 130.00/hr | 195.00 |
| 1/19/2009 | SYS | Reviewed submitted claim forms where funds have been invested on behalf of others and Declarations need to be prepared and signed by same prior to distributing funds. | 2.00 130.00/hr | 260.00 |
| | SYS | Reviewed voice mail messages from investors in response to recently forwarded Declarations and followed up with same as necessary. | 0.60 130.00/hr | 78.00 |
| | SYS | Continued to review submitted claim forms where funds have been invested on behalf of others and Declarations need to be prepared and signed by same prior to distributing funds. | 2.30 130.00/hr | 299.00 |
| | SYS | Reviewed submitted Gorge Group investor claim forms and entered information captured from same into the investor database. | 0.40 130.00/hr | 52.00 |
| | SYS | Continued to review submitted claim forms where funds have been invested on behalf of others and Declarations need to be prepared and signed by same prior to distributing funds. | 2.50 130.00/hr | 325.00 |
| | SSA | Reviewed objection comments and updated as appropriate. | 3.00 275.00/hr | 825.00 |
| | SSA | Reviewed issues with Mountain Waters and Gillespie Construction claims. | 0.50 275.00/hr | 137.50 |
| 1/20/2009 | SSA | Reviewed claims with special issues for consideration. Reconciled differences and drafted notes on claims. | 2.80 275.00/hr | 770.00 |
| | SYS | Reviewed submitted claim files for name issues and prepared and mailed declarations as necessary for same. | 3.00 130.00/hr | 390.00 |
| | SSA | Continued review claims with special issues for consideration. Reconciled differences and drafted notes on claims. | 3.00 275.00/hr | 825.00 |

| Date | Type | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/20/2009 | SSA | Prepared report of all claims for final review. | 0.30 275.00/hr | 82.50 |
| | SYS | Reviewed submitted investor claim forms and captured information from same into the investor database and compared same to defendant accounting records in order to calculate allowed claim amount as necessary. | 0.70 130.00/hr | 91.00 |
| | SYS | Continued to review submitted investor claim forms for name issues and prepared and mailed declarations as necessary for same. | 3.00 130.00/hr | 390.00 |
| 1/21/2009 | PD | Reviewed and drafted notation regarding missing signatures or discrepancies. | 3.00 200.00/hr | 600.00 |
| | PD | Reviewed files for signature discrepancies and compiled list for declaration letters. | 1.00 200.00/hr | 200.00 |
| | FT | Continued to review submitted claims for signature and name issues. | 2.70 150.00/hr | 405.00 |
| | SYS | Reviewed submitted investor claim forms and prepared declarations to be forwarded to persons where funds were invested on their behalf and they have not filed a claim with the Receiver's office. | 2.50 130.00/hr | 325.00 |
| | FT | Reviewed claims for signature and investor name issues. | 3.00 150.00/hr | 450.00 |
| | SSA | Continued review of claim issues for difficult claims. Prepared objections and reconciled claims. | 2.70 275.00/hr | 742.50 |
| | SSA | Reviewed claim issues for difficult claims. Prepared objections and reconciled claims. | 2.70 275.00/hr | 742.50 |
| | SYS | Continued to review submitted investor claim forms and prepared declarations to be forwarded to persons where funds were invested on their behalf and they have not filed a claim with the Receiver's office. | 1.80 130.00/hr | 234.00 |
| | SYS | Continued to review submitted investor claim forms and prepared declarations to be forwarded to persons where funds were invested on their behalf and they have not filed a claim with the Receiver's office. | 3.00 130.00/hr | 390.00 |
| | PD | Continued review and drafting of notation regarding missing signatures or discrepancies. | 1.40 200.00/hr | 280.00 |
| 1/22/2009 | SYS | Continued to review submitted investor claim forms and prepared declarations to be forwarded to persons where funds were invested on their behalf and they have not filed a claim with the Receiver's office. | 2.00 130.00/hr | 260.00 |
| | FT | Continued to review claims forms for authorization and catagorized accordingly. | 0.60 150.00/hr | 90.00 |
| | FT | Reviewed claims for authorization and catagorized accordingly. | 3.00 150.00/hr | 450.00 |
| | SYS | Reviewed investor database to ensure that allowed names had been provided where claim amounts have been allowed as necessary. | 1.00 130.00/hr | 130.00 |
| | SYS | Reviewed submitted investor claim forms and prepared declarations to be forwarded to persons where funds were invested on their behalf and they have not filed a claim with the Receiver's office. | 3.00 130.00/hr | 390.00 |
| | SYS | Reviewed and prepared Declarations to forwarded to various sub-investors and telephone calls to investors regarding ▮ | 0.70 130.00/hr | 91.00 |
| | SYS | Reviewed investor database to ensure that allowed names had been provided where claim amounts have been allowed as necessary. | 1.00 130.00/hr | 130.00 |

| Date | Role | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/22/2009 | SSA | Prepared letter to small facilitators. Discussed ▮ with Shuwanda Sloane. Addressed various claim issues. | 1.40 275.00/hr | 385.00 |
| | SSA | Designed reports for declarations required form investors. Discussed ▮ with staff. | 0.60 275.00/hr | 165.00 |
| | SSA | Telephone call to Tom Bosch regarding ▮ | 0.40 275.00/hr | 110.00 |
| | PD | Continued to file pull, review and make notations regarding missing signatures or discrepancies in Correll files. | 1.20 200.00/hr | 240.00 |
| 1/23/2009 | SSA | Drafted claim determination letters to be sent to investors. Drafted email to Tom Bosch regarding ▮ Discussed ▮ with Fred Tulley. | 1.40 275.00/hr | 385.00 |
| | SSA | Addressed claim issues with investors through small facilitators. Prepared report for final claims review. | 0.60 275.00/hr | 165.00 |
| | SSA | Reviewed various claim issues and prepared reports for same. | 3.00 275.00/hr | 825.00 |
| | SSA | Reviewed claims with complicated issues. Discussed ▮ with Shuwanda Sloane. | 0.60 275.00/hr | 165.00 |
| | FT | Continued to sort the claims into catagories based on missing authorization papers. | 2.40 150.00/hr | 360.00 |
| | SYS | Reviewed submitted investor claim forms and prepared declarations to be forwarded to persons where funds were invested on their behalf and they have not filed a claim with the Receiver's office. | 3.00 130.00/hr | 390.00 |
| | SYS | Reviewed and prepared Declarations to be mailed to sub-investors as necessary and telephone calls to investors to ▮ | 1.70 130.00/hr | 221.00 |
| | FT | Prepared for and met with HFC staff to ▮ | 0.60 150.00/hr | 90.00 |
| | SYS | Continued to review submitted investor claim forms and prepared declarations to be forwarded to persons where funds were invested on their behalf and they have not filed a claim with the Receiver's office and prepared same for mailing as necessary. | 2.40 130.00/hr | 312.00 |
| 1/26/2009 | SYS | Continued to review submitted investor claim forms and compared same against allowed names in the investor database and updated as necessary. | 2.50 130.00/hr | 325.00 |
| | SYS | Reviewed submitted investor claim forms and compared names on forms to allowed names in the investor database and updated information as necessary. | 3.00 130.00/hr | 390.00 |
| | SYS | Reviewed voice and email messages from investors in response to ▮ and followed up as necessary. | 0.60 130.00/hr | 78.00 |
| | SYS | Continued to review submitted investor claim forms and compared same against allowed names in the investor database and updated as necessary. | 2.00 130.00/hr | 260.00 |
| | SSA | Reviewed of all claims submitted for issues to be address. Noted and resolved issues. | 3.00 275.00/hr | 825.00 |
| | SSA | Prepared report of investor data for further review. | 0.50 275.00/hr | 137.50 |
| | FT | Reviewed filed claims to locate certain investors. | 1.70 150.00/hr | 255.00 |
| | SSA | Drafted letter to Tightrope investors. | 0.40 275.00/hr | 110.00 |

|            |     |                                                                                                                                                          | Hrs/Rate       | Amount  |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------|----------------|---------|
| 1/26/2009  | SSA | Drafted emails to Tom Bosch regarding ▓▓▓▓▓.                                                                                                             | 0.60 275.00/hr | 165.00  |
|            | SSA | Drafted email to Ralph Freeman and reviewed email from same regarding ▓▓▓▓▓.                                                                             | 0.40 275.00/hr | 110.00  |
|            | SSA | Continued review of all claims submitted for issues to be address and resolved.                                                                          | 2.40 275.00/hr | 660.00  |
| 1/27/2009  | DB  | Continued analysis of claimants for name consistency for claims processing.                                                                              | 3.00 250.00/hr | 750.00  |
|            | DB  | Analyzed list of claimants for name consistency for claims processing.                                                                                   | 0.70 250.00/hr | 175.00  |
|            | SYS | Reviewed listing of remaining submitted claims to make certain allowed amounts have been entered as well as allowed names and updated information as necessary. | 2.00 130.00/hr | 260.00  |
|            | SYS | Reviewed submitted investor claim forms where allowed names have not been entered into the investor database and updated information for same as necessary. | 3.00 130.00/hr | 390.00  |
|            | SYS | Continued to review submitted claim forms where an allowed name has not been entered and updated the investor database as necessary.                     | 2.50 130.00/hr | 325.00  |
|            | SYS | Reviewed voice mail messages from investors inquiring about ▓▓▓▓▓ and followed up as necessary.                                                          | 0.50 130.00/hr | 65.00   |
|            | FT  | Researched for claim files requiring signature by claimant.                                                                                              | 1.60 150.00/hr | 240.00  |
|            | SSA | Drafted uniform claim objections. Drafted email to Tom Bosch regarding ▓▓▓▓▓.                                                                            | 2.80 275.00/hr | 770.00  |
|            | SSA | Prepared reports of claims for additional review. Discussed ▓▓▓▓▓ with staff.                                                                            | 2.50 275.00/hr | 687.50  |
| 1/28/2009  | SYS | Reviewed submitted investor claim forms where allowed names have not been entered into the investor database and updated information for same as necessary. | 2.60 130.00/hr | 338.00  |
|            | SSA | Drafted email to Ralph Freeman regarding ▓▓▓▓▓.                                                                                                          | 0.20 275.00/hr | 55.00   |
|            | SSA | Reviewed and verified objection information for claimants who received in excess of their investment.                                                    | 2.00 275.00/hr | 550.00  |
|            | SSA | Continued drafting detailed objection statements for overstated claim amounts.                                                                           | 2.70 275.00/hr | 742.50  |
|            | SYS | Continued to review submitted claim forms where an allowed name has not been entered and updated the investor database as necessary.                     | 1.80 130.00/hr | 234.00  |
|            | SSA | Reviewed and drafted detailed objections relating to claims with overstated amounts for claims determination notice.                                     | 2.50 275.00/hr | 687.50  |
|            | DB  | Reviewed claims with Scott Askue and made changes as necessary.                                                                                          | 0.60 250.00/hr | 150.00  |
|            | SYS | Reviewed voice mail messages from investors inquiring about ▓▓▓▓▓ and followed up as necessary.                                                          | 0.60 130.00/hr | 78.00   |
|            | SYS | Continued to review submitted claim forms where an allowed name has not been entered and updated the investor database as necessary.                     | 2.50 130.00/hr | 325.00  |
| 1/29/2009  | SSA | Telephone call to Tom Bosch regarding ▓▓▓▓▓.                                                                                                             | 0.50 275.00/hr | 137.50  |
|            | SSA | Reviewed claims and drafted objection comments for same.                                                                                                 | 3.00 275.00/hr | 825.00  |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/29/2009 | SYS | Continued to review submitted claim forms where an allowed name has not been entered and updated the investor database with updated information as necessary. | 2.20 130.00/hr | 286.00 |
| | SYS | Continued to review submitted claim forms where an allowed name has not been entered and updated the investor database as necessary. | 2.00 130.00/hr | 260.00 |
| | SYS | Reviewed submitted investor claim forms where allowed names have not been entered into the investor database and updated information for same as necessary. | 2.40 130.00/hr | 312.00 |
| | SSA | Continued review of claim and drafting of objections. Reviewed claimant names to determine proper claimant. | 2.90 275.00/hr | 797.50 |
| 1/30/2009 | SYS | Continued to review submitted claim forms where an allowed name has not been entered and updated the investor database as necessary with allowed name. | 2.50 130.00/hr | 325.00 |
| | SYS | Continued to review submitted claim forms where an allowed name has not been entered and updated the investor database as necessary. | 1.80 130.00/hr | 234.00 |
| | SSA | Continued review and examination of claim issues. Drafted objection notes. Prepared various testing queries. | 2.50 275.00/hr | 687.50 |
| | SYS | Telephone calls to and from several investors in response to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 1.00 130.00/hr | 130.00 |
| | SYS | Continued to review submitted claim forms where an allowed name has not been entered and updated the investor database as necessary. | 2.00 130.00/hr | 260.00 |
| | SSA | Reviewed and verified claim information and allowed and prepared objections as appropriate. | 2.80 275.00/hr | 770.00 |
| | | Subtotal | 264.30 | 46,246.00 |

### Fee / Employment Applications

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/6/2009 | SSA | Drafted email to Ralph Freemen regarding ▇▇ | 0.10 275.00/hr | 27.50 |
| 1/12/2009 | SSA | Reviewed and approved final December invoices. Drafted email to Bill Arnold regarding ▇▇ | 0.20 275.00/hr | 55.00 |
| | | Subtotal | 0.30 | 82.50 |

### Investor Communications and Reporting

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/5/2009 | SYS | Telephone calls to and from investors inquiring about ▇▇ | 0.50 130.00/hr | 65.00 |
| 1/6/2009 | SYS | Reviewed voice and email messages from investors ▇▇▇▇▇▇▇▇▇▇▇ and followed up as necessary. | 0.50 130.00/hr | 65.00 |
| | SYS | Reviewed emails and voice mails from investors regarding ▇▇▇▇▇▇▇▇▇ and followed up with ▇ | 0.60 130.00/hr | 78.00 |
| 1/8/2009 | SYS | Reviewed email and voice mail messages from investors inquiring about ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and followed up with | 0.70 130.00/hr | 91.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/9/2009 | SYS | Reviewed voice mail messages from investors and followed up as necessary. | 0.50 130.00/hr | 65.00 |
| | SSA | Drafted status letter to investors for posting on the Receiver's website. | 0.50 275.00/hr | 137.50 |
| | SYS | Telephone calls to and from investors inquiring about ▮ ▮ and followed up as necessary regarding ▮ | 0.50 130.00/hr | 65.00 |
| | SYS | Reviewed email and voicemail messages from investors inquiring about ▮ ▮ and followed up as necessary with ▮ | 0.60 130.00/hr | 78.00 |
| 1/12/2009 | SYS | Reviewed voice and email messages from investors regarding ▮ and followed up with same as necessary. | 0.50 130.00/hr | 65.00 |
| 1/14/2009 | SYS | Reviewed voice mail messages from several investors and followed with same as necessary. | 0.60 130.00/hr | 78.00 |
| 1/15/2009 | SYS | Telephone calls from several investors in response to recent messages regarding ▮ ▮ and followed up as necessary. | 0.50 130.00/hr | 65.00 |
| 1/19/2009 | JNH | Telephone call from investor regarding ▮. | 0.20 110.00/hr | 22.00 |
| 1/20/2009 | SYS | Telephone calls to and from investors that invested funds on behalf of other investors to ▮ | 0.50 130.00/hr | 65.00 |
| | SYS | Telephone calls to and from investors that invested on behalf of other investors and updated information in the investor database as necessary. | 0.50 130.00/hr | 65.00 |
| 1/22/2009 | SYS | Reviewed voice mail messages from investors inquiring about ▮ and followed up with same as necessary. | 0.50 130.00/hr | 65.00 |
| 1/23/2009 | SYS | Reviewed voice mail messages from investors inquiring about ▮ and followed up with same as necessary. | 0.50 130.00/hr | 65.00 |
| 1/27/2009 | SYS | Reviewed email messages from investors regarding ▮ and followed up with same as necessary. | 0.40 130.00/hr | 52.00 |
| 1/29/2009 | SYS | Reviewed emails from investors requesting ▮ ▮ and updated the investor database as necessary with ▮ | 0.40 130.00/hr | 52.00 |
| | SYS | Telephone calls to and from several investors inquiring about ▮ and followed up with ▮ as necessary. | 1.00 130.00/hr | 130.00 |
| | | Subtotal | 10.00 | 1,368.50 |

### Litigation Consulting

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/8/2009 | SSA | Telephone call to Rich Douglas regarding ▮ | 0.50 275.00/hr | 137.50 |
| | SSA | Telephone call to Rich Douglas regarding ▮. | 0.50 275.00/hr | 137.50 |
| 1/21/2009 | SSA | Telephone call from Rich Douglas regarding ▮ | 0.40 275.00/hr | 110.00 |

SEC v. Travis Correll et al                                                          Page    10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | Subtotal | 1.40 | 385.00 |

### Tax Issues

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/7/2009 | SSA | Discussed ▮▮▮ with Eileen Castle. Drafted email to Clark Will regarding ▮▮▮▮▮▮▮ | 0.50<br>275.00/hr | 137.50 |
| 1/14/2009 | MEC | Reviewed Chase transactions for 2005 through 2008 for all Correll entities. Discussed ▮▮▮ with Bob Meehan and reviewed parties to the cases to determine appropriate entities to file tax returns in. Determined taxable amounts and reportable transactions and split to reportable entity. | 1.30<br>250.00/hr | 325.00 |
| 1/19/2009 | SSA | Drafted emails to Clark Will and Ralph Freeman regarding ▮▮▮▮▮▮▮ | 0.40<br>275.00/hr | 110.00 |
| 1/20/2009 | SSA | Reviewed notice from the IRS and drafted email to Clark Will and Ralph Freeman regarding ▮▮▮ | 0.30<br>275.00/hr | 82.50 |
|  | REM | Reviewed IRS request concerning information on amended 1099's. | 0.50<br>250.00/hr | 125.00 |
|  | MEC | Reviewed and responded to emails on ▮▮▮▮▮▮▮ | 0.20<br>250.00/hr | 50.00 |
|  |  | Subtotal | 3.20 | 830.00 |
|  |  | **For professional services rendered** | 281.00 | $49,288.50 |

Additional Charges :

### Expenses

| Date | Description | Amount |
|---|---|---|
| 1/17/2009 | FedEx to IRS 12/11/08 | 27.31 |
|  | Document storage/Document Depository per court order - January 2009 | 455.00 |
| 1/31/2009 | Copying cost for January 2009. 198 copies @ $0.15 per copy. | 29.70 |
|  | Postage charges for January 2009. | 34.02 |
|  | Fax charges for January 2009. | 12.25 |
|  | Subtotal | 558.28 |
|  | **Total costs** | $558.28 |
|  | **Total amount of this bill** | $49,846.78 |