# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 02/23/09 |
| Attn: Mr. S. Gregory Hays | Submitted by | J D Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1179379 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

**RE:** Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/09 | $5,709.03 |
| Less Adjustments | - $1,113.88 |
| Total Fees | $4,595.15 |
| Costs and Expenses Through 01/31/09 | $19.52 |
| **Total Amount of This Invoice** | **$4,614.67** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

Invoice Date 02/23/09
Invoice Number 1179379
File No. 033287.000002
Page 2

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/09

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 01/06/09 | MRA | Email correspondence with Scott Askue regarding ███ | 0.1 |
| 01/07/09 | MRA | Email correspondence with local counsel regarding ███ (0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 |
| 01/08/09 | MRA | Email correspondence with local counsel regarding ███ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 01/09/09 | MRA | Email correspondence with Scott Askue regarding ███ review of same | 0.2 |
| 01/12/09 | MRA | Telephone conference with investor and counsel for investor regarding ███ review and analysis of claim; email correspondence with Shuwanda Sloane regarding ███ telephone conference to friends of family facilitator; email correspondence with Scott Askue regarding ███ review and revise update letter to investors; email correspondence with Scott Askue regarding ███ | 1.4 |
| 01/12/09 | MRA | Email correspondence with Hays Financial Consulting team and local counsel regarding ███ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 01/13/09 | MRA | Telephone conference with counsel for investor regarding ███; email correspondence with Shuwanda Sloane regarding ███ | 0.2 |
| 01/13/09 | MRA | Collection and organization of materials for next fee application (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 01/14/09 | MRA | Multiple telephone calls with Shuwanda Sloane regarding ███ analysis of same; telephone calls to friends of family facilitators | 0.7 |
| 01/14/09 | MRA | Email correspondence with local counsel regarding ███ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 01/15/09 | MRA | Multiple telephone calls with Shuwanda Sloane regarding ███ analysis of same; telephone conference with counsel for investor; telephone calls to friends of family facilitators; field telephone call from investor | 2.4 |
| 01/15/09 | MRA | Email correspondence with local counsel regarding ███ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |

IN ACCOUNT WITH

Invoice Date 02/23/09
Invoice Number 1179379
File No. 033287.000002
Page 3

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/09

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 01/16/09 | MRA | Telephone calls to friends of family facilitators; field telephone calls from investors; draft correspondence to friends of family facilitator; review and analysis of correspondence from friends of family facilitator; email correspondence with Scott Askue regarding ▓ | 2.1 |
| 01/19/09 | MRA | Field telephone call from investor | 0.2 |
| 01/19/09 | MRA | Review and revise fee application (0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.3 |
| 01/20/09 | MRA | Field telephone conference from investor from MN; review and analysis of claim by investor; email correspondence with Scott Askue regarding ▓ | 0.3 |
| 01/21/09 | MRA | Telephone call from R. Douglas regarding ▓ | 0.1 |
| 01/22/09 | MRA | Telephone call to counsel in MN regarding ▓ | 0.2 |
| 01/22/09 | TBB | Telephone discussions with Scott Askue regarding ▓ | 0.6 |
| 01/23/09 | MRA | Email correspondence with local counsel regarding ▓ review and revise same (0.4, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.4 |
| 01/24/09 | HC | Assist in preparation of fee application (1.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.2 |
| 01/26/09 | MRA | Review and analysis of email correspondence from Tom Bosch regarding ▓ telephone call to Internal Revenue Service agent regarding ▓ telephone conference with Scott Askue regarding ▓ | 0.3 |
| 01/26/09 | TBB | Discussion with David Dantzler regarding ▓; email correspondence with David Dantzler regarding ▓ work on issues related to claims; revise draft declarations; email correspondence and discussions with Scott Askue regarding ▓ | 1.4 |
| 01/26/09 | HC | Assist in preparation of fee application (1.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.1 |
| 01/27/09 | MRA | Review and analysis of email correspondence from Tom Bosch and Greg Hays regarding ▓ | 0.2 |
| 01/27/09 | TBB | Work on various claims issues; email correspondence with Scott Askue regarding ▓ | 1.0 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/23/09
Invoice Number 1179379
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/09

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 01/29/09 | TBB | Telephone conference with Scott Askue regarding ▇▇▇ | 0.4 |

| | |
|---|---|
| Total Hours | 15.5 |
| Total Fees | 5,709.03 |
| Less Adjustments | - 1,113.88 |
| Total Fees | $4,595.15 |

## TIMEKEEPER TIME SUMMARY THROUGH 01/31/09

| Name | Hours | Amount |
|---|---|---|
| M R Arnold | 9.8 | 3,351.60 |
| T B Bosch | 3.4 | 1,243.55 |
| H Cheshire | 2.3 | 600.88 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/09

| Description | Amount |
|---|---|
| Professional Services | 19.52 |
| Total: | 19.52 |

| | |
|---|---|
| Total Fees & Costs: | $4,614.67 |