# EXHIBIT D



QUILLING · SELANDER · CUMMISKEY · LOWNDS

Federal ID #75-2459334

S. Gregory Hays  
Special Counsel for Greg Hays  
Hays Financial Consulting, LLC  
3343 Peachtree Road, Suite 750  
Atlanta GA 30326

Page: 1  
01/31/2009  
Client No: 911-0150M  
Invoice No: 70543

Travis E. Correll, et al.

## ITEMIZED SERVICES BILL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/05/2009 | CBW | Emails with Todd Phillippi regarding ███, emails with Court assistant regarding ███ (.3); follow up emails regarding ███ (.3); telephone conference with Ralph Freeman regarding ███ and draft second motion to continue and order granting continuance (1.5); emails with Ralph Freeman regarding ███ (.3); telephone conference with Ralph Freeman regarding ███ (.3); | 3.00 | 1,050.00 |
| | MDC | Work on form of agreed judgment as to Kerry Sitton (2.2); Begin preparing bench briefs for bankruptcy and show cause hearings, and confer with RSF re ███ (3.6); Continue review of Lipan Bank documents for missing and incomplete items (1.3). | 7.10 | 2,059.00 |
| 01/06/2009 | CBW | Email with court personnel regarding ███; prepare proof of notice of service (1.5); telephone conference with Vaughn Bailey (.5); telephone conference with Ralph Freeman regarding ███ (.3); review of settlement offer from FNB Lipan; telephone conference with Attorney Langston regarding ███ (.6); | 2.90 | 1,015.00 |
| | MDC | Review correspondence from Lipan Bank counsel D. Langston and confer with CBW re ███ (.5); Continue review of voluminous Lipan bank documents already produced to identify missing, illegible and incomplete items or production, and confer with RSF re ███ (4.9). | 5.40 | 1,566.00 |
| | HMJ | Review settlement agreement from Bank of Lipan, outline issues and forward to counsel with comments thereto. | 1.50 | 337.50 |
| 01/07/2009 | CBW | Email with Scott Askue regarding ███ (.3); conference call with Attorneys Boyd, Langston, Hudson Jobe, Ralph Freeman and Branson regarding ███ (1.0); conference with Ralph Freeman regarding ███ and work on settlement proposal document; telephone conference with Attorney Langston and office conference with Hudson Jobe regarding ███ (1.8); email regarding ███ (.3); update and balance accounts and prepare report to receiver regarding funds on hand (1.2); work on mediation with Hudson (.5); | 5.10 | 1,785.00 |
| | MDC | Prepare for and conference call with attys. CBW, Hudson Jobe and D. Langston to discuss ███ | | |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 2
01/31/2009
Client No: 911-0150M
Invoice No: 70543

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | ▉, and discuss ▉ with CBW and Mr. Jobe, and follow up on same (1.0); Continue review of Lipan Bank documents in preparation for same (2.1); Continue research on bank lien priority and receivership assets in bankruptcy proceedings (4.4). | 7.50 | 2,175.00 |
| | HMJ | Further analysis of settlement points, outline of issues, and preparation of counter-points(1.0); Several lengthy conferences with attorneys for Carlisle, Bank of Lipan, and Branson group regarding ▉(3.0); Conferences with potential mediators and other parties to ▉ (2.0). | 6.00 | 1,350.00 |
| 01/08/2009 | CBW | Emails and telephone conferences regarding ▉ (.5); update memo to clients regarding ▉ (1.0); telephone conference with Tim McCole regarding ▉ (.4); telephone conference and emails to Attorney Phillippi (.3); respond to Phillippi email; telephone conference with Michael Clark regarding ▉ (.3); emails with Carlisle group regarding ▉ (.5); | 3.00 | 1,050.00 |
| | MDC | Continue preparations for mediation (Carlisle), including research on interplay between bankruptcy code and receivership statues and equitable principles governing receiverships (4.8); Continue review of Carlisle documents and Lipan Bank documents, and confer with RSF re ▉ (2.4). | 7.20 | 2,088.00 |
| | HMJ | Continue working with clerks office, court, parties, and mediator on dates and other related matters with mediation. | 1.50 | 337.50 |
| 01/09/2009 | CBW | Telephone conference with Tim McCole regarding ▉ follow up telephone conferences with Michael Clark regarding ▉ (.6); telephone conference with Ralph Freeman regarding ▉ (.3); | 0.90 | 315.00 |
| | MDC | E-mails to/from attys. Tim McCole (SEC) and CBW re ▉ (.8); Phone call to Gowdey apartment property manager to discuss ▉ and draft letter and e-mail to property manager enclosing copy of receivership order and suit papers (1.6); Communications with Ralph Freeman re ▉ (.7); Review case file for information on Gowdey and assets in his possession (2.0); Communications relating to ▉ and speak with atty. Linda LaRue re ▉ (1.0). | 6.10 | 1,769.00 |
| 01/12/2009 | LL | Brief office conference with H Jobe regarding ▉ (.2); Review of pleadings and status of case (.4); Telephone call to Debtor's counsel (.1); Trip to Fort Worth for status conference (2.2). | 2.90 | 652.50 |
| | CBW | Emails regarding ▉ (.4); review of proposed wills for Gowdey (.5); review of Court's order and forward to client regarding ▉ (.4); receipt and review of tax bills and operating statements on oil and gas properties (.5); review correspondence from Judge Solis (.4); draft email to lawyers regarding ▉ (.4); conference with Linda LaRue regarding ▉ (.3); meeting with Ralph S. Freeman regarding ▉ (.5); email | | |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 3
01/31/2009
Client No: 911-0150M
Invoice No: 70543

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        | Hours |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | with Attorney Phillippi regarding ▓▓▓ (.3); emails regarding ▓▓▓ (.3); review of financial documents received regarding Carlisle, Thompson and Gowdey (.8);                                                                                                                                                                                                                                                                                                                           | 4.80  | 1,680.00 |
|            | CBW | Emails regarding ▓▓▓ (.4); review of proposed wills for Gowdey (.5); review of Court's order and forward to client regarding ▓▓▓ (.4); receipt and review of tax bills and operating statements on oil and gas properties (.5); review correspondence from Solis (.4); draft email to lawyers regarding ▓▓▓ (.4); conference with Linda LaRue regarding ▓▓▓ (.3); meet with Ralph S. Freeman regarding ▓▓▓ (.5); emails with Phillippi regarding ▓▓▓ (.3); emails regarding ▓▓▓ (.3); review of financial documents received regarding Carlisle, Thompson and Gowdey (.8); | 4.80  | 1,680.00 |
|            | MDC | Receive/review correspondence from counsel for Solis' "God's Church," and discuss/meet with CBW and RSF re ▓▓▓ (.4); Continue review and analysis of Carlisle and Lipan Bank documents, and RST memorandums relating to Carlisle matter (3.9).                                                                                                                                                                                                                                        | 4.30  | 1,247.00 |
| 01/13/2009 | CBW | Emails with Attorney Boyd regarding ▓▓▓ and forward to Michael D. Clark regarding ▓▓▓ (.5); further work on documents (.3); prepare for meeting regarding Gowdey's apartment (.5); travel to Gowdey's apartment and inventory property, papers and return to office (4.5); telephone conference with Earl Martin regarding ▓▓▓ (.3);                                                                                                                                                  | 6.10  | 2,135.00 |
|            | MDC | Communications with RSF and CBW re ▓▓▓ (.5); Review Gowdey documents and discuss ▓▓▓ with RSF (2.8); Continue analysis of Lipan Bank and documents produced by Carlisles, and discuss ▓▓▓ with atty. Hudson Jobe (3.9).                                                                                                                                                                                                                                                               | 7.20  | 2,088.00 |
| 01/14/2009 | CBW | Telephone conference with Bill Arnold regarding ▓▓▓ email to Bill and to Ralph S. Freeman regarding ▓▓▓ (.7); review, revise and comment on mediation order (.3); draft letter to Phillippi (.5); reply to Jenkins' letter (.5); email with Brad Boyd regarding ▓▓▓ (.3);                                                                                                                                                                                                             | 2.30  | 805.00   |
|            | MDC | Assist drafting and receive draft of proposed mediation order (Carlisle) from atty. Hudson Jobe and comment and discuss ▓▓▓ with Mr. Jobe (2.7); Continue Carlisle document analysis with view toward mediation (1.4); Continue research on interplay between receivership principles and bankruptcy proceedings, and priority (3.0).                                                                                                                                                 | 7.10  | 2,059.00 |
|            | HMJ | Review District Court Order and Bankruptcy Court Order on deadlines for bankruptcy actions and status conference, calculate and calendar same(.4); Draft Mediation Order(1.0); Negotiate ▓▓▓ with parties(.5).                                                                                                                                                                                                                                                                        | 1.90  | 427.50   |
| 01/15/2009 | CBW | Emails with Phillippi regrding ▓▓▓ (.5); research regarding disclosure documents; follow up telephone conference with Phillippi (.6); review and revise mediation order; comment to HJ (.4); document review from Gowdey's place with Ralph S. Freeman (4.0); email with counsel regarding ▓▓▓ (.3);                                                                                                                                                                                  | 5.80  | 2,030.00 |
|            | MDC | Review check/bank records (Carlisle) with RSF and discuss ▓▓▓                                                                                                                                                                                                                                                                                                                                                                                                                          |       |          |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 4
01/31/2009
Client No: 911-0150M
Invoice No: 70543

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | (3.5); Review requested changes in mediation order proposed by atty. B. Vida and confer with atty. Hudson Jobe re ▇ (.8); Continue research on receivership/bankruptcy matters (3.0). | 7.30 | 2,117.00 |
|  | HMJ | Negotiate ▇▇▇ with numerous counsel, including revisions to order. | 1.20 | 270.00 |
| 01/16/2009 | CBW | Review of documents from K. Lewis regarding Gowdey (.8); email with Langston regarding ▇▇ (.3); continue document review regarding Gowdey (3.5); | 4.60 | 1,610.00 |
|  | MDC | Continue review of Lipan Bank checks and related Carlisle documents and memos with RSF, and discuss ▇(4.9); Prepare for mediation (1.5). | 6.40 | 1,856.00 |
|  | HMJ | Continue ▇▇▇ with numerous parties and related mediation issues. | 1.00 | 225.00 |
| 01/19/2009 | CBW | Review of financial documents and forward to Scot Askue (.3); email with Baker regarding ▇▇ (.3); continue with document review in Carlisle (.9); | 1.50 | 525.00 |
|  | MDC | Continue work on proposed Agreed Judgment (Sitton) (1.5); Continue preparations for mediation (Carlisle) and show cause hearing (2.7); Research on equitable subordination and withdrawing reference in bankruptcy, and confer with atty. Hudson Jobe re ▇ (3.0). | 7.20 | 2,088.00 |
|  | HMJ | Final negotiations/revisions to Meditation Order, correspondence to courtroom deputy regarding ▇, outline of mediation deadlines and related matters. | 1.00 | 225.00 |
| 01/20/2009 | CBW | Review, reply and forward documents from Baker regarding ▇▇ (.4); assist Ralph S. Freeman with accounting regarding TNT, et al for Baker (.7); telephone conference with Todd Phillipi regarding ▇ (.3); review and analysis of Ralph S. Freeman report on Thompson/TNT income (.5); complete report to Court regarding service of order and file same (.7) | 2.60 | 910.00 |
|  | MDC | Receive/review memorandum from Ralph Freeman re ▇▇ and discuss ▇ with RSF, and other Thompson matters (.9); Continue review and sorting of Lipan Bank and Carlisle documents and checks produced with RSF, with view toward mediation (3.9); Research bankruptcy code and receivership matters relevant to Receiver's motions (2.7). | 7.50 | 2,175.00 |
| 01/21/2009 | CBW | Telephone conference with Betsy Fuqua regarding ▇▇ (.3); review of attorney Jenkins' letter; telephone conference with Jenkins (.5); telephone conference with Craig Glickman regarding ▇ (.3); email to Phillippi (.2); | 1.30 | 455.00 |
|  | MDC | Continue review of Lipan Bank and additional Carlisle documents, and preparations for mediation (2.4); Meet with CBW and RSF re ▇ (.4); Continue working on bench briefs germane to bankruptcy hearings on pending motions and pending show cause issue (2.4). | 5.20 | 1,508.00 |
| 01/22/2009 | CBW | Telephone conference with Ralph S. Freeman to ▇▇ |  |  |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 5
01/31/2009
Client No: 911-0150M
Invoice No: 70543

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | ▇▇▇▇(.3); continue document review in preparation for meeting with Diana Delp Gowdey (1.4); email with Todd Phillipi regarding ▇▇(.3); travel to meet with Diana Gowdey and return to office (2.5); | 4.50 | 1,575.00 |
|  | MDC | Continue working with RSF to sort and analyze Carlisle and Lipan Bank checks and other produced documents (1.8); Review the three Carlisles' deposition transcripts for additional items agreed to be produced (1.9); Continue working on proposed agreed judgment (Sitton) and communications with Sitton counsel re ▇▇(.4); Assist with review of Gowdey estate documents and meet and discuss ▇▇ with RSF (3.1). | 7.20 | 2,088.00 |
| 01/23/2009 | CBW | Review and analysis of correspondence regarding Gowdey (.4); meet with Attorney Phillippi regarding ▇▇▇▇(.7); continue document review in Carlisle (.7); | 1.80 | 630.00 |
|  | MDC | Phone call from Idaho real estate broker to discuss ▇▇▇▇ (.4); Receive/review paperwork re changing sales price, execute and return same to broker with comments (.9); Finalize additional revisions to proposed Sitton Agreed Judgment and e-mail to Receiver team re ▇▇▇▇(1.5); Continue researching receivership and bankruptcy equitable principles and bank lien priority (4.6). | 7.40 | 2,146.00 |
| 01/26/2009 | CBW | Telephone conference with Ralph S. Freeman regarding ▇▇▇▇(.3); emails with Scott Askue regarding ▇▇(.4); forward documents to Bill Arnold regarding fee application (.4); | 1.10 | 385.00 |
|  | MDC | Phone call to SEC counsel Tim Mccole re ▇▇▇▇ and make revisions to same (.9); Confer with atty. Hudson Jobe re ▇▇▇▇(.8); Research equitable subordination of secured liens in bankruptcy and receivership matters (3.8); | 5.50 | 1,595.00 |
| 01/27/2009 | MDC | Phone call to Sitton counsel S. Ritcheson to discuss ▇▇▇▇, and prepare version 3 of same (1.5); Distribute ▇▇ with comments to Receiver team for review and input (.5); Letter to Ritcheson re ▇▇▇▇ (.9); Continue and assist with review of Gowdey documents received from his family/apartment and discuss ▇▇ with RSF (1.6). | 4.50 | 1,305.00 |
| 01/28/2009 | CBW | Meeting with Ralph S. Freeman regarding ▇▇▇▇(.7); review and comment on agreed judgment regarding Sitton (.5); | 1.20 | 420.00 |
|  | MDC | Continue and assist with review of voluminous Gowdey documents obtained from family and apartment, and phone call to RSF re ▇▇(4.4); Communications with Receiver team re ▇▇▇▇ and comments on same (.3); Continue research and preparations for Carlisle mediation (2.4). | 7.10 | 2,059.00 |
|  | CBW | Emails with Ralph S. Freeman and SA regarding ▇▇▇▇(.5); emails with Baker and Askue |  |  |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 6
01/31/2009
Client No: 911-0150M
Invoice No: 70543

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | regarding ▮▮▮ (.5); conference with Ralph S. Freeman regarding ▮▮▮ (.4); review and comment on latest version of agreed judgment with Sitton (.6); | 2.00 | 700.00 |
| 01/29/2009 | MDC | E-mails from/to Receiver team re ▮▮▮ prepare final draft of same, and distribute it to Sitton counsel and Receiver team for comments/approval (1.7); Continue review of Gowdey probate/estate documents and phone call to RSF re ▮▮▮ (1.9); Finish review/analysis of Carlisle and Lipan Bank documents/checks (3.5). | 7.10 | 2,059.00 |
|  | CBW | Email with Askue (.3); emails with Baker (.3); review of final judgment with Sitton and comments on same (.5); telephone conference with Ralph Freeman regarding ▮▮▮ (.3); | 1.40 | 490.00 |
| 01/30/2009 | CBW | Emails with Phillippi regarding ▮▮▮ (.5); begin working on settlement documents (1.0); | 1.50 | 525.00 |
|  |  | For Current Services Rendered | 203.50 | 61,642.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Michael D. Clark | 124.30 | $290.00 | $36,047.00 |
| Clark B. Will | 62.20 | 350.00 | 21,770.00 |
| Hudson M. Jobe | 14.10 | 225.00 | 3,172.50 |
| Linda LaRue | 2.90 | 225.00 | 652.50 |

| | |
|---|---|
| Telecopies | 8.00 |
| Long-Distance Telephone | 7.02 |
| Newspaper ad for Hearthstone timeshare unit. | 24.75 |
| Paid to The Real McCall for broker's price opinion/Invoice #1001 | 75.00 |
| Photocopies | 71.00 |
| Postage | 47.10 |
| Pacer Service | 11.68 |
| Online outside service expense for legal research - Invoice #817499306 | 145.09 |
| Total Expenses Thru 01/31/2009 | 389.64 |
| Total Current Work | 62,031.64 |
| Balance Due | $62,031.64 |