# EXHIBIT E

# BRAY & FREEMAN, L.P. License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #  817-688-6186
Fax #    888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 1/31/2009 | 6415 |
| TIN #04-3759685 | |

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
| | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 1/5/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - INTERVIEW RE: ONE SMART TOOL, COMMUNICATION WITH CBW RE: ▇ | 4.5 | 100.00 | 450.00 |
| 1/6/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW RE: ▇, REVIEW OF LIPAN BANK DOCUMENTS; INTERVIEW RE: GOWDEY MATTER | 5.5 | 100.00 | 550.00 |
| 1/7/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW RE: ▇, COMMUNICATION AND DOCUMENT REVIEW RE: GOWDEY | 6.5 | 100.00 | 650.00 |
| 1/8/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF ▇ WITH MDC, MEETING AND COMMUNICATIONS RE: GOWDEY | 4 | 100.00 | 400.00 |
| 1/9/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - COMMUNICATION WITH GOWDEY FAMILY AND EXECUTOR OF ESTATE RE: ▇ COMMUNICATION WITH MDC AND TOM MCCOLE RE: ▇ | 3.5 | 100.00 | 350.00 |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to
14232 Marsh Ln., Ste. 419
Addison, TX 75001

# BRAY & FREEMAN, L.P. [License # A07161]

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #  817-688-6186
Fax #    888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 1/31/2009 | 6415 |
| TIN #04-3759685 | |

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST SUITE 1800
DALLAS TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
| | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 1/11/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - COMMUNICATION WITH PARTIES RE: ▓▓▓ | 1 | 100.00 | 100.00 |
| 1/12/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETINGS WITH CBW RE: ▓▓▓, MEETINGS WITH CBW RE: ▓▓▓ MEETING WITH MDC RE: ▓▓▓ | 6 | 100.00 | 600.00 |
| 1/13/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - COLLECTION OF GOWDEY DOCUMENTS FROM HIS APARTMENT; REVIEW OF DOCUMENTS | 7 | 100.00 | 700.00 |
| 1/14/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF GOWDEY DOCUMENTS; MEETING WITH PARTIES IN GOWDEY MATTER; REVIEW OF LIPAN DOCUMENT REQUEST DOCUMENT | 4 | 100.00 | 400.00 |
| 1/15/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - DOCUMENT REVIEW WITH CBW RE: ▓▓▓ MEETING RE: ONE SMART TOOL SETTLEMENT | 5 | 100.00 | 500.00 |
| 1/16/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH MDC RE: ▓▓▓ | 2.5 | 100.00 | 250.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P
Balance due in full upon receipt to:
14232 Marsh Ln Ste 419
Addison, TX 75001

| | |
|---|---|
| Subtotal | |
| Sales Tax (8.25%) | |
| Total | |
| Retainer Applied | |
| Balance Due | |

Page 2

# BRAY & FREEMAN, L.P. License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #  812-688-6186
Fax #    888-528-2654

rifreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 1/31/2009 | 6415 |

TIN #04-3759685

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v COBRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 1/20/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARATION OF SUMMARY DOCUMENT RE: THOMPSON; MEETING RE: ▇ WITH MDC AND CBW; TELEPHONE CALL WITH GOWDEY FAMILY AND EXECUTOR; REVIEW OF GOWDEY DEPOSITION | 7 | 100.00 | 700.00 |
| 1/21/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH MDC RE: ▇ | 1.5 | 100.00 | 150.00 |
| 1/22/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH DIANA GOWDEY AND CBW; SERVICE OF SUBPOENA TO DIANA GOWDEY; MEETING WITH MDC RE: ▇ BANK DOCUMENTS | 6.5 | 100.00 | 650.00 |
| 1/23/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF GOWDEY DOCUMENTS AND COMMUNICATION WITH EXECUTOR AND DIANA GOWDEY | 3 | 100.00 | 300.00 |
| 1/26/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW RE: ▇ | 2.5 | 100.00 | 250.00 |
| 1/27/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING AND REVIEW OF ▇ WITH MDC | 2 | 100.00 | 200.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #    817-688-6186
Fax #      888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 1/31/2009 | 6415 |
| TIN #04-3759685 | |

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
| | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 1/28/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW RE: ████ COMMUNICATIONS WITH SA AND CBW RE: ████ | 3.5 | 100.00 | 350.00 |
| 1/29/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETINGS WITH GOWDEY PARTIES AND TELEPHONE CONFERENCES WITH MDC AND CBW RE: ████ EXPENSES | 4 | 100.00 | 400.00 |
| 1/31/2009 | MILEAGE | INVESTIGATOR 430 - MILEAGE | 389 | 0.65 | 252.85 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | $8,202.85 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $8,202.85 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $8,202.85 |