# EXHIBIT A

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**
**For the Period from   2/1/2009   to   2/28/2009**

March 11, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 1.10<br>375.00/hr | 412.50 |
| **For professional services rendered** | **1.10** | **$412.50** |

---
CIRA - Certified Insolvency and Restructuring Advisor    CTP - Certified Turnaround Professional

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

Receiver

For the Period from   2/1/2009   to   2/28/2009

March 11, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 0.20 | 75.00 |
| Claims Administration & Objections | 0.30 | 112.50 |
| Fee / Employment Applications | 0.60 | 225.00 |
| **For professional services rendered** | **1.10** | **$412.50** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

Receiver
For the Period from   2/1/2009   to   2/28/2009

March 11, 2009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | **Accounting** |  |  |  |
| 2/9/2009 | SGH | Reviewed January bank statement from SunTrust. | 0.20<br>375.00/hr | 75.00 |
|  |  | Subtotal | 0.20 | 75.00 |
|  | **Claims Administration & Objections** |  |  |  |
| 2/23/2009 | SGH | Reviewed ▇▇▇▇ with Scott Askue and discussed ▇▇▇▇▇▇▇▇ | 0.30<br>375.00/hr | 112.50 |
|  |  | Subtotal | 0.30 | 112.50 |
|  | **Fee / Employment Applications** |  |  |  |
| 2/3/2009 | SGH | Reviewed draft of fee application. | 0.40<br>375.00/hr | 150.00 |
| 2/13/2009 | SGH | Reviewed monthly billing and approved. | 0.20<br>375.00/hr | 75.00 |
|  |  | Subtotal | 0.60 | 225.00 |
|  |  | **For professional services rendered** | **1.10** | **$412.50** |