# EXHIBIT B

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
**For the Period from 2/1/2009 to 2/28/2009**

March 11, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Fred Tulley | 7.10 | 1,065.00 |
|  | 150.00/hr |  |
| J. Colt Conner, CFE | 0.20 | 22.00 |
|  | 110.00/hr |  |
| Julie N. Hentosz, CFE | 3.70 | 407.00 |
|  | 110.00/hr |  |
| Kathryn A. Malek, PHR | 0.30 | 51.00 |
|  | 170.00/hr |  |
| M. Eileen Castle, CPA | 2.00 | 500.00 |
|  | 250.00/hr |  |
| Mark C. King, CTP, CCE | 18.60 | 4,650.00 |
|  | 250.00/hr |  |
| Richard F. Hunter, CFE | 0.40 | 84.00 |
|  | 210.00/hr |  |
| Robert E. Meehan, CPA | 0.30 | 75.00 |
|  | 250.00/hr |  |
| Scott S. Askue, CIRA | 77.40 | 21,285.00 |
|  | 275.00/hr |  |
| Shuwanda Y. Sloane, CFE | 130.20 | 16,926.00 |
|  | 130.00/hr |  |
| **For professional services rendered** | **240.20** | **$45,065.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 270.30 |
| Document Storage | 455.00 |
| Fax | 0.50 |
| Federal Express | 32.45 |
| Miscellaneous | 60.00 |
| Pacer Charges | 56.88 |
| Postage | 64.13 |
| **Total costs** | **$939.26** |
| **Total amount of this bill** | **$46,004.26** |

---

CCE - Certified Computer Examiner
CFE - Certified Fraud Examiner
CIRA - Certified Insolvency and Restructuring Advisor
CPA - Certified Public Accountant
CTP - Certified Turnaround Professional
PHR - Professional In Human Resources

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from 2/1/2009 to 2/28/2009**

March 11, 2009

Professional Services

|  | Hours | Amount |
|---|---|---|
| Accounting | 1.80 | 430.50 |
| Asset Analysis & Recovery | 0.20 | 42.00 |
| Case Administration | 0.20 | 22.00 |
| Claims Administration & Objections | 206.40 | 37,663.00 |
| Data Analysis | 18.60 | 4,650.00 |
| Fee / Employment Applications | 1.00 | 275.00 |
| Investor Communications and Reporting | 8.80 | 1,173.00 |
| Litigation Consulting | 0.70 | 192.50 |
| Tax Issues | 2.50 | 617.00 |
| **For professional services rendered** | **240.20** | **$45,065.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 270.30 |
| Document Storage | 455.00 |
| Fax | 0.50 |
| Federal Express | 32.45 |
| Miscellaneous | 60.00 |
| Pacer Charges | 56.88 |
| Postage | 64.13 |
| **Total costs** | **$939.26** |
| **Total amount of this bill** | **$46,004.26** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

Accountants and Financial Consultants to the Receiver

For the Period from 2/1/2009 to 2/28/2009

March 11, 2009

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Accounting** | | | | |
| 2/2/2009 | SSA | Reviewed emails from and drafted emails to Ralph Freeman and Clark Will regarding ▮ | 0.30 275.00/hr | 82.50 |
| 2/11/2009 | JNH | Reviewed and reconciled bank statement and documents for January 2009. | 0.20 110.00/hr | 22.00 |
| 2/13/2009 | SSA | Reviewed accounting prepared by Dwight Johnson. Updated spreadsheet regarding same. | 0.50 275.00/hr | 137.50 |
| 2/17/2009 | SSA | Telephone call to Clark Will and Ralph Freeman regarding ▮ Telephone call to Scott Baker regarding ▮ | 0.50 275.00/hr | 137.50 |
| 2/27/2009 | KAM | Prepared 1096 form and sent with 2008 Forms 1099 to the Internal Revenue Service. | 0.30 170.00/hr | 51.00 |
| | | Subtotal | 1.80 | 430.50 |
| **Asset Analysis & Recovery** | | | | |
| 2/2/2009 | RFH | Reviewed and responded to emails from the Receiver and Scott Askue regarding ▮ | 0.20 210.00/hr | 42.00 |
| | | Subtotal | 0.20 | 42.00 |
| **Case Administration** | | | | |
| 2/26/2009 | JCC | Prepared and forwarded documents to website manager for addition to website. | 0.20 110.00/hr | 22.00 |
| | | Subtotal | 0.20 | 22.00 |
| **Claims Administration & Objections** | | | | |
| 2/2/2009 | SSA | Continued researched of difficult claim issues. | 1.10 275.00/hr | 302.50 |
| | SSA | Telephone call from Bill Arnold regarding ▮ | 0.30 275.00/hr | 82.50 |

|            |     |                                                                                                                                                                                                                                                              | Hrs/Rate        | Amount  |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|---------|
| 2/2/2009   | SSA | Researched claim issues and prepared various reports on same. Telephone call to claimants for additional information and clarity.                                                                                                                            | 3.00 275.00/hr  | 825.00  |
| 2/3/2009   | SSA | Reviewed defendants records for information on select investors with complicated claim issues.                                                                                                                                                               | 2.50 275.00/hr  | 687.50  |
|            | SSA | Began verification of objection comments for all investors.                                                                                                                                                                                                  | 3.20 275.00/hr  | 880.00  |
|            | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database and requested additional accounting information as necessary and reviewed allowed names as well in order to complete claim files and calculate allowed claim amounts. | 3.00 130.00/hr  | 390.00  |
|            | SYS | Reviewed submitted investor claim forms where allowed names have not been entered into the investor database and updated information for same as necessary.                                                                                                  | 3.00 130.00/hr  | 390.00  |
| 2/4/2009   | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and requested additional accounting information in order to complete claim files and calculate allowed claim amounts.                          | 3.00 130.00/hr  | 390.00  |
|            | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database and requested additional accounting information as necessary in order to complete claim file and calculate allowed claim amount for same. | 1.30 130.00/hr  | 169.00  |
|            | SSA | Investigated claim notes to verify allowed amount is correct and/or document requested are correct.                                                                                                                                                          | 2.50 275.00/hr  | 687.50  |
|            | SSA | Prepared report of investor names for confirmation.                                                                                                                                                                                                          | 0.50 275.00/hr  | 137.50  |
|            | SSA | Continued verification of objections comments for all investors.                                                                                                                                                                                             | 2.90 275.00/hr  | 797.50  |
| 2/5/2009   | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database and requested additional accounting information as necessary and reviewed allowed names as well in order to complete claim files and calculate allowed claim amounts. | 1.30 130.00/hr  | 169.00  |
|            | SSA | Reviewed and researched files for unresolved claims.                                                                                                                                                                                                         | 2.80 275.00/hr  | 770.00  |
|            | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database and requested additional accounting information as necessary and reviewed allowed names as well in order to complete claim files and calculate allowed claim amounts. | 2.50 130.00/hr  | 325.00  |
|            | SYS | Reviewed submitted investor claim forms and entered information captured from same into the investor database and requested additional accounting information in order to complete claim files and calculate allowed claim amounts.                          | 3.00 130.00/hr  | 390.00  |
| 2/6/2009   | SSA | Continued reviewed of remaining claims with complicating issues.                                                                                                                                                                                             | 2.20 275.00/hr  | 605.00  |
|            | SYS | Telephone calls to and from several investors inquiring about the status of distributions and followed up with same as necessary.                                                                                                                            | 0.50 130.00/hr  | 65.00   |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/6/2009 | SYS | Reviewed forwarded defendant accounting records and the investor database for accurate allowed names and updated same as necessary. | 1.50 130.00/hr | 195.00 |
| | SYS | Reviewed and organized recently submitted investor claim forms and entered information captured from same into the investor database. | 0.70 130.00/hr | 91.00 |
| | SYS | Continued to review submitted investor claim forms and entered information captured from same into the investor database and requested additional accounting information as necessary and reviewed allowed names as well in order to complete submitted claim files and calculate allowed claim amounts. | 2.40 130.00/hr | 312.00 |
| 2/7/2009 | SYS | Reviewed over 600 allowed names for accuracy and updated the investor database as necessary with same. | 2.00 130.00/hr | 260.00 |
| | SYS | Continued to review allowed name listing for accuracy and updated the investor database as necessary with same. | 1.50 130.00/hr | 195.00 |
| 2/9/2009 | SYS | Reviewed and prepared sub-investor declarations to be mailed to various investors to request permission for the primary investor to act as the representative of submitted claim and followed up as necessary. | 1.00 130.00/hr | 130.00 |
| | SSA | Updated claims review database with objection and allowance comments. | 2.20 275.00/hr | 605.00 |
| | SYS | Continued to review listing of allowed names for accuracy and updated the investor database as necessary. | 2.50 130.00/hr | 325.00 |
| | SYS | Continued to review listing of allowed names for accuracy and updated the investor database as necessary. | 1.50 130.00/hr | 195.00 |
| | SSA | Addressed issues with Steve Cunningham's claim. | 0.20 275.00/hr | 55.00 |
| | SYS | Reviewed allowed name listing to ensure accuracy and updated the investor database as necessary. | 3.00 130.00/hr | 390.00 |
| 2/10/2009 | SYS | Continued to review listing of allowed names for accuracy and updated the investor database as necessary. | 2.50 130.00/hr | 325.00 |
| | SSA | Reviewed investor files, funds tracing database and other documents. Verified information in claims database. | 3.20 275.00/hr | 880.00 |
| | SYS | Continued to review listing of allowed names for accuracy and updated the investor database as necessary. | 1.40 130.00/hr | 182.00 |
| | FT | Prepared proofs of claim for investors who did not sign original claim form. | 2.40 150.00/hr | 360.00 |
| | SYS | Reviewed listing of allowed names for accuracy and updated the investor database as necessary. | 2.90 130.00/hr | 377.00 |
| 2/11/2009 | FT | Continued preparing proofs of claim for investors who did not sign original claim forms. | 3.50 150.00/hr | 525.00 |
| | SYS | Continued to review listing of allowed names regarding submitted claims to ensure accuracy and updated the investor database as necessary. | 3.00 130.00/hr | 390.00 |
| | SSA | Updated claims review database with additional objection comments and verified consistency of objections. | 3.00 275.00/hr | 825.00 |
| | SSA | Continued review of claim objections. Updated as necessary and verified calculations. | 2.80 275.00/hr | 770.00 |

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/11/2009 | SYS | Reviewed listing of allowed names regarding submitted claims to ensure accuracy and updated the investor database as necessary. | 3.00 130.00/hr | 390.00 |
| | SYS | Reviewed previously submitted investor claim forms and entered information captured from same into the investor database. | 0.40 130.00/hr | 52.00 |
| 2/12/2009 | SYS | Continued to review listing of allowed names regarding submitted claims to ensure accuracy and updated the investor database as necessary. | 0.50 130.00/hr | 65.00 |
| | SSA | Updated objection comments for claims determination notice. | 2.50 275.00/hr | 687.50 |
| | SYS | Reviewed allowed name listing to ensure accuracy and updated the investor database as necessary. | 2.00 130.00/hr | 260.00 |
| | JNH | Reviewed investor files for 1099's for name verification. Updated the database with same. | 1.60 110.00/hr | 176.00 |
| | SYS | Continued to review listing of allowed names for submitted claims to ensure accuracy and updated the investor database as necessary. | 3.00 130.00/hr | 390.00 |
| 2/13/2009 | SYS | Reviewed and prepared declarations to be forwarded to investors to be completed and returned to the Receiver's office prior to the release of distributions. | 1.50 130.00/hr | 195.00 |
| | SYS | Continued to review listing of allowed names to ensure accuracy and updated the investor database as necessary. | 2.90 130.00/hr | 377.00 |
| | SSA | Updated claim objections and verified calculations in investor database. | 2.30 275.00/hr | 632.50 |
| | SSA | Prepared report of claims requiring declarations. | 0.40 275.00/hr | 110.00 |
| | SSA | Reviewed claim issues and confirmed information objection information. | 2.90 275.00/hr | 797.50 |
| | SYS | Reviewed listing of allowed names to ensure accuracy and updated the investor database as necessary. | 2.00 130.00/hr | 260.00 |
| 2/16/2009 | SYS | Continued to review listing of allowed names to ensure accuracy and updated the investor database as necessary. | 1.50 130.00/hr | 195.00 |
| | JNH | Reviewed investor files for 1099's for name verification. Updated the database with same. | 1.90 110.00/hr | 209.00 |
| | SSA | Continued review of claim issues. | 2.70 275.00/hr | 742.50 |
| | SYS | Reviewed listing of allowed names to ensure accuracy and updated the investor database as necessary. | 2.00 130.00/hr | 260.00 |
| | SYS | Continued to review listing of allowed names to ensure accuracy and updated the investor database as necessary. | 3.00 130.00/hr | 390.00 |
| 2/17/2009 | FT | Researched for claims forms for investors that did not sign their original filed proof of claim. | 1.20 150.00/hr | 180.00 |
| | SYS | Continued to review listing of allowed names to ensure accuracy and updated the investor database as necessary. | 3.00 130.00/hr | 390.00 |
| | SYS | Reviewed and prepared investor declarations to be forwarded to several investors regarding various name issues. | 2.40 130.00/hr | 312.00 |
| 2/18/2009 | SYS | Continued to review and prepare declarations to be forwarded and completed by investors prior to the release of distributions as well as reviewed and organized declarations returned by sub-investors as necessary. | 2.40 130.00/hr | 312.00 |

**SEC v. Travis Correll et al** — Page 5

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/18/2009 | SSA | Reviewed claim issues with declarations. Prepared report for same. | 1.20 275.00/hr | 330.00 |
| | SYS | Reviewed and prepared investor declarations to be forwarded and completed by several investors prior to the completion of their allowed claims. | 2.00 130.00/hr | 260.00 |
| | SYS | Continued to review and prepare declarations to be forwarded and completed by investors prior to the release of distributions as well as reviewed and organized declarations returned by sub-investors as necessary. | 2.00 130.00/hr | 260.00 |
| 2/19/2009 | SSA | Prepared report of claims with remaining issues for further discussion and review. | 0.40 275.00/hr | 110.00 |
| | SSA | Reviewed claims to determine necessary declarations from investors. | 0.50 275.00/hr | 137.50 |
| | SSA | Continued researched on remaining unresolved claims. | 1.50 275.00/hr | 412.50 |
| | SYS | Reviewed listing of allowed names to ensure accuracy and updated the investor database as necessary. | 3.00 130.00/hr | 390.00 |
| | SYS | Continued to review allowed name listing and updated the investor database as necessary. | 3.00 130.00/hr | 390.00 |
| | SYS | Reviewed submitted investor claim forms and prepared declarations to be forwarded to investors where submitted claim forms were not signed. | 2.80 130.00/hr | 364.00 |
| 2/20/2009 | SSA | Telephone call to Steve Cunningham regarding ▆▆▆. | 0.10 275.00/hr | 27.50 |
| | SSA | Telephone call to Bill Arnold regarding ▆▆▆ Discussed ▆▆▆ with Shuwanda Sloane. Prepared various reports of same. | 1.80 275.00/hr | 495.00 |
| | SYS | Continued to review allowed name listing and updated the investor database as necessary. | 3.00 130.00/hr | 390.00 |
| | SYS | Reviewed listing of allowed names to ensure accuracy and updated the investor database and prepared investor declarations to be forwarded to investors as necessary. | 3.00 130.00/hr | 390.00 |
| 2/23/2009 | SYS | Continued to review submitted claim form information and prepared declarations to be forwarded to investors as necessary. | 2.40 130.00/hr | 312.00 |
| | SYS | Reviewed allowed names in the database and prepared declarations as necessary and processed Declarations previously forwarded to investors as well. | 2.70 130.00/hr | 351.00 |
| | SSA | Reviewed claims issues and prepared various reports in preparation for meeting with Bill Arnold regarding ▆▆▆ | 2.70 275.00/hr | 742.50 |
| | SSA | Traveled to and from offices of Troutman Sanders. Met with Bill Arnold regarding ▆▆▆ | 2.30 275.00/hr | 632.50 |
| 2/24/2009 | SSA | Continued review of entire population of filed claims and corresponding objections. Drafted notes for follow up and confirmation. | 2.00 275.00/hr | 550.00 |
| | SYS | Telephone calls to and from several investors inquiring about the status of Claim Determination Notices and followed up with same. | 1.00 130.00/hr | 130.00 |
| | SYS | Reviewed returned investor declarations and updated the investor as necessary with current information and prepared Declarations to be mailed with Claim Determination notices as well. | 3.00 130.00/hr | 390.00 |
| | SSA | Drafted email to Ralph Freeman regarding ▆▆▆ | 0.20 275.00/hr | 55.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/24/2009 | SSA | Researched information regarding Jan Rittenhouse claim. Drafted email to Michael Clark regarding ▓ | 0.30 275.00/hr | 82.50 |
|  | SSA | Reviewed entire population of filed claims and corresponding objections. Drafted notes for follow up and confirmation. | 2.80 275.00/hr | 770.00 |
|  | SYS | Continued to review and prepared declarations to be forwarded to investors as necessary. | 2.00 130.00/hr | 260.00 |
| 2/25/2009 | SYS | Reviewed listing of allowed claims and prepared accounting detail for same as necessary. | 3.00 130.00/hr | 390.00 |
|  | SYS | Reviewed email from investor requesting an address change and updated the investor database as necessary. | 0.10 130.00/hr | 13.00 |
|  | SYS | Reviewed email from investor requesting an address change and updated the investor database as necessary. | 0.10 130.00/hr | 13.00 |
|  | SSA | Updated claim objections as necessary for consistency and to reflect declarations. | 2.00 275.00/hr | 550.00 |
|  | SYS | Continued to review listing of allowed claims and prepared accounting detail for same as necessary. | 1.80 130.00/hr | 234.00 |
| 2/26/2009 | SSA | Telephone call from Bill Arnold regarding ▓ ▓ Updated database as appropriate. Drafted email to Bill Arnold regarding ▓ | 0.30 275.00/hr | 82.50 |
|  | SYS | Continued to review allowed claims report and prepared investor declarations as necessary and processed returned declarations previously forwarded as well. | 1.70 130.00/hr | 221.00 |
|  | SSA | Continued preparation of reconciliation statements for claim objections. | 1.10 275.00/hr | 302.50 |
|  | SSA | Prepared reconciliation statements for claim objections. | 3.00 275.00/hr | 825.00 |
|  | SSA | Prepared reconciliation spreadsheets for disputed claims. | 3.50 275.00/hr | 962.50 |
|  | SYS | Continued to review allowed claims report and prepared investor Declarations as necessary for same. | 2.50 130.00/hr | 325.00 |
|  | SYS | Reviewed allowed names in the database and prepared declarations as necessary to be forwarded to various investors and processed Declarations by investors as well into the database. | 3.00 130.00/hr | 390.00 |
| 2/27/2009 | SSA | Telephone call to Julie Fugitt regarding ▓ | 0.20 275.00/hr | 55.00 |
|  | SSA | Researched and resolved remaining unresolved claim issues. | 2.60 275.00/hr | 715.00 |
|  | SSA | Prepared and verified reconciliations for disputed claims. | 2.00 275.00/hr | 550.00 |
|  | SSA | Reviewed declaration issues and discussed ▓ with Shuwanda Sloane. | 0.50 275.00/hr | 137.50 |
|  | SYS | Reviewed allowed names in the database and prepared declarations as necessary to be forwarded to various investors in preparation of sending Claim Determination notices to same. | 2.50 130.00/hr | 325.00 |
|  | SYS | Continued to review allowed claims report and prepared investor Declarations as necessary for same. | 3.00 130.00/hr | 390.00 |
|  | SYS | Reviewed allowed names in the database and prepared declarations as necessary to be forwarded to various investors in preparation of sending Claim Determination notices to same and processed returned Declarations into the investor database as well. | 0.90 130.00/hr | 117.00 |
|  |  | Subtotal | 206.40 | 37,663.00 |

### Data Analysis

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/9/2009 | MCK | Reviewed and responded to emails regarding ▮▮▮ ▮▮▮▮▮▮▮▮▮▮. Telephone call to Clark Will regarding ▮▮▮ | 0.40 250.00/hr | 100.00 |
| 2/11/2009 | MCK | Prepared media and acquired forensic image of Robby Gowdey desktop drive. Prepared notes regarding process and verified MD5 value. | 1.80 250.00/hr | 450.00 |
| 2/12/2009 | MCK | Prepared forensic image and mounted using forensic software for further review and examination. Monitored process and prepared notes. | 2.20 250.00/hr | 550.00 |
| 2/16/2009 | MCK | Reviewed and researched forensic data recovered from Gowdey hard drive. Identified, indexed, and bookmarked relevant files per counsel's request. | 3.40 250.00/hr | 850.00 |
| | MCK | Continued to review and research forensic data per counsel's request. Identified relevant files and indexed and bookmarked for further review. | 2.90 250.00/hr | 725.00 |
| 2/17/2009 | MCK | Reviewed and examined forensic data recovered from hard drive. Identified, indexed, and bookmarked relevant files per counsel's request. Considered additional items for review and prepared notes. | 3.80 250.00/hr | 950.00 |
| 2/24/2009 | MCK | Prepared media and mounted image using updated version of forensic software for further analysis and investigation. | 2.20 250.00/hr | 550.00 |
| 2/25/2009 | MCK | Reviewed and examined new data recovered from Gowdey drive. Indexed and identified relevant files for further review by counsel and interested parties. | 1.90 250.00/hr | 475.00 |
| | | Subtotal | 18.60 | 4,650.00 |

### Fee / Employment Applications

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/11/2009 | SSA | Reviewed and edited fee invoice for January 2009. | 1.00 275.00/hr | 275.00 |
| | | Subtotal | 1.00 | 275.00 |

### Investor Communications and Reporting

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/3/2009 | SYS | Telephone calls from several sub-investors in response to recently forwarded investor declarations to same and followed up as necessary. | 1.00 130.00/hr | 130.00 |
| 2/4/2009 | SSA | Reviewed and responded to investor question regarding SIPC payments. | 0.20 275.00/hr | 55.00 |
| | SYS | Telephone calls from several sub-investors in response to recently forwarded investor declarations to same and followed up as necessary. | 0.70 130.00/hr | 91.00 |
| 2/5/2009 | SYS | Telephone calls from several sub-investors in response to recently forwarded investor declarations to same and followed up as necessary. | 0.70 130.00/hr | 91.00 |
| 2/6/2009 | SYS | Telephone calls to and from several investors inquiring about the forwarding of claim determination notices and followed up with same as necessary. | 0.90 130.00/hr | 117.00 |
| | SYS | Reviewed forwarded defendant accounting records and the investor database for accurate allowed names and updated same as necessary. | 2.00 130.00/hr | 260.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/11/2009 | SYS | Telephone calls to and from several investors inquiring about the status of distributions and followed up as necessary. | 0.50 130.00/hr | 65.00 |
| 2/17/2009 | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up as necessary. | 0.50 130.00/hr | 65.00 |
| | SYS | Reviewed voice mail messages from several investors inquiring about the forwarding of claim determination notices as well as distributions and referred same to company web site for information as necessary. | 0.50 130.00/hr | 65.00 |
| 2/25/2009 | SYS | Telephone calls to and from investors inquiring about the status of Claim Determination Notices and followed up as necessary. | 0.70 130.00/hr | 91.00 |
| | SYS | Telephone calls from several investors inquiring about the status of Claim Determination Notices and followed up with same as necessary. | 0.60 130.00/hr | 78.00 |
| 2/26/2009 | SYS | Telephone calls to and from investors inquiring about the status of Claim Determination Notices and followed up as necessary. | 0.50 130.00/hr | 65.00 |
| | | Subtotal | 8.80 | 1,173.00 |

### Litigation Consulting

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/9/2009 | SSA | Reviewed letter from Clark Will regarding ▮▮▮▮. Drafted email to Mark King regarding ▮▮. | 0.30 275.00/hr | 82.50 |
| 2/27/2009 | SSA | Reviewed various emails regarding Sentinel Partners litigation. | 0.40 275.00/hr | 110.00 |
| | | Subtotal | 0.70 | 192.50 |

### Tax Issues

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/4/2009 | REM | Researched and reviewed IRS agent information request with Eileen Castle. | 0.30 250.00/hr | 75.00 |
| | MEC | Read and responded to emails regarding amended 1099's prepared for TNT. Telephone call from IRS agent requesting supporting documentation. Researched issue, forwarded response to agent and followed up with a telephone call to ensure resolution. | 1.70 250.00/hr | 425.00 |
| 2/19/2009 | RFH | Researched Lexis-Nexis regarding whereabouts of specific company for delivery of tax documents. | 0.20 210.00/hr | 42.00 |
| 2/27/2009 | MEC | Researched and answered questions from Kathy Malek regarding ▮▮▮▮▮▮. | 0.30 250.00/hr | 75.00 |
| | | Subtotal | 2.50 | 617.00 |
| | | **For professional services rendered** | **240.20** | **$45,065.00** |

**SEC v. Travis Correll et al**  Page 9

Additional Charges :

| | | Amount |
|---|---|---:|
| | **Expenses** | |
| 2/4/2009 | Document storage/Document Depository per court order - February 2009 | 455.00 |
| 2/9/2009 | FedEx to Quilling Selander Cummiskey 1/13/09 | 16.06 |
| 2/12/2009 | Pacer on-line charges for period 10/1/08 - 12/31/08 | 56.88 |
| 2/23/2009 | FedEx to Mark King 2/9/09 | 16.39 |
| 2/25/2009 | Website update maintenance | 60.00 |
| 2/28/2009 | Copying cost for February 2009 (1802 copies at $0.15 per copy) | 270.30 |
| | Postage charges for February 2009. | 64.13 |
| | Fax charges for February 2009. | 0.50 |
| | Subtotal | 939.26 |
| | **Total costs** | **$939.26** |
| | **Total amount of this bill** | **$46,004.26** |