# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Rd NE
Ste 200
Atlanta, GA 30326-1420

| | |
|---|---|
| Invoice Date | 03/23/09 |
| Submitted by | J D Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 1184110 |
| File No. | 033287.000002 |

**RE:** Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/09 | $5,474.44 |
| Less Adjustments | - $1,078.25 |
| Total Fees | $4,396.19 |
| **Total Amount of This Invoice** | **$4,396.19** |

IN ACCOUNT WITH

Invoice Date 03/23/09
Invoice Number 1184110
File No. 033287.000002
Page 2

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 02/02/09 | MRA | Telephone conference with friends of family facilitator; fielded request from Internal Revenue Service Agent for documents from document depository and made arrangements to allow access to same | 0.4 |
| 02/02/09 | MRA | Draft review and revise fee application; email correspondence with Hays Financial Consulting and local counsel regarding ▮▮▮ conference with H. Cheshire regarding ▮▮▮<br>(1.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.1 |
| 02/02/09 | HC | Conference with B. Arnold regarding ▮▮▮<br>(0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 |
| 02/03/09 | MRA | Review and revise fee application; email correspondence with SEC and local counsel regarding ▮▮▮<br>(1.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.3 |
| 02/05/09 | MRA | Email correspondence with SEC and local counsel regarding ▮▮▮<br>(0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 02/06/09 | MRA | Review, revise, and file fee application; email correspondence to Hays Financial Consulting team regarding ▮▮▮<br>(0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.3 |
| 02/10/09 | MRA | Telephone conference with Internal Revenue Service Agent regarding ▮▮▮ | 0.4 |
| 02/11/09 | MRA | Arrange for Internal Revenue Service agents' electronic access to document depository | 0.2 |
| 02/12/09 | MRA | Email correspondence with local counsel regarding ▮▮▮<br>(0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 02/12/09 | MRA | Arrange for IRS Agent's electronic access to Correll document depository; email correspondence to Internal Revenue Service agent regarding ▮▮▮ | 0.3 |
| 02/13/09 | MRA | Email correspondence with Scott Askue regarding ▮▮▮<br>(0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 02/13/09 | MRA | Email correspondence with Internal Revenue Service agent regarding ▮▮▮ | 0.1 |
| 02/19/09 | MRA | Email correspondence with Scott Askue regarding ▮▮▮; review and analysis of Bankruptcy filing | 0.2 |

IN ACCOUNT WITH

Invoice Date 03/23/09
Invoice Number 1184110
File No. 033287.000002
Page 3

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 02/23/09 | MRA | Conference with S. Askue regarding ▮ preparation for conference with S. Askue; begin to draft status report in Ripley v. Correll, pending in the United States District Court in Minnesota | 2.0 |
| 02/24/09 | MRA | Review and revise status report in Ripley v. Correll, pending in the United States District Court in Minnesota; email correspondence with H. Cheshire regarding ▮ | 1.9 |
| 02/24/09 | HC | Review and edit status report | 0.3 |
| 02/25/09 | MRA | Review an analysis of claims issues; research regarding same; telephone conference with S. Askue regarding ▮ review and revise status report in Ripley v. Correll, pending in the United States District Court in Minnesota; file same | 2.8 |
| 02/25/09 | TBB | Discussion with Bill Arnold regarding ▮ | 0.3 |
| 02/25/09 | HC | Assist with preparation of status report in Minnesota action | 0.5 |
| 02/25/09 | JDD | Conference with Bill Arnold regarding ▮ | 0.3 |
| 02/26/09 | MRA | Review an analysis of claims issues; telephone conference with S. Askue regarding ▮ | 0.5 |
| 02/27/09 | MRA | Review an analysis of email correspondence regarding ▮ review an analysis of claims issues; telephone conference with S. Askue regarding ▮ conference with D. Dantzler regarding ▮ | 1.2 |
| 02/28/09 | MRA | Review an analysis of claims issues and draft claim determination notices; review an analysis of email correspondence regarding ▮ | 1.5 |

Total Hours 16.1

Total Fees 5,474.44

## TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

### TIMEKEEPER TIME SUMMARY THROUGH 02/28/09

| Name | Hours | Amount |
| --- | --- | --- |
| M R Arnold | 14.5 | 4,959.00 |
| T B Bosch | 0.3 | 109.73 |
| H Cheshire | 1.0 | 261.26 |
| J D Dantzler | 0.3 | 144.45 |