# EXHIBIT D



QUILLING · SELANDER · CUMMISKEY · LOWNDS

Federal ID #75-2459334

S. Gregory Hays
Special Counsel for Greg Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, Suite 750
Atlanta  GA  30326

Page: 1
02/28/2009
Client No:    911-0150M
Invoice No:       76124

Travis E. Correll, et al.

## ITEMIZED SERVICES BILL

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        | Hours |          |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 02/02/2009 | CBW | Email to Hayes regarding ▓▓▓▓ (.8); review of accountings on Thompson and Johnson and draft email to Baker (.9); review, revise, comment on 33 rd Fee Application (.6); email to Court personnel regarding ▓▓▓▓ (.5); email exchange with Baker (.5); update online accounts for Receiver accounts (.5); review and analysis of correspondence from Attorney Jenkins regarding ▓▓▓ (.3);                                                                                                                               | 4.10  | 1,435.00 |
| 02/03/2009 | CBW | Emails with court personnel regarding ▓▓▓▓ (.3); email with client regarding ▓▓▓▓ (.3); email to court and opponent regarding ▓▓▓▓ (.4); continue document review regarding Gowdey estate (1.2); review of tax documents received regarding oil and gas runs; draft correspondence to SA regarding ▓▓▓ (.9); emails with Arnold and Ralph Freeman (.3);                                                                                                                                                                 | 3.40  | 1,190.00 |
|            | MDC | Assist with compiling information and document backup necessary for mediation (Carlisle) (3.8); Research bank lien priority in receivership cases (3.9).                                                                                                                                                                                                                                                                                                                                                               | 7.70  | 2,233.00 |
| 02/04/2009 | CBW | Review of additional tax documents received; draft correspondence to SA forwarding ▓▓▓ (.6); email with court personnel regarding ▓▓▓▓ (.3); Telephone conference with Ralph S. Freeman regrding ▓▓▓▓ (.3); follow up with Court; email to TP and Ralph S. Freeman regarding ▓▓▓▓ (.3); review and analysis of documents for next fee filing (.4);                                                                                                                                                                      | 1.90  | 665.00   |
|            | MDC | Communications with Receiver team re ▓▓▓▓ (.6); Continue preparations for Carlisle mediation next month - review deposition transcripts and deposition exhibits for support of Receiver's positions (4.8).                                                                                                                                                                                                                                                                                                              | 5.40  | 1,566.00 |
| 02/05/2009 | CBW | Review of additional tax information and bills for Thompson and forward same to SA (.6); email with Phillippi regarding ▓▓▓▓ (.3); begin drafting settlement documents for Cadwell and for Bush (1.0); email with Phillippi (.3);                                                                                                                                                                                                                                                                                       | 2.20  | 770.00   |
|            | MDC | Phone calls from/to Idaho real estate agent to discuss ▓▓▓▓ (.4); Legal research on bank lien priority and interplay between bankruptcy secured                                                                                                                                                                                                                                                                                                                                                                         |       |          |

Bryan Tower  2001 Bryan St., Suite 1800  Dallas, TX 75201    ph. 214.871.2100  fx. 214.871.2111  www.qsclpc.com
A  PROFESSIONAL  CORPORATION    ATTORNEYS  AND  COUNSELORS

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 2
02/28/2009
Client No: 911-0150M
Invoice No: 76124

|  |  |  | Hours |  |
|---|---|---|---|---|

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | creditor/priority law and receivership equity principles (7.1). | 7.50 | 2,175.00 |
| 02/06/2009 | CBW | Conference with RSK regarding ▇▇▇▇ draft correspondence to Askue forwarding ▇▇ (.6); work on settlement documents in Cadwell (1.0); emails regarding ▇▇▇▇ (.3); emails regarding ▇▇▇▇ (.3); | 2.20 | 770.00 |
| | MDC | Meet with Ralph Freeman to ▇▇▇▇ (2.6); Review documents produced by title company that closed Carlisle land transaction (.9); Work on Sitton agreed judgment issues (1.4). | 4.90 | 1,421.00 |
| 02/09/2009 | CBW | Telephone conference with Mark King regarding ▇▇▇▇; email to Ralph S. Freeman regarding ▇▇ (.5); telephone conference with Ralph S. Freeman regarding ▇▇▇▇ (.5); email to Phillippi regarding ▇▇▇▇ (.3); office conference with Ralph S. Freeman regarding ▇▇▇▇ (.3); work on settlement documents for Cadwell (1.8); | 3.40 | 1,190.00 |
| | MDC | Continue working on Sitton agreed judgment matter and communicate with CBW re ▇▇ (1.6); Continue review and compilation of Lipan Bank documents and preparations for mediation (2.8); Begin outline for mediation statement due March 4 and confer with atty. Hudson Jobe re ▇▇ (2.5). | 6.90 | 2,001.00 |
| 02/10/2009 | CBW | Document review regarding Gowdey (.5); telephone conference with Ralph S. Freeman regarding ▇▇▇▇ (.3); email from SA and forward to Attorney Baker (.4); | 1.20 | 420.00 |
| | MDC | Communicate with Sitton counsel S. Ritcheson re ▇▇▇▇, and continue working on same (1.2); Continue working on outline for mediation statement/paper due on March 4 (3.5); Communicate with Receiver team re ▇▇ (.9). | 5.60 | 1,624.00 |
| 02/11/2009 | CBW | Email with Phillippi regarding ▇▇▇▇ (.3); work on documents in Carlisle (.3); emails with Ralph S. Freeman regarding ▇▇▇▇ (.3); | 0.90 | 315.00 |
| | MDC | Assist with filing of Sitton Agreed Judgment and e-mail to Sitton counsel re ▇▇ (.6); Work on Carlisle mediation paper issues and confer with Hudson Jobe re ▇▇▇▇ (3.4); Continue working with bank and Carlisle documents necessary for mediation (3.2); Communicate with CBW re ▇▇▇▇ (.3). | 7.50 | 2,175.00 |
| 02/12/2009 | CBW | Email from Attorney Baker and telephone conference with Ralph S. Freeman regarding ▇▇▇▇ | | |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 3
02/28/2009
Client No: 911-0150M
Invoice No: 76124

|            |     |                                                                                                                                                                                                                                                                                                                                                                | Hours |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | ████ (.4); emails with Ralph S. Freeman and Mark King regrding ████ (.3); email to Baker regarding ████ (.4); meet with Ralph S. Freeman and Michael D. Clark to ████ (.7); review and forward Ralph S. Freeman invoice for January (.4); | 2.20 | 770.00 |
|            | MDC | Work on identifying and separating Carlisle checks and bank records relating to homestead property and improvements, and discuss ██ with Ralph Freeman. | 8.20 | 2,378.00 |
| 02/13/2009 | CBW | Review and analysis of document request to FNBL's counsel regarding Carlisle loans (.5); draft letter to attorney Boyd regarding ████ (.5); review and respond to bone-headed email from Attorney Baker; telephone conference with Ralph S. Freeman regarding ██ (.6); review and respond to email from Attorney Baker (.5); email to Tim and Scott regarding ██ (.4); | 2.50 | 875.00 |
|            | MDC | Confer with CBW and Receiver team re ████, and review/consider documents on Baker clients (2.9); Review and confirm document request to Lipan Bank with RSF and CBW, and comment on same (.9); Legal research on bankruptcy code/case law relating to withdrawing reference and transfer of case to district court (4.3). | 8.10 | 2,349.00 |
| 02/16/2009 | CBW | Telephone conference with Ralph S. Freeman regarding ██ (.3); review of lengthy email from Gowdey and forward to team with comment (.6); telephone conference with Ralph S. Freeman regarding ██ (.3); | 1.20 | 420.00 |
|            | MDC | Discuss with CBW and RSF ████ and formulate list of same for RSF (2.1); Assist atty. Hudson Jobe with factual issues relating to mediation position paper (.9); Discuss ████ (Carlisle) with RSF (.8); Begin creating mediation exhibit notebooks and TOC (4.4). | 8.20 | 2,378.00 |
| 02/17/2009 | CBW | Emails regarding ████ (.5); telephone conference with Scott Askue (.4); email and telephone conference with Defendant. Dantzler regarding ████ (.4); file research regarding documents requested from Scott Baker (1.2); emails with Scott Askue and Ralph S. Freeman regarding ████ (.4); update oil and gas revenue checks and update ledgers and deposits (1.2); | 4.10 | 1,435.00 |
|            | MDC | Continue review of Lipan Bank and Carlisle bank records and loan documents and preparing mediation exhibit notebooks, and confer with RSF re ████ | 7.90 | 2,291.00 |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 4
02/28/2009
Client No: 911-0150M
Invoice No: 76124

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/18/2009 | CBW | Telephone conference with Ralph S. Freeman regarding ▓▓▓ (.4); review email from Court regarding ▓▓▓, and conference with Michael D. Clark regarding ▓▓▓ (.4); email to Scott and DD regarding ▓▓▓ (.7); working on settlement agreements with Bush and OST (1.5); | 3.00 | 1,050.00 |
| | MDC | E-mails to/from Lori Bates re ▓▓▓, and confer with Receiver team re ▓▓▓ (.9); Phone call to Lori Bates and court clerk re ▓▓▓ (.4); Continue working with documents needed for Carlisle mediation and mediation paper, including researching bank lien priority issues (6.5). | 7.80 | 2,262.00 |
| 02/19/2009 | CBW | Telephone conference with DDR regarding ▓▓▓ (.4); document search regarding Johnson (1.0); | 1.40 | 490.00 |
| | MDC | Continue preparing Carlisle mediation exhibit notebooks and assisting with mediation statement/paper matters (6.8); Communications with RSF and Hudson Jobe re ▓▓▓ (.8). | 7.60 | 2,204.00 |
| 02/20/2009 | CBW | Telephone conference with Brad Boyd regarding ▓▓▓ (.3); begin working on mediation paper for Carlisle (.8); work on Bush settlement docs (.8); | 1.90 | 665.00 |
| | MDC | Continue working on mediation statement, facts and discuss ▓▓▓ with Hudson Jobe (3.3); Continue preparations for mediation - gathering and documenting exhibits and cross-check same with deposition exhibit lists and exhibit lists for Receiver's pending bankruptcy motions (2.6). | 5.90 | 1,711.00 |
| 02/23/2009 | CBW | Work on mediation position paper in Carlisle (.5); pay oil and gas taxes on various Thompson/TNT wells (1.0); | 1.50 | 525.00 |
| | MDC | Communicate with RSF re ▓▓▓ and review of same when received (.3); Work on mediation exhibit notebooks (1.2). | 1.50 | 435.00 |
| 02/24/2009 | CBW | Telephone conference with Ralph S. Freeman regarding ▓▓▓ (.3); telephone conference with DDR regarding ▓▓▓ (.3); emails with SA regarding ▓▓▓ (.3) work on Carlisle mediation paper (2.2); emails with SR and SA regarding ▓▓▓ | 3.60 | 1,260.00 |
| | MDC | Continue assisting with Carlisle mediation paper and exhibit compilation/sorting (4.2); Review investor claims records and e-mails from/to Sitton's counsel and Receiver team in Atlanta re ▓▓▓ (.5). | 4.70 | 1,363.00 |
| 02/25/2009 | CBW | Review and analysis of documents received from | | |

Special Counsel for Greg Hays
Travis E. Correll, et al.

Page: 5
02/28/2009
Client No: 911-0150M
Invoice No: 76124

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | FNBL (1.3); email to Todd Phillippi regarding ▓ (.3); meet with Ralph S. Freeman regarding ▓ (.5); finalize Bush settlement documents (2.4); follow up email from Phillippi (.2); initial review and analysis of documents received from Solis (.9); | 5.60 | 1,960.00 |
|  | HMJ | Review draft of mediation material and prepare initial comments thereto, outline matters for mediation and review of file material. | 1.00 | 225.00 |
|  | MDC | Receive and begin review of additional Lipan Bank records received from bank counsel B. Boyd, and communicate re ▓ with RSF. | 4.30 | 1,247.00 |
| 02/26/2009 | CBW | Continued review and analysis of documents and materials in preparation for mediation (1.0); | 1.00 | 350.00 |
|  | MDC | Continue review of new document production from Lipan Bank and discuss ▓ with RSF, and work on incorporating same into existing mediation exhibit notebooks and calculations. | 7.20 | 2,088.00 |
| 02/27/2009 | CBW | Continue work on document review and preparation for mediation paper and mediation in Carlisle (1.3); telephone conference with Texas Comptroller's Office regarding ▓ (.3); | 1.60 | 560.00 |
|  | MDC | Review Stipulated Facts for Mediation document prepared by CBW and comment on same (.8); Continue working on review/sorting of additional document production by Lipan Bank and confer with RSF re ▓ (6.6). | 7.40 | 2,146.00 |
|  |  | For Current Services Rendered | 174.20 | 53,387.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Michael D. Clark | 124.30 | $290.00 | $36,047.00 |
| Clark B. Will | 48.90 | 350.00 | 17,115.00 |
| Hudson M. Jobe | 1.00 | 225.00 | 225.00 |

| | |
|---|---|
| Long-Distance Telephone | 4.26 |
| Express Mail Service | 29.26 |
| Paid to Copy Solutions for outside photocopy services/Invoice #57045 | 781.87 |
| Photocopies | 100.00 |
| Total Expenses Thru 02/28/2009 | 915.39 |
| Total Current Work | 54,302.39 |
| Balance Due | $54,302.39 |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 6
02/28/2009
Client No: 911-0150M
Invoice No: 76124

Special Counsel for Greg Hays

Travis E. Correll, et al.

02/28/2009
Client No: 911-0150M
Invoice No: 76124