# EXHIBIT E

# BRAY & FREEMAN, L.P. License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone # 817-688-6186
Fax # 888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 2/28/2009 | 6421 |
| TIN #04-3759685 ||

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 2/2/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - COMMUNICATION WITH GOWDEY ESTATE PARTIES | 2 | 100.00 | 200.00 |
| 2/3/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - COMMUNICATION WITH CBW RE: ███████, PREP OF CARLISLE DOCUMENTS RE: MEDIATION | 2.5 | 100.00 | 250.00 |
| 2/4/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW RE: ███████ | 2 | 100.00 | 200.00 |
| 2/5/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREP OF DOCS IN BUSH SETTLEMENT | 1.5 | 100.00 | 150.00 |
| 2/6/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - DEVELOP SEARCH CRITERIA FOR GOWDEY HARD DRIVE; MEETING WITH MDC RE: ███████ | 5 | 100.00 | 500.00 |
| 2/9/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETINGS WITH CBW RE: ███████ REVIEW OF LIPAN DOCUMENT REQUEST | 5 | 100.00 | 500.00 |
| 2/10/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - DOCUMENT REVIEW WITH CBW RE: GOWDEY; PREP FOR CARLISLE MEDIATION | 2.5 | 100.00 | 250.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #  817-688-6186
Fax #  888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 2/28/2009 | 6421 |
| TIN #04-3759685 ||

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 2/11/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - E-MAILS & MEETINGS WITH CBW & MDC RE: ▇ | 2.5 | 100.00 | 250.00 |
| 2/12/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCES & MEETINGS WITH CBW & MDC RE: ▇ | 5.5 | 100.00 | 550.00 |
| 2/13/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW RE: ▇ COMMUNICATION WITH MDC RE: ▇ | 4.5 | 100.00 | 450.00 |
| 2/16/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - COMMUNICATIONS WITH GOWDEY PARTIES & CBW RE: ▇ TIME LINE MEDIATION PREP WITH MDC RE: CARLISLE | 6 | 100.00 | 600.00 |
| 2/17/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - E-MAILS & COMMUNICATION WITH CBW RE: ▇ CARLISLE PREP WITH MDC | 4 | 100.00 | 400.00 |
| 2/18/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW & DOCUMENT PREP WITH MDC RE: ▇ | 5 | 100.00 | 500.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P. License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #   817-688-6186
Fax #     888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 2/28/2009 | 6421 |
| TIN #04-3759685 ||

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
| | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 2/19/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH MDC RE: ▮ | 1 | 100.00 | 100.00 |
| 2/20/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREP FOR CARLISLE DEPOSITION; NOTEBOOK PREP | 3.5 | 100.00 | 350.00 |
| 2/23/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - LIPAN RECORDS REQUEST PREP | 2.5 | 100.00 | 250.00 |
| 2/24/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW RE: ▮ SEARCH FOR DOCUMENTS | 3.5 | 100.00 | 350.00 |
| 2/25/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF ADDITIONAL LIPAN BANK DOCUMENTS | 4.5 | 100.00 | 450.00 |
| 2/26/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF ADDITIONAL LIPAN BANK PRODUCTION | 5 | 100.00 | 500.00 |
| 2/27/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - DOCUMENT PREP WITH MDC RE: CARLISLE | 5 | 100.00 | 500.00 |
| 2/28/2009 | MILEAGE | EXPENSES INVESTIGATOR 430 - MILEAGE | 145 | 0.65 | 94.25 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | $7,394.25 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $7,394.25 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $7,394.25 |