# EXHIBIT A

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
3343 Peachtree Road, NE
**Suite 200**
**Atlanta GA 30326**

**Receiver**
**For the Period from    1/1/2009    to   1/31/2009**

February 11, 2009

Professional Services

|  | <u>Hrs/Rate</u> | <u>Amount</u> |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 0.20<br>375.00/hr | 75.00 |
| **For professional services rendered** | **0.20** | **$75.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    1/1/2009   to   1/31/2009**

February 11, 2009

Professional Services

| | Hours | Amount |
|---|---:|---:|
| Case Administration | 0.20 | 75.00 |
| **For professional services rendered** | **0.20** | **$75.00** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from     1/1/2009   to   1/31/2009**

February 11, 2009

Professional Services

|  |  | <u>Hrs/Rate</u> | <u>Amount</u> |
|---|---|---:|---:|
| | **<u>Case Administration</u>** | | |
| 1/10/2009 SGH | Reviewed December billing for Receiver and Accountants to Receiver. | 0.20<br>375.00/hr | 75.00 |
| | Subtotal | 0.20 | 75.00 |
| | **For professional services rendered** | **0.20** | **$75.00** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from    2/1/2009   to   2/28/2009**

March 11, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 0.30<br>375.00/hr | 112.50 |
| **For professional services rendered** | **0.30** | **$112.50** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from   2/1/2009   to   2/28/2009**

March 11, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Case Administration | 0.30 | 112.50 |
| **For professional services rendered** | **0.30** | **$112.50** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from 2/1/2009 to 2/28/2009**

March 11, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| **Case Administration** | | |
| 2/10/2009 SGH  Reviewed banking and bonding issues. | 0.30<br>375.00/hr | 112.50 |
| Subtotal | 0.30 | 112.50 |
| **For professional services rendered** | **0.30** | **$112.50** |