# EXHIBIT B

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from    1/1/2009   to   1/31/2009**

February 11, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| J. Colt Conner, CFE | 0.20<br>110.00/hr | 22.00 |
| Kathryn A. Malek, PHR | 0.20<br>170.00/hr | 34.00 |
| Scott S. Askue, CIRA | 2.70<br>275.00/hr | 742.50 |
| **For professional services rendered** | **3.10** | **$798.50** |

Additional Charges :

| Postage | 0.42 |
|---|---:|
| **Total costs** | **$0.42** |

| **Total amount of this bill** | **$798.92** |
|---|---:|

---

CCE - Certified Computer Examiner                     CPA - Certified Public Accountant
CFE - Certified Fraud Examiner                              CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor      PHR - Professional in Human Resources

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

For the Period from   1/1/2009   to   1/31/2009

February 11, 2009

Professional Services

|  | Hours | Amount |
|---|---|---|
| Accounting | 0.20 | 34.00 |
| Case Administration | 0.50 | 104.50 |
| Claims Administration & Objections | 1.00 | 275.00 |
| Fee / Employment Applications | 0.60 | 165.00 |
| Plan & Disclosure Statement | 0.80 | 220.00 |
| **For professional services rendered** | **3.10** | **$798.50** |

Additional Charges :

| | |
|---|---|
| Postage | 0.42 |
| **Total costs** | **$0.42** |

| | |
|---|---|
| **Total amount of this bill** | **$798.92** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

### Accountants and Financial Consultants to the Receiver

### For the Period from 1/1/2009 to 1/31/2009

February 11, 2009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Accounting** | | | | |
| 1/29/2009 | KAM | Researched payments made in 2008. Prepared 1 Form 1099 and distributed. | 0.20 170.00/hr | 34.00 |
| | | Subtotal | 0.20 | 34.00 |
| **Case Administration** | | | | |
| 1/7/2009 | SSA | Reviewed and responded to email from David Dantzler regarding ▮. | 0.30 275.00/hr | 82.50 |
| 1/14/2009 | JCC | Fowarded documents to website manager to be added to the HFC website. | 0.20 110.00/hr | 22.00 |
| | | Subtotal | 0.50 | 104.50 |
| **Claims Administration & Objections** | | | | |
| 1/19/2009 | SSA | Reviewed and reconciled claim issues. Drafted comments and objections on same. | 1.00 275.00/hr | 275.00 |
| | | Subtotal | 1.00 | 275.00 |
| **Fee / Employment Applications** | | | | |
| 1/7/2009 | SSA | Reviewed and edited fee invoice for December 2008. | 0.40 275.00/hr | 110.00 |
| 1/12/2009 | SSA | Reviewed and approved final December invoices. Drafted email to Bill Arnold regarding ▮ | 0.20 275.00/hr | 55.00 |
| | | Subtotal | 0.60 | 165.00 |
| **Plan & Disclosure Statement** | | | | |
| 1/9/2009 | SSA | Telephone call from Bill Arnold regarding ▮ ▮. Reviewed ▮ presented by Mr. Fee. | 0.80 275.00/hr | 220.00 |
| | | Subtotal | 0.80 | 220.00 |

SEC v. Global Finance et al.                                    Page        2

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 3.10 | $798.50 |

Additional Charges :

**Expenses**

| | | |
|---|---|---|
| 1/31/2009 Postage charges for January 2009. | | 0.42 |
| Subtotal | | 0.42 |
| **Total costs** | | **$0.42** |
| **Total amount of this bill** | | **$798.92** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

## Accountants and Financial Consultants to the Receiver
### For the Period from 2/1/2009 to 2/28/2009

March 11, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Kathryn A. Malek, PHR | 0.30<br>170.00/hr | 51.00 |
| Scott S. Askue, CIRA | 30.10<br>275.00/hr | 8,277.50 |
| Shuwanda Y. Sloane, CFE | 5.70<br>130.00/hr | 741.00 |
| **For professional services rendered** | **36.10** | **$9,069.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 9.60 |
| Miscellaneous | 60.00 |
| Pacer Charges | 6.80 |
| **Total costs** | **$76.40** |
| **Total amount of this bill** | **$9,145.90** |

---

CCE - Certified Computer Examiner  
CFE - Certified Fraud Examiner  
CIRA - Certified Insolvency and Restructuring Advisor  

CPA - Certified Public Accountant  
CTP - Certified Turnaround Professional  
PHR - Professional in Human Resources

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

For the Period from    2/1/2009   to   2/28/2009

March 11, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 0.30 | 51.00 |
| Claims Administration & Objections | 33.80 | 8,715.00 |
| Fee / Employment Applications | 0.30 | 82.50 |
| Investor Communications and Reporting | 1.70 | 221.00 |
| **For professional services rendered** | **36.10** | **$9,069.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 9.60 |
| Miscellaneous | 60.00 |
| Pacer Charges | 6.80 |
| **Total costs** | **$76.40** |

| | |
|---|---:|
| **Total amount of this bill** | **$9,145.90** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

Accountants and Financial Consultants to the Receiver

For the Period from 2/1/2009 to 2/28/2009

March 11, 2009

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Accounting** | | | | |
| 2/27/2009 | KAM | Prepared 1096 form and sent with 2008 Forms 1099 to the Internal Revenue Service. | 0.30<br>170.00/hr | 51.00 |
| | | Subtotal | 0.30 | 51.00 |
| **Claims Administration & Objections** | | | | |
| 2/3/2009 | SSA | Reviewed claim issues. Recorded notes on claim objections for claims moved from SEC. v Correll case. | 1.50<br>275.00/hr | 412.50 |
| 2/5/2009 | SSA | Reviewed objection comments and edited as necessary. | 1.80<br>275.00/hr | 495.00 |
| 2/16/2009 | SSA | Reviewed issues claims filed in both this case and the SEC vs. Travis Correll case. | 2.40<br>275.00/hr | 660.00 |
| 2/17/2009 | SSA | Reviewed filed proofs of claim. Compared to claims filed in SEC v. Correll case for overlap and proper treatment. Updated comments as necessary. | 3.00<br>275.00/hr | 825.00 |
| | SSA | Continued review of filed proofs of claim. Compared to claims filed in SEC v. Correll case for overlap and proper treatment. Updated comments as necessary. | 2.50<br>275.00/hr | 687.50 |
| | SSA | Reviewed and responded to Bill Arnold regarding ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. | 0.20<br>275.00/hr | 55.00 |
| 2/18/2009 | SSA | Verified data on final claims report. Updated as necessary. | 3.00<br>275.00/hr | 825.00 |
| | SSA | Continued reviewed of claim files, verify data and editing objection comments. | 2.40<br>275.00/hr | 660.00 |
| 2/19/2009 | SSA | Reviewed claims to determine necessary declarations from investors. | 0.50<br>275.00/hr | 137.50 |
| | SSA | Reviewed filed claim and drafted objection and allowance comments. Researched as necessary. | 3.40<br>275.00/hr | 935.00 |
| | SSA | Continued researched on remaining unresolved claims. | 1.50<br>275.00/hr | 412.50 |
| 2/20/2009 | SSA | Prepared and edited report of claim objections. | 1.00<br>275.00/hr | 275.00 |
| 2/23/2009 | SSA | Traveled to and from offices of Troutman Sanders. Met with Bill Arnold regarding ▇▇▇▇▇▇▇▇▇▇▇▇. | 1.30<br>275.00/hr | 357.50 |
| | SYS | Reviewed submitted investor claim forms and prepared declarations to be forwarded to investors as necessary. | 1.50<br>130.00/hr | 195.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/23/2009 | SSA | Prepared various reports and reviewed specific claim issues relating to same in preparation for meeting with Bill Arnold. | 1.80<br>275.00/hr | 495.00 |
| 2/24/2009 | SYS | Reviewed submitted claim forms and prepared declarations to be forwarded to investors as necessary. | 1.00<br>130.00/hr | 130.00 |
|  | SSA | Drafted claims determination letter to select investors. | 1.00<br>275.00/hr | 275.00 |
| 2/25/2009 | SSA | Updated claim objections as necessary for consistency and to reflect declarations. | 1.70<br>275.00/hr | 467.50 |
| 2/26/2009 | SSA | Telephone call from Bill Arnold regarding ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇) Updated database as appropriate. Drafted email to Bill Arnold regarding ▇▇▇ | 0.30<br>275.00/hr | 82.50 |
| 2/27/2009 | SSA | Telephone call from Bill Arnold regarding ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇) Updated same. | 0.50<br>275.00/hr | 137.50 |
|  | SYS | Reviewed allowed claims report and prepared Declarations for various claimants in preparation of sending Claim Determination notices to same. | 1.50<br>130.00/hr | 195.00 |
|  |  | Subtotal | 33.80 | 8,715.00 |

### Fee / Employment Applications

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/10/2009 | SSA | Reviewed and edited fee invoice for January 2009. | 0.30<br>275.00/hr | 82.50 |
|  |  | Subtotal | 0.30 | 82.50 |

### Investor Communications and Reporting

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/24/2009 | SYS | Telephone calls to and from investors inquiring about the status of Claim Determination notices and followed up with same. | 0.30<br>130.00/hr | 39.00 |
| 2/25/2009 | SYS | Telephone calls to and from several investors inquiring about the status of forwarded Claims Determination notices and followed up with same. | 0.70<br>130.00/hr | 91.00 |
|  | SYS | Telephone calls to and from investors inquiring about the status of Claim Determination Notices and followed up as necessary. | 0.70<br>130.00/hr | 91.00 |
|  |  | Subtotal | 1.70 | 221.00 |
|  |  | **For professional services rendered** | **36.10** | **$9,069.50** |

Additional Charges :

### Expenses

| | | Amount |
|---|---|---|
| 2/12/2009 | Pacer on-line charges for period 10/1/08 - 12/31/08 | 6.80 |
| 2/25/2009 | Website update maintenance | 60.00 |
| 2/28/2009 | Copying cost for February 2009. | 9.60 |
|  | Subtotal | 76.40 |
|  | **Total costs** | **$76.40** |

| | Amount |
|---|---|
| **Total amount of this bill** | $9,145.90 |