# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 02/23/09 |
| Attn: Mr. S. Gregory Hays | Submitted by | J D Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1179381 |
| Atlanta, GA 30326-1420 | File No. | 033287.000007 |

RE: Receiver - Global Finance & Investments, Inc., et. al

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/09 | $615.60 |
| Less Adjustments | - $68.40 |
| Total Fees | $547.20 |
| Costs and Expenses Through 01/31/09 | $-160.00 |
| **Total Amount of This Invoice** | **$387.20** |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/23/09
Invoice Number 1179381
File No. 033287.000007
Page 2

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/09

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 01/05/09 | MRA | Email correspondence with Greg Hays regarding ███ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 | 34.20 |
| 01/08/09 | MRA | Email correspondence with investor regarding ███; review of Investor's claims; email correspondence with Shuwanda Sloan regarding ███ | 0.1 | 34.20 |
| 01/13/09 | MRA | Collection and organization of materials for next fee application (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 | 34.20 |
| 01/15/09 | MRA | Field telephone call from investor regarding ███ analysis of investor's claim and potential issues therewith; telephone conference with Scott Askue regarding ███ | 1.0 | 342.00 |
| 01/18/09 | MRA | Email correspondence with Greg Hays regarding ███ | 0.1 | 34.20 |
| 01/19/09 | MRA | Email correspondence with Receiver regarding ███ | 0.1 | 34.20 |
| 01/26/09 | MRA | Email correspondence with investor regarding ███ | 0.1 | 34.20 |
| 01/30/09 | MRA | Telephone conference with Scott Askue regarding ███ telephone calls to investor | 0.2 | 68.40 |
| | | Totals | 1.8 | 615.60 |
| | | Less Adjustment | | - 68.40 |
| | | Total Fees | | $547.20 |

## TIMEKEEPER TIME SUMMARY THROUGH 01/31/09

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| MRA | Arnold | 1.8 | 342.00 | 615.60 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/23/09
Invoice Number 1179381
File No. 033287.000007
Page 3

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/09

| Date | Description | Amount |
|---|---|---|
| 01/27/09 | Outside Courier Services – Cancellation of: PAYEE: D'Angelo, Michael; REQUEST#: 206921; DATE: 1/3/2008. Witness fee. | -60.00 |
| 01/27/09 | Witness Fees & Expenses – Cancellation of: PAYEE: Milden, Stephen P.; REQUEST#: 203690; DATE: 12/10/2007. Witness fee | -50.00 |
| 01/27/09 | Witness Fees & Expenses – Cancellation of: PAYEE: Wells Ventures, LLC; REQUEST#: 203691; DATE: 12/10/2007. Witness fee | -50.00 |
| | Total: | -160.00 |
| | Total Fees & Costs: | $387.20 |

# Troutman Sanders LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(404) 885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 03/23/09 |
| Attn: Mr. S. Gregory Hays | Submitted by | J D Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1184114 |
| Atlanta, GA 30326-1420 | File No. | 033287.000007 |

RE: Receiver - Global Finance & Investments, Inc., et. al

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/09 | $2,627.10 |
| Less Adjustments | - $581.40 |
| Total Fees | $2,045.70 |
| **Total Amount of This Invoice** | **$2,045.70** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 03/23/09
Invoice Number 1184114
File No. 033287.000007
Page 2

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest, et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/09**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 02/02/09 | MRA | Telephone conference with investor; review and analysis of outstanding issues, including possible collections from recipients of proceeds of the fraud | 0.6 | 205.20 |
| 02/03/09 | MRA | Draft, review and revise fee application; email correspondence to Hays Financial Consulting team regarding ▮ (0.8, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.8 | 273.60 |
| 02/04/09 | MRA | Review and revise fee application (0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 | 68.40 |
| 02/06/09 | MRA | Review and revise fee application; email correspondence with Hays Financial Consulting team regarding ▮ email correspondence to SEC regarding ▮ (0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.3 | 102.60 |
| 02/10/09 | MRA | Review, revise, and file fee application; email correspondence with Hays Financial Consulting regarding ▮ email correspondence to SEC regarding ▮; email correspondence from SEC regarding ▮ (0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.3 | 102.60 |
| 02/13/09 | MRA | Email correspondence with Scott Askue regarding ▮ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 | 34.20 |
| 02/17/09 | MRA | Email correspondence with David Dantzler, investor and Scott Askue regarding ▮ | 0.2 | 68.40 |
| 02/19/09 | MRA | Telephone conference with T. McCole at SEC regarding ▮ telephone conference with Scott Askue regarding ▮ | 0.2 | 68.40 |
| 02/20/09 | MRA | Telephone call from T. McCole at SEC regarding ▮ telephone conference with Scott Askue regarding ▮ | 0.2 | 68.40 |
| 02/23/09 | MRA | Conference with S. Askue regarding ▮ preparation for same | 1.4 | 478.80 |
| 02/24/09 | MRA | Email correspondence with investor; email correspondence with S. Askue regarding ▮ | 0.6 | 205.20 |
| 02/25/09 | MRA | Review an analysis of claims issues; research regarding | 1.5 | 513.00 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 03/23/09
Invoice Number 1184114
File No. 033287.000007
Page 3

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/09

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | same; telephone conference with S. Askue regarding | | |
| 02/25/09 | JDD | Conference with Bill Arnold regarding | 0.2 | 96.30 |
| 02/26/09 | MRA | Review an analysis of claims issues; review an analysis of declaration to send to claimants with joint account issues; telephone conference and email correspondence with S. Askue regarding email correspondence with investor | 0.5 | 171.00 |
| 02/28/09 | MRA | Review an analysis of claims issues and draft claim determination notices | 0.5 | 171.00 |
| | | Totals | 7.6 | 2,627.10 |

### TIMEKEEPER TIME SUMMARY THROUGH 02/28/09

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| MRA | Arnold | 7.4 | 342.00 | 2,530.80 |
| JDD | Dantzler | 0.2 | 481.50 | 96.30 |