# EXHIBIT A

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**
For the Period from 3/1/2009 to 3/31/2009

April 14, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 5.90 | 2,212.50 |
|  | 375.00/hr |  |
| **For professional services rendered** | **5.90** | **$2,212.50** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from   3/1/2009   to   3/31/2009**

April 14, 2009

Professional Services

|  | Hours | Amount |
|---|---|---|
| Accounting | 0.90 | 337.50 |
| Asset Disposition | 0.30 | 112.50 |
| Case Administration | 2.20 | 825.00 |
| Claims Administration & Objections | 0.20 | 75.00 |
| Fee / Employment Applications | 1.30 | 487.50 |
| Litigation Consulting | 0.70 | 262.50 |
| Tax Issues | 0.30 | 112.50 |
| **For professional services rendered** | **5.90** | **$2,212.50** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

Receiver

For the Period from   3/1/2009   to   3/31/2009

April 14, 2009

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Accounting** | | | | |
| 3/5/2009 | SGH | Reviewed February bank statement reconciliation and reviewed cancelled checks. | 0.30 375.00/hr | 112.50 |
| 3/10/2009 | SGH | Reviewed February bank account reconciliation reports. | 0.30 375.00/hr | 112.50 |
| 3/30/2009 | SGH | Reviewed February bank account reconciliation reports. | 0.30 375.00/hr | 112.50 |
| | | Subtotal | 0.90 | 337.50 |
| **Asset Disposition** | | | | |
| 3/5/2009 | SGH | Reviewed and responded to emails regarding sale of Idaho condominium. | 0.30 375.00/hr | 112.50 |
| | | Subtotal | 0.30 | 112.50 |
| **Case Administration** | | | | |
| 3/4/2009 | SGH | Reviewed and responded to emails from counsel. | 0.50 375.00/hr | 187.50 |
| | SGH | Reviewed correspondence regarding the Sentinel litigation. Reviewed and responded to emails from counsel regarding ▮ | 0.50 375.00/hr | 187.50 |
| 3/6/2009 | SGH | Reviewed correspondence regarding the claims determination notices being mailed today. | 0.30 375.00/hr | 112.50 |
| | SGH | Reviewed and responded to emails from counsel. | 0.30 375.00/hr | 112.50 |
| 3/18/2009 | SGH | Drafted email to Clark Will regarding ▮ | 0.30 375.00/hr | 112.50 |
| 3/26/2009 | SGH | Reviewed email from Clark Will regarding ▮ | 0.30 375.00/hr | 112.50 |
| | | Subtotal | 2.20 | 825.00 |
| **Claims Administration & Objections** | | | | |
| 3/18/2009 | SGH | Reviewed issues regarding mailing of claim determination notices. | 0.20 375.00/hr | 75.00 |
| | | Subtotal | 0.20 | 75.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Fee / Employment Applications** | | | | |
| 3/5/2009 | SGH | Reviewed February billing from Quilling, Selander for $54,302. Drafted email to Clark Will. Telephone call to David Dantzler regarding ▮▮▮ Discussed pending matters in the case and the sale of the Idaho condominium. | 0.60 375.00/hr | 225.00 |
| 3/6/2009 | SGH | Reviewed the fee application and attachments to be filed with the court. Drafted email to Bill Arnold regarding ▮▮▮ | 0.30 375.00/hr | 112.50 |
| 3/19/2009 | SGH | Reviewed billing for February for Trustee and Accountants to Trustee. | 0.40 375.00/hr | 150.00 |
| | | Subtotal | 1.30 | 487.50 |
| **Litigation Consulting** | | | | |
| 3/4/2009 | SGH | Reviewed and responded to emails regarding the Carlisle mediation. Reviewed meditation paper and related documents. Drafted emails regarding the litigation settlement strategy for the mediation. | 0.70 375.00/hr | 262.50 |
| | | Subtotal | 0.70 | 262.50 |
| **Tax Issues** | | | | |
| 3/24/2009 | SGH | Reviewed and responded to email regarding tax issues. Considered issues. | 0.30 375.00/hr | 112.50 |
| | | Subtotal | 0.30 | 112.50 |
| | | **For professional services rendered** | **5.90** | **$2,212.50** |