# EXHIBIT B

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

For the Period from 3/1/2009 to 3/31/2009

April 14, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Dick Atcheson | 1.30 | 325.00 |
|  | 250.00/hr |  |
| Dwaine A. Butler | 0.40 | 44.00 |
|  | 110.00/hr |  |
| Fred Tulley | 4.60 | 690.00 |
|  | 150.00/hr |  |
| Julie N. Hentosz, CFE | 0.20 | 22.00 |
|  | 110.00/hr |  |
| Kathryn A. Malek, PHR | 0.80 | 136.00 |
|  | 170.00/hr |  |
| Mark C. King, CTP, CCE | 22.10 | 5,525.00 |
|  | 250.00/hr |  |
| Richard F. Hunter, CFE | 0.80 | 168.00 |
|  | 210.00/hr |  |
| Robert E. Meehan, CPA | 1.50 | 375.00 |
|  | 250.00/hr |  |
| Scott S. Askue, CIRA | 74.40 | 20,460.00 |
|  | 275.00/hr |  |
| Shuwanda Y. Sloane, CFE | 145.60 | 18,928.00 |
|  | 130.00/hr |  |
| **For professional services rendered** | **251.70** | **$46,673.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 30.30 |
| Document Storage | 455.00 |
| Expense Reports | 2.05 |
| Fax | 11.00 |
| Federal Express | 32.60 |
| Lexis | 8.07 |
| Miscellaneous | 40.00 |
| Postage | 47.32 |
| **Total costs** | **$626.34** |

| | |
|---|---:|
| **Total amount of this bill** | **$47,299.34** |

---

CCE - Certified Computer Examiner  
CFE - Certified Fraud Examiner  
CIRA - Certified Insolvency and Restructuring Advisor  
CPA - Certified Public Accountant  
CTP - Certified Turnaround Professional  
PHR - Professional in Human Resources

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from 3/1/2009 to 3/31/2009**

April 14, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 0.20 | 22.00 |
| Asset Disposition | 0.40 | 44.00 |
| Case Administration | 0.70 | 185.00 |
| Claims Administration & Objections | 174.50 | 32,719.50 |
| Data Analysis | 22.40 | 5,568.00 |
| Employee Benefits / Pensions | 0.20 | 55.00 |
| Fee / Employment Applications | 1.40 | 385.00 |
| Investor Communications and Reporting | 44.70 | 5,840.00 |
| Litigation Consulting | 2.80 | 770.00 |
| Tax Issues | 4.40 | 1,084.50 |
| **For professional services rendered** | **251.70** | **$46,673.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 30.30 |
| Document Storage | 455.00 |
| Expense Reports | 2.05 |
| Fax | 11.00 |
| Federal Express | 32.60 |
| Lexis | 8.07 |
| Miscellaneous | 40.00 |
| Postage | 47.32 |
| **Total costs** | **$626.34** |

| | |
|---|---:|
| **Total amount of this bill** | **$47,299.34** |

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

### Accountants and Financial Consultants to the Receiver
### For the Period from 3/1/2009 to 3/31/2009

April 14, 2009

Professional Services

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Accounting** | | |
| 3/12/2009 | JNH | Reviewed and reconciled bank statement and documents for February 2009. | 0.20<br>110.00/hr | 22.00 |
| | | Subtotal | 0.20 | 22.00 |
| | | **Asset Disposition** | | |
| 3/10/2009 | DAB | Telephone calls to and from Mac McElroy regarding his interest in the computer monitors. | 0.20<br>110.00/hr | 22.00 |
| 3/25/2009 | DAB | Telephone calls to and from Mac McElroy regarding meeting at the warehouse to review the computer monitors. Discussed same with Mark King. | 0.20<br>110.00/hr | 22.00 |
| | | Subtotal | 0.40 | 44.00 |
| | | **Case Administration** | | |
| 3/9/2009 | SSA | Telephone call from Ralph Freemen regarding case issues. | 0.20<br>275.00/hr | 55.00 |
| 3/13/2009 | DA | Prepared Georgia secretary of state renewal for Travis Correll & Co. | 0.30<br>250.00/hr | 75.00 |
| 3/27/2009 | SSA | Reviewed correspondences and forwarded or responded as necessary. | 0.20<br>275.00/hr | 55.00 |
| | | Subtotal | 0.70 | 185.00 |
| | | **Claims Administration & Objections** | | |
| 3/2/2009 | SYS | Reviewed submitted investor claim forms and prepared Declarations to be forwarded to same as necessary. | 3.00<br>130.00/hr | 390.00 |
| | SSA | Formatted claims data for claim determination notices. | 2.10<br>275.00/hr | 577.50 |
| | SSA | Formatted claims data for claim determination notices. | 2.50<br>275.00/hr | 687.50 |
| | SSA | Drafted email to David Dantzler regarding ▓▓▓ | 0.20<br>275.00/hr | 55.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/2009 | SYS | Reviewed allowed claims report and prepared Declarations to be forwarded to investors as necessary. | 3.00 130.00/hr | 390.00 |
|  | SSA | Drafted email to Scott Baker regarding status of Dwight Johnson investors. | 0.20 275.00/hr | 55.00 |
|  | SSA | Analyzed defendant records for remaining unresolved claims. | 1.00 275.00/hr | 275.00 |
| 3/4/2009 | SSA | Prepared various queries to test final claim date for claim determination notice. Updated as necessary. | 3.30 275.00/hr | 907.50 |
|  | SSA | Continued reviewed of claims data for claim determination notice. Formatted and adjusted as necessary. | 2.10 275.00/hr | 577.50 |
|  | SSA | Drafted email to and reviewed email from Scott Baker regarding status of contact information for Dwight Johnson investors. | 0.10 275.00/hr | 27.50 |
|  | SSA | Telephone call from Bill Arnold. Updated claim determination notice. | 0.20 275.00/hr | 55.00 |
|  | SYS | Continued to review and organized returned investor Declarations and updated the investor database with information regarding same. | 2.20 130.00/hr | 286.00 |
|  | SYS | Reviewed and processed returned investor Declarations and updated the investor database regarding same. | 2.40 130.00/hr | 312.00 |
|  | SYS | Reviewed submitted non-investor claim forms in order to calculate allowed claim amounts for same. | 2.00 130.00/hr | 260.00 |
| 3/5/2009 | FT | Organized claims into the appropriate categories. | 2.90 150.00/hr | 435.00 |
|  | SYS | Reviewed returned Declarations and updated the investor database as necessary. | 3.00 130.00/hr | 390.00 |
|  | SYS | Reviewed submitted non-investor claim forms in order to calculate allowed claim amounts for same. | 0.70 130.00/hr | 91.00 |
|  | SYS | Reviewed voice mail messages from investors and followed up with same as necessary. | 0.50 130.00/hr | 65.00 |
|  | SYS | Telephone calls to investors where sub-investors have not returned previously forwarded Declarations and followed up as necessary. | 0.50 130.00/hr | 65.00 |
|  | SYS | Continued to review submitted investor claim forms and prepared Declarations to be forwarded with Claim Determination notices as necessary. | 3.00 130.00/hr | 390.00 |
|  | SSA | Telephone call from Clark Will regarding ▓▓▓▓ | 0.20 275.00/hr | 55.00 |
|  | SSA | Performed data merge for mailing of claim determination notices. Updated letter. Finalized mailing issues. | 3.00 275.00/hr | 825.00 |
|  | SSA | Reviewed transactions involving the Bransons and drafted email to Clark Will regarding ▓▓ | 0.60 275.00/hr | 165.00 |
| 3/6/2009 | SYS | Continued to review submitted investor claim forms and prepared Declarations to be forwarded with Claim Determination notices as necessary. | 2.50 130.00/hr | 325.00 |
|  | SYS | Reviewed submitted investor claim forms and prepared Declarations to be forwarded to investors as well. | 2.70 130.00/hr | 351.00 |
|  | SYS | Continued to review submitted investor claim forms and prepared Declarations to be forwarded with Claim Determination notices as necessary. | 2.70 130.00/hr | 351.00 |
|  | SSA | Prepared data for 1474 claim determination notices. Extracted select notices as appropriate. Telephone call to mailing house regarding same. | 3.20 275.00/hr | 880.00 |
|  | SSA | Reviewed claimants names for duplicate claims. | 0.70 275.00/hr | 192.50 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/6/2009 | SSA | Prepared report of claim treatment. Drafted email to Clark Will and Ralph Freeman regarding ▉▉. | 0.40 275.00/hr | 110.00 |
| 3/9/2009 | SYS | Reviewed returned investor Declarations and prepared a report prior to forwarding Claim Determination notices. | 2.00 130.00/hr | 260.00 |
|  | SYS | Reviewed claim files to ensure that Declarations have been prepared prior to the release of Claims Determination notices. | 2.00 130.00/hr | 260.00 |
|  | SSA | Continued preparation of special situation claim determination notices. | 1.60 275.00/hr | 440.00 |
|  | SYS | Reviewed and prepared Claim Determination notices for mailing. | 1.50 130.00/hr | 195.00 |
|  | SSA | Prepared claim determination notice which require special treatment. | 1.50 275.00/hr | 412.50 |
| 3/10/2009 | SSA | Drafted email to Clark Will regarding ▉▉. Prepared claim determination notices relating to same. | 0.30 275.00/hr | 82.50 |
|  | SSA | Drafted email to Scott Baker regarding status of addresses for Dwight Johnson investors. | 0.10 275.00/hr | 27.50 |
|  | SYS | Reviewed email and voice mail messages from investors inquiring about the status of Claim Determination notices and followed up as necessary. | 0.50 130.00/hr | 65.00 |
|  | FT | Prepared claim determination notices to send to investors. | 1.70 150.00/hr | 255.00 |
|  | SYS | Reviewed and prepared investor Declarations and Claim Determination for mailing. | 3.00 130.00/hr | 390.00 |
| 3/11/2009 | SYS | Reviewed and prepared Claim Determination notices for mailing. | 3.00 130.00/hr | 390.00 |
|  | SYS | Reviewed and organized submitted investor files. | 0.70 130.00/hr | 91.00 |
|  | SYS | Reviewed and organized submitted investor files. | 0.50 130.00/hr | 65.00 |
| 3/12/2009 | MCK | Reviewed and responded to emails regarding Midkiff claims. | 0.20 250.00/hr | 50.00 |
|  | SYS | Reviewed voice mail messages from investors inquiring about the status of Claim Determination notices and followed up as necessary. | 0.50 130.00/hr | 65.00 |
|  | SSA | Verified investor data on claim determination notices. | 1.20 275.00/hr | 330.00 |
|  | SYS | Reviewed and organized additional documents forwarded from investors necessary. | 1.50 130.00/hr | 195.00 |
|  | SYS | Reviewed returned investor Declarations and organize same as necessary. | 0.50 130.00/hr | 65.00 |
|  | SSA | Traveled to and from Troutman Sanders for meeting with Bill Arnold regarding ▉▉. | 2.00 275.00/hr | 550.00 |
| 3/13/2009 | SSA | Prepared report of investors claims for further data verification. | 0.40 275.00/hr | 110.00 |
|  | SSA | Reviewed non-investor claims and drafted objections or allowance comments for same. | 2.10 275.00/hr | 577.50 |
|  | SSA | Prepared claim determination notice for non-investor claim forms. | 1.50 275.00/hr | 412.50 |
|  | SYS | Reviewed voice mail messages from investors in response to recently forwarded Claims Determination notices and followed up with same as necessary. | 0.90 130.00/hr | 117.00 |
|  | KAM | Researched payment to A-1 Mini Storage for Scott Askue. | 0.20 170.00/hr | 34.00 |
|  | SYS | Reviewed email messages regarding the receipt of Claims Determination notices and followed up as necessary regarding same. | 0.20 130.00/hr | 26.00 |

SEC v. Travis Correll et al	Page 4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/13/2009 | SSA | Telephone call from Bill Arnold regarding ▇▇▇ | 0.10 275.00/hr | 27.50 |
|  | SYS | Reviewed and organized additional documents previously forwarded from investors to complete submitted claims as necessary. | 1.20 130.00/hr | 156.00 |
| 3/16/2009 | SSA | Reviewed email in response to claims determination notice. Researched issues and discussed same with Shuwanda Sloane. | 0.40 275.00/hr | 110.00 |
|  | SSA | Prepared non-investor claim forms for notification. | 1.80 275.00/hr | 495.00 |
|  | MCK | Telephone call from investor Mike Wright regarding claim form and payment. | 0.30 250.00/hr | 75.00 |
| 3/17/2009 | SYS | Reviewed and prepared revised claim analysis for mailing as requested by various investors. | 0.70 130.00/hr | 91.00 |
|  | SSA | Researched various claim issues in response to determination mailing. | 1.60 275.00/hr | 440.00 |
| 3/18/2009 | SYS | Reviewed and prepared revised Claim Determination notices for mailing and copies of previously submitted claim forms as requested by various investors. | 0.50 130.00/hr | 65.00 |
|  | SSA | Reviewed details of claim filed by receiver for J&J. Reconciled to defendants records. | 1.60 275.00/hr | 440.00 |
|  | SSA | Prepared updated claim determination notices. | 0.70 275.00/hr | 192.50 |
|  | SSA | Drafted email to Clark Will regarding ▇▇▇ Telephone call from Ralph Freeman regarding same. | 0.30 275.00/hr | 82.50 |
|  | SSA | Telephone call to Bill Arnold regarding ▇▇▇ | 0.20 275.00/hr | 55.00 |
|  | SSA | Reviewed and reconciled claim filed by the Receiver for Megafund. | 1.00 275.00/hr | 275.00 |
| 3/19/2009 | SYS | Reviewed returned Claims Determination notices and researched Lexis to obtain accurate mailing addresses to resend same and updated the investor database as necessary. | 0.70 130.00/hr | 91.00 |
|  | SSA | Met with Bill Arnold regarding ▇▇▇ | 0.20 275.00/hr | 55.00 |
|  | SYS | Continued to review returned investor declarations, updated the investor database and forwarded claims analysis to investors are requested. | 2.50 130.00/hr | 325.00 |
| 3/20/2009 | SYS | Reviewed Claim Determination notices returned for inaccurate mailing addresses and researched Lexis as necessary to obtain current mailing addresses to resend same. | 0.70 130.00/hr | 91.00 |
|  | SYS | Continued to review voice mail messages, organize and record the return of forwarded investor declarations, and forwarded claims analysis and other related documents to investors are requested. | 3.00 130.00/hr | 390.00 |
| 3/23/2009 | SYS | Reviewed returned Claim Determination notices, investor declarations and researched Lexis for updated mailing addresses and resent same as necessary. | 3.00 130.00/hr | 390.00 |
|  | SYS | Continued to review returned Claim Determination notices, researched Lexis for updated mailing addresses and resent same as necessary. | 0.90 130.00/hr | 117.00 |
|  | SYS | Continued to review returned Claim Determination notices, researched Lexis for updated mailing addresses and reviewed and forwarded claim analysis to send to various investors as requested. | 1.00 130.00/hr | 130.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/23/2009 | SSA | Drafted email to Ralph Freeman regarding Dwight Johnson investors. Formatted and prepared report of investors. | 1.00 275.00/hr | 275.00 |
| | SSA | Reviewed information and drafted email to Bill Arnold regarding ▓▓▓▓▓ | 0.30 275.00/hr | 82.50 |
| | SSA | Reviewed transactions between defendants and Megafund. Prepared analysis of same. | 1.20 275.00/hr | 330.00 |
| | SSA | Researched for information in response to inquiries from investors. Prepared spreadsheets of transactions. | 1.20 275.00/hr | 330.00 |
| 3/24/2009 | SSA | Telephone call to Mark Weisbart regarding Lionheart Energy bankruptcy case. Drafted email to same. | 0.30 275.00/hr | 82.50 |
| | SYS | Reviewed returned Claim Determination notices due to inaccurate mailing addresses, researched Lexis to obtain current mailing addresses to resend same and update the investor database with current information as necessary. | 1.80 130.00/hr | 234.00 |
| | SYS | Reviewed returned declarations, Disputed Claim forms and other documents forwarded from investors and resolved issues as necessary. | 2.50 130.00/hr | 325.00 |
| | SYS | Continued to review returned Claim Determination notices due to inaccurate mailing addresses, researched Lexis to obtain current mailing addresses to resend same and updated the investor database with current information as necessary. | 2.20 130.00/hr | 286.00 |
| | SSA | Continued review of claim disputes and preparation of updated determination notices. | 1.60 275.00/hr | 440.00 |
| | SSA | Reviewed disputes and other claim issues. Researched for information on same. Prepared analyses in response. | 3.00 275.00/hr | 825.00 |
| | SSA | Researched for information regarding Rio Grande and Lionheart as it relates to their filed claims. Drafted email to Bill Arnold regarding ▓▓▓▓▓ | 0.80 275.00/hr | 220.00 |
| 3/25/2009 | SSA | Prepared claim determination notice for Idaho Department of Commerce. | 0.30 275.00/hr | 82.50 |
| | SYS | Continued to review returned declarations, change of address requests, resolved submitted disputed claims, reviewed forwarded accounting records and updated the investor database as necessary. | 2.80 130.00/hr | 364.00 |
| | SSA | Prepared updated claim determination notices. | 0.60 275.00/hr | 165.00 |
| | SYS | Reviewed returned investor declarations, disputed claim forms and requested accounting information and resolved issues and updated the investor as necessary and prepared revised Claim Determination notices for mailing. | 2.00 130.00/hr | 260.00 |
| | SYS | Telephone calls to and from investors in response to recently forwarded Claim Determination notices and followed up with same as necessary. | 0.90 130.00/hr | 117.00 |
| | SSA | Reviewed dispute by the Tolberts. Reviewed file and prepared documents in response to dispute. | 0.80 275.00/hr | 220.00 |
| | SSA | Reviewed and formatted data for D'Angelo investors. | 0.40 275.00/hr | 110.00 |
| | SSA | Researched payments to and received from Mike Wixom. | 0.50 275.00/hr | 137.50 |
| | SSA | Researched claims dispute issues. | 2.00 275.00/hr | 550.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/25/2009 | SYS | Reviewed Claim Determination notices returned due to inaccurate mailing addresses, researched Lexis to obtain current mailing addresses in order to resend same and updated the investor database as necessary. | 1.30 130.00/hr | 169.00 |
| 3/26/2009 | SYS | Telephone calls to and from investors in response to recently forwarded Claim Determination notices and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
| | SYS | Reviewed returned investor declarations, disputed claim forms, requested accounting information and prepared revised Claim Determination notices for mailing and updated the investor as necessary. | 2.90 130.00/hr | 377.00 |
| | SYS | Continued to review returned declarations, change of address requests, resolved submitted disputed claims, reviewed forwarded accounting records and updated the investor database as necessary. | 3.00 130.00/hr | 390.00 |
| | SSA | Reviewed emails from Bill Arnold regarding ▮. Telephone call to Victoria with the NJ Securities bureau. Reviewed emails regarding same. | 1.00 275.00/hr | 275.00 |
| | SSA | Reviewed issues with claim disputes and issues. Prepared updated claim determination letters as necessary. | 2.00 275.00/hr | 550.00 |
| | SYS | Reviewed voice mail messages from various investors in response to the receipt of Claim Determination notices and followed up with same as necessary. | 0.70 130.00/hr | 91.00 |
| | SSA | Prepared updated claim determination notice for Todd Murphy and drafted email to same. | 0.40 275.00/hr | 110.00 |
| | SSA | Reviewed issues with claim disputes and issues. Prepared updated claim determination letters as necessary. | 2.00 275.00/hr | 550.00 |
| | SYS | Prepared listing of reprints for previously forwarded Claims Determination notices and forwarded same to Scott Askue as necessary. | 0.40 130.00/hr | 52.00 |
| 3/27/2009 | SSA | Reviewed dispute filed by Mike Wixon. Researched for information on same. | 1.80 275.00/hr | 495.00 |
| | SYS | Reviewed returned investor declarations, disputed claim forms, requested accounting information and prepared revised Claim Determination notices for mailing and updated the investor as necessary. | 2.90 130.00/hr | 377.00 |
| | SYS | Prepared listing of reprints for previously forwarded Claims Determination notices and forwarded same to Scott Askue as necessary. | 0.30 130.00/hr | 39.00 |
| | SYS | Continued to review returned declarations, change of address requests, resolved submitted disputed claims, reviewed forwarded accounting records, resent returned and revised Claim Determination notices and updated the investor database as necessary. | 3.00 130.00/hr | 390.00 |
| | SYS | Reviewed voice mail messages from investors regarding the receipt of their Claim Determination notices and followed up with same as necessary. | 0.60 130.00/hr | 78.00 |
| | SYS | Continued to review returned declarations, change of address requests, resolved submitted disputed claims, reviewed forwarded accounting records, resent returned and revised Claim Determination notices and updated the investor database as necessary. | 1.50 130.00/hr | 195.00 |
| | SSA | Reviewed and addressed various claim issues and responses to the claim determination notices throughout the day. | 1.00 275.00/hr | 275.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/30/2009 | SYS | Continued to review returned declarations, change of address requests, resolved submitted disputed claims, reviewed forwarded accounting records, resent returned and revised Claim Determination notices and updated the investor database as necessary. | 2.00 130.00/hr | 260.00 |
| | SYS | Reviewed returned investor declarations, disputed claim forms, requested accounting information and prepared revised Claim Determination notices for mailing and updated the investor as necessary. | 2.60 130.00/hr | 338.00 |
| | SSA | Researched claim issue in response to claim determination notices. | 1.00 275.00/hr | 275.00 |
| | SSA | Drafted letter to investors through Dwight Johnson. Drafted email to Ralph Freeman regarding same. | 0.60 275.00/hr | 165.00 |
| | SSA | Telephone call to Tom Haas regarding Rio Grande investors. Drafted email to same. Telephone call to Bill Arnold regarding ▓▓▓▓ Prepared report of investors. | 1.00 275.00/hr | 275.00 |
| | SSA | Prepared updated determination notices. | 0.50 275.00/hr | 137.50 |
| 3/31/2009 | SSA | Drafted emails to and reviewed emails from Peter Theisen regarding Rio Grande. Telephone call to Bill Arnold regarding▓▓ Prepared report of investors. | 1.20 275.00/hr | 330.00 |
| | SYS | Continued to review returned investor declarations, disputed claim forms, requested accounting information and prepared revised Claim Determination notices for mailing and updated the investor as necessary. | 2.50 130.00/hr | 325.00 |
| | SYS | Reviewed returned investor declarations and other requested documents and organized same as necessary. | 2.00 130.00/hr | 260.00 |
| | SSA | Prepared updated claim determination notices. Reviewed files in response to claim determination notices. Discussed case issues with Shuwanda Sloane. | 3.20 275.00/hr | 880.00 |
| | SYS | Reviewed returned investor declarations, disputed claim forms, requested accounting information and prepared revised Claim Determination notices for mailing and updated the investor as necessary. | 3.00 130.00/hr | 390.00 |
| | | Subtotal | 174.50 | 32,719.50 |

### Data Analysis

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/16/2009 | MCK | Reviewed and examined forensic data recovered from Robbie Gowdey and associated parties. Identified, indexed and bookmarked relevant files for further review by counsel. Telephone call to Clark Will to discuss ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 4.20 250.00/hr | 1,050.00 |
| 3/17/2009 | RFH | Telephone calls to and from Mark King regarding review of hard drives from TNT, Robbie Gowdey and Dwight Johnson. Reviewed computer drives located in the Receiver's office. Had certain drives forwarded to Mr. King. Reviewed and responded to emails from Mr. King regarding same. | 0.80 210.00/hr | 168.00 |
| | MCK | Reviewed and examined data recovered for relevant items requested by counsel. Telephone call to Scott Askue to discuss investigation and related matters. Identified, indexed, extracted and bookmarked file items for further review. | 3.70 250.00/hr | 925.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/17/2009 | MCK | Reviewed and responded to emails regarding data recovery. Telephone calls to and from Richard Hunter regarding additional drive images for examination. Continued to examine forensic data recovered for additional file items. | 1.40 250.00/hr | 350.00 |
| 3/18/2009 | MCK | Performed additional file and data extraction and analysis on Robbie Gowdey's drive for further examination. Monitored application while processing. | 2.30 250.00/hr | 575.00 |
| 3/19/2009 | MCK | Performed additional file, indexing, data extraction and analysis on Gowdey drive for further examination. | 1.70 250.00/hr | 425.00 |
| 3/20/2009 | MCK | Performed further analysis on forensic data recovered from first Gowdey drive for additional file items. Monitored process for extraction of data. | 1.80 250.00/hr | 450.00 |
| 3/21/2009 | MCK | Prepared additional Gowdey drives for forensic analysis. Mounted forensic image using software for further review and investigation. | 2.30 250.00/hr | 575.00 |
| 3/23/2009 | MCK | Reviewed and examined forensic data recovered from additional drives. Indexed, identified and bookmarked relevant items. Researched documents and records regarding case and additional items for research. | 1.90 250.00/hr | 475.00 |
| 3/25/2009 | MCK | Researched and examined forensic data recovered from additional Gowdey drives. Identified, indexed and bookmarked relevant files for further review by counsel. | 2.30 250.00/hr | 575.00 |
| | | Subtotal | 22.40 | 5,568.00 |

### Employee Benefits / Pensions

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/16/2009 | SSA | Drafted email to Kathy Malek regarding unemployment taxes owed for Idaho. | 0.20 275.00/hr | 55.00 |
| | | Subtotal | 0.20 | 55.00 |

### Fee / Employment Applications

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/10/2009 | SSA | Reviewed and edited fee invoice for March 2009. | 1.00 275.00/hr | 275.00 |
| 3/27/2009 | SSA | Prepared fee application for posting on Receiver's website. | 0.40 275.00/hr | 110.00 |
| | | Subtotal | 1.40 | 385.00 |

### Investor Communications and Reporting

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/4/2009 | SYS | Telephone calls from several investors inquiring about the status of Claims Determination notices and followed up as necessary. | 0.50 130.00/hr | 65.00 |
| | SYS | Telephone calls from several investors inquiring about the status of Claims Determination notices and followed up as necessary. | 0.50 130.00/hr | 65.00 |
| 3/5/2009 | SYS | Reviewed emails from investors and followed up with same. | 0.30 130.00/hr | 39.00 |
| | SYS | Reviewed change address requests from investors and updated the investor database as necessary. | 0.20 130.00/hr | 26.00 |
| 3/6/2009 | SYS | Reviewed voice mail messages from investors inquiring about the status of forwarding Claims Determination notices and followed up as necessary. | 0.50 130.00/hr | 65.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/11/2009 | SYS | Reviewed voice mail messages from investors inquiring about the status of Claim Determination notices and followed up as necessary. | 0.40 130.00/hr | 52.00 |
| 3/12/2009 | SYS | Continued to review voice and email messages from several investors and followed up as necessary. | 0.50 130.00/hr | 65.00 |
| | SYS | Telephone calls from investors in response to recently forwarded Claims Determination notices and reviewed submitted claim documents and followed up with same. | 1.20 130.00/hr | 156.00 |
| 3/13/2009 | SYS | Continued to review voice mail messages from investors in response to forwarded Claim Determination notices and followed up with same as necessary. | 0.80 130.00/hr | 104.00 |
| | SYS | Telephone calls from several investors in response to recently forwarded Claim Determination notices and followed up as necessary. | 1.40 130.00/hr | 182.00 |
| | SYS | Telephone calls to and from several investors regarding the receipt of forwarded Claims Determination notices and reviewed funds tracing database as necessary in order to forward same to investors as requested. | 0.70 130.00/hr | 91.00 |
| 3/16/2009 | SYS | Telephone calls to and from investors in response to recently forwarded Claim Determination notices and reviewed funds tracing database to obtain additional information for same as necessary. | 2.00 130.00/hr | 260.00 |
| | SYS | Reviewed 20 voicemail messages from investors, updated contact information and forwarded copies of claims analysis as requested in response to the receipt of Claims Determination notices. | 2.50 130.00/hr | 325.00 |
| | SYS | Continued to review voice and email messages from investors regarding the receipt of Claims Determination notices and reviewed previously prepared claims analysis as well. | 1.50 130.00/hr | 195.00 |
| | SYS | Telephone calls to and from several investors regarding the receipt of their Claim Determination notices and reviewed and forwarded claims analysis to same as requested. | 2.50 130.00/hr | 325.00 |
| 3/17/2009 | SYS | Continued to review voice mail messages from investors in response to receipt of Claim Determination notices and researched funds tracing database for additional accounting information and forwarded same as requested. | 2.00 130.00/hr | 260.00 |
| | SYS | Continued to review and forward claims analysis and other accounting documents to investors as requested in response to recently received Claim Determination notices. | 2.10 130.00/hr | 273.00 |
| | SYS | Telephone calls to and from several investors regarding the receipt of their Claim Determination notices and reviewed and forwarded claims analysis and other accounting documents to same as requested. | 3.00 130.00/hr | 390.00 |
| 3/18/2009 | SYS | Continued to review voice mail messages from investors regarding the receipt of their Claim Determination notices and reviewed and forwarded claims analysis and other accounting documents to same as requested. | 1.60 130.00/hr | 208.00 |
| | SYS | Telephone calls to and from several investors regarding the receipt of their Claim Determination notices and reviewed and forwarded claims analysis and other accounting documents to same as requested. | 2.50 130.00/hr | 325.00 |

|   |   |   | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/18/2009 | SYS | Telephone calls to and from several investors regarding the receipt of their Claim Determination notices and reviewed and forwarded claims analysis and other accounting documents to same as requested. | 3.00<br>130.00/hr | 390.00 |
| 3/19/2009 | SYS | Reviewed emails and voice mail messages from investors inquiring about the Claims Determination notices and followed up with same as necessary by forwarding copies of claims analysis as requested and reviewed returned declarations and updated the investor database as well. | 3.00<br>130.00/hr | 390.00 |
| 3/20/2009 | SYS | Reviewed emails and voice mail messages from investors inquiring about the Claims Determination notices and followed up with same as necessary by forwarding copies of claims analysis as requested and reviewed returned declarations and updated the investor database as well. | 3.00<br>130.00/hr | 390.00 |
| 3/23/2009 | SYS | Reviewed voice mail messages from investors in response to forwarded Claims Determination notices and followed up as necessary. | 1.10<br>130.00/hr | 143.00 |
|  | SYS | Reviewed voice mail messages from investors regarding the receipt of Claim Determination notices and followed up with same as necessary. | 1.20<br>130.00/hr | 156.00 |
|  | SYS | Telephone calls to and from several investors in response to the receipt of Claim Determination notices and followed up as necessary. | 0.50<br>130.00/hr | 65.00 |
| 3/24/2009 | SYS | Telephone calls from several investors in response to forwarded Claim Determination notices and followed up as necessary. | 1.00<br>130.00/hr | 130.00 |
|  | SYS | Telephone calls to and from several investors in response to forwarded Claim Determination notices and followed up as necessary regarding various claims related issues. | 0.80<br>130.00/hr | 104.00 |
| 3/25/2009 | SSA | Telephone call from Todd Murphy regarding his claim determination letter. | 0.20<br>275.00/hr | 55.00 |
|  | SYS | Telephone calls to and from investors in response to recently forwarded Claim Determination notices and followed up with same as necessary. | 1.00<br>130.00/hr | 130.00 |
| 3/30/2009 | SYS | Telephone calls from investors in response to the receipt of Claim Determination notices and followed up with same as necessary. | 1.20<br>130.00/hr | 156.00 |
|  | SYS | Telephone calls to and from several investors inquiring about the status of distributions and followed up with same as necessary. | 1.00<br>130.00/hr | 130.00 |
|  | SYS | Reviewed voice mail messages from investors in response to the receipt of Claim Determination notices and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| 3/31/2009 | SYS | Reviewed voice mail messages from investors in response to the receipt of Claim Determination notices and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
|  |  | Subtotal | 44.70 | 5,840.00 |

### Litigation Consulting

| 3/2/2009 | SSA | Telephone call from Bill Arnold regarding ▓▓▓▓▓▓▓ | 0.30<br>275.00/hr | 82.50 |

|            |     |                                                                                                                                                                              | Hrs/Rate          | Amount     |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 3/4/2009   | SSA | Telephone call from Rich Douglas regarding Sentinel Partners litigation.                                                                                                     | 0.60<br>275.00/hr | 165.00     |
| 3/5/2009   | SSA | Telephone call from Bill Arnold regarding ▇▇ Funding litigation. Reviewed documents and emails relating to same. Drafted email to the Receiver regarding issues with same.  | 1.00<br>275.00/hr | 275.00     |
| 3/10/2009  | SSA | Telephone call from Rich Douglas regarding Sentinel litigation. Reviewed pleadings from Sentinel bankruptcy case. Telephone call to Bill Arnold regarding ▇▇                | 0.50<br>275.00/hr | 137.50     |
|            | SSA | Telephone call from Rich Douglas regarding bankruptcy status and status of Bank of America litigation.                                                                       | 0.40<br>275.00/hr | 110.00     |
|            |     | Subtotal                                                                                                                                                                     | 2.80              | 770.00     |

### Tax Issues

|            |     |                                                                                                                                                                           | Hrs/Rate          | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 3/13/2009  | KAM | Researched payment to Idaho State Tax commission.                                                                                                                         | 0.20<br>170.00/hr | 34.00    |
| 3/16/2009  | DA  | Prepared 2009 Annual Reports for Travis Correll & Company, Inc and Net Worth Group.                                                                                       | 1.00<br>250.00/hr | 250.00   |
| 3/23/2009  | SSA | Researched entities required for tax determination. Drafted email to Dick Atechson regarding same.                                                                        | 0.30<br>275.00/hr | 82.50    |
| 3/24/2009  | REM | Reviewed tax status of case. Discussed issues with Dick Atcheson regarding same.                                                                                          | 1.50<br>250.00/hr | 375.00   |
|            | SSA | Telephone call from Kenneth E. Patch of the IRS regarding document request.                                                                                               | 0.20<br>275.00/hr | 55.00    |
|            | KAM | Discussed preparation of 2008 tax returns with Dick Atchison and Bob Meehan. Prepared cash analyses for 10 entities for 2008 per request of Dick Atchison.                | 0.40<br>170.00/hr | 68.00    |
| 3/25/2009  | SSA | Researched for tax id number for KT Real Estate Group for sale of condo. Drafted email to Michael Clark regarding same.                                                   | 0.30<br>275.00/hr | 82.50    |
|            | SSA | Researched for responsive information and drafted letter to Kenneth Patch of the IRS regarding requested documentation.                                                   | 0.50<br>275.00/hr | 137.50   |
|            |     | Subtotal                                                                                                                                                                  | 4.40              | 1,084.50 |
|            |     | **For professional services rendered**                                                                                                                                    | 251.70            | $46,673.00 |

Additional Charges :

### Expenses

| Date       | Description                                                                          | Amount |
|------------|--------------------------------------------------------------------------------------|--------|
| 3/10/2009  | Website maintenance and update                                                       | 40.00  |
| 3/12/2009  | FedEx to Neulan Midkiff 2/24/09                                                      | 17.51  |
|            | FedEx to Quilling Selander Cummiskey 2/26/09                                         | 15.09  |
| 3/13/2009  | Lexis Nexis charges for period ended 2/28/09                                         | 8.07   |
| 3/31/2009  | Expense Report - Scott Askue week ended 3/27/09 Photocopies: $2.05                   | 2.05   |
|            | Copying cost for March 2009. [202 Copies at $0.15 per copy].                         | 30.30  |
|            | Fax charges for March 2009.                                                          | 11.00  |
|            | Postage charges for March 2009.                                                      | 47.32  |
|            | Document storage/Document Depository per court order - March 2009                    | 455.00 |

|                          | Amount      |
|--------------------------|-------------|
| Subtotal                 | 626.34      |
| **Total costs**          | $626.34     |
| **Total amount of this bill** | $47,299.34  |