# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 04/20/09 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1196427 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

RE:  Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 03/31/09 | $9,819.96 |
| Less Adjustments | - $1,898.58 |
| Total Fees | $7,921.38 |
| **Total Amount of This Invoice** | **$7,921.38** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 04/20/09
Invoice Number 1196427
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/09

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 03/01/09 | MRA | Email correspondence with Greg Hays and Scott Askue regarding ▬ | 0.2 |
| 03/02/09 | MRA | Review and analysis of email correspondence regarding ▬ telephone conference with Josephs Jack (counsel for plaintiffs) regarding ▬ telephone conference with Scott Askue regarding ▬ review and analysis of proposed competing retention agreements; email correspondence with Greg Hays and Scott Askue regarding ▬ | 1.4 |
| 03/04/09 | MRA | Review and analysis of email correspondence regarding ▬ email correspondence with Greg Hays and Scott Askue regarding ▬ telephone conference with Scott Askue regarding ▬ review and analysis of proposed retention agreements; review and revise claim determination notice; email correspondence with Scott Askue regarding ▬ | 0.9 |
| 03/05/09 | MRA | Draft, review and revise fee application; email correspondence to local counsel and Hays Financial Consulting Team regarding ▬ (1.0, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.0 |
| 03/05/09 | MRA | Email correspondence with Scott Askue regarding ▬ | 0.2 |
| 03/05/09 | JDD | E-mail correspondence with G. Hays, C. Will, et. al. regarding ▬ | 0.4 |
| 03/06/09 | MRA | Review and revise fee application; conference with Harrilee Cheshire regarding ▬ email correspondence and telephone call with local counsel regarding ▬ email correspondence with Hays Financial Consulting Team regarding ▬ (1.0, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.0 |
| 03/06/09 | MRA | Email correspondence and telephone conference with local counsel regarding ▬ email correspondence with Scott Askue and David Dantzler regarding ▬ | 0.3 |
| 03/06/09 | HC | Review Receiver and law firms' statements; assist in drafting fee application; conferences with B. Arnold regarding ▬ (1.9, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.9 |
| 03/09/09 | MRA | Telephone conference with local counsel regarding ▬ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 03/10/09 | MRA | Email correspondence with Scott Askue regarding ▬ | 0.3 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 04/20/09
Invoice Number 1196427
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/09

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | telephone conference with Scott Askue regarding ▇ | |
| 03/10/09 | MRA | Email correspondence with local counsel regarding ▇ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 03/11/09 | JDD | E-mail correspondence with Receiver Team regarding ▇ | 0.3 |
| 03/12/09 | MRA | Telephone conference with Victoria Manning, Deputy Attorney General for the State of New Jersey requesting records; email correspondence with Scott Askue regarding ▇ review and analysis of email correspondence regarding Sentinel Litigation; conference with Scott Askue regarding ▇ preparation for same | 3.3 |
| 03/13/09 | MRA | Telephone conference and email correspondence with Victoria Manning, Deputy Attorney General for the State of New Jersey requesting records; email correspondence and conference with private investigator regarding request from New Jersey Attorney General's office; email correspondence with Scott Askue regarding ▇ email correspondence with David Dantzler and Scott Askue regarding ▇ conference with Tom Bosch regarding ▇ telephone conference with Scott Askue regarding ▇ | 2.3 |
| 03/13/09 | MRA | Review and revise fee application; email correspondence with Scott Askue regarding ▇ email correspondence to T. McCole regarding ▇ (0.5, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.5 |
| 03/13/09 | TBB | Discussion with Bill Arnold regarding ▇ | 0.2 |
| 03/16/09 | MRA | Draft letter to New Jersey Board of Securities requesting information related to payments that may have gone to investors; review and analysis of correspondence from law firm in MN regarding discharge notice related to real property in MN | 0.6 |
| 03/16/09 | HC | Assist in preparation of correspondence to N.J. Securities Board; conferences with B. Arnold regarding ▇ | 0.4 |
| 03/16/09 | JMD | Review ▇ from attorney Spiegelberg; emails with Bill Arnold regarding ▇ | 0.1 |
| 03/17/09 | MRA | Follow-up telephone call with New Jersey Board of Securities requesting information related to payments that may have gone to investors | 0.1 |
| 03/18/09 | MRA | Draft status report in case pending in USDC in MN: Ripley v. Correll; telephone conference with Scott Askue regarding ▇ | 0.5 |
| 03/19/09 | MRA | Conference with Scott Askue regarding ▇ preparation for same; email correspondence regarding ▇ continue drafting status | 1.1 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 04/20/09
Invoice Number 1196427
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/09

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | report in case pending in USDC in MN: Ripley v. Correll | |
| 03/23/09 | MRA | Email correspondence with Shuwanda Sloane regarding ███; analysis of same; telephone call to New Jersey State Securities Board regarding investor lists and information related to restitution payments | 0.4 |
| 03/24/09 | MRA | Continued analysis of claims issue from Shuwanda Sloane; telephone conference with Shuwanda Sloane regarding ███; telephone call to New Jersey State Securities Board regarding investor lists and information related to restitution payments; telephone conference with Scott Askue regarding ███ email correspondence with Scott Askue regarding ███ | 1.4 |
| 03/24/09 | MRA | Email correspondence with Scott Askue regarding ███ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 03/24/09 | JMD | Review incoming release; conference with Bill Arnold | 0.2 |
| 03/25/09 | MRA | Conference call with Scott Askue regarding ███ email correspondence with Scott Askue regarding ███ analysis of claims issues; telephone call to Shuwanda Sloane regarding ███ review and revise status report to file in Minnesota district court case | 2.9 |
| 03/25/09 | MRA | Review and revise fee application; email correspondence with SEC regarding fee application; file same (0.5, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.5 |
| 03/25/09 | HC | Assist in preparation of status report in Minnesota; review files regarding Mitkin | 0.5 |
| 03/26/09 | MRA | Email correspondence and telephone conference with Scott Askue regarding ███ analysis of same; conference with Jennifer Duncan regarding ███ conference call with Scott Askue and representatives from New Jersey State Securities Board regarding ███ preparation for same | 2.5 |
| 03/27/09 | MRA | Telephone conference with Scott Askue regarding ███ analysis of same | 0.4 |
| 03/30/09 | MRA | Analysis of claims issues and telephone conference with Scott Askue regarding ███ email correspondence with Scott Askue regarding Sentinel litigation; review and revise status report for United States District Court Minnesota; file same | 0.9 |
| 03/30/09 | MRA | Review and revise fee application; email correspondence with local counsel regarding ███ (0.8, Time spent on Fee Application, not billed to Hays Financial | 0.8 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 04/20/09
Invoice Number 1196427
File No. 033287.000002
Page 5

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/09

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
|  |  | Consulting) |  |
| 03/31/09 | MRA | Multiple telephone calls with United States Attorney in Northern District of Georgia regarding restitution to Correll victims and coordinating with Receiver regarding ▮▮▮▮ email correspondence with Receiver team regarding ▮▮ analysis of claims issues and telephone conference with Scott Askue regarding ▮▮ | 1.3 |

Total Hours 29.1

Total Fees 9,819.96

### TIMEKEEPER TIME SUMMARY THROUGH 03/31/09

| Name | Hours | Amount |
|---|---|---|
| M R Arnold | 25.1 | 8,584.20 |
| T B Bosch | 0.2 | 73.15 |
| H Cheshire | 2.8 | 731.51 |
| J Dantzler | 0.7 | 337.05 |
| J M Duncan | 0.3 | 94.05 |