# EXHIBIT E

# BRAY & FREEMAN, L.P.  License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #    817-688-6186
Fax #      888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2009 | 6429 |

| TIN #04-3759685 |
|-----------------|

**Bill To**

Quilling, Selander, Cummiskey & Lownds
ATTN:CLARK WILL
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY

| Client Matter# | Terms | Case# |
|----------------|-------|-------|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|------|----------|-------------|---------|------|--------|
| 3/2/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - ANALYSIS OF LIPAN BANK DOCUMENTS & TRANSCRIPTS WITH MDC; ANALYSIS OF CLAIMANT INFORMATION | 6 | 100.00 | 600.00 |
| 3/3/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH GOWDEY PARTIES & BUSH RE: SETTLEMENT DOCUMENTS | 3.5 | 100.00 | 350.00 |
| 3/4/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF JOHNSTON DOCUMENTS | 6 | 100.00 | 600.00 |
| 3/5/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF GOWDEY DOCUMENTS & INVOLVEMENT IN PAR 5 TRUST; DISCUSSION OF ▮▮▮▮ WITH CBW; REVIEW OF BRANSON INVESTORS DOCUMENTS | 5 | 100.00 | 500.00 |
| 3/6/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF E-MAILS FROM GOWDEY WIDOW; REVIEW OF CLAIMANT LISTS | 4 | 100.00 | 400.00 |
| 3/10/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - RESEARCH RE: GOWDEY & BUSH MATTERS; COMMUNICATION WITH CBW RE: ▮▮▮▮ | 2 | 100.00 | 200.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P.   License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #   817-688-6186
Fax #     888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2009 | 6429 |

| TIN #04-3759685 |
|-----------------|

**Bill To**

Quilling, Selander, Cummiskey & Lownds
ATTN:CLARK WILL
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY

| Client Matter# | Terms | Case# |
|----------------|-------|-------|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|------|----------|-------------|---------|------|--------|
| 3/11/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - COMMUNICATION WITH GOWDEY EXECUTOR & CBW RE: ▮ | 3 | 100.00 | 300.00 |
| 3/12/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH KEET LEWIS, ATT. PEARCE & CBW RE: ▮ MEETING WITH MDC RE: ▮ | 3.5 | 100.00 | 350.00 |
| 3/13/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH GOWDEY EXECUTOR & COMMUNICATION WITH CBW RE: ▮ | 2.5 | 100.00 | 250.00 |
| 3/16/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETINGS WITH CBW & MDC RE: ▮ | 2 | 100.00 | 200.00 |
| 3/18/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - RESEARCH RE: JOHNSTON INVESTORS | 2 | 100.00 | 200.00 |
| 3/19/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH LEWIS & MDC RE: ▮ | 2 | 100.00 | 200.00 |
| 3/20/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW RE: ▮ | 1 | 100.00 | 100.00 |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

# BRAY & FREEMAN, L.P. License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #  817-688-6186
Fax #  888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 3/31/2009 | 6429 |
| TIN #04-3759685 | |

**Bill To**

Quilling, Selander, Cummiskey & Lownds
ATTN:CLARK WILL
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY

| Client Matter# | Terms | Case# |
|---|---|---|
| | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 3/23/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - COMMUNICATIONS WITH GOWDEY EXECUTOR & CBW RE: ▆▆▆ COMMUNICATION WITH CBW RE: ▆▆▆ ▆▆▆ | 1.5 | 100.00 | 150.00 |
| 3/24/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - COMMUNICATION WITH CBW RE: ▆ | 1.5 | 100.00 | 150.00 |
| 3/30/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - COMMUNICATION WITH CBW RE: ▆ | 1 | 100.00 | 100.00 |
| 3/31/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - COMMUNICATION WITH CBW RE: ▆▆ EXPENSES | 1 | 100.00 | 100.00 |
| 3/31/2009 | MILEAGE | INVESTIGATOR 430 - MILEAGE | 234 | 0.65 | 152.10 |

| | | |
|---|---|---|
| **Subtotal** | | $4,902.10 |
| **Sales Tax  (8.25%)** | | $0.00 |
| **Total** | | $4,902.10 |
| **Retainer Applied** | | $0.00 |
| **Balance Due** | | $4,902.10 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001