# EXHIBIT A

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
**Suite 200**
**Atlanta GA 30326**

**Receiver**
**For the Period from     4/1/2009    to   4/30/2009**

May 12, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 0.70<br>375.00/hr | 262.50 |
| **For professional services rendered** | **0.70** | **$262.50** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    4/1/2009    to    4/30/2009**

May 12, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Case Administration | 0.20 | 75.00 |
| Fee / Employment Applications | 0.50 | 187.50 |
| **For professional services rendered** | **0.70** | **$262.50** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    4/1/2009   to   4/30/2009**

May 12, 2009

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| **Case Administration** | | | |
| 4/27/2009 SGH | Reviewed status of pending issues. | 0.20<br>375.00/hr | 75.00 |
| | Subtotal | 0.20 | 75.00 |
| **Fee / Employment Applications** | | | |
| 4/15/2009 SGH | Reviewed March fee invoices for Receiver and Accountants to Receiver. | 0.30<br>375.00/hr | 112.50 |
| 4/16/2009 SGH | Reviewed orders and signed checks for professional fees. | 0.20<br>375.00/hr | 75.00 |
| | Subtotal | 0.50 | 187.50 |
| | **For professional services rendered** | **0.70** | **$262.50** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from   5/1/2009   to   5/31/2009**

June 09, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 2.90<br>375.00/hr | 1,087.50 |
| **For professional services rendered** | **2.90** | **$1,087.50** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    5/1/2009    to  5/31/2009**

June 09, 2009

Professional Services

|  | <u>Hours</u> | <u>Amount</u> |
|---|---:|---:|
| Claims Administration & Objections | 0.70 | 262.50 |
| Litigation Consulting | 1.00 | 375.00 |
| Tax Issues | 1.20 | 450.00 |
| **For professional services rendered** | **2.90** | **$1,087.50** |

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Travis Correll et al**
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from  5/1/2009  to  5/31/2009**

June 09, 2009

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| | **Claims Administration & Objections** | | |
| 5/5/2009 SGH | Reviewed and responded to email regarding claims administration. | 0.40<br>375.00/hr | 150.00 |
| 5/6/2009 SGH | Reviewed Wachovia claim filed for $255,000 and drafted email regarding same. Reviewed email from Scott Askue and drafted note for file. | 0.30<br>375.00/hr | 112.50 |
| | Subtotal | 0.70 | 262.50 |
| | **Litigation Consulting** | | |
| 5/22/2009 SGH | Reviewed correspondence from Joseph Jacks regarding the Sentinel Funds litigation. Reviewed and signed the engagement letter. Drafted email to Bill Arnold regarding ▪▪▪ | 0.60<br>375.00/hr | 225.00 |
| 5/26/2009 SGH | Reviewed time entries in connection with Sentinel / G2 litigation. Discussed with David Dantzler ▪▪▪ ▪▪▪ | 0.40<br>375.00/hr | 150.00 |
| | Subtotal | 1.00 | 375.00 |
| | **Tax Issues** | | |
| 5/26/2009 SGH | Reviewed and signed tax return. Discussed issues with Monica Renaud. | 0.40<br>375.00/hr | 150.00 |
| 5/27/2009 SGH | Reviewed and signed tax returns. Drafted email to Dick Atcheson regarding same. | 0.40<br>375.00/hr | 150.00 |
| 5/28/2009 SGH | Considered tax issues. Met with Dick Atcheson and discussed issues regarding the 2008 tax returns for various defendants. | 0.40<br>375.00/hr | 150.00 |
| | Subtotal | 1.20 | 450.00 |
| | **For professional services rendered** | **2.90** | **$1,087.50** |