# EXHIBIT B

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

### Accountants and Financial Consultants to the Receiver
### For the Period from    4/1/2009   to  4/30/2009

May 12, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Dick Atcheson | 0.50 | 125.00 |
|  | 250.00/hr |  |
| J. Colt Conner, CFE | 0.20 | 22.00 |
|  | 110.00/hr |  |
| Julie N. Hentosz, CFE | 1.30 | 143.00 |
|  | 110.00/hr |  |
| K. Shelby Bao | 0.40 | 64.00 |
|  | 160.00/hr |  |
| Monica Renaud | 0.60 | 90.00 |
|  | 150.00/hr |  |
| Scott S. Askue, CIRA | 39.50 | 10,862.50 |
|  | 275.00/hr |  |
| Shuwanda Y. Sloane, CFE | 155.70 | 20,241.00 |
|  | 130.00/hr |  |
| **For professional services rendered** | **198.20** | **$31,547.50** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 20.55 |
| Document Storage | 455.00 |
| Fax | 24.25 |
| Federal Express | 19.10 |
| Miscellaneous | 132.99 |
| Postage | 51.67 |
| **Total costs** | **$703.56** |

| | |
|---|---|
| **Total amount of this bill** | **$32,251.06** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from    4/1/2009    to  4/30/2009**

May 12, 2009

Professional Services

| | Hours | Amount |
|---|---|---|
| Accounting | 0.20 | 22.00 |
| Case Administration | 0.50 | 104.50 |
| Claims Administration & Objections | 166.20 | 25,658.50 |
| Data Analysis | 5.10 | 1,402.50 |
| Fee / Employment Applications | 2.00 | 504.00 |
| Investor Communications and Reporting | 18.70 | 2,431.00 |
| Litigation Consulting | 2.20 | 605.00 |
| Plan & Disclosure Statement | 2.20 | 605.00 |
| Tax Issues | 1.10 | 215.00 |
| **For professional services rendered** | **198.20** | **$31,547.50** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 20.55 |
| Document Storage | 455.00 |
| Fax | 24.25 |
| Federal Express | 19.10 |
| Miscellaneous | 132.99 |
| Postage | 51.67 |
| **Total costs** | **$703.56** |

| | |
|---|---|
| **Total amount of this bill** | **$32,251.06** |

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from    4/1/2009   to   4/30/2009**

May 12, 2009

Professional Services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Accounting** | | | | |
| 4/16/2009 JNH | Reviewed and reconciled bank statement and documents for March 2009. | | 0.20 110.00/hr | 22.00 |
| | Subtotal | | 0.20 | 22.00 |
| **Case Administration** | | | | |
| 4/23/2009 SSA | Formatted fee application for posting on the Receiver's web site. | | 0.30 275.00/hr | 82.50 |
| JCC | Reviewed and responded to emails from Scott Askue regarding documents to be added to website. Forwarded documents to the website manager for addition to website. | | 0.20 110.00/hr | 22.00 |
| | Subtotal | | 0.50 | 104.50 |
| **Claims Administration & Objections** | | | | |
| 4/1/2009 SYS | Reviewed returned investor declarations, disputed claim forms, requested accounting information and prepared revised Claim Determination notices for mailing  and updated the investor as necessary. | | 2.50 130.00/hr | 325.00 |
| SYS | Continued to review returned investor declarations, disputed claim forms, requested accounting information and prepared revised Claim Determination Notices for mailing  and updated the investor as necessary. | | 2.30 130.00/hr | 299.00 |
| SYS | Continued to review returned investor declarations, disputed claim forms, requested accounting information and prepared revised Claim Determination Notices for mailing  and updated the investor as necessary. | | 2.00 130.00/hr | 260.00 |
| SYS | Reviewed voice mail messages from investors in response to the receipt of Claim Determination Notices and followed up with same as necessary. | | 0.80 130.00/hr | 104.00 |
| SSA | Prepared status report of returned declarations. Discussed same with Shuwanda Sloane. | | 1.00 275.00/hr | 275.00 |
| SSA | Prepared updated Claim Determination Notices after resolution of dispute. | | 0.30 275.00/hr | 82.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/2/2009 | SSA | Prepared updated Claim Determination Notices. Drafted email to Clark Will regarding ███████ █████████ Addressed assignment issues with facilitator claim. | 1.40 275.00/hr | 385.00 |
| | SSA | Telephone call to Tom Hass regarding Rio Grande distribution. | 0.20 275.00/hr | 55.00 |
| | SSA | Telephone call from Tom Brown regarding Texas Bank claim. Drafted email to Clark Will regarding ████ | 0.30 275.00/hr | 82.50 |
| | SSA | Telephone call from Bill Arnold regarding ██████ ██████████ | 0.60 275.00/hr | 165.00 |
| | SYS | Reviewed returned investor declarations, disputed claim forms, requested accounting information and prepared revised Claim Determination Notices for mailing and updated the investor as necessary. | 3.00 130.00/hr | 390.00 |
| | SYS | Reviewed returned investor declarations, disputed claim forms, requested accounting information and prepared revised Claim Determination Notices for mailing and updated the investor as necessary. | 3.00 130.00/hr | 390.00 |
| 4/3/2009 | SSA | Drafted letter to CMR investors. Prepared report of same. | 0.70 275.00/hr | 192.50 |
| | SSA | Prepared letters to Rio Grande investors. Telephone call from Bill Arnold regarding ████ Drafted emails to Peter Thiessen regarding same. | 1.00 275.00/hr | 275.00 |
| | SSA | Drafted emails to and reviewed emails from Ralph Freeman regarding ████████████ | 0.20 275.00/hr | 55.00 |
| | SSA | Prepared report of all allowed claims. | 1.00 275.00/hr | 275.00 |
| | SSA | Prepared updated Claim Determination Notices. | 0.60 275.00/hr | 165.00 |
| | SYS | Reviewed submitted dispute forms, prepared revised Claim Determination Notices for mailing and updated the investor database as necessary. | 2.60 130.00/hr | 338.00 |
| | SYS | Reviewed submitted dispute forms, prepared revised Claim Determination Notices for mailing and updated the investor database as necessary. | 1.50 130.00/hr | 195.00 |
| | SYS | Continued to review submitted dispute forms, prepared revised Claim Determination Notices for mailing and updated the investor database as necessary. | 1.50 130.00/hr | 195.00 |
| | SSA | Telephone call from Bill Arnold regarding ████████ | 0.20 275.00/hr | 55.00 |
| | SSA | Telephone calls to and from Mike Wixom regarding his claim. Modified calculation of claim. Updated determination notice and resolved claim. | 0.80 275.00/hr | 220.00 |
| 4/6/2009 | SYS | Reviewed and prepared Claim Determination Notices to be forwarded to Rick Weyand and Peter Thiessen of Rio Grande as requested. | 0.40 130.00/hr | 52.00 |
| | SYS | Reviewed returned investor declarations, disputed claim forms, requested accounting information and organized same as necessary. | 3.00 130.00/hr | 390.00 |
| | SYS | Continued to review submitted Dispute forms, prepared revised Claim Determination Notices for mailing and updated the investor database as necessary. | 3.00 130.00/hr | 390.00 |
| | SYS | Reviewed additional documents forwarded from ████ ████████████████████ and followed up with Bill Arnold as necessary. | 0.20 130.00/hr | 26.00 |

|            |     |                                                                                                                                                                  | Hrs/Rate            | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|----------|
| 4/8/2009   | SYS | Continued to review submitted dispute forms, organized additional accounting documents forwarded from investors and updated the investor database as necessary.   | 2.10<br>130.00/hr   | 273.00   |
|            | SYS | Reviewed submitted dispute forms, prepared listing of Claim Determination Notices to be revised and updated the investor database as necessary.                   | 2.00<br>130.00/hr   | 260.00   |
| 4/9/2009   | SYS | Telephone calls to and from investors inquiring about distributions and followed up with same as necessary.                                                       | 0.70<br>130.00/hr   | 91.00    |
|            | SYS | Reviewed submitted Dispute forms, additional accounting information and prepared listing of Claim Determination Notices to be revised and updated the investor database as necessary. | 3.00<br>130.00/hr   | 390.00   |
|            | SYS | Continued to review accounting documents forwarded from investors, made changes to addresses as requested and organized same as necessary.                        | 3.00<br>130.00/hr   | 390.00   |
| 4/10/2009  | SYS | Reviewed and prepared CMR letters for mailing to additional investors.                                                                                            | 2.00<br>130.00/hr   | 260.00   |
|            | SYS | Continued to review accounting documents forwarded from investors, update the investor database to reflect revised allowed amounts and organized documents appropriately. | 2.20<br>130.00/hr   | 286.00   |
|            | SYS | Reviewed submitted dispute forms, additional accounting documents and declarations submitted by investors and updated the investor database as necessary.         | 2.00<br>130.00/hr   | 260.00   |
| 4/13/2009  | SYS | Reviewed submitted dispute forms, additional accounting documents and declarations submitted by investors and updated the investor database as necessary.         | 3.00<br>130.00/hr   | 390.00   |
|            | SYS | Continued to review accounting documents forwarded from investors, update the investor database to reflect revised allowed amounts and organized documents as well. | 3.00<br>130.00/hr   | 390.00   |
|            | SYS | Reviewed email messages from investors regarding the receipt of Claim Determination Notices and followed with same as necessary.                                  | 0.30<br>130.00/hr   | 39.00    |
|            | SYS | Reviewed Defendant's mail and prepared non-investor claim forms for mailing as necessary.                                                                         | 0.20<br>130.00/hr   | 26.00    |
|            | SYS | Reviewed documents received from Rio Grande investors and updated the investor database as necessary.                                                             | 0.20<br>130.00/hr   | 26.00    |
|            | SSA | Met with Shuwanda Sloane regarding dispute forms and issues to be addressed.  Prepared updated determination notice.                                              | 0.80<br>275.00/hr   | 220.00   |
| 4/14/2009  | SYS | Reviewed submitted dispute forms, additional accounting documents and declarations submitted by investors and updated the investor database as necessary.         | 3.00<br>130.00/hr   | 390.00   |
|            | SYS | Continued to review accounting documents forwarded from investors, update the investor database to reflect revised allowed amounts and organized documents as well. | 3.00<br>130.00/hr   | 390.00   |
|            | SSA | Drafted email to Ralph Freeman regarding ████████ ████████████████████                                                                                           | 0.20<br>275.00/hr   | 55.00    |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/14/2009 | SYS | Reviewed and organized documents returned from Rio Grande investors and updated the investor database as necessary. | 0.40 130.00/hr | 52.00 |
| | SYS | Continued to review accounting documents forwarded from investors, update the investor database to reflect revised allowed amounts and organized received documents as well. | 1.10 130.00/hr | 143.00 |
| 4/15/2009 | SYS | Reviewed submitted dispute forms, additional accounting documents and declarations submitted by investors and updated the investor database as necessary. | 3.00 130.00/hr | 390.00 |
| | SYS | Continued to review accounting documents forwarded from investors, update the investor database to reflect revised allowed amounts and organized received documents as well. | 3.00 130.00/hr | 390.00 |
| | SSA | Reviewed and updated declaration for Rio Grande. Drafted email to Peter Theissen regarding same. | 0.60 275.00/hr | 165.00 |
| 4/16/2009 | SYS | Continued to review accounting documents forwarded from investors, update the investor database to reflect revised allowed amounts and organized received documents as well. | 3.00 130.00/hr | 390.00 |
| | SYS | Reviewed and organized submitted dispute forms, additional accounting documents and declarations submitted by investors and updated the investor database as necessary. | 3.00 130.00/hr | 390.00 |
| | SSA | Reviewed database for documents requested as part of claims determination. Prepared report of same. | 3.30 275.00/hr | 907.50 |
| 4/17/2009 | SYS | Continued to review accounting documents forwarded from investors, update the investor database to reflect revised allowed amounts and organized received documents as well. | 2.00 130.00/hr | 260.00 |
| | SYS | Reviewed and organized submitted dispute forms, additional accounting documents and declarations submitted by investors and updated the investor database as necessary. | 3.00 130.00/hr | 390.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about the receipt of submitted accounting information as requested and the status of distributions and followed up with same as necessary. | 0.70 130.00/hr | 91.00 |
| | SYS | Telephone to investors where declarations were previously forwarded to sub-investors in order to obtain authorization and to advise that the forwarded declarations have not been returned and distributions will not be released until received. | 0.90 130.00/hr | 117.00 |
| | SYS | Reviewed listing of investors where allowed claim amounts have not been entered into the database and followed up with same to request additional accounting information as necessary to complete claims process as necessary. | 1.40 130.00/hr | 182.00 |
| | SSA | Reviewed issues with disputes and follow up information. | 0.30 275.00/hr | 82.50 |
| 4/20/2009 | SYS | Reviewed over 20 voice mail messages from investors inquiring about the receipt of submitted accounting information as requested and the status of distributions and followed up with same as necessary. | 1.20 130.00/hr | 156.00 |

|            |     |                                                                                                                                                                                                                                                          | Hrs/Rate           | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|--------|
| 4/20/2009 | SYS | Reviewed and organized submitted dispute forms, received declarations and additional accounting documents submitted by investors and updated the investor database as necessary.                                                                         | 3.00 130.00/hr     | 390.00 |
|            | SYS | Continued to review accounting documents forwarded from investors, update the investor database to reflect revised allowed amounts and organized same in preparation of filing non-disputed listing with the Court.                                      | 3.00 130.00/hr     | 390.00 |
|            | SSA | Reviewed status of filed claims and disputes to same. Reviewed content of database for report to the court.                                                                                                                                             | 2.30 275.00/hr     | 632.50 |
|            | SYS | Telephone to investors where declarations were previously forwarded to sub-investors in order to obtain authorization and to advise that the forwarded declarations have not been returned and distributions will not be released until received.        | 0.90 130.00/hr     | 117.00 |
|            | JNH | Reviewed objections comments to claim forms for any that were related to providing proof of documentation or similar.                                                                                                                                    | 1.10 110.00/hr     | 121.00 |
| 4/21/2009 | SYS | Prepared declaration to be forwarded to investor Gordon Tellock regarding his $62,000 investment and followed up with same as necessary.                                                                                                                 | 0.20 130.00/hr     | 26.00  |
|            | SYS | Continued to review and prepare listing where investors do not have an allowed claim amounts due to the fact that previously issued Declarations or other documents have not been returned and followed up with same as necessary to advise that distributions will not be released until received. | 2.00 130.00/hr     | 260.00 |
|            | SYS | Reviewed and prepared listing where investors do not have an allowed claim amounts due to the fact that previously issued Declarations or other documents have not been returned and followed up with same as necessary to advise that distributions will not be released until received. | 3.00 130.00/hr     | 390.00 |
|            | SYS | Continued to telephone to investors where declarations were previously forwarded to sub-investors in order to obtain authorization and to advise that the forwarded declarations have not been returned and distributions will not be released until received. | 1.10 130.00/hr     | 143.00 |
|            | SYS | Telephone call to and from John Pope regarding his client Fred Maculus and his $800,000 claim and drafted email to Bill Arnold regarding █████                                                                                                           | 0.40 130.00/hr     | 52.00  |
| 4/22/2009 | SYS | Telephone to investors where declarations were previously forwarded in order to obtain authorization and to advise that the forwarded declarations have not been returned and distributions will not be released until received.                         | 1.00 130.00/hr     | 130.00 |
|            | SYS | Reviewed and organized submitted dispute forms, received declarations and additional accounting documents submitted by investors and updated the investor database as necessary.                                                                         | 2.20 130.00/hr     | 286.00 |
|            | SYS | Telephone to investors where declarations were previously forwarded to sub-investors in order to obtain authorization and to advise that the forwarded declarations have not been returned and distributions will not be released until received.        | 0.70 130.00/hr     | 91.00  |

| | | | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 4/22/2009 | SYS | Continued to review accounting documents forwarded from investors, update the investor database to reflect revised allowed amounts and organized same in preparation of filing non-disputed listing with the Court. | 3.00 130.00/hr | 390.00 |
| | SYS | Telephone calls to investors where declarations were previously forwarded to sub-investors in order to obtain authorization and to advise that the forwarded declarations have not been returned and distributions will not be released until received prior to the filing of non-disputed claims with the Court. | 1.00 130.00/hr | 130.00 |
| | SSA | Discussed with Shuwanda Sloane and telephone conference with Shuwanda Sloane and Bill Arnold regarding ███████████ | 0.40 275.00/hr | 110.00 |
| 4/23/2009 | SYS | Reviewed Claim Determination Notices returned due to inaccurate mailing addresses and researched Lexis to obtain current mailing addresses to resend same. | 1.00 130.00/hr | 130.00 |
| | SYS | Continued to review and prepare listing where investors do not have allowed claim amounts due to the fact that previously issued Declarations or other documents have not been returned and followed up with same as necessary to advise that distributions will not be released until received. | 3.00 130.00/hr | 390.00 |
| | SSA | Drafted email to Mark Weisbart regarding Lionheart claim. | 0.20 275.00/hr | 55.00 |
| | SYS | Reviewed and prepared listing where investors do not have allowed claim amounts due to the fact that previously issued Declarations or other documents have not been returned and followed up with same as necessary to advise that distributions will not be released until received. | 3.00 130.00/hr | 390.00 |
| | SSA | Prepared report of abbreviated claimant names for exhibit to motion to distribute. | 1.80 275.00/hr | 495.00 |
| 4/24/2009 | SYS | Continued to review and prepare listing where investors do not have allowed claim amounts due to the fact that previously issued Declarations or other documents have not been returned and followed up with same as necessary to advise that distributions will not be released until received. | 1.00 130.00/hr | 130.00 |
| | SYS | Continued to review and prepare listing where investors do not have allowed claim amounts due to the fact that previously issued Declarations or other documents have not been returned and followed up with same as necessary to advise that distributions will not be released until received. | 3.00 130.00/hr | 390.00 |
| | SYS | Continued to review and prepare listing where investors do not have allowed claim amounts due to the fact that previously issued Declarations or other documents have not been returned and followed up with same as necessary to advise that distributions will not be released until received. | 0.90 130.00/hr | 117.00 |
| | SYS | Reviewed and prepared listing where investors do not have allowed claim amounts due to the fact that previously issued Declarations or other documents have not been returned and followed up with same as necessary to advise that distributions will not be released until received. | 0.70 130.00/hr | 91.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/24/2009 | SSA | Reviewed issues prior to filing notice of allowed claimants. | 0.40 275.00/hr | 110.00 |
| 4/27/2009 | SYS | Continued to review and prepare listing where investors do not have allowed claim amounts due to the fact that previously issued Declarations or other documents have not been returned and followed up with same as necessary to advise that distributions will not be released until received. | 2.00 130.00/hr | 260.00 |
| | SYS | Continued to review and prepare listing where investors do not have allowed claim amounts due to the fact that previously issued Declarations or other documents have not been returned and followed up with same as necessary to advise that distributions will not be released until received. | 2.50 130.00/hr | 325.00 |
| | SYS | Reviewed listing of investors that have not returned declarations and prepared listing of same. Telephone calls to investors to advise that distributions will not be released until declarations have been received. | 2.80 130.00/hr | 364.00 |
| 4/28/2009 | SSA | Reviewed report of allowed claims with contingencies. Researched status of same. Prepared report of claims requiring additional research. | 2.70 275.00/hr | 742.50 |
| | SYS | Reviewed returned Claim Determination Notices previously forwarded to investors and researched Lexis to obtain current mailing addresses as necessary. | 0.40 130.00/hr | 52.00 |
| | SYS | Telephone calls to and from several investors inquiring about the status of distributions and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
| | SYS | Reviewed listing of investors that have not returned declarations and prepared listing of same. Telephone calls to investors to advise that distributions will not be released until declarations have been received. | 3.00 130.00/hr | 390.00 |
| | SSA | Continue review of claims with declaration and documentation issues. | 1.20 275.00/hr | 330.00 |
| | SYS | Continued to review and prepared listing where investors do not have allowed claim amounts due to the fact that previously issued Declarations or other documents have not been returned and followed up with same as necessary to advise that distributions will not be released until received. | 2.00 130.00/hr | 260.00 |
| 4/29/2009 | SSA | Reviewed issues with exhibits for motion for approval of allowed claims. Updated exhibits and drafted email to Bill Arnold regarding ■■■ | 2.60 275.00/hr | 715.00 |
| | SSA | Telephone call to Bill Arnold regarding ■■■■■■■■ | 0.20 275.00/hr | 55.00 |
| | SYS | Continued to review and prepare listing where investors do not have allowed claim amounts due to the fact that previously issued Declarations or other documents have not been returned and followed up with same as necessary to advise that distributions will not be released until received. | 3.00 130.00/hr | 390.00 |
| | SYS | Reviewed listing of investors that have not returned declarations and prepared listing of same. Telephone calls to investors to advise that distributions will not be released until declarations have been received. | 3.00 130.00/hr | 390.00 |
| 4/30/2009 | SSA | Reviewed available cash and tax issues. Prepared spreadsheet of holdbacks from the distribution. Telephone call to Bill Arnold regarding ■■■ | 2.60 275.00/hr | 715.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/30/2009 | SSA | Drafted email to Ralph Freeman regarding ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 0.20 275.00/hr | 55.00 |
| | SYS | Reviewed listing of investors that have not returned declarations and prepared listing of same. Telephone calls to investors to advise that distributions will not be released until declarations have been received. | 3.00 130.00/hr | 390.00 |
| | SYS | Continued to review and prepare listing where investors do not have allowed claim amounts due to the fact that previously issued Declarations or other documents have not been returned and followed up with same as necessary to advise that distributions will not be released until received. | 2.00 130.00/hr | 260.00 |
| | | Subtotal | 166.20 | 25,658.50 |

### Data Analysis

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/23/2009 | SSA | Continued formatting of approved claim data for motion to distribute funds. | 2.10 275.00/hr | 577.50 |
| | SSA | Formatted approved claim data for motion to distribute funds. | 3.00 275.00/hr | 825.00 |
| | | Subtotal | 5.10 | 1,402.50 |

### Fee / Employment Applications

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/14/2009 | KSB | Prepared final invoices for HFC and the Receiver for March 2009. | 0.40 160.00/hr | 64.00 |
| | SSA | Reviewed and edited fee invoice for March 2009. | 1.00 275.00/hr | 275.00 |
| 4/15/2009 | SSA | Reviewed March fee invoice for Quilling Selander Cumminskey and Lownds. | 0.30 275.00/hr | 82.50 |
| 4/16/2009 | SSA | Reviewed fee order. Arranged for payment of same. | 0.30 275.00/hr | 82.50 |
| | | Subtotal | 2.00 | 504.00 |

### Investor Communications and Reporting

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/2/2009 | SYS | Reviewed voice mail messages from investors in response to the receipt of Claim Determination Notices and followed up as necessary. | 0.70 130.00/hr | 91.00 |
| 4/6/2009 | SYS | Reviewed voice mail messages from investors in response to the receipt of Claim Determination Notices and followed up as necessary. | 1.00 130.00/hr | 130.00 |
| 4/8/2009 | SYS | Reviewed voice mail messages from investors inquiring about the status of distributions and other case related issues and followed up with same as necessary. | 0.90 130.00/hr | 117.00 |
| 4/10/2009 | SYS | Reviewed emails from investors and followed up with same as necessary. | 0.30 130.00/hr | 39.00 |
| 4/13/2009 | SYS | Telephone calls to and from investors inquiring about the status of distributions and the percent for same. | 0.90 130.00/hr | 117.00 |
| 4/14/2009 | SYS | Reviewed voice mail messages from several investors inquiring about the status of the distributions and followed up with same. | 0.50 130.00/hr | 65.00 |
| 4/15/2009 | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up with same. | 0.60 130.00/hr | 78.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/16/2009 | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up with same. | 1.00 130.00/hr | 130.00 |
| 4/17/2009 | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up with same. | 1.00 130.00/hr | 130.00 |
| 4/20/2009 | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up with same. | 1.00 130.00/hr | 130.00 |
| 4/21/2009 | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
| 4/22/2009 | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
| 4/23/2009 | SYS | Telephone calls to and from investors inquiring about the status of distributions and the percent for same and followed up as necessary. | 0.70 130.00/hr | 91.00 |
| 4/24/2009 | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
| 4/27/2009 | SYS | Reviewed voice mail messages from investors inquiring about the status of distributions and followed up with same as necessary. | 0.50 130.00/hr | 65.00 |
| | SYS | Telephone calls from several investors inquiring about the status of distributions and followed up with same as necessary. | 0.90 130.00/hr | 117.00 |
| 4/28/2009 | SYS | Telephone calls to and from several investors inquiring about the status of distributions and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
| 4/29/2009 | SYS | Telephone calls to and from several investors inquiring about the status of distributions and followed up with same as necessary. | 0.70 130.00/hr | 91.00 |
| | SYS | Telephone calls to and from several investors inquiring about the status of distributions and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
| 4/30/2009 | SYS | Reviewed voice mail messages from investors inquiring about the status of distributions and followed up as necessary regarding same. | 0.90 130.00/hr | 117.00 |
| | SYS | Telephone calls to and from several investors inquiring about the status of distributions and followed up with same as necessary. | 1.10 130.00/hr | 143.00 |
| | SYS | Reviewed email from investor Sharon Nascene regarding her investment and the status of distributions and followed up with same as necessary. | 0.20 130.00/hr | 26.00 |
| | SYS | Telephone calls to and from several investors inquiring about the status of distributions and followed up with same as necessary. | 0.80 130.00/hr | 104.00 |
| | | Subtotal | 18.70 | 2,431.00 |

**Litigation Consulting**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/21/2009 | SSA | Telephone call from Bill Arnold regarding ██████ | 0.40 275.00/hr | 110.00 |
| 4/22/2009 | SSA | Telephone call from Bill Arnold regarding ██████ ████████ Telephone call from Rich Douglas regarding same. Reviewed documents form Josephs Jack regarding same. | 1.00 275.00/hr | 275.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/23/2009 | SSA | Telephone call from Bill Arnold regarding ███ ███  Reviewed interrogatories on same. | 0.30 275.00/hr | 82.50 |
| 4/24/2009 | SSA | Reviewed response to interrogatories in Sentinel litigation.  Discussed same with the Receiver. | 0.30 275.00/hr | 82.50 |
| 4/27/2009 | SSA | Telephone call from Bill Arnold regarding ████ ████ | 0.20 275.00/hr | 55.00 |
|  |  | Subtotal | 2.20 | 605.00 |

**Plan & Disclosure Statement**

| 4/30/2009 | SSA | Reviewed and edited motion to approve scheduled claims.  Prepared final exhibits to same. | 1.50 275.00/hr | 412.50 |
|---|---|---|---|---|
|  | SSA | Telephone call to Clark Will regarding ████ ████ | 0.70 275.00/hr | 192.50 |
|  |  | Subtotal | 2.20 | 605.00 |

**Tax Issues**

| 4/1/2009 | DA | Reviewed information for 6/30/2008 tax return for TNT Office Supply. | 0.20 250.00/hr | 50.00 |
|---|---|---|---|---|
|  | DA | Discussed tax treatment of various Correll accounts with Scott Askue in order to determine course of action. | 0.20 250.00/hr | 50.00 |
| 4/7/2009 | MR | Processed tax return. Prepared documents for certified mailing. (TNT Office Supply) | 0.60 150.00/hr | 90.00 |
|  | DA | Prepared TNT Office Supply tax return for the Receiver's signature. | 0.10 250.00/hr | 25.00 |
|  |  | Subtotal | 1.10 | 215.00 |
|  |  | **For professional services rendered** | **198.20** | **$31,547.50** |

Additional Charges :

**Expenses**

| 4/7/2009 | FedEx to Mark King 3/17/09 | 19.10 |
|---|---|---|
| 4/13/2009 | Mailing supplies for claim determination letters | 92.99 |
| 4/18/2009 | Website maintenance for period ended 4/5/09 | 40.00 |
| 4/30/2009 | Copying cost for April 2009. | 20.55 |
|  | Fax charges for April 2009. | 24.25 |
|  | Postage charges for April 2009. | 51.67 |
|  | Document storage/Document Depository per court order - April 2009 | 455.00 |
|  | Subtotal | 703.56 |
|  | **Total costs** | **$703.56** |
|  | **Total amount of this bill** | **$32,251.06** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

 SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

### Accountants and Financial Consultants to the Receiver
#### For the Period from    5/1/2009   to  5/31/2009

June 09, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Dick Atcheson, CPA | 24.80 | 6,200.00 |
|  | 250.00/hr |  |
| J. Colt Conner, CFE | 0.40 | 44.00 |
|  | 110.00/hr |  |
| Julie N. Hentosz, CFE | 0.20 | 22.00 |
|  | 110.00/hr |  |
| K. Shelby Bao | 0.40 | 64.00 |
|  | 160.00/hr |  |
| Scott S. Askue, CIRA | 28.80 | 7,920.00 |
|  | 275.00/hr |  |
| Shuwanda Y. Sloane, CFE | 64.60 | 8,398.00 |
|  | 130.00/hr |  |
| **For professional services rendered** | **119.20** | **$22,648.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 42.00 |
| Document Storage | 455.00 |
| Federal Express | 34.21 |
| Filing Fees | 50.76 |
| Miscellaneous | 40.00 |
| Pacer Charges | 28.40 |
| Postage | 48.44 |
| **Total costs** | **$698.81** |

| | |
|---|---|
| **Total amount of this bill** | **$23,346.81** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from     5/1/2009    to  5/31/2009**

June 09, 2009

Professional Services

|  | Hours | Amount |
|---|---|---|
| Accounting | 5.30 | 1,424.50 |
| Case Administration | 0.90 | 181.50 |
| Claims Administration & Objections | 51.10 | 6,991.00 |
| Data Analysis | 0.30 | 82.50 |
| Fee / Employment Applications | 3.40 | 889.00 |
| Investor Communications and Reporting | 16.70 | 2,287.00 |
| Litigation Consulting | 3.60 | 990.00 |
| Plan & Disclosure Statement | 4.90 | 1,347.50 |
| Tax Issues | 33.00 | 8,455.00 |
| **For professional services rendered** | **119.20** | **$22,648.00** |

Additional Charges :

|  | Amount |
|---|---|
| Copying Cost | 42.00 |
| Document Storage | 455.00 |
| Federal Express | 34.21 |
| Filing Fees | 50.76 |
| Miscellaneous | 40.00 |
| Pacer Charges | 28.40 |
| Postage | 48.44 |
| **Total costs** | **$698.81** |

| **Total amount of this bill** | **$23,346.81** |
|---|---|

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from     5/1/2009   to   5/31/2009**

June 09, 2009

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Accounting** | | |
| 5/4/2009 | SSA | Reviewed recoveries and documents received to date. Began preparing sources and uses report. | 3.30 275.00/hr | 907.50 |
| 5/15/2009 | JNH | Reviewed and reconciled bank statement and documents for April 2009. | 0.20 110.00/hr | 22.00 |
| | SSA | Reviewed docket activity and prepared report of receivership entities and account activity. Drafted email to Bill Arnold regarding ▇ | 1.30 275.00/hr | 357.50 |
| 5/21/2009 | SSA | Telephone call to Bill Arnold regarding ▇▇▇▇ | 0.30 275.00/hr | 82.50 |
| | SSA | Reviewed email from and drafted email to Clark Will regarding ▇▇▇▇ | 0.20 275.00/hr | 55.00 |
| | | Subtotal | 5.30 | 1,424.50 |
| | | **Case Administration** | | |
| 5/7/2009 | JCC | Reviewed and responded to emails from Scott Askue regarding website updates.  Drafted email to website manager attaching documents to be added to website. | 0.20 110.00/hr | 22.00 |
| 5/14/2009 | JCC | Reviewed and responded to emails from Scott Askue regarding additions to website. Drafted email to website manager attaching documents to be added. | 0.20 110.00/hr | 22.00 |
| 5/18/2009 | SSA | Drafted email to Ralph Freeman regarding ▇▇▇ | 0.30 275.00/hr | 82.50 |
| 5/28/2009 | SSA | Telephone call from Bill Arnold and Charles Burnette regarding ▇▇▇ | 0.20 275.00/hr | 55.00 |
| | | Subtotal | 0.90 | 181.50 |
| | | **Claims Administration & Objections** | | |
| 5/1/2009 | SYS | Telephone calls to investors that have not returned previously forwarded Declarations to advise that distributions will not be released until received and drafted emails to various investors regarding same. | 0.90 130.00/hr | 117.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2009 | SYS | Continued to telephone investors that have not returned previously forwarded Declarations to advise that distributions will not be released until received. | 0.70 130.00/hr | 91.00 |
| | SYS | Reviewed several emails from investor Stephen Beckstoffer and followed up with same. | 0.30 130.00/hr | 39.00 |
| | SYS | Reviewed listing of investors that have not returned declarations and prepared listing of same. Telephone calls to investors to advise that distributions will not be released until declarations have been received. | 3.00 130.00/hr | 390.00 |
| 5/4/2009 | SYS | Telephone calls to investors that have not returned previously forwarded Declarations to advise that distributions will not be released until received and drafted emails to various investors regarding same. | 0.90 130.00/hr | 117.00 |
| | SYS | Reviewed several emails from investor Steve Beckstoffer regarding the status of his submitted claim and followed up as necessary. | 0.30 130.00/hr | 39.00 |
| | SYS | Continued to review and organize documents forwarded from investors and updated the investor database with current information as necessary. | 1.40 130.00/hr | 182.00 |
| | SYS | Continued to telephone and emails to investors that were previously sent declarations that have not been returned to advise that distributions will not be released prior to the receipt of same. | 1.50 130.00/hr | 195.00 |
| 5/5/2009 | SSA | Prepared updated list of creditors who invested through Dwight Johnson. | 0.40 275.00/hr | 110.00 |
| | SYS | Prepared claim notices to be mailed to investors that did not previously submit claim forms. | 0.50 130.00/hr | 65.00 |
| | SYS | Reviewed and organized documents forwarded from investors and updated the investor database as necessary. | 1.40 130.00/hr | 182.00 |
| | SYS | Reviewed documents forwarded from investors and updated the investor database as requested. | 0.30 130.00/hr | 39.00 |
| | SSA | Reviewed proof of claim submitted by Texas Bank. Drafted email to Clark Will regarding ▮▮▮ | 0.30 275.00/hr | 82.50 |
| | SYS | Telephone calls to investors that were previously sent declarations that have not been returned to advise that distributions will not be released prior to the receipt of same. | 0.80 130.00/hr | 104.00 |
| 5/6/2009 | SSA | Reviewed issues with Wachovia filed claim. | 0.20 275.00/hr | 55.00 |
| | SYS | Continued to review and organize various documents forwarded from investors and updated the investor database as necessary. | 1.10 130.00/hr | 143.00 |
| | SYS | Reviewed and prepared documents to be mailed to various investors as necessary. | 0.90 130.00/hr | 117.00 |
| | SYS | Reviewed and organized various documents forwarded from investors and updated the investor database as necessary. | 2.00 130.00/hr | 260.00 |
| | SYS | Reviewed email messages from the Receiver regarding the non-investor claim submitted on behalf of Wachovia Bank and followed up as necessary. | 0.20 130.00/hr | 26.00 |
| 5/7/2009 | SYS | Discussed issues with Bill Arnold regarding ▮▮▮▮▮▮▮ | 0.40 130.00/hr | 52.00 |
| | SYS | Reviewed voice mail messages from investors and followed up with same regarding the status of distributions. | 0.70 130.00/hr | 91.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/7/2009 | SYS | Reviewed and prepared claim forms for mailing to investors that have not submitted claim forms to the Receiver's office. Telephone calls to investors to advise of same. | 2.10 130.00/hr | 273.00 |
| 5/8/2009 | SYS | Reviewed several emails from investor Steve Beckstoffer and discussed ▓ with Bill Arnold as necessary. | 0.20 130.00/hr | 26.00 |
|  | SYS | Reviewed and organized documents forwarded from investors as necessary. | 2.40 130.00/hr | 312.00 |
| 5/11/2009 | SYS | Discussed issues with Ron Massicot regarding several submitted claims and followed up with same as necessary. | 0.50 130.00/hr | 65.00 |
|  | SYS | Reviewed previously requested documents forwarded from investors and updated the investor database with current information as necessary. | 0.40 130.00/hr | 52.00 |
|  | SYS | Reviewed email from investor Steve Beckstoffer and discussed ▓ with Bill Arnold. | 0.30 130.00/hr | 39.00 |
|  | SYS | Reviewed and organized documents previously forwarded to investors and updated the investor database if necessary. | 1.50 130.00/hr | 195.00 |
| 5/12/2009 | SYS | Telephone call to investor Tommy Palmatier regarding his $1M claim. | 0.10 130.00/hr | 13.00 |
|  | SYS | Reviewed emails from several investors inquiring about the status of distributions and followed up as necessary. | 0.40 130.00/hr | 52.00 |
|  | SYS | Reviewed email from investor Douglas Anderson and updated the investor database as requested. | 0.10 130.00/hr | 13.00 |
|  | SYS | Telephone calls to and from several investors inquiring about the status of the next distributions and followed up with same as necessary. | 0.40 130.00/hr | 52.00 |
| 5/14/2009 | SSA | Telephone calls from Michael Blanchet regarding sub investors under his account. | 0.30 275.00/hr | 82.50 |
|  | SSA | Telephone call to Jerry Jones regarding his declaration. Drafted email to Shuwanda Sloane regarding same. | 0.30 275.00/hr | 82.50 |
| 5/20/2009 | SYS | Reviewed returned requested documents and updated the listing of contingent allowed claims as necessary. | 1.00 130.00/hr | 130.00 |
|  | SYS | Continued to review returned notices previously sent to several investors and researched Lexis to obtain current mailing addresses in order to resend same and updated the investor database as necessary. | 1.50 130.00/hr | 195.00 |
|  | SYS | Reviewed claim forms and other forwarded mail returned due to inaccurate mailing addresses and researched Lexis to obtain current mailing addresses in order to resend. Telephone calls to several investors to obtain accurate mailing addresses as well. | 2.80 130.00/hr | 364.00 |
|  | SYS | Reviewed voice mail messages from several investors inquiring about the status of distributions and followed up with same as necessary by referring to filed documents on the company website. | 1.40 130.00/hr | 182.00 |
|  | SSA | Reviewed email from Steve Beckstoffer. Researched issues raised and drafted email to Bill Arnold regarding ▓ | 0.70 275.00/hr | 192.50 |
| 5/21/2009 | SYS | Reviewed returned investor notices due to inaccurate mailing addresses and requested documents in order to complete allowed claim process and researched Lexis to obtain current mailing addresses and updated the investor database as necessary in order to resend same. | 3.00 130.00/hr | 390.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/21/2009 | SYS | Reviewed voice mail messages from investors regarding various issues and followed up with same as necessary. | 0.80 130.00/hr | 104.00 |
| 5/22/2009 | SSA | Telephone call to Bill Arnold regarding ▋▋▋▋▋ ▋▋▋▋▋ | 0.20 275.00/hr | 55.00 |
| | SYS | Continued to review returned requested documents in order to complete allowed claim process and researched Lexis to obtain current mailing addresses for notices or claim packages returned due to inaccurate mailing addresses and updated the investor database as necessary in order to resend same and telephone calls to and from investors inquiring about the status of distributions and reviewed emails from several investors and followed up as necessary. | 1.90 130.00/hr | 247.00 |
| | SYS | Reviewed returned requested documents in order to complete allowed claim process and researched Lexis to obtain current mailing addresses and updated the investor database as necessary in order to resend same and telephone calls to and from investors inquiring about the status of distributions and reviewed emails from several investors and followed up as necessary. | 3.00 130.00/hr | 390.00 |
| 5/26/2009 | SYS | Reviewed email requests from investor William Jett and updated the investor database as necessary. | 0.20 130.00/hr | 26.00 |
| | SYS | Reviewed and organized disputed claims, declarations and other case related documents previously forwarded from several investors into appropriate areas and updated the investor database as necessary. | 2.40 130.00/hr | 312.00 |
| | SYS | Reviewed email message from the Receiver regarding investor Jon Bourgain and the receipt of the forwarded Declaration and followed up with same as necessary. | 0.20 130.00/hr | 26.00 |
| | SYS | Continued to review and organize disputed claims, declarations and other case related documents previously forwarded from several investors into appropriate areas and updated the investor database as necessary. | 2.00 130.00/hr | 260.00 |
| 5/27/2009 | SYS | Reviewed emails from investor Steve Beckstoffer regarding his $695,000 claim and followed up as necessary. | 0.30 130.00/hr | 39.00 |
| 5/28/2009 | SYS | Reviewed documents previously forwarded from investors, updates the investor database as necessary and telephone calls to and from investors as necessary. | 2.50 130.00/hr | 325.00 |
| | | Subtotal | 51.10 | 6,991.00 |

**Data Analysis**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/29/2009 | SSA | Telephone call from Clark Will regarding ▋▋▋▋▋ ▋▋▋▋▋ Telephone call to Mark King regarding same. | 0.30 275.00/hr | 82.50 |
| | | Subtotal | 0.30 | 82.50 |

**Fee / Employment Applications**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/8/2009 | SSA | Reviewed ▋▋▋▋▋ and drafted email to Bill Arnold with ▋▋▋▋▋ Reviewed Quilling Selander invoice. | 0.40 275.00/hr | 110.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/11/2009 | SSA | Reviewed and edited April fee invoice. | 1.60 275.00/hr | 440.00 |
| 5/12/2009 | KSB | Prepared final invoices for HFC and the Receiver for April 2009. | 0.40 160.00/hr | 64.00 |
| 5/14/2009 | SSA | Reviewed emails from and drafted emails to Clark Will regarding ███. | 0.20 275.00/hr | 55.00 |
| | SSA | Reviewed and responded to email from Clark Will regarding ████████. Formatted fee applications for the Receiver's website. | 0.40 275.00/hr | 110.00 |
| 5/21/2009 | SSA | Reviewed Troutman Sanders fee invoice for April 2009. | 0.20 275.00/hr | 55.00 |
| | SSA | Reviewed Troutman Sanders fee invoice and drafted email to Troutman Sanders regarding ███. | 0.20 275.00/hr | 55.00 |
| | | Subtotal | 3.40 | 889.00 |

### Investor Communications and Reporting

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2009 | SYS | Reviewed emails from investors inquiring about the status of distributions and followed up as necessary. | 0.40 130.00/hr | 52.00 |
| 5/4/2009 | SYS | Reviewed voice mail messages from investors and followed up with same regarding the status of distributions. | 0.70 130.00/hr | 91.00 |
| | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
| 5/5/2009 | SYS | Telephone calls  from investors inquiring about the status of distributions and followed up as necessary. | 1.00 130.00/hr | 130.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about distributions and followed up as necessary. | 0.70 130.00/hr | 91.00 |
| 5/6/2009 | SYS | Telephone calls to and from several investors inquiring about the status of distributions and followed up with same as necessary. | 0.90 130.00/hr | 117.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about the status of distributions and the percent for same and followed up as necessary. | 0.60 130.00/hr | 78.00 |
| | SYS | Telephone calls to and from investors inquiring about the status of distributions and the percent for same. | 0.90 130.00/hr | 117.00 |
| 5/7/2009 | SYS | Telephone calls to and from several investors inquiring about the status of distributions and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
| 5/8/2009 | SYS | Telephone calls to and from several investors inquiring about the status of distributions and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
| 5/11/2009 | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
| | SYS | Reviewed emails and voice mails from investors and followed up as necessary. | 0.50 130.00/hr | 65.00 |
| 5/12/2009 | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
| 5/13/2009 | SSA | Telephone call from claimant regarding projected distribution date. | 0.20 275.00/hr | 55.00 |
| 5/14/2009 | SSA | Drafted email to Steven Nascene regarding distribution. | 0.20 275.00/hr | 55.00 |
| 5/18/2009 | SSA | Drafted email to Larry Robinson regarding distributions in case. | 0.20 275.00/hr | 55.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2009 | SYS | Reviewed emails from investors inquiring about the status of distributions and to make updates regarding mailing addresses as necessary. | 0.40<br>130.00/hr | 52.00 |
|  | SSA | Drafted email to Steve Cunningham regarding case distributions. | 0.20<br>275.00/hr | 55.00 |
| 5/26/2009 | SYS | Reviewed voice mail messages from investors inquiring about the status of distributions and followed up as necessary. | 0.70<br>130.00/hr | 91.00 |
| 5/27/2009 | SYS | Continued to review voice mail messages from investors inquiring about the status of distributions and followed up as necessary. | 0.40<br>130.00/hr | 52.00 |
|  | SYS | Reviewed voice mail messages from investors inquiring about the status of distributions and followed up as necessary. | 0.50<br>130.00/hr | 65.00 |
|  | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary. | 1.00<br>130.00/hr | 130.00 |
| 5/28/2009 | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up with same as necessary. | 0.70<br>130.00/hr | 91.00 |
| 5/29/2009 | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up with same as necessary. | 1.00<br>130.00/hr | 130.00 |
|  | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
|  |  | Subtotal | 16.70 | 2,287.00 |

### Litigation Consulting

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/5/2009 | SSA | Drafted email to and reviewed email form Bill Arnold regarding ██████████. | 0.20<br>275.00/hr | 55.00 |
| 5/12/2009 | SSA | Telephone call from Bill Arnold regarding ████████. | 0.10<br>275.00/hr | 27.50 |
| 5/13/2009 | SSA | Telephone call to Jack Mclurky regarding representation in the Sentinel matter. | 0.30<br>275.00/hr | 82.50 |
| 5/18/2009 | SSA | Telephone call from Bill Arnold regarding ████████. | 0.10<br>275.00/hr | 27.50 |
| 5/20/2009 | SSA | Telephone call from Bill Arnold regarding ████████. Reviewed email on same. Reviewed email from same regarding distribution in bankruptcy case. | 0.60<br>275.00/hr | 165.00 |
| 5/21/2009 | SSA | Reviewed pleadings and docket for Sentinel Partners. Telephone call from Bill Arnold regarding ████. | 0.60<br>275.00/hr | 165.00 |
| 5/22/2009 | SSA | Reviewed issues with distribution in the Sentinel matter based on recent pleading. Calculated distribution. | 0.50<br>275.00/hr | 137.50 |
| 5/28/2009 | SSA | Telephone call from Bill Arnold, Garrett Nail and Charles R. Burnett regarding ████████████. | 0.40<br>275.00/hr | 110.00 |
| 5/29/2009 | SSA | Researched for information relating to the agreement between G2 and Travis Correll.  Reviewed documents and drafted email to Charles Burnett regarding ████. | 0.80<br>275.00/hr | 220.00 |
|  |  | Subtotal | 3.60 | 990.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

### Plan & Disclosure Statement

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/5/2009 | SSA | Reviewed and edited motion for approval of scheduled claims. Prepared updated exhibits to same. | 1.20 275.00/hr | 330.00 |
| 5/7/2009 | SSA | Prepared report of conditionally allowed claimants for notice of schedule of allowed claims. Arranged for the mailing of the schedule of allowed claimants. | 0.70 275.00/hr | 192.50 |
| 5/12/2009 | SSA | Reformatted claim reports of allowed claims. Drafted email to Clark Will regarding ███. | 2.20 275.00/hr | 605.00 |
| 5/13/2009 | SSA | Telephone call from Bill Arnold regarding ███████. Telephone call to Clark Will regarding ██████████. | 0.80 275.00/hr | 220.00 |
| | | Subtotal | 4.90 | 1,347.50 |

### Tax Issues

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2009 | DA | Identified Cornell entities that need to be reviewed for cash activity so as to determine tax return status. | 0.20 250.00/hr | 50.00 |
| 5/8/2009 | DA | Reviewed cash reports to gather financial information to determine return filing status of entities. | 4.00 250.00/hr | 1,000.00 |
| 5/11/2009 | DA | Reviewed cash reports to develop financial's for 2005, 2006, 2007 & 2008. | 2.00 250.00/hr | 500.00 |
| | DA | Reviewed cash reports to develop financial information for 2005 foreword tax returns. | 2.20 250.00/hr | 550.00 |
| 5/14/2009 | SSA | Met with Dick Atcheson regarding tax issues for case. Reviewed for legal entities. | 0.60 275.00/hr | 165.00 |
| | DA | Updated cash report review of the Correll entities, discussed case filings with Scott Askue, drafted return footnote letter and input returns into tax software | 5.00 250.00/hr | 1,250.00 |
| | SSA | Researched for tax and transactional related information for tax returns. | 0.40 275.00/hr | 110.00 |
| | DA | Reviewed and adjusted cash history report on various Defendant entities. | 0.40 250.00/hr | 100.00 |
| 5/15/2009 | DA | Continued work on 2005-2008 cash analysis for tax return determinations | 3.00 250.00/hr | 750.00 |
| 5/20/2009 | DA | Finalized the 2005-2008 tax returns for the Cornell entities and presented them to the Receiver for signature. | 3.00 250.00/hr | 750.00 |
| 5/21/2009 | DA | Revised tax footnote letters for tax returns. | 0.20 250.00/hr | 50.00 |
| | SSA | Drafted footnote to accompany the case tax return. | 0.80 275.00/hr | 220.00 |
| | SSA | Reviewed for transaction documents for preparation of tax returns. | 0.60 275.00/hr | 165.00 |
| 5/22/2009 | SSA | Continued review of pleadings and other documents for the basis for assets sold by the Receiver. Prepared report of same. | 2.00 275.00/hr | 550.00 |
| | SSA | Reviewed pleadings and other documents for the basis for assets sold by the Receiver. Prepared report of same. | 3.30 275.00/hr | 907.50 |
| 5/26/2009 | DA | Updated and reviewed the 2005-2008 Cornell tax returns. | 3.00 250.00/hr | 750.00 |
| 5/27/2009 | SSA | Researched for tax id for Travis Correll & Company and for The Networth Group for filing of tax returns. | 0.50 275.00/hr | 137.50 |
| | DA | Updated the 2005 through 2008 tax returns noted in post preparation review. | 0.30 250.00/hr | 75.00 |

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 5/28/2009 | DA | Process the Travis Cornell & Co. tax returns for 2005-2008 for mailing. | 0.80 250.00/hr | 200.00 |
| 5/29/2009 | DA | Completed preparation and assembly of fiduciary notice forms for filing with the returns. | 0.70 250.00/hr | 175.00 |
|  |  | Subtotal | 33.00 | 8,455.00 |
|  |  | **For professional services rendered** | **119.20** | **$22,648.00** |

Additional Charges :

### Expenses

| 5/5/2009 | Document storage/Document Depository per court order - May 2009 | 455.00 |
|---|---|---|
| 5/6/2009 | Website maintenance 4/5/09 - 5/4/09 | 40.00 |
| 5/8/2009 | FedEx to Neulan Midkiff 4/1/09 | 17.77 |
|  | Lacerte tax filing fee for period ended 4/15/09 | 50.76 |
| 5/21/2009 | FedEx to Quilling Selander Cummiskey 4/16/09 | 16.44 |
|  | Pacer on-line charges for period 1/1/09 - 3/31/09 | 28.40 |
| 5/31/2009 | Copying cost for May 2009. | 42.00 |
|  | Postage charges for May 2009. | 48.44 |
|  | Subtotal | 698.81 |
|  | **Total costs** | **$698.81** |
|  | **Total amount of this bill** | **$23,346.81** |