# EXHIBIT C

# TROUTMAN SANDERS LLP

| **Payment Remittance Address** | ATTORNEYS AT LAW | **Office Address** |
|---|---|---|
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | 600 Peachtree Street, NE |
| P.O. Box 933652 | FEDERAL ID NO. 58-0946915 | Suite 5200 |
| Atlanta, Georgia 31193-3652 | | Atlanta, GA 30308-2216 |

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 05/19/09 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1197928 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

**RE:** Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 04/30/09 | $13,146.12 |
| Less Adjustments | - $1,033.60 |
| Total Fees | $12,112.52 |
| Costs and Expenses Through 04/30/09 | $117.52 |
| **Total Amount of This Invoice** | **$12,230.04** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 05/19/09
Invoice Number 1197928
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 04/01/09 | MRA | Analyze, review and revise Claim Determination Notice and letter to investors; email correspondence and telephone conference with Scott Askue and Shuwanda Sloane regarding ▓▓▓; research regarding claims issues | 4.7 |
| 04/02/09 | MRA | Telephone conference and email correspondence with Scott Askue regarding ▓▓▓; review and revise same; email correspondence with Scott Askue, David Dantzler and local counsel regarding ▓▓▓ | 1.7 |
| 04/03/09 | MRA | Email correspondence with Scott Askue regarding ▓▓▓; review and revise Claim Determination Notice and cover letter to select group of investors; telephone conference and email correspondence with Scott Askue regarding ▓▓▓; email correspondence with local counsel regarding ▓▓▓ | 1.8 |
| 04/06/09 | MRA | Email correspondence and telephone conference with Shuwanda Sloane regarding ▓▓▓; email correspondence with Scott Askue regarding ▓▓▓; conference with Harrilee Cheshire regarding ▓▓▓; review and revise same; email correspondence to Assistance United States Attorney in Northern District of Georgia in response to request for information; multiple telephone calls with attorney for investor | 3.2 |
| 04/06/09 | HC | Conference with Bill Arnold regarding ▓▓▓; draft declaration releasing claim by LLC | 0.9 |
| 04/07/09 | MRA | Email correspondence to Assistant United States Attorney in Northern District of Georgia in response to request for information; research regarding same | 1.1 |
| 04/07/09 | MRA | Draft, review and revise fee application (0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.3 |
| 04/07/09 | HC | Analyze fee invoices; assist in drafting fee application; conference with B. Arnold regarding ▓▓▓ (1.6, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.6 |
| 04/08/09 | MRA | Analysis of ▓▓▓ for Scott Askue and Shuwanda Sloane; review of documents submitted by claimant; email correspondence with Scott Askue and Shuwanda Sloane regarding ▓▓▓ | 1.2 |
| 04/08/09 | MRA | Review and revise fee application; email correspondence with Hays Financial Consulting team and local counsel regarding ▓▓▓ (0.4, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.4 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 05/19/09
Invoice Number 1197928
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/09

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 04/09/09 | MRA | Analysis of ▬ for Scott Askue and Shuwanda Sloane; email correspondence with Scott Askue and Shuwanda Sloane regarding ▬ | 0.9 |
| 04/13/09 | MRA | Telephone calls with Shuwanda Sloane and Scott Askue regarding ▬ | 0.4 |
| 04/14/09 | MRA | Review and analysis of order granting fee application; email correspondence with local counsel and team at Hays Financial Consulting regarding ▬<br>(0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 |
| 04/15/09 | MRA | Email correspondence with Scott Askue regarding ▬ | 0.1 |
| 04/16/09 | MRA | Telephone conference with Scott Askue regarding ▬ | 0.3 |
| 04/16/09 | MRA | Email correspondence with Scott Askue and Kathy Malek regarding ▬<br>(0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 04/17/09 | MRA | Telephone conference with Scott Askue regarding ▬; email correspondence with attorney for investor/claimant | 0.3 |
| 04/20/09 | MRA | Email correspondence with Shuwanda Sloane regarding ▬ | 0.2 |
| 04/20/09 | MRA | Email correspondence with Scott Askue regarding ▬<br>(0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 04/21/09 | MRA | Telephone call to S. Demos regarding Sentinel Litigation; conference with David Dantzler regarding ▬; review of discovery propounded on Receiver; email correspondence with Scott Askue regarding ▬ | 1.9 |
| 04/21/09 | MRA | Email correspondence with SEC regarding fee application<br>(0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 04/22/09 | MRA | Telephone conference to and email correspondence with S. Demos regarding Sentinel Litigation and discovery responses; draft same; conference with Shakara Barnes regarding ▬; email correspondence with Scott Askue regarding ▬; email correspondence with United States Attorney in Northern District of Georgia regarding distribution | 2.4 |
| 04/22/09 | MRA | Review, revise and file fee application<br>(0.4, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.4 |
| 04/22/09 | SMB | Draft Responses to Defendant's Second Set of Interrogatories | 1.7 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 05/19/09
Invoice Number 1197928
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 04/23/09 | MRA | Email correspondence with Scott Askue regarding ▮▮▮; email correspondence and telephone conference with S. Demos regarding Sentinel Litigation and discovery responses; email correspondence with Shakara Barnes regarding ▮; review and revise same; email to Receiver regarding ▮ | 3.2 |
| 04/23/09 | MRA | Email correspondence with local counsel regarding ▮ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 04/23/09 | SMB | Draft Responses to Defendant's Second Set of Interrogatories | 2.9 |
| 04/24/09 | MRA | Review and revise Sentinel Litigation discovery responses; email correspondence with S. Demos, Greg Hays and Scott Askue regarding ▮ | 0.6 |
| 04/27/09 | MRA | Email correspondence with S. Demos regarding discovery issues; telephone conference and email correspondence with Scott Askue regarding ▮ | 1.1 |
| 04/28/09 | MRA | Telephone conference with Scott Askue regarding ▮▮; email correspondence with S. Demos regarding scheduling the Receiver's deposition; review of material needed to draft status report in case pending in United States District Court in Minnesota | 0.5 |
| 04/29/09 | MRA | Draft review and revise motion to approve schedule of claims and distribution of proceeds; review and revise status report in case pending in United States District Court in Minnesota; file same | 1.8 |
| 04/29/09 | MRA | Email correspondence with local counsel regarding ▮ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 04/29/09 | HC | Assist in preparation of status report in Gillespie action in Minnesota; conference with B. Arnold regarding ▮ | 0.6 |
| 04/30/09 | MRA | Review and revise motion to approve schedule of claims and distribution; email correspondence and conference with Scott Askue and Harrilee Cheshire regarding ▮; telephone conference with Scott Askue regarding ▮; analysis of same | 2.9 |
| 04/30/09 | HC | Assist in drafting brief in support of distribution plan | 1.1 |

Total Hours  40.9

Total Fees  13,146.12

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 05/19/09
Invoice Number 1197928
File No. 033287.000002
Page 5

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## TIMEKEEPER TIME SUMMARY THROUGH 04/30/09

| Name | Hours | Amount |
|---|---:|---:|
| M R Arnold | 32.1 | 10,978.20 |
| S M Barnes | 4.6 | 1,070.66 |
| H Cheshire | 4.2 | 1,097.26 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 04/30/09

| Description | Amount |
|---|---:|
| Professional Services | 117.52 |
| Total: | 117.52 |

Total Fees & Costs: $13,263.64

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Rd NE
Ste 200
Atlanta, GA 30326-1420

| | |
|---|---|
| Invoice Date | 06/16/09 |
| Submitted by | J Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 1206391 |
| File No. | 033287.000002 |

RE:  Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 05/31/09 | $8,055.29 |
| Less Adjustments | - $750.03 |
| Total Fees | $7,305.26 |
| **Total Amount of This Invoice** | **$7,305.26** |

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 05/01/09 | MRA | Email correspondence with Shuwanda Sloane regarding ███████████████; review and analysis of order from United States District Court in Minnesota | 0.1 |
| 05/01/09 | HC | Edit motion to approve allowed claims and brief in support; email correspondence to S. Askue and B. Arnold regarding ████; obtain and circulate judgments entered by Eastern District of Texas | 3.1 |
| 05/04/09 | MRA | Telephone calls with possible attorneys willing to represent the receiver in the Sentinel action; email correspondence with Harrilee Cheshire and Scott Askue regarding ████████ | 0.5 |
| 05/04/09 | HC | Review judgments entered for disgorgement; email correspondence regarding same | 0.8 |
| 05/05/09 | MRA | Draft, review and revise motion to approve schedule of claims and distribution of proceeds; email correspondence to Receiver, David Dantzler and team at Hays Financial Consulting regarding ████; email correspondence with Scott Askue regarding ████████████████████; review and analysis of notice from United States District Court in Minnesota regarding upcoming status conference | 3.1 |
| 05/05/09 | HC | Review and edit motion/brief in support of plan; review docket regarding same; conference with B. Arnold regarding ████████████ | 1.2 |
| 05/06/09 | MRA | Review and revise motion to approve schedule of claims and distribution of proceeds; email correspondence with the SEC regarding same; file same; email correspondence to Receiver, David Dantzler and team at Hays Financial Consulting regarding ████; telephone call to United States District Court in Minnesota; fielded telephone call from investor | 2.1 |
| 05/06/09 | HC | Assist in preparation of fee application; conference with Bill Arnold regarding ████ (1.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.3 |
| 05/07/09 | MRA | Telephone call to United States District Court in Minnesota regarding status conference; telephone conference with Shuwanda Sloane regarding ████ ████; deal with deficiency notices on recent filings | 0.8 |
| 05/07/09 | MRA | Email correspondence with local counsel regarding ████████████ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 05/08/09 | MRA | Fielded telephone call from United States District Court in Minnesota regarding status conference; review and revise and file motion to approve schedules of claims and distribution of proceeds | 0.5 |
| 05/08/09 | MRA | Email correspondence with local counsel regarding fee application (0.1, Time spent on Fee Application, not billed to Hays Financial | 0.1 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 06/16/09
Invoice Number 1206391
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | Consulting) | |
| 05/11/09 | MRA | Telephone conference with Clark Will and Scott Askue regarding ▓; telephone call with Shuwanda Sloane regarding ▓; email correspondence with investor regarding claims; prepare for and attend status conference via phone in United States District Court Minnesota | 1.5 |
| 05/13/09 | MRA | Conference call with Scott Askue and Clark Will regarding ▓; review and analysis of correspondence in Sentinel case | 2.2 |
| 05/13/09 | MRA | Review and revise fee application (1.0, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.0 |
| 05/14/09 | MRA | Telephone call to counsel for plaintiffs in Sentinel litigation; email correspondence regarding inquiry from claimants | 0.3 |
| 05/15/09 | MRA | Telephone conference with Michael Josephs regarding representation in Sentinel litigation | 0.3 |
| 05/20/09 | MRA | Email correspondence with Greg Hays regarding ▓; email correspondence and telephone conference with investor/claimant regarding general claim questions | 1.3 |
| 05/21/09 | MRA | Review and analysis of pleadings in Sentinel; telephone conference with Scott Askue regarding ▓ | 0.3 |
| 05/22/09 | MRA | Email correspondence with Receiver and Florida counsel regarding ▓; telephone conference with Scott Askue regarding ▓ | 0.2 |
| 05/27/09 | CRB | Conference with Bill Arnold and Harrilee Cheshire regarding ▓ | 0.4 |
| 05/27/09 | HC | Prepare for and participate in conference with Bill Arnold and Charles Burnett regarding ▓ | 0.5 |
| 05/28/09 | MRA | Conference with David Dantzler, Tom Bosch and Charles Burnett | 0.4 |
| 05/28/09 | TBB | Internal conference regarding status and upcoming tasks | 0.4 |
| 05/28/09 | CRB | Conference with David Dantzler, Tom Bosch, Bill Arnold, and Harrilee Cheshire regarding ▓; telephone conference with Scott Askue regarding ▓ | 1.0 |
| 05/28/09 | HC | Assist in drafting status report; conference among Troutman Sanders team attorneys regarding ▓ | 0.6 |
| 05/28/09 | JDD | ▓ meeting with B. Arnold, T. Bosch, C. Burnett and H. Cheshire | 0.4 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 06/16/09
Invoice Number 1206391
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/09

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 05/28/09 | GAN | Review pleadings in bankruptcy case of Sentinel funds; conference with Bill Arnold, Charles Burnett and Scott Askue regarding ▮ | 0.8 |
| 05/29/09 | CRB | Conference with Bill Arnold regarding ▮; review conference with Lance Alford regarding ▮ ▮ | 0.5 |

Total Hours 25.8

Total Fees 8,055.29

## TIMEKEEPER TIME SUMMARY THROUGH 05/31/09

| Name | Hours | Amount |
|---|---|---|
| M R Arnold | 14.8 | 5,061.60 |
| T B Bosch | 0.4 | 146.30 |
| C R Burnett | 1.9 | 505.40 |
| H Cheshire | 7.5 | 1,959.39 |
| J Dantzler | 0.4 | 192.60 |
| G A Nail | 0.8 | 190.00 |