# EXHIBIT D



QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

Federal ID #75-2459334

S. Gregory Hays
Special Counsel for Greg Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, Suite 750
Atlanta  GA  30326

Page: 1
04/30/2009
Client No:    911-0150M
Invoice No:        78813

Travis E. Correll, et al.

**ITEMIZED   SERVICES   BILL**

|            |     |                                                                                                                                                                                                                                                                                                                                      | Hours |         |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|---------|
| 04/01/2009 | CBW | Emails regarding Carlisle settlement (.4); emails regarding sale of Idaho property (.3); telephone conference with Ralph Freeman regarding ▮▮ (.3); telephone conference with investor and referral to Askue regarding ▮▮ (.3); | 1.30  | 455.00  |
|            | HMJ | Review status of settlement and coordinate final comments and revisions to same among parties. | 0.50  | 112.50  |
| 04/02/2009 | CBW | Emails with Behrooz Vida regarding closing of the settlement and changes to the settlement documents (.5); emails with SA regarding ▮▮ (.3); telephone conference regarding same (.3); telephone conference with Tom Brown regarding claim (.3); review of closing documents from Idaho condo and forward (.4); review and reply to email regarding Texas Bank; research regarding Bank settlement (.6); | 2.40  | 840.00  |
|            | MDC | Receive/review executed closing documents from title company along with sale proceeds and letter to Scott Askue re ▮▮ | 0.90  | 261.00  |
| 04/03/2009 | CBW | Telephone conference with Ralph Freeman regarding ▮▮ (.4); emails regarding status conference on Monday (.3); telephone conference with title company regarding escrowed closing (.3); revise settlement documents (.8); email to opposing counsel regarding closing (.3); emails regarding Bush/Cadwell settlement (.4); email with title company regarding service (.3); | 2.80  | 980.00  |
|            | TAY | Prepare for status conference hearing (.5) | 0.50  | 100.00  |
|            | MDC | Review e-correspondence relating to and latest revisions to Carlisle settlement documents. | 1.00  | 290.00  |
|            | HMJ | Email to Vida and co-counsel re ▮▮ (.2); Prepare documents for status conference and outline issues for same(.3). | 0.50  | 112.50  |
| 04/06/2009 | TAY | Attend status conference hearing (2) | 2.00  | 400.00  |
| 04/07/2009 | CBW | Email regarding Carlisle hearing and review of court minutes (.4); office conference with Ralph Freeman regarding ▮▮ and regarding ▮▮ (.4); review of email from Attorney Langston, review of ▮▮ and further revisions to ▮▮ |       |         |

Bryan Tower  2001 Bryan St., Suite 1800  Dallas, TX 75201     ph. 214.871.2100    fx. 214.871.2111    www.qsclpc.com

A   P R O F E S S I O N A L   C O R P O R A T I O N      A T T O R N E Y S   A N D   C O U N S E L O R S

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 2
04/30/2009
Client No:   911-0150M
Invoice No:      78813

|            |     |                                                                                                                                                                                                                                                                                                 | Hours |          |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | ▓▓▓ and forward to counsel with ▓▓▓ (1.2); telephone conference with Attorney Phillippi regarding settlement documents (.3); partial review of Johnson documents regarding location of claimants (.4);                                                                                          | 2.70  | 945.00   |
| 04/08/2009 | CBW | Emails with GH regarding ▓▓▓ (.3); review of proposed motion to approve (.4);                                                                                                                                                                                                                   | 0.70  | 245.00   |
| 04/09/2009 | CBW | Meeting with Ralph Freeman regarding ▓▓▓ (.5);                                                                                                                                                                                                                                                  | 0.50  | 175.00   |
| 04/13/2009 | CBW | Revise settlement documents in Bush and Cadwell (1.4); begin work on omnibus motion to approve settlements (1.2); closing activities on Bush settlement (.5);                                                                                                                                   | 3.10  | 1,085.00 |
| 04/14/2009 | CBW | Voice mail from Greg Thompson; search for documents and email to Baker (.8); emails with Scott Askue regarding ▓▓▓ (.4); telephone conference with Ralph Freeman regarding ▓▓▓ (.3); emails regarding status of Carlisle documents (.3); review of correspondence regarding Gowdey insurance (.3); | 2.10  | 735.00   |
| 04/15/2009 | CBW | Work on drafting motion to approve and work on revisions to various settlements (.8); telephone conference with Phillippi regarding settlement closing (.3); emails with Attorney Langston regarding settlement documents (.3); review and comment on Rule 9019 Motion (.6); Telephone conference with and office conference with Ralph S. Freeman regarding ▓▓▓ and regarding ▓▓▓ (.5); | 2.50  | 875.00   |
| 04/16/2009 | CBW | Email with Scott Askue regarding ▓▓▓ (.3); telephone conference with Raph Freeman regarding ▓▓▓ (.3); emails with Attorney Langston regarding settlement issues (.3); emails with Ralph Freeman and Scott Askue regarding ▓▓▓ (3.);                                                               | 1.20  | 420.00   |
| 04/17/2009 | CBW | Work on settlement documents and motions for various settlements including review and analysis of comments from various counsel (1.2); emails with Ralph Freeman and Scott Askue regarding ▓▓▓ (.5); research addresses for Scott Baker and draft letter to Attorney Baker regarding Johnson documents (.7); telephone conference with Ralph Freeman regarding ▓▓▓ and email to Baker regarding ▓▓▓ (.4); | 2.80  | 980.00   |
| 04/20/2009 | CBW | Email with Attorney Langston regarding documents; telephone conference with Ralph Freeman regarding ▓▓▓; email with Attorney Vida regarding documents;                                                                                                                                          | 0.90  | 315.00   |
| 04/21/2009 | CBW | Telephone conference with Ralph Freeman regarding ▓▓▓ (.3); email to counsel regarding ▓▓▓ (.3); follow up with Attorney                                                                                                                                                                         |       |          |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 3
04/30/2009
Client No: 911-0150M
Invoice No: 78813

|            |     |                                                                                                                                                                                                                                                                                                  | Hours |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | Vida (.2); email to Attorney Phillippi regarding settlement (.3); work on motions to approve settlements (.9); telephone conference with Ralph Freeman regarding ▓▓▓▓ (.3);                                                                                                                      | 2.30  | 805.00   |
| 04/22/2009 | CBW | Meeting with Thompson, Baker, Johnson and Ralph Freeman; review of documents requested for copying by Baker and office conference with Ralph Freeman regarding ▓▓▓▓ (2.2);                                                                                                                       | 2.20  | 770.00   |
| 04/23/2009 | CBW | Emails with Ralph Freeman regarding ▓▓▓▓ forward ▓▓▓▓ to client in Atlanta; telephone conference with Ralph Freeman regarding ▓▓▓▓ receipt and review of documents regarding Baker; draft correspondence to Baker regarding production and costs; review of settlement documents received from Attorney Phillippi and deposit funds; | 2.60  | 910.00   |
| 04/27/2009 | CBW | Work on settlement motion in Cadwell (.5); update TNT/Thompson oil and gas accounts (1.2); update Sitton accounts (.5);                                                                                                                                                                          | 2.20  | 770.00   |
| 04/28/2009 | CBW | Telephone conference with Ralph Freeman regarding ▓▓▓▓; emails regarding settlement motion;                                                                                                                                                                                                      | 0.90  | 315.00   |
|            | CBW | Telephone conference with Ralph Freeman regarding ▓▓▓▓; emails regarding settlement motions;                                                                                                                                                                                                     | 0.90  | 315.00   |
| 04/29/2009 | CBW | Emails with Ralph Freeman regarding ▓▓▓▓; emails with client regarding ▓▓▓▓; document production to Baker;                                                                                                                                                                                       | 1.10  | 385.00   |
| 04/30/2009 | CBW | Emails with Johnson claimants; telephone conference with Scott Askue; telephone conference with Ralph Freeman regarding ▓▓▓▓; work on asset ledgers and update for transition;                                                                                                                    | 1.80  | 630.00   |
|            |     | For Current Services Rendered                                                                                                                                                                                                                                                                    | 42.40 | 14,226.00 |

Recapitulation

| Timekeeper       | Hours | Hourly Rate | Total      |
|------------------|-------|-------------|------------|
| Michael D. Clark | 1.90  | $290.00     | $551.00    |
| Clark B. Will    | 37.00 | 350.00      | 12,950.00  |
| Hudson M. Jobe   | 1.00  | 225.00      | 225.00     |
| Timothy A. York  | 2.50  | 200.00      | 500.00     |

| | |
|---|---|
| Telecopies | 6.00 |
| Long-Distance Telephone | 5.56 |
| Express Mail Service | 17.70 |
| Lunch during mediation | 31.88 |
| Published legal notice in Idaho newspaper. | 13.20 |
| Paid to Copy Solutions for Outside Printing/Invoice #57774 | 482.80 |
| Photocopies | 51.60 |
| Postage | 6.15 |

Special Counsel for Greg Hays

Travis E. Correll, et al.

|  |  |
|---|---|
| Pacer Service | 10.96 |
| Total Expenses Thru 04/30/2009 | 625.85 |
| Total Current Work | 14,851.85 |
| Balance Due | $14,851.85 |

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT



Federal ID #75-2459334

S. Gregory Hays  
Special Counsel for Greg Hays  
Hays Financial Consulting, LLC  
3343 Peachtree Road, Suite 750  
Atlanta  GA  30326  

Page: 1  
05/31/2009  
Client No:      911-0150M  
Invoice No:        79557  

Travis E. Correll, et al.

**ITEMIZED    SERVICES    BILL**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/02/2009 | CBW | Coordinate filing of motion to approve in bankruptcy case regarding Carlisle (.5); | 0.50 | 175.00 |
| 05/03/2009 | CBW | Review/analysis of filings in Carlisle BR regarding settlement and work on settlement documents (.9); | 0.90 | 315.00 |
| 05/04/2009 | CBW | Work on Motion to Approve Cadwell and other settlements; | 2.20 | 770.00 |
| 05/05/2009 | CBW | Emails from counsel ▮▮▮▮ (.5); revise motion and efile (.6); email with SA regarding ▮▮; review claim information and reply (.5); finalize ▮▮▮▮ and incorporate counsel comments (1.2); | 2.80 | 980.00 |
| 05/06/2009 | CBW | Complete motion on Cadwell; filing of same (1.9); email regarding claims and online search regarding settlement documents (.7); | 2.60 | 910.00 |
|  | MDC | Review ▮▮▮▮ with R. Freeman. | 0.60 | 174.00 |
| 05/07/2009 | CBW | Telephone conference with Luke Motley regarding Diana Gowdey (.5); telephone conference with Ralph Freeman regarding ▮▮ (.3); review and forward order approving settlement and email with counsel regarding ▮▮ (.5); telephone conference with Todd Phillippi regarding Cadwell settlement (.3); emails regarding claims issues (.5); | 2.10 | 735.00 |
| 05/08/2009 | CBW | Emails with Scott Askue regarding ▮▮ (.3); update accounts and close out Sitton accounts and Thompson accounts; update ▮▮ and prepare for forwarding to Receiver (1.7); telephone conference with Phillippi's office regarding conference and revise, finalize settlement and send electronic filing of same (.9); | 2.90 | 1,015.00 |
| 05/11/2009 | CBW | Attention to closing Sitton Receivership accounts, including visit to bank to obtain cashier's checks; emails with receiver; telephone conference with SSFCU, etc. (3.5); emails with Ralph Freeman regarding ▮▮ (.3); draft correspondence to client with ▮▮ ▮▮; forward same, as well regarding bank accounts (1.5); telephone conference with Court personnel | | |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 2
05/31/2009
Client No: 911-0150M
Invoice No: 79557

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | regarding payment of interim distributions; telephone conference with Bill Arnold regarding ▓ and follow up with Court personnel (.6); emails with client regarding ▓ (.3); | 6.20 | 2,170.00 |
| 05/12/2009 | CBW | Telephone conference with Ralph Freeman regarding ▓ (.3); review of ▓ received from Scott Askue and forward to Judge Schell's chambers (.5); draft letter to Attorney Baker regarding Johnson (.5); review of order approving settlement; forward copies of order to parties; ▓; forward to client with ▓ (1.2); review of ▓ and forward to Scott Askue (.5); draft correspondence to Phillippi regarding closing (.5); review and analysis of correspondence from Luke Motley regarding Diana Gowdey's claims (.5); telephone conference with Motley regarding same; | 4.40 | 1,540.00 |
| 05/13/2009 | CBW | Out of office meeting with Attorney Pearce, Keet Lewis and Ralph Freeman regarding ▓ (2.5); assistance call with investor regarding missing declaration and online research for form (.5); conference call with Bill Arnold and Scott Askue regarding ▓ (.5); | 3.50 | 1,225.00 |
| 05/14/2009 | CBW | Emails regarding ▓ with Ralph Freeman and SA (.5); file review regarding Diana Gowdey and regarding subpoena matter; attention paid to issues of disgorgement for Gowdey (.9); | 1.40 | 490.00 |
| 05/15/2009 | CBW | Document review regarding Gowdey estate; review of schedules received from Lewis and Pearce (.9); research and draft letter to Attorney Motley regarding meeting with Gowdey executor and regarding subpoena compliance (.8); draft correspondence to Attorney Baker regarding disgorgement, etc. (.7); email with DDR regarding withdrawal from case (.3); | 2.70 | 945.00 |
| 05/18/2009 | CBW | Telephone conference with Ralph Freeman regarding ▓ (.4); telephone conference with Luke Motley regarding Diana Gowdey (.4); emails with Scott Askue regarding ▓ (.3); follow up telephone conference with Ralph Freeman regarding ▓ (.3); | 1.40 | 490.00 |
| 05/19/2009 | CBW | Email to Attorney Pearce regarding status of Gowdey estate (.3); document research regarding Baker (.8); telephone conference with Receiver regarding ▓ (.3); | 1.40 | 490.00 |
| 05/21/2009 | CBW | Email with Scott Baker regarding time frame (.3); review of ▓ and forward to team and SEC (.6); review and analysis of Gowdey accounting materials and forward to Attorney Motley (.4); email with Ralph S. Freeman regarding ▓ (.3); | 1.70 | 595.00 |

Special Counsel for Greg Hays

Client No: 911-0150M
Invoice No: 79557

Travis E. Correll, et al.

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/26/2009 | CBW | Emails to Tim McCole and Ralph S. Freeman regading ▇▇▇▇; telephone conference with Tim McCole regarding same (.9); meeting with Ralph S. Freeman ▇▇▇▇ (1.2); review and analysis of deposition transcript and documents from Robbie Gowdey's divorce, including deposition transcript of Diana Gowdey (4.8); telephone conference with Ralph S. Freeman and email forwarding ▇▇▇▇ (.5); | 7.40 | 2,590.00 |
| 05/27/2009 | CBW | Telephone conference with Ralph S. Freeman regarding ▇▇▇▇; telephone conference with Tim McCole regarding upcoming meeting; meet with Attorneys Motley and Young regarding Diana Gowdey; emails with Greg Hays regarding ▇▇▇▇ and update file regarding same; email to Attorney Pearce; office conference with team regarding ▇▇▇▇; emails with client regarding ▇▇; | 3.00 | 1,050.00 |
| 05/28/2009 | CBW | Telephone conference with Scott Askue regarding ▇▇▇▇ and office conference with Ralph Freeman regarding ▇▇; | 0.50 | 175.00 |
| 05/29/2009 | CBW | Emails and telephone conferences with Scott Askue regarding ▇▇▇▇; review and forward order regarding Carlisle settlement; work on Gowdey and Johnson issues; | 1.50 | 525.00 |
|  | HMJ | Review proposed Order on settlement and draft correspondence to D. Langston regarding same. | 0.30 | 67.50 |
|  |  | For Current Services Rendered | 50.00 | 17,426.50 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Michael D. Clark | 0.60 | $290.00 | $174.00 |
| Clark B. Will | 49.10 | 350.00 | 17,185.00 |
| Hudson M. Jobe | 0.30 | 225.00 | 67.50 |

|  |  |
|---|---|
| Express Mail Service | 38.14 |
| Photocopies | 135.60 |
| Postage | 15.86 |
| Total Expenses Thru 05/31/2009 | 189.60 |
| Total Current Work | 17,616.10 |
| Balance Due | $17,616.10 |

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT