# EXHIBIT E

# BRAY & FREEMAN, L.P. | License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #  817-688-6186
Fax #  888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2009 | 6432 |
| TIN #04-3759685 ||

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 4/1/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW RE: ▬▬▬▬▬ TELEPHONE CONFERENCE WITH GOWDEY EXECUTOR & TNT INVESTORS | 2 | 100.00 | 200.00 |
| 4/3/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW RE: ▬▬▬▬▬; REVIEW OF JOHNSON DOCUMENTS | 4 | 100.00 | 400.00 |
| 4/7/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH BUSH & CBW RE: ▬▬▬ | 2 | 100.00 | 200.00 |
| 4/9/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW RE: ▬▬, DOCUMENT RESEARCH RE: JOHNSON CLIENTS | 2.5 | 100.00 | 250.00 |
| 4/14/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW RE: ▬▬▬▬▬ MEETING WITH GOWDEY EXECUTOR | 3 | 100.00 | 300.00 |
| 4/15/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE & OFFICE MEETING RE: ▬▬▬▬▬ WITH CBW | 2 | 100.00 | 200.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P.  License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #  817-688-6186
Fax #  888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2009 | 6432 |
| TIN #04-3759685 ||

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 4/16/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE & OFFICE CONFERENCE RE: BUSH & JOHNSON | 1.5 | 100.00 | 150.00 |
| 4/17/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - E-MAILS & CONFERENCES WITH CBW RE: | 2 | 100.00 | 200.00 |
| 4/20/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW RE: ▬▬, TELEPHONE CONFERENCE WITH GOWDEY EXECUTOR | 1.5 | 100.00 | 150.00 |
| 4/21/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW RE: | 1.5 | 100.00 | 150.00 |
| 4/22/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW, JOHNSON, & BAKER RE: | 2 | 100.00 | 200.00 |
| 4/23/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - E-MAILS RE: JOHNSON DOCUMENTS | 1 | 100.00 | 100.00 |
| 4/28/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE RE: GOWDEY INSURANCE POLICY | 1.5 | 100.00 | 150.00 |
| 4/29/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - E-MAILS RE: JOHNSON & GOWDEY | 1 | 100.00 | 100.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P.

License # A07161

# Invoice

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #   817-688-6186
Fax #     888-528-2654

| Date | Invoice # |
|---|---|
| 4/30/2009 | 6432 |

TIN #04-3759685

rfreeman@brayandfreeman.com

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 4/30/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CALLS FROM INVESTORS; E-MAILS RE: GOWDEY & JOHNSON EXPENSES | 2.5 | 100.00 | 250.00 |
| 4/30/2009 | MILEAGE | INVESTIGATOR 430 - MILEAGE | 142 | 0.65 | 92.30 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | $3,092.30 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $3,092.30 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $3,092.30 |

# BRAY & FREEMAN, L.P. License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone # 817-688-6186
Fax # 888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2009 | 6435 |
| TIN #04-3759685 ||

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 5/6/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF ▮▮▮▮▮ WITH MDC | 0.5 | 100.00 | 50.00 |
| 5/7/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH GOWDEY EXECUTOR & CBW | 1.5 | 100.00 | 150.00 |
| 5/11/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH GOWDEY EXECUTOR; TELEPHONE & E-MAIL COMMUNICATIONS WITH CBW | 1 | 100.00 | 100.00 |
| 5/12/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH CBW RE: ▮▮▮▮▮; CONTACT WITH GOWDEY EXECUTOR | 1.5 | 100.00 | 150.00 |
| 5/13/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH GOWDEY EXECUTOR, HIS COUNSEL, & CBW | 3 | 100.00 | 300.00 |
| 5/18/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - SCHEDULING & TELEPHONE CONFERENCE WITH GOWDEY EXECUTOR & CBW | 1 | 100.00 | 100.00 |
| 5/21/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - E-MAILS & COMMUNICATIONS WITH GOWDEY EXECUTOR & CBW | 1 | 100.00 | 100.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| Subtotal |  |
|---|---|
| Sales Tax (8.25%) |  |
| **Total** |  |
| Retainer Applied |  |
| Balance Due |  |

Page 1

# BRAY & FREEMAN, L.P.

License # A07161

# Invoice

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #   817-688-6186
Fax #     888-528-2654

| Date | Invoice # |
|---|---|
| 5/31/2009 | 6435 |
| TIN #04-3759685 ||

rfreeman@brayandfreeman.com

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 5/26/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - RESEARCH RE: DIANA GOWDEY DOCUMENTS; MEETING WITH CBW & TELEPHONE CONFERENCE WITH GOWDEY EXECUTOR | 5.5 | 100.00 | 550.00 |
| 5/27/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CALLS FROM INVESTORS; TELEPHONE & E-MAIL COMMUNICATIONS WITH CBW | 1.5 | 100.00 | 150.00 |
| 5/28/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CALLS WITH CBW RE: ■■■■■ | 0.5 | 100.00 | 50.00 |
| 5/29/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH GOWDEY EXECUTOR | 1 | 100.00 | 100.00 |
| 5/31/2009 | MILEAGE | EXPENSES<br>INVESTIGATOR 430 - MILEAGE | 78 | 0.65 | 50.70 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | $1,850.70 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $1,850.70 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $1,850.70 |