# EXHIBIT A

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from    3/1/2009    to   3/31/2009**

April 14, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 0.20<br>375.00/hr | 75.00 |
| **For professional services rendered** | **0.20** | **$75.00** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from 3/1/2009 to 3/31/2009**

April 14, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 0.20 | 75.00 |
| **For professional services rendered** | **0.20** | **$75.00** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    3/1/2009   to   3/31/2009**

April 14, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| **Accounting** | | |
| 3/10/2009  SGH   Reviewed February bank statement. | 0.20<br>375.00/hr | 75.00 |
| Subtotal | 0.20 | 75.00 |
| **For professional services rendered** | **0.20** | **$75.00** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from    4/1/2009    to   4/30/2009**

May 12, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 0.30<br>375.00/hr | 112.50 |
| **For professional services rendered** | **0.30** | **$112.50** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from   4/1/2009   to   4/30/2009**

May 12, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Fee / Employment Applications | 0.30 | 112.50 |
| **For professional services rendered** | **0.30** | **$112.50** |

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    4/1/2009   to   4/30/2009**

May 12, 2009

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| **Fee / Employment Applications** | | | |
| 4/15/2009  SGH | Reviewed March fee invoices for Receiver and Accountants to Receiver. | 0.30<br>375.00/hr | 112.50 |
| | Subtotal | 0.30 | 112.50 |
| | **For professional services rendered** | **0.30** | **$112.50** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from 5/1/2009 to 5/31/2009**

June 09, 2009

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 0.70<br>375.00/hr | 262.50 |
| **For professional services rendered** | **0.70** | **$262.50** |

---

CIRA - Certified Insolvency and Restructuring Advisor      CTP - Certified Turnaround Professional

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    5/1/2009    to   5/31/2009**

June 09, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Plan & Disclosure Statement | 0.30 | 112.50 |
| Tax Issues | 0.40 | 150.00 |
| **For professional services rendered** | **0.70** | **$262.50** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    5/1/2009   to   5/31/2009**

June 09, 2009

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Plan & Disclosure Statement** | | | |
| 5/6/2009 SGH | Reviewed draft of motion to file with court regarding distribution and approved for filing. | 0.30<br>375.00/hr | 112.50 |
| | Subtotal | 0.30 | 112.50 |
| **Tax Issues** | | | |
| 5/28/2009 SGH | Reviewed and signed the tax returns and discussed payment of taxes on the interest with Dick Atcheson. | 0.40<br>375.00/hr | 150.00 |
| | Subtotal | 0.40 | 150.00 |
| | **For professional services rendered** | **0.70** | **$262.50** |