# EXHIBIT B

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
**For the Period from    3/1/2009   to   3/31/2009**

April 14, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Dick Atcheson | 5.90<br>250.00/hr | 1,475.00 |
| Kathryn A. Malek, PHR | 0.20<br>170.00/hr | 34.00 |
| Scott S. Askue, CIRA | 12.40<br>275.00/hr | 3,410.00 |
| Shuwanda Y. Sloane, CFE | 22.10<br>130.00/hr | 2,873.00 |
| **For professional services rendered** | **40.60** | **$7,792.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 2.85 |
| Fax | 1.75 |
| Miscellaneous | 40.00 |
| Postage | 1.43 |
| **Total costs** | **$46.03** |
| **Total amount of this bill** | **$7,838.03** |

---

CCE - Certified Computer Examiner                      CPA - Certified Public Accountant
CFE - Certified Fraud Examiner                             CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor     PHR - Professional in Human Resources

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from  3/1/2009  to  3/31/2009**

April 14, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Claims Administration & Objections | 27.70 | 5,331.00 |
| Fee / Employment Applications | 0.40 | 110.00 |
| Investor Communications and Reporting | 6.40 | 832.00 |
| Tax Issues | 6.10 | 1,519.00 |
| **For professional services rendered** | **40.60** | **$7,792.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 2.85 |
| Fax | 1.75 |
| Miscellaneous | 40.00 |
| Postage | 1.43 |
| **Total costs** | **$46.03** |
| **Total amount of this bill** | **$7,838.03** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from    3/1/2009   to   3/31/2009**

April 14, 2009

Professional Services

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Claims Administration & Objections** | | |
| 3/2/2009 | SYS | Reviewed allowed claims report and prepared declarations to be forwarded to investors as necessary. | 1.60 130.00/hr | 208.00 |
| | SYS | Continued to review allowed claims report and prepared declarations to be forwarded to investors as necessary. | 2.30 130.00/hr | 299.00 |
| 3/3/2009 | SYS | Continued to review submitted investor claim forms and prepared declarations to be forwarded to several investors as necessary. | 1.60 130.00/hr | 208.00 |
| 3/4/2009 | SSA | Telephone call from Bill Arnold. Updated claim determination notice. | 0.20 275.00/hr | 55.00 |
| 3/5/2009 | SSA | Updated claim determination letter and reviewed merge claim data. | 1.00 275.00/hr | 275.00 |
| 3/6/2009 | SSA | Reviewed claim data prior to preparation of claim determination notices. | 0.60 275.00/hr | 165.00 |
| 3/9/2009 | SYS | Continued to review and prepare investor declarations in preparation of forwarding Claim Determination notices to same. | 2.90 130.00/hr | 377.00 |
| | SSA | Prepared claim determination notices for all investors. | 3.40 275.00/hr | 935.00 |
| 3/10/2009 | SYS | Prepared Claim Determination notices for mailing. | 3.00 130.00/hr | 390.00 |
| | SYS | Continued to prepare Claim Determination notices for mailing. | 2.00 130.00/hr | 260.00 |
| 3/11/2009 | SYS | Reviewed Claims Determination notices and investor declarations and prepared same for mailing. | 1.50 130.00/hr | 195.00 |
| 3/12/2009 | SSA | Verified investor data on claim determination notices. | 1.20 275.00/hr | 330.00 |
| | SYS | Telephone call to and from investor John Fee regarding his $1,000,000 claim and followed up as necessary by providing requested documents. | 0.30 130.00/hr | 39.00 |
| 3/13/2009 | SYS | Reviewed voice mail messages from investors in response to recently forwarded Claims Determination notices and followed up with same as necessary. | 0.50 130.00/hr | 65.00 |
| | DA | Prepared Georgia Secretary of State renewal for Global Finance & Investments. | 0.30 250.00/hr | 75.00 |
| | SSA | Reviewed issues with Danna Swarovski's claim. | 0.20 275.00/hr | 55.00 |

**SEC v. Global Finance et al.**                                                                  Page     2

|            |     |                                                                                       | Hrs/Rate        | Amount     |
|------------|-----|---------------------------------------------------------------------------------------|-----------------|------------|
| 3/13/2009  | SSA | Prepared report of investors for investigator.                                        | 0.40 275.00/hr  | 110.00     |
| 3/18/2009  | SSA | Reviewed transactions involving Mark Moody for timing of investment and determination of whether it was a Global Finance Investment. | 1.00 275.00/hr  | 275.00     |
| 3/23/2009  | SSA | Researched for information in response to inquiries from investors. Prepared spreadsheets of transactions. | 1.20 275.00/hr  | 330.00     |
| 3/24/2009  | SSA | Reviewed disputes and other claim issues. Researched for information on same. Prepared analyses in response. | 1.30 275.00/hr  | 357.50     |
| 3/25/2009  | DA  | Reviewed file for the status of tax returns.                                          | 0.10 250.00/hr  | 25.00      |
| 3/26/2009  | SSA | Researched issues with claim disputes and issues. Prepared updated claim determination letters as necessary. | 0.50 275.00/hr  | 137.50     |
| 3/30/2009  | SSA | Investigated claim issue in response to claim determination notices.                  | 0.60 275.00/hr  | 165.00     |
|            |     | Subtotal                                                                              | 27.70           | 5,331.00   |

### Fee / Employment Applications

|            |     |                                                      | Hrs/Rate       | Amount  |
|------------|-----|------------------------------------------------------|----------------|---------|
| 3/10/2009  | SSA | Reviewed and edited fee invoice for February 2009.   | 0.40 275.00/hr | 110.00  |
|            |     | Subtotal                                             | 0.40           | 110.00  |

### Investor Communications and Reporting

|            |     |                                                                                       | Hrs/Rate        | Amount  |
|------------|-----|---------------------------------------------------------------------------------------|-----------------|---------|
| 3/5/2009   | SYS | Telephone calls from investors inquiring about the status of Claim Determination notices and followed up as necessary. | 0.20 130.00/hr  | 26.00   |
| 3/17/2009  | SYS | Telephone calls to and from several investors in response to recently forwarded Claims Determination notices and followed up with same as necessary. | 1.20 130.00/hr  | 156.00  |
| 3/19/2009  | SYS | Telephone calls to and from investors in response to recently forwarded Claims Determination notices and followed up with same as necessary and reviewed returned declarations and updated the investor database as necessary. | 2.00 130.00/hr  | 260.00  |
| 3/20/2009  | SYS | Telephone calls to and from several investors in response to the receipt of Claim Determination notices and followed up as necessary. | 1.00 130.00/hr  | 130.00  |
| 3/23/2009  | SYS | Telephone calls to and from several investors in response to the receipt of Claim Determination notices and followed up as necessary. | 0.80 130.00/hr  | 104.00  |
| 3/30/2009  | SYS | Telephone calls from investors in response to the receipt of Claim Determination notices and followed up with same as necessary. | 1.20 130.00/hr  | 156.00  |
|            |     | Subtotal                                                                              | 6.40            | 832.00  |

### Tax Issues

|            |     |                                                       | Hrs/Rate        | Amount  |
|------------|-----|-------------------------------------------------------|-----------------|---------|
| 3/18/2009  | DA  | Prepared 2009 Annual Report.                          | 1.00 250.00/hr  | 250.00  |
| 3/19/2009  | DA  | Reviewed file to organize material for 2008 tax return. | 0.50 250.00/hr  | 125.00  |

**SEC v. Global Finance et al.**  Page 3

| | | | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 3/20/2009 | DA | Reviewed financial records to determine tax return status. | 4.00<br>250.00/hr | 1,000.00 |
| 3/23/2009 | SSA | Researched entities required for tax determination. Drafted email to Dick Atcheson regarding same. | 0.20<br>275.00/hr | 55.00 |
| 3/24/2009 | KAM | Discussed preparation of 2008 tax return with Dick Atchison and Bob Meehan. Prepared cash analysis for 2008 per request of Dick Atchison. | 0.20<br>170.00/hr | 34.00 |
| | SSA | Reviewed email from and drafted email to Dick Atcheson regarding availability of tax return records. | 0.20<br>275.00/hr | 55.00 |
| | | Subtotal | 6.10 | 1,519.00 |
| | | **For professional services rendered** | **40.60** | **$7,792.00** |

Additional Charges :

**Expenses**

| | | |
|---|---|---:|
| 3/10/2009 | Website maintenance and update | 40.00 |
| 3/31/2009 | Copying cost for March 2009. | 2.85 |
| | Fax charges for March 2009. | 1.75 |
| | Postage charges for March 2009. | 1.43 |
| | Subtotal | 46.03 |
| | **Total costs** | **$46.03** |
| | **Total amount of this bill** | **$7,838.03** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
**For the Period from    4/1/2009    to   4/30/2009**

May 12, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| J. Colt Conner, CFE | 0.20<br>110.00/hr | 22.00 |
| Julie N. Hentosz, CFE | 0.70<br>110.00/hr | 77.00 |
| K. Shelby Bao | 0.40<br>160.00/hr | 64.00 |
| Scott S. Askue, CIRA | 9.80<br>275.00/hr | 2,695.00 |
| Shuwanda Y. Sloane, CFE | 4.80<br>130.00/hr | 624.00 |
| **For professional services rendered** | **15.90** | **$3,482.00** |

---

CCE - Certified Computer Examiner            CPA - Certified Public Accountant
CFE - Certified Fraud Examiner               CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor    PHR - Professional in Human Resources

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, NE**
**Ste 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from 4/1/2009 to 4/30/2009**

May 12, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Case Administration | 0.20 | 22.00 |
| Claims Administration & Objections | 11.40 | 2,729.50 |
| Fee / Employment Applications | 1.40 | 339.00 |
| Investor Communications and Reporting | 2.90 | 391.50 |
| **For professional services rendered** | **15.90** | **$3,482.00** |

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from    4/1/2009   to  4/30/2009**

May 12, 2009

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Case Administration** | | |
| 4/23/2009 | JCC | Reviewed and responded to emails from Scott Askue regarding documents to be added to website. Forwarded documents to the website manager for addition to website. | 0.20<br>110.00/hr | 22.00 |
| | | Subtotal | 0.20 | 22.00 |
| | | **Claims Administration & Objections** | | |
| 4/1/2009 | SYS | Telephone calls to and from investors in response to the receipt of Claim Determination notices and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| 4/2/2009 | SYS | Reviewed voice mail messages from investors in response to the receipt of Claim Determination notices and the status of distributions and followed up as necessary. | 0.50<br>130.00/hr | 65.00 |
| | SSA | Prepared updated claim determination notices. | 0.20<br>275.00/hr | 55.00 |
| 4/3/2009 | SYS | Reviewed emails from investors regarding a forwarded Declaration and updated the investor database as necessary. | 0.20<br>130.00/hr | 26.00 |
| 4/6/2009 | SYS | Reviewed voice mail messages from investors in response to the receipt of Claim Determination notices and followed up as necessary. | 0.40<br>130.00/hr | 52.00 |
| 4/13/2009 | SSA | Telephone call from Bill Arnold regarding ▬▬▬▬▬. | 0.10<br>275.00/hr | 27.50 |
| 4/15/2009 | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up with same. | 0.40<br>130.00/hr | 52.00 |
| 4/20/2009 | SSA | Reviewed status of filed claims and disputes to same. Reviewed content of database for report to the court. | 1.40<br>275.00/hr | 385.00 |
| 4/22/2009 | SSA | Designed and prepared exhibit containing approved claims for motion to distribute. | 3.40<br>275.00/hr | 935.00 |
| 4/27/2009 | SSA | Prepared report of all claimants for confirmation of documents received to date. | 1.30<br>275.00/hr | 357.50 |
| | JNH | Reviewed objections to claim forms for any that were related to providing proof of documentation or similar. Gave list to Shuwanda Sloane. | 0.70<br>110.00/hr | 77.00 |

**SEC v. Global Finance et al.**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/29/2009 | SSA | Reviewed issues with exhibits for motion for approval of allowed claims. Updated exhibits and drafted email to Bill Arnold regarding ▮. | 2.30<br>275.00/hr | 632.50 |
| | | Subtotal | 11.40 | 2,729.50 |

### Fee / Employment Applications

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/13/2009 | SSA | Reviewed and edited fee invoice for March 2009. | 0.40<br>275.00/hr | 110.00 |
| 4/14/2009 | SSA | Reviewed fee application and drafted email to Bill Arnold regarding ▮. | 0.30<br>275.00/hr | 82.50 |
| | KSB | Prepared final bills for HFC and Receiver for March 2009. | 0.40<br>160.00/hr | 64.00 |
| 4/23/2009 | SSA | Formatted fee application for posting on the Receiver's web site. | 0.30<br>275.00/hr | 82.50 |
| | | Subtotal | 1.40 | 339.00 |

### Investor Communications and Reporting

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/9/2009 | SYS | Telephone calls to and from investors inquiring about distributions and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| 4/13/2009 | SYS | Telephone calls to and from investors inquiring about the status of distributions and the percent for same. | 0.70<br>130.00/hr | 91.00 |
| 4/23/2009 | SYS | Telephone calls to and from investors inquiring about the status of distributions and the percent for same and followed up as necessary. | 0.40<br>130.00/hr | 52.00 |
| 4/24/2009 | SYS | Telephone calls to and from investors regarding distributions and the percent for same as well as to make certain documents requested have been received and updates have been made to reflect revised allowed amounts as necessary. | 0.40<br>130.00/hr | 52.00 |
| 4/28/2009 | SYS | Telephone calls to and from several investors inquiring about the status of distributions and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| | SYS | Telephone calls to and from several investors inquiring about the status of distributions and followed up with same as necessary. | 0.30<br>130.00/hr | 39.00 |
| 4/29/2009 | SSA | Drafted email to Steve Cunningham regarding distribution in the case. | 0.10<br>275.00/hr | 27.50 |
| | | Subtotal | 2.90 | 391.50 |
| | | **For professional services rendered** | **15.90** | **$3,482.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
**For the Period from    5/1/2009   to   5/31/2009**

June 09, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Dick Atcheson, CPA | 1.00<br>250.00/hr | 250.00 |
| J. Colt Conner, CFE | 0.20<br>110.00/hr | 22.00 |
| Julie N. Hentosz, CFE | 0.20<br>110.00/hr | 22.00 |
| K. Shelby Bao | 0.40<br>160.00/hr | 64.00 |
| Monica Renaud | 1.80<br>150.00/hr | 270.00 |
| Scott S. Askue, CIRA | 1.40<br>275.00/hr | 385.00 |
| Shuwanda Y. Sloane, CFE | 5.40<br>130.00/hr | 702.00 |
| **For professional services rendered** | **10.40** | **$1,715.00** |

Additional Charges :

| | |
|---|---:|
| Miscellaneous | 20.00 |
| Postage | 0.44 |
| **Total costs** | **$20.44** |
| **Total amount of this bill** | **$1,735.44** |

---

CCE - Certified Computer Examiner          CPA - Certified Public Accountant
CFE - Certified Fraud Examiner             CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor    PHR - Professional in Human Resources

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, NE**
**Ste 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from    5/1/2009   to   5/31/2009**

June 09, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 0.20 | 22.00 |
| Case Administration | 0.40 | 77.00 |
| Fee / Employment Applications | 0.40 | 64.00 |
| Investor Communications and Reporting | 5.40 | 702.00 |
| Plan & Disclosure Statement | 0.40 | 110.00 |
| Tax Issues | 3.60 | 740.00 |
| **For professional services rendered** | **10.40** | **$1,715.00** |

Additional Charges :

| | |
|---|---:|
| Miscellaneous | 20.00 |
| Postage | 0.44 |
| **Total costs** | **$20.44** |
| **Total amount of this bill** | **$1,735.44** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, NE**
**Ste 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from     5/1/2009    to   5/31/2009**


June 09, 2009


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| | | **Accounting** | | |
| 5/15/2009 | JNH | Reviewed and reconciled bank statement and documents for April 2009. | 0.20<br>110.00/hr | 22.00 |
| | | Subtotal | 0.20 | 22.00 |
| | | **Case Administration** | | |
| 5/7/2009 | JCC | Reviewed and responded to emails from Scott Askue regarding website updates.  Drafted email to website manager attaching documents to be added to website. | 0.20<br>110.00/hr | 22.00 |
| 5/28/2009 | SSA | Telephone call from Bill Arnold and Charles Burnette regarding ▮. | 0.20<br>275.00/hr | 55.00 |
| | | Subtotal | 0.40 | 77.00 |
| | | **Fee / Employment Applications** | | |
| 5/12/2009 | KSB | Prepared final bills for HFC and Receiver for April 2009. | 0.40<br>160.00/hr | 64.00 |
| | | Subtotal | 0.40 | 64.00 |
| | | **Investor Communications and Reporting** | | |
| 5/4/2009 | SYS | Telephone calls to from several investors inquiring about the status of distributions and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| | SYS | Telephone calls to from several investors inquiring about the status of distributions and followed up with same as necessary. | 0.40<br>130.00/hr | 52.00 |
| 5/7/2009 | SYS | Telephone calls to from several investors inquiring about the status of distributions and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| 5/8/2009 | SYS | Reviewed emails from investors inquiring about the status of distributions and followed up as necessary. | 0.30<br>130.00/hr | 39.00 |
| 5/11/2009 | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary. | 0.30<br>130.00/hr | 39.00 |

**SEC v. Global Finance et al.**                                                                                  Page     2

|            |     |                                                                                                                              | Hrs/Rate        | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 5/12/2009  | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary.           | 0.50 130.00/hr  | 65.00    |
| 5/20/2009  | SYS | Reviewed voice mail messages from several investors inquiring about the status of distributions and followed up with same as necessary by referring to filed documents on the company website. | 0.50 130.00/hr  | 65.00    |
| 5/21/2009  | SYS | Reviewed voice mail messages from investors inquiring about the status of distributions and followed up with same as necessary. | 0.50 130.00/hr  | 65.00    |
| 5/22/2009  | SYS | Reviewed voice mail messages from investors inquiring about the status of distributions and followed up with same as necessary. | 0.50 130.00/hr  | 65.00    |
| 5/26/2009  | SYS | Reviewed voice mail messages from investors inquiring about the status of distributions and followed up with same as necessary. | 0.40 130.00/hr  | 52.00    |
| 5/27/2009  | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up as necessary.              | 0.50 130.00/hr  | 65.00    |
| 5/29/2009  | SYS | Reviewed voice and email messages from investors inquiring about the status of distributions and followed up with same.      | 0.50 130.00/hr  | 65.00    |
|            |     | Subtotal                                                                                                                     | 5.40            | 702.00   |

### Plan & Disclosure Statement

|            |     |                                                                                                                              |                 |          |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 5/6/2009   | SSA | Reviewed motion to approve schedule of allowed claims. Drafted email to Colt Conner regarding posting to the Receiver's website. | 0.20 275.00/hr | 55.00    |
| 5/21/2009  | SSA | Telephone call to Bill Arnold regarding ▮▮▮▮▮▮ ▮▮▮▮▮▮.                                                                          | 0.20 275.00/hr | 55.00    |
|            |     | Subtotal                                                                                                                     | 0.40            | 110.00   |

### Tax Issues

|            |     |                                                                                                                              |                 |          |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 5/7/2009   | MR  | Prepared transaction ledger report for Global and all related entities for tax return preparation.                           | 1.80 150.00/hr  | 270.00   |
| 5/21/2009  | SSA | Drafted footnote to accompany the case tax return.                                                                           | 0.80 275.00/hr  | 220.00   |
|            | DA  | Revised tax footnote letters for tax returns.                                                                                | 0.20 250.00/hr  | 50.00    |
| 5/28/2009  | DA  | Process Global Finance 2007 and 2008 tax return for mailing.                                                                 | 0.80 250.00/hr  | 200.00   |
|            |     | Subtotal                                                                                                                     | 3.60            | 740.00   |
|            |     | **For professional services rendered**                                                                                       | **10.40**       | **$1,715.00** |

Additional Charges :

### Expenses

| 5/6/2009   | Website maintenance 4/5/09 - 5/4/09 | 20.00 |
|------------|-------------------------------------|-------|
| 5/31/2009  | Postage charges for May 2009.       | 0.44  |

**SEC v. Global Finance et al.**                                        Page       3

|                              | Amount    |
|------------------------------|----------:|
| Subtotal                     |     20.44 |
| **Total costs**              | **$20.44**|
|                              |           |
| **Total amount of this bill**| **$1,735.44** |