# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 04/20/09 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1196327 |
| Atlanta, GA 30326-1420 | File No. | 033287.000007 |

**RE:    Receiver - Global Finance & Investments, Inc., et. al**

| | |
|---|---|
| Fees for Professional Services Rendered Through 03/31/09 | $614.65 |
| Less Adjustments | - $342.00 |
| Total Fees | $272.65 |
| **Total Amount of This Invoice** | **$272.65** |

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/09

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 03/02/09 | MRA | Email correspondence with Greg Hays, Scott Askue and David Dantzler regarding ███████; analysis of same | 0.4 | 136.80 |
| 03/05/09 | MRA | Email correspondence with investor | 0.3 | 102.60 |
| 03/05/09 | MRA | Draft, review and revise fee application; telephone conference with Scott Askue regarding ████ (0.4, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.4 | 136.80 |
| 03/09/09 | MRA | Email correspondence to Hays Financial Consulting team regarding ███████████ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 | 34.20 |
| 03/13/09 | DLA | Review records relating date and address of interview William Clark and correspond with Bill Arnold regarding ████ | 0.2 | 33.25 |
| 03/17/09 | MRA | Review of invoices for use in upcoming fee application (0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.3 | 102.60 |
| 03/30/09 | MRA | Review and revise fee application (0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 | 68.40 |
| | | Totals | 1.9 | 614.65 |

## TIMEKEEPER TIME SUMMARY THROUGH 03/31/09

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| DLA | Alford | 0.2 | 166.25 | 33.25 |
| MRA | Arnold | 1.7 | 342.00 | 581.40 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**

600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 05/19/09 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1197930 |
| Atlanta, GA 30326-1420 | File No. | 033287.000007 |

**RE:    Receiver - Global Finance & Investments, Inc., et. al**

| | |
|---|---|
| Fees for Professional Services Rendered Through 04/30/09 | $1,756.08 |
| Less Adjustments | - $969.48 |
| Total Fees | $786.60 |
| Costs and Expenses Through 04/30/09 | $15.68 |
| **Total Amount of This Invoice** | **$802.28** |

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/09**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 04/07/09 | MRA | Draft, review and revise fee application (0.5, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.5 | 171.00 |
| 04/08/09 | MRA | Review and revise fee application (0.9, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.9 | 307.80 |
| 04/08/09 | HC | Analysis of invoices; assist in preparation of fee application; conference with Bill Arnold regarding ▇▇▇ (0.7, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.7 | 182.88 |
| 04/09/09 | MRA | Email correspondence with investor | 0.3 | 102.60 |
| 04/13/09 | MRA | Email correspondence with investor; email correspondence with Scott Askue regarding ▇▇▇▇▇; research regarding claim issues | 1.1 | 376.20 |
| 04/14/09 | MRA | Email correspondence with Scott Askue regarding ▇▇▇ ▇▇▇ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 | 34.20 |
| 04/20/09 | MRA | Email correspondence with Scott Askue regarding ▇▇ ▇▇▇ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 | 34.20 |
| 04/21/09 | MRA | Draft, review and revise fee application; email SEC regarding same (0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.3 | 102.60 |
| 04/22/09 | MRA | Review and revise fee application (0.4, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.4 | 136.80 |
| 04/23/09 | MRA | Email correspondence with investor | 0.2 | 68.40 |
| 04/24/09 | MRA | Email correspondence with investor | 0.1 | 34.20 |
| 04/27/09 | MRA | Conference with Receiver regarding ▇▇▇ | 0.1 | 34.20 |
| 04/29/09 | MRA | Draft motion to approve schedule of claims and distribution of proceeds; email correspondence with Scott Askue regarding ▇▇▇ | 0.5 | 171.00 |
| | | Totals | 5.3 | 1,756.08 |

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## TIMEKEEPER TIME SUMMARY THROUGH 04/30/09

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| MRA | Arnold | 4.6 | 342.00 | 1,573.20 |
| HC | Cheshire | 0.7 | 261.26 | 182.88 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 04/30/09

| Date | Description | Amount |
|---|---|---|
| 04/15/09 | Professional Services – VENDOR: Pacer Service Center; INVOICE#: TS00425009; DATE: 4/15/2009 - Pacer Service 1/1/09 - 3/31/09 | 15.68 |
| | Total: | 15.68 |
| | Total Fees & Costs: | $1,771.76 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | |
|---|---|
| Hays Financial Consulting, LLC | |
| Attn: Mr. S. Gregory Hays | |
| 3343 Peachtree Rd NE | |
| Ste 200 | |
| Atlanta, GA 30326-1420 | |

| | |
|---|---|
| Invoice Date | 06/16/09 |
| Submitted by | J Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 1206393 |
| File No. | 033287.000007 |

**RE:  Receiver - Global Finance & Investments, Inc., et. al**

| | |
|---|---|
| Fees for Professional Services Rendered Through 05/31/09 | $2,487.81 |
| Less Adjustments | - $287.38 |
| Total Fees | $2,200.43 |
| **Total Amount of This Invoice** | **$2,200.43** |

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/09

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 05/04/09 | MRA | Email correspondence with investor/claimant | 0.1 | 34.20 |
| 05/05/09 | MRA | Telephone call to investor and analysis of his claim; email correspondence with claimant regarding timing of distribution | 0.9 | 307.80 |
| 05/06/09 | MRA | Email correspondence with claimant regarding timing of distribution and other miscellaneous issues; review and revise motion to approve schedule of claims and distribution of proceeds; email correspondence to SEC, Receiver, David Dantzler and team at Hays Financial Consulting regarding ▮ | 1.8 | 615.60 |
| 05/06/09 | HC | Review and edit brief in support of motion for claim approval | 0.9 | 235.13 |
| 05/07/09 | MRA | Fielded telephone call from investor | 0.1 | 34.20 |
| 05/07/09 | HC | Assist in preparation of fee application; conference with Bill Arnold regarding ▮ (1.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.1 | 287.38 |
| 05/08/09 | MRA | Review and revise and file motion to approve schedules of claims and distribution of proceeds | 1.3 | 444.60 |
| 05/27/09 | CRB | Conference with Bill Arnold and Harrilee Cheshire regarding ▮ | 0.2 | 53.20 |
| 05/27/09 | HC | Conference with Bill Arnold and Charles Burnett regarding ▮ | 0.2 | 52.25 |
| 05/28/09 | TBB | Internal conference regarding status and issues | 0.2 | 73.15 |
| 05/28/09 | CRB | Conference with David Dantzler, Tom Bosch, Bill Arnold, and Harrilee Cheshire regarding ▮ | 0.2 | 53.20 |
| 05/28/09 | HC | Assist in drafting status report; conference among Troutman Sanders team attorneys regarding ▮ | 0.4 | 104.50 |
| 05/28/09 | JDD | Prepare for and participate in ▮ meeting with B. Arnold, T. Bosch, C. Burnett and H. Cheshire | 0.4 | 192.60 |
| | | Totals | 7.8 | 2,487.81 |

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## TIMEKEEPER TIME SUMMARY THROUGH 05/31/09

| Initials | Name | Hours | Rate | Amount |
|----------|----------|-------|--------|----------|
| MRA | Arnold | 4.2 | 342.00 | 1,436.40 |
| TBB | Bosch | 0.2 | 365.75 | 73.15 |
| CRB | Burnett | 0.4 | 266.00 | 106.40 |
| HC | Cheshire | 2.6 | 261.25 | 679.26 |
| JDD | Dantzler | 0.4 | 481.50 | 192.60 |