# EXHIBIT A

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from    6/1/2009   to   6/30/2009**

July 10, 2009

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 6.10<br>375.00/hr | 2,287.50 |
| **For professional services rendered** | **6.10** | **$2,287.50** |

---

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from   6/1/2009   to   6/30/2009**

July 10, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Claims Administration & Objections | 2.60 | 975.00 |
| Litigation Consulting | 1.80 | 675.00 |
| Tax Issues | 1.70 | 637.50 |
| **For professional services rendered** | **6.10** | **$2,287.50** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from     6/1/2009   to   6/30/2009**

July 10, 2009

Professional Services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|

### Claims Administration & Objections

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/24/2009 | SGH | Reviewed information regarding distribution and discussed investor issues with Shuwanda Sloane. Drafted email regarding same. | 0.40<br>375.00/hr | 150.00 |
| 6/26/2009 | SGH | Reviewed and analyzed the interim distribution. Drafted emails to team regarding ▬▬▬▬▬▬▬▬▬ Reviewed the analysis of distribution and letter to investors. Drafted emails to counsel. | 0.50<br>375.00/hr | 187.50 |
|  | SGH | Reviewed web site for Plan and letters to investors regarding estimated percentage distribution. Drafted email to Scott Askue and Shuwanda Sloane regarding same. | 0.40<br>375.00/hr | 150.00 |
| 6/29/2009 | SGH | Reviewed status of plans for distribution. Telephone calls from and to investors. | 0.30<br>375.00/hr | 112.50 |
| 6/30/2009 | SGH | Reviewed issues regarding the distribution. Discussed plans with Shuwanda Sloane and Fred Tulley. | 0.40<br>375.00/hr | 150.00 |
|  | SGH | Reviewed checks for distribution and signed for mailing. Worked with Fred Tulley and Shuwanda Sloane to finalize the distribution. | 0.60<br>375.00/hr | 225.00 |
|  |  | Subtotal | 2.60 | 975.00 |

### Litigation Consulting

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/10/2009 | SGH | Reviewed and responded to emails from counsel regarding ▬▬▬▬▬▬▬ | 0.30<br>375.00/hr | 112.50 |
| 6/11/2009 | SGH | Reviewed and responded to emails from counsel regarding ▬▬▬▬▬▬▬ | 0.30<br>375.00/hr | 112.50 |
| 6/12/2009 | SGH | Reviewed and responded to emails from counsel regarding ▬▬▬▬▬▬▬ | 0.30<br>375.00/hr | 112.50 |
| 6/23/2009 | SGH | Telephone call from Clark Will regarding ▬▬▬▬▬▬▬▬▬▬▬▬▬ | 0.40<br>375.00/hr | 150.00 |
| 6/26/2009 | SGH | Reviewed affidavit in the Sentinel litigation. Drafted email to counsel in Florida. Drafted email to David Dantzler and Charles Burnett. Reviewed and responded to emails. | 0.50<br>375.00/hr | 187.50 |
|  |  | Subtotal | 1.80 | 675.00 |

### Tax Issues

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/23/2009 | SGH | Reviewed issues regarding taxes for the plan of distribution. | 0.40<br>375.00/hr | 150.00 |

**SEC v. Travis Correll et al**  Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/26/2009 | SGH | Continued to research issues regarding any tax liability. Reviewed Plan and notice. Drafted email to Bob Meehan and Dick Atcheson regarding the tax issues. Reviewed and responded to emails from Clark Will regarding ▮ ▮ Reviewed and responded to emails from David Dantzler regarding ▮ | 1.00 375.00/hr | 375.00 |
| 6/29/2009 | SGH | Reviewed and responded to email regarding tax issues. | 0.30 375.00/hr | 112.50 |
|  |  | Subtotal | 1.70 | 637.50 |
|  |  | **For professional services rendered** | **6.10** | **$2,287.50** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from   7/1/2009   to   7/31/2009**

August 10, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 4.30<br>375.00/hr | 1,612.50 |
| **For professional services rendered** | **4.30** | **$1,612.50** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    7/1/2009    to   7/31/2009**

August 10, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Case Administration | 2.10 | 787.50 |
| Claims Administration & Objections | 0.60 | 225.00 |
| Fee / Employment Applications | 0.30 | 112.50 |
| Litigation Consulting | 1.00 | 375.00 |
| Tax Issues | 0.30 | 112.50 |
| **For professional services rendered** | **4.30** | **$1,612.50** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

For the Period from     7/1/2009   to  7/31/2009

August 10, 2009

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Case Administration** | | |
| 7/2/2009 | SGH | Reviewed project list and drafted email to Clark Will. Reviewed email regarding ▮ from Clark Will. | 0.50 375.00/hr | 187.50 |
| | SGH | Updated project list and drafted email to David Dantzler, Charles Burnett and Scott Askue. | 0.80 375.00/hr | 300.00 |
| 7/7/2009 | SGH | Reviewed and responded to emails regarding fee application and other issues. | 0.30 375.00/hr | 112.50 |
| 7/8/2009 | SGH | Reviewed project list and updated pending matters. Drafted email regarding closing bank accounts or related entities. | 0.50 375.00/hr | 187.50 |
| | | Subtotal | 2.10 | 787.50 |
| | | **Claims Administration & Objections** | | |
| 7/2/2009 | SGH | Reviewed status of distribution. Reviewed and responded to emails. | 0.40 375.00/hr | 150.00 |
| 7/6/2009 | SGH | Reviewed issues from the distribution last week. | 0.20 375.00/hr | 75.00 |
| | | Subtotal | 0.60 | 225.00 |
| | | **Fee / Employment Applications** | | |
| 7/8/2009 | SGH | Reviewed draft of fee application and approved. Reviewed and responded to emails from counsel regarding ▮ | 0.30 375.00/hr | 112.50 |
| | | Subtotal | 0.30 | 112.50 |
| | | **Litigation Consulting** | | |
| 7/6/2009 | SGH | Reviewed and approved the stipulation in the Novonty litigation. Reviewed and responded to emails from Charles Burnett. | 0.30 375.00/hr | 112.50 |
| 7/9/2009 | SGH | Reviewed email from Clark Will regarding ▮ Drafted email to David Dantzler and Scott Askue regarding ▮ | 0.40 375.00/hr | 150.00 |
| 7/22/2009 | SGH | Reviewed email from Clark Will regarding ▮ | 0.30 375.00/hr | 112.50 |

**SEC v. Travis Correll et al**

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Subtotal | 1.00 | 375.00 |
| **Tax Issues** | | |
| 7/28/2009  SGH  Reviewed tax issues. Drafted email to Clark Will. | 0.30 375.00/hr | 112.50 |
| Subtotal | 0.30 | 112.50 |
| **For professional services rendered** | **4.30** | **$1,612.50** |