# EXHIBIT B

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
**For the Period from    6/1/2009    to  6/30/2009**

July 10, 2009

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| Dick Atcheson | 7.90 | 1,975.00 |
| | 250.00/hr | |
| Fred Tulley | 5.40 | 810.00 |
| | 150.00/hr | |
| James R. Begnaud, CPA | 11.80 | 2,950.00 |
| | 250.00/hr | |
| Julie N. Hentosz, CFE | 0.20 | 22.00 |
| | 110.00/hr | |
| K. Shelby Bao | 0.40 | 64.00 |
| | 160.00/hr | |
| Kathryn A. Malek, PHR | 3.50 | 595.00 |
| | 170.00/hr | |
| Scott S. Askue, CIRA | 36.20 | 9,955.00 |
| | 275.00/hr | |
| Shuwanda Y. Sloane, CFE | 27.80 | 3,614.00 |
| | 130.00/hr | |
| **For professional services rendered** | **93.20** | **$19,985.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 78.45 |
| Document Storage | 455.00 |
| Miscellaneous | 100.00 |
| Postage | 17.67 |
| **Total costs** | **$651.12** |
| | |
| **Total amount of this bill** | **$20,636.12** |

---

CCE - Certified Computer Examiner         CPA - Certified Public Accountant
CFE - Certified Fraud Examiner               CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor     PHR - Professional in Human Resources

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from    6/1/2009   to   6/30/2009**

July 10, 2009

Professional Services

|  | Hours | Amount |
| --- | ---: | ---: |
| Accounting | 26.20 | 6,951.50 |
| Case Administration | 0.40 | 110.00 |
| Claims Administration & Objections | 32.80 | 6,909.00 |
| Fee / Employment Applications | 1.20 | 284.00 |
| Investor Communications and Reporting | 21.00 | 2,738.00 |
| Litigation Consulting | 2.50 | 687.50 |
| Tax Issues | 9.10 | 2,305.00 |
| **For professional services rendered** | **93.20** | **$19,985.00** |

Additional Charges :

| | |
| --- | ---: |
| Copying Cost | 78.45 |
| Document Storage | 455.00 |
| Miscellaneous | 100.00 |
| Postage | 17.67 |
| **Total costs** | **$651.12** |
| | |
| **Total amount of this bill** | **$20,636.12** |

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from 6/1/2009 to 6/30/2009**

July 10, 2009

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **Accounting** | | | |
| 6/3/2009 SSA | Reviewed case transactions with Kerry Sitton and prepared report of same. Began review of TNT case transactions. | | 2.80 275.00/hr | 770.00 |
| 6/4/2009 SSA | Telephone call from Clark Will regarding ▉▉▉▉▉▉▉▉ | | 0.50 275.00/hr | 137.50 |
| SSA | Reviewed accounting and email from Scott Baker. Updated analysis to reflect same. | | 1.30 275.00/hr | 357.50 |
| 6/5/2009 SSA | Continued review and reconciliation of accounting for Dwight Johnson. Left message for Scott Baker regarding same. | | 3.00 275.00/hr | 825.00 |
| 6/8/2009 SSA | Telephone call from Scott Baker regarding Dwight Johnson accounting. Reviewed Trustee's accounting and drafted email to same. | | 0.60 275.00/hr | 165.00 |
| 6/9/2009 SSA | Reviewed case transactions and continued preparing sources and uses report for case. | | 2.30 275.00/hr | 632.50 |
| 6/10/2009 SSA | Updated distribution analysis with holdbacks and available funds. | | 1.80 275.00/hr | 495.00 |
| SSA | Continued to research expense and recoveries from unresolved Defendants. Prepared analyses of transactions with same. Reconciled to ledgers. | | 2.70 275.00/hr | 742.50 |
| SSA | Researched expense and recoveries from unresolved Defendants. Prepared analyses of transactions with same. Reconciled to ledgers. | | 2.60 275.00/hr | 715.00 |
| 6/11/2009 SSA | Continued review of case issues, disputed claims and other matters. Updated distribution and holdback calculation. | | 2.60 275.00/hr | 715.00 |
| JNH | Reviewed and reconciled bank statement and documents for May 2009. | | 0.20 110.00/hr | 22.00 |
| 6/12/2009 SSA | Finalized reviewed and verification of funds available for distribution. Drafted email to case professionals regarding ▉▉▉▉ | | 2.60 275.00/hr | 715.00 |
| 6/22/2009 SSA | Drafted letter to investors to accompany the first distribution. | | 0.50 275.00/hr | 137.50 |
| 6/24/2009 SSA | Telephone call to Charles Burnett regarding ▉▉▉▉▉▉▉▉ | | 0.10 275.00/hr | 27.50 |
| 6/25/2009 SSA | Updated letter to investors to accompany first interim distribution. | | 0.30 275.00/hr | 82.50 |

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/29/2009 | KAM | Reviewed, created reports and prepared 1,283 distribution checks. | 1.70 170.00/hr | 289.00 |
| 6/30/2009 | KAM | Prepared wire transfer requests for distribution funds. | 0.40 170.00/hr | 68.00 |
| | SSA | Drafted email to and reviewed email from Scott Baker regarding status of Dwight Johnson accounting. | 0.20 275.00/hr | 55.00 |
| | | Subtotal | 26.20 | 6,951.50 |

### Case Administration

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/11/2009 | SSA | Reviewed pleadings and prepared listing of remaining issues and projected recoveries. | 0.40 275.00/hr | 110.00 |
| | | Subtotal | 0.40 | 110.00 |

### Claims Administration & Objections

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/5/2009 | SSA | Telephone call from Ralph Freeman regarding ▮▮▮▮. | 0.20 275.00/hr | 55.00 |
| 6/9/2009 | SYS | Reviewed listing of contingent claimants and forwarded information regarding same as requested. | 0.40 130.00/hr | 52.00 |
| 6/10/2009 | SYS | Discussed issues with Scott Askue regarding several claimant issues prior to the release of distributions and resolved issues as necessary. | 0.60 130.00/hr | 78.00 |
| 6/12/2009 | SSA | Prepared claim determination letter. | 0.30 275.00/hr | 82.50 |
| 6/16/2009 | KAM | Drafted email to Debbie White who had requested information on a distribution. | 0.20 170.00/hr | 34.00 |
| | SSA | Reviewed email from and drafted emails to the Receiver regarding distribution to investors. | 0.30 275.00/hr | 82.50 |
| | SSA | Reviewed issue with Sherrill distribution. Drafted email to Charles Burnett regarding ▮▮. | 0.30 275.00/hr | 82.50 |
| | SSA | Prepared report of projected distribution checks over $10,000. Discussed same with Jim Begnaud. | 0.90 275.00/hr | 247.50 |
| 6/17/2009 | SSA | Reviewed and updated claim review language for select investors in preparation for distribution. | 1.80 275.00/hr | 495.00 |
| 6/18/2009 | SYS | Reviewed issues related to contingent allowed amounts and updated the listing as necessary. | 0.50 130.00/hr | 65.00 |
| 6/22/2009 | JRB | Reviewed and analyzed claims regarding interim distribution. | 2.40 250.00/hr | 600.00 |
| 6/23/2009 | JRB | Continued to review and analyze claims regarding interim distribution. | 1.30 250.00/hr | 325.00 |
| 6/24/2009 | SYS | Reviewed submitted claim files and the investor database to make certain necessary Declarations were prepared and returned by investors. | 0.50 130.00/hr | 65.00 |
| 6/26/2009 | SYS | Telephone call to investor Theresa Piencak to advise of her disallowed late filed claim. | 0.10 130.00/hr | 13.00 |
| | SSA | Reviewed claims filed by Ronald Massicots. Drafted email to Charles Burnett regarding ▮▮. | 0.40 275.00/hr | 110.00 |
| | KAM | Reconciled claims spreadsheet with filed motion. Prepared distribution file for uploading by BMS. | 0.70 170.00/hr | 119.00 |
| | SSA | Drafted email to Charles Burnett regarding ▮▮▮▮. | 0.20 275.00/hr | 55.00 |
| | SSA | Telephone call from Charles Burnett regarding ▮▮▮. | 0.10 275.00/hr | 27.50 |

**SEC v. Travis Correll et al**  <span style="float:right">Page   3</span>

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 6/26/2009 | SSA | Prepared report of allowed claim for printing of first distribution checks. Compared to exhibits filed with the court. | 1.40<br>275.00/hr | 385.00 |
| 6/27/2009 | KAM | Calculated Social Security and Medicare taxes for the non-investor former employee claim distributions. | 0.30<br>170.00/hr | 51.00 |
| 6/29/2009 | JRB | Continued to review and analyze claims regarding interim distribution. | 2.10<br>250.00/hr | 525.00 |
|  | JRB | Reviewed and verified interim distribution checks. | 1.20<br>250.00/hr | 300.00 |
|  | SSA | Performed review of distribution report prior to final distribution. | 1.50<br>275.00/hr | 412.50 |
|  | JRB | Continued to review and analyze claims regarding interim distribution. | 2.30<br>250.00/hr | 575.00 |
|  | JRB | Continued to review and analyze claims regarding interim distribution. | 2.50<br>250.00/hr | 625.00 |
| 6/30/2009 | FT | Reviewed distribution checks against the distribution summary sheet to insure the checks were correct. | 2.40<br>150.00/hr | 360.00 |
|  | SYS | Continued to review and prepare distribution checks for mailing. | 2.00<br>130.00/hr | 260.00 |
|  | SYS | Reviewed and prepared distribution checks for mailing. | 2.90<br>130.00/hr | 377.00 |
|  | FT | Reviewed distribution checks against the distribution summary sheet to insure the checks were correct. | 3.00<br>150.00/hr | 450.00 |
|  |  | Subtotal | 32.80 | 6,909.00 |

### Fee / Employment Applications

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 6/8/2009 | SSA | Reviewed and edited fee invoice for May 2009. | 0.80<br>275.00/hr | 220.00 |
| 6/9/2009 | KSB | Prepared final invoices for HFC and the Receiver for May 2009. | 0.40<br>160.00/hr | 64.00 |
|  |  | Subtotal | 1.20 | 284.00 |

### Investor Communications and Reporting

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 6/1/2009 | SYS | Reviewed email messages from investors inquiring about the status of distributions and followed up with same as necessary. | 0.30<br>130.00/hr | 39.00 |
|  | SYS | Telephone calls to and from investors inquiring about the next distribution and followed up with same as necessary. | 1.00<br>130.00/hr | 130.00 |
|  | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up with same as necessary. | 0.70<br>130.00/hr | 91.00 |
| 6/2/2009 | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up with same as necessary. | 1.00<br>130.00/hr | 130.00 |
|  | SYS | Reviewed voice mail messages from investors inquiring about the status of distributions and followed up with same. | 0.70<br>130.00/hr | 91.00 |
| 6/3/2009 | KAM | Responded to email from Grant Wheaton regarding date of distribution. | 0.20<br>170.00/hr | 34.00 |
|  | SYS | Telephone calls to and from investors and followed up with same as necessary. | 1.00<br>130.00/hr | 130.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2009 | SYS | Reviewed several emails from investors requesting change of addresses, inquiring about status of distributions and followed up with same as necessary. | 0.40<br>130.00/hr | 52.00 |
| | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same. | 0.40<br>130.00/hr | 52.00 |
| 6/4/2009 | SYS | Telephone calls to and from investors and followed up with same as necessary. | 1.00<br>130.00/hr | 130.00 |
| 6/5/2009 | SYS | Telephone calls to and from investors and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| | SYS | Telephone calls to and from investors and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| | SYS | Telephone calls to and from investors and followed up with same as necessary. | 0.80<br>130.00/hr | 104.00 |
| 6/8/2009 | SYS | Telephone calls to and from investors inquiring about the distributions and the percent for same and followed up as necessary. | 0.90<br>130.00/hr | 117.00 |
| | SYS | Telephone calls to and from investors inquiring about the distributions and the percent for same and followed up as necessary. | 0.30<br>130.00/hr | 39.00 |
| | SYS | Telephone calls to and from investors inquiring about the distributions and the percent for same and followed up as necessary. | 1.00<br>130.00/hr | 130.00 |
| 6/9/2009 | SYS | Reviewed voice mail messages from investors and followed up as necessary with same. | 0.70<br>130.00/hr | 91.00 |
| 6/10/2009 | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| | SYS | Reviewed email messages from investors inquiring about the status of distributions and requesting change of addresses and followed up as necessary. | 0.40<br>130.00/hr | 52.00 |
| 6/16/2009 | SYS | Telephone calls from investors and followed up as necessary. | 0.90<br>130.00/hr | 117.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about the status of distributions and followed up with same as necessary. | 0.40<br>130.00/hr | 52.00 |
| 6/17/2009 | SYS | Telephone calls to and from several investors inquiring about the status of distributions and followed up as necessary. | 1.00<br>130.00/hr | 130.00 |
| 6/18/2009 | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary. | 0.70<br>130.00/hr | 91.00 |
| 6/19/2009 | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary. | 1.00<br>130.00/hr | 130.00 |
| | SYS | Reviewed several emails from investors inquiring about the status of distributions and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| 6/22/2009 | SYS | Reviewed emails from the Receiver regarding investors and followed up with same as necessary. | 0.30<br>130.00/hr | 39.00 |
| | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up with same as necessary. | 1.00<br>130.00/hr | 130.00 |
| 6/23/2009 | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| 6/25/2009 | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary. | 1.00<br>130.00/hr | 130.00 |

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 6/26/2009 | SYS | Reviewed emails from investors inquiring about the distributions and followed up with same as necessary. | 0.40<br>130.00/hr | 52.00 |
| 6/29/2009 | SYS | Reviewed emails from investors inquiring about the distributions and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| | | Subtotal | 21.00 | 2,738.00 |

### Litigation Consulting

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 6/4/2009 | SSA | Telephone call from Charles Burnett regarding ▮▮▮▮. Telephone call from Charles Burnett and Garrett Nail regarding ▮▮▮ | 0.50<br>275.00/hr | 137.50 |
| 6/5/2009 | SSA | Telephone call from Charles Burnett regarding ▮▮▮▮ | 0.20<br>275.00/hr | 55.00 |
| 6/10/2009 | SSA | Reviewed pleadings in the Sentinel litigation. | 0.30<br>275.00/hr | 82.50 |
| 6/11/2009 | SSA | Drafted email to the Receiver regarding Sentinel litigation and deposition for same. | 0.20<br>275.00/hr | 55.00 |
| 6/15/2009 | SSA | Prepared documents for Sentinel Partners deposition of the Receiver. Drafted email to Charles Burnett regarding ▮ | 0.80<br>275.00/hr | 220.00 |
| 6/17/2009 | SSA | Reviewed enforcement release regarding John and Marian Morgan. Drafted email to Charles Burnett regarding ▮ | 0.30<br>275.00/hr | 82.50 |
| 6/19/2009 | SSA | Reviewed updated response to the interrogatories. | 0.20<br>275.00/hr | 55.00 |
| | | Subtotal | 2.50 | 687.50 |

### Tax Issues

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 6/2/2009 | DA | Participated in a phone call with a Charles Burnet concerning ▮▮▮▮ | 0.20<br>250.00/hr | 50.00 |
| | DA | Prepared an e-mail to management about possible changes in the accounting for case. | 0.20<br>250.00/hr | 50.00 |
| 6/9/2009 | DA | Prepared for a phone call and discussed ▮▮▮▮ with Saba Ashef. | 0.30<br>250.00/hr | 75.00 |
| | DA | Telephone conference with Saba Ashraf and Scott Askue concerning ▮▮▮▮ | 0.80<br>250.00/hr | 200.00 |
| | DA | Reviewed case file to revise letter to the IRS on parties involved | 0.50<br>250.00/hr | 125.00 |
| | SSA | Telephone conference with Saba Ashfaf and Dick Atcheson regarding ▮▮▮ | 0.70<br>275.00/hr | 192.50 |
| | SSA | Researched for tax identification numbers for footnote to tax return. | 0.50<br>275.00/hr | 137.50 |
| 6/10/2009 | DA | Revised transmittal letter for Correll case tax returns. Researched files to find identification numbers. | 0.60<br>250.00/hr | 150.00 |
| 6/15/2009 | DA | Updated and revised cover letters for two return groups and ▮▮▮ with Saba Ashraf Scott Askue ▮ | 1.00<br>250.00/hr | 250.00 |
| | DA | Drafted email to Saba Ashraf regarding ▮▮▮▮ | 0.10<br>250.00/hr | 25.00 |
| 6/16/2009 | DA | Prepared tax returns for mailing. | 0.70<br>250.00/hr | 175.00 |
| | DA | Reviewed tax cover letters with Scott Askue. | 0.20<br>250.00/hr | 50.00 |

**SEC v. Travis Correll et al**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/23/2009 | DA | Provided Greg Hays and Scott Askue with an analysis of the tax issues involving tax returns. | 1.00 250.00/hr | 250.00 |
| | DA | Researched the origin of claim doctrine in order to determine taxability of recoveries. | 1.00 250.00/hr | 250.00 |
| 6/25/2009 | DA | Telephone call to Saba Ashref regarding ▮▮▮▮▮▮ | 0.20 250.00/hr | 50.00 |
| | DA | Discussions with Scott Askue and review of the file to determine hold back for taxes. | 0.30 250.00/hr | 75.00 |
| 6/29/2009 | DA | Researched file on 1099 issues in order to respond to IRS letter asking for information about the 2004 forms. Drafted a letter to respond to the IRS inquiry. | 0.40 250.00/hr | 100.00 |
| 6/30/2009 | DA | Prepared and amended return for case in order to adjust the tax basis of the Portland Monthly stock that was sold. No tax due as NOL still exceeds gain. | 0.40 250.00/hr | 100.00 |
| | | Subtotal | 9.10 | 2,305.00 |
| | | **For professional services rendered** | **93.20** | **$19,985.00** |

Additional Charges :

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 6/1/2009 | Document storage/Document Depository per court order - June 2009 | 455.00 |
| 6/6/2009 | Website maintenance for period 5/5/09 - 6/4/09 | 100.00 |
| 6/30/2009 | Copying cost for June 2009. | 78.45 |
| | Postage charges for June 2009. | 17.67 |
| | Subtotal | 651.12 |
| | **Total costs** | **$651.12** |
| | **Total amount of this bill** | **$20,636.12** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
**For the Period from 7/1/2009 to 7/31/2009**

August 10, 2009

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| Dick Atcheson | 1.60<br>250.00/hr | 400.00 |
| Fred Tulley | 4.60<br>150.00/hr | 690.00 |
| J. Colt Conner, CFE | 0.40<br>110.00/hr | 44.00 |
| Julie N. Hentosz, CFE | 0.20<br>110.00/hr | 22.00 |
| K. Shelby Bao | 2.40<br>160.00/hr | 384.00 |
| Kathryn A. Malek, PHR | 7.20<br>170.00/hr | 1,224.00 |
| Richard F. Hunter, CFE | 0.30<br>210.00/hr | 63.00 |
| Robert E. Meehan, CPA | 0.30<br>250.00/hr | 75.00 |
| Scott S. Askue, CIRA | 4.60<br>275.00/hr | 1,265.00 |
| Shuwanda Y. Sloane, CFE | 50.30<br>130.00/hr | 6,539.00 |
| Trimble Boone | 6.70<br>100.00/hr | 670.00 |
| **For professional services rendered** | **78.60** | **$11,376.00** |

Additional Charges :

| | Amount |
|---|---:|
| Copying Cost | 290.40 |
| Document Storage | 455.00 |
| Fax | 2.25 |
| Federal Express | 57.42 |
| Pacer Charges | 24.08 |
| Postage | 87.66 |
| Tax Return Filing Fees | 456.84 |
| **Total costs** | **$1,373.65** |
| **Total amount of this bill** | **$12,749.65** |

---

CCE - Certified Computer Examiner          CPA - Certified Public Accountant
CFE - Certified Fraud Examiner             CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor   PHR - Professional in Human Resources

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from    7/1/2009    to   7/31/2009**

August 10, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 1.20 | 297.00 |
| Asset Analysis & Recovery | 0.20 | 55.00 |
| Case Administration | 1.60 | 321.50 |
| Claims Administration & Objections | 45.30 | 6,137.00 |
| Fee / Employment Applications | 1.20 | 284.00 |
| Investor Communications and Reporting | 25.20 | 3,319.50 |
| Litigation Consulting | 0.60 | 165.00 |
| Tax Issues | 3.30 | 797.00 |
| **For professional services rendered** | **78.60** | **$11,376.00** |

Additional Charges :

| | Amount |
|---|---:|
| Copying Cost | 290.40 |
| Document Storage | 455.00 |
| Fax | 2.25 |
| Federal Express | 57.42 |
| Pacer Charges | 24.08 |
| Postage | 87.66 |
| Tax Return Filing Fees | 456.84 |
| **Total costs** | **$1,373.65** |
| **Total amount of this bill** | **$12,749.65** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from    7/1/2009   to   7/31/2009**

August 10, 2009

Professional Services

| | | | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| | **Accounting** | | | |
| 7/13/2009 | SSA | Drafted email to Clark Will regarding ███ | 0.20 275.00/hr | 55.00 |
| | JNH | Reviewed and reconciled bank statement and documents for June 2009. | 0.20 110.00/hr | 22.00 |
| | SSA | Telephone call to Clark Will regarding ███ | 0.50 275.00/hr | 137.50 |
| | SSA | Drafted email to Scott Baker regarding ███ | 0.20 275.00/hr | 55.00 |
| 7/22/2009 | SSA | Left voice mail message for Scott Baker regarding ███ | 0.10 275.00/hr | 27.50 |
| | | Subtotal | 1.20 | 297.00 |
| | **Asset Analysis & Recovery** | | | |
| 7/15/2009 | SSA | Met with David Dantzler and Charles Burnett regarding ███ | 0.20 275.00/hr | 55.00 |
| | | Subtotal | 0.20 | 55.00 |
| | **Case Administration** | | | |
| 7/1/2009 | JCC | Reviewed and responded to emails from Scott Askue regarding additions to website. Drafted email to website manager along with attachments to be added to site. | 0.20 110.00/hr | 22.00 |
| 7/15/2009 | SSA | Reviewed remaining items to be completed. Prepared status report of same. | 0.60 275.00/hr | 165.00 |
| 7/21/2009 | JCC | Reviewed and responded to emails from Scott Askue regarding new additions to website. Drafted email to website manager regarding same. | 0.20 110.00/hr | 22.00 |
| 7/22/2009 | SSA | Reviewed email from Clark Will regarding ███ | 0.30 275.00/hr | 82.50 |
| | TB | Prepared mail to be forwarded to Travis Correll and Dwight Johnson. | 0.30 100.00/hr | 30.00 |
| | | Subtotal | 1.60 | 321.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

### Claims Administration & Objections

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2009 | FT | Reviewed distribution checks against the distribution summary sheet to insure the checks were correct. | 1.70 150.00/hr | 255.00 |
| | SYS | Continued to review and prepare distribution checks for mailing. | 2.50 130.00/hr | 325.00 |
| | TB | Prepared Horizon distribution checks to be sent out to investors. | 2.40 100.00/hr | 240.00 |
| | TB | Continued to prepare Horizon distribution checks to be sent out to investors. | 1.10 100.00/hr | 110.00 |
| | TB | Prepared Fed-Ex labels for distribution checks over $20,000. | 0.70 100.00/hr | 70.00 |
| | KAM | Prepared 570 distribution checks for mailing. | 4.30 170.00/hr | 731.00 |
| | SYS | Reviewed and prepared distribution checks for mailing. | 3.00 130.00/hr | 390.00 |
| | KSB | Prepared mailing of distribution checks to investors. | 2.00 160.00/hr | 320.00 |
| 7/2/2009 | SYS | Continued to review and prepare distribution checks for mailing. | 3.00 130.00/hr | 390.00 |
| | FT | Reviewed distribution checks against the distribution summary sheet to insure the checks were correct. | 2.90 150.00/hr | 435.00 |
| | TB | Prepared Fed-Ex labels for Horizon distribution checks over $20,000. | 0.40 100.00/hr | 40.00 |
| | KAM | Prepared 570 letters for mailing with distribution checks. | 1.10 170.00/hr | 187.00 |
| | TB | Prepared Horizon distribution checks to be mailed to investors. | 1.80 100.00/hr | 180.00 |
| | SYS | Reviewed and prepared distribution checks for mailing. | 2.30 130.00/hr | 299.00 |
| | RFH | Assisted with preparation of distribution checks. | 0.30 210.00/hr | 63.00 |
| | KAM | Continued preparation of distribution check mailing. | 0.80 170.00/hr | 136.00 |
| 7/7/2009 | SYS | Reviewed email from Charles Burnett regarding ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 0.40 130.00/hr | 52.00 |
| 7/10/2009 | SYS | Reviewed returned Interim Distribution checks for inaccurate mailing addresses and researched Lexis to obtain current addresses as necessary to resend. | 0.50 130.00/hr | 65.00 |
| 7/13/2009 | SYS | Reviewed returned First Interim distribution checks and researched Lexis to obtain current mailing addresses as necessary to resend and updated the investor database as well. | 1.10 130.00/hr | 143.00 |
| 7/14/2009 | SYS | Reviewed returned distribution checks due to inaccurate mailing addresses and researched Lexis to obtain current mailing addresses to resend same and updated the investor database with newly found information as necessary. | 1.40 130.00/hr | 182.00 |
| | SYS | Reviewed and organized documents previously submitted by investors. | 1.00 130.00/hr | 130.00 |
| 7/15/2009 | SYS | Reviewed and organized documents previously forwarded from investors. | 1.00 130.00/hr | 130.00 |
| | SYS | Reviewed returned First Interim distribution checks due to inaccurate mailing addresses and researched Lexis to obtain current mailing addresses as necessary and updated the investor database as necessary. | 1.00 130.00/hr | 130.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/16/2009 | SYS | Reviewed previously submitted documents forwarded from investors and organized same as necessary. | 1.00 130.00/hr | 130.00 |
| 7/17/2009 | SYS | Reviewed returned First Interim distribution checks due to inaccurate mailing addresses and researched Lexis to obtain current mailing addresses as necessary and updated the investor database as necessary. | 0.50 130.00/hr | 65.00 |
|  | SYS | Telephone calls from investors that have not received First Interim distribution checks and followed up with same. | 0.50 130.00/hr | 65.00 |
| 7/20/2009 | SYS | Reviewed returned distribution checks and researched the investor database and Lexis to obtain current mailing addresses in order to resend same and updated the investor database as necessary. | 0.90 130.00/hr | 117.00 |
|  | SYS | Reviewed and organized documents previously forwarded from investors. | 1.50 130.00/hr | 195.00 |
| 7/22/2009 | SYS | Reviewed returned distribution checks due to inaccurate mailing addresses and researched Lexis database to obtain current mailing addresses as necessary and updated the investor database. | 1.00 130.00/hr | 130.00 |
| 7/23/2009 | SYS | Reviewed returned distribution checks due to inaccurate mailing addresses and researched Lexis database to obtain current mailing addresses as necessary and updated the investor database. | 0.70 130.00/hr | 91.00 |
|  | SYS | Reviewed returned distribution checks and researched the investor database and Lexis to obtain current mailing addresses in order to resend same and updated the investor database as necessary. | 0.50 130.00/hr | 65.00 |
| 7/24/2009 | SYS | Reviewed returned distribution checks due to inaccurate mailing addresses and researched Lexis database to obtain current mailing addresses as necessary and updated the investor database as well. | 0.80 130.00/hr | 104.00 |
| 7/27/2009 | SYS | Reviewed returned First Interim distribution checks returned due to inaccurate mailing addresses and researched Lexis to obtain current mailing addresses, updated the investor database and resent same. Telephone calls to several investors regarding same. | 0.60 130.00/hr | 78.00 |
| 7/29/2009 | KAM | Researched and stopped payment on three distribution checks not received by claimants. Reissued one check. | 0.40 170.00/hr | 68.00 |
|  | SYS | Reviewed returned First Interim distribution checks and forwarded same to Kathy Malek as current mailing addresses have not been located. | 0.20 130.00/hr | 26.00 |
|  |  | Subtotal | 45.30 | 6,137.00 |

### Fee / Employment Applications

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/10/2009 | SSA | Reviewed and edited fee invoice for June 2009 for content and proper category. | 0.40 275.00/hr | 110.00 |
|  | KSB | Prepared final invoices for HFC and the Receiver for June 2009. | 0.40 160.00/hr | 64.00 |
| 7/17/2009 | SSA | Prepared and drafted email to Charles Burnett regarding ▬▬▬▬▬▬▬▬▬▬ | 0.20 275.00/hr | 55.00 |
| 7/22/2009 | SSA | Reviewed fee invoice for Troutman Sanders. | 0.20 275.00/hr | 55.00 |
|  |  | Subtotal | 1.20 | 284.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

### Investor Communications and Reporting

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2009 | SYS | Telephone calls from investors inquiring about the status of distributions and followed up as necessary. | 0.50 130.00/hr | 65.00 |
|  | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
|  | SYS | Reviewed emails from investors inquiring about distributions and followed up with same. | 0.50 130.00/hr | 65.00 |
| 7/2/2009 | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same. | 0.70 130.00/hr | 91.00 |
|  | SYS | Telephone calls to and from investors inquiring about the status of distributions and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
| 7/6/2009 | SYS | Telephone calls from investors regarding the receipt of distributions and the timeline for the next distribution and followed up as necessary. | 0.50 130.00/hr | 65.00 |
|  | SYS | Reviewed voice mail messages from investors regarding the receipt of distributions and the percent for same and followed up as necessary. | 0.50 130.00/hr | 65.00 |
|  | SYS | Telephone calls from investors regarding the receipt of First Interim distributions and followed up with same as necessary. | 0.90 130.00/hr | 117.00 |
| 7/7/2009 | SYS | Telephone calls to and from several investors regarding the receipt of the first interim distribution and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
|  | SYS | Telephone calls to and from several investors regarding the receipt of the first interim distribution and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
| 7/8/2009 | SYS | Telephone calls to and from several investors requesting change of addresses and to inquire about the next portions of funds to be distributed and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
|  | SYS | Reviewed email messages from Charles Burnett of Troutman Sanders regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 0.30 130.00/hr | 39.00 |
| 7/9/2009 | SYS | Telephone calls to and from investors regarding the receipt of First Interim distributions and to inquiring about the next distribution as necessary. | 1.00 130.00/hr | 130.00 |
|  | SSA | Drafted response to investor inquiring about additional distributions. | 0.20 275.00/hr | 55.00 |
|  | SYS | Reviewed voice mail messages from investors regarding the receipt of distributions and the percent of same. | 1.00 130.00/hr | 130.00 |
|  | SYS | Reviewed emails from investors requesting change of addresses and updated the investor database with same as necessary. | 0.40 130.00/hr | 52.00 |
|  | SYS | Reviewed emails from investors regarding the receipt of their First Interim distributions and followed up as necessary. | 0.50 130.00/hr | 65.00 |
| 7/10/2009 | SYS | Telephone calls to and from several investors regarding the receipt of the first interim distribution and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
| 7/13/2009 | SYS | Telephone calls to and from investors inquiring about the status of the next distribution and followed up with same. | 0.50 130.00/hr | 65.00 |
|  | SYS | Continued to review voice mail messages from investors in response to the receipt of First Interim distributions and followed up as necessary with same. | 0.60 130.00/hr | 78.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/13/2009 | SYS | Reviewed emails from investor Kurt Henline regarding the receipt of his First Interim distribution check and followed up with same as necessary. | 0.20 130.00/hr | 26.00 |
|  | SYS | Continued to review voice mail messages from investors inquiring about the receipt of the next distributions and followed up with same as necessary and made necessary changes to the database as requested regarding mailing addresses. | 0.60 130.00/hr | 78.00 |
| 7/14/2009 | SYS | Telephone calls from investors inquiring about the status of the next distribution and the percent for same and followed up as necessary. | 1.20 130.00/hr | 156.00 |
| 7/16/2009 | SYS | Reviewed returned Interim Distribution checks due to inaccurate mailing addresses and researched Lexis to obtain current mailing addresses as necessary and updated investor database as well. | 1.00 130.00/hr | 130.00 |
| 7/17/2009 | SYS | Telephone calls to and from investors regarding the receipt of First Interim distribution checks and followed up with same as necessary. | 0.70 130.00/hr | 91.00 |
|  | SYS | Reviewed voice mail messages from investors and followed up with same. | 0.70 130.00/hr | 91.00 |
| 7/20/2009 | SYS | Reviewed voice mail messages from investors inquiring about the next distribution and the percent for same and followed up as necessary. | 0.70 130.00/hr | 91.00 |
| 7/22/2009 | SYS | Telephone calls from investors inquiring about the next distribution and followed up with same as necessary. | 0.70 130.00/hr | 91.00 |
|  | SSA | Telephone call from Tommy Palpatier regarding additional distributions. | 0.10 275.00/hr | 27.50 |
| 7/23/2009 | SYS | Reviewed email and voice mail messages from several investors that have not received their First Interim Distribution checks and researched investor database to ensure current mailing addresses and updated the investor database as necessary to resend same. | 0.50 130.00/hr | 65.00 |
| 7/27/2009 | SYS | Reviewed emails from investors inquiring about the next distributions and followed up as necessary. | 0.40 130.00/hr | 52.00 |
| 7/28/2009 | SYS | Telephone call to and from investor Thomas Boettcher regarding his First Interim distribution and followed up with same as necessary. | 0.20 130.00/hr | 26.00 |
|  | SYS | Reviewed emails from Steve Beckstoffer regarding the timeline for the next distributions and followed up with same as necessary. | 0.50 130.00/hr | 65.00 |
| 7/29/2009 | SYS | Reviewed email and voice mail messages from investors inquiring about receipt of First Interim distributions, changes of address requests and other related issues and followed up with same as necessary. | 1.00 130.00/hr | 130.00 |
|  | SYS | Telephone calls to and from Eileen Nygard regarding a $75,000 investment and the receipt of the First Interim distribution and followed up as necessary. Telephone call to Charles Burnett regarding ▉▉▉ and reviewed email from Charles Burnett and William Topka as well. | 0.90 130.00/hr | 117.00 |
|  | SYS | Reviewed emails from several investors regarding the receipt of their First Interim distribution checks and the next distribution and followed up as necessary. | 0.50 130.00/hr | 65.00 |
| 7/30/2009 | SYS | Telephone calls from investors inquiring about the next distribution and followed up as necessary. | 0.60 130.00/hr | 78.00 |
| 7/31/2009 | SYS | Telephone calls to and from investors regarding the next distribution and followed up with same as necessary. | 0.60 130.00/hr | 78.00 |

**SEC v. Travis Correll et al**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Subtotal | 25.20 | 3,319.50 |

### Litigation Consulting

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/10/2009 | SSA | Reviewed status report in the Minnesota litigation. Drafted email to Charles Burnett regarding ▮ | 0.30 275.00/hr | 82.50 |
| 7/20/2009 | SSA | Telephone call from Charles Burnett regarding ▮ | 0.20 275.00/hr | 55.00 |
| 7/21/2009 | SSA | Telephone call from Charles Burnett regarding ▮ | 0.10 275.00/hr | 27.50 |
| | | Subtotal | 0.60 | 165.00 |

### Tax Issues

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2009 | REM | Reviewed amended TNT 1099 IRS question concerning Dwight Johnson. | 0.30 250.00/hr | 75.00 |
| | DA | Organized 2008 amended tax return for mailing and made a file copy of Federal and Georgia returns. | 0.30 250.00/hr | 75.00 |
| 7/7/2009 | DA | Prepared IRS form 4810 to request prompt determination of returns filed for Global and Correll. | 0.20 250.00/hr | 50.00 |
| 7/10/2009 | DA | Updated mailing on Travis Correll and Global Investment cases to the IRS to follow up on determination status. | 0.40 250.00/hr | 100.00 |
| 7/13/2009 | SSA | Reviewed tax issues and drafted email to and reviewed email from Dick Atcheson regarding same. | 0.30 275.00/hr | 82.50 |
| 7/15/2009 | SSA | Discussed ▮ with David Dantzler, Saba Ashraf, Charles Burnett and Dick Atcheson. | 0.50 275.00/hr | 137.50 |
| | DA | Attended and participated in a meeting with Troutman Sanders to discuss ▮ | 0.50 250.00/hr | 125.00 |
| 7/16/2009 | DA | Prepared TNT Office Supply tax returns for Troutman Sanders to assist on tax issues. | 0.20 250.00/hr | 50.00 |
| 7/31/2009 | KAM | Prepared 2nd quarter 2009 Form 941 and sent to IRS. | 0.60 170.00/hr | 102.00 |
| | | Subtotal | 3.30 | 797.00 |

| | | |
|---|---|---|
| **For professional services rendered** | **78.60** | **$11,376.00** |

Additional Charges :

### Expenses

| | | |
|---|---|---|
| 7/1/2009 | Document storage/Document Depository per court order - July 2009 | 455.00 |
| 7/2/2009 | FedEx to Walter Frank $14.25 Fedex to Daniel E Chase $14.25 Fedex to Stephen Beckstoffer $14.67 Fedex to Billy F Shoots $14.25 | 57.42 |
| 7/13/2009 | Lacerte tax filing fees for period ended 6/15/09 | 456.84 |
| 7/31/2009 | Pacer on-line charges for period ended 6/30/09 | 24.08 |
| | Copying cost for July 2009. | 290.40 |
| | Fax charges for July 2009. | 2.25 |
| | Postage charges for July 2009. | 87.66 |

**SEC v. Travis Correll et al**  Page    7

                                                   <u>   Amount</u>
                                                   ‾‾‾‾‾‾‾‾‾
                    Subtotal                        1,373.65
                                                   ‾‾‾‾‾‾‾‾‾
       **Total costs**                             **$1,373.65**
                                                   ‾‾‾‾‾‾‾‾‾‾‾
       **Total amount of this bill**               **$12,749.65**
                                                   ‾‾‾‾‾‾‾‾‾‾‾