# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 07/15/09 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1213677 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

RE: Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/09 | $4,390.83 |
| Less Adjustments | - $946.68 |
| Total Fees | $3,444.15 |
| Costs and Expenses Through 06/30/09 | $25.00 |
| **Total Amount of This Invoice** | **$3,469.15** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 07/15/09
Invoice Number 1213677
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 06/01/09 | CRB | Review footnotes to 2008 tax returns | 0.2 |
| 06/04/09 | CRB | Review Bankruptcy Trustee's motion to consolidate all Josephs Jack claimants for purposes of distribution; review Correll's agreement with G2; analyze motion to consolidate Josephs Jack claimants in light of G2 agreement; telephone conference with Scott Askue regarding ▮; conference with Garrett Nail regarding ▮ | 1.6 |
| 06/04/09 | GAN | Review and analyze G2 agreement, recent pleadings and communications from Joseph Jacks; conference with Charles Burnett regarding ▮ | 1.9 |
| 06/05/09 | CRB | Telephone conference with counsel for Bankruptcy Trustee regarding motion to consolidate all Josephs Jack claimants, potential distribution to claimants, and necessity of filing objection to motion; telephone conference with Scott Askue regarding ▮; conference with Garrett Nail regarding ▮ | 0.8 |
| 06/08/09 | CRB | Review fifth fee application; revise sixth fee application; telephone conference with Bill Arnold regarding ▮; conference with David Dantzler regarding ▮<br>(0.7, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.7 |
| 06/10/09 | CRB | Correspond with Stephanie Demos regarding deposition of Gregory Hays; conference with David Dantzler regarding ▮ | 0.5 |
| 06/11/09 | CRB | Telephone conferences with investor regarding failure to submit signature for claim; telephone conference with Scott Askue regarding ▮; conference with David Dantzler regarding ▮; telephone conference with Stephanie Demos regarding deposition of Gregory Hays; draft letter to Stephanie Demos regarding same | 1.3 |
| 06/11/09 | GAN | Review pleadings in Sentinel bankruptcy case | 0.4 |
| 06/12/09 | CRB | Correspond with Stephanie Demos regarding Gregory Hays' deposition; correspond with Gregory Hays regarding ▮ | 0.4 |
| 06/15/09 | CRB | Telephone conference with investor regarding questions about interim distribution; telephone conference with Lelia Cozart regarding signed proof of claim form | 0.4 |
| 06/16/09 | CRB | Telephone conference with Stephanie Demos's assistant regarding deposition of Greg Hays; field telephone calls from investors regarding interim distributions; telephone conference with Scott Askue regarding ▮ | 0.6 |
| 06/17/09 | HC | Follow-up on various issues related to receivership | 0.6 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 07/15/09
Invoice Number 1213677
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 06/19/09 | CRB | Revise Request for Admission Pro Hac Vice; coordinate filing of same | 0.3 |
| 06/23/09 | CRB | Address concerns from investors regarding initial distribution; review and revise letters to investors regarding same; telephone conference with Scott Askue regarding ▮ | 0.7 |
| 06/24/09 | CRB | Respond to request from Department of Justice for Schedule of Claims | 0.2 |
| 06/25/09 | CRB | Review correspondence regarding initial distribution; address concerns from investors regarding same; revise letters to investors regarding same | 0.4 |
| 06/26/09 | CRB | Address concerns from several investors regarding initial interim distribution; telephone conferences with Scott Askue regarding ▮; review cover letter for initial interim distribution | 1.1 |
| 06/26/09 | JDD | E-mail correspondence with G. Hays and Receiver Team regarding ▮; review and revise letter to investors | ▮ |
| 06/29/09 | CRB | Telephone conference with Scott Askue regarding ▮; respond to questions from investors regarding same; review late-filed claims; correspond with David Dantzler regarding ▮ | ▮ |
| 06/30/09 | CRB | Prepare fee application for fees incurred in March and April 2009; telephone conferences with Harrilee Cheshire regarding ▮; correspond with investors regarding distribution<br>(0.6, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.7 |
| 06/30/09 | HC | Review April invoices; assist in drafting fee application; conference with Charles Burnett regarding ▮<br>(2.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 2.3 |

Total Hours 16.4

Total Fees 4,390.83

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 07/15/09
Invoice Number 1213677
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/09

| Name | Hours | Amount |
|---|---|---|
| C R Burnett | 10.7 | 2,846.20 |
| H Cheshire | 2.9 | 757.63 |
| J Dantzler | 0.5 | 240.75 |
| G A Nail | 2.3 | 546.25 |

### FOR COSTS AND EXPENSES INCURRED THROUGH 06/30/09

| Description | Amount |
|---|---|
| Litigation Costs | 25.00 |
| Total: | 25.00 |

Total Fees & Costs: $4,415.83

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 08/19/09 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1222655 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

**RE:** Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/09 | $7,694.01 |
| Less Adjustments | - $606.58 |
| Total Fees | $7,087.43 |
| Costs and Expenses Through 07/31/09 | $81.36 |
| **Total Amount of This Invoice** | **$7,168.79** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/19/09
Invoice Number 1222655
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 07/01/09 | CRB | Correspond with Receiver Team regarding ▮▮▮▮▮; telephone conference with Harrilee Cheshire regarding ▮▮<br>(0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.3 |
| 07/01/09 | HC | Finalize fee application; email correspondence regarding same<br>(0.4, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.4 |
| 07/02/09 | CRB | Telephone conference with Stephanie Demos regarding Receiver's Responses to Bank of America's Interrogatories in the Sentinel Bankruptcy; review and revise Responses; correspond with Greg Hays and David Dantzler regarding ▮▮; review Stipulation regarding Receiver's testimony in the Sentinel Bankruptcy; correspond with Stephanie Demos regarding same | 1.9 |
| 07/06/09 | CRB | Revise correspondence from investors who filed claims after the Bar Date; draft letters in response to investors who filed late claims | 0.6 |
| 07/07/09 | CRB | Review correspondence from Receiver regarding investors who filed claims after the Bar Date; review information received from late-filing investors; draft letters to various investors regarding late-filed claims; draft Notices of Substitution of Counsel for cases in Minnesota filed against Correll Defendants; review docket in Midkiff action regarding Court's request for a status update; revise fee applications to add invoices for May 2009 time<br>(0.5, Time spent on Fee Application, not billed to Hays Financial Consulting) | 3.2 |
| 07/08/09 | CRB | Draft Status Update in Midkiff case; prepare fee application and correspond with Timothy McCole regarding same<br>(0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.5 |
| 07/08/09 | HC | Review May invoices; revise fee application to reflect May activity; conferences with C. Burnett and A. Aievoli regarding same<br>(1.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.1 |
| 07/09/09 | CRB | Draft Status Update in Midkiff case; correspond with Harrilee Cheshire and Scott Askue regarding same | 1.5 |
| 07/10/09 | CRB | Revise Status Update in Midkiff case; coordinate filing of Status Report | 1.3 |
| 07/10/09 | HC | Review and edit status report in Meister litigation pending in Minnesota District Court; conference with C. Burnett regarding same | 0.5 |
| 07/14/09 | JMD | Emails with attorney related to release of Correll property lien; review incoming draft release and note changes to be made; further emails related | 0.5 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/19/09
Invoice Number 1222655
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | to same | |
| 07/15/09 | CRB | Conference with Scott Askue, Mike McClellan, Dick Atcheson, David Dantzler, and Saba Ashraf regarding tax issues; conference with Scott Askue and David Dantzler regarding additional sources of recovery | 0.8 |
| 07/15/09 | JDD | Prepare for and meet with Receiver Team regarding tax issues | 0.5 |
| 07/16/09 | CRB | Telephone conference with Scott Askue regarding claimants who filed claims late; review information submitted by John Massicott; conference with David Dantzler regarding additional sources of recovery | 0.4 |
| 07/20/09 | CRB | Telephone conference with Shuwanda Sloane regarding investors who filed late claims; revise letter to Theresa Piencak; telephone conference with Scott Askue regarding John Massicott claim; coordinate filing of fee application and draft correspondence to Receiver Team regarding same; correspond with Josephs Jack regarding Sentinel bankruptcy; telephone conference with Scott Askue regarding recovery in Sentinel Bankruptcy; draft letter to Stephanie Demos regarding same (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.5 |
| 07/21/09 | CRB | Telephone conference with Stephanie Demos regarding distribution in Sentinel bankruptcy; draft summary of conversation; telephone conference with Scott Askue regarding same | 0.6 |
| 07/22/09 | CRB | Telephone conference with Shuwanda Sloane regarding letters to late-filing investors; revise and send letters to late-filing investors | 0.2 |
| 07/27/09 | CRB | Review correspondence with Stephanie Demos regarding Sentinel bankruptcy; research regarding potential sources of recovery; review correspondence regarding potential claim against Dan Moody; review pleadings filed by SEC against Morgans; review correspondence regarding Morgan West/Winside/Five Star Energy | 2.7 |
| 07/28/09 | CRB | Review information regarding additional sources of potential recovery; research regarding lawsuits against Gauthier's concerning PILL; research regarding other sources of potential recovery | 1.5 |
| 07/29/09 | TBB | Discussion with Charles Burnett regarding claim issue | 0.2 |
| 07/29/09 | CRB | Research regarding additional sources of potential recovery; conference with David Dantzler regarding same; research regarding claims against Gauthier's involving PILL; research statutes of limitation for claims relating to transactions with the Johnsons and Bill Watson in Texas, Florida, and Georgia; correspond with SEC's Miami office regarding Project Amsterdam | 3.7 |
| 07/29/09 | JDD | Meet with C. Burnett regarding open issues and analysis of recovery possibilities; follow-up matters; e-mail correspondence with C. Burnett regarding same | 1.1 |

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/09

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 07/30/09 | CRB | Telephone conference with counsel for bankruptcy trustee in the Sentinel bankruptcy regarding method of distribution and estimated amounts of distribution; revise memorandum of additional sources of potential recovery regarding same; review information submitted by Eileen Nygard regarding her claim; draft correspondence to William Topka regarding Nygard claim; draft correspondence to Steve Cunningham regarding tax issues and distribution procedure; conference with David Dantzler regarding same | 1.7 |
| 07/31/09 | CRB | Telephone conference with counsel for Eileen Nygard regarding her claim and distribution check; revise response to Steve Cunningham regarding questions concerning distribution | 0.8 |

Total Hours 27.5

Total Fees 7,694.01

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/09

| Name | Hours | Amount |
|---|---|---|
| T B Bosch | 0.2 | 73.15 |
| C R Burnett | 23.2 | 6,171.20 |
| H Cheshire | 2.0 | 522.51 |
| J Dantzler | 1.6 | 770.40 |
| J M Duncan | 0.5 | 156.75 |

### FOR COSTS AND EXPENSES INCURRED THROUGH 07/31/09

| Description | Amount |
|---|---|
| Search Costs | 81.36 |
| Total: | 81.36 |

Total Fees & Costs: $7,775.37