# EXHIBIT D



QUILLING · SELANDER · CUMMISKEY · LOWNDS

Federal ID #75-2459334

S. Gregory Hays  
Special Counsel for Greg Hays  
Hays Financial Consulting, LLC  
3343 Peachtree Road, Suite 750  
Atlanta  GA  30326  

Page: 1  
06/30/2009  
Client No:   911-0150M  
Invoice No:       80510  

Travis E. Correll, et al.

### ITEMIZED SERVICES BILL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/2009 | CBW | Brief conference with Ralph Freeman regarding ███████ (.4); | 0.40 | 140.00 |
| 06/02/2009 | CBW | Telephone conference with Ralph Freeman regarding ███████; follow up telephone conference with Ralph Freeman regarding ███████; | 0.60 | 210.00 |
|  | BR | Prepare notice to withdraw Receiver's attorney of record (.4); | 0.40 | 80.00 |
| 06/03/2009 | CBW | Office conference with Ralph Freeman regarding ███████; email with Ralph Freeman regarding ███; telephone conference with Tim McCole regarding ███████; research file and draft correspondence to Attorney Baker; telephone conference with Attorney Motley; follow up telephone conference with Ralph Freeman; review of email from Attorney Baker, reply and forward same; | 3.60 | 1,260.00 |
| 06/04/2009 | CBW | Emails with Baker, Ralph Freeman and Askue regarding ███████ (.6); telephone conference with with Scott Askue (.6); review and reply to email from Scott Baker regarding ███████ (.5); attention paid to withdrawal of DDR; emails with court clerk regarding same (.6); review and reply to email from Baker (.5); telephone conference with Ralph Freeman regarding ███████ ███ (.4); | 3.20 | 1,120.00 |
| 06/05/2009 | CBW | Telephone conference with Ralph Freeman regarding ███████ (.3); emails with Scott Askue regarding ███████ (.3); review and respond to latest email from Attorney Baker (.5); telephone conference with Motley's office regarding scheduling and email to Ralph Freeman regarding ███; review of documents regarding Baker, Johnson, Gowdey, Thompson issues (.6); email from Ralph Freeman regarding ███████ (.4); telephone conference with Ralph Freeman; telephone conference with Motley's office and emails to counsel regarding ███████ ███ (.5); | 3.20 | 1,120.00 |
| 06/08/2009 | CBW | Review of email from Scott Askue (.3); telephone conference with Scott Askue regarding ███████ (.4); email to Askue ███████ (.5); | | |

Bryan Tower  2001 Bryan St., Suite 1800  Dallas, TX 75201    ph. 214.871.2100   fx. 214.871.2111   www.qsclpc.com

A  PROFESSIONAL  CORPORATION    ATTORNEYS  AND  COUNSELORS

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 2
06/30/2009
Client No: 911-0150M
Invoice No: 80510

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | review/analysis of ecorrespondence between Baker and Scott Askue (.2); emails regarding status of filings (.3); | 1.70 | 595.00 |
| | TAY | Travel to and attend Fort Worth status conference hearing on various pending motions (1.7) | 1.70 | 340.00 |
| 06/09/2009 | CBW | Review of e-correspondence from Court and office conference with HJ regarding status of settlement, etc. (.5); emails with opposing counsel regarding status of settlement (.4); | 0.90 | 315.00 |
| | TAY | Consider going forward actions necessary to wrap up case in light of settlement (.3) | 0.30 | 60.00 |
| 06/10/2009 | CBW | Review and research for documents and forward to client regarding ▮▮▮▮; emails with Attorney Langston regarding status; | 0.80 | 280.00 |
| 06/11/2009 | CBW | Review of court orders and emails with opposing counsel regarding closing of Carlisle settlement (.7); follow up email with Attorney Vida regarding closing (.3); | 1.00 | 350.00 |
| | TAY | Review order approving settlement agreement (.2) | 0.20 | 40.00 |
| 06/12/2009 | CBW | Review and analysis of distribution report from receiver (.5); reply to distribution report and comment on same (.3); | 0.80 | 280.00 |
| 06/15/2009 | CBW | Email to Carlisle counsel regarding closing (.3); | 0.30 | 105.00 |
| | BR | Conference with counsel of record for plaintiff and defendants regarding motion to withdraw counsel of record and remove from ECF service list (.4); | 0.40 | 80.00 |
| 06/16/2009 | CBW | Review/revise motion and order regarding status; emails with Court Clerk regarding filings; | 0.80 | 280.00 |
| 06/17/2009 | CBW | Emails regarding Johnson liability (.3); email to Carlisle counsel regarding closing (.3); | 0.60 | 210.00 |
| 06/18/2009 | CBW | Further follow up on Carlisle closing (.3); emails with Attorney Vida; telephone conference with title company regarding missing check (.5); email with Scott Askue regarding ▮▮▮▮ (.3); | 1.10 | 385.00 |
| 06/22/2009 | CBW | Review of court order and forward (.5); telephone conference with Ralph Freeman regarding ▮▮▮▮ (.3); review of closing papers and documents received in Carlisle matter; draft correspondence forwarding ▮▮▮▮ to the Receiver (1.); | 1.80 | 630.00 |
| 06/23/2009 | CBW | Ecorrespondence with counsel regarding ▮▮▮▮ (.5); emails regarding settlement conference issues (.5); | | |

Special Counsel for Greg Hays  
Travis E. Correll, et al.

Page: 3  
06/30/2009  
Client No: 911-0150M  
Invoice No: 80510

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | preparation for settlement conference in Gowdey matter (.6); settlement conference with principals in Gowdey matter; telephone conference with Receiver (2.8); | 4.40 | 1,540.00 |
| 06/24/2009 | CBW | Draft ▮ to client (.5); email to parties regarding settlement (.5); telephone conference with investors regarding Thompson (.4); | 1.40 | 490.00 |
| 06/25/2009 | CBW | Emails with Motley regarding status of settlement memorandum (.5); telephone conference and email with Tim McCole regarding ▮ (.7); review, revise and comment on settlement documents (1.2); telephone conference with Keet and attorney regarding ▮ (.3); telephone conference with Tim McCole regarding ▮ (.4); | 3.10 | 1,085.00 |
| 06/26/2009 | CBW | Emails with Receiver regarding ▮ (.5); | 0.50 | 175.00 |
| 06/29/2009 | CBW | Review/revise motions to dismiss, withdraw and continue various matters in Carlisle matter (.8); email to counsel regarding ▮ (.5); telephone conference with Lori Bates regarding correspondence received by the Court (.3); review of letters received (.3); telephone conference with Motley regarding Par 5 settlement (.3); email to Ralph Freeman regarding ▮ (.3); email to Receiver regarding ▮ (.5); email with Pearce regarding conversation with Motley (.3); follow up email with Court and new complaint letter (.3); review of email from Judge Schell; forward to client and reply (.3); Telephone conference with John Pearce regarding settlement arrangement (.3); emails with Tim McCole regarding ▮ (.3); | 4.50 | 1,575.00 |
|  | TAY | Prepare notice of withdrawal of mtn to transfer venue (.3); Prepare notice of withdrawal of mtn to withdraw reference (.3); Prepare notice of withdrawal of mtn to dismiss (.3); Prepare notice of withdrawal of objection to exemptions (.3); Prepare motion to dismiss civil proceeding (.8); Prepare order regarding same (.4) | 2.40 | 480.00 |
| 06/30/2009 | CBW | Emails with Ralph Freeman regarding ▮ (.4); emails with Court regarding Judge's questions (.3); emails with Receiver regarding ▮ (.3); email with Troutman regarding ▮ (.3); telephone conference with Mike Johnson regarding settlement (.4); | 1.70 | 595.00 |
|  |  | For Current Services Rendered | 41.80 | 13,820.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Clark B. Will | 36.40 | $350.00 | $12,740.00 |
| Brent Rodine | 0.80 | 200.00 | 160.00 |
| Timothy A. York | 4.60 | 200.00 | 920.00 |

Page: 4
06/30/2009
Special Counsel for Greg Hays
Client No: 911-0150M
Invoice No: 80510

Travis E. Correll, et al.

| | |
|---|---:|
| Long-Distance Telephone | 2.79 |
| Express Mail Service | 26.42 |
| Photocopies | 4.60 |
| Total Expenses Thru 06/30/2009 | 33.81 |
| Total Current Work | 13,853.81 |
| Balance Due | $13,853.81 |



QUILLING · SELANDER · CUMMISKEY · LOWNDS

Federal ID #75-2459334

S. Gregory Hays  
Special Counsel for Greg Hays  
Hays Financial Consulting, LLC  
3343 Peachtree Road, Suite 750  
Atlanta  GA  30326

Page: 1  
07/31/2009  
Client No:   911-0150M  
Invoice No:      81614

Travis E. Correll, et al.

**ITEMIZED SERVICES BILL**

| | | | Hours | |
|---|---|---|---|---|
| 07/01/2009 | CP | Electronically filed notice of withdrawal of motion to withdraw reference (.1); electronically filed notice of withdrawal of motion to transfer venue (.1); electronically filed notice of withdrawal of objection to exemptions (.1); notice of withdrawal of motion to dismiss and motion for relief from stay (.1). | 0.40 | 40.00 |
| | CBW | Review of numerous filings and letters received from investors; email to Attorney Dantzler and client regarding ▮ (1.0); email with investigator regarding status of various tasks (.5); review and revise motion papers in district court action; review of local rules (.5); follow up email with Ralph Freeman and correspondence with counsel for Gowdeys regarding ▮▮ (.6); review of response from Motley (.3); review of correspondence from Attorney Pearce and reply (.5); email to Attorney Burnett regarding ▮ (.3); | 3.70 | 1,295.00 |
| | TAY | Final preparation of notice of withdrawals and motion to dismiss (1.5). | 1.50 | 300.00 |
| 07/02/2009 | CBW | Emails from client and prepare status report (.7); e-correspondence with Motley and Pearce (.4); telephone conference with Motley (.3); research orders and pleadings; emails with Attorney Motley regarding settlement (.7); follow up telephone conference with Motley (.3); | 2.40 | 840.00 |
| 07/06/2009 | CBW | Telephone conference with John Pearce regarding status of settlement (.3); email with Attorney Motley regarding status of settlement (.3); review and analysis of numerous recent filings regarding investor complaints and hearing (.5); conference with Ralph Freeman regarding ▮ (.3); | 1.40 | 490.00 |
| 07/07/2009 | CBW | Emails with Ralph Freeman regarding ▮ and forward ▮ to clients (.7); further emails regarding ▮ ; forward to counsel (.4); | 1.10 | 385.00 |
| | MDC | Confer with CBW re ▮ | 0.90 | 261.00 |
| 07/08/2009 | CBW | Review and analysis of response letters to investors; ▮ with co-counsel (.5); emails with counsel in Atlanta relative to ▮ ; review and comment on status (.6) | | |

Bryan Tower  2001 Bryan St., Suite 1800  Dallas, TX 75201 | ph. 214.871.2100   fx. 214.871.2111   www.qsclpc.com

A  P R O F E S S I O N A L  C O R P O R A T I O N | A T T O R N E Y S  A N D  C O U N S E L O R S

Special Counsel for Greg Hays
Travis E. Correll, et al.

Page: 2
07/31/2009
Client No: 911-0150M
Invoice No: 81614

| Date | | Description | Hours | |
|---|---|---|---|---|
| | | review and analysis of court filings and additional investor complaints (.7); | 1.80 | 630.00 |
| 07/09/2009 | CBW | Review of recent court filings relative to investor complaints (.4); conference with Mike Young and Luke Motley regarding settlement issues (.5); draft email to counsel regarding ▮ (.7); | 1.60 | 560.00 |
| 07/10/2009 | CBW | Review email from Pearce regarding Par 5 Trust contentions on settlement (.4); respond to Pearce email (.6); telephone conference with Attorney Pearce (.5); review of email from Attorney Motley (.2); follow up email with Attorney Motley (.2); review of emails between Motley and Pearce regarding settlement (.4); email from Motley and respond (.6); follow up emails with Attorney Motley and telephone conference with Ralph Freeman regarding settlement (.4); | 3.30 | 1,155.00 |
| 07/13/2009 | CBW | Receipt and review of order on dismissing Carlisle motion (.3); email from Askue regarding ▮▮; reply to same (.4); emails with John Pearce regarding status of Par 5 settlement (.4); telephone conference with Scott Askue regarding ▮ (.5); email with Attorney Motley (.3); email with Attorney Pearce (.3); | 2.20 | 770.00 |
| 07/14/2009 | CBW | Email to Pearce regarding status (.3); telephone conference with Ralph Freeman regarding ▮▮ (.4); telephone conference with Attorney Pearce regarding status of settlement (.3); | 1.00 | 350.00 |
| 07/15/2009 | CBW | Email with Ralph Freeman regarding ▮ (.3); telephone conference with Attorney Pearce regarding status (.3); | 0.60 | 210.00 |
| 07/16/2009 | CBW | Research regarding enforceability of settlement (.5); telephone conference with Attorney Motley regarding settlement (.3); | 0.80 | 280.00 |
| 07/17/2009 | CBW | Office conference with Ralph Freeman regarding ▮ (.4); | 0.40 | 140.00 |
| 07/20/2009 | CBW | Review of email from Motley; ▮▮; forward to client with ▮ and reply to Motley and different reply to Pearce (1.5); email with counsel regarding ▮ (.3); emails with Ralph Freeman regarding ▮ (.3); telephone conference with Ralph Freeman regarding ▮ email to Dantzler, et al regarding ▮ (.7); follow up emails from Attorneys Pearce and Motley (.5); review/reply to email from McCole regarding Sitton (.2); follow up with Attorney McCole (.2); research regarding enforceability of oral agreements (.5); review and analysis of correspondence from Attorney Pearce regarding settlement issues (.4); | 4.60 | 1,610.00 |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 3
07/31/2009
Client No:    911-0150M
Invoice No:       81614

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                   | Hours |          |
|------------|-----|-----|---|---|
| 07/21/2009 | CBW | Review of research on enforceability of oral settlement (.5); analysis of settlement offers and alternatives; further research on enforceability of oral settlement (.9); | 1.40 | 490.00 |
| 07/22/2009 | CBW | Receipt and review and analysis of correspondence from insurance company regarding interpleader (.5); reply to email from Motley (.3); research and prepare ▇ correspondence to SEC and Receiver (2.2); telephone conference with McCole regarding same (.4); email and telephone conference with Dave Dantzler regarding ▇ (.4); telephone conference with Mike Young regarding conference on motion (.3); emails with Receiver regarding ▇ (.3); | 4.70 | 1,645.00 |
| 07/23/2009 | CBW | Telephone conference with John Pearce; work on motion to determine nature of receivership assets; | 4.50 | 1,575.00 |
| 07/24/2009 | CBW | Receipt and analysis of email from Dantzler regarding investor complaints and reply (.6); follow up with Dantzler regarding ▇ (.5); email with Brad Boyd regarding claims and reply to same (.7); | 1.10 | 385.00 |
| 07/27/2009 | CBW | Work on Motion to Enforce Settlement (4.7); | 4.70 | 1,645.00 |
| 07/28/2009 | CBW | Email with client regarding ▇ (.3); review of latest barrage of correspondence from investors (.6); research and continue work on motion and affidavit in support thereof (5.9); | 6.80 | 2,380.00 |
| 07/29/2009 | CBW | Research regarding attorneys' fees; finish/complete motion and affidavit in support regarding Gowdey settlement (5.4); email to Lori Bates regarding filing and scheduling (.4); correspondence to Court with courtesy copy; forwarding email to counsel and court's assistant regarding ▇ (.9); draft correspondence to Dana Beckhouse at Genworth transmitting motion and orders (.9); follow up emails with Ms. Beckhouse (.3); | 7.90 | 2,765.00 |
| 07/30/2009 | CBW | Emails with Court Coordinator and counsel regarding ▇ (.4); Telephone conference with Court regarding scheduling (.3); attention to arranging conference call with Court and counsel regarding ▇ (.5); preparation for conference call (.5); conference call with Court (.4); post conference call with counsel regarding ▇ (.3); | 2.40 | 840.00 |
| 07/31/2009 | CBW | Emails with Court Clerk and Court Coordinator regarding order (.4); draft order from yesterday's conference call (.7); follow up emails with Court personnel and opposing counsel regarding order (.3); draft ▇ to client (.5); telephone conference with Ralph Freeman regarding ▇ (.4); email to Scott Askue | | |

Page: 4
07/31/2009
Special Counsel for Greg Hays
Client No: 911-0150M
Invoice No: 81614
Travis E. Correll, et al.

|  | Hours |  |
|---|---|---|
| regarding ███ (.3); review of orders and matters regarding investor complaints (.4); | 3.00 | 1,050.00 |
| For Current Services Rendered | 64.20 | 22,091.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Michael D. Clark | 0.90 | $290.00 | $261.00 |
| Clark B. Will | 61.40 | 350.00 | 21,490.00 |
| Christine Price | 0.40 | 100.00 | 40.00 |
| Timothy A. York | 1.50 | 200.00 | 300.00 |

| | |
|---|---|
| Telecopies | 36.00 |
| Long-Distance Telephone | 4.14 |
| Photocopies | 80.60 |
| Postage | 9.22 |
| Pacer Service | 26.16 |
| Total Expenses Thru 07/31/2009 | 156.12 |
| Total Current Work | 22,247.12 |
| Balance Due | $22,247.12 |

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT