# EXHIBIT E

# BRAY & FREEMAN, L.P. License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone # 817-688-6186
Fax # 888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2009 | 6441 |
| TIN #04-3759685 ||

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 6/1/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH CBW RE: ███████; CONFERENCE WITH GOWDEY EXECUTOR | 1 | 100.00 | 100.00 |
| 6/2/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH GOWDEY EXECUTOR; TELEPHONE CALLS FROM INVESTORS | 2 | 100.00 | 200.00 |
| 6/3/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH CBW RE: ███████; REVIEW OF BAKER MATERIAL | 2 | 100.00 | 200.00 |
| 6/4/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONSULTATION WITH CBW RE: ███████; CONSULTATION WITH GOWDEY EXECUTOR | 2.5 | 100.00 | 250.00 |
| 6/5/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONSULTATION WITH CBW RE: ███████; CONSULTATION WITH GOWDEY EXECUTOR | 2 | 100.00 | 200.00 |
| 6/6/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH GOWDEY EXECUTOR | 1 | 100.00 | 100.00 |
| 6/8/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CALLS FROM INVESTORS | 1 | 100.00 | 100.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| Subtotal | |
| Sales Tax (8.25%) | |
| **Total** | |
| Retainer Applied | |
| Balance Due | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **BRAY & FREEMAN, L.P.** | License # A07161 | | | | | **Invoice** |
| 14232 Marsh Ln., Ste. 419 | | | | | Date | Invoice # |
| Addison, TX 75001 | | | | | 6/30/2009 | 6441 |
| Phone # 817-688-6186 | | | | | | |
| Fax # 888-528-2654 | | | | | TIN #04-3759685 | |

rfreeman@brayandfreeman.com

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
| | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 6/11/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH GOWDEY EXECUTOR; INDEXING OF THOMPSON DOCUMENTS | 2.5 | 100.00 | 250.00 |
| 6/21/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH GOWDEY EXECUTOR & PREP FOR SETTLEMENT CONFERENCE | 3 | 100.00 | 300.00 |
| 6/22/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH CBW RE: ▬▬▬▬▬▬▬▬▬▬ | 1.5 | 100.00 | 150.00 |
| 6/23/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - GOWDEY SETTLEMENT CONFERENCE | 4.5 | 100.00 | 450.00 |
| 6/25/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH GOWDEY EXECUTOR | 1 | 100.00 | 100.00 |
| 6/29/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF GOWDEY SETTLEMENT DOCUMENTS & CONFERENCE WITH EXECUTOR | 1.5 | 100.00 | 150.00 |
| 6/30/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH CBW RE: ▬▬▬▬▬▬▬▬; SAME WITH ▬▬▬▬▬▬ | 1.5 | 100.00 | 150.00 |

| | |
|---|---|
| | **Subtotal** |
| PLEASE MAKE CHECKS PAYABLE TO:<br>BRAY & FREEMAN, L.P.<br>Balance due in full upon receipt to:<br>14232 Marsh Ln., Ste. 419<br>Addison, TX 75001 | **Sales Tax (8.25%)** |
| | **Total** |
| | **Retainer Applied** |
| | **Balance Due** |

# BRAY & FREEMAN, L.P. | License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #    817-688-6186
Fax #      888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2009 | 6441 |

TIN #04-3759685

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 6/30/2009 | MILEAGE | INVESTIGATOR 430 - MILEAGE | 94 | 0.65 | 61.10 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | $2,761.10 |
| **Sales Tax  (8.25%)** | $0.00 |
| **Total** | $2,761.10 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $2,761.10 |

# BRAY & FREEMAN, L.P.  License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #  817-688-6186
Fax #  888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2009 | 6442 |
| TIN #04-3759685 ||

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 7/1/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH GOWDEY EXECUTOR & CALLS FROM INVESTORS | 1.5 | 100.00 | 150.00 |
| 7/2/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH GOWDEY EXECUTOR | 0.5 | 100.00 | 50.00 |
| 7/6/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH CBW & EXECUTOR RE: ▓▓▓ | 1 | 100.00 | 100.00 |
| 7/7/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - E-MAILS/CONFERENCE WITH CBW RE: ▓▓▓ | 1.5 | 100.00 | 150.00 |
| 7/9/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF GOWDEY SETTLEMENT DOCUMENTS | 1 | 100.00 | 100.00 |
| 7/10/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF E-MAILS & GOWDEY SETTLEMENT DOCUMENTS; CONFERENCE WITH CBW | 2 | 100.00 | 200.00 |
| 7/13/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF GOWDEY SETTLEMENT COMMUNICATIONS | 1 | 100.00 | 100.00 |
| 7/14/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF ▓▓▓ WITH CBW | 1 | 100.00 | 100.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

**BRAY & FREEMAN, L.P.** License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #  817-688-6186
Fax #  888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2009 | 6442 |

TIN #04-3759685

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 7/15/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - E-MAIL WITH CBW RE: ▓▓▓; CONFERENCE WITH GOWDEY EXECUTOR | 0.75 | 100.00 | 75.00 |
| 7/17/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH CBW RE: ▓▓▓ | 0.5 | 100.00 | 50.00 |
| 7/20/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH CBW RE: ▓▓▓ CALLS & INQUIRIES FROM SITTON & INVESTORS | 3 | 100.00 | 300.00 |
| 7/22/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF GOWDEY SETTLEMENT COMMUNICATIONS | 0.75 | 100.00 | 75.00 |
| 7/29/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH GOWDEY INVESTIGATOR & REVIEW OF SETTLEMENT COMMUNICATIONS | 1 | 100.00 | 100.00 |
| 7/31/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH GOWDEY EXECUTOR & COMMUNICATION WITH CBW RE: ▓▓▓ EXPENSES | 1.75 | 100.00 | 175.00 |
| 7/31/2009 | MILEAGE | INVESTIGATOR 430 - MILEAGE | 75 | 0.65 | 48.75 |

| | |
|---|---|
| **Subtotal** | $1,773.75 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $1,773.75 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $1,773.75 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001