# EXHIBIT A

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    6/1/2009   to   6/30/2009**

July 10, 2009

Professional Services

|  | <u>Hrs/Rate</u> | <u>Amount</u> |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 5.70<br>375.00/hr | 2,137.50 |
| **For professional services rendered** | **5.70** | **$2,137.50** |

---

CIRA - Certified Insolvency and Restructuring Advisor              CTP - Certified Turnaround Professional

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    6/1/2009    to  6/30/2009**

July 10, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 2.20 | 825.00 |
| Case Administration | 0.40 | 150.00 |
| Claims Administration & Objections | 0.50 | 187.50 |
| Tax Issues | 2.60 | 975.00 |
| **For professional services rendered** | **5.70** | **$2,137.50** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

For the Period from     6/1/2009    to    6/30/2009

July 10, 2009

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **Accounting** | | | |
| 6/22/2009 SGH | Reviewed plans for the distribution. | | 0.50 375.00/hr | 187.50 |
| 6/25/2009 SGH | Reviewed and responded to emails regarding the distribution. | | 0.40 375.00/hr | 150.00 |
| 6/26/2009 SGH | Reviewed and analyzed the interim distribution. Drafted emails to team regarding ▇▇▇▇. Reviewed the analysis of distribution and letter to investors. Drafted emails to counsel. | | 0.50 375.00/hr | 187.50 |
| 6/30/2009 SGH | Reviewed status of distribution and issues regarding which checks are to be sent by Federal Express. | | 0.30 375.00/hr | 112.50 |
| SGH | Reviewed checks for distribution and signed checks. | | 0.50 375.00/hr | 187.50 |
| | Subtotal | | 2.20 | 825.00 |
| | **Case Administration** | | | |
| 6/30/2009 SGH | Reviewed letters from Level Par investors and assisted David Dantzler in ▇▇▇▇ Drafted email to Tim McCole. | | 0.40 375.00/hr | 150.00 |
| | Subtotal | | 0.40 | 150.00 |
| | **Claims Administration & Objections** | | | |
| 6/22/2009 SGH | Telephone calls from investors. | | 0.30 375.00/hr | 112.50 |
| 6/25/2009 SGH | Telephone call from investor regarding distribution. | | 0.20 375.00/hr | 75.00 |
| | Subtotal | | 0.50 | 187.50 |
| | **Tax Issues** | | | |
| 6/23/2009 SGH | Reviewed analysis of the distribution. Drafted email to Scott Askue, Dick Atcheson and David Dantzler regarding ▇▇▇▇ Met with Dick Atcheson and discussed same. Reviewed documents filed with tax returns, bar date and other documents. Reviewed and responded to emails from David Dantzler regarding ▇▇▇▇ | | 2.00 375.00/hr | 750.00 |

**SEC v. Global Finance et al.**  Page 2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/24/2009 | SGH | Discussed issues with Dick Atcheson regarding tax matters. | 0.30 375.00/hr | 112.50 |
| 6/25/2009 | SGH | Reviewed issues regarding the reserve required for tax issues. Reviewed and responded to emails from David Dantzler, Scott Askue and Dick Atcheson regarding ▓▓▓ | 0.30 375.00/hr | 112.50 |
| | | Subtotal | 2.60 | 975.00 |
| | | **For professional services rendered** | **5.70** | **$2,137.50** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from 7/1/2009 to 7/31/2009**

August 10, 2009

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 3.20<br>375.00/hr | 1,200.00 |
| **For professional services rendered** | **3.20** | **$1,200.00** |

---

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    7/1/2009    to  7/31/2009**

August 10, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Case Administration | 0.80 | 300.00 |
| Investor Communications and Reporting | 2.20 | 825.00 |
| Tax Issues | 0.20 | 75.00 |
| **For professional services rendered** | **3.20** | **$1,200.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from   7/1/2009   to   7/31/2009**

August 10, 2009

Professional Services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **Case Administration** | | | |
| 7/2/2009 | SGH | Reviewed and updated project list. Drafted emails to Charles Burnett regarding ▮ Drafted email to David Dantzler regarding ▮ | 0.80<br>375.00/hr | 300.00 |
| | | Subtotal | 0.80 | 300.00 |
| | **Investor Communications and Reporting** | | | |
| 7/2/2009 | SGH | Reviewed and edited letter to investors who had sent a letter to the court. | 0.40<br>375.00/hr | 150.00 |
| 7/6/2009 | SGH | Reviewed and edited letter to the Level Par investors. Drafted email to Charles Burnett and David Dantzler regarding ▮ | 0.40<br>375.00/hr | 150.00 |
| 7/7/2009 | SGH | Reviewed and responded to emails from counsel regarding ▮ Reviewed email regarding the tax issues and revising the letter to three investors. | 0.20<br>375.00/hr | 75.00 |
| 7/8/2009 | SGH | Reviewed final draft of letter to Level Par investors. Drafted email to John Sullivan. | 0.30<br>375.00/hr | 112.50 |
| 7/10/2009 | SGH | Telephone call from John Sullivan regarding next distribution and tax issues (.2). Drafted email to counsel regarding ▮ (.2). Reviewed ▮ and forwarded to counsel (.2). | 0.60<br>375.00/hr | 225.00 |
| 7/24/2009 | SGH | Reviewed letter to Judge Schell from Level Par investor Tim Wijt. Reviewed and responded to emails from David Dantzler regarding ▮ | 0.30<br>375.00/hr | 112.50 |
| | | Subtotal | 2.20 | 825.00 |
| | **Tax Issues** | | | |
| 7/10/2009 | SGH | Reviewed email from Neal Brown regarding tax issues. Considered issues and actions and forwarded to Dick Atcheson and Scott Askue. | 0.20<br>375.00/hr | 75.00 |
| | | Subtotal | 0.20 | 75.00 |
| | **For professional services rendered** | | **3.20** | **$1,200.00** |