# EXHIBIT B

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
**For the Period from 6/1/2009 to 6/30/2009**

July 10, 2009

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| Dick Atcheson | 1.80<br>250.00/hr | 450.00 |
| J. Colt Conner, CFE | 0.20<br>110.00/hr | 22.00 |
| K. Shelby Bao | 0.40<br>160.00/hr | 64.00 |
| Kathryn A. Malek, PHR | 2.40<br>170.00/hr | 408.00 |
| Monica Renaud | 0.60<br>150.00/hr | 90.00 |
| Scott S. Askue, CIRA | 12.90<br>275.00/hr | 3,547.50 |
| Shuwanda Y. Sloane, CFE | 7.10<br>130.00/hr | 923.00 |
| Trimble Boone | 2.50<br>100.00/hr | 250.00 |
| **For professional services rendered** | **27.90** | **$5,754.50** |

Additional Charges :

| | Amount |
|---|---:|
| Miscellaneous | 40.00 |
| Postage | 21.77 |
| **Total costs** | **$61.77** |
| **Total amount of this bill** | **$5,816.27** |

CCE - Certified Computer Examiner     CPA - Certified Public Accountant
CFE - Certified Fraud Examiner     CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor     PHR - Professional in Human Resources

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, NE**
**Ste 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from    6/1/2009   to   6/30/2009**

July 10, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 7.70 | 1,468.50 |
| Asset Analysis & Recovery | 1.30 | 357.50 |
| Claims Administration & Objections | 8.50 | 2,073.00 |
| Fee / Employment Applications | 0.80 | 174.00 |
| Investor Communications and Reporting | 6.60 | 901.50 |
| Tax Issues | 3.00 | 780.00 |
| **For professional services rendered** | **27.90** | **$5,754.50** |

Additional Charges :

| | |
|---|---:|
| Miscellaneous | 40.00 |
| Postage | 21.77 |
| **Total costs** | **$61.77** |

| | |
|---|---:|
| **Total amount of this bill** | **$5,816.27** |

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from     6/1/2009    to  6/30/2009**

July 10, 2009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Accounting** | | |
| 6/11/2009 | SSA | Continued review of case issues, disputed claims and other matters.  Updated distribution and holdback calculation. | 1.00<br>275.00/hr | 275.00 |
| 6/12/2009 | SSA | Finalized reviewed and verification of funds available for distribution. Drafted email to case professionals regarding ▮. | 1.80<br>275.00/hr | 495.00 |
| 6/22/2009 | SSA | Drafted letter to investors to accompany the first distribution. | 0.50<br>275.00/hr | 137.50 |
| 6/29/2009 | KAM | Reviewed, created reports and prepared 91 distribution checks. | 1.10<br>170.00/hr | 187.00 |
| 6/30/2009 | TB | Prepared Fed-Ex labels for distribution checks over $20,000. | 2.50<br>100.00/hr | 250.00 |
| | MR | Prepared distribution checks for mailing. | 0.60<br>150.00/hr | 90.00 |
| | KAM | Prepared wire transfer request for distribution funds. | 0.20<br>170.00/hr | 34.00 |
| | | Subtotal | 7.70 | 1,468.50 |
| | | **Asset Analysis & Recovery** | | |
| 6/23/2009 | SSA | Reviewed docket for pleadings relating to recoveries in the case. | 1.30<br>275.00/hr | 357.50 |
| | | Subtotal | 1.30 | 357.50 |
| | | **Claims Administration & Objections** | | |
| 6/9/2009 | SSA | Telephone call to Charles Burnett regarding ▮ | 0.10<br>275.00/hr | 27.50 |
| 6/10/2009 | SYS | Reviewed listing of claimant issues prior to the release of distributions and resolved issues as necessary. | 0.30<br>130.00/hr | 39.00 |
| 6/24/2009 | SSA | Performed final review of all claim files for proper documentation and determination prior to release of checks. | 3.00<br>275.00/hr | 825.00 |

|            |     |                                                                                                                                                          | Hrs/Rate            | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|----------|
| 6/24/2009  | SSA | Continued final review of all claim files for proper documentation and determination prior to release of checks.                                         | 2.20<br>275.00/hr   | 605.00   |
|            | SYS | Reviewed submitted claim files and the investor database to make certain necessary Declarations were prepared and returned by investors.                 | 0.50<br>130.00/hr   | 65.00    |
| 6/26/2009  | KAM | Prepared check to John Sullivan and overnighted to him.                                                                                                  | 0.40<br>170.00/hr   | 68.00    |
|            | SSA | Prepared report of allowed claim for printing of first distribution checks. Compared to exhibits filed with the court.                                   | 1.10<br>275.00/hr   | 302.50   |
|            | KAM | Reconciled claims spreadsheet with filed motion. Prepared distribution file for uploading by BMS.                                                         | 0.70<br>170.00/hr   | 119.00   |
| 6/30/2009  | JCC | Reviewed and responded to emails from Scott Askue regarding new additions to website. Drafted email to website manager along with attachments regarding same. | 0.20<br>110.00/hr   | 22.00    |
|            |     | Subtotal                                                                                                                                                 | 8.50                | 2,073.00 |

### Fee / Employment Applications

|            |     |                                                     | Hrs/Rate           | Amount |
|------------|-----|-----------------------------------------------------|--------------------|--------|
| 6/8/2009   | SSA | Reviewed and edited fee invoice for May 2009.       | 0.40<br>275.00/hr  | 110.00 |
| 6/9/2009   | KSB | Prepared final bills for HFC and Receiver for May 2009. | 0.40<br>160.00/hr  | 64.00  |
|            |     | Subtotal                                            | 0.80               | 174.00 |

### Investor Communications and Reporting

|            |     |                                                                                                                              | Hrs/Rate          | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 6/2/2009   | SYS | Telephone calls to and from investors inquiring about the percent and status of distributions and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00  |
| 6/3/2009   | SYS | Telephone calls to and from investors inquiring about the percent and status of distributions and followed up with same as necessary. | 0.30<br>130.00/hr | 39.00  |
| 6/4/2009   | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary.           | 0.40<br>130.00/hr | 52.00  |
| 6/5/2009   | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary.           | 0.50<br>130.00/hr | 65.00  |
| 6/10/2009  | SYS | Reviewed email from investor Joe Rust and followed up as necessary.                                                          | 0.20<br>130.00/hr | 26.00  |
| 6/12/2009  | SSA | Telephone call from investor regarding status of payment.                                                                    | 0.10<br>275.00/hr | 27.50  |
| 6/16/2009  | SYS | Telephone calls from investors inquiring about the status of distributions and followed up as necessary.                     | 0.60<br>130.00/hr | 78.00  |
| 6/17/2009  | SYS | Telephone calls to and from several investors inquiring about the status of distributions and followed up as necessary.      | 0.50<br>130.00/hr | 65.00  |
| 6/19/2009  | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary.           | 0.50<br>130.00/hr | 65.00  |
| 6/22/2009  | SYS | Reviewed emails from the Receiver regarding investors and followed up with investors as necessary.                           | 0.20<br>130.00/hr | 26.00  |
|            | SYS | Telephone calls from investors inquiring about distributions and followed up with same.                                      | 0.30<br>130.00/hr | 39.00  |

**SEC v. Global Finance et al.**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/25/2009 | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| 6/29/2009 | SSA | Telephone call from Jim Rohrer regarding case distributions. | 0.20<br>275.00/hr | 55.00 |
| | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary. | 0.60<br>130.00/hr | 78.00 |
| 6/30/2009 | SYS | Telephone calls from investors inquiring about the status of distributions and followed up with same as necessary and reviewed several voice mail messages as necessary. | 0.70<br>130.00/hr | 91.00 |
| | | Subtotal | 6.60 | 901.50 |

### Tax Issues

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/23/2009 | DA | Provided Greg Hays and Scott Askue with a recap of the case tax issues. | 0.40<br>250.00/hr | 100.00 |
| | DA | Responded to a series questions from Greg Hays as to the taxability of receipts in the case and assisted in the determination of a reserve amount. | 1.00<br>250.00/hr | 250.00 |
| 6/24/2009 | SSA | Discussed tax issue and holdback issues with Dick Atcheson. | 0.20<br>275.00/hr | 55.00 |
| | DA | Reviewed case file documents to verify tax position on SEC recoveries. Sent ▓▓▓▓▓▓▓▓ to Troutman Sanders for ▓▓▓▓▓▓▓▓ | 0.40<br>250.00/hr | 100.00 |
| 6/25/2009 | SSA | Discussed tax issues with Dick Atcheson. Drafted emails to the Receiver regarding same. Updated liquidation analysis based on tax holdbacks. Updated letter to investors to accompany checks relating to the tax holdback. | 1.00<br>275.00/hr | 275.00 |
| | | Subtotal | 3.00 | 780.00 |
| | | **For professional services rendered** | **27.90** | **$5,754.50** |

Additional Charges :

### Expenses

| Date | Description | | Amount |
|---|---|---|---|
| 6/6/2009 | Website maintenance for period 5/5/09 - 6/4/09. | | 40.00 |
| 6/30/2009 | Postage charges for June 2009. | | 21.77 |
| | Subtotal | | 61.77 |
| | **Total costs** | | **$61.77** |
| | **Total amount of this bill** | | **$5,816.27** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
**For the Period from 7/1/2009 to 7/31/2009**

August 10, 2009

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| Dick Atcheson | 1.60<br>250.00/hr | 400.00 |
| J. Colt Conner, CFE | 0.20<br>110.00/hr | 22.00 |
| Julie N. Hentosz, CFE | 0.40<br>110.00/hr | 44.00 |
| K. Shelby Bao | 0.40<br>160.00/hr | 64.00 |
| Kathryn A. Malek, PHR | 0.20<br>170.00/hr | 34.00 |
| Scott S. Askue, CIRA | 4.50<br>275.00/hr | 1,237.50 |
| Shuwanda Y. Sloane, CFE | 6.60<br>130.00/hr | 858.00 |
| **For professional services rendered** | **13.90** | **$2,659.50** |

Additional Charges :

| | Amount |
|---|---:|
| Copying Cost | 10.95 |
| Federal Express | 636.27 |
| Pacer Charges | 8.96 |
| Postage | 6.16 |
| **Total costs** | **$662.34** |
| **Total amount of this bill** | **$3,321.84** |

---

CCE - Certified Computer Examiner          CPA - Certified Public Accountant
CFE - Certified Fraud Examiner              CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor    PHR - Professional in Human Resources

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, NE**
**Ste 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from    7/1/2009    to   7/31/2009**

August 10, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 0.40 | 77.00 |
| Asset Analysis & Recovery | 0.20 | 55.00 |
| Case Administration | 1.70 | 405.50 |
| Claims Administration & Objections | 2.90 | 381.00 |
| Fee / Employment Applications | 1.20 | 284.00 |
| Investor Communications and Reporting | 5.40 | 919.50 |
| Tax Issues | 2.10 | 537.50 |
| **For professional services rendered** | **13.90** | **$2,659.50** |

Additional Charges :

| | Amount |
|---|---:|
| Copying Cost | 10.95 |
| Federal Express | 636.27 |
| Pacer Charges | 8.96 |
| Postage | 6.16 |
| **Total costs** | **$662.34** |
| **Total amount of this bill** | **$3,321.84** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from     7/1/2009   to  7/31/2009**

August 10, 2009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Accounting** | | |
| 7/13/2009 | JNH | Reviewed and reconciled bank statement and documents for June 2009. | 0.20<br>110.00/hr | 22.00 |
| | SSA | Reviewed check register and investigated status of outstanding check. | 0.20<br>275.00/hr | 55.00 |
| | | Subtotal | 0.40 | 77.00 |
| | | **Asset Analysis & Recovery** | | |
| 7/15/2009 | SSA | Met with David Dantzler and Charles Burnett regarding ▮▮▮▮▮▮▮▮▮▮ | 0.20<br>275.00/hr | 55.00 |
| | | Subtotal | 0.20 | 55.00 |
| | | **Case Administration** | | |
| 7/8/2009 | SSA | Reviewed response letter to Level Par investors. Researched issue and drafted email to Charles Burnett regarding ▮▮▮  Prepared letters for same. | 0.70<br>275.00/hr | 192.50 |
| | SYS | Reviewed email from the Receiver regarding investor issues and followed up as necessary. | 0.20<br>130.00/hr | 26.00 |
| 7/15/2009 | SSA | Reviewed remaining items to be completed.  Prepared status report of same. | 0.60<br>275.00/hr | 165.00 |
| 7/21/2009 | JCC | Reviewed and responded to emails from Scott Askue regarding additions to website. Drafted email to website manager regarding same. | 0.20<br>110.00/hr | 22.00 |
| | | Subtotal | 1.70 | 405.50 |
| | | **Claims Administration & Objections** | | |
| 7/7/2009 | JNH | Prepared Fed Ex packages for interim distribution checks to investors. | 0.20<br>110.00/hr | 22.00 |
| 7/10/2009 | SYS | Reviewed  emails from Saba Ashraf regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30<br>130.00/hr | 39.00 |

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/14/2009 | SYS | Reviewed and organized documents previously submitted by investors. | 0.50 130.00/hr | 65.00 |
| 7/15/2009 | SYS | Reviewed and organized documents previously forwarded from investors. | 0.50 130.00/hr | 65.00 |
|  | SYS | Reviewed returned First Interim distribution checks and researched Lexis to obtain current mailing addresses to resend same and updated the investor database as necessary. | 0.50 130.00/hr | 65.00 |
| 7/24/2009 | SYS | Reviewed emails from investor Thomas Mueller regarding distributions made to his IRA account and followed up as necessary by providing requested information by same. | 0.20 130.00/hr | 26.00 |
| 7/30/2009 | KAM | Drafted email to David Dantzler ▇▇▇▇▇▇▇▇ | 0.20 170.00/hr | 34.00 |
| 7/31/2009 | SYS | Telephone calls to and from investors regarding the next distribution and followed up with same as necessary. | 0.50 130.00/hr | 65.00 |
|  |  | Subtotal | 2.90 | 381.00 |

### Fee / Employment Applications

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/10/2009 | KSB | Prepared final bills for HFC and Receiver for June 2009. | 0.40 160.00/hr | 64.00 |
|  | SSA | Reviewed and edited fee invoice for June 2009 for content and proper category. | 0.40 275.00/hr | 110.00 |
| 7/17/2009 | SSA | Prepared and drafted email to Charles Burnett regarding ▇▇▇▇▇▇▇▇ | 0.20 275.00/hr | 55.00 |
| 7/22/2009 | SSA | Reviewed fee invoice for Troutman Sanders. | 0.20 275.00/hr | 55.00 |
|  |  | Subtotal | 1.20 | 284.00 |

### Investor Communications and Reporting

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2009 | SYS | Reviewed distribution checks over $20,000 and researched the investor database to obtain physical addresses in order to Fed-Ex same. Telephone calls to several investors regarding same. | 2.00 130.00/hr | 260.00 |
| 7/2/2009 | SSA | Drafted letter to investors who send notices to the Court regarding the first distribution. | 1.30 275.00/hr | 357.50 |
| 7/6/2009 | SYS | Telephone calls from investors regarding the receipt of First Interim distributions and followed up with same as necessary. | 0.90 130.00/hr | 117.00 |
| 7/16/2009 | SYS | Telephone calls to and from investors regarding the receipt of the First Interim distribution checks and to inquire about the next distribution and followed up with same as necessary. | 0.50 130.00/hr | 65.00 |
| 7/23/2009 | SSA | Reviewed letter from Tim Wijt regarding distribution issues. | 0.20 275.00/hr | 55.00 |
| 7/24/2009 | SYS | Reviewed voice mail messages from investors inquiring about the remaining distributions and followed up as necessary. | 0.50 130.00/hr | 65.00 |
|  |  | Subtotal | 5.40 | 919.50 |

**SEC v. Global Finance et al.**  Page  3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

**Tax Issues**

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/6/2009 | DA | Revised disclosure statement on tax hold back for letter to investors. Sent revision to the Receiver and Scott Askue for inclusion in letter. | 0.20 250.00/hr | 50.00 |
|  | DA | Drafted e-mail to the Receiver to explain the reason for the tax hold back. | 0.20 250.00/hr | 50.00 |
| 7/10/2009 | DA | Responded to a series of e-mails involving investor concerns over tax hold back. | 0.20 250.00/hr | 50.00 |
| 7/15/2009 | SSA | Discussed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ with David Dantzler, Saba Ashraf, Charles Burnett and Dick Atcheson. | 0.50 275.00/hr | 137.50 |
|  | DA | Attended and participated in a meeting with Troutman Sanders to discuss tax issues in the Global case. | 0.50 250.00/hr | 125.00 |
| 7/16/2009 | DA | Prepared Global tax returns for Troutman Sanders office to assist on tax issues. | 0.50 250.00/hr | 125.00 |
|  |  | Subtotal | 2.10 | 537.50 |
|  |  | **For professional services rendered** | **13.90** | **$2,659.50** |

Additional Charges :

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 7/1/2009 | FedEx to Inger Wilson $10.59 | 636.27 |
|  | FedEx to LT Oil Company $9.40 |  |
|  | FedEx to Wealth Systems Intl $21.51 |  |
|  | FedEx to Joe Rust $14.25 |  |
|  | FedEx to Memory Presley $10.59 |  |
|  | FedEx to John Giblin $13.02 |  |
|  | FedEx to T J Mueller Investment $14.67 |  |
|  | FedEx to April Lancaster $14.67 |  |
|  | FedEx to Don Ross Nabb Production $12.24 |  |
|  | FedEx to Erick R Garner $10.91 |  |
|  | FedEx to Nancy Rohrer $16.36 |  |
|  | FedEx to Gregory McMillan $10.59 |  |
|  | FedEx to William Wade $11.83 |  |
|  | FedEx to Barbara Wendland $14.25 |  |
|  | FedEx to Tony Garritano Companies $14.25 |  |
|  | FedEx to Jay Barchenger $16.36 |  |
|  | FedEx to Mary G Payne $10.59 |  |
|  | FedEx to Sylvia G Whitfield $10.59 |  |
|  | FedEx to Peter Guariglia $14.67 |  |
|  | FedEx to Ralph T Horne $10.59 |  |
|  | FedEx to Home Thompson $10.59 |  |
|  | FedEx to Marvin Tucker $14.47 |  |
|  | FedEx to Schliemann Ltd $12.24 |  |
|  | FedEx to Cindy Emmons $14.25 |  |
|  | FedEx to Shaun White $14.67 |  |
|  | FedEx to Shannon T Wetklow $14.67 |  |
|  | FedEx to Philip Gomez $14.67 |  |
|  | FedEx to Maura McEveety-Sepa $12.24 |  |
|  | FedEx to Joanne D Maxwell Marital Trust $10.91 |  |
|  | FedEx to Albert Timmons $16.90 |  |
|  | FedEx to Dan Pickering $14.25 |  |

**SEC v. Global Finance et al.** Page 4

<u>  Amount</u>

        FedEx to John A Fee $11.83
        FedEx to Jorge Swarovski $11.83
        FedEx to James Scapillato $10.91
        FedEx to Danna Swarovski $10.91
        FedEx to Edward J Kirch $10.91
        FedEx to James Rohrer $16.36
        FedEx to Brady Threadgill $14.25
        FedEx to Don Pooley $12.24
        FedEx to Edward Magana $14.67
        FedEx to Ken Hale $10.10
        FedEx to Reliant Financial Corp $12.24
        FedEx to Stephen Thornton $14.25
        FedEx to Mike Wixom $11.83
        FedEx to Gene Fleisner $14.25
        FedEx to Bodie Emmons $14.25
        FedEx to Charles Schwab & Co fbo PJ Rodriguez $12.42
        FedEx to Joe A Beavers $9.54
        FedEx to Fiserv ISS & Co Trustee fbo Thomas J Mueller $11.69

| Date | Description | Amount |
|---|---|---:|
| 7/31/2009 | Pacer on-line charges for period ended 6/30/09 | 8.96 |
| | Copying cost for July 2009. | 10.95 |
| | Postage charges for July 2009. | 6.16 |
| | Subtotal | 662.34 |
| | **Total costs** | **$662.34** |
| | **Total amount of this bill** | **$3,321.84** |