# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 07/15/09 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1213680 |
| Atlanta, GA 30326-1420 | File No. | 033287.000007 |

**RE:** Receiver - Global Finance & Investments, Inc., et. al

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/09 | $4,448.11 |
| Less Adjustments | - $133.00 |
| Total Fees | $4,315.11 |
| Costs and Expenses Through 06/30/09 | $25.00 |
| **Total Amount of This Invoice** | **$4,340.11** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 07/15/09
Invoice Number 1213680
File No. 033287.000007
Page 2

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/09**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 06/04/09 | SA | Analyze tax issues related to Global Finance tax returns; e-mail to Dick Atechson regarding ▇ | 2.0 | 997.50 |
| 06/09/09 | CRB | Correspond with investor (John Fee) regarding distribution of assets; telephone conference with Scott Askue regarding ▇ | 0.3 | 79.80 |
| 06/10/09 | SA | Conference call with Dick Atcheson regarding ▇; review and revise notes he attached to tax returns | 0.7 | 349.13 |
| 06/11/09 | SA | Conference call with Dick Atcheson regarding ▇ | 0.8 | 399.00 |
| 06/25/09 | SA | Draft e-mail to IRS; conference with Dick Atcheson regarding ▇; analyze same; e-mail exchanges with David Dantzler | 3.0 | 1,496.25 |
| 06/26/09 | CRB | Address concerns from investors regarding initial distribution; telephone conference with Scott Askue regarding ▇ | 0.5 | 133.00 |
| 06/26/09 | JDD | E-mail correspondence with G. Hays and Receiver Team regarding ▇; review and revise letter to investors | 0.2 | 96.30 |
| 06/29/09 | CRB | Telephone conference with Saba Ashraf regarding ▇; telephone conferences with investors regarding interim distribution and tax issues | 0.4 | 106.40 |
| 06/29/09 | JDD | Review letters of complaining investors; e-mail correspondence with Receiver Team regarding ▇ | 0.4 | 192.60 |
| 06/30/09 | SA | Send e-mail to Jamie Song at IRS | 0.3 | 149.63 |
| 06/30/09 | CRB | Prepare fee application for fees incurred in March and April 2009; telephone conferences with Harrilee Cheshire regarding ▇; review objection letters from investors/creditors (0.5, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.6 | 159.60 |
| 06/30/09 | JDD | Review letters from complaining investors; conference with G. Hays regarding ▇; e-mail to Judge Schell regarding complaining investors and status of case; e-mail correspondence with Receiver Team regarding ▇ | 0.6 | 288.90 |
| | | Totals | 9.8 | 4,448.11 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 07/15/09
Invoice Number 1213680
File No. 033287.000007
Page 3

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/09

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SA | Ashraf | 6.8 | 498.75 | 3,391.51 |
| CRB | Burnett | 1.8 | 266.00 | 478.80 |
| JDD | Dantzler | 1.2 | 481.50 | 577.80 |

### FOR COSTS AND EXPENSES INCURRED THROUGH 06/30/09

| Date | Description | Amount |
|---|---|---|
| 06/19/09 | Litigation Costs – PAYEE: United States District Court Eastern District of Texas; REQUEST#: 269620; DATE: 6/19/2009. Global Finance (Application to Appear Pro Hac Vice) | 25.00 |

Total: 25.00

Total Fees & Costs: $4,473.11

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Rd NE
Ste 200
Atlanta, GA 30326-1420

| | |
|---|---|
| Invoice Date | 08/19/09 |
| Submitted by | J Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 1222661 |
| File No. | 033287.000007 |

**RE:** Receiver - Global Finance & Investments, Inc., et. al

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/09 | $9,678.54 |
| Less Adjustments | - $867.36 |
| Total Fees | $8,811.18 |
| **Total Amount of This Invoice** | **$8,811.18** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/19/09
Invoice Number 1222661
File No. 033287.000007
Page 2

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 07/01/09 | CRB | Correspond with Receiver Team regarding ▋; telephone conference with Harrilee Cheshire regarding ▋<br>(0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 |
| 07/01/09 | HC | Review Receiver and TS invoices; draft fee application; email correspondence regarding ▋<br>(1.7, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.7 |
| 07/02/09 | JDD | E-mail correspondence with G. Hays and Receiver Team regarding ▋ | 0.6 |
| 07/06/09 | CRB | Review Scott Askue's letter ▋; revise letter ▋; review correspondence regarding tax issues that necessitated delay | 2.9 |
| 07/07/09 | CRB | Conference with David Dantzler regarding ▋; revise response to letters from Investors/Claimants; revise fee applications to add invoices for time incurred in May 2009<br>(0.5, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.8 |
| 07/07/09 | JDD | Review and revise letter to Global investors; e-mail correspondence with G. Hays and C. Burnett regarding ▋ | 1.0 |
| 07/08/09 | CRB | Revise response to letters from Investors/Claimants; telephone conference with Clerk of Court regarding filing response and issues with consolidated case docket; review Order from Court regarding response letter; correspond with David Dantzler and Receiver's office regarding ▋; coordinate filing of response letter; prepare fee application and correspond with Timothy McCole regarding ▋<br>(0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 3.8 |
| 07/08/09 | HC | Review May invoices; finalize draft of fee application<br>(0.5, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.5 |
| 07/10/09 | SA | Call Mr. Neal Brown; review letter and emails; conference with David Dantzler regarding ▋ | 0.4 |
| 07/10/09 | JDD | Conference with S. Ashraf regarding ▋; e-mail correspondence with G. Hays, et. al. regarding ▋; review letter and e-mail from N. Brown (investor) | 0.7 |
| 07/13/09 | SA | Review e-mail regarding Global and revise same | 0.2 |
| 07/14/09 | JDD | Draft e-mail to N. Brown (complaining investor); e-mail correspondence with | 0.6 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/19/09
Invoice Number 1222661
File No. 033287.000007
Page 3

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | S. Ashraf and G. Hays | |
| 07/15/09 | SA | Meeting with David Dantzler, Dick Atcheson and Mike McClellan regarding ▮ | 0.5 |
| 07/15/09 | CRB | Conference with Scott Askue, Mike McClellan, Dick Atcheson, David Dantzler, and Saba Ashraf regarding ▮ | 0.5 |
| 07/15/09 | JDD | Prepare for and meet with Receiver Team regarding ▮ | 0.5 |
| 07/20/09 | CRB | Coordinate filing of fee application and correspond with Receiver Team regarding ▮<br>(0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 07/23/09 | CRB | Review Tim Wijt's letter to the Court regarding the Receiver; conference with David Dantzler regarding ▮; telephone conference with Saba Ashraf and David Dantzler regarding ▮ | 0.4 |
| 07/24/09 | CRB | Review Tim Wijt's letter to the Court; telephone conference with David Dantzler regarding ▮; draft proposed Order regarding Level Par investors' letters to the Court | 1.7 |
| 07/24/09 | JDD | Review letter from disgruntled investor; several telephone conferences with L. Bates regarding same and related issues; telephone conference with T. McCabe regarding ▮; e-mail to L. Bates regarding investor issues and receiver's proposed method for moving forward; e-mail correspondence with Receiver Team regarding ▮ | 2.1 |
| 07/27/09 | CRB | Review and revise proposed Order regarding letters from Level Par investors; correspond with David Dantzler regarding ▮; correspond with Court regarding proposed Order | 0.7 |
| 07/27/09 | JDD | Review and revise proposed order regarding method for dealing with investor complaints | 0.6 |
| 07/28/09 | CRB | Review information regarding additional sources of potential recovery; research regarding individuals who received funds from CR Davis; research regarding W. Peter Massman; research regarding Jean-Baptiste Vivet; research regarding Nicholas Attick; research regarding Rosand Enterprises | 3.3 |
| 07/29/09 | CRB | Research regarding additional sources of potential recovery; conference with David Dantzler regarding ▮; research regarding additional fraudulent transactions regarding Rosand Enterprises; research statutes of limitation for claims relating to Rosand Enterprises in Illinois and Texas | 2.5 |
| 07/29/09 | JDD | Meet with C. Burnett regarding ▮; follow-up matters; e-mail correspondence with C. Burnett regarding ▮ | ▮ |
| 07/30/09 | CRB | Review questions from Steve Cunningham regarding ▮; conference with David Dantzler | ▮ |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/19/09
Invoice Number 1222661
File No. 033287.000007
Page 4

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/09

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
|  |  | telephone conference with Shuwanda Sloane regarding ▇; draft correspondence to Steve Cunningham regarding ▇ |  |
| 07/30/09 | JDD | Telephone conference with L. Bates regarding proposed order; telephone conference with Judge Schell regarding status of case and tax issue; e-mail correspondence with Receiver Team regarding ▇; e-mail correspondence with L. Bates | 0.7 |
| 07/31/09 | CRB | Revise response to Steve Cunningham regarding ▇ | ▇ |
| 07/31/09 | JDD | Review and revise e-mail to investor regarding delays | 0.2 |

Total Hours 28.9

Total Fees 9,678.54

## TIMEKEEPER TIME SUMMARY THROUGH 07/31/09

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SA | Ashraf | 1.1 | 498.75 | 548.63 |
| CRB | Burnett | 17.5 | 266.00 | 4,655.00 |
| HC | Cheshire | 2.2 | 261.25 | 574.76 |
| JDD | Dantzler | 8.1 | 481.50 | 3,900.15 |