# EXHIBIT A

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
3343 Peachtree Road, N.E.
**Suite 200**
**Atlanta GA 30326**

**Receiver**
**For the Period from 8/1/2009 to 8/31/2009**

September 04, 2009

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 3.70<br>375.00/hr | 1,387.50 |
| **For professional services rendered** | **3.70** | **$1,387.50** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from 8/1/2009 to 8/31/2009**

September 04, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 0.20 | 75.00 |
| Case Administration | 0.50 | 187.50 |
| Claims Administration & Objections | 1.20 | 450.00 |
| Litigation Consulting | 1.50 | 562.50 |
| Tax Issues | 0.30 | 112.50 |
| **For professional services rendered** | **3.70** | **$1,387.50** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from    8/1/2009   to   8/31/2009**

September 04, 2009

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **Accounting** | | | |
| 8/28/2009 SGH | Reviewed bank reconciliation. Reviewed and responded to emails from Ralph Freeman regarding ▮ | | 0.20<br>375.00/hr | 75.00 |
| | Subtotal | | 0.20 | 75.00 |
| | **Case Administration** | | | |
| 8/4/2009 SGH | Met with David Dantzler, Charles Burnett and Scott Askue regarding ▮ | | 0.50<br>375.00/hr | 187.50 |
| | Subtotal | | 0.50 | 187.50 |
| | **Claims Administration & Objections** | | | |
| 8/12/2009 SGH | Reviewed status of the distribution and drafted email to Scott Askue regarding the outstanding checks and other issues related to the distribution and payment of the Conditionally Allowed Claims. Reviewed the Plan of Distribution for issues regarding payment and timing. | | 0.60<br>375.00/hr | 225.00 |
| 8/13/2009 SGH | Met with Scott Askue and Shuwanda Sloane regarding the payment of the late filed and late response claims and the motion to be filed to now allow these claims. Discussed procedures to be followed. | | 0.60<br>375.00/hr | 225.00 |
| | Subtotal | | 1.20 | 450.00 |
| | **Litigation Consulting** | | | |
| 8/11/2009 SGH | Reviewed and responded to emails regarding settlement conference. | | 0.20<br>375.00/hr | 75.00 |
| 8/14/2009 SGH | Reviewed 7-page memorandum regarding outstanding litigation. | | 0.50<br>375.00/hr | 187.50 |
| 8/26/2009 SGH | Telephone call from Clark Will regarding ▮ ▮ Drafted email to David Dantzler regarding ▮ | | 0.40<br>375.00/hr | 150.00 |
| 8/31/2009 SGH | Reviewed and signed settlement agreement with Level Par regarding the $175,000 settlement. Reviewed and responded to emails from Clark Will regarding ▮ | | 0.40<br>375.00/hr | 150.00 |

**SEC v. Travis Correll et al**

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
|  | Subtotal | 1.50 | 562.50 |
|  | **Tax Issues** |  |  |
| 8/25/2009 SGH | Reviewed and signed the 2007 tax return to replace the one lost by the IRS. | 0.30<br>375.00/hr | 112.50 |
|  | Subtotal | 0.30 | 112.50 |
|  | **For professional services rendered** | **3.70** | **$1,387.50** |