# EXHIBIT B

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
**For the Period from   8/1/2009   to   8/31/2009**

September 04, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Dick Atcheson | 2.00<br>250.00/hr | 500.00 |
| Julie N. Hentosz, CFE | 0.20<br>110.00/hr | 22.00 |
| K. Shelby Bao | 0.40<br>160.00/hr | 64.00 |
| Kathryn A. Malek, PHR | 1.10<br>170.00/hr | 187.00 |
| Mark C. King, CTP, CCE | 0.30<br>250.00/hr | 75.00 |
| Richard F. Hunter, CFE | 0.30<br>210.00/hr | 63.00 |
| Scott S. Askue, CIRA | 33.10<br>275.00/hr | 9,102.50 |
| Shuwanda Y. Sloane, CFE | 29.80<br>130.00/hr | 3,874.00 |
| **For professional services rendered** | **67.20** | **$13,887.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 4.35 |
| Document Storage | 455.00 |
| Fax | 13.50 |
| Federal Express | 61.36 |
| Miscellaneous | 20.00 |
| Postage | 15.13 |
| **Total costs** | **$569.34** |
| **Total amount of this bill** | **$14,456.84** |

---

CCE - Certified Computer Examiner        CPA - Certified Public Accountant
CFE - Certified Fraud Examiner           CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor    PHR - Professional in Human Resources

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from    8/1/2009    to   8/31/2009**

September 04, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 6.50 | 1,754.50 |
| Asset Analysis & Recovery | 0.70 | 192.50 |
| Case Administration | 1.80 | 475.50 |
| Claims Administration & Objections | 37.40 | 8,250.00 |
| Data Analysis | 0.30 | 75.00 |
| Employee Benefits / Pensions | 0.50 | 85.00 |
| Fee / Employment Applications | 1.50 | 366.50 |
| Investor Communications and Reporting | 16.20 | 2,106.00 |
| Tax Issues | 2.30 | 582.50 |
| **For professional services rendered** | **67.20** | **$13,887.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 4.35 |
| Document Storage | 455.00 |
| Fax | 13.50 |
| Federal Express | 61.36 |
| Miscellaneous | 20.00 |
| Postage | 15.13 |
| **Total costs** | **$569.34** |
| | |
| **Total amount of this bill** | **$14,456.84** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

For the Period from     8/1/2009   to  8/31/2009

September 04, 2009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Accounting** | | |
| 8/6/2009 | SSA | Reviewed and responded to emails from Scott Baker regarding ▮ and ▮ accountings. | 0.20<br>275.00/hr | 55.00 |
| 8/7/2009 | SSA | Reviewed accounting of funds received from and paid to Gregory Thompson. Left voice mail message for Scott Baker regarding same. | 0.50<br>275.00/hr | 137.50 |
| 8/10/2009 | SSA | Telephone call to Scott Baker regarding accounting by ▮ and ▮. | 0.20<br>275.00/hr | 55.00 |
| | SSA | Reviewed accounting of defendant transactions and memo on same. Telephone call to Clark Will regarding ▮. | 0.80<br>275.00/hr | 220.00 |
| 8/11/2009 | JNH | Reviewed and reconciled bank statement and documents for July 2009. | 0.20<br>110.00/hr | 22.00 |
| 8/12/2009 | SSA | Reviewed and responded to email from receiver regarding status of first distribution. Researched for information on same. | 0.50<br>275.00/hr | 137.50 |
| | SSA | Drafted email to Clark Will regarding ▮. | 0.10<br>275.00/hr | 27.50 |
| | SSA | Reviewed bank statements and reconciliation for June 2006. Researched outstanding checks and had voided as necessary. | 0.70<br>275.00/hr | 192.50 |
| 8/14/2009 | SSA | Reviewed distribution checks clearing in July 2009. Verified payees or amounts were not altered and verified endorsements. | 1.50<br>275.00/hr | 412.50 |
| 8/19/2009 | SSA | Drafted email to Scott Baker regarding status of ▮ accounting. | 0.10<br>275.00/hr | 27.50 |
| 8/26/2009 | SSA | Drafted email to Scott Baker regarding funds paid to and received from defendants ▮ and ▮. | 0.10<br>275.00/hr | 27.50 |
| | SSA | Reviewed and reconciled bank accounts for all defendants and first distribution. | 1.10<br>275.00/hr | 302.50 |
| 8/28/2009 | SSA | Drafted email to Scott Baker regarding call regarding ▮ accounting. | 0.10<br>275.00/hr | 27.50 |
| | SSA | Reviewed for transactions records of ▮. | 0.40<br>275.00/hr | 110.00 |
| | | Subtotal | 6.50 | 1,754.50 |

### Asset Analysis & Recovery

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/5/2009 | SSA | Drafted email to David Dantzler regarding ▮▮▮ | 0.20 275.00/hr | 55.00 |
| 8/13/2009 | SSA | Drafted email to Clark Will regarding ▮▮▮ | 0.10 275.00/hr | 27.50 |
| 8/14/2009 | SSA | Reviewed memo of remaining potential litigation and recommendation of action. | 0.40 275.00/hr | 110.00 |
|  |  | Subtotal | 0.70 | 192.50 |

### Case Administration

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/4/2009 | SSA | Met with David Dantzler, Charles Burnett and the Receiver regarding ▮▮▮ | 0.40 275.00/hr | 110.00 |
| 8/10/2009 | SSA | Reviewed terms of the document depository. Drafted email to Charles Burnett regarding ▮▮▮ | 0.40 275.00/hr | 110.00 |
| 8/13/2009 | SSA | Reviewed open case issues and drafted email to Charles Burnett regarding ▮▮▮ | 0.30 275.00/hr | 82.50 |
| 8/18/2009 | SSA | Reviewed motion to dissolve the document depository. Drafted email to Charles Burnett regarding ▮▮▮ | 0.40 275.00/hr | 110.00 |
|  | RFH | Reviewed and responded to several emails from Scott Askue regarding cost for storage of records. Discussed same with Mr. Askue. | 0.30 210.00/hr | 63.00 |
|  |  | Subtotal | 1.80 | 475.50 |

### Claims Administration & Objections

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/3/2009 | SYS | Telephone call to and from investor ▮▮▮ regarding ▮▮▮ First Interim distribution check and followed up with same as necessary. | 0.20 130.00/hr | 26.00 |
| 8/4/2009 | SYS | Reviewed returned investor checks due to inaccurate mailing addresses and researched Lexis database to obtain current mailing addresses in order to resend and updated the investor database as necessary. | 0.50 130.00/hr | 65.00 |
| 8/6/2009 | SSA | Began review of investor claims where issues arose after the first distribution. | 1.00 275.00/hr | 275.00 |
|  | SYS | Reviewed emails from investors regarding change of address request and followed up as necessary. | 0.40 130.00/hr | 52.00 |
|  | SYS | Reviewed email from Kathy Malek regarding distributions and followed up as necessary. | 0.40 130.00/hr | 52.00 |
| 8/7/2009 | SSA | Continued review and research of unresolved claims. Drafted notes on same. | 1.70 275.00/hr | 467.50 |
|  | SSA | Reviewed and researched unresolved claim issues. Drafted notes on same. | 2.80 275.00/hr | 770.00 |
|  | SYS | Reviewed documents forwarded from investors that were on the contingent listing of investors and followed up as necessary to have First Interim distributions released. | 1.00 130.00/hr | 130.00 |
| 8/10/2009 | SYS | Reviewed explanation forwarded from ▮▮▮ regarding her late filed claim and followed up as necessary with Charles Burnett regarding ▮▮▮ | 0.30 130.00/hr | 39.00 |
|  | SSA | Reviewed issues with claim file by ▮▮▮. Drafted email to Charles Burnett regarding ▮▮▮ | 0.40 275.00/hr | 110.00 |
|  | SSA | Reviewed file and telephone call to Jeff Conner regarding claim filed by ▮▮▮. | 0.40 275.00/hr | 110.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/12/2009 | KAM | Prepared outstanding distribution check list for Scott Askue. | 0.20 170.00/hr | 34.00 |
| 8/13/2009 | SYS | Reviewed listing of conditional allowed claims and telephone calls to several investors to follow up on previously requested documents in order to complete submitted claim packages and to release First Interim distributions to same. | 1.00 130.00/hr | 130.00 |
| | SSA | Telephone call from ▮▮▮▮ regarding additional case distributions. | 0.10 275.00/hr | 27.50 |
| | SSA | Reviewed claims of investors that filed late or provided requested documents after deadline. Discussed same with the Receiver. | 2.20 275.00/hr | 605.00 |
| | SYS | Reviewed returned First Interim distribution checks and documents requested previously and followed up as necessary. | 0.40 130.00/hr | 52.00 |
| 8/14/2009 | SSA | Reviewed claims filed by CMR investors and allowed as appropriate. | 2.80 275.00/hr | 770.00 |
| | SSA | Reviewed claims file by ▮▮▮▮ investors and allowed as appropriate. | 0.70 275.00/hr | 192.50 |
| | SSA | Reviewed issues with late filing contingent investors. Drafted notes on same. | 1.10 275.00/hr | 302.50 |
| 8/17/2009 | SSA | Telephone call from Charles Burnett regarding ▮▮▮▮ | 0.20 275.00/hr | 55.00 |
| | KAM | Researched payment to Jeff Coleman per request of Shuwanda Sloane. | 0.20 170.00/hr | 34.00 |
| | KAM | Researched payment to ▮▮▮▮ Phelps per request of Shuwanda Sloane. | 0.20 170.00/hr | 34.00 |
| | SYS | Reviewed and organized documents previously forwarded from investors as necessary. | 1.00 130.00/hr | 130.00 |
| 8/19/2009 | SYS | Reviewed listing of outstanding First Interim distribution checks from investors and telephone calls to investors regarding same. | 0.60 130.00/hr | 78.00 |
| | SYS | Reviewed returned First Interim distribution checks due inaccurate mailing addresses and researched Lexis to obtain current mailing addresses as necessary. | 0.40 130.00/hr | 52.00 |
| | SSA | Reviewed and responded to email from Shuwanda Sloane regarding amended report of allowed creditors. | 0.30 275.00/hr | 82.50 |
| 8/20/2009 | SSA | Reviewed claimants with late filed claims. Updated report of same. | 1.60 275.00/hr | 440.00 |
| 8/21/2009 | SYS | Reviewed listing of conditionally allowed claims and telephone calls to investors to follow up regarding the request for certain documents. | 0.70 130.00/hr | 91.00 |
| | SYS | Telephone calls to and from investors regarding the next distributions and followed up with same. | 0.60 130.00/hr | 78.00 |
| | SSA | Traveled to Troutman Sanders and attended meeting with Charles Burnett regarding ▮▮▮▮ | 1.50 275.00/hr | 412.50 |
| | SSA | Reviewed claim dispute filed by ▮▮▮▮ and ▮▮▮▮. Telephone call to and drafted email to ▮▮▮▮ regarding resolution of same. Finalized report of late filed claims. | 1.40 275.00/hr | 385.00 |
| | SYS | Prepared reissued checks for mailing to investors. | 0.30 130.00/hr | 39.00 |
| 8/24/2009 | SSA | Drafted letter to late filed claimants. Updated claim information for same. Prepared claim determination letters to same. | 2.00 275.00/hr | 550.00 |

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/24/2009 | SYS | Telephone calls to CMR investors regarding requested documents in order to complete claim packages and left voice mail message regarding same. | 0.50 130.00/hr | 65.00 |
|  | SSA | Drafted email to the receiver regarding late filed claims and motion to get approved. | 0.20 275.00/hr | 55.00 |
| 8/25/2009 | SYS | Reviewed claim determination notices to be sent to late filers and conditionally allowed claims and forwarded emails to same prior to preparing for mailing. Telephone calls to investors regarding same. | 2.00 130.00/hr | 260.00 |
|  | SSA | Prepared updated claim determination notices for late filed claims. Telephone call to Charles Burnett regarding ▮▮. Prepared email to investors regarding same. | 1.00 275.00/hr | 275.00 |
| 8/26/2009 | SYS | Reviewed and organized documents previously forwarded from investors as necessary. | 1.20 130.00/hr | 156.00 |
| 8/27/2009 | SYS | Reviewed proof of claim form submitted by ▮▮ regarding ▮▮ claim and followed up as necessary. | 0.40 130.00/hr | 52.00 |
|  | SYS | Reviewed signed documents returned from investors and updated the investor database as necessary. | 0.50 130.00/hr | 65.00 |
|  | SSA | Updated status report of late filed claims. | 0.40 275.00/hr | 110.00 |
|  | SYS | Reviewed listing of investors on conditionally allowed claims and followed up with same as necessary regarding requested documents. | 0.60 130.00/hr | 78.00 |
| 8/28/2009 | SSA | Reviewed claim of the ▮▮. Drafted email to ▮▮ regarding same. | 0.40 275.00/hr | 110.00 |
|  | SYS | Reviewed documents forwarded from CMR investors and updated the investor database as necessary. | 0.60 130.00/hr | 78.00 |
| 8/31/2009 | SSA | Reviewed and updated report of additional allowed claims. | 0.70 275.00/hr | 192.50 |
|  | SSA | Reviewed proof of claim of ▮▮. Drafted email to ▮▮ regarding same. | 0.30 275.00/hr | 82.50 |
|  |  | Subtotal | 37.40 | 8,250.00 |

### Data Analysis

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/3/2009 | MCK | Prepared and shipped ▮▮ to Clark Will. | 0.30 250.00/hr | 75.00 |
|  |  | Subtotal | 0.30 | 75.00 |

### Employee Benefits / Pensions

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/26/2009 | KAM | Researched 2005 Form 940 and 941's per question asked by the IRS. | 0.50 170.00/hr | 85.00 |
|  |  | Subtotal | 0.50 | 85.00 |

### Fee / Employment Applications

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/6/2009 | SSA | Reviewed and edited fee invoice for July 2009. | 0.50 275.00/hr | 137.50 |
| 8/10/2009 | KSB | Prepared final invoices for HFC and the Receiver for July 2009. | 0.40 160.00/hr | 64.00 |
| 8/14/2009 | SSA | Drafted email to Charles Burnett regarding ▮▮. | 0.20 275.00/hr | 55.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/26/2009 | SSA | Reviewed fee application for July 2009. Prepared updated biographies for same. Drafted email to Charles Burnett regarding ▮ | 0.40<br>275.00/hr | 110.00 |
|  |  | Subtotal | 1.50 | 366.50 |

### Investor Communications and Reporting

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/3/2009 | SYS | Telephone calls to and from investors regarding the Second Interim distribution and followed up with same as necessary. | 0.60<br>130.00/hr | 78.00 |
| 8/5/2009 | SYS | Telephone calls from investors regarding the contingent listing of approved claims and followed up as necessary. | 0.50<br>130.00/hr | 65.00 |
|  | SYS | Reviewed email messages from investors inquiring about the next distribution as well to request changes of addresses and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
|  | SYS | Telephone calls to and from investors inquiring about the next distribution and the percent for same and followed up as necessary. | 0.50<br>130.00/hr | 65.00 |
| 8/6/2009 | SYS | Telephone calls to and from investors inquiring about the next distribution and the percent for same as well as investors that were on the conditionally allowed claim amounts inquiring about First Interim distributions and followed up as necessary. | 1.00<br>130.00/hr | 130.00 |
| 8/7/2009 | SYS | Telephone calls to and from investors regarding the status of the next distribution and followed up with same. | 0.60<br>130.00/hr | 78.00 |
| 8/10/2009 | SYS | Reviewed emails and voice mail messages from investors inquiring about the status of the next distributions as well as the First Interim distributions and the receipt of requested documents from various investors and followed up with same. | 0.90<br>130.00/hr | 117.00 |
| 8/11/2009 | SYS | Telephone calls to and from investors inquiring about the next distributions and to update mailing addresses as necessary and followed up with same. | 1.00<br>130.00/hr | 130.00 |
| 8/12/2009 | SYS | Reviewed emails from investors regarding the next distribution as well as the receipt of the First Interim distribution and followed up with same. | 0.50<br>130.00/hr | 65.00 |
|  | SYS | Reviewed voice mail messages from investors and followed up as necessary. | 1.00<br>130.00/hr | 130.00 |
| 8/17/2009 | SYS | Reviewed voice mail messages from investors inquiring about the next distributions and from those that were previously on the conditional allowed claims listing and followed up with same. | 0.70<br>130.00/hr | 91.00 |
|  | SYS | Telephone calls from investors regarding the status of the next distribution and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| 8/18/2009 | SYS | Reviewed voice mail messages from investors inquiring about the status of the next distributions and followed up as necessary. | 0.60<br>130.00/hr | 78.00 |
|  | SYS | Reviewed email messages from investors regarding various case related issues and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| 8/19/2009 | SYS | Telephone calls to and from investors regarding the next distributions and followed up with same. | 0.50<br>130.00/hr | 65.00 |
|  | SYS | Reviewed voice mail messages from investors inquiring about the status of the next distributions and case related issues and followed up as necessary. | 0.60<br>130.00/hr | 78.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/20/2009 | SYS | Telephone calls to and from several investors inquiring about the next distribution and followed up with same. | 1.00 130.00/hr | 130.00 |
| 8/24/2009 | SYS | Telephone calls to and from several investors inquiring about the next distribution and followed up with same. | 1.00 130.00/hr | 130.00 |
| | SYS | Telephone calls to and from investors regarding the receipt of the First Interim distributions and other case related issues and followed up with same as necessary. | 0.50 130.00/hr | 65.00 |
| 8/25/2009 | SYS | Telephone calls from investors inquiring about the next distributions and to request change of addresses and followed up with same. | 1.00 130.00/hr | 130.00 |
| 8/26/2009 | SYS | Telephone calls to and from investors inquiring about the status of the next distributions, to request change of addresses and other case related issues and followed up with same. | 1.00 130.00/hr | 130.00 |
| 8/27/2009 | SYS | Telephone calls to and from investors inquiring the next distributions and followed up with same as necessary. | 0.60 130.00/hr | 78.00 |
| 8/28/2009 | SYS | Telephone calls to investors regarding remaining outstanding First Interim distribution checks and followed up with same as necessary. | 0.60 130.00/hr | 78.00 |
| | | **Subtotal** | 16.20 | 2,106.00 |

### Tax Issues

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/4/2009 | DA | Responded to IRS request for additional information on 2004 information returns filed by TNT Office Supply. Obtained information from former CPA. | 0.30 250.00/hr | 75.00 |
| 8/5/2009 | DA | Drafted letter to the IRS with support for 2004 information returns. | 0.20 250.00/hr | 50.00 |
| 8/11/2009 | DA | Gathered information to prepare the 2008 tax return for TNT office supply and prepared a recap schedule. | 1.00 250.00/hr | 250.00 |
| 8/25/2009 | DA | Telephone call to IRS office, Mrs Eads 0195884 out of Cincinnati, about the Travis Correll income tax returns and payroll tax returns. | 0.50 250.00/hr | 125.00 |
| 8/28/2009 | SSA | Reviewed for tax id number for estate. Drafted email to Clark Will regarding ▮ | 0.30 275.00/hr | 82.50 |
| | | **Subtotal** | 2.30 | 582.50 |
| | | **For professional services rendered** | **67.20** | **$13,887.50** |

Additional Charges :

### Expenses

| Date | Description | Amount |
|---|---|---|
| 8/3/2009 | FedEx to Quilling, Selander, Cummiskey | 31.90 |
| 8/11/2009 | FedEx to Cordes & Company 7/14/09 | 11.69 |
| | FedEx to Neulan Midkiff 7/22/09 | 17.77 |
| 8/13/2009 | Website maintenance: 6/5/09 - 7/8/09 | 20.00 |
| 8/31/2009 | Copying cost for August 2009. | 4.35 |
| | Fax charges for August 2009. | 13.50 |
| | Postage charges for August 2009. | 15.13 |
| | Document storage/Document Depository per court order - August 2009 | 455.00 |
| | **Subtotal** | 569.34 |

**SEC v. Travis Correll et al**

|  | Amount |
|---|---:|
| **Total costs** | $569.34 |
| **Total amount of this bill** | $14,456.84 |