# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 09/17/09 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1229387 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

**RE:** Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/09 | $3,697.61 |
| Less Adjustments | - $1,259.23 |
| Total Fees | $2,438.38 |
| Costs and Expenses Through 08/31/09 | $155.83 |
| **Total Amount of This Invoice** | **$2,594.21** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 09/17/09
Invoice Number 1229387
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 08/03/09 | CRB | Telephone conference with ▓▓▓ regarding her claim dispute; telephone conference with Timothy McCole and David Dantzler regarding ▓▓▓ | 0.8 |
| 08/03/09 | JDD | Prepare for and participate in telephone conference with T. McCole and C. Burnett regarding ▓▓▓ | 0.5 |
| 08/04/09 | CRB | Conference with Receiver team regarding ▓▓▓; correspond with Scott Askue regarding ▓▓▓ | 0.6 |
| 08/04/09 | JDD | Prepare for and participate with G.Hays and other Receiver Team members regarding ▓▓▓ | 0.7 |
| 08/05/09 | CRB | Correspond with Amanda Aievoli regarding ▓▓▓ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 08/06/09 | CRB | Revise memorandum regarding additional sources of potential recovery | 0.1 |
| 08/07/09 | CRB | Revise memorandum regarding additional sources of potential recovery; conference with David Dantzler regarding ▓▓▓ | 0.3 |
| 08/10/09 | CRB | Review correspondence regarding fee applications; correspond with Receiver team regarding ▓▓▓; correspond with ▓▓▓ regarding Claim Determination Notice (0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.3 |
| 08/14/09 | CRB | Review correspondence from Scott Askue regarding ▓▓▓; revise memorandum regarding additional sources of potential recovery; correspond with the Receiver Team regarding ▓▓▓ | 0.2 |
| 08/17/09 | CRB | Draft Motion to Terminate Document Depository; draft Proposed Order regarding same; conference with David Dantzler and Harrilee Cheshire regarding ▓▓▓ | 1.2 |
| 08/17/09 | HC | Status conference with C. Burnett and D. Dantzler regarding ▓▓▓ | 0.3 |
| 08/18/09 | CRB | Draft Motion to Terminate Document Depository; draft Proposed Order regarding same; coordinate filing of same | 0.7 |
| 08/18/09 | HC | Review and analyze June and July bills for preparation of fee application (1.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.1 |
| 08/19/09 | HC | Review June and July invoices for preparation of fee application; assist in drafting same (1.8, Time spent on Fee Application, not billed to Hays Financial | 1.8 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 09/17/09
Invoice Number 1229387
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/09

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | Consulting) | |
| 08/21/09 | CRB | Conference with Scott Askue regarding ▮▮▮▮ | 1.0 |
| 08/24/09 | CRB | Telephone conference with Pam Dennison regarding ▮▮▮ | 0.2 |
| 08/24/09 | CRB | Prepare fee application for June and July 2009<br>(0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 |
| 08/24/09 | HC | Review July invoice; draft task portion of fee application<br>(0.8, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.8 |
| 08/25/09 | CRB | Prepare fee application for June and July 2009 time<br>(0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.3 |
| 08/27/09 | CRB | Prepare fee application for June and July 2009<br>(0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 |
| 08/30/09 | CRB | Draft Motion to Approve Schedule of Supplemental Claims | 1.1 |
| 08/31/09 | CRB | Review letter from Josephs Jack regarding bankruptcy distribution; telephone conference with Scott Askue regarding ▮▮▮; review correspondence regarding fee application<br>(0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.5 |

Total Hours  13.0

Total Fees  3,697.61

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 09/17/09
Invoice Number 1229387
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/09

| Name | Hours | Amount |
|---|---|---|
| C R Burnett | 7.8 | 2,074.80 |
| H Cheshire | 4.0 | 1,045.01 |
| J Dantzler | 1.2 | 577.80 |

### FOR COSTS AND EXPENSES INCURRED THROUGH 08/31/09

| Description | Amount |
|---|---|
| Computer Research | 155.83 |
| Total: | 155.83 |

Total Fees & Costs: $3,853.44