# EXHIBIT D



Federal ID #75-2459334

S. Gregory Hays  
Special Counsel for Greg Hays  
Hays Financial Consulting, LLC  
3343 Peachtree Road, Suite 750  
Atlanta  GA  30326

Page: 1  
08/31/2009  
Client No:   911-0150M  
Invoice No:      82870

Travis E. Correll, et al.

**ITEMIZED   SERVICES   BILL**

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 07/16/2009 | BR | Research regarding enforceability of oral settlement agreement (2.2); | | 2.20 | 440.00 |
| 07/20/2009 | BR | Continue to research case law regarding standards and evidence required to enforce oral settlement agreement and prepare brief of law regarding same (2.3); | | 2.30 | 460.00 |
| 07/22/2009 | BR | Prepare brief of case law responding to motion to enforce oral settlement agreement (1.1); | | 1.10 | 220.00 |
| 07/24/2009 | BR | Correspondence with investor regarding inquiry about their sales agents (.2); Telephone call with Aviva's legal counsel regarding their request for transfer forms in addition to the order to transfer interest and fact investigation regarding same (.5); | | 0.70 | 140.00 |
| 07/29/2009 | BR | Research regarding ▓▓▓▓ (1.1); | | 1.10 | 220.00 |
| 08/03/2009 | CBW | Review of orders and other recent filings from the Court (.6); email from Attorney Pearce and reply (.5); telephone conference with Judge Bush's chambers; email to counsel regarding ▓▓▓ (.5); emails with counsel regarding ▓▓▓ (.5); telephone conference with Judge's chambers regarding scheduling (.3); telephone conference with Attorney Young (.3); emails among counsel regarding ▓▓▓ (.4); | | 3.10 | 1,085.00 |
| 08/04/2009 | CBW | Review and analysis of correspondence from Attorney Young regarding ▓▓▓ (.5); email to counsel regarding ▓▓▓ (.3); emails with Ralph Freeman regarding ▓▓▓ (.3); document review regarding status update (.4); email to clients regarding ▓▓▓ (.3); draft letter to Magistrate Judge's chambers regarding scheduling (.5); review and reply to email from Attorney Young (.3); | | 2.60 | 910.00 |
| 08/05/2009 | CBW | Email with Attorney Young regarding ▓▓▓ (.3); email with Attorney Pearce regarding ▓▓▓ (.3); email to counsel regarding ▓▓▓ (.3); review and reply to email from Keet Lewis (.5); follow up with Attorney Pearce (.2); | | 1.60 | 560.00 |
| 08/06/2009 | CBW | Telephone conferences (voicemails) with General Counsel at Genworth regarding ▓▓▓ (.4); | | 0.40 | 140.00 |
| 08/07/2009 | CBW | Telephone conference with Scott Askue regarding | | | |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 2
08/31/2009
Client No: 911-0150M
Invoice No: 82870

| | | | | Hours | |
|---|---|---|---|---|---|
| | | ▮▮▮▮ (.2); email to counsel regarding ▮▮▮▮ (.5); follow up emails with Pearce and Young (.4); | | 1.10 | 385.00 |
| 08/10/2009 | CBW | Emails with client regarding ▮▮▮▮ (.5); review of order received from Judge Bush (.3); forward order with comment to opposing counsel (.5); email with Scott Askue (.3); follow up telephone conference with Scott regarding ▮ (.7); review of email from Michael Young (.3); telephone conference with Mary Barney at Genworth regarding deadlines, etc. (.4); review of email from Scott Askue regarding ▮ (.2); review and analysis of correspondence from the Court (.2); | | 3.40 | 1,190.00 |
| 08/11/2009 | CBW | Emails with Scott Askue regarding ▮ (.3); review of ▮ received from Ralph Freeman; forward to client ▮ (.5); receipt and review of oil and gas documents, bills and run checks; draft correspondence to Scott Askue and forward ▮ to Askue (.8); email to counsel regarding ▮▮▮▮ (.5); email with Attorney Young regarding ▮▮▮ (.3); emails with client regarding ▮▮ (.3); | | 2.70 | 945.00 |
| 08/12/2009 | CBW | Emails with Scott Askue regarding ▮▮ (.4); review/analysis of ▮ from Ralph Freeman (.4); review of correspondence from Court regarding status (.3); email with client regarding ▮ (.3); | | 1.40 | 490.00 |
| 08/13/2009 | CBW | Research and respond to inquiry regarding ▮▮ from Scott Askue (.3); research and reply to inquiry regarding status of past settlements to Scott Askue (.6); research and respond to inquiry from Attorney Boyd regarding ▮▮ (.5); telephone conference with Ralph Freeman regarding ▮▮ (.4); research regarding ▮▮▮ with Ralph Freeman (.5); telephone conference with John Pearce regarding ▮ (.4); research and draft letter to Court regarding issues for settlement conference (.7); | | 3.60 | 1,260.00 |
| 08/14/2009 | CBW | Review/revise correspondence to Judge Bush regarding settlement conference (.4); conference with Ralph Freeman regarding ▮▮ (.5); | | 0.90 | 315.00 |
| 08/17/2009 | CBW | Attention toward settlement of Gowdey issues (.5); | | 0.50 | 175.00 |
| 08/18/2009 | CBW | Review and analysis of filed motion regarding documents (.5); email with CW regarding ▮ (.3); draft correspondence to opposing counsel regarding settlement scenarios (.5); | | 1.30 | 455.00 |
| 08/19/2009 | CBW | Review and analysis of Diana Gowdey position paper (1.0); | | 1.00 | 350.00 |

Page: 3
08/31/2009
Client No: 911-0150M
Invoice No: 82870

Special Counsel for Greg Hays

Travis E. Correll, et al.

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 08/20/2009 | CBW | Communication with Court; email with clients and opponents regarding ▮ (.5); telephone conference with Ralph Freeman regarding ▮ (.3); review and forward ▮ to Scott Askue (.4); emails with counsel regarding ▮ (.4); telephone conference with John Pearce regarding ▮ (.4); telephone conference with attorneys Motley and Young regarding ▮ (.4); | 2.40 | 840.00 |
| 08/21/2009 | CBW | Office conference with Ralph Freeman regarding ▮ (.4); review of materials in advance of settlement conference (.6); | 1.00 | 350.00 |
| 08/25/2009 | CBW | Document review and preparation for mediated conference with Gowdey (1.5); email to Askue regarding ▮ (.3); review and revise ▮ email with team regarding ▮ (.5); | 2.30 | 805.00 |
| 08/26/2009 | CBW | Attend and participate in court ordered settlement conference and return (6.0) telephone conference with Ralph Freeman regarding ▮ (.3); telephone conference with SGH regarding ▮ (.3); follow up telephone conference with Ralph Freeman regarding ▮ (.3); | 6.90 | 2,415.00 |
| 08/27/2009 | CBW | Review of order from court regarding yesterday's meeting (.3); telephone conference with Ralph Freeman regarding ▮ (.5); | 0.80 | 280.00 |
|  | BR | Examine pleadings regarding motion to quash Erwin & Johnson's subpoena to Silver Point and prepare reply to same (5.2); Numerous correspondence with Silver Point's counsel regarding same (.4); Examine materials regarding potential witnesses in Erwin & Johnson case (1.4); | 7.00 | 1,400.00 |
| 08/28/2009 | CBW | Telephone conference with Scott Askue regarding ▮ (.3); emails with Genworth and counsel; review of documents and other materials received regarding payment of the Genworth polity and review of letters from Pearce (.9); emails with Scott Askue regarding ▮ (.3); | 1.50 | 525.00 |
| 08/31/2009 | CBW | Review of release documents and letters regarding settlement; emails with GenWorth and counsel regarding ▮ (1.5); follow up emails with Attorney Whitaker and client regarding ▮ (.5); | 2.00 | 700.00 |
|  |  | For Current Services Rendered | 54.90 | 17,055.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Clark B. Will | 40.50 | $350.00 | $14,175.00 |
| Brent Rodine | 14.40 | 200.00 | 2,880.00 |

Page: 4
08/31/2009
Client No: 911-0150M
Invoice No: 82870

Special Counsel for Greg Hays

Travis E. Correll, et al.

| | |
|---|---:|
| Telecopies | 26.00 |
| Long-Distance Telephone | 1.89 |
| Express Mail Service | 15.54 |
| Paid to AT&T for conference call charges | 188.47 |
| Photocopies | 0.20 |
| Online outside service expense for legal research - Invoice No. 818833610 | 20.52 |
| Total Expenses Thru 08/31/2009 | 252.62 |
| Total Current Work | 17,307.62 |
| Balance Due | $17,307.62 |

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT