# EXHIBIT E

# BRAY & FREEMAN, L.P.   License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #    817-688-6186
Fax #      888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2009 | 6451 |
| TIN #04-3759685 | |

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
| | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 8/3/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - COMMUNICATIONS WITH CBW RE: ▮▮▮▮▮▮▮ | 0.5 | 100.00 | 50.00 |
| 8/10/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - COMMUNICATION WITH EXECUTOR OF PAR 5 ESTATE | 0.75 | 100.00 | 75.00 |
| 8/11/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - PREPARATION OF REPORTS RE: DISTRIBUTION | 1 | 100.00 | 100.00 |
| 8/12/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - COMMUNICATION WITH CBW RE: ▮▮▮▮▮▮▮ | 0.5 | 100.00 | 50.00 |
| 8/13/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - RESEARCH & COMMUNICATION WITH CBW RE: ▮▮▮▮▮ ▮▮▮▮▮ | 2 | 100.00 | 200.00 |
| 8/14/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - CONFERENCE WITH CBW RE: ▮▮▮▮ | 0.5 | 100.00 | 50.00 |
| 8/19/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF GOWDEY POSITION DOCUMENT | 0.5 | 100.00 | 50.00 |
| 8/20/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - COMMUNICATION WITH MARK HALE RE: ▮▮▮▮▮▮ MEETING WITH CBW RE: ▮▮▮▮ | 1.5 | 100.00 | 150.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

# BRAY & FREEMAN, L.P.

License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #     817-688-6186
Fax #     888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2009 | 6451 |

| TIN #04-3759685 |
|---|

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 8/21/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - MEETING WITH CBW RE: ██████████ | 0.5 | 100.00 | 50.00 |
| 8/25/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW OF JOHNSON & GOWDEY DOCUMENTS | 0.75 | 100.00 | 75.00 |
| 8/26/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - REVIEW & DISCUSSION OF ██████████ WITH CBW | 1 | 100.00 | 100.00 |
| 8/27/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - DISCUSSION & REVIEW OF ██████████ WITH CBW | 0.5 | 100.00 | 50.00 |

| | |
|---|---|
| **Subtotal** | $1,000.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Sales Tax  (8.25%)** | $0.00 |
| **Total** | $1,000.00 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $1,000.00 |