# EXHIBIT A

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from   8/1/2009   to   8/31/2009**

September 04, 2009

Professional Services

|  | <u>Hrs/Rate</u> | <u>Amount</u> |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 2.70<br>375.00/hr | 1,012.50 |
| **For professional services rendered** | **2.70** | **$1,012.50** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    8/1/2009    to   8/31/2009**

September 04, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Asset Analysis & Recovery | 0.40 | 150.00 |
| Case Administration | 1.20 | 450.00 |
| Claims Administration & Objections | 1.10 | 412.50 |
| **For professional services rendered** | **2.70** | **$1,012.50** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    8/1/2009   to  8/31/2009**

September 04, 2009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| | | **Asset Analysis & Recovery** | | |
| 8/18/2009 | SGH | Reviewed letter from Charles Burnett regarding ▮ | 0.40<br>375.00/hr | 150.00 |
| | | Subtotal | 0.40 | 150.00 |
| | | **Case Administration** | | |
| 8/3/2009 | SGH | Reviewed correspondence to the Level Par investors. | 0.30<br>375.00/hr | 112.50 |
| 8/4/2009 | SGH | Met with David Dantzler, Charles Burnett and Scott Askue regarding ▮ | 0.50<br>375.00/hr | 187.50 |
| 8/12/2009 | SGH | Reviewed status of the distribution and drafted email to Scott Askue regarding the outstanding checks and other issues regarding the distribution. | 0.40<br>375.00/hr | 150.00 |
| | | Subtotal | 1.20 | 450.00 |
| | | **Claims Administration & Objections** | | |
| 8/17/2009 | SGH | Reviewed correspondence regarding creditor ▮ and drafted email to David Dantzler and Charles Burnett regarding ▮ | 0.30<br>375.00/hr | 112.50 |
| 8/19/2009 | SGH | Reviewed correspondence from ▮ regarding his $200,000 recovery from ▮ and reviewed the attached letters from Jeff Kline and Burt Riggs. Drafted email to David Dantzler and Charles Burnett. | 0.50<br>375.00/hr | 187.50 |
| | SGH | Telephone call from ▮ regarding his claim and the $200,000 from ▮. | 0.30<br>375.00/hr | 112.50 |
| | | Subtotal | 1.10 | 412.50 |
| | | **For professional services rendered** | **2.70** | **$1,012.50** |