# EXHIBIT B

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

## Accountants and Financial Consultants to the Receiver
### For the Period from    8/1/2009    to   8/31/2009

September 04, 2009

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| Dick Atcheson | 0.20 | 50.00 |
| | 250.00/hr | |
| J. Colt Conner, CFE | 0.40 | 44.00 |
| | 110.00/hr | |
| Julie N. Hentosz, CFE | 0.10 | 11.00 |
| | 110.00/hr | |
| K. Shelby Bao | 0.40 | 64.00 |
| | 160.00/hr | |
| Kathryn A. Malek, PHR | 0.40 | 68.00 |
| | 170.00/hr | |
| Scott S. Askue, CIRA | 6.40 | 1,760.00 |
| | 275.00/hr | |
| Shuwanda Y. Sloane, CFE | 2.60 | 338.00 |
| | 130.00/hr | |
| **For professional services rendered** | **10.50** | **$2,335.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 1.35 |
| Miscellaneous | 20.00 |
| Postage | 0.88 |
| **Total costs** | **$22.23** |
| | |
| **Total amount of this bill** | **$2,357.23** |

---

CCE - Certified Computer Examiner           CPA - Certified Public Accountant
CFE - Certified Fraud Examiner              CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor    PHR - Professional in Human Resources

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, NE**
**Ste 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from  8/1/2009  to  8/31/2009**

September 04, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 1.40 | 326.50 |
| Asset Analysis & Recovery | 2.30 | 632.50 |
| Case Administration | 1.20 | 264.00 |
| Claims Administration & Objections | 1.70 | 279.00 |
| Fee / Employment Applications | 1.70 | 421.50 |
| Investor Communications and Reporting | 2.00 | 361.50 |
| Tax Issues | 0.20 | 50.00 |
| **For professional services rendered** | **10.50** | **$2,335.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 1.35 |
| Miscellaneous | 20.00 |
| Postage | 0.88 |
| **Total costs** | **$22.23** |
| **Total amount of this bill** | **$2,357.23** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from    8/1/2009    to    8/31/2009**

September 04, 2009

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| | **Accounting** | | | |
| 8/11/2009 | JNH | Reviewed and reconciled bank statement and documents for July 2009. | 0.10<br>110.00/hr | 11.00 |
| 8/12/2009 | KAM | Researched and corrected distribution check reporting in BMS system. Prepared outstanding distribution check list for Scott Askue. | 0.40<br>170.00/hr | 68.00 |
| | SSA | Reviewed bank statements and approved reconciliation for June 2006. | 0.20<br>275.00/hr | 55.00 |
| | SSA | Reviewed and responded to email from Receiver regarding status of first distribution. Researched for information on same. | 0.30<br>275.00/hr | 82.50 |
| 8/20/2009 | SSA | Reviewed for information relating to ▆▆▆ investment. | 0.40<br>275.00/hr | 110.00 |
| | | Subtotal | 1.40 | 326.50 |
| | **Asset Analysis & Recovery** | | | |
| 8/4/2009 | SSA | Reviewed documents relating to transactions with Southomes. Drafted email to Charles Burnett regarding ▆▆▆ | 0.60<br>275.00/hr | 165.00 |
| 8/6/2009 | SSA | Telephone call from Charles Burnett regarding ▆▆▆ Reviewed research on same. Reviewed website for principals. | 0.40<br>275.00/hr | 110.00 |
| | SSA | Reviewed for information relating to payments to HOPR. | 0.30<br>275.00/hr | 82.50 |
| 8/14/2009 | SSA | Reviewed memo of remaining potential litigation and recommendation of action. | 0.30<br>275.00/hr | 82.50 |
| 8/31/2009 | SSA | Researched for contact information for ▆▆▆ and HOPR. | 0.70<br>275.00/hr | 192.50 |
| | | Subtotal | 2.30 | 632.50 |
| | **Case Administration** | | | |
| 8/4/2009 | SSA | Met with David Dantzler, Charles Burnett and the Receiver regarding ▆▆▆ | 0.50<br>275.00/hr | 137.50 |

**SEC v. Global Finance et al.**  Page 2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/4/2009 | JCC | Reviewed and responded to emails from Scott Askue regarding additions to website. Drafted email to website manager regarding same attaching documents to be added. | 0.20 110.00/hr | 22.00 |
| 8/13/2009 | SSA | Reviewed open case issues and drafted email to Charles Burnett regarding ▮ | 0.30 275.00/hr | 82.50 |
| 8/17/2009 | JCC | Reviewed and responded to emails from Scott Askue regarding additions to the Global webpage. Drafted email to website manager regarding same and attaching files to be added to the website. | 0.20 110.00/hr | 22.00 |
| | | Subtotal | 1.20 | 264.00 |

### Claims Administration & Objections

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/11/2009 | SYS | Reviewed documents previously forwarded from investors and organized same as necessary. | 0.50 130.00/hr | 65.00 |
| 8/18/2009 | SSA | Reviewed letter regarding payments to the ▮ from the settlement of litigation. Reviewed impact on claims and drafted email to Charles Burnett regarding ▮ | 0.40 275.00/hr | 110.00 |
| 8/19/2009 | SYS | Reviewed message from Erin Hudson of Aiken Gump regarding her client ▮ and ▮ ▮ claim and followed up as necessary. | 0.30 130.00/hr | 39.00 |
| 8/28/2009 | SYS | Reviewed and organized documents previously forwarded from investors. | 0.50 130.00/hr | 65.00 |
| | | Subtotal | 1.70 | 279.00 |

### Fee / Employment Applications

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/6/2009 | SSA | Reviewed and edited fee invoice for July 2009. | 0.50 275.00/hr | 137.50 |
| 8/10/2009 | KSB | Prepared final bills for HFC and Receiver for July 2009. | 0.40 160.00/hr | 64.00 |
| 8/12/2009 | SSA | Reviewed order approving payment of fee invoice. | 0.20 275.00/hr | 55.00 |
| 8/14/2009 | SSA | Drafted email to Charles Burnett regarding ▮ ▮ | 0.20 275.00/hr | 55.00 |
| 8/26/2009 | SSA | Reviewed fee application for July 2009. Prepared updated biographies for same. Drafted email to Charles Burnett regarding ▮ | 0.40 275.00/hr | 110.00 |
| | | Subtotal | 1.70 | 421.50 |

### Investor Communications and Reporting

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/3/2009 | SYS | Telephone calls from investors inquiring about the next distribution and followed up as necessary. | 0.50 130.00/hr | 65.00 |
| 8/4/2009 | SSA | Reviewed motion to establish procedures for addressing claimant issues and had posted on Receiver's website. | 0.30 275.00/hr | 82.50 |
| 8/5/2009 | SSA | Reviewed for contact information for objecting investors. Drafted email to Charles Burnett regarding ▮ | 0.40 275.00/hr | 110.00 |
| 8/10/2009 | SYS | Telephone calls to and from investors inquiring about the tax issues and the date of the next distribution and followed up as necessary. | 0.50 130.00/hr | 65.00 |
| 8/20/2009 | SYS | Telephone calls to and from several investors inquiring about the next distribution and followed up with same. | 0.30 130.00/hr | 39.00 |

**SEC v. Global Finance et al.**

| | | Hrs/Rate | Amount |
|---|---|---:|---:|
| | Subtotal | 2.00 | 361.50 |
| **Tax Issues** | | | |
| 8/4/2009 DA | Prepared a check request to pay IRS interest and penalty amounts on the 2007 tax return as tax paid late. | 0.20<br>250.00/hr | 50.00 |
| | Subtotal | 0.20 | 50.00 |
| | **For professional services rendered** | **10.50** | **$2,335.00** |

Additional Charges :

**Expenses**

| | | | |
|---|---|---|---:|
| 8/13/2009 | Website maintenance: 6/5/09 - 7/8/09 | | 20.00 |
| 8/31/2009 | Copying cost for August 2009. | | 1.35 |
| | Postage charges for August 2009. | | 0.88 |
| | Subtotal | | 22.23 |
| | **Total costs** | | **$22.23** |
| | **Total amount of this bill** | | **$2,357.23** |