# EXHIBIT C

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 09/24/09 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1231397 |
| Atlanta, GA 30326-1420 | File No. | 033287.000007 |

**RE:  Receiver - Global Finance & Investments, Inc., et. al**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/09 | $6,933.29 |
| Less Adjustments | - $683.05 |
| Total Fees | $6,250.24 |
| Costs and Expenses Through 08/31/09 | $13.43 |
| **Total Amount of This Invoice** | **$6,263.67** |

IN ACCOUNT WITH

Invoice Date 09/24/09
Invoice Number 1231397
File No. 033287.000007
Page 2

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 08/03/09 | CRB | Review Order regarding objections from Level Par investors; telephone conference with Timothy McCole and David Dantzler regarding | 0.6 |
| 08/03/09 | JDD | Prepare for and participate in telephone conference with T. McCole and C. Burnett regarding | 0.5 |
| 08/04/09 | CRB | Conference with Receiver team regarding ; correspond with Receiver Team regarding (0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.7 |
| 08/04/09 | JDD | Prepare for and participate with G. Hays and other Receiver Team members regarding ; e-mail to investors and other follow-up matters | 1.1 |
| 08/05/09 | CRB | Draft correspondence to Level Par investors regarding Order; review correspondence from Neal Brown regarding designation as group spokesman; correspond with Amanda Aievoli regarding (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.5 |
| 08/06/09 | CRB | Draft demand letter to ; revise memorandum regarding additional sources of potential recovery | 0.8 |
| 08/07/09 | CRB | Revise memorandum regarding additional sources of potential recovery; conference with David Dantzler regarding ; review information regarding transactions to UI Construction; research regarding recovery against owner of UI Construction | 0.5 |
| 08/07/09 | HC | Assist in addressing questions regarding and | 0.6 |
| 08/08/09 | CRB | Review information regarding UI Construction; revise memorandum regarding additional sources of potential recovery | 0.3 |
| 08/10/09 | CRB | Correspond with regarding questions about tax liability issues | 0.1 |
| 08/12/09 | SA | Speak with IRS representative regarding request for prompt assessment | 0.4 |
| 08/14/09 | SA | Review and revise e-mail regarding tax issues requiring funds to be withheld from distribution | 0.3 |
| 08/14/09 | CRB | Revise memorandum regarding additional sources of potential recovery; correspond with the Receiver Team regarding | 0.2 |
| 08/17/09 | SA | Review and revise e-mail to investor regarding tax issues requiring funds to | 0.4 |


IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
ATTORNEYS AT LAW


Invoice Date 09/24/09
Invoice Number 1231397
File No. 033287.000007
Page 3

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | be withheld from distribution | |
| 08/17/09 | CRB | Draft correspondence to ▮▮▮▮ in response to questions about tax issues; correspond with David Dantzler and Saba Ashraf regarding ▮▮▮▮; review email from ▮▮▮▮ regarding tax issues; conference with David Dantzler and Harrilee Cheshire about ▮▮▮▮ ▮▮▮▮ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.3 |
| 08/18/09 | CRB | Revise and mail demand letter to ▮▮▮▮; review correspondence regarding same; correspond with Level Par investors regarding tax issues | 0.5 |
| 08/19/09 | SA | Conference with David Dantzler and Charles Burnett regarding ▮▮▮▮ | 0.4 |
| 08/19/09 | CRB | Conference with David Dantzler and Saba Ashraf regarding ▮▮▮▮ ▮▮▮▮ (0.1, Not billed due to accounting error) | 0.5 |
| 08/19/09 | HC | Review June and July invoices for preparation of fee application; assist in drafting same (1.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.2 |
| 08/19/09 | JDD | Conference with S. Ashraf and C. Burnett regarding ▮▮▮▮ ▮▮▮▮; e-mail correspondence regarding same | 0.4 |
| 08/20/09 | SA | Conference with ▮▮▮▮ regarding tax issues; analyze same | 1.5 |
| 08/21/09 | SA | Research and draft e-mail to Global Finance's investors, ▮▮▮▮ ▮▮▮▮ | 4.3 |
| 08/21/09 | CRB | Review correspondence from Saba Ashraf regarding ▮▮▮▮ ▮▮▮▮ | 0.1 |
| 08/24/09 | HC | Review July invoice; draft task portion of fee application (0.6, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.6 |
| 08/25/09 | CRB | Prepare fee application for June and July 2009 time (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 08/27/09 | CRB | Prepare fee application for June and July 2009 (0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 09/24/09
Invoice Number 1231397
File No. 033287.000007
Page 4

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

| | |
|---|---:|
| Total Hours | 18.1 |
| Total Fees | 6,933.29 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/09**

| Initials | Name | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| SA | Ashraf | 7.3 | 498.75 | 3,640.89 |
| CRB | Burnett | 6.4 | 266.00 | 1,702.40 |
| HC | Cheshire | 2.4 | 261.25 | 627.00 |
| JDD | Dantzler | 2.0 | 481.50 | 963.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 08/31/09**

| Date | Description | Amount |
|---|---|---:|
| 08/17/09 | Taxi/Train/Parking – VENDOR: Dantzler, Jr., J D.; INVOICE#: 08172009DANTZLER; DATE: 8/17/2009 - parking Hays Financial 7/29 & 8/4/09 | 5.00 |
| 08/27/09 | Taxi/Train/Parking – VENDOR: Burnett, Charles; INVOICE#: 082709KBURNETT; DATE: 8/27/2009 - 08/07 meeting with client in Atlanta | 8.43 |
| | Total: | 13.43 |
| | Total Fees & Costs: | $6,946.72 |