# EXHIBIT A

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    9/1/2009    to   9/30/2009**

October 06, 2009

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 1.80<br>375.00/hr | 675.00 |
| **For professional services rendered** | **1.80** | **$675.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from   9/1/2009   to   9/30/2009**

October 06, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 0.20 | 75.00 |
| Case Administration | 0.10 | 37.50 |
| Investor Communications and Reporting | 0.80 | 300.00 |
| Litigation Consulting | 0.70 | 262.50 |
| **For professional services rendered** | **1.80** | **$675.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from 9/1/2009 to 9/30/2009**

October 06, 2009

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Accounting** | | |
| 9/25/2009 | SGH | Reviewed and signed checks for administrative expenses. | 0.20 375.00/hr | 75.00 |
| | | Subtotal | 0.20 | 75.00 |
| | | **Case Administration** | | |
| 9/8/2009 | SGH | Reviewed order and issues regarding document depository. | 0.10 375.00/hr | 37.50 |
| | | Subtotal | 0.10 | 37.50 |
| | | **Investor Communications and Reporting** | | |
| 9/9/2009 | SGH | Reviewed and responded to email from investor ▇▇ regarding the status of the case. | 0.80 375.00/hr | 300.00 |
| | | Subtotal | 0.80 | 300.00 |
| | | **Litigation Consulting** | | |
| 9/9/2009 | SGH | Reviewed and responded to emails from Charles Burnett regarding ▇▇▇▇▇▇▇▇▇▇ | 0.40 375.00/hr | 150.00 |
| 9/14/2009 | SGH | Reviewed and responded to emails regarding Sentinel litigation. | 0.30 375.00/hr | 112.50 |
| | | Subtotal | 0.70 | 262.50 |
| | | **For professional services rendered** | **1.80** | **$675.00** |