# EXHIBIT B

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
**For the Period from    9/1/2009    to   9/30/2009**

October 06, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Dwaine A. Butler | 4.60<br>110.00/hr | 506.00 |
| J. Colt Conner, CFE | 0.70<br>110.00/hr | 77.00 |
| Julie N. Hentosz, CFE | 0.20<br>110.00/hr | 22.00 |
| K. Shelby Bao | 0.40<br>160.00/hr | 64.00 |
| Kathryn A. Malek, PHR | 0.60<br>170.00/hr | 102.00 |
| Richard F. Hunter, CFE | 0.30<br>210.00/hr | 63.00 |
| Scott S. Askue, CIRA | 18.70<br>275.00/hr | 5,142.50 |
| Shuwanda Y. Sloane, CFE | 25.70<br>130.00/hr | 3,341.00 |
| **For professional services rendered** | **51.20** | **$9,317.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 1.95 |
| Document Storage | 455.00 |
| Fax | 2.50 |
| Federal Express | 33.42 |
| Postage | 9.68 |
| Tax Return Filing Fees | 72.36 |
| **Total costs** | **$574.91** |
| **Total amount of this bill** | **$9,892.41** |

CCE - Certified Computer Examiner            CPA - Certified Public Accountant
CFE - Certified Fraud Examiner                  CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor    PHR - Professional in Human Resources

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from   9/1/2009   to   9/30/2009**

October 06, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 7.10 | 1,886.50 |
| Asset Disposition | 0.50 | 55.00 |
| Case Administration | 5.20 | 734.00 |
| Claims Administration & Objections | 22.40 | 3,810.50 |
| Fee / Employment Applications | 1.50 | 366.50 |
| Investor Communications and Reporting | 11.10 | 1,530.00 |
| Litigation Consulting | 3.40 | 935.00 |
| **For professional services rendered** | **51.20** | **$9,317.50** |

Additional Charges :

| | Amount |
|---|---:|
| Copying Cost | 1.95 |
| Document Storage | 455.00 |
| Fax | 2.50 |
| Federal Express | 33.42 |
| Postage | 9.68 |
| Tax Return Filing Fees | 72.36 |
| **Total costs** | **$574.91** |
| **Total amount of this bill** | **$9,892.41** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

## Accountants and Financial Consultants to the Receiver

### For the Period from    9/1/2009   to   9/30/2009

October 06, 2009

Professional Services

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Accounting** | | |
| 9/9/2009 | SSA | Reviewed Gowdey settlement payment and oil and gas receipts and processed for deposit. | 0.40 275.00/hr | 110.00 |
| 9/10/2009 | SSA | Prepared outstanding check report for first distribution. | 0.30 275.00/hr | 82.50 |
| | SSA | Drafted email to Scott Baker regarding resolution of Dwight Johnson accounting. | 0.20 275.00/hr | 55.00 |
| 9/11/2009 | SSA | Reviewed email from and drafted email to Jeff Baker regarding telephone conference to discuss Dwight Johnson accounting. | 0.20 275.00/hr | 55.00 |
| 9/14/2009 | JNH | Reviewed and reconciled bank statement and documents for August 2009. | 0.20 110.00/hr | 22.00 |
| 9/15/2009 | SSA | Reviewed emails from and drafted emails to Jeff Baker regarding meeting to discuss accounting of Dwight Johnson transactions. | 0.30 275.00/hr | 82.50 |
| 9/17/2009 | SSA | Drafted email to Jeff Baker regarding accounting of Dwight Johnson transactions. | 0.20 275.00/hr | 55.00 |
| 9/24/2009 | DAB | Reviewed and responded to email from Scott Askue regarding the retrieval of accounting records. | 0.20 110.00/hr | 22.00 |
| | SSA | Continued review of documents produced by Jeff Baker relating to Dwight Johnson. Left message for Scott Baker regarding same. | 2.00 275.00/hr | 550.00 |
| | SSA | Reviewed documents produced by Jeff Baker relating to Dwight Johnson. Left message for Scott Baker regarding same. | 2.80 275.00/hr | 770.00 |
| 9/28/2009 | SSA | Reviewed and verified transactions during August 2009. | 0.30 275.00/hr | 82.50 |
| | | Subtotal | 7.10 | 1,886.50 |
| | | **Asset Disposition** | | |
| 9/22/2009 | DAB | Telephone call from Mac McElroy regarding the flat monitors for sale.  Reviewed inventory and forwarded information regarding the monitors. | 0.30 110.00/hr | 33.00 |
| 9/30/2009 | DAB | Telephone call from Mac McElroy regarding his interest in the flat screen monitors and additional equipment. | 0.20 110.00/hr | 22.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | Subtotal | 0.50 | 55.00 |

### Case Administration

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2009 | DAB | Reviewed accounting records, inventoried, and indexed records recovered from the office. | 0.40<br>110.00/hr | 44.00 |
| 9/3/2009 | DAB | Reviewed accounting and personnel files recovered from the office. Indexed and inventoried records at the storage facility. | 0.70<br>110.00/hr | 77.00 |
| 9/8/2009 | RFH | Reviewed email from the Receiver regarding the Order terminating the document depository. Drafted email to Dwaine Butler regarding same. Reviewed and responded to emails from Mr. Butler regarding the storage and access to the records. | 0.30<br>210.00/hr | 63.00 |
|  | DAB | Reviewed and responded to emails from Richard Hunter regarding the Order terminating the document depository and the storage and access to the records. | 0.20<br>110.00/hr | 22.00 |
| 9/9/2009 | SSA | Reviewed and formatted motion to approve fee applications and requested they be posted on the Receiver's web site. | 0.40<br>275.00/hr | 110.00 |
|  | JCC | Reviewed and responded to emails from Scott Askue regarding additions to website. Drafted email to website manager regarding same and attaching documents to be added. | 0.20<br>110.00/hr | 22.00 |
|  | SSA | Reviewed status of remaining projects and recoveries. Drafted email to Charles Burnett regarding same. | 0.40<br>275.00/hr | 110.00 |
| 9/10/2009 | DAB | Reviewed inventory and bar coded specific records. | 0.60<br>110.00/hr | 66.00 |
| 9/11/2009 | DAB | Reviewed and inventoried accounting records. | 0.40<br>110.00/hr | 44.00 |
| 9/16/2009 | DAB | Discussed issues regarding the storage of the records with Richard Hunter. | 0.20<br>110.00/hr | 22.00 |
| 9/23/2009 | DAB | Reviewed and responded to email from Scott Askue regarding the review of specific accounting records. | 0.20<br>110.00/hr | 22.00 |
|  | DAB | Removed records from racking for review per request of Scott Askue. Indexed accounting and HR records. | 0.60<br>110.00/hr | 66.00 |
| 9/29/2009 | DAB | Indexed and bar coded accounting records recovered for office. | 0.60<br>110.00/hr | 66.00 |
|  |  | Subtotal | 5.20 | 734.00 |

### Claims Administration & Objections

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2009 | SSA | Reviewed voice mail message from Tom Brown regarding claim of Texas Bank. Drafted email to Mr. Brown regarding same. | 0.30<br>275.00/hr | 82.50 |
|  | SYS | Reviewed listing of conditionally allowed claims and followed up as necessary regarding the requested documents in order to file motion. Telephone calls to investors as well. | 2.00<br>130.00/hr | 260.00 |
| 9/2/2009 | SSA | Reviewed claim determination dispute of ▮▮▮▮▮ Telephone call to Peter Theissen regarding same. Telephone call to ▮▮▮▮▮ regarding same. | 0.70<br>275.00/hr | 192.50 |
|  | SSA | Prepared exhibits to the motion to allow late filed claims. Discussed same with Shuwanda Sloane. | 1.00<br>275.00/hr | 275.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/2/2009 | SYS | Reviewed listing of conditionally allowed claimants and followed up as necessary regarding the request for documents prior to the release of interim distributions to same and organized same as well. | 2.00 130.00/hr | 260.00 |
|  | SYS | Reviewed documents forwarded from investors on the listing of conditionally allowed claims and telephone calls to same to follow up as necessary and updated the list. | 1.30 130.00/hr | 169.00 |
| 9/3/2009 | SSA | Reviewed motion to allow supplemental claims. Updated exhibit for same. Discussed status of unresolved claimants. Drafted email to Charles Burnett regarding ▮. | 1.50 275.00/hr | 412.50 |
|  | SSA | Prepared updated schedule of allowed late filed claims. | 0.50 275.00/hr | 137.50 |
|  | JCC | Discussed Claim dispute form with ▮ Discussed timing of return of declaration. | 0.20 110.00/hr | 22.00 |
|  | SYS | Reviewed allowed investor claims listing and compared same to the investor database to ensure accuracy prior to it being filed with the Court and updated as necessary. | 0.70 130.00/hr | 91.00 |
| 9/4/2009 | SSA | Reviewed email from Charles Burnett. Prepared updated exhibit to motion to pay supplemental claims. | 0.40 275.00/hr | 110.00 |
|  | KAM | Telephone call to ▮ regarding her distribution payment. Discussed with Shuwanda Sloane. | 0.30 170.00/hr | 51.00 |
| 9/8/2009 | JCC | Received call from wife of ▮ regarding claim in the estate and verification of receipt of claims determination notice. | 0.30 110.00/hr | 33.00 |
| 9/9/2009 | SYS | Reviewed and prepared claims determination notice to be forwarded to ▮ as necessary to release interim distribution and followed up as necessary. | 0.30 130.00/hr | 39.00 |
| 9/10/2009 | SYS | Reviewed and organized documents forwarded from investors as necessary. | 0.50 130.00/hr | 65.00 |
|  | SYS | Reviewed voice mail messages from investors and followed up necessary regarding the status of the next distributions and to request change of addresses as necessary. | 0.80 130.00/hr | 104.00 |
| 9/11/2009 | SYS | Reviewed submitted disputed claim forms and followed up as necessary. Drafted email to Charles Burnett regarding ▮. | 0.40 130.00/hr | 52.00 |
|  | SYS | Reviewed and organized documents previously forwarded from investors. | 0.70 130.00/hr | 91.00 |
|  | SSA | Reviewed and discussed claim determination dispute from ▮ with Shuwanda Sloane. | 0.30 275.00/hr | 82.50 |
| 9/14/2009 | SSA | Reviewed emails regarding issues with and resolution of the ▮ claim and dispute. | 0.30 275.00/hr | 82.50 |
| 9/21/2009 | SYS | Reviewed and organized claim and claim dispute documents. | 0.90 130.00/hr | 117.00 |
| 9/23/2009 | SYS | Reviewed and organize documents previously forwarded from investors. | 1.00 130.00/hr | 130.00 |
| 9/24/2009 | SYS | Reviewed accounting records for documents requested by investor ▮ and forwarded same as necessary. | 0.50 130.00/hr | 65.00 |
|  | SSA | Reviewed order regarding payment of supplemental claims. Calculated payments amounts. | 0.60 275.00/hr | 165.00 |
|  | KAM | Researched payment to Fiserv Investment Support Services per request of Shuwanda Sloane. | 0.30 170.00/hr | 51.00 |
| 9/25/2009 | SSA | Discussed supplemental distribution with Shuwanda Sloane. | 0.10 275.00/hr | 27.50 |

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/25/2009 | SYS | Reviewed listing of remaining outstanding distribtution checks and telephone calls to investors to advise of expiration of same. Reviewed emails from several investors requesting replacement checks and forwarded same to Kathy Malek as necessary. | 2.00 130.00/hr | 260.00 |
| 9/29/2009 | SSA | Drafted letter to investors receiving supplemental distribution checks. Prepared checks for mailing. | 0.40 275.00/hr | 110.00 |
| | SYS | Reviewed checks to be mailed to investors previously listed on the conditionally allowed claims listing and prepared same for mailing. | 1.10 130.00/hr | 143.00 |
| 9/30/2009 | SYS | Reviewed documents forwarded from investors previously listed on the conditionally allowed claims and followed up with same as necessary. | 0.40 130.00/hr | 52.00 |
| | SYS | Continued to review and prepare first interim distribution checks for mailing. | 0.60 130.00/hr | 78.00 |
| | | Subtotal | 22.40 | 3,810.50 |

### Fee / Employment Applications

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/4/2009 | KSB | Prepared final invoices for HFC and the Receiver for August 2009. | 0.40 160.00/hr | 64.00 |
| | SSA | Reviewed and edited fee invoice for August 2009 for content and proper reference. | 0.60 275.00/hr | 165.00 |
| 9/10/2009 | SSA | Reviewed August fee invoice for QSCL. | 0.20 275.00/hr | 55.00 |
| 9/29/2009 | SSA | Reviewed August fee application and invoices. | 0.30 275.00/hr | 82.50 |
| | | Subtotal | 1.50 | 366.50 |

### Investor Communications and Reporting

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2009 | SYS | Reviewed voice mail messages from investors inquiring about the status of the next distribution and followed up with same as necessary. | 0.60 130.00/hr | 78.00 |
| | SYS | Telephone calls to and from investors regarding the receipt of First Interim distribution checks and followed up as necessary. | 1.00 130.00/hr | 130.00 |
| 9/2/2009 | SYS | Attempted to phone investor internationally regarding the receipt of his Claims Determination notice and followed up as necessary. | 0.50 130.00/hr | 65.00 |
| 9/3/2009 | SYS | Reviewed email messages from investors and followed up as necessary with same. | 0.50 130.00/hr | 65.00 |
| | SYS | Telephone calls to and from investors inquiring about the status of the next distributions and to request change of addresses as necessary and updated the investor database as well. | 0.70 130.00/hr | 91.00 |
| 9/4/2009 | SYS | Reviewed voice mail messages from investors and followed up with same. | 0.70 130.00/hr | 91.00 |
| 9/8/2009 | SYS | Telephone calls to and from investors inquiring about the next distribution and followed up with same as necessary. | 0.60 130.00/hr | 78.00 |
| 9/9/2009 | SSA | Reviewed and responded to email from the Receiver regarding email from investor. | 0.40 275.00/hr | 110.00 |
| 9/11/2009 | SYS | Reviewed voice mail messages from investors and followed up as necessary. | 0.60 130.00/hr | 78.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/15/2009 | SYS | Telephone calls from investors inquiring about the next distribution and followed up as necessary regarding same. | 0.50<br>130.00/hr | 65.00 |
| 9/17/2009 | SYS | Telephone calls to and from investors inquiring about the status of the next distribution and followed up as necessary. | 0.60<br>130.00/hr | 78.00 |
| 9/18/2009 | SYS | Telephone calls to and from investors inquiring about the status of the next distribution and followed up as necessary. | 0.50<br>130.00/hr | 65.00 |
| | SYS | Telephone calls from investors that were originally on the Conditionally Allowed claims filing inquiring about the status of their First Interim Distributions and followed up as necessary. | 0.30<br>130.00/hr | 39.00 |
| 9/21/2009 | SYS | Telephone calls to and from investors inquiring about the next distribution and followed up with same. | 0.50<br>130.00/hr | 65.00 |
| 9/22/2009 | SYS | Telephone calls from investors regarding the next distributions and followed up as necessary. | 0.50<br>130.00/hr | 65.00 |
| 9/24/2009 | SYS | Telephone calls to and from investors inquiring about the status of the next distributions and followed up as necessary. | 0.60<br>130.00/hr | 78.00 |
| 9/25/2009 | SSA | Telephone call from John Vanduser of Fiserve regarding Winfall Investments. | 0.20<br>275.00/hr | 55.00 |
| | SYS | Telephone calls to and from investors inquiring about the status of the next distributions and followed up as necessary. | 0.50<br>130.00/hr | 65.00 |
| 9/29/2009 | SYS | Telephone calls trom investors inquiring about the status of distributions and referred same to the company web site for updates as necessary. | 0.40<br>130.00/hr | 52.00 |
| | SYS | Telephone calls to and from investors inquiring about the next distribution and followed up as necessary. | 0.70<br>130.00/hr | 91.00 |
| 9/30/2009 | SYS | Telephone call from Charles Burnett regarding ▮ ▮ and followed up as necessary. | 0.20<br>130.00/hr | 26.00 |
| | | Subtotal | 11.10 | 1,530.00 |

**Litigation Consulting**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2009 | SSA | Researched for information regarding frozen funds of To Your Health and Robbie Gowdey. Drafted email to Clark Will regarding ▮ | 0.60<br>275.00/hr | 165.00 |
| 9/10/2009 | SSA | Reviewed documents relating to John and Marian Morgan. Telephone call from Charles Burnett regarding ▮ | 0.80<br>275.00/hr | 220.00 |
| 9/11/2009 | SSA | Telephone call from Charles Burnett regarding ▮ | 0.10<br>275.00/hr | 27.50 |
| 9/14/2009 | SSA | Reviewed and prepared files relating to John and Marion Morgan. Telephone call from Charles Burnett regarding ▮ | 0.60<br>275.00/hr | 165.00 |
| | SSA | Reviewed distribution notices regarding Sentinel Funds. Reviewed emails from Charles Burnett regarding ▮ | 0.70<br>275.00/hr | 192.50 |
| 9/18/2009 | SSA | ▮ Telephone call from Charles Burnett regarding ▮ | 0.40<br>275.00/hr | 110.00 |
| 9/21/2009 | SSA | Telephone call from Charles Burnett regarding ▮ | 0.20<br>275.00/hr | 55.00 |

**SEC v. Travis Correll et al**                                              Page       6

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Subtotal | 3.40 | 935.00 |
| **For professional services rendered** | **51.20** | **$9,317.50** |

Additional Charges :

**Expenses**

| | | Amount |
|---|---|---:|
| 9/1/2009 | Lacerte tax filing fees - TNT Office Supply | 72.36 |
| 9/19/2009 | FedEx to Quilling Selander Commiskey 8/31/09 | 15.91 |
| | FedEx to Quilling Selander Commiskey 8/10/09 | 17.51 |
| 9/30/2009 | Copying cost for September 2009. | 1.95 |
| | Postage charges for September 2009. | 9.68 |
| | Fax charges for September 2009. | 2.50 |
| | Document storage/Document Depository per court order - September 2009 | 455.00 |
| | Subtotal | 574.91 |
| | **Total costs** | **$574.91** |
| | **Total amount of this bill** | **$9,892.41** |