# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | |
|---|---|
| Hays Financial Consulting, LLC | Invoice Date 10/19/09 |
| Attn: Mr. S. Gregory Hays | Submitted by J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial 404-885-3314 |
| Ste 200 | Invoice No. 1235180 |
| Atlanta, GA 30326-1420 | File No. 033287.000002 |

RE: Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/09 | $3,378.20 |
| Less Adjustments | - $691.60 |
| Total Fees | $2,686.60 |
| **Total Amount of This Invoice** | **$2,686.60** |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 10/19/09
Invoice Number 1235180
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/09

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 09/03/09 | CRB | Draft Motion to Approve Schedule of Allowed Supplemental Claims; revise fee application<br>(0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.3 |
| 09/04/09 | CRB | Draft Motion to Approve Schedule of Allowed Supplemental Claims; coordinate filing of same | 0.4 |
| 09/08/09 | CRB | Correspond with Receiver Team regarding ▮▮▮; telephone conference with Shuwanda Sloane regarding ▮▮▮; conference with David Dantzler regarding ▮▮▮; telephone conference with Receiver regarding ▮▮▮ | 0.8 |
| 09/09/09 | CRB | Draft letter to Stephanie Demos regarding joining in other investors' opposition to application of G2 agreement to bankruptcy distribution; draft letter to SEC regarding fraudulent scheme conducted by John and Marian Morgan | 2.7 |
| 09/10/09 | CRB | Telephone conference with Scott Askue regarding ▮▮▮ | 0.2 |
| 09/11/09 | CRB | Telephone conference with Scott Askue regarding ▮▮▮; review claim objection filed by investor ▮▮▮ | 0.2 |
| 09/14/09 | CRB | Review additional emails regarding John and Marian Morgan; review claim dispute filed by investor Martha Nabors; telephone conference with Earl Nabors regarding dispute | 0.6 |
| 09/15/09 | CRB | Review additional information regarding John and Marian Morgan; telephone conference with Scott Askue regarding ▮▮▮; revise letter to SEC regarding same | 1.2 |
| 09/16/09 | CRB | Review additional information regarding John and Marian Morgan; revise letter to SEC regarding information concerning the Morgans | 0.7 |
| 09/20/09 | CRB | Draft fee application for August 2009<br>(0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 09/21/09 | CRB | Draft response to Stephanie Demos regarding settlement with Bank of America; correspond with Receiver Team regarding ▮▮▮ | 0.5 |
| 09/22/09 | CRB | Telephone conference with Shuwanda Sloane regarding ▮▮▮ | 0.1 |
| 09/24/09 | CRB | Correspond with Receiver Team regarding ▮▮▮; correspond with Receiver Team regarding ▮▮▮ | 0.2 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/19/09
Invoice Number 1235180
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | |
| 09/25/09 | CRB | Telephone conference with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; conference with David Dantzler regarding ▓▓▓▓; telephone conference with Receiver Team regarding ▓▓▓▓; telephone conference with Levy Department at Commerce Bank regarding same; draft letter releasing freeze on account; prepare fee application for August 2009 fees<br>(1.0, Time spent on Fee Application, not billed to Hays Financial Consulting) | 2.1 |
| 09/28/09 | CRB | Revise fee application for August 2009 fees; correspond with ▓▓▓▓▓▓▓▓ regarding additional sources of recovery<br>(0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 |
| 09/29/09 | CRB | Revise fee application for August 2009; correspond with Receiver Team regarding ▓▓▓▓<br>(0.6, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.6 |
| 09/30/09 | CRB | Telephone conference with Shuwanda Sloane regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; telephone conference with ▓▓▓▓▓▓▓▓ regarding additional recoveries; correspond with ▓▓▓▓▓▓▓▓ regarding supplemental claim; revise fee application for August 2009 fees<br>(0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.8 |

Total Hours 12.7

Total Fees 3,378.20

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/09**

| Name | Hours | Amount |
|---|---|---|
| C R Burnett | 12.7 | 3,378.20 |