# EXHIBIT D



Federal ID #75-2459334

S. Gregory Hays  
Special Counsel for Greg Hays  
Hays Financial Consulting, LLC  
3343 Peachtree Road, Suite 750  
Atlanta  GA  30326

Page: 1  
09/30/2009  
Client No:  911-0150M  
Invoice No:  84311

Travis E. Correll, et al.

**ITEMIZED  SERVICES  BILL**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 09/01/2009 | CBW | Review of document received from client and forward electronic version to Attorney Whitaker (.3); draft correspondence to Attorney Whitaker and forward document (.5); emails with Scott Askue regarding ▓▓▓▓ (.4); email with SA regarding ▓▓▓▓ (.3); email with Carol Bernshausen regarding status of filings (.3); email with Ralph Freeman regarding ▓▓ (.3); email with SA and follow up with Carol Bernshausen regarding ▓▓ (.2); telephone conference with Ralph Freeman regarding ▓▓▓▓ (.3); follow up email to Attorney Whitaker regarding closing (.3); review of ▓▓▓▓▓▓▓▓ and emails with Scott Askue and follow up with Ralph Freeman (.6); follow up with Askue regarding ▓▓▓▓, ▓▓▓▓▓▓ and email to Askue (.5); telephone conference with Ralph Freeman regarding ▓▓▓▓▓▓ (.3); | 4.40 | 1,540.00 |
| 09/02/2009 | CBW | Telephone conference with Ralph Freeman regarding ▓▓▓▓ (.4); email regarding ▓▓ with CB (3); | 0.70 | 245.00 |
| 09/03/2009 | CBW | Review of correspondence; ▓▓▓▓▓▓ forward to client as requested (.7); | 0.70 | 245.00 |
| 09/04/2009 | CBW | Review and comment on proposed motion and order; forward ▓▓▓▓ to co-counsel (.5); review of recent filings; forward to team for action (.4); | 0.90 | 315.00 |
| 09/08/2009 | CBW | Review of documents from Figari & Davenport (.3); review of oil and gas docs and materials regarding TNT (.4); draft correspondence to client forwarding ▓▓▓▓▓▓ (.5); review of orders received from court (.4); | 1.60 | 560.00 |
| 09/09/2009 | CBW | Telephone conference with Ralph Freeman regarding ▓▓▓▓ (.4); | 0.40 | 140.00 |
| 09/15/2009 | CBW | Review and analysis of report to court regarding tax issues and supporting case authorities; telephone conference with Ralph Freeman regarding ▓▓▓▓▓▓▓▓ | 1.30 | 455.00 |
| 09/22/2009 | CBW | Email to Askue regarding ▓▓▓▓; telephone conference with Ralph Freeman regarding ▓▓ (.5); | 0.50 | 175.00 |
| 09/24/2009 | CBW | Review of orders and correspondence from Court (.5); emails with Ralph Freeman and Scott Askue | | |

```
                                                                    Page: 2
Special Counsel for Greg Hays                                    09/30/2009
                                                   Client No:    911-0150M
Travis E. Correll, et al.                          Invoice No:       84311
```

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | regarding ▮▮▮ (.3); emails with CB regarding ▮▮▮▮▮ (.3); telephone conference with Ralph Freeman regarding ▮▮▮▮▮▮ ▮; document search (.7); review, forward and comment on Level Par filing (.5); | 2.60 | 910.00 |
|  | CBW | Email with Ralph Freeman regarding ▮▮ (.3); forward ▮ to CB (.3); document search regarding Sitton claimant (.8); telephone conference with SA regarding ▮▮▮▮▮▮▮ (.4); | 1.80 | 630.00 |
| 09/25/2009 | CBW | Review of correspondence from client (.2); telephone conference with Ralph Freeman regarding ▮ (.3); | 0.50 | 175.00 |
|  |  | For Current Services Rendered | 15.40 | 5,390.00 |

### Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Clark B. Will | 15.40 | $350.00 | $5,390.00 |

| | |
|---|---|
| Express Mail Service | 15.39 |
| Photocopies | 37.80 |
| Postage | 3.96 |
| Total Expenses Thru 09/30/2009 | 57.15 |
| Total Current Work | 5,447.15 |
| Balance Due | $5,447.15 |