# EXHIBIT E

# BRAY & FREEMAN, L.P.   License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #   817-688-6186
Fax #     888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2009 | 6490 |

| TIN #04-3759685 |
|---|

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 9/1/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE INQUIRY FROM INVESTOR RE: DOCUMENTATION OF CLAIM; REFERRAL OF ■■■ TO CBW & SCOTT ASKUE; TELEPHONE CONFERENCE WITH CBW RE: ■■■ | 2 | 100.00 | 200.00 |
| 9/2/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW RE: ■■■; TELEPHONE CALLS FROM INVESTORS RE: CLAIM STATUS | 1 | 100.00 | 100.00 |
| 9/9/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW RE: ■■■; SEARCH FOR HALE RECORDS | 1.5 | 100.00 | 150.00 |
| 9/15/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW RE: ■■■ | 0.5 | 100.00 | 50.00 |
| 9/22/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW & SCOTT ASKUE RE: ■■■ | 0.5 | 100.00 | 50.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.25%)** | |
| **Total** | |
| **Retainer Applied** | |
| **Balance Due** | |

**BRAY & FREEMAN, L.P.**  | License # A07161 |

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #    817-688-6186
Fax #    888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2009 | 6490 |
| TIN #04-3759685 ||

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 9/24/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - EMAILS WITH CBW & SA RE: ███████; SEARCH FRO DOCUMENTS | 1.5 | 100.00 | 150.00 |
| 9/25/2009 | PROFESSIONAL SERVICES | INVESTIGATOR 430 - TELEPHONE CONFERENCE WITH CBW RE: ███████ | 0.5 | 100.00 | 50.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | $750.00 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $750.00 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $750.00 |