# EXHIBIT B

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
3343 Peachtree Road, NE
**Suite 200**
**Atlanta GA 30326**

**Receiver**
**For the Period from 9/1/2009 to 9/30/2009**

October 06, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 0.80<br>375.00/hr | 300.00 |
| **For professional services rendered** | **0.80** | **$300.00** |

---

CIRA - Certified Insolvency and Restructuring Advisor    CTP - Certified Turnaround Professional

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    9/1/2009    to  9/30/2009**

October 06, 2009

Professional Services

|  | Hours | Amount |
|---|---|---|
| Tax Issues | 0.80 | 300.00 |
| **For professional services rendered** | **0.80** | **$300.00** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from   9/1/2009   to   9/30/2009**

October 06, 2009

Professional Services

| | | | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| | **Tax Issues** | | | |
| 9/22/2009 SGH | Reviewed correspondence from Level Par investors regarding the tax issues. | | 0.50<br>375.00/hr | 187.50 |
| 9/23/2009 SGH | Reviewed and responded to emails regarding Level Par tax issues. | | 0.30<br>375.00/hr | 112.50 |
| | Subtotal | | 0.80 | 300.00 |
| | **For professional services rendered** | | **0.80** | **$300.00** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

### Receiver
For the Period from 10/1/2009 to 10/31/2009

November 09, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 5.50<br>375.00/hr | 2,062.50 |
| **For professional services rendered** | **5.50** | **$2,062.50** |

---

CIRA - Certified Insolvency and Restructuring Advisor       CTP - Certified Turnaround Professional

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from 10/1/2009 to 10/31/2009**

November 09, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Case Administration | 5.00 | 1,875.00 |
| Tax Issues | 0.50 | 187.50 |
| **For professional services rendered** | **5.50** | **$2,062.50** |

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Reeiver**
**3343 Peachtree Road, NE**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from   10/1/2009   to   10/31/2009**

November 09, 2009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | **Case Administration** | | | |
| 10/5/2009 SGH | Reviewed and updated the project list. | | 0.20<br>375.00/hr | 75.00 |
| 10/6/2009 SGH | Reviewed and responded to email from Charles Burnett regarding ▮▮▮▮▮ Reviewed the Plan and drafted email to David Dantzler and Charles Burnett regarding ▮ Telephone call from Charles Burnett regarding ▮▮▮ | | 0.50<br>375.00/hr | 187.50 |
| SGH | Conference call with David Dantzler and Charles Burnett regarding ▮▮▮ | | 0.40<br>375.00/hr | 150.00 |
| 10/7/2009 SGH | Reviewed analysis of funds for the distribution and drafted emails regarding ▮ to counsel. Reviewed report of additional possible recovery items. Reviewed draft of the report to the court. Reviewed and responded to email regarding the hearing on 10/9/09, resolving issue with the IRS and making a distribution. Approved documents for filing and plan for closing case. | | 1.50<br>375.00/hr | 562.50 |
| 10/14/2009 SGH | Reviewed and signed $2.9 million in distribution checks. Worked with Shuwanda Sloane to verify all checks. | | 1.00<br>375.00/hr | 375.00 |
| 10/15/2009 SGH | Reviewed status of the $2.9 million distribution in progress. | | 0.40<br>375.00/hr | 150.00 |
| 10/16/2009 SGH | Reviewed status of distribution checks being mailed today. | | 0.30<br>375.00/hr | 112.50 |
| 10/23/2009 SGH | Reviewed and responded to email on distribution issues. | | 0.20<br>375.00/hr | 75.00 |
| 10/30/2009 SGH | Reviewed draft of motion regarding transfer of $64,455 that was paid into the Court by Kelly Rogers and William Dippolito. Considered issues regarding the Fair Fund provisions of Section 308(a) of the Sarbanes-Oxley Act of 2002. Drafted email regarding same. | | 0.50<br>375.00/hr | 187.50 |
| | Subtotal | | 5.00 | 1,875.00 |
| | **Tax Issues** | | | |
| 10/1/2009 SGH | Reviewed and responded to emails regarding tax issues. | | 0.30<br>375.00/hr | 112.50 |
| 10/5/2009 SGH | Reviewed and responded to email from David Dantzler regarding ▮▮▮ | | 0.20<br>375.00/hr | 75.00 |

**SEC v. Global Finance et al.**  Page     2

|  | **Hrs/Rate** | **Amount** |
|---|---:|---:|
| Subtotal | 0.50 | 187.50 |
| **For professional services rendered** | **5.50** | **$2,062.50** |

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from 11/1/2009 to 11/30/2009**

December 02, 2009

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 1.80<br>375.00/hr | 675.00 |
| **For professional services rendered** | **1.80** | **$675.00** |

---
CIRA - Certified Insolvency and Restructuring Advisor        CTP - Certified Turnaround Professional

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from 11/1/2009 to 11/30/2009**

December 02, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Case Administration | 1.10 | 412.50 |
| Fee / Employment Applications | 0.70 | 262.50 |
| **For professional services rendered** | **1.80** | **$675.00** |

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

SEC v. Global Finance et al.
c/o S. Gregory Hays, Reeiver
3343 Peachtree Road, NE
Suite 200
Atlanta GA 30326

Receiver

For the Period from 11/1/2009 to 11/30/2009

December 02, 2009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 11/3/2009 | SGH | Reviewed and signed checks. Drafted email regarding reviewed bank statements for recent $2.9 million distribution. | 0.30 375.00/hr | 112.50 |
| 11/6/2009 | SGH | Reviewed the motion for final distribution and draft of order regarding same. | 0.60 375.00/hr | 225.00 |
| 11/20/2009 | SGH | Telephone call from Charles Burnett regarding ▮ | 0.20 375.00/hr | 75.00 |
| | | Subtotal | 1.10 | 412.50 |
| **Fee / Employment Applications** | | | | |
| 11/6/2009 | SGH | Reviewed the fee application and drafted email to Charles Burnett regarding ▮ | 0.30 375.00/hr | 112.50 |
| 11/10/2009 | SGH | Reviewed and approved fee application. Reviewed October legal bills. | 0.40 375.00/hr | 150.00 |
| | | Subtotal | 0.70 | 262.50 |
| | | **For professional services rendered** | **1.80** | **$675.00** |