# EXHIBIT C

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
**For the Period from     9/1/2009    to   9/30/2009**

October 06, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Dwaine A. Butler | 0.70<br>110.00/hr | 77.00 |
| K. Shelby Bao | 0.40<br>160.00/hr | 64.00 |
| Scott S. Askue, CIRA | 4.00<br>275.00/hr | 1,100.00 |
| Shuwanda Y. Sloane, CFE | 3.50<br>130.00/hr | 455.00 |
| **For professional services rendered** | **8.60** | **$1,696.00** |

CCE - Certified Computer Examiner               CPA - Certified Public Accountant
CFE - Certified Fraud Examiner                     CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor     PHR - Professional in Human Resources

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, NE**
**Ste 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from   9/1/2009   to   9/30/2009**

October 06, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 0.90 | 247.50 |
| Case Administration | 0.40 | 110.00 |
| Claims Administration & Objections | 2.20 | 417.00 |
| Fee / Employment Applications | 1.30 | 311.50 |
| Investor Communications and Reporting | 3.00 | 390.00 |
| Tax Issues | 0.80 | 220.00 |
| **For professional services rendered** | **8.60** | **$1,696.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from    9/1/2009   to   9/30/2009**

October 06, 2009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Accounting** | | | | |
| 9/10/2009 | SSA | Prepared outstanding check report for first distribution. | 0.10<br>275.00/hr | 27.50 |
| 9/24/2009 | SSA | Telephone call from Ralph Freeman regarding ▮ | 0.10<br>275.00/hr | 27.50 |
| 9/28/2009 | SSA | Reviewed and verified transactions during August 2009. | 0.20<br>275.00/hr | 55.00 |
| | SSA | Drafted email to Ralph Freeman regarding ▮ Telephone call from Mr. Freeman regarding ▮ | 0.30<br>275.00/hr | 82.50 |
| 9/29/2009 | SSA | Telephone call to Clark Will regarding ▮ | 0.20<br>275.00/hr | 55.00 |
| | | Subtotal | 0.90 | 247.50 |
| **Case Administration** | | | | |
| 9/9/2009 | SSA | Reviewed and formatted motion to approve fee applications and requested they be posted on the Receiver's web site. | 0.40<br>275.00/hr | 110.00 |
| | | Subtotal | 0.40 | 110.00 |
| **Claims Administration & Objections** | | | | |
| 9/22/2009 | SYS | Reviewed and organized documents previously forwarded from investors. | 0.50<br>130.00/hr | 65.00 |
| 9/25/2009 | DAB | Reviewed records at the storage facility with Scott Askue regarding ▮ claim. | 0.70<br>110.00/hr | 77.00 |
| | SSA | Telephone call from Ralph Freeman regarding ▮ Traveled to document storage warehouse and reviewed records relating to ▮ investment. | 1.00<br>275.00/hr | 275.00 |
| | | Subtotal | 2.20 | 417.00 |

**SEC v. Global Finance et al.**

| | | Hrs/Rate | Amount |
|---|---|---:|---:|

### Fee / Employment Applications

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 9/4/2009 | KSB | Prepared final bills for HFC and Receiver for August 2009. | 0.40<br>160.00/hr | 64.00 |
| | SSA | Reviewed and edited fee invoice for August 2009 for content and proper reference. | 0.60<br>275.00/hr | 165.00 |
| 9/29/2009 | SSA | Reviewed August fee application and invoices. | 0.30<br>275.00/hr | 82.50 |
| | | Subtotal | 1.30 | 311.50 |

### Investor Communications and Reporting

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 9/3/2009 | SYS | Telephone calls from investors inquiring about the next distribution and followed up as necessary with same. | 0.50<br>130.00/hr | 65.00 |
| 9/11/2009 | SYS | Reviewed voice mail messages from investors and followed up as necessary. | 0.50<br>130.00/hr | 65.00 |
| 9/14/2009 | SYS | Telephone calls to and from investors regarding the next distributions and followed up as necessary. | 0.50<br>130.00/hr | 65.00 |
| 9/17/2009 | SYS | Reviewed voice mail messages from investors inquiring about the next distribution and followed up as necessary. Drafted email to Erin Hudson of Akin Gump regarding her client ▮ and her ▮ claim. | 0.50<br>130.00/hr | 65.00 |
| 9/24/2009 | SYS | Telephone calls to and from investors inquiring about the status of the next distributions and referred same to the company web site for updates as necessary. | 0.50<br>130.00/hr | 65.00 |
| 9/29/2009 | SYS | Telephone calls to and from investors inquiring about the next distribution and followed up as necessary. | 0.50<br>130.00/hr | 65.00 |
| | | Subtotal | 3.00 | 390.00 |

### Tax Issues

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 9/11/2009 | SSA | Drafted email to Charles Burnett regarding ▮ ▮ | 0.20<br>275.00/hr | 55.00 |
| 9/15/2009 | SSA | Reviewed report to the court of the status of the tax matter. | 0.30<br>275.00/hr | 82.50 |
| 9/24/2009 | SSA | Reviewed letter to Judge Schnell regarding tax situation. | 0.30<br>275.00/hr | 82.50 |
| | | Subtotal | 0.80 | 220.00 |
| | | **For professional services rendered** | **8.60** | **$1,696.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from   10/1/2009   to   10/31/2009**

November 09, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Dick Atcheson | 2.80<br>250.00/hr | 700.00 |
| Julie N. Hentosz, CFE | 2.10<br>110.00/hr | 231.00 |
| K. Shelby Bao | 0.40<br>160.00/hr | 64.00 |
| Kathryn A. Malek, PHR | 1.50<br>170.00/hr | 255.00 |
| Scott S. Askue, CIRA | 22.40<br>275.00/hr | 6,160.00 |
| Shuwanda Y. Sloane, CFE | 27.10<br>130.00/hr | 3,523.00 |
| **For professional services rendered** | **56.30** | **$10,933.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 26.55 |
| Miscellaneous | 18.75 |
| Postage | 21.02 |
| **Total costs** | **$66.32** |
| **Total amount of this bill** | **$10,999.32** |

---

CCE - Certified Computer Examiner         CPA - Certified Public Accountant
CFE - Certified Fraud Examiner             CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor   PHR - Professional in Human Resources

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, NE**
**Ste 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from   10/1/2009   to   10/31/2009**

November 09, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 13.40 | 3,685.00 |
| Asset Analysis & Recovery | 0.50 | 137.50 |
| Case Administration | 1.90 | 522.50 |
| Claims Administration & Objections | 30.90 | 4,658.50 |
| Fee / Employment Applications | 1.20 | 284.00 |
| Investor Communications and Reporting | 4.10 | 533.00 |
| Tax Issues | 4.30 | 1,112.50 |
| **For professional services rendered** | **56.30** | **$10,933.00** |

Additional Charges :

|  | Amount |
|---|---:|
| Copying Cost | 26.55 |
| Miscellaneous | 18.75 |
| Postage | 21.02 |
| **Total costs** | **$66.32** |
|  |  |
| **Total amount of this bill** | **$10,999.32** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, NE**
**Ste 200**
**Atlanta GA 30326**

## Accountants and Financial Consultants to the Receiver

### For the Period from   10/1/2009   to   10/31/2009

November 09, 2009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| | | **Accounting** | | |
| 10/2/2009 | SSA | Telephone call from Charles Burnett regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Reviewed emails on same. | 0.30<br>275.00/hr | 82.50 |
| 10/6/2009 | SSA | Prepared calculation of the second interim distribution. Verified claim amounts and reviewed for outstanding expenses and recoveries. | 1.20<br>275.00/hr | 330.00 |
| | SSA | Drafted email to Ralph Freeman regarding ▮▮▮▮▮▮▮▮▮▮▮▮. | 0.20<br>275.00/hr | 55.00 |
| 10/7/2009 | SSA | Continued review of various case issues, claims, funds and prepared distribution analysis. | 3.00<br>275.00/hr | 825.00 |
| | SSA | Reviewed notice of distribution. Updated distribution analysis for a final distribution and second interim distribution. Drafted email to Charles Burnett regarding ▮▮. | 0.90<br>275.00/hr | 247.50 |
| 10/8/2009 | SSA | Updated distribution analysis for second distribution. Researched claim issues and prepared check data for the preparation of distribution checks. | 2.00<br>275.00/hr | 550.00 |
| | SSA | Reviewed notice of Receiver's intent to make distribution. Drafted emails to and reviewed emails form Charles Burnett regarding ▮▮. | 0.40<br>275.00/hr | 110.00 |
| 10/13/2009 | SSA | Telephone call from Charles Burnett regarding ▮▮▮▮▮▮▮▮▮▮▮▮. | 0.10<br>275.00/hr | 27.50 |
| 10/15/2009 | SSA | Telephone call from Charles Burnett regarding ▮▮▮▮▮▮. | 0.20<br>275.00/hr | 55.00 |
| 10/19/2009 | SSA | Reviewed reserve for final distribution. Telephone call from Charles Burnett regarding ▮▮. Drafted email on same. | 0.40<br>275.00/hr | 110.00 |
| | SSA | Reviewed notice regarding adjustments to the amounts withheld from final distribution. | 0.40<br>275.00/hr | 110.00 |
| 10/20/2009 | SSA | Reviewed email from Charles Burnett and drafted email to same regarding funds ▮▮▮▮▮▮▮▮▮▮. | 0.20<br>275.00/hr | 55.00 |
| 10/22/2009 | SSA | Reviewed and verified transactions during September 2009. | 0.30<br>275.00/hr | 82.50 |
| 10/27/2009 | SSA | Reviewed sources and uses of funds during the case. Prepared report of same for final report to court. | 2.70<br>275.00/hr | 742.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/27/2009 | SSA | Reviewed email from and drafted email to Charles Burnett regarding ▮▮▮ | 0.30 275.00/hr | 82.50 |
| 10/28/2009 | SSA | Drafted email to Charles Burnett regarding ▮▮▮ | 0.20 275.00/hr | 55.00 |
| 10/29/2009 | SSA | Prepared documents and drafted email to Kathy Malek regarding ▮▮▮ | 0.60 275.00/hr | 165.00 |
|  |  | Subtotal | 13.40 | 3,685.00 |

### Asset Analysis & Recovery

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/7/2009 | SSA | Reviewed emails from the Receiver regarding status of recoveries. Researched and drafted email to the Receiver regarding same. | 0.50 275.00/hr | 137.50 |
|  |  | Subtotal | 0.50 | 137.50 |

### Case Administration

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/19/2009 | SSA | Researched for status of Kelly Rogers and William Dippolito settlements. Drafted email to Charles Burnett regarding ▮ | 0.60 275.00/hr | 165.00 |
| 10/21/2009 | SSA | Drafted emails to and reviewed emails from Charles Burnett regarding ▮▮▮ | 0.30 275.00/hr | 82.50 |
| 10/26/2009 | SSA | Reviewed Receiver's Motion to Approve Amended Schedule of Allowed Claims and formatted for posting on Receiver's website. | 0.30 275.00/hr | 82.50 |
|  | SSA | Reviewed Receiver's Report regarding the Second Distribution and formatted for posting on Receiver's website. | 0.20 275.00/hr | 55.00 |
| 10/29/2009 | SSA | Telephone call from Charles Burnett regarding ▮▮▮ | 0.10 275.00/hr | 27.50 |
| 10/30/2009 | SSA | Reviewed motion to appoint a plan administrator for the funds currently in the District Court. | 0.40 275.00/hr | 110.00 |
|  |  | Subtotal | 1.90 | 522.50 |

### Claims Administration & Objections

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/7/2009 | SSA | Reviewed emails regarding ▮▮▮ claim issues. Telephone call to ▮▮▮ regarding same. Reviewed letter regarding resolution of his claim. | 0.50 275.00/hr | 137.50 |
|  | SSA | Reviewed notice of intent to make a distribution. Drafted email to Charles Burnett regarding ▮ | 0.40 275.00/hr | 110.00 |
| 10/8/2009 | SYS | Reviewed allowed claim amounts and mailing addresses to make certain updates were entered into the investor database prior to the release of the final distributions to investors and updated if necessary. | 1.00 130.00/hr | 130.00 |
|  | KAM | Reviewed spreadsheet for 2nd distribution. Sent to BMS for uploading. | 0.50 170.00/hr | 85.00 |
|  | SSA | Drafted emails to Ralph Freeman regarding ▮▮▮ Telephone call from Mr. Freeman regarding ▮ | 0.30 275.00/hr | 82.50 |

**SEC v. Global Finance et al.**

Page 3

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/8/2009 | JNH | Reviewed the creditor list from the first distribution and compared it to the same for the second distribution. Noted any discrepancies in preparation for the second distribution. | 0.60 110.00/hr | 66.00 |
| 10/12/2009 | SYS | Reviewed documents forwarded from investors and the investor database to review information regarding change of address requests and other related information to ensure accuracy prior to the release and preparation of the Second Interim distributions and followed up as necessary. Prepared checks for mailing as well. | 2.30 130.00/hr | 299.00 |
| | KAM | Prepared 90 distribution checks. | 0.70 170.00/hr | 119.00 |
| 10/13/2009 | SSA | Reviewed emails regarding determination of ▮ claim. Prepared updated claim determination notice for ▮ | 0.50 275.00/hr | 137.50 |
| 10/14/2009 | SYS | Prepared Second Interim distribution checks for mailing. | 2.10 130.00/hr | 273.00 |
| | SYS | Reviewed distribution checks with the Receiver for accuracy prior to the release of same. | 1.00 130.00/hr | 130.00 |
| | SYS | Reviewed distribution checks $20,000 and over for accuracy and address changes prior to mailing as necessary. | 2.40 130.00/hr | 312.00 |
| | SSA | Reviewed claims determination notice from ▮ Drafted email to Charles Burnett regarding ▮ | 0.30 275.00/hr | 82.50 |
| | KAM | Drafted wire transfer request for payment of distribution checks. | 0.30 170.00/hr | 51.00 |
| 10/15/2009 | SSA | Reviewed motion to amend allowed claims. Prepared updated allowed claim list. Drafted email to Charles Burnett regarding ▮ | 0.80 275.00/hr | 220.00 |
| | SYS | Continued to review and prepare distribution checks for mailing. | 2.70 130.00/hr | 351.00 |
| | SYS | Reviewed investors addresses and prepared distributions for mailing. Telephone calls to several investors regarding same. | 3.00 130.00/hr | 390.00 |
| | JNH | Prepared 38 Fed Ex labels and packages for distribution checks. | 0.90 110.00/hr | 99.00 |
| | SSA | Drafted letter to investors to accompany the second distribution to investors. | 0.70 275.00/hr | 192.50 |
| 10/16/2009 | SYS | Continued to review and prepare distribution checks for mailing. Telephone calls to several investors as necessary. | 3.00 130.00/hr | 390.00 |
| | SYS | Reviewed and prepare distribution checks for mailing. Telephone calls to several investors as necessary to forward checks over $20,000 via Fed-Ex and to obtain physical mailing addresses as well. | 2.40 130.00/hr | 312.00 |
| 10/19/2009 | SYS | Reviewed and prepared remaining Second Interim distributions for mailing. Telephone calls to investors as necessary to obtain physical mailing addresses in order to send same via Fed-Ex as well. | 2.40 130.00/hr | 312.00 |
| | SSA | Reviewed motion to amend schedules and telephone call to Charles Burnett regarding ▮ | 0.40 275.00/hr | 110.00 |
| | JNH | Prepared Fed Ex labels and packages for mailing of checks. | 0.60 110.00/hr | 66.00 |
| 10/22/2009 | SYS | Reviewed revised Exhibit A to motion to amend allowed claims for accuracy and followed up as necessary. | 0.50 130.00/hr | 65.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/22/2009 | SSA | Reviewed attachment to amended allowed claim report. Drafted email to Charles Burnett regarding ▮ | 0.40<br>275.00/hr | 110.00 |
| 10/28/2009 | SYS | Reviewed the Amended Schedule of Allowed Claims and followed up as necessary. Telephone call to investor ▮ regarding same. | 0.20<br>130.00/hr | 26.00 |
|  |  | Subtotal | 30.90 | 4,658.50 |

### Fee / Employment Applications

|  |  |  |  |  |
|---|---|---|---|---|
| 10/5/2009 | SSA | Reviewed fee invoice for September 2009 for content and proper category. | 0.40<br>275.00/hr | 110.00 |
| 10/6/2009 | KSB | Prepared final bills for HFC and Receiver for September 2009. | 0.40<br>160.00/hr | 64.00 |
| 10/14/2009 | SSA | Prepared updated redacted fee application exhibit for posting on Receiver's website. | 0.40<br>275.00/hr | 110.00 |
|  |  | Subtotal | 1.20 | 284.00 |

### Investor Communications and Reporting

|  |  |  |  |  |
|---|---|---|---|---|
| 10/8/2009 | SYS | Telephone calls to and from investors inquiring about the next distribution and followed up with same as necessary. | 0.40<br>130.00/hr | 52.00 |
| 10/12/2009 | SYS | Telephone calls to and from investors inquiring about the next distribution and followed up as necessary. | 0.40<br>130.00/hr | 52.00 |
| 10/13/2009 | SYS | Telephone calls from investors inquiring about the next distribution and followed up as necessary. | 0.50<br>130.00/hr | 65.00 |
| 10/19/2009 | SYS | Telephone calls from investors in response to the receipt of the Second Interim distribution and to inquire about future distributions as well. | 0.50<br>130.00/hr | 65.00 |
| 10/21/2009 | SYS | Telephone calls from investors regarding the receipt of their Second Interim distribution and followed up with same as necessary. | 0.40<br>130.00/hr | 52.00 |
| 10/23/2009 | SYS | Telephone calls from investors after receipt of the Second Interim distributions to inquire about the final distributions and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
|  | SYS | Telephone calls from investors in response to the receipt of Second Interim distributions and to inquire about final distributions and to request change of addresses as necessary. | 0.50<br>130.00/hr | 65.00 |
| 10/27/2009 | SYS | Telephone calls from investors in response to the receipt of Second Interim distributions and to inquire about final distributions and followed up as necessary. | 0.50<br>130.00/hr | 65.00 |
| 10/30/2009 | SYS | Telephone calls to and from investors to inquire about the possibility of a final distribution and followed up with same as necessary. | 0.40<br>130.00/hr | 52.00 |
|  |  | Subtotal | 4.10 | 533.00 |

### Tax Issues

|  |  |  |  |  |
|---|---|---|---|---|
| 10/1/2009 | DA | Reviewed two IRS notices on Global Finance and advised Troutman Sanders and the Receiver of ▮ Sent ▮ to Troutman Sanders. | 0.40<br>250.00/hr | 100.00 |
| 10/2/2009 | DA | Responded to IRS letter looking for a copy of the 2008 tax return. | 0.40<br>250.00/hr | 100.00 |

**SEC v. Global Finance et al.**                                                   Page    5

|            |     |                                                                                                                                                                  | Hrs/Rate            | Amount    |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|-----------|
| 10/5/2009  | DA  | Reviewed letter received from the IRS asking for $325 for the 2008 tax return and sent ▮▮▮▮ to Troutman Sanders.                                                 | 0.30 250.00/hr      | 75.00     |
| 10/6/2009  | SSA | Drafted email to Dick Atcheson regarding status of final tax returns.                                                                                            | 0.30 275.00/hr      | 82.50     |
|            | DA  | Reviewed e-mails concerning pending tax issues and prepared a check request to the IRS for $326.95 in payment of outstanding amounts for the 2008 tax return.    | 0.40 250.00/hr      | 100.00    |
|            | SSA | Reviewed emails regarding status of tax refund.                                                                                                                  | 0.20 275.00/hr      | 55.00     |
| 10/7/2009  | DA  | Drafted letter to the IRS to transmit $25 check to the IRS to resolve outstanding 2008 return balance.                                                           | 0.20 250.00/hr      | 50.00     |
| 10/8/2009  | DA  | Reviewed a series of e-mails from Troutman Sanders concerning ▮▮▮▮                                                                                               | 0.30 250.00/hr      | 75.00     |
| 10/19/2009 | DA  | Reviewed two letters received from the IRS on the 2008 return and advised Troutman Sanders of ▮▮▮▮                                                               | 0.20 250.00/hr      | 50.00     |
| 10/21/2009 | SSA | Discussed tax issues with Dick Atcheson. Drafted email to Charles Burnett regarding ▮▮▮▮                                                                         | 0.40 275.00/hr      | 110.00    |
| 10/28/2009 | SSA | Reviewed and replied to email from Dick Atcheson regarding payment of Georgia income tax.                                                                        | 0.20 275.00/hr      | 55.00     |
| 10/29/2009 | DA  | Updated case manager and Troutman Sanders as to ▮▮▮▮                                                                                                             | 0.20 250.00/hr      | 50.00     |
|            | DA  | Reviewed and met with Scott Askue about Georgia Department of Revenue notice on the 2008 income tax return in which they request $27.09 in interest and penalty. | 0.20 250.00/hr      | 50.00     |
| 10/30/2009 | DA  | Processed a check to the Georgia Department of Revenue for interest charges on the 2008 Income tax return.                                                       | 0.20 250.00/hr      | 50.00     |
|            | SSA | Reviewed and responded to email regarding payment of tax bill.                                                                                                   | 0.20 275.00/hr      | 55.00     |
|            | SSA | Drafted email to Dick Atcheson regarding ▮▮▮▮                                                                                                                    | 0.20 275.00/hr      | 55.00     |
|            |     | Subtotal                                                                                                                                                         | 4.30                | 1,112.50  |
|            |     | **For professional services rendered**                                                                                                                           | **56.30**           | **$10,933.00** |

Additional Charges :

**Expenses**

| 10/28/2009 | Website maintenance through 9/14/09 | 18.75 |
| 10/31/2009 | Copying cost for October 2009.       | 26.55 |
|            | Postage charges for October 2009.    | 21.02 |
|            | Subtotal                             | 66.32 |
|            | **Total costs**                      | **$66.32** |
|            | **Total amount of this bill**        | **$10,999.32** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

Accountants and Financial Consultants to the Receiver
For the Period from 11/1/2009 to 11/30/2009

December 02, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| K. Shelby Bao | 0.40<br>160.00/hr | 64.00 |
| Scott S. Askue, CIRA | 8.80<br>275.00/hr | 2,420.00 |
| Shuwanda Y. Sloane, CFE | 1.60<br>130.00/hr | 208.00 |
| **For professional services rendered** | **10.80** | **$2,692.00** |

Additional Charges :

| | |
|---|---:|
| Federal Express | 641.08 |
| Miscellaneous | 161.25 |
| Postage | 1.32 |
| **Total costs** | **$803.65** |
| **Total amount of this bill** | **$3,495.65** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Global Finance et al.
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, NE
Ste 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from 11/1/2009 to 11/30/2009**

December 02, 2009

Professional Services

| | Hours | Amount |
|---|---:|---:|
| Accounting | 7.30 | 2,007.50 |
| Case Administration | 0.50 | 137.50 |
| Claims Administration & Objections | 0.70 | 91.00 |
| Fee / Employment Applications | 0.80 | 174.00 |
| Investor Communications and Reporting | 0.90 | 117.00 |
| Tax Issues | 0.60 | 165.00 |
| **For professional services rendered** | **10.80** | **$2,692.00** |

Additional Charges :

| | |
|---|---:|
| Federal Express | 641.08 |
| Miscellaneous | 161.25 |
| Postage | 1.32 |
| **Total costs** | **$803.65** |
| **Total amount of this bill** | **$3,495.65** |

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Global Finance et al.**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, NE**
**Ste 200**
**Atlanta GA 30326**

## Accountants and Financial Consultants to the Receiver

### For the Period from 11/1/2009 to 11/30/2009

December 02, 2009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| **Accounting** | | | | |
| 11/2/2009 SSA | Reviewed order approving payment of investor claims. Drafted email to Kathy Malek regarding payment of same. | | 0.30 275.00/hr | 82.50 |
| 11/6/2009 SSA | Reviewed Trustee's final report. Telephone call to Charles Burnett regarding ▮ Prepared updated sources and uses report. | | 0.80 275.00/hr | 220.00 |
| 11/9/2009 SSA | Reviewed distributions to date and future distributions to creditors. Drafted email to Shuwanda Sloan regarding same. | | 0.20 275.00/hr | 55.00 |
| 11/17/2009 SSA | Researched additional requires for closing of the case. Researched claims, funds available and administrative expenses. Prepared final distribution analysis. | | 2.20 275.00/hr | 605.00 |
| SSA | Prepared updated sources and uses report, final distribution analysis and estimate of future professional fee reserves for the Final Report. | | 1.50 275.00/hr | 412.50 |
| 11/20/2009 SSA | Reviewed and verified clearance of distribution checks. | | 0.80 275.00/hr | 220.00 |
| 11/24/2009 SSA | Reviewed future fees, transactions and cash available. Updated final distribution analysis. | | 1.50 275.00/hr | 412.50 |
| | Subtotal | | 7.30 | 2,007.50 |
| **Case Administration** | | | | |
| 11/11/2009 SSA | Reviewed email from and drafted email to Charles Burnett regarding final report for case. | | 0.20 275.00/hr | 55.00 |
| 11/17/2009 SSA | Telephone call from Charles Burnett regarding ▮ | | 0.30 275.00/hr | 82.50 |
| | Subtotal | | 0.50 | 137.50 |
| **Claims Administration & Objections** | | | | |
| 11/5/2009 SYS | Reviewed investor database for information and drafted email to Kathy Malek regarding the distribution to be sent to investor Ken Hale and followed up as necessary. | | 0.20 130.00/hr | 26.00 |

**SEC v. Global Finance et al.**  Page 2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/5/2009 | SYS | Reviewed returned Second Interim distribution checks due to inaccurate mailing addresses, obtained current addresses and resent same as necessary. Telephone calls to investors regarding same. | 0.50 130.00/hr | 65.00 |
| | | Subtotal | 0.70 | 91.00 |

### Fee / Employment Applications

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/9/2009 | KSB | Prepared final bills for HFC and Receiver for October 2009. | 0.40 160.00/hr | 64.00 |
| | SSA | Reviewed fee invoice for October 2009 for content and proper reference category. | 0.40 275.00/hr | 110.00 |
| | | Subtotal | 0.80 | 174.00 |

### Investor Communications and Reporting

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/2/2009 | SYS | Telephone calls from investors inquiring about the final distributions and followed as necessary with same. | 0.20 130.00/hr | 26.00 |
| 11/3/2009 | SYS | Telephone calls from investors to inquire about final distributions and followed up as necessary. | 0.40 130.00/hr | 52.00 |
| 11/10/2009 | SYS | Telephone call from investors inquiring about the final distribution and followed up as necessary. | 0.30 130.00/hr | 39.00 |
| | | Subtotal | 0.90 | 117.00 |

### Tax Issues

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/6/2009 | SSA | Telephone call from Charles Burnett regarding [redacted]. Drafted email to the Receiver regarding treatment. | 0.30 275.00/hr | 82.50 |
| 11/17/2009 | SSA | Researched for tax identification number for defendant. | 0.30 275.00/hr | 82.50 |
| | | Subtotal | 0.60 | 165.00 |

| | | | | |
|---|---|---|---|---|
| | | **For professional services rendered** | **10.80** | **$2,692.00** |

Additional Charges :

### Expenses

| | |
|---|---|
| 11/13/2009 FedEx to James & Sally Scapillato 10/15/09 | 11.61 |
| FedEx to Barbara Wendland 10/15/09 | 15.17 |
| FedEx to Jay Barchenger 10/15/09 | 15.61 |
| FedEx to Mary G Payne 10/15/09 | 11.28 |
| FedEx to Mr & Mrs Home Thompson 10/15/09 | 11.28 |
| FedEx to Marvin Tucker & Eleni Tucker 10/15/09 | 15.40 |
| FedEx to Schliemann Ltd 10/15/09 | 13.03 |
| FedEx to Cindy L Emmons 10/15/09 | 15.17 |
| FedEx to Shannon T Wetklow 10/15/09 | 15.61 |
| FedEx to Philip Gomez 10/15/09 | 15.61 |
| FedEx to Maura McEveety-Sepa 10/15/09 | 13.03 |
| FedEx to Dan Pickering 10/15/09 | 15.17 |
| FedEx to Erick R Garner 10/15/09 | 11.61 |

| Date | Description | Amount |
|---|---|---:|
| 11/13/2009 | FedEx to Gene Fleisner 10/15/09 | 15.17 |
| | FedEx to Danna Swarovski 10/15/09 | 11.61 |
| | FedEx to Joe A Beaver 10/20/09 | 10.01 |
| | FedEx to Phillip Rodriquez 10/20/09 | 13.03 |
| | FedEx to Edward J Kirch 10/20/09 | 11.61 |
| | FedEx to Ken Hale 10/20/09 | 10.75 |
| | FedEx to Thomas J Mueller 10/20/09 | 12.26 |
| | FedEx to Reliant Financial Corporation 10/20/09 | 13.03 |
| | FedEx to Stephen L Thornton 10/20/09 | 15.17 |
| | FedEx to Bodie Emmons 10/20/09 | 15.17 |
| | FedEx to Sheldon G Pooley 10/20/09 | 15.40 |
| | Website maintenance 9/1/09 - 10/31/09 | 161.25 |
| | FedEx to Mr & Mrs Peter Guariglia 10/15/09 | 15.61 |
| | FedEx to Inger Wilson 10/15/09 | 11.28 |
| | FedEx to Ralph T Horne 10/15/09 | 11.28 |
| | FedEx to Larry Hulbert 10/15/09 | 12.59 |
| | FedEx to Joe Rust 10/15/09 | 15.17 |
| | FedEx to Don Ross Nabb Production LLC 10/15/09 | 13.03 |
| | FedEx to Nancy Rohrer 10/15/09 | 17.42 |
| | FedEx to Gregory & Margot McMillan 10/15/09 | 11.28 |
| | FedEx to William & Jeannie Wade 10/15/09 | 12.59 |
| | FedEx to Tony Garritano Companies 10/15/09 | 15.17 |
| | FedEx to Sylvia G Whitfield 10/15/09 | 11.28 |
| | FedEx to April Lancaster 10/15/09 | 15.61 |
| | FedEx to Shaun White 10/15/09 | 15.61 |
| | FedEx to Joanne D Maxwell Marital Trust 10/15/09 | 11.61 |
| | FedEx to Albert & Marie Timmons 10/15/09 | 17.98 |
| | FedEx to John A Fee 10/15/09 | 12.59 |
| | FedEx to Jorge & Vanessa Swarovski 10/15/09 | 12.59 |
| | FedEx to James Rohrer 10/15/09 | 17.42 |
| | FedEx to Brady Threadgill 10/15/09 | 15.17 |
| | FedEx to Wealth Systems Intl 10/15/09 | 12.26 |
| | FedEx to Memory Presley 10/15/09 | 11.28 |
| | FedEx to John Giblin 10/15/09 | 13.86 |
| | FedEx to T J Mueller Investments 10/15/09 | 15.61 |
| 11/30/2009 | Postage charges for November 2009. | 1.32 |
| | Subtotal | 803.65 |
| | **Total costs** | **$803.65** |
| | **Total amount of this bill** | **$3,495.65** |