# EXHIBIT D

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Rd NE
Ste 200
Atlanta, GA 30326-1420

| | |
|---|---|
| Invoice Date | 10/19/09 |
| Submitted by | J Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 1235182 |
| File No. | 033287.000007 |

RE:  Receiver - Global Finance & Investments, Inc., et. al

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/09 | $6,857.32 |
| Less Adjustments | - $425.60 |
| Total Fees | $6,431.72 |
| **Total Amount of This Invoice** | **$6,431.72** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/19/09
Invoice Number 1235182
File No. 033287.000007
Page 2

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/09

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 09/04/09 | CRB | Revise fee application; coordinate filing of fee application (0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 |
| 09/11/09 | CRB | Telephone conference with Saba Ashraf regarding ████████████████ | █ |
| 09/14/09 | SA | Review and revise summary to be submitted to judge prepared by Charles Burnett; e-mail exchanges with Charles Burnett; conference with Charles Burnett regarding ███ | 0.8 |
| 09/14/09 | CRB | Telephone conference with Saba Ashraf regarding ████████████████; draft status report on resolution of tax issues | █ |
| 09/15/09 | SA | Call various contacts and offices of the IRS regarding Global Finance and discuss processes for ascertaining status of request for prompt assessment | 3.5 |
| 09/15/09 | CRB | Telephone conference with Saba Ashraf regarding ████████████████; draft and revise status report regarding communications with IRS concerning tax issues; correspond with Receiver Team regarding ███; coordinate filing of same | █ |
| 09/16/09 | SA | Conference call with Tania Sebastian regarding ████████████████████████████████ | █ |
| 09/16/09 | CRB | Revise demand letter to Jeannie Henderson regarding loan from Charles Davis | 0.2 |
| 09/16/09 | TSS | Telephone call with S. Ashraf regarding ████████████████ | █ |
| 09/17/09 | TSS | Call I.R.S. regarding status of assessment form | 1.0 |
| 09/18/09 | TSS | Telephone conference with IRS regarding status of form 4810 filed for Corporation | 0.9 |
| 09/21/09 | CRB | Correspond with David Dantzler and Saba Ashraf regarding ████████████████ | █ |
| 09/22/09 | SA | Review Neal brown's e-mail regarding tax issues; draft response | 0.3 |
| 09/22/09 | CRB | Review response to Status Update filed by Level Par investors regarding tax issues; telephone conference with David Dantzler regarding ███; telephone conference with Saba Ashraf regarding ████████████████ | 0.3 |
| 09/22/09 | TSS | Call IRS regarding update on filed form 4810 | 1.2 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/19/09
Invoice Number 1235182
File No. 033287.000007
Page 3

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/09**

| Date | Init | Description of Work Performed | Hours |
| --- | --- | --- | --- |
| 09/23/09 | SA | Conference call with Tania Sebastian regarding ███████████ ███████; review e-mail | █ |
| 09/23/09 | CRB | Review correspondence from Saba Ashraf regarding ███████ ██ | █ |
| 09/23/09 | JDD | E-mail correspondence with N. Brown regarding status of tax issue and hearing; e-mail correspondence with S. Ashraf and G. Hays regarding ████; e-mail correspondence with S. Ashraf regarding ████████████ ████████████████████████████ | 0.7 |
| 09/23/09 | TSS | Call IRS regarding status of filing 4810 | 0.8 |
| 09/24/09 | CRB | Correspond with Receiver Team regarding ████████████ (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 09/25/09 | CRB | Prepare fee application for August 2009 fees; review correspondence from Neal Brown regarding tax issues affecting distribution of Estate (0.6, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.7 |
| 09/26/09 | CRB | Review correspondence regarding Neal Brown's demand for an indemnification agreement; review response to Neal Brown's demand | 0.1 |
| 09/26/09 | JDD | Review e-mail from N. Brown and respond to same; e-mail correspondence with G. Hays regarding ████ | 0.5 |
| 09/28/09 | CRB | Draft fee application for August 2009 fees (0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.3 |
| 09/29/09 | CRB | Revise fee application for August 2009 (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.1 |
| 09/30/09 | SA | Conference with Tania Sebastian; conference with Charles Burnett regarding ████ | 1.5 |
| 09/30/09 | CRB | Telephone conference with David Dantzler regarding ████████████ ██████████; correspond with Receiver Team regarding ████████████; draft fee application for August 2009 fees (0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | █ |
| 09/30/09 | TSS | Call IRS regarding status of filing 4810 | 1.2 |

Total Hours 19.6

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

Invoice Date 10/19/09
Invoice Number 1235182
File No. 033287.000007
Page 4

Total Fees     6,857.32

## TIMEKEEPER TIME SUMMARY THROUGH 09/30/09

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SA | Ashraf | 6.6 | 498.75 | 3,291.77 |
| CRB | Burnett | 6.5 | 266.00 | 1,729.00 |
| JDD | Dantzler | 1.2 | 481.50 | 577.80 |
| TSS | Sebastian | 5.3 | 237.50 | 1,258.75 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | |
|---|---|
| Hays Financial Consulting, LLC | Invoice Date 11/09/09 |
| Attn: Mr. S. Gregory Hays | Submitted by  J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial  404-885-3314 |
| Ste 200 | Invoice No.  1239302 |
| Atlanta, GA 30326-1420 | File No.  033287.000007 |

**RE:** Receiver - Global Finance & Investments, Inc., et. al

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/09 | $6,901.96 |
| Less Adjustments | - $212.80 |
| Total Fees | $6,689.16 |
| Costs and Expenses Through 10/31/09 | $102.04 |
| **Total Amount of This Invoice** | **$6,791.20** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 11/09/09
Invoice Number 1239302
File No. 033287.000007
Page 2

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 10/01/09 | SA | E-mail exchanges with Dick Atcheson regarding ▮▮▮▮; review previous notices received from IRS | 0.8 |
| 10/01/09 | CRB | Telephone conference with Neal Brown regarding hearing on Level Par investors' concerns regarding tax issues; correspond with Receiver Team regarding ▮▮▮; telephone conference with Saba Ashraf regarding ▮▮▮; telephone conference ▮▮▮; telephone conference with Greg Hays regarding ▮▮ | 0.6 |
| 10/01/09 | TSS | Call IRS regarding address on record; correspond with S. Ashraf | 1.2 |
| 10/05/09 | SA | Analyze tax issues affecting distribution of funds | 0.6 |
| 10/05/09 | CRB | Correspond with Timothy McCole regarding fee application (0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 |
| 10/05/09 | JDD | Conference with C. Burnett regarding ▮▮▮; e-mail correspondence with G. Hays, S. Ashraf, et. al. regarding ▮▮▮ | 0.7 |
| 10/05/09 | TSS | Teleconference with S. Ashraf; call IRS regarding notice received | 0.9 |
| 10/06/09 | SA | Conference with Charles Burnett; review court submissions; conference with Dick Atcheson regarding ▮▮▮ | 0.7 |
| 10/06/09 | CRB | Telephone conference with Neal Brown regarding tax assessments received from the IRS; correspond with Receiver Team regarding ▮▮; draft Notice of Resolution of Tax Issues and Intent to Distribute Funds; correspond with Receiver Team regarding ▮▮▮ | 2.7 |
| 10/07/09 | SA | Conference with Charles Burnett regarding ▮▮▮; review IRS assessment | 0.3 |
| 10/07/09 | CRB | Telephone conferences with Neal Brown regarding resolution of tax issues and hearing concerning same; telephone conference with Lori Bates in Judge Schell's chambers regarding same; draft emails to Neal Brown regarding same; correspond with Receiver Team regarding ▮▮▮; revise Notice of Resolution of Tax Issues and Intent to Distribute Funds; coordinate filing regarding same | 2.7 |
| 10/08/09 | CRB | Correspond with Neal Brown regarding resolution of tax issues and hearing concerning same; telephone conference with Neal Brown regarding same; correspond with Court regarding cancelling hearing; correspond with David Dantzler regarding ▮▮▮; coordinate filing of fee applications (0.3, Time spent on Fee Application, not billed to Hays Financial | 0.8 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 11/09/09
Invoice Number 1239302
File No. 033287.000007
Page 3

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/09

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | Consulting) | |
| 10/08/09 | JDD | E-mail correspondence with G. Hays and C. Burnett regarding ▮ ▮ | 0.5 |
| 10/13/09 | CRB | Correspond with investor ▮ regarding distribution of funds and resolution of tax issues | 0.1 |
| 10/14/09 | CRB | Various correspondence with investor ▮ regarding second distribution; redact document on website per ▮ request; telephone conference with Scott Askue regarding ▮ | 0.5 |
| 10/15/09 | CRB | Telephone conference with Scott Askue regarding ▮ ▮; correspond with Receiver Team regarding ▮; draft motion to file amended schedule of approved claims; correspond with Receiver Team regarding ▮; revise letter to accompany second distribution checks; review bills in preparation for fee application (0.3, Time spent on Fee Application, not billed to Hays Financial Consulting) | 2.2 |
| 10/16/09 | CRB | Revise motion to approve amended schedule of allowed claims; correspond with Scott Askue regarding ▮; telephone conference with ▮ regarding distribution check; various correspondence with ▮ regarding same | 0.9 |
| 10/19/09 | CRB | Revise Motion to Approve Amended Schedule of Allowed Claims; revise Notice of Second Distribution | 1.3 |
| 10/20/09 | CRB | Review and revise Motion to Approve Amended Schedule of Allowed Claims | 0.4 |
| 10/22/09 | CRB | Review and revise Report on Second Distribution; coordinate filing of same; review and revise Motion to Approve Amended Schedule of Claims; coordinate filing of same | 0.9 |
| 10/26/09 | CRB | Draft proposed Order approving Amended Schedule of Allowed Claims; correspond with Court regarding same | 0.4 |
| 10/28/09 | CRB | Review correspondence from Timothy McCole regarding appointment of Greg Hays as Funds Administrator; correspond with Scott Askue regarding ▮; correspond with ▮ regarding same | 0.3 |
| 10/29/09 | CRB | Draft Motion to Appoint Greg Hays as Funds Administrator for funds paid into Court by Kelly Rogers; draft Order regarding same; telephone conference with Timothy McCole regarding same | 2.5 |
| 10/29/09 | CRB | Correspond with Receiver Team regarding ▮ ▮ | 0.2 |
| 10/30/09 | CRB | Draft Final Report; correspond with Receiver Team regarding ▮ ▮; correspond with Timothy McCole regarding same | 0.7 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

Invoice Date 11/09/09
Invoice Number 1239302
File No. 033287.000007
Page 4

| | Total Hours | 23.1 |
|---|---|---|
| | Total Fees | 6,901.96 |

### TIMEKEEPER TIME SUMMARY THROUGH 10/31/09

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SA | Ashraf | 2.4 | 498.75 | 1,197.01 |
| CRB | Burnett | 17.4 | 266.00 | 4,628.40 |
| JDD | Dantzler | 1.2 | 481.50 | 577.80 |
| TSS | Sebastian | 2.1 | 237.50 | 498.75 |

### FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/09

| Date | Description | Amount |
|---|---|---|
| 10/12/09 | Computer Research – "Burnett, Charles - 09/15/2009 - LEXIS" | 2.65 |
| 10/12/09 | Computer Research – "Burnett, Charles - 09/15/2009 - LEXIS" | 11.85 |
| 10/12/09 | Computer Research – "Burnett, Charles - 09/15/2009 - LEXIS" | 5.29 |
| 10/12/09 | Computer Research – "Burnett, Charles - 09/15/2009 - LEXIS" | 1.53 |
| 10/12/09 | Search Costs – VENDOR: Pacer Service Center; INVOICE#: TS0042100509; DATE: 10/12/2009 Pacer Service | 80.72 |

| | Total: | 102.04 |
|---|---|---|
| | Total Fees & Costs: | $7,004.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 12/02/09 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1244340 |
| Atlanta, GA 30326-1420 | File No. | 033287.000007 |

**RE:** Receiver - Global Finance & Investments, Inc., et. al

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/01/09 | $3,527.83 |
| Less Adjustments | - $186.20 |
| Total Fees | $3,341.63 |
| Costs and Expenses Through 12/01/09 | $5.48 |
| **Total Amount of This Invoice** | **$3,347.11** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 12/02/09
Invoice Number 1244340
File No. 033287.000007
Page 2

Hays Financial Consulting, LLC
Receiver/Global Finance & Invest. et al

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/01/09

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 11/02/09 | CRB | Draft Final Report | 1.4 |
| 11/03/09 | SA | Conference with Charles Burnett regarding [redacted]; analyze same | 0.3 |
| 11/04/09 | CRB | Draft Final Report; draft proposed Order authorizing final distribution; conference with Scott Askue regarding [redacted] | 3.3 |
| 11/05/09 | CRB | Revise Final Report; revise proposed Order regarding Final Report; drafted Fee Application for September 2009 time (.6, time spent on Fee Application, not billed to Hays Financial Consulting) | 1.0 |
| 11/06/09 | CRB | Telephone conference with Saba Ashraf regarding [redacted]; telephone conference with Scott Askue regarding [redacted]; correspond with Receiver Team regarding [redacted] | 0.8 |
| 11/10/09 | CRB | Prepare fee application for September 2009 time; review Receiver's suggested revisions to the Final Report (.1, time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 |
| 11/11/09 | CRB | Correspond with Receiver Team regarding [redacted]; correspond with Receiver Team regarding [redacted] | 0.4 |
| 11/12/09 | CRB | Conference with David Dantzler regarding [redacted]; correspond with [redacted] regarding [redacted] | 0.2 |
| 11/16/09 | CRB | Revise Final Report; telephone conference with Scott Askue regarding [redacted]; correspond with Receiver Team regarding [redacted] | 2.9 |
| 11/17/09 | CRB | Revise Final Report; correspond with Receiver Team regarding [redacted]; correspond with [redacted] regarding final distribution of funds | 1.4 |
| 11/24/09 | CRB | Telephone conference with Greg Hays and David Dantzler regarding [redacted]; telephone conference with Scott Askue regarding [redacted] | 0.6 |
| 11/25/09 | CRB | Revise Final Report; revise Proposed Order regarding Final Report | 0.3 |
| 11/30/09 | CRB | Revise Final Report; correspond with Scott Askue regarding [redacted] | 0.2 |

Total Hours    13.0

Total Fees    3,527.83

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Global Finance & Invest. et al

Invoice Date 12/02/09
Invoice Number 1244340
File No. 033287.000007
Page 3

## TIMEKEEPER TIME SUMMARY THROUGH 12/01/09

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SA | Ashraf | 0.3 | 498.77 | 149.63 |
| CRB | Burnett | 12.7 | 266.00 | 3,378.20 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 12/01/09

| Date | Description | Amount |
|---|---|---|
| 11/10/09 | Computer Research – "Burnett, Charles - 10/29/2009 - LEXIS" | 5.48 |

Total: 5.48

Total Fees & Costs: $3,533.31