# EXHIBIT A

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    10/1/2009   to   10/31/2009**

November 09, 2009

Professional Services

|  | Hrs/Rate | Amount |
| --- | --- | --- |
| S. Gregory Hays, CTP, CIRA | 3.60 | 1,350.00 |
|  | 375.00/hr | |
| **For professional services rendered** | **3.60** | **$1,350.00** |

---

CIRA - Certified Insolvency and Restructuring Advisor          CTP - Certified Turnaround Professional

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    10/1/2009   to   10/31/2009**

November 09, 2009

Professional Services

|  | Hours | Amount |
|---|---|---|
| Asset Analysis & Recovery | 0.30 | 112.50 |
| Case Administration | 0.60 | 225.00 |
| Investor Communications and Reporting | 0.20 | 75.00 |
| Litigation Consulting | 2.50 | 937.50 |
| **For professional services rendered** | **3.60** | **$1,350.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

### Receiver

### For the Period from    10/1/2009   to   10/31/2009

November 09, 2009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **Asset Analysis & Recovery** | | | |
| 10/8/2009 | SGH | Reviewed status of pending recoveries and drafted email to Charles Burnett ██████████████ ██████ | 0.30 375.00/hr | 112.50 |
| | | Subtotal | 0.30 | 112.50 |
| | **Case Administration** | | | |
| 10/5/2009 | SGH | Telephone call to Charles Burnett regarding ███ ██████████████ Discussed ████████ | 0.20 375.00/hr | 75.00 |
| 10/29/2009 | SGH | Reviewed orders and process fee payments. | 0.40 375.00/hr | 150.00 |
| | | Subtotal | 0.60 | 225.00 |
| | **Investor Communications and Reporting** | | | |
| 10/8/2009 | SGH | Reviewed letter to investors to post on website. | 0.20 375.00/hr | 75.00 |
| | | Subtotal | 0.20 | 75.00 |
| | **Litigation Consulting** | | | |
| 10/14/2009 | SGH | Reviewed email regarding motion for sanctions in the claim against Bank of America. Reviewed and responded to emails from David Dantzler regarding ████ | 0.40 375.00/hr | 150.00 |
| | SGH | Reviewed Motion for Summary Judgment filed by Bank of America in the Novotny v. Bank of America case. Drafted email to counsel regarding ██████████ | 1.00 375.00/hr | 375.00 |
| 10/28/2009 | SGH | Reviewed the response to Motion for Summary Judgment in the Bank of America litigation. Telephone call to Charles Burnett. Drafted several emails regarding same. | 0.60 375.00/hr | 225.00 |
| 10/30/2009 | SGH | Reviewed issues regarding Bank of America litigation. Telephone call from Charles Barnett regarding ██ ████████████████████ | 0.50 375.00/hr | 187.50 |
| | | Subtotal | 2.50 | 937.50 |

|                                        | **Hours** | **Amount** |
|----------------------------------------|-----------|------------|
| **For professional services rendered** | 3.60      | $1,350.00  |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    11/1/2009   to  11/30/2009**

December 04, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 1.90 | 712.50 |
|  | 375.00/hr |  |
| **For professional services rendered** | **1.90** | **$712.50** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    11/1/2009   to   11/30/2009**

December 04, 2009

Professional Services

|  | Hours | Amount |
|---|---|---|
| Case Administration | 0.80 | 300.00 |
| Claims Administration & Objections | 0.40 | 150.00 |
| Fee / Employment Applications | 0.70 | 262.50 |
| **For professional services rendered** | **1.90** | **$712.50** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    11/1/2009  to  11/30/2009**

December 04, 2009

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---:|---:|
| **Case Administration** | | | |
| 11/13/2009 SGH | Reviewed and updated project list. | 0.20 375.00/hr | 75.00 |
| 11/16/2009 SGH | Reviewed list of pending matters and drafted notes regarding same. | 0.30 375.00/hr | 112.50 |
| 11/20/2009 SGH | Reviewed project list and status of pending matters. | 0.30 375.00/hr | 112.50 |
| | Subtotal | 0.80 | 300.00 |
| **Claims Administration & Objections** | | | |
| 11/4/2009 SGH | Reviewed two motions regarding allowance of claims. Reviewed and responded to emails from Charles Burnett regarding ▮ | 0.40 375.00/hr | 150.00 |
| | Subtotal | 0.40 | 150.00 |
| **Fee / Employment Applications** | | | |
| 11/6/2009 SGH | Reviewed the 40th fee application and drafted an email to Charles Burnett ▮ | 0.30 375.00/hr | 112.50 |
| 11/10/2009 SGH | Reviewed October legal invoice and September fee application. | 0.40 375.00/hr | 150.00 |
| | Subtotal | 0.70 | 262.50 |
| | **For professional services rendered** | **1.90** | **$712.50** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    12/1/2009   to  12/31/2009**

January 11, 2010

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 0.60 | 225.00 |
|  | 375.00/hr |  |
| **For professional services rendered** | **0.60** | **$225.00** |

---

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    12/1/2009   to  12/31/2009**

January 11, 2010

Professional Services

|  | Hours | Amount |
|---|---|---|
| Asset Analysis & Recovery | 0.20 | 75.00 |
| Case Administration | 0.20 | 75.00 |
| Fee / Employment Applications | 0.10 | 37.50 |
| Investor Communications and Reporting | 0.10 | 37.50 |
| **For professional services rendered** | **0.60** | **$225.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

### Receiver

**For the Period from    12/1/2009   to   12/31/2009**

January 11, 2010

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Asset Analysis & Recovery** | | | |
| 12/8/2009 SGH | Telephone call from bank in Minneapolis regarding frozen funds. Drafted email to Scott Askue regarding same and recovering the funds. | 0.20<br>375.00/hr | 75.00 |
| | Subtotal | 0.20 | 75.00 |
| **Case Administration** | | | |
| 12/11/2009 SGH | Telephone call to Charles Burnett regarding ███████ ███████. | 0.20<br>375.00/hr | 75.00 |
| | Subtotal | 0.20 | 75.00 |
| **Fee / Employment Applications** | | | |
| 12/10/2009 SGH | Reviewed November fee invoice for counsel. | 0.10<br>375.00/hr | 37.50 |
| | Subtotal | 0.10 | 37.50 |
| **Investor Communications and Reporting** | | | |
| 12/30/2009 SGH | Reviewed and responded to email from investor. | 0.10<br>375.00/hr | 37.50 |
| | Subtotal | 0.10 | 37.50 |
| | **For professional services rendered** | **0.60** | **$225.00** |