# EXHIBIT B

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from    10/1/2009   to   10/31/2009**

November 10, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Dwaine A. Butler | 1.20<br>110.00/hr | 132.00 |
| K. Shelby Bao | 0.40<br>160.00/hr | 64.00 |
| Kathryn A. Malek, PHR | 0.90<br>170.00/hr | 153.00 |
| Scott S. Askue, CIRA | 13.70<br>275.00/hr | 3,767.50 |
| Shuwanda Y. Sloane, CFE | 21.30<br>130.00/hr | 2,769.00 |
| **For professional services rendered** | **37.50** | **$6,885.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 0.90 |
| Document Storage | 100.00 |
| Federal Express | 52.82 |
| Miscellaneous | 56.25 |
| Pacer Charges | 21.20 |
| Postage | 12.38 |
| **Total costs** | **$243.55** |
| **Total amount of this bill** | **$7,129.05** |

---

CCE - Certified Computer Examiner             CPA - Certified Public Accountant
CFE - Certified Fraud Examiner                CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor    PHR - Professional in Human Resources

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from   10/1/2009   to   10/31/2009**

November 10, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 8.40 | 2,310.00 |
| Asset Analysis & Recovery | 0.90 | 99.00 |
| Asset Disposition | 0.30 | 33.00 |
| Case Administration | 0.90 | 247.50 |
| Claims Administration & Objections | 13.30 | 1,729.00 |
| Employee Benefits / Pensions | 0.30 | 51.00 |
| Fee / Employment Applications | 1.60 | 394.00 |
| Investor Communications and Reporting | 9.40 | 1,425.00 |
| Litigation Consulting | 1.40 | 385.00 |
| Tax Issues | 1.00 | 212.00 |
| **For professional services rendered** | **37.50** | **$6,885.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 0.90 |
| Document Storage | 100.00 |
| Federal Express | 52.82 |
| Miscellaneous | 56.25 |
| Pacer Charges | 21.20 |
| Postage | 12.38 |
| **Total costs** | **$243.55** |
| **Total amount of this bill** | **$7,129.05** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Travis Correll et al**
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

## Accountants and Financial Consultants to the Receiver

### For the Period from 10/1/2009 to 10/31/2009

November 10, 2009

Professional Services

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---:|---:|
| | | **Accounting** | | |
| 10/1/2009 | SSA | Drafted email to Scott Baker regarding phone call to discuss Dwight Johnson accounting. | 0.10<br>275.00/hr | 27.50 |
| 10/2/2009 | SSA | Reviewed email from and drafted email to Scott Baker regarding Dwight Johnson accounting. | 0.20<br>275.00/hr | 55.00 |
| 10/5/2009 | SSA | Reviewed for information and transactions relating to ▮▮▮▮ and funds received by the estate. Telephone call to Charles Burnett regarding ▮▮ | 0.40<br>275.00/hr | 110.00 |
| | SSA | Drafted emails to and reviewed emails from Jeff Baker and Scott Baker regarding Dwight Johnson accounting. | 0.30<br>275.00/hr | 82.50 |
| | SSA | Reviewed remaining claim, recovery and other case issues. Prepared updated recovery and distribution analysis. | 2.30<br>275.00/hr | 632.50 |
| | SSA | Reviewed accountings for Dwight Johnson and Gregory Thompson and left message for Scott Baker. | 0.30<br>275.00/hr | 82.50 |
| 10/6/2009 | SSA | Drafted emails to and reviewed emails from Scott Baker regarding the resolution of Gregory Thompson accounting. Drafted email to Clark Will regarding ▮▮ Telephone call from Ralph Freeman regarding ▮▮ | 0.70<br>275.00/hr | 192.50 |
| | SSA | Telephone call to Scott Baker regarding Gregory Thompson accounting and resolution of claims. Drafted email to Clark Will ▮▮▮▮▮▮▮▮▮ Reviewed email from same. | 1.10<br>275.00/hr | 302.50 |
| | SSA | Reviewed emails from and drafted email to Scott Baker regarding Dwight Johnson accounting. | 0.20<br>275.00/hr | 55.00 |
| 10/13/2009 | SSA | Reviewed emails from Ralph Freeman regarding ▮▮▮▮▮▮▮▮▮ | 0.30<br>275.00/hr | 82.50 |
| 10/19/2009 | SSA | Drafted email to Jeff Baker regarding Dwight Johnson accounting. | 0.20<br>275.00/hr | 55.00 |
| 10/20/2009 | SSA | Telephone call to Clark Will regarding ▮▮▮▮▮▮ ▮▮▮▮ | 0.20<br>275.00/hr | 55.00 |
| 10/21/2009 | SSA | Researched for additional frozen funds and release of same. Telephone call to Charles Burnett regarding ▮▮ | 0.80<br>275.00/hr | 220.00 |
| 10/22/2009 | SSA | Reviewed and verified transactions during September 2009. | 0.40<br>275.00/hr | 110.00 |
| 10/26/2009 | SSA | Drafted email to Charles Burnett regarding ▮▮▮▮▮▮▮▮▮ Drafted email to the Receiver regarding same. | 0.30<br>275.00/hr | 82.50 |

**SEC v. Travis Correll et al** Page 2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/28/2009 | SSA | Reviewed fee order and drafted email to Kathy Malek regarding payment of awarded fees. | 0.30 275.00/hr | 82.50 |
| 10/30/2009 | SSA | Reviewed and responded to email from Clark Will regarding ▮▮▮▮▮ | 0.30 275.00/hr | 82.50 |
| | | Subtotal | 8.40 | 2,310.00 |

### Asset Analysis & Recovery

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/6/2009 | DAB | Reviewed and responded to email from Scott Askue regarding inventory of records at the storage facility. | 0.20 110.00/hr | 22.00 |
| 10/29/2009 | DAB | Reviewed and indexed accounting and HR records for bar code system. | 0.70 110.00/hr | 77.00 |
| | | Subtotal | 0.90 | 99.00 |

### Asset Disposition

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/8/2009 | DAB | Telephone call from Marc Hawkins regarding his interest in the Cisco computer equipment. Researched information regarding the system. | 0.30 110.00/hr | 33.00 |
| | | Subtotal | 0.30 | 33.00 |

### Case Administration

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/2/2009 | SSA | Reviewed email from investor regarding supplemental distribution. Updated website with same. | 0.40 275.00/hr | 110.00 |
| 10/30/2009 | SSA | Reviewed files and drafted email to Charles Burnett regarding ▮▮▮▮▮ | 0.50 275.00/hr | 137.50 |
| | | Subtotal | 0.90 | 247.50 |

### Claims Administration & Objections

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/5/2009 | SYS | Reviewed and prepared checks for mailing. | 0.20 130.00/hr | 26.00 |
| | SYS | Reviewed and organized claim files as necessary. | 1.00 130.00/hr | 130.00 |
| 10/13/2009 | SYS | Reviewed and organized documents previously forwarded from investors as necessary. | 2.00 130.00/hr | 260.00 |
| | SYS | Reviewed signed revised Claim Determination notices forwarded from investors listed on the conditionally allowed claims listing and updated the database as necessary. | 0.40 130.00/hr | 52.00 |
| 10/14/2009 | SYS | Reviewed documents previously forwarded from investors and organized accordingly. | 1.50 130.00/hr | 195.00 |
| 10/19/2009 | SYS | Reviewed listing of Conditionally Allowed claims regarding the receipt of distributions for investor ▮▮ ▮▮▮ and followed up as necessary. Telephone call to Sheryl Cooper regarding same. Drafted email to Kathy Malek regarding same. | 0.50 130.00/hr | 65.00 |
| 10/20/2009 | SYS | Reviewed and organized claim form files as necessary. | 1.40 130.00/hr | 182.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/22/2009 | SYS | Reviewed and organized documents previously submitted by investors and updated any current contact information as provided by investors as necessary. Telephone calls to investors as well. | 2.20 130.00/hr | 286.00 |
| 10/27/2009 | SYS | Reviewed and organized documents previously forwarded from investors as necessary. | 1.30 130.00/hr | 169.00 |
| 10/28/2009 | SYS | Prepared replacement checks for mailing to investors as necessary. | 0.40 130.00/hr | 52.00 |
| 10/29/2009 | SYS | Reviewed and organized documents previously forwarded from investors and reviewed change of address requests and updated the investor database with same as necessary. | 2.00 130.00/hr | 260.00 |
|  | SYS | Reviewed documents forwarded from investor ▮ and forwarded same to Scott Askue as requested. Telephone call to ▮ regarding same. | 0.40 130.00/hr | 52.00 |
|  |  | Subtotal | 13.30 | 1,729.00 |

### Employee Benefits / Pensions

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/31/2009 | KAM | Drafted letter to the IRS regarding levy against ▮ ▮ | 0.30 170.00/hr | 51.00 |
|  |  | Subtotal | 0.30 | 51.00 |

### Fee / Employment Applications

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/6/2009 | KSB | Prepared final invoices for HFC and the Receiver for September 2009. | 0.40 160.00/hr | 64.00 |
|  | SSA | Reviewed fee invoice for September 2009 for content and proper US Trustee category. | 1.00 275.00/hr | 275.00 |
| 10/30/2009 | SSA | Reviewed fee invoices of case professionals. | 0.20 275.00/hr | 55.00 |
|  |  | Subtotal | 1.60 | 394.00 |

### Investor Communications and Reporting

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/5/2009 | SSA | Drafted letter to investors regarding status of case. | 1.00 275.00/hr | 275.00 |
|  | SYS | Reviewed voice mail messages from investors and followed up as necessary. | 0.60 130.00/hr | 78.00 |
| 10/7/2009 | SYS | Telephone calls to and from investors regarding the next distributions or to request change of addresses and updated the investor database as necessary. | 0.50 130.00/hr | 65.00 |
| 10/8/2009 | SYS | Telephone calls to and from investors inquiring about the next distribution and followed up with same as necessary. | 0.50 130.00/hr | 65.00 |
|  | SSA | Finalized letter to investors. Drafted email to Charles Burnett regarding ▮ | 0.40 275.00/hr | 110.00 |
| 10/12/2009 | SYS | Telephone calls from investors inquiring about the next distributions and followed up with same as necessary. | 0.50 130.00/hr | 65.00 |
| 10/14/2009 | SYS | Telephone calls to and from investors and followed up as necessary. | 0.60 130.00/hr | 78.00 |
| 10/15/2009 | SYS | Telephone calls from investors inquiring about the next distributions and followed up as necessary. | 0.60 130.00/hr | 78.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 10/16/2009 | SYS | Telephone calls from investors inquiring about the status of the next distribution and followed up with same as necessary. | 0.60<br>130.00/hr | 78.00 |
| 10/20/2009 | SYS | Telephone calls from investors inquiring about the next distribution and followed up with same as necessary. | 0.60<br>130.00/hr | 78.00 |
| 10/23/2009 | SYS | Telephone calls from investors inquiring about the next distributions and followed up with same as necessary. | 0.60<br>130.00/hr | 78.00 |
| 10/27/2009 | SYS | Telephone calls to and from investors inquiring about the next distribution and followed up with same as necessary. | 0.40<br>130.00/hr | 52.00 |
| 10/28/2009 | SYS | Telephone calls from investors inquiring about the next distributions and followed up with same as necessary. | 0.70<br>130.00/hr | 91.00 |
|  | SYS | Telephone calls from investors inquiring about the next distributions and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| 10/29/2009 | SYS | Reviewed emails from investors regarding previously submitted investor claim forms and the receipt of the First Interim distribution and followed up as necessary. | 0.20<br>130.00/hr | 26.00 |
|  | SYS | Telephone calls to and from investors inquiring about the next distributions and followed up with same as necessary. | 0.40<br>130.00/hr | 52.00 |
| 10/30/2009 | SYS | Telephone calls to and from investors inquiring about the next distributions and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
|  | SYS | Reviewed emails from investor Steve Beckstoffer and followed up as necessary regarding the next or final distribution. | 0.20<br>130.00/hr | 26.00 |
|  |  | **Subtotal** | 9.40 | 1,425.00 |

### Litigation Consulting

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 10/14/2009 | SSA | Reviewed motion for sanctions filed by Banc of America. | 0.30<br>275.00/hr | 82.50 |
| 10/15/2009 | SSA | Researched for payments to G2 and Joseph's Jack. | 0.30<br>275.00/hr | 82.50 |
|  | SSA | Reviewed motion for sanctions filed in the Sentinel case. Drafted emails to Charles Burnett regarding ███. Reviewed emails regarding same. | 0.80<br>275.00/hr | 220.00 |
|  |  | **Subtotal** | 1.40 | 385.00 |

### Tax Issues

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 10/22/2009 | SSA | Reviewed notice from the IRS to Creative Wealth Ventures. Researched for location of same. | 0.40<br>275.00/hr | 110.00 |
| 10/30/2009 | KAM | Prepared 3rd quarter 2009 Form 941. | 0.60<br>170.00/hr | 102.00 |
|  |  | **Subtotal** | 1.00 | 212.00 |
|  |  | **For professional services rendered** | **37.50** | **$6,885.50** |

**SEC v. Travis Correll et al**  <span style="float:right">Page 5</span>

Additional Charges :

| | | Amount |
|---|---|---:|
| | **Expenses** | |
| 10/2/2009 | Document storage at storage warehouse - October 2009 | 100.00 |
| 10/10/2009 | FedEx to Quilling Selander Cummiskey 9/25/09 | 15.76 |
| 10/21/2009 | FedEx to Joseph E Cahill 9/29/09 | 14.89 |
| | FedEx to Irving M Boettcher 9/29/09 | 12.35 |
| | FedEx to Michael Blanchet 9/30/09 | 9.82 |
| 10/28/2009 | Website maintenance through 9/14/09 | 56.25 |
| | Pacer on-line charges for 7/1/09 - 9/30/09 | 21.20 |
| 10/31/2009 | Copying cost for October 2009. | 0.90 |
| | Postage charges for October 2009. | 12.38 |
| | Subtotal | 243.55 |

**Total costs**     **$243.55**

**Total amount of this bill**     **$7,129.05**

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**
**For the Period from    11/1/2009   to   11/30/2009**

December 14, 2009

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Julie N. Hentosz, CFE | 0.20<br>110.00/hr | 22.00 |
| K. Shelby Bao | 0.40<br>160.00/hr | 64.00 |
| Scott S. Askue, CIRA | 8.90<br>275.00/hr | 2,447.50 |
| Shuwanda Y. Sloane, CFE | 8.60<br>130.00/hr | 1,118.00 |
| **For professional services rendered** | **18.10** | **$3,651.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 1.80 |
| Document Storage | 455.00 |
| Federal Express | 21.24 |
| Miscellaneous | 105.00 |
| Postage | 0.44 |
| **Total costs** | **$583.48** |
| | |
| **Total amount of this bill** | **$4,234.98** |

---

CCE - Certified Computer Examiner             CPA - Certified Public Accountant
CFE - Certified Fraud Examiner                CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor   PHR - Professional in Human Resources

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from   11/1/2009   to   11/30/2009**

December 14, 2009

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 8.10 | 2,194.50 |
| Case Administration | 0.20 | 55.00 |
| Claims Administration & Objections | 1.30 | 227.00 |
| Fee / Employment Applications | 0.80 | 174.00 |
| Investor Communications and Reporting | 7.70 | 1,001.00 |
| **For professional services rendered** | **18.10** | **$3,651.50** |

Additional Charges :

| | Amount |
|---|---:|
| Copying Cost | 1.80 |
| Document Storage | 455.00 |
| Federal Express | 21.24 |
| Miscellaneous | 105.00 |
| Postage | 0.44 |
| **Total costs** | **$583.48** |
| | |
| **Total amount of this bill** | **$4,234.98** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from    11/1/2009   to   11/30/2009**

December 14, 2009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Accounting** | | |
| 11/3/2009 | SSA | Reviewed email from and drafted email to Clark Will regarding ▇▇▇▇ | 0.20<br>275.00/hr | 55.00 |
| 11/9/2009 | SSA | Reviewed distributions to date and future distributions to creditors. Drafted email to Shuwanda Sloan regarding same. | 0.20<br>275.00/hr | 55.00 |
| 11/12/2009 | JNH | Reviewed and reconciled bank statement and documents for October 2009. | 0.20<br>110.00/hr | 22.00 |
| 11/23/2009 | SSA | Reviewed documents provided by Jeff Baker and other case documents relating to Dwight Johnson transactions. Left voice mail for Mr. Baker regarding same. | 2.10<br>275.00/hr | 577.50 |
| | SSA | Reviewed transactions relating to ▇▇▇▇ ▇▇▇▇ Performed online research regarding same. | 2.50<br>275.00/hr | 687.50 |
| 11/24/2009 | SSA | Continued research of ▇▇ and funds paid to same. Prepared analysis tracing funds from scheme to same for support of claim. | 2.90<br>275.00/hr | 797.50 |
| | | Subtotal | 8.10 | 2,194.50 |
| | | **Case Administration** | | |
| 11/24/2009 | SSA | Telephone call from Charles Burnett regarding ▇▇ ▇▇▇▇ | 0.20<br>275.00/hr | 55.00 |
| | | Subtotal | 0.20 | 55.00 |
| | | **Claims Administration & Objections** | | |
| 11/3/2009 | SYS | Reviewed Motions forwarded from Charles Burnett regarding ▇▇▇▇ ▇▇▇▇ | 0.40<br>130.00/hr | 52.00 |
| | SSA | Reviewed motion to supplement allowed claims. Prepared updated exhibit A to same. | 0.40<br>275.00/hr | 110.00 |
| | SYS | Telephone calls to investors ▇▇▇▇ and ▇▇▇▇ to advise of Motion to settle supplemental claims and followed up as necessary. | 0.20<br>130.00/hr | 26.00 |

**SEC v. Travis Correll et al**

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/23/2009 SYS | Reviewed voice mail messages from investors and followed up as necessary. | 0.30<br>130.00/hr | 39.00 |
| | Subtotal | 1.30 | 227.00 |

### Fee / Employment Applications

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/9/2009 KSB | Prepared final invoice for the Receiver for October 2009. | 0.20<br>160.00/hr | 32.00 |
| SSA | Reviewed fee invoice for October 2009 for content and proper reference category. | 0.40<br>275.00/hr | 110.00 |
| 11/10/2009 KSB | Prepared final invoice for HFC for October 2009. | 0.20<br>160.00/hr | 32.00 |
| | Subtotal | 0.80 | 174.00 |

### Investor Communications and Reporting

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/2/2009 SYS | Telephone calls to and from investors regarding the next distributions and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| 11/3/2009 SYS | Telephone calls to and from investors regarding the next distribution and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| 11/4/2009 SYS | Telephone calls to and from investors regarding the next distribution and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| 11/5/2009 SYS | Telephone calls to investors that have outstanding distribution checks and followed up with same. | 0.50<br>130.00/hr | 65.00 |
| 11/6/2009 SYS | Reviewed voice mail messages from investors and followed up as necessary. | 0.40<br>130.00/hr | 52.00 |
| 11/9/2009 SYS | Telephone calls to and from several investors regarding the next distribution and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| 11/10/2009 SYS | Reviewed voice mail messages from investors and followed up with same. | 0.50<br>130.00/hr | 65.00 |
| 11/11/2009 SYS | Telephone calls to and from investors inquiring about the status of the final distributions and followed up as necessary with same. | 0.50<br>130.00/hr | 65.00 |
| 11/12/2009 SYS | Telephone calls to and from several investors regarding the next distribution and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| 11/13/2009 SYS | Reviewed voice mail messages from investors regarding the next distribution and followed up as necessary. | 0.50<br>130.00/hr | 65.00 |
| 11/16/2009 SYS | Reviewed emails from investor ▇▇▇ regarding her submitted investor claim forms and followed as necessary. Telephone call to ▇▇▇ regarding same. | 0.30<br>130.00/hr | 39.00 |
| 11/17/2009 SYS | Telephone calls from investors inquiring about the status of distributions and followed up as necessary. | 0.30<br>130.00/hr | 39.00 |
| 11/18/2009 SYS | Reviewed emails from investor ▇▇▇ regarding her submitted investor claim form and the information to be sent to her accountant and followed up as necessary. Telephone call from ▇▇▇ regarding same. | 0.40<br>130.00/hr | 52.00 |
| 11/19/2009 SYS | Reviewed voice and email messages from investors and followed up as necessary. | 0.40<br>130.00/hr | 52.00 |
| SYS | Reviewed email from investor ▇▇▇ inquiring about the final distribution and followed up as necessary. Telephone call from ▇▇▇ regarding same. | 0.20<br>130.00/hr | 26.00 |
| 11/20/2009 SYS | Telephone calls to and from investors inquiring about the next distribution and followed up as necessary. | 0.40<br>130.00/hr | 52.00 |

**SEC v. Travis Correll et al**                                               Page     3

|            |     |                                                                                                      | **Hrs/Rate** | **Amount** |
|------------|-----|------------------------------------------------------------------------------------------------------|--------------|------------|
| 11/24/2009 | SYS | Reviewed voice and email messages from investors and followed up as necessary.                       | 0.30<br>130.00/hr | 39.00 |
| 11/30/2009 | SYS | Reviewed emails and voice mail messages from investors inquiring about the status of distributions and followed up as necessary. | 0.50<br>130.00/hr | 65.00 |
|            |     | Subtotal                                                                                             | 7.70         | 1,001.00   |
|            |     | **For professional services rendered**                                                               | **18.10**    | **$3,651.50** |

Additional Charges :

**Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 11/2/2009 | Document storage - November 2009 | 455.00 |
| 11/3/2009 | FedEx to Quilling Selander Cummiskey | 17.43 |
| 11/13/2009 | Website maintenance 9/1/09 - 10/31/09 | 105.00 |
|  | FedEx to Department of the Treasury 10/30/09 | 3.81 |
| 11/30/2009 | Copying cost for November 2009. | 1.80 |
|  | Postage charges for November 2009. | 0.44 |
|  | Subtotal | 583.48 |
|  | **Total costs** | **$583.48** |
|  | **Total amount of this bill** | **$4,234.98** |

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**
**For the Period from   12/1/2009   to  12/31/2009**

January 11, 2010

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Dick Atcheson | 0.70 | 175.00 |
|  | 250.00/hr |  |
| Julie N. Hentosz, CFE | 0.90 | 99.00 |
|  | 110.00/hr |  |
| Scott S. Askue, CIRA | 4.60 | 1,265.00 |
|  | 275.00/hr |  |
| Shuwanda Y. Sloane, CFE | 8.80 | 1,144.00 |
|  | 130.00/hr |  |
| **For professional services rendered** | **15.00** | **$2,683.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 0.45 |
| Document Storage | 455.00 |
| Postage | 2.51 |
| **Total costs** | **$457.96** |
| **Total amount of this bill** | **$3,140.96** |

---

CCE - Certified Computer Examiner          CPA - Certified Public Accountant
CFE - Certified Fraud Examiner              CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor     PHR - Professional in Human Resources

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from    12/1/2009   to   12/31/2009**

January 11, 2010

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 2.50 | 654.50 |
| Asset Analysis & Recovery | 0.70 | 77.00 |
| Claims Administration & Objections | 0.80 | 104.00 |
| Fee / Employment Applications | 0.40 | 110.00 |
| Investor Communications and Reporting | 8.50 | 1,177.50 |
| Litigation Consulting | 1.40 | 385.00 |
| Tax Issues | 0.70 | 175.00 |
| **For professional services rendered** | **15.00** | **$2,683.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 0.45 |
| Document Storage | 455.00 |
| Postage | 2.51 |
| **Total costs** | **$457.96** |

| | |
|---|---:|
| **Total amount of this bill** | **$3,140.96** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

### Accountants and Financial Consultants to the Receiver

### For the Period from 12/1/2009 to 12/31/2009

January 11, 2010

Professional Services

| | | | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| | | **Accounting** | | |
| 12/2/2009 | SSA | Telephone call from Clark Will regarding ▮ | 0.20 275.00/hr | 55.00 |
| 12/14/2009 | SSA | Telephone call to Clark Will regarding ▮ | 0.20 275.00/hr | 55.00 |
| | JNH | Reviewed and reconciled bank statement and documents for November 2009. | 0.20 110.00/hr | 22.00 |
| 12/17/2009 | SSA | Reviewed monthly transactions and verified and reconciled same. | 0.30 275.00/hr | 82.50 |
| 12/18/2009 | SSA | Drafted email to Clark Will regarding ▮ | 0.30 275.00/hr | 82.50 |
| | SSA | Reviewed for status of restitution against Neulan Midkiff. Drafted email to Charles Burnett regarding ▮ | 0.30 275.00/hr | 82.50 |
| | SSA | Reviewed emails and affidavit regarding Dwight Johnson accounting. Updated as necessary. | 1.00 275.00/hr | 275.00 |
| | | Subtotal | 2.50 | 654.50 |
| | | **Asset Analysis & Recovery** | | |
| 12/8/2009 | JNH | Researched possible unclaimed property for all entities related to case. | 0.70 110.00/hr | 77.00 |
| | | Subtotal | 0.70 | 77.00 |
| | | **Claims Administration & Objections** | | |
| 12/1/2009 | SYS | Reviewed returned distribution check and researched Lexis to obtain current mailing address in order to reissue and updated the investor database as necessary. | 0.20 130.00/hr | 26.00 |
| 12/9/2009 | SYS | Telephone calls to investors where distribution checks remain outstanding and followed up with same. | 0.20 130.00/hr | 26.00 |
| 12/14/2009 | SYS | Reviewed email from ▮ regarding investors ▮ and followed up with same as necessary. Drafted email to ▮ regarding same. | 0.20 130.00/hr | 26.00 |
| 12/21/2009 | SYS | Reviewed email from ▮ and followed up as necessary. | 0.20 130.00/hr | 26.00 |

| | | | Page | 2 |
|---|---|---|---|---|
| **SEC v. Travis Correll et al** | | | **Hrs/Rate** | **Amount** |
| | | Subtotal | 0.80 | 104.00 |

### Fee / Employment Applications

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/4/2009 | SSA | Reviewed and edited fee invoice for October. | 0.40<br>275.00/hr | 110.00 |
| | | Subtotal | 0.40 | 110.00 |

### Investor Communications and Reporting

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2009 | SYS | Telephone calls from investors inquiring about the next distribution and followed up as necessary. | 0.40<br>130.00/hr | 52.00 |
| 12/2/2009 | SSA | Telephone call from ▮▮▮▮▮ regarding case issues and distributions to investors. | 0.30<br>275.00/hr | 82.50 |
| 12/3/2009 | SYS | Telephone calls to and from investors regarding the final distribution and followed up with same. | 0.30<br>130.00/hr | 39.00 |
| 12/4/2009 | SYS | Reviewed emails and voice mail messages from investors inquiring about the final distribution and followed up with same as necessary. | 0.50<br>130.00/hr | 65.00 |
| 12/7/2009 | SYS | Telephone calls from investors and followed up as necessary. | 0.30<br>130.00/hr | 39.00 |
| 12/8/2009 | SYS | Telephone calls from investors inquiring about the final distributions and followed up with same. | 0.30<br>130.00/hr | 39.00 |
| | SYS | Telephone calls from investors inquiring about the final distributions and followed up with same. | 0.30<br>130.00/hr | 39.00 |
| 12/9/2009 | SSA | Telephone call to ▮▮▮▮▮ regarding status of distribution. | 0.20<br>275.00/hr | 55.00 |
| | SYS | Telephone calls from investors inquiring about the final distributions and followed up with same. | 0.30<br>130.00/hr | 39.00 |
| | SYS | Telephone calls and email messages from investors inquiring about the final distributions and followed up with as necessary. | 0.30<br>130.00/hr | 39.00 |
| 12/10/2009 | SYS | Telephone calls from investors inquiring about the final distribution and followed up as necessary. | 0.40<br>130.00/hr | 52.00 |
| | SYS | Drafted email to investor ▮▮▮▮▮ as necessary regarding the final distribution. | 0.20<br>130.00/hr | 26.00 |
| 12/11/2009 | SYS | Telephone calls to and from investors regarding the final distributions and followed up with same as necessary. | 0.40<br>130.00/hr | 52.00 |
| 12/14/2009 | SYS | Telephone calls from investors and followed up as necessary. | 0.40<br>130.00/hr | 52.00 |
| 12/15/2009 | SYS | Reviewed voice mail messages from investors and followed as necessary. | 0.40<br>130.00/hr | 52.00 |
| | SYS | Reviewed voice and email messages from investors and followed up as necessary. | 0.40<br>130.00/hr | 52.00 |
| 12/16/2009 | SYS | Telephone calls from investors inquiring about the final distribution and followed up as necessary. | 0.30<br>130.00/hr | 39.00 |
| 12/17/2009 | SYS | Telephone calls from investors regarding the final distribution and followed up as necessary. | 0.40<br>130.00/hr | 52.00 |
| | SYS | Reviewed voice mail messages from 3 investors inquiring about the status of distributions and provided an update as necessary. | 0.30<br>130.00/hr | 39.00 |
| 12/18/2009 | SYS | Telephone calls from investors and followed up as necessary. | 0.30<br>130.00/hr | 39.00 |
| 12/21/2009 | SYS | Telephone calls from investors regarding the final distribution and followed up as necessary. | 0.40<br>130.00/hr | 52.00 |

**SEC v. Travis Correll et al**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/22/2009 | SYS | Reviewed email and voice mail messages from investors inquiring about the status of the final distribution and followed up with same as necessary. | 0.50 130.00/hr | 65.00 |
| 12/23/2009 | SYS | Telephone calls from investors inquiring about the final distributions and followed up as necessary. | 0.20 130.00/hr | 26.00 |
| | SYS | Telephone calls from investors inquiring about the final distributions and followed up as necessary. | 0.30 130.00/hr | 39.00 |
| 12/29/2009 | SYS | Reviewed voice mail messages from investors regarding the final distribution and followed up with same as necessary. | 0.40 130.00/hr | 52.00 |
| | | Subtotal | 8.50 | 1,177.50 |

### Litigation Consulting

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/11/2009 | SSA | Researched for and reviewed indictment of Gregory Thompson. Telephone call to Clark Will regarding | 0.90 275.00/hr | 247.50 |
| 12/14/2009 | SSA | Telephone call from Rich Douglas regarding Sentinel fund related matters. | 0.50 275.00/hr | 137.50 |
| | | Subtotal | 1.40 | 385.00 |

### Tax Issues

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/3/2009 | DA | Prepared an initial review of 2009 tax costs based on prior returns and 2009 cash flow and advised Scott Askew of findings. | 0.70 250.00/hr | 175.00 |
| | | Subtotal | 0.70 | 175.00 |

| | | | | |
|---|---|---|---|---|
| | **For professional services rendered** | | **15.00** | **$2,683.00** |

Additional Charges :

### Expenses

| Date | Description | Amount |
|---|---|---|
| 12/1/2009 | Document storage - December 2009 | 455.00 |
| 12/31/2009 | Copying cost for December 2009. | 0.45 |
| | Postage charges for December 2009. | 2.51 |
| | Subtotal | 457.96 |

| | | |
|---|---|---|
| **Total costs** | | **$457.96** |
| **Total amount of this bill** | | **$3,140.96** |