# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 11/09/09 |
| Attn: Mr. S. Gregory Hays | Submitted by | J D Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1239300 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

**RE:** Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/09 | $2,549.33 |
| Less Adjustments | - $26.60 |
| Total Fees | $2,522.73 |
| Costs and Expenses Through 10/31/09 | $133.84 |
| **Total Amount of This Invoice** | **$2,656.57** |

IN ACCOUNT WITH

Invoice Date 11/09/09
Invoice Number 1239300
File No. 033287.000002
Page 2

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 10/02/09 | CRB | Telephone conference with ▮ regarding freeze on ▮ account; telephone conference with Scott Askue regarding ▮ draft letter to Commerce Bank releasing freeze | 0.5 |
| 10/05/09 | CRB | Correspond with Timothy McCole regarding ▮ telephone conference with ▮ regarding ▮ frozen account; correspond with Receiver Team regarding ▮ revise update letter to investors<br>(0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.8 |
| 10/06/09 | CRB | Draft letter releasing freeze on ▮ account; correspond with ▮ regarding same | 0.3 |
| 10/07/09 | CRB | Correspond with David Dantzler regarding ▮ telephone conference with Shuwanda Sloane regarding ▮ | 0.2 |
| 10/08/09 | CRB | Correspond with Receiver Team regarding ▮ correspond with Receiver Team regarding ▮ | 0.3 |
| 10/09/09 | CRB | Correspond with Receiver Team regarding ▮ telephone conference with Timothy McCole regarding ▮ correspond regarding Receiver Team ▮ | 0.6 |
| 10/09/09 | HC | Prepare initial draft of status report in Midkiff matter | 0.3 |
| 10/13/09 | CRB | Telephone conference with Scott Askue regarding ▮ | 0.1 |
| 10/14/09 | CRB | Review Motion for Sanctions filed by Bank of America | 0.3 |
| 10/15/09 | CRB | Review Motion for Sanctions filed by Bank of America; correspond with Josephs Jack regarding same and Motion for Summary Judgment; telephone conference with Scott Askue regarding ▮ correspond with Receiver Team regarding ▮ | 1.0 |
| 10/16/09 | CRB | Draft Status Report in Midkiff litigation; file Status Report; review correspondence from Stephanie Demos regarding Motion for Summary Judgment in Bank of America litigation; telephone conference with Greg Hays regarding ▮ | 1.3 |
| 10/19/09 | CRB | Telephone conference with Scott Askue regarding ▮ correspond with ▮ regarding same | 0.3 |
| 10/21/09 | CRB | Telephone conference with Scott Askue regarding ▮ correspond with David Dantzler regarding ▮ | 0.7 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 11/09/09
Invoice Number 1239300
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 10/22/09 | CRB | Correspond with ▮ regarding freeze on ▮ account; draft letter to TD Bank releasing freeze on ▮ account | 0.7 |
| 10/22/09 | HC | Assist in research regarding Creative Wealth; email correspondence regarding same | 0.6 |
| 10/26/09 | CRB | Correspond with Stephanie Demos regarding Motion for Sanctions filed in Bank of America litigation; correspond with Scott Askue regarding ▮ | 0.2 |
| 10/27/09 | CRB | Telephone conference with Michael Josephs and Stephanie Demos regarding Motion for Sanctions in Bank of America litigation and ▮ | 0.5 |
| 10/28/09 | CRB | Telephone conference with Greg Hays regarding ▮ telephone conference with David Dantzler regarding ▮ | 0.4 |
| 10/30/09 | CRB | Telephone conference with Michael Josephs regarding dismissal of Bank of America litigation; telephone conference with Greg Hays regarding ▮ review correspondence with Bank of America's counsel regarding same | 0.5 |

Total Hours    9.6

Total Fees    2,549.33

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/09**

| Name | Hours | Amount |
|---|---|---|
| C R Burnett | 8.7 | 2,314.20 |
| H Cheshire | 0.9 | 235.13 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/09**

| Description | Amount |
|---|---|
| Search Costs | 133.84 |

Total:    133.84

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/09/09
Invoice Number 1239300
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

Total Fees & Costs: $2,683.17

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 12/09/09 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1257037 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

**RE:** Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 11/30/09 | $824.60 |
| Less Adjustments | - $239.40 |
| Total Fees | $585.20 |
| **Total Amount of This Invoice** | **$585.20** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 12/09/09
Invoice Number 1257037
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 11/02/09 | CRB | Draft Motion to Approve Second Schedule of Supplemental Claims; correspond with Receiver Team regarding ▮ | 1.2 |
| 11/04/09 | CRB | Telephone conference with ▮ regarding recent filing with the Court; telephone conference with Scott Askue regarding ▮ review correspondence regarding Bank of America litigation; correspond with Greg Hays regarding ▮ correspond with Receiver Team regarding ▮ | 0.5 |
| 11/05/09 | CRB | Correspond with ▮ regarding third party settlements; telephone conference with Shuwanda Sloane regarding ▮ draft Fee Application (.7, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.8 |
| 11/10/09 | CRB | Prepare fee application for September 2009 time (.2, Time spent on Fee Application, not billed to Hays Financial Consulting); correspond with Timothy McCole regarding ▮; telephone conference with Scott Askue regarding ▮ review additional materials concerning funds in ▮ | 0.6 |

|  |  |
|---|---|
| Total Hours | 3.1 |
| Total Fees | 824.60 |
| Less Adjustments | - 239.40 |
| Total Fees | $585.20 |

**TIMEKEEPER TIME SUMMARY THROUGH 11/30/09**

| Name | Hours | Amount |
|---|---|---|
| C R Burnett | 3.1 | 824.60 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Hays Financial Consulting, LLC
Attn: Mr. S. Gregory Hays
3343 Peachtree Rd NE
Ste 200
Atlanta, GA 30326-1420

| | |
|---|---|
| Invoice Date | 01/14/10 |
| Submitted by | J Dantzler |
| Direct Dial | 404-885-3314 |
| Invoice No. | 1253699 |
| File No. | 033287.000002 |

**RE:** Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/09 | $632.71 |
| Less Adjustments | - $79.80 |
| Total Fees | $552.91 |
| **Total Amount of This Invoice** | **$552.91** |

IN ACCOUNT WITH

# Troutman Sanders LLP
ATTORNEYS AT LAW

Invoice Date 01/14/10  
Invoice Number 1253699  
File No. 033287.000002  
Page 2

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/09**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 11/17/09 | CRB | Telephone conference with Scott Askue regarding ▓▓▓▓ | 0.1 |
| 12/07/09 | CRB | Telephone conference with Scott Askue regarding ▓▓▓▓ | 0.1 |
| 12/14/09 | CRB | Review correspondence regarding Sentinel Bankruptcy and telephone conference with Scott Askue regarding ▓▓▓▓ (.1); correspond with Timothy McCole regarding fee application (0.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 |
| 12/15/09 | CRB | Coordinate filing of fee application for September 2009 time (0.2, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.2 |
| 12/18/09 | HC | Check Minnesota dockets regarding status reports; email correspondence regarding same | 0.5 |
| 12/21/09 | HC | Draft status report in Gillespie matter | 0.7 |
| 12/28/09 | CRB | Draft Status Report in Gillespie v. Correll | 0.5 |
| 12/29/09 | CRB | Coordinate filing of Status Report in Gillespie v. Correll | 0.1 |

Total Hours 2.4

Total Fees 632.71

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/09**

| Name | Hours | Amount |
|---|---|---|
| C R Burnett | 1.2 | 319.20 |
| H Cheshire | 1.2 | 313.51 |