# EXHIBIT D



QUILLING · SELANDER · CUMMISKEY · LOWNDS

Federal ID #75-2459334

S. Gregory Hays
Special Counsel for Greg Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, Suite 750
Atlanta  GA  30326

Travis E. Correll, et al.

Page: 1
10/31/2009
Client No:    911-0150M
Invoice No:      86258

### ITEMIZED  SERVICES  BILL

|            |     |                                                                                                                                                                                      | Hours |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 10/02/2009 | CBW | Review and analysis of recent amended filings regarding hearing on October 9;                                                                                                        | 0.50  | 175.00   |
| 10/12/2009 | MDC | Receive communications between S. Askue, T. McCole and R. Freeman re ███████████ and phone call from R. Freeman to discuss ███ and brief review of file/settlement documents re same. | 0.90  | 261.00   |
| 10/14/2009 | CBW | Review and analysis of supplemental report to Court (.5); review of correspondence from Federal Court regarding status (.3); receive and forward oil and gas matters regarding TNT/Thompson (.5); email to Ralph Freeman regarding █████████ (.3); email regarding Thompson settlement (.5); telephone conference with Ralph Freeman regarding ████████████ (.4); review of correspondence regarding settlement (.9); | 3.40 | 1,190.00 |
| 10/15/2009 | CBW | Work on Thompson/TNT Settlement (3.2);                                                                                                                                                | 3.20  | 1,120.00 |
| 10/16/2009 | CBW | Continue work on settlement (1.8); review of recent court orders and filings received from court (.5); telephone conference with Ralph Freeman regarding ██████████ (.3);             | 2.60  | 910.00   |
| 10/19/2009 | CBW | Forward docs to client regarding ██████ (.4); work on settlement documents regarding TNT/Thompson (1.8); research file and docket regarding status of judgment against TNT and draft email to Attorney McCole regarding same (1.9); | 4.10 | 1,435.00 |
| 10/20/2009 | CBW | Telephone conference with Attorney McCole regarding TNT issues and regarding Johnson (.5); telephone conference with Ralph Freeman regarding ████████████ (.3); continue working on initial draft of settlement and forward to Attorney McCole (3.2); telephone conference with Scott Askue regarding ██████████████ (.4); | 4.40 | 1,540.00 |
| 10/21/2009 | CBW | Telephone conference with Ralph Freeman regarding ████████████ (.3); complete draft of settlement agreement; forward to Attorney McCole with comments (1.3); | 1.50 | 525.00 |
| 10/22/2009 | CBW | Review and respond to email from Tim McCole regarding settlement (.5);                                                                                                                | 0.50  | 175.00   |
| 10/23/2009 | CBW | Review of email from Attorney McCole; revise settlement agreement; email to Attorney Baker;                                                                                           | 1.60  | 560.00   |

Bryan Tower  2001 Bryan St., Suite 1800  Dallas, TX 75201  │  ph. 214.871.2100   fx. 214.871.2111   www.qsclpc.com

A  P R O F E S S I O N A L  C O R P O R A T I O N  │  A T T O R N E Y S  A N D  C O U N S E L O R S

|            |     |                                                                                                                          | Hours |         |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|-------|---------|
| 10/27/2009 | CBW | Review of Order from Court and comment to team (.5);                                                                      | 0.50  | 175.00  |
| 10/28/2009 | CBW | Telephone conference with court personnel regarding status (.3); prepare for conference call with Court; review of recent orders (.8); | 1.10  | 385.00  |
| 10/29/2009 | CBW | Prepare for and engage in conference call with Court regarding status of case and questions regarding receivership team activities (.9); | 0.90  | 315.00  |
| 10/30/2009 | CBW | Receipt of documents from Ralph Freeman; forward same to CB; follow up emails with counsel regarding ████████ and regarding ████████ | 1.00  | 350.00  |
|            |     | For Current Services Rendered                                                                                             | 26.20 | 9,116.00 |

                              Recapitulation
| Timekeeper       | Hours | Hourly Rate | Total     |
|------------------|-------|-------------|-----------|
| Michael D. Clark | 0.90  | $290.00     | $261.00   |
| Clark B. Will    | 25.30 | 350.00      | 8,855.00  |


                    Postage                                            5.98
                    Pacer Service                                      7.92
                    Total Expenses Thru 10/31/2009                    13.90

                    Total Current Work                             9,129.90

                    Balance Due                                   $9,129.90


                NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT



QUILLING · SELANDER · CUMMISKEY · LOWNDS

Federal ID #75-2459334

S. Gregory Hays
Special Counsel for Greg Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, Suite 750
Atlanta  GA  30326

Travis E. Correll, et al.

Page: 1
11/30/2009

Client No:    911-0150M
Invoice No:        88067

### ITEMIZED  SERVICES  BILL

|            |     |                                                                                                                                                              | Hours |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 11/03/2009 | CBW | E-mail messages with Baker; forward to counsel; review of response from Scott Askue; E-mail message with Scott Askue regarding ██████████ review of order from Court. | 1.00  | 350.00   |
| 11/11/2009 | CBW | Review and analysis of checks and bills regarding oil and gas properties and forward to Receiver.                                                             | 0.50  | 175.00   |
| 11/16/2009 | CBW | E-mail message to Scott Askue regarding ██████ ██████████████                                                                                                 | 0.30  | 105.00   |
| 11/18/2009 | CBW | Review of oil and gas revenues and tax matters; forward to Scott Askue for action.                                                                            | 0.50  | 175.00   |
| 11/19/2009 | CBW | E-mail message to McCole, et al.                                                                                                                              | 0.40  | 140.00   |
| 11/24/2009 | CBW | Review and respond to E-mail message regarding TNT.                                                                                                           | 0.50  | 175.00   |
|            |     | For Current Services Rendered                                                                                                                                 | 3.20  | 1,120.00 |

### Recapitulation

| Timekeeper     | Hours | Hourly Rate | Total      |
|----------------|-------|-------------|------------|
| Clark B. Will  | 3.20  | $350.00     | $1,120.00  |

| | |
|---|---|
| Photocopies | 0.60 |
| Postage | 2.51 |
| Total Expenses Thru 11/30/2009 | 3.11 |
| Total Current Work | 1,123.11 |
| Balance Due | $1,123.11 |

NOTE:  PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT



QUILLING · SELANDER · CUMMISKEY · LOWNDS

Federal ID #75-2459334

S. Gregory Hays
Special Counsel for Greg Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, Suite 750
Atlanta  GA  30326

Travis E. Correll, et al.

### ITEMIZED  SERVICES  BILL

| | | | Hours | |
|---|---|---|---|---|
| 12/01/2009 | CBW | Email with Attorney McCole regarding scheduling; telephone conference with Attorney McCole regarding declarations and motions regarding disgorgement amounts; email to Scott Askue regarding ▮▮▮ | 1.10 | 385.00 |
| 12/02/2009 | CBW | E-mail message Scott Askue; telephone conference with Scott Askue regarding ▮▮▮▮ | 0.70 | 245.00 |
| 12/03/2009 | CBW | E-mail message to Attorney Burnett regarding ▮▮▮ (.3); document and file review to work on Declaration of Scott Askue, Ralph Freeman and Clark Will regarding disgorgement. | 3.00 | 1,050.00 |
| 12/04/2009 | CBW | Work on supporting documentation and declarations for disgorgement motions (2.5); E-mail messages with counsel (.3). | 2.80 | 980.00 |
| 12/07/2009 | CBW | Continue working on supporting declarations regarding Johnson and Thompson. | 0.60 | 210.00 |
| 12/08/2009 | CBW | Work on declarations for Johnson issues. | 0.90 | 315.00 |
| 12/09/2009 | CBW | Telephone conference with Patrick Dover regarding public information request (.5); telephone conference with Ralph Freeman regarding ▮▮▮ (.3). | 0.80 | 280.00 |
| 12/10/2009 | CBW | Continue working on declarations and update analysis of liquidated assets; telephone conference with Ralph Freeman regarding ▮▮▮ | 3.10 | 1,085.00 |
| 12/11/2009 | CBW | Emails and telephone conference with Scott Askue. | 0.40 | 140.00 |
| 12/14/2009 | CBW | Telephone conference with Scott Askue regarding ▮▮▮▮ | 0.40 | 140.00 |
| 12/18/2009 | CBW | Emails with Scott Askue regarding ▮▮▮ | 0.40 | 140.00 |
| 12/29/2009 | CBW | Review of oil and gas information received; draft correspondence to Receiver regarding ▮▮▮ | 0.70 | 245.00 |
| 12/30/2009 | CBW | Review ▮▮▮ from Ralph Freeman and forward to Carol Bernshausen. | 0.40 | 140.00 |
| | | For Current Services Rendered | 15.30 | 5,355.00 |

Special Counsel for Greg Hays

Travis E. Correll, et al.

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Clark B. Will | 15.30 | $350.00 | $5,355.00 |

| | |
|---|---|
| Photocopies | 6.40 |
| Total Expenses Thru 12/31/2009 | 6.40 |
| Total Current Work | 5,361.40 |
| Balance Due | $5,361.40 |

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT