# EXHIBIT E

# BRAY & FREEMAN, L.P.

BRAY & FREEMAN, L.P.  
14232 Marsh Ln., Ste. 419  
Addison, TX 75001

(817)688-6186  
rfreeman@brayandfreeman.com

## Invoice

| DATE | INVOICE # |
|---|---|
| 10/31/2009 | 6557 |
| TERMS | DUE DATE |
| Due on receipt | 10/31/2009 |

| BILL TO |
|---|
| Attn: CLARK WILL<br>Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201 |

| AMOUNT DUE | ENCLOSED |
|---|---|
| $450.00 | |

*Please detach top portion and return with your payment.*

---

| Reference | TIN |
|---|---|
| SEC v. TNT/Correll | 04-3759685 |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 10/08/2009 | Meeting w/Timothy McCole re: ▮▮▮▮; communication w/Askue and CBW re: ▮▮▮ | 2 | 100.00 | 200.00 |
| 10/12/2009 | Communication with CBW re: ▮▮▮ | 0.5 | 100.00 | 50.00 |
| 10/16/2009 | Telephone conference with CBW re: ▮▮▮ | 0.5 | 100.00 | 50.00 |
| 10/20/2009 | Telephone conference with CBW re: ▮▮▮ | 0.5 | 100.00 | 50.00 |
| 10/21/2009 | Review of ▮▮▮ with CBW | 0.5 | 100.00 | 50.00 |
| 10/30/2009 | Forwarding ▮▮▮ to CBW; discussion of ▮ | 0.5 | 100.00 | 50.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $450.00 |
| | TAX (8.25%) | $0.00 |
| | TOTAL | $450.00 |