# EXHIBIT A

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from    1/1/2010    to  1/31/2010**

February 11, 2010

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 1.90<br>400.00/hr | 760.00 |
| **For professional services rendered** | **1.90** | **$760.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from   1/1/2010   to   1/31/2010**

February 11, 2010

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Asset Analysis & Recovery | 0.30 | 120.00 |
| Case Administration | 1.00 | 400.00 |
| Tax Issues | 0.60 | 240.00 |
| **For professional services rendered** | **1.90** | **$760.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    1/1/2010    to    1/31/2010**

February 11, 2010

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| | **Asset Analysis & Recovery** | | |
| 1/11/2010 SGH | Telephone call from bank regarding account that was frozen in 2006. Drafted email to Scott Askue regarding same. | 0.30<br>400.00/hr | 120.00 |
| | Subtotal | 0.30 | 120.00 |
| | **Case Administration** | | |
| 1/18/2010 SGH | Telephone call to Clark Will regarding ▮▮▮▮▮ Updated project list. | 0.40<br>400.00/hr | 160.00 |
| 1/20/2010 SGH | Reviewed and edited several drafts of the interim report. Telephone call to Clark Will regarding ▮▮▮▮▮ | 0.60<br>400.00/hr | 240.00 |
| | Subtotal | 1.00 | 400.00 |
| | **Tax Issues** | | |
| 1/11/2010 SGH | Reviewed and signed tax returns. | 0.60<br>400.00/hr | 240.00 |
| | Subtotal | 0.60 | 240.00 |
| | **For professional services rendered** | **1.90** | **$760.00** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
3343 Peachtree Road, N.E.
**Suite 200**
**Atlanta GA 30326**

### Receiver
### For the Period from    2/1/2010    to   2/28/2010

March 05, 2010

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 1.00<br>400.00/hr | 400.00 |
| **For professional services rendered** | **1.00** | **$400.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from 2/1/2010 to 2/28/2010**

March 05, 2010

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Fee / Employment Applications | 0.30 | 120.00 |
| Litigation Consulting | 0.70 | 280.00 |
| **For professional services rendered** | **1.00** | **$400.00** |

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from   2/1/2010   to   2/28/2010**

March 05, 2010

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| | **Fee / Employment Applications** | | | |
| 2/17/2010 | SGH | Reviewed January invoices for Accountants to Receiver. | 0.30 400.00/hr | 120.00 |
| | | Subtotal | 0.30 | 120.00 |
| | **Litigation Consulting** | | | |
| 2/25/2010 | SGH | Reviewed emails regarding Watson recovery and Five Star. Reviewed reports regarding same. | 0.40 400.00/hr | 160.00 |
| | SGH | Telephone call from David Dantzler and Charles Burnett regarding ▮▮▮▮▮▮▮▮ | 0.30 400.00/hr | 120.00 |
| | | Subtotal | 0.70 | 280.00 |
| | **For professional services rendered** | | **1.00** | **$400.00** |