# EXHIBIT B

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
**For the Period from   1/1/2010   to   1/31/2010**

February 11, 2010

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Dick Atcheson | 3.80 | 950.00 |
|  | 250.00/hr |  |
| Dwaine A. Butler | 2.30 | 287.50 |
|  | 125.00/hr |  |
| J. Colt Conner, CFE | 0.40 | 60.00 |
|  | 150.00/hr |  |
| Julie N. Hentosz, CFE | 0.20 | 25.00 |
|  | 125.00/hr |  |
| K. Shelby Bao | 0.40 | 68.00 |
|  | 170.00/hr |  |
| Kathryn A. Malek, PHR | 1.80 | 324.00 |
|  | 180.00/hr |  |
| Monica Renaud | 1.80 | 270.00 |
|  | 150.00/hr |  |
| Scott S. Askue, CIRA | 15.00 | 4,500.00 |
|  | 300.00/hr |  |
| Shuwanda Y. Sloane, CFE | 6.60 | 924.00 |
|  | 140.00/hr |  |
| **For professional services rendered** | **32.30** | **$7,408.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 29.85 |
| Document Storage | 455.00 |
| Federal Express | 17.06 |
| Postage | 8.47 |
| **Total costs** | **$510.38** |
| | |
| **Total amount of this bill** | **$7,918.88** |

---

CCE - Certified Computer Examiner         CPA - Certified Public Accountant
CFE - Certified Fraud Examiner            CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor    PHR - Professional in Human Resources

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from    1/1/2010   to  1/31/2010**

February 11, 2010

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 8.50 | 2,112.50 |
| Case Administration | 5.40 | 1,588.00 |
| Claims Administration & Objections | 0.90 | 126.00 |
| Fee / Employment Applications | 0.90 | 218.00 |
| Investor Communications and Reporting | 5.90 | 830.00 |
| Litigation Consulting | 3.10 | 930.00 |
| Tax Issues | 7.60 | 1,604.00 |
| **For professional services rendered** | **32.30** | **$7,408.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 29.85 |
| Document Storage | 455.00 |
| Federal Express | 17.06 |
| Postage | 8.47 |
| **Total costs** | **$510.38** |
| | |
| **Total amount of this bill** | **$7,918.88** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE  
East Tower, Suite 200  
Atlanta, GA 30326

SEC v. Travis Correll et al  
c/o S. Gregory Hays, Receiver  
3343 Peachtree Road, N.E.  
Suite 200  
Atlanta GA 30326

## Accountants and Financial Consultants to the Receiver

For the Period from   1/1/2010   to   1/31/2010

February 11, 2010

Professional Services

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Accounting** | | | | |
| 1/8/2010 | SSA | Drafted email to Clark Will regarding ▮▮▮▮▮ | 0.20<br>300.00/hr | 60.00 |
| 1/12/2010 | SSA | Telephone call from Charles Burnett regarding ▮▮▮▮▮ | 0.20<br>300.00/hr | 60.00 |
| | SSA | Researched flow of frozen funds in the name of ATL II, Inc. and drafted email to Charles Burnett regarding ▮▮▮ Researched flow of frozen funds in the name of Silverton Capital. Drafted email on findings. | 2.30<br>300.00/hr | 690.00 |
| 1/14/2010 | DAB | Discussed issues with Scott Askue regarding the recovery of records and client review of same. | 0.20<br>125.00/hr | 25.00 |
| 1/15/2010 | JNH | Reviewed and reconciled bank statement and documents for December 2009. | 0.20<br>125.00/hr | 25.00 |
| 1/18/2010 | DAB | Reviewed and recovered accounting records at the storage facility. Delivered records to Scott Askue for review. | 1.10<br>125.00/hr | 137.50 |
| | SSA | Updated and finalized accounting of transactions between defendants and Dwight Johnson. Began review and edit of affidavit on same. | 2.80<br>300.00/hr | 840.00 |
| 1/22/2010 | DAB | Reviewed and responded to email from Scott Askue regarding the recovery and transport of the accounting records. | 0.20<br>125.00/hr | 25.00 |
| 1/26/2010 | DAB | Retrieved accounting records for review by investigator from HFC offices, loaded, and delivered to warehouse. | 0.80<br>125.00/hr | 100.00 |
| 1/28/2010 | SSA | Reviewed and verified transactions for December 2009. | 0.50<br>300.00/hr | 150.00 |
| | | Subtotal | 8.50 | 2,112.50 |
| **Case Administration** | | | | |
| 1/5/2010 | SSA | Telephone call to Charles Burnett regarding ▮▮▮▮▮ | 0.20<br>300.00/hr | 60.00 |
| 1/11/2010 | SSA | Reviewed fee order and drafted email to Kathy Malek regarding payment of same. | 0.30<br>300.00/hr | 90.00 |
| 1/12/2010 | SSA | Reviewed ▮▮▮▮▮ by Charles Burnett. Drafted email with ▮▮▮▮▮ | 0.30<br>300.00/hr | 90.00 |

**SEC v. Travis Correll et al**

| Date | Staff | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 1/12/2010 | SSA | Telephone conference with Clark Will and Charles Burnett regarding ▮▮▮▮▮ | 0.40<br>300.00/hr | 120.00 |
| 1/14/2010 | SYS | Discussed issues with Scott Askue regarding the status of distributions and other case related issues. | 0.20<br>140.00/hr | 28.00 |
| 1/18/2010 | SSA | Drafted email to and reviewed email form Clark Will regarding ▮▮▮▮▮ | 0.30<br>300.00/hr | 90.00 |
|  | SSA | Drafted email to the Receiver regarding status of case issues and interim report. | 0.20<br>300.00/hr | 60.00 |
| 1/19/2010 | SSA | Researched for status of various issues. Updated status report to the court. | 1.60<br>300.00/hr | 480.00 |
|  | SSA | Reviewed and edited Interim Joint Status Report. | 1.20<br>300.00/hr | 360.00 |
| 1/20/2010 | SSA | Reviewed Interim Status Report and various emails regarding same. Researched issues and updated report as necessary. | 0.70<br>300.00/hr | 210.00 |
|  |  | **Subtotal** | 5.40 | 1,588.00 |

### Claims Administration & Objections

| Date | Staff | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 1/4/2010 | SYS | Reviewed emails from investors requesting change of addresses and updated the investor database as necessary. | 0.20<br>140.00/hr | 28.00 |
| 1/18/2010 | SYS | Reviewed documents forwarded from investor ▮▮▮▮▮ regarding her expired distribution check and followed up with Kathy Malek to have reissued. Telephone to ▮▮▮▮▮ regarding same. | 0.30<br>140.00/hr | 42.00 |
| 1/20/2010 | SYS | Drafted email to Scott Askue regarding investors ▮▮▮▮▮ and ▮▮▮▮▮ and the filing of the Second Schedule of Supplemental Claims and followed up as necessary regarding same. | 0.20<br>140.00/hr | 28.00 |
| 1/28/2010 | SYS | Reviewed email messages from investors and followed up as necessary. | 0.20<br>140.00/hr | 28.00 |
|  |  | **Subtotal** | 0.90 | 126.00 |

### Fee / Employment Applications

| Date | Staff | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 1/8/2010 | SSA | Reviewed and edited fee invoice for December 2009 for content and proper category. | 0.30<br>300.00/hr | 90.00 |
| 1/11/2010 | KSB | Prepared final invoices for HFC and the Receiver for December 2009. | 0.40<br>170.00/hr | 68.00 |
| 1/27/2010 | SSA | Reviewed fee invoice of Troutman Sanders. | 0.20<br>300.00/hr | 60.00 |
|  |  | **Subtotal** | 0.90 | 218.00 |

### Investor Communications and Reporting

| Date | Staff | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 1/4/2010 | SYS | Reviewed voice and email messages from investors inquiring about the status of the final distribution and followed up with same. | 0.40<br>140.00/hr | 56.00 |
|  | SYS | Reviewed emails from investor ▮▮▮▮▮ and followed up with same as necessary. | 0.20<br>140.00/hr | 28.00 |
| 1/5/2010 | SYS | Reviewed email messages from investors and followed up with same as necessary. | 0.20<br>140.00/hr | 28.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/5/2010 | SYS | Telephone calls to and from investors inquiring about the final distribution and followed up with same. | 0.40<br>140.00/hr | 56.00 |
| | SYS | Telephone calls from investors and followed up as necessary. | 0.20<br>140.00/hr | 28.00 |
| 1/6/2010 | SYS | Reviewed voice mail messages from investors and followed up as necessary. | 0.30<br>140.00/hr | 42.00 |
| 1/7/2010 | SYS | Reviewed emails from investor [redacted] and followed up as necessary. | 0.20<br>140.00/hr | 28.00 |
| 1/8/2010 | SYS | Reviewed voice mail messages from investors regarding the status of the final distribution and followed up with same. | 0.30<br>140.00/hr | 42.00 |
| 1/11/2010 | SYS | Telephone calls from investors inquiring about the final distribution. | 0.20<br>140.00/hr | 28.00 |
| | SYS | Telephone calls from investors regarding the final distribution. | 0.20<br>140.00/hr | 28.00 |
| 1/12/2010 | JCC | Reviewed and responded to emails from Scott Askue regarding additions to website. Drafted email attaching documents to website manager regarding same. | 0.20<br>150.00/hr | 30.00 |
| | SYS | Telephone calls from investors and followed up as necessary. | 0.20<br>140.00/hr | 28.00 |
| 1/13/2010 | SYS | Reviewed email messages from Charles Burnett regarding [redacted] and followed up as necessary. | 0.20<br>140.00/hr | 28.00 |
| | SYS | Reviewed voice mail messages from investors inquiring about the status of distributions and followed up as necessary. | 0.40<br>140.00/hr | 56.00 |
| 1/15/2010 | SYS | Telephone calls from investors and followed up as necessary. | 0.20<br>140.00/hr | 28.00 |
| 1/18/2010 | SYS | Reviewed emails from investor [redacted] and followed up as necessary. | 0.20<br>140.00/hr | 28.00 |
| | SYS | Telephone calls from investors inquiring about the final distribution and followed up as necessary. | 0.30<br>140.00/hr | 42.00 |
| 1/19/2010 | SYS | Telephone calls from investors regarding the final distribution and followed up with same. | 0.30<br>140.00/hr | 42.00 |
| 1/21/2010 | SYS | Telephone calls from investors inquiring about the final distribution and followed up as necessary. | 0.30<br>140.00/hr | 42.00 |
| 1/22/2010 | JCC | Reviewed and responded to emails from Scott Askue regarding additions to website. Drafted email to website manager regarding same and attaching documents to be added. | 0.20<br>150.00/hr | 30.00 |
| | SYS | Telephone calls from investors and followed up as necessary. | 0.20<br>140.00/hr | 28.00 |
| 1/28/2010 | SYS | Telephone calls from investors and followed up as necessary, | 0.20<br>140.00/hr | 28.00 |
| 1/29/2010 | SYS | Telephone calls to and from investors inquiring about the status of the final distribution and to request copies of the Receiver's Joint status report and followed up as necessary. | 0.40<br>140.00/hr | 56.00 |
| | | Subtotal | 5.90 | 830.00 |

**Litigation Consulting**

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/8/2010 | SSA | Telephone call from investigator regarding access to records. | 0.20<br>300.00/hr | 60.00 |
| 1/12/2010 | SSA | Researched for restitution amount against Neulan Midkiff. Drafted email to Clark Will regarding [redacted] | 1.10<br>300.00/hr | 330.00 |

**SEC v. Travis Correll et al**

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/15/2010 | SSA | Drafted email to Dwaine Butler regarding locating select Texas related documents. | 0.20<br>300.00/hr | 60.00 |
| 1/19/2010 | SSA | Monitored records as inspected by investigator. | 1.60<br>300.00/hr | 480.00 |
| | | Subtotal | 3.10 | 930.00 |

### Tax Issues

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/5/2010 | SSA | Reviewed email from Dick Atcheson regarding Sentinel Funds K-1. Drafted response. | 0.20<br>300.00/hr | 60.00 |
| 1/7/2010 | DA | Reviewed K-1's received from Sentinel Partners and the original 2007 and 2008 tax returns filed. Prepared schedules to support amended return. | 1.20<br>250.00/hr | 300.00 |
| | DA | Prepared amended 2007 and 2008 Federal and Georgia returns for case based on recently received K-1's. | 1.30<br>250.00/hr | 325.00 |
| 1/12/2010 | DA | Reviewed letter from the IRS asking about a tax return for Joshua Tree and drafted a response to the IRS to indicate everything consolidated into the Travis Correll return. | 0.40<br>250.00/hr | 100.00 |
| | DA | Final review and processing of 2007 and 2008 amended tax returns for Travis Correll and Company for the IRS and Georgia Department of Revenue. | 0.90<br>250.00/hr | 225.00 |
| 1/22/2010 | KAM | Began preparation of 4th quarter Form 940 for 2009. | 0.50<br>180.00/hr | 90.00 |
| | KAM | Began preparation of 4th quarter Form 941 for 2009. | 0.50<br>180.00/hr | 90.00 |
| 1/25/2010 | MR | Reviewed and prepared 1099's. | 0.20<br>150.00/hr | 30.00 |
| 1/26/2010 | MR | Reviewed and prepared 1099's. | 0.80<br>150.00/hr | 120.00 |
| | MR | Reviewed and prepared W-2's. | 0.80<br>150.00/hr | 120.00 |
| 1/29/2010 | KAM | Researched and finalized 4th quarter 2009 Form 941 and annual Form 940 and sent to the IRS. | 0.80<br>180.00/hr | 144.00 |
| | | Subtotal | 7.60 | 1,604.00 |
| | | **For professional services rendered** | **32.30** | **$7,408.50** |

Additional Charges :

### Expenses

| Date | Description | Amount |
|---|---|---|
| 1/1/2010 | Document storage - January 2010 | 455.00 |
| 1/14/2010 | FedEx to Quilling Selander Cummiskey | 17.06 |
| 1/31/2010 | Copying cost for January 2010. | 29.85 |
| | Postage charges for January 2010. | 8.47 |
| | Subtotal | 510.38 |
| | **Total costs** | **$510.38** |

| | Amount |
|---|---:|
| **Total amount of this bill** | **$7,918.88** |

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**
**For the Period from    2/1/2010    to   2/28/2010**

March 05, 2010

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Dwaine A. Butler | 2.80 | 350.00 |
|  | 125.00/hr |  |
| Julie N. Hentosz, CFE | 0.20 | 25.00 |
|  | 125.00/hr |  |
| K. Shelby Bao | 0.40 | 68.00 |
|  | 170.00/hr |  |
| Kathryn A. Malek, PHR | 0.20 | 36.00 |
|  | 180.00/hr |  |
| Scott S. Askue, CIRA | 7.30 | 2,190.00 |
|  | 300.00/hr |  |
| Shuwanda Y. Sloane, CFE | 6.10 | 854.00 |
|  | 140.00/hr |  |
| **For professional services rendered** | **17.00** | **$3,523.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 5.10 |
| Document Storage | 455.00 |
| Federal Express | 8.61 |
| Postage | 0.88 |
| **Total costs** | **$469.59** |
| **Total amount of this bill** | **$3,992.59** |

---

CCE - Certified Computer Examiner           CPA - Certified Public Accountant
CFE - Certified Fraud Examiner                  CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor     PHR - Professional in Human Resources

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from   2/1/2010   to   2/28/2010**

March 05, 2010

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 1.50 | 311.00 |
| Asset Disposition | 2.80 | 350.00 |
| Claims Administration & Objections | 3.10 | 754.00 |
| Fee / Employment Applications | 1.20 | 308.00 |
| Investor Communications and Reporting | 4.50 | 630.00 |
| Litigation Consulting | 3.90 | 1,170.00 |
| **For professional services rendered** | **17.00** | **$3,523.00** |

Additional Charges :

| | Amount |
|---|---:|
| Copying Cost | 5.10 |
| Document Storage | 455.00 |
| Federal Express | 8.61 |
| Postage | 0.88 |
| **Total costs** | **$469.59** |
| **Total amount of this bill** | **$3,992.59** |

<div align="center">

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

</div>

---

**SEC v. Travis Correll et al**
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

<div align="center">

**Accountants and Financial Consultants to the Receiver**

**For the Period from     2/1/2010   to   2/28/2010**

</div>

March 05, 2010

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | | **Accounting** | | |
| 2/11/2010 | JNH | Reviewed and reconciled bank statement and documents for December 2009. | 0.20<br>125.00/hr | 25.00 |
| 2/12/2010 | KAM | Researched, updated and resent 1099 to new address. | 0.20<br>180.00/hr | 36.00 |
| 2/15/2010 | SSA | Drafted email to Clark Will regarding ▇▇▇▇▇▇▇▇▇▇▇▇ Drafted email to Charles Burnett regarding ▇▇▇ | 0.40<br>300.00/hr | 120.00 |
| 2/24/2010 | SYS | Telephone calls and emails to investors regarding remaining outstanding distribution checks and discussed same with Scott Askue as necessary.  Drafted email to Kathy Malek regarding same. | 0.50<br>140.00/hr | 70.00 |
|  | SSA | Reviewed outstanding distribution checks and discussed same with Shuwanda Sloane. | 0.20<br>300.00/hr | 60.00 |
|  |  | Subtotal | 1.50 | 311.00 |
|  | | **Asset Disposition** | | |
| 2/10/2010 | DAB | Reviewed and inventoried the assets at the storage facility.  Prepared inventory listing of assets and additional equipment. | 0.60<br>125.00/hr | 75.00 |
| 2/16/2010 | DAB | Telephone calls to and from Richard Hunter regarding the sale of the remaining assets.  Drafted email to Marc Hawkins regarding his interest in the assets. | 0.20<br>125.00/hr | 25.00 |
| 2/17/2010 | DAB | Discussed issues with Marc Hawkins regarding the disposition of the computer components and other assets. | 0.40<br>125.00/hr | 50.00 |
| 2/18/2010 | DAB | Discussed issues with Marc Hawkins regarding the sale of the computer components and other specific assets.  Telephone call to Mark King regarding the analysis of the recovered computers. | 0.40<br>125.00/hr | 50.00 |
| 2/19/2010 | DAB | Reviewed and responded to email from Marc Hawkins regarding the proposal for the Cisco units and other assets.  Reviewed listing and discussed same with Mr. Hawkins. | 0.30<br>125.00/hr | 37.50 |

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/23/2010 | DAB | Reviewed email from Marc Hawkins regarding the sale of the Cisco equipment. Researched information regarding the value of the assets. Drafted email to Mr. Hawkins regarding same. | 0.30 125.00/hr | 37.50 |
| 2/24/2010 | DAB | Telephone call to Marc Hawkins regarding the proposal for the computer components and equipment. | 0.20 125.00/hr | 25.00 |
| 2/25/2010 | DAB | Telephone calls to and from Marc Hawkins regarding the sale of specific computer components and equipment. Reviewed inventory of equipment and discussed details with Mr. Hawkins. | 0.40 125.00/hr | 50.00 |
| | | Subtotal | 2.80 | 350.00 |

**Claims Administration & Objections**

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2010 | SSA | Researched for status of payment to investor. | 0.30 300.00/hr | 90.00 |
| 2/10/2010 | SYS | Reviewed email request from investor ▮▮▮ and updated the investor database as necessary. Telephone call from ▮▮▮ regarding same. | 0.20 140.00/hr | 28.00 |
| 2/12/2010 | SYS | Reviewed information regarding investors that submitted investor claim forms late and drafted email to Scott Askue regarding same. | 0.20 140.00/hr | 28.00 |
| 2/22/2010 | SSA | Prepared claim determination notice for ▮▮▮. Reviewed files for late allowed claims. | 1.30 300.00/hr | 390.00 |
| 2/24/2010 | SYS | Telephone calls to and from investor ▮▮▮ regarding her claim determination notice and followed up with same as necessary. | 0.20 140.00/hr | 28.00 |
| | SYS | Reviewed email from investor ▮▮▮ regarding his remaining outstanding distribution check, updated his mailing address in the investor database and followed up with same as necessary. | 0.20 140.00/hr | 28.00 |
| | SSA | Drafted email to and reviewed email from Shuwanda Sloane regarding status of ▮▮▮ claim. | 0.20 300.00/hr | 60.00 |
| 2/25/2010 | SYS | Reviewed documents from ▮▮▮ regarding a possible claim totaling ▮▮▮ and drafted email to Scott Askue and Charles Burnett regarding ▮▮▮. Telephone call from ▮▮▮ regarding same. | 0.30 140.00/hr | 42.00 |
| 2/26/2010 | SSA | Reviewed and responded to email form Shuwanda Sloane regarding investor ▮▮▮. | 0.20 300.00/hr | 60.00 |
| | | Subtotal | 3.10 | 754.00 |

**Fee / Employment Applications**

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/10/2010 | SSA | Reviewed and edited fee invoice for January 2010. | 0.50 300.00/hr | 150.00 |
| 2/11/2010 | KSB | Prepared final invoices for HFC and Receiver for January 2010. | 0.40 170.00/hr | 68.00 |
| | SSA | Reviewed Troutman Sanders fee invoice for January 2010. | 0.30 300.00/hr | 90.00 |
| | | Subtotal | 1.20 | 308.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Investor Communications and Reporting** | | |
| 2/1/2010 | SYS | Telephone calls from investors and followed up as necessary. | 0.20 140.00/hr | 28.00 |
| 2/2/2010 | SYS | Reviewed email messages from investors and followed up as necessary. | 0.20 140.00/hr | 28.00 |
| | SYS | Telephone from investor ▮▮▮▮ regarding the receipt of her First Interim distribution and followed up as necessary. | 0.20 140.00/hr | 28.00 |
| 2/4/2010 | SYS | Telephone calls from investors and followed up as necessary. | 0.20 140.00/hr | 28.00 |
| 2/5/2010 | SYS | Telephone calls from investors inquiring about the status of the final distribution and followed up as necessary. | 0.20 140.00/hr | 28.00 |
| 2/8/2010 | SYS | Telephone calls from investors regarding the status of distributions and referred same to the company web site to review the Receiver's Joint status report. | 0.40 140.00/hr | 56.00 |
| | SYS | Telephone calls from investors regarding the status of distributions and referred same to the web site to review the Receiver's Joint status report. | 0.40 140.00/hr | 56.00 |
| 2/10/2010 | SYS | Telephone calls from investors inquiring about the final distributions and followed up with same as necessary. | 0.30 140.00/hr | 42.00 |
| 2/11/2010 | SYS | Telephone calls from investors inquiring about the status of distributions and followed up as necessary. | 0.20 140.00/hr | 28.00 |
| 2/22/2010 | SYS | Reviewed emails inquiring about the status of the final distributions and followed up as necessary. | 0.20 140.00/hr | 28.00 |
| | SYS | Reviewed voice mail messages from investors and followed up as necessary. | 0.50 140.00/hr | 70.00 |
| 2/23/2010 | SYS | Telephone calls from investors inquiring about the status of the final distribution and followed up as necessary. | 0.40 140.00/hr | 56.00 |
| 2/24/2010 | SYS | Telephone calls from investors regarding tax issues and referred same to the company web site as necessary for assistance. | 0.20 140.00/hr | 28.00 |
| | SYS | Telephone calls from investors regarding the final distributions and followed up as necessary. | 0.40 140.00/hr | 56.00 |
| 2/25/2010 | SYS | Telephone call to and from investor ▮▮▮▮ regarding his ▮▮▮▮ claim and followed up as necessary regarding same. Prepared copy of Joint Status report for mailing as requested. | 0.20 140.00/hr | 28.00 |
| 2/26/2010 | SYS | Telephone calls to and from investors inquiring about the status of the final distribution and followed up with same as necessary. | 0.30 140.00/hr | 42.00 |
| | | Subtotal | 4.50 | 630.00 |
| | | **Litigation Consulting** | | |
| 2/25/2010 | SSA | Reviewed request of investigators in the Greg Thompson matter. Reviewed file and drafted email to Clark Will and Charles Burnett regarding ▮▮▮▮ | 0.40 300.00/hr | 120.00 |
| | SSA | Telephone calls from Charles Burnett regarding ▮▮▮▮ | 0.40 300.00/hr | 120.00 |
| | SSA | Preformed various online searches for information relating to Winstar Investments, Greg Johnson and Five Star Energy. | 2.60 300.00/hr | 780.00 |
| 2/26/2010 | SSA | Telephone call from Charles Burnett regarding ▮▮▮▮ Drafted email to the investigator regarding same. | 0.30 300.00/hr | 90.00 |

**SEC v. Travis Correll et al**　　　　　　　　　　　　　　　　　　　　　　　　　Page　　4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/26/2010 | SSA | Telephone call from Charles Burnett regarding ▮▮▮▮▮▮▮ | 0.20 300.00/hr | 60.00 |
|  |  | Subtotal | 3.90 | 1,170.00 |
|  |  | **For professional services rendered** | **17.00** | **$3,523.00** |

Additional Charges :

**Expenses**

| | | | |
|---|---|---|---|
| 2/1/2010 | Document storage - February 2010 | | 455.00 |
| 2/8/2010 | FedEx to IRS 1/29/10 | | 8.61 |
| 2/28/2010 | Copying cost for February 2010. | | 5.10 |
| | Postage charges for February 2010. | | 0.88 |
| | Subtotal | | 469.59 |
| | **Total costs** | | **$469.59** |
| | **Total amount of this bill** | | **$3,992.59** |