# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 02/11/10 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1258945 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

**RE:** Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/10 | $1,763.20 |
| Less Adjustments | - $578.55 |
| Total Fees | $1,184.65 |
| Costs and Expenses Through 01/31/10 | $40.08 |
| **Total Amount of This Invoice** | **$1,224.73** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/11/10
Invoice Number 1258945
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 01/05/10 | CRB | Telephone conference with Scott Askue regarding | 0.2 |
| 01/12/10 | CRB | Telephone conference with Scott Askue and Clark Will regarding ; draft summary of Sentinel Funds bankruptcy and pursuit of funds in Antigua account; telephone conference with Timothy McCole regarding conference with David Dantzler regarding | 2.8 |
| 01/13/10 | CRB | Correspond with Stephen Beckstoffer regarding final distribution; correspond with Receiver Team regarding | 0.3 |
| 01/14/10 | CRB | Telephone conference with G2 regarding Sentinel bankruptcy and case against Bank of America | 0.1 |
| 01/20/10 | CRB | Telephone conference with Scott Askue regarding review and revise status report; correspond with Receiver Team regarding | 0.7 |
| 01/25/10 | CRB | Prepare fee application for October, November, and December 2009 fees (0.6, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.6 |
| 01/25/10 | HC | Review bills for fee application;; draft same; conferences with Amanda Aievoli and Charles Burnett regarding (1.1, Time spent on Fee Application, not billed to Hays Financial Consulting) | 1.1 |
| 01/26/10 | CRB | Correspond with Steve Beckstoffer regarding status report | 0.1 |
| 01/27/10 | CRB | Correspond with Steve Beckstoffer regarding status report; draft fee application for October, November, and December fees (0.4, Time spent on Fee Application, not billed to Hays Financial Consulting) | 0.5 |

Total Hours 6.4

Total Fees 1,763.20

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/11/10
Invoice Number 1258945
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/10

| Name | Hours | Amount |
|---|---|---|
| C R Burnett | 5.3 | 1,460.15 |
| H Cheshire | 1.1 | 303.05 |

### FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/10

| Description | Amount |
|---|---|
| Search Costs | 40.08 |
| Total: | 40.08 |

Total Fees & Costs: $1,803.28

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 03/18/10 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1266645 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

**RE:** Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/10 | $1,019.35 |
| **Total Amount of This Invoice** | **$1,019.35** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 03/18/10
Invoice Number 1266645
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 02/10/10 | CRB | Correspond with Court in Ripley regarding status of receivership | 0.2 |
| 02/10/10 | HC | Pacer research regarding status of Ripley case; draft status report | 0.6 |
| 02/11/10 | HC | Review prior orders regarding stay; draft status report and request for continuation of stay; email correspondence regarding same | 1.2 |
| 02/18/10 | CRB | Draft and file Status Report in Ripley | 0.4 |
| 02/25/10 | CRB | Telephone conference with Bill Watson regarding lawsuit with Five Star Energy; telephone conference with Scott Askue regarding ■■■ conference with Bill Withrow regarding ■■■ | 1.1 |
| 02/26/10 | CRB | Telephone conference with Scott Askue regarding ■■■■■■■■ | 0.2 |

Total Hours 3.7

Total Fees 1,019.35

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/10**

| Name | Hours | Amount |
|---|---|---|
| C R Burnett | 1.9 | 523.45 |
| H Cheshire | 1.8 | 495.90 |