# EXHIBIT D



**QSCL**
QUILLING · SELANDER · CUMMISKEY · LOWNDS

Federal ID #75-2459334

S. Gregory Hays
Special Counsel for Greg Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, Suite 750
Atlanta  GA  30326

Page: 1
01/31/2010
Client No:    911-0150M
Invoice No:       90493

Travis E. Correll, et al.

**ITEMIZED   SERVICES   BILL**

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 01/05/2010 | CBW | Emails with SA regarding ▇ | | 0.50 | 175.00 |
| 01/08/2010 | CBW | Emails with SA regarding ▇ ▇ review of orders received and email with Ralph Freeman regarding ▇ | | 1.00 | 350.00 |
| 01/11/2010 | CBW | Telephone conference with Ralph Freeman regarding ▇ email to co-counsel regarding ▇ emails with Court regarding status. | | 1.00 | 350.00 |
| 01/12/2010 | CBW | Telephone conference with Tim McCole regarding ▇ email to DD and SA regarding ▇ draft ▇ to co-counsel; review of numerous emails from counsel regarding ▇ telephone conference with Ralph Freeman regarding ▇ | | 2.70 | 945.00 |
| 01/13/2010 | CBW | Review of documents regarding status report; forward documents to Attorney Burnett regarding ▇ email with Lori Bates regarding interim status report; begin work on same; | | 2.00 | 700.00 |
| 01/15/2010 | CBW | Emails from SA regarding ▇ review of documents received from clients; continue work on status report; email with Ralph Freeman regarding ▇ telephone conference with Scott Askue regarding ▇ | | 2.50 | 875.00 |
| 01/18/2010 | CBW | Emails with SA regarding ▇ complete draft of interim joint status report; telephone conference with client regarding ▇ | | 5.00 | 1,750.00 |
| 01/19/2010 | CBW | Email with Tim Mc regarding ▇ finish draft of status report and forward redlined version with email and comments; email with Tim Mc regarding ▇ | | 3.20 | 1,120.00 |
| 01/20/2010 | CBW | Emails with GH regarding ▇ email with SA regarding ▇ review of his redlined copy; further emails with client and telephone conference with GH; revise and prepare final draft of interim report; email to counsel regarding ▇ ▇ further review and revision to joint status report; circulate final final version. | | 3.40 | 1,190.00 |
| 01/21/2010 | CBW | Emails with co-counsel; final revision of interim status report and arrange for filing; follow up | | | |

Bryan Tower   2001 Bryan St., Suite 1800  Dallas, TX 75201    ph. 214.871.2100    fx. 214.871.2111    www.qsclpc.com

A  P R O F E S S I O N A L  C O R P O R A T I O N              A T T O R N E Y S  A N D  C O U N S E L O R S

Page: 2
01/31/2010
Special Counsel for Greg Hays
Client No:    911-0150M
Invoice No:        90493
Travis E. Correll, et al.

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | e-mails with counsel regarding ▓ review of recent filings; | 1.80 | 630.00 |
| 01/22/2010 | CBW | Email with court personnel regarding status report (.4); emails with Carol Bernshausen regarding status report (.3); telephone conference with Ralph Freeman regarding ▓ (.3). | 0.90 | 315.00 |
| 01/29/2010 | CBW | Receipt and review and forward to receiver various tax documents and oil and gas revenue documents. | 0.80 | 280.00 |
|  |  | For Current Services Rendered | 24.80 | 8,680.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Clark B. Will | 24.80 | $350.00 | $8,680.00 |

| | |
|---|---|
| Long-Distance Telephone | 2.25 |
| Express Mail Service | 13.59 |
| Photocopies | 3.00 |
| Postage | 2.10 |
| Pacer Service | 12.72 |
| Total Expenses Thru 01/31/2010 | 33.66 |
| Total Current Work | 8,713.66 |
| Balance Due | $8,713.66 |

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT



Federal ID #75-2459334

S. Gregory Hays  
Special Counsel for Greg Hays  
Hays Financial Consulting, LLC  
3343 Peachtree Road, Suite 750  
Atlanta   GA   30326

Page: 1  
02/28/2010  
Client No:      911-0150M  
Invoice No:         91389

Travis E. Correll, et al.

**ITEMIZED    SERVICES    BILL**

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 02/01/2010 | CBW | Review and forward additional tax documents regarding oil and gas properties to receiver. | | 0.50 | 175.00 |
| 02/09/2010 | CBW | Correspondence with receiver regarding status; email with CB regarding ▮▮▮ | | 0.60 | 210.00 |
| 02/10/2010 | CBW | Emails with counsel ▮▮▮ review of correspondence received regarding TNT and Thompson mineral interests; | | 1.10 | 385.00 |
| 02/15/2010 | CBW | Emails with SA regarding ▮▮▮ | | 0.50 | 175.00 |
| 02/22/2010 | CBW | Emails to co-counsel regarding ▮▮▮ (.3); email to SEC counsel regarding ▮▮▮ (.3). | | 0.60 | 210.00 |
| 02/24/2010 | CBW | Emails regarding Thompson assets; telephone conference with Ralph Freeman regarding ▮▮▮ | | 0.70 | 245.00 |
| 02/25/2010 | CBW | Review of correspondence from SEC regarding Thompson motion (.4); telephone conference with operator regarding Thompson wells; email with SA regarding ▮▮▮ (.5) work on declarations for disgorgement motion (.5). | | 1.70 | 595.00 |
|  |  | For Current Services Rendered | | 5.70 | 1,995.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Clark B. Will | 5.70 | $350.00 | $1,995.00 |

|  |  |
|---|---|
| Long-Distance Telephone | 1.88 |
| Postage | 2.24 |
| Total Expenses Thru 02/28/2010 | 4.12 |
| Total Current Work | 1,999.12 |
| Balance Due | $1,999.12 |

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT

Bryan Tower   2001 Bryan St., Suite 1800   Dallas, TX 75201   |   ph. 214.871.2100   fx. 214.871.2111   www.qsclpc.com

A   PROFESSIONAL   CORPORATION   |   ATTORNEYS   AND   COUNSELORS