# EXHIBIT E

# BRAY & FREEMAN, L.P.  License # A07161

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #   817-688-6186
Fax #     888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/2/2010 | 6527 |
| TIN #04-3759685 ||

| Bill To |
|---|
| Quilling, Selander, Cummiskey & Lownds<br>2001 BRYAN ST. SUITE 1800<br>DALLAS, TX 75201<br>RE: SEC v CORRELL and TNT OFFICE SUPPLY<br>ATTN: CLARK WILL |

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 1/12/2010 | PROFESSIONAL SERVICES | Investigator 430 MTG with CBW. Emails with SEC, re: Status. | 0.7 | 100.00 | 70.00 |
| 1/18/2010 | PROFESSIONAL SERVICES | Investigator 430 Review of joint status report. | 0.25 | 100.00 | 25.00 |

PLEASE MAKE CHECKS PAYABLE TO:
BRAY & FREEMAN, L.P.
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | $95.00 |
| **Sales Tax** | $0.00 |
| **Total** | $95.00 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $95.00 |

# BRAY & FREEMAN, L.P.   License # A07161

14232 Marsh Ln., Ste. 419  
Addison, TX 75001  
Phone #   817-688-6186  
Fax #   888-528-2654  

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/2/2010 | 6528 |

TIN #04-3759685

### Bill To
Quilling, Selander, Cummiskey & Lownds  
2001 BRYAN ST. SUITE 1800  
DALLAS, TX 75201  
RE: SEC v CORRELL and TNT OFFICE SUPPLY  
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 2/16/2010 | PROFESSIONAL SERVICES | Investigator 430 MTG with parties, re: ▮ | 1.1 | 100.00 | 110.00 |
| 2/24/2010 | PROFESSIONAL SERVICES | Investigator 430 Inquiry from party attempting to locate Greg Thompson. | 0.15 | 100.00 | 15.00 |

PLEASE MAKE CHECKS PAYABLE TO:  
BRAY & FREEMAN, L.P.  
Balance due in full upon receipt to:  
14232 Marsh Ln., Ste. 419  
Addison, TX 75001  

| | |
|---|---|
| **Subtotal** | $125.00 |
| **Sales Tax** | $0.00 |
| **Total** | $125.00 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $125.00 |