# EXHIBIT A

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from   3/1/2010   to   3/31/2010**

April 14, 2010

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 1.90<br>400.00/hr | 760.00 |
| **For professional services rendered** | **1.90** | **$760.00** |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    3/1/2010    to  3/31/2010**

April 14, 2010

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Case Administration | 0.30 | 120.00 |
| Claims Administration & Objections | 1.60 | 640.00 |
| **For professional services rendered** | **1.90** | **$760.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from   3/1/2010   to   3/31/2010**

April 14, 2010

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **Case Administration** | | | |
| 3/29/2010 SGH | Reviewed status and drafted email to Charles Burnett regarding ▓▓▓ | | 0.30 400.00/hr | 120.00 |
| | Subtotal | | 0.30 | 120.00 |
| | **Claims Administration & Objections** | | | |
| 3/29/2010 SGH | Telephone call from Charles Burnett regarding ▓▓▓ Reviewed information on original claim form and drafted email regarding same. | | 0.40 400.00/hr | 160.00 |
| SGH | Reviewed the draft of the motion to allow three late filed claims and drafted email regarding same. | | 0.30 400.00/hr | 120.00 |
| SGH | Telephone call from Charles Burnett regarding ▓▓▓ Reviewed ▓▓▓ and discussed with Mr. Burnett. | | 0.30 400.00/hr | 120.00 |
| 3/30/2010 SGH | Telephone call from Charles Burnett regarding ▓▓▓ Reviewed the escrow agreement in connection with the Global case. Reviewed and considered issues and discussed with Scott Askue. Left voice mail message for Mr. Burnett regarding ▓▓▓ | | 0.60 400.00/hr | 240.00 |
| | Subtotal | | 1.60 | 640.00 |
| | **For professional services rendered** | | **1.90** | **$760.00** |