# EXHIBIT B

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**
**For the Period from     3/1/2010    to   3/31/2010**

May 04, 2010

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Dick Atcheson | 0.30 | 75.00 |
|  | 250.00/hr |  |
| Dwaine A. Butler | 0.20 | 25.00 |
|  | 125.00/hr |  |
| J. Colt Conner, CFE | 0.40 | 60.00 |
|  | 150.00/hr |  |
| K. Shelby Bao | 0.40 | 68.00 |
|  | 170.00/hr |  |
| Kathryn A. Malek, PHR | 0.20 | 36.00 |
|  | 180.00/hr |  |
| Scott S. Askue, CIRA | 12.30 | 3,690.00 |
|  | 300.00/hr |  |
| Shuwanda Y. Sloane, CFE | 5.70 | 798.00 |
|  | 140.00/hr |  |
| **For professional services rendered** | **19.50** | **$4,752.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 1.35 |
| Document Storage | 455.00 |
| Fax | 1.25 |
| Filing Fees | 110.16 |
| Miscellaneous | 116.25 |
| Postage | 12.40 |
| **Total costs** | **$696.41** |
| **Total amount of this bill** | **$5,448.41** |

CCE - Certified Computer Examiner          CPA - Certified Public Accountant
CFE - Certified Fraud Examiner              CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor     PHR - Professional in Human Resources

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

---

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from    3/1/2010   to   3/31/2010**

May 04, 2010

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Asset Analysis & Recovery | 0.30 | 90.00 |
| Asset Disposition | 0.20 | 25.00 |
| Claims Administration & Objections | 5.30 | 1,182.00 |
| Fee / Employment Applications | 0.60 | 128.00 |
| Investor Communications and Reporting | 7.00 | 1,512.00 |
| Litigation Consulting | 5.50 | 1,650.00 |
| Tax Issues | 0.60 | 165.00 |
| **For professional services rendered** | **19.50** | **$4,752.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 1.35 |
| Document Storage | 455.00 |
| Fax | 1.25 |
| Filing Fees | 110.16 |
| Miscellaneous | 116.25 |
| Postage | 12.40 |
| **Total costs** | **$696.41** |
| **Total amount of this bill** | **$5,448.41** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

### Accountants and Financial Consultants to the Receiver

### For the Period from     3/1/2010   to   3/31/2010

May 04, 2010

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Asset Analysis & Recovery** | | |
| 3/16/2010 | SSA | Drafted email to Charles Burnett regarding ▮ ▮ | 0.30<br>300.00/hr | 90.00 |
| | | Subtotal | 0.30 | 90.00 |
| | | **Asset Disposition** | | |
| 3/2/2010 | DAB | Drafted email to Marc Hawkins regarding the sale of the Cisco system components and other assets.  Telephone call to Mr. Hawkins regarding same. | 0.20<br>125.00/hr | 25.00 |
| | | Subtotal | 0.20 | 25.00 |
| | | **Claims Administration & Objections** | | |
| 3/1/2010 | SYS | Reviewed documents forwarded from investor ▮ ▮ as requested regarding her first interim distribution and updated the investor database to reflect same as necessary. | 0.20<br>140.00/hr | 28.00 |
| | SYS | Reviewed email from investor ▮ regarding his ▮ investment, researched the funds tracing database and followed up as necessary regarding the requested information. | 0.20<br>140.00/hr | 28.00 |
| 3/2/2010 | SYS | Reviewed emails from investors requesting change of addresses and followed up as necessary. | 0.20<br>140.00/hr | 28.00 |
| | SYS | Reviewed email from investor ▮ regarding a change of address and updated the investor database as necessary. | 0.20<br>140.00/hr | 28.00 |
| 3/3/2010 | SSA | Reviewed claim and claim determination notices filed by three late filed claims.  Reviewed and updated motion to supplement list of allowed claims. Prepared exhibit to same. | 1.00<br>300.00/hr | 300.00 |
| | SYS | Reviewed emails from Scott Askue regarding the Receiver's Motion to Approve Second Schedule of Allowed Supplemental Claims and followed up as necessary. | 0.20<br>140.00/hr | 28.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/5/2010 | SYS | Reviewed an email from the Receiver regarding the return of a first interim distribution check to investor [REDACTED] totaling [REDACTED] and followed up as necessary. Telephone call to [REDACTED] regarding same. Drafted email to Kath Malek as well. | 0.40<br>140.00/hr | 56.00 |
| 3/9/2010 | SYS | Reviewed email from [REDACTED] regarding the receipt of their first interim distribution and followed up as necessary. | 0.20<br>140.00/hr | 28.00 |
| 3/10/2010 | SYS | Reviewed and organized documents previously forwarded from investors as necessary. | 0.40<br>140.00/hr | 56.00 |
| 3/12/2010 | SYS | Reviewed several emails from investor [REDACTED] and followed up as necessary. Telephone call to [REDACTED] as well. | 0.40<br>140.00/hr | 56.00 |
| 3/22/2010 | SSA | Reviewed voice mail from [REDACTED]. Drafted email to Charles Burnett regarding [REDACTED] | 0.30<br>300.00/hr | 90.00 |
| 3/29/2010 | KAM | Researched and stopped payment on check to [REDACTED] Reissued check. | 0.20<br>180.00/hr | 36.00 |
| | SSA | Telephone call from [REDACTED] regarding his late filed claim. Telephone calls to and from Charles Burnett regarding [REDACTED] Reviewed escrow agreement with the SEC. | 0.60<br>300.00/hr | 180.00 |
| 3/30/2010 | SSA | Drafted email to the Receiver regarding issues with investor claim. | 0.20<br>300.00/hr | 60.00 |
| | SSA | Telephone call to Charles Burnett regarding [REDACTED] Discussed same with the Receiver. Reviewed escrow agreement. | 0.60<br>300.00/hr | 180.00 |
| | | Subtotal | 5.30 | 1,182.00 |

**Fee / Employment Applications**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/5/2010 | KSB | Prepared final invoices for HFC and Receiver for February 2010. | 0.40<br>170.00/hr | 68.00 |
| 3/31/2010 | SSA | Drafted email to Charles Burnett regarding [REDACTED] | 0.20<br>300.00/hr | 60.00 |
| | | Subtotal | 0.60 | 128.00 |

**Investor Communications and Reporting**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2010 | SYS | Telephone calls from investors and followed up as necessary. | 0.20<br>140.00/hr | 28.00 |
| 3/2/2010 | SYS | Telephone calls from investors inquiring about the status of distributions and followed up as necessary. | 0.50<br>140.00/hr | 70.00 |
| | JCC | Reviewed and responded to emails from Scott Askue regarding additions to website. Drafted email to website manager regarding same and attaching documents to be added. | 0.20<br>150.00/hr | 30.00 |
| 3/3/2010 | SYS | Reviewed email messages from investors inquiring about the status of distributions and the percent for same and followed up as necessary. | 0.20<br>140.00/hr | 28.00 |
| 3/4/2010 | SYS | Reviewed email messages from investors and followed up as necessary. | 0.20<br>140.00/hr | 28.00 |
| | SYS | Reviewed email from [REDACTED] inquiring about the status of distributions and followed up with same as necessary. | 0.20<br>140.00/hr | 28.00 |

**SEC v. Travis Correll et al**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/4/2010 | SYS | Telephone calls from investors inquiring about the status of distributions and followed up as necessary. | 0.30 140.00/hr | 42.00 |
| 3/5/2010 | SYS | Telephone calls from investors and followed up as necessary. | 0.30 140.00/hr | 42.00 |
| 3/10/2010 | SYS | Reviewed voice mail messages from investors inquiring about the status of distributions and followed up with same as necessary. | 0.40 140.00/hr | 56.00 |
| 3/11/2010 | SYS | Telephone calls from investors regarding the final distribution and followed up as necessary. | 0.30 140.00/hr | 42.00 |
| 3/12/2010 | SSA | Telephone call to Mark Regnier regarding status of case. | 0.20 300.00/hr | 60.00 |
| | SYS | Reviewed email messages from investors regarding distributions and followed up as necessary. | 0.40 140.00/hr | 56.00 |
| 3/15/2010 | SYS | Telephone calls from investors and followed up as necessary. | 0.30 140.00/hr | 42.00 |
| 3/16/2010 | JCC | Reviewed and responded to emails from Scott Askue regarding additions to website. Drafted email to website manager regarding needed additions and outlining same. | 0.20 150.00/hr | 30.00 |
| 3/17/2010 | SSA | Reviewed emails from and drafted emails to investors regarding status of case. | 0.30 300.00/hr | 90.00 |
| 3/18/2010 | SSA | Reviewed and responded to email from investors regarding status of case. | 0.30 300.00/hr | 90.00 |
| 3/19/2010 | SSA | Telephone call to Dixie Thomas regarding status of case. Drafted email to investors regarding same. | 0.30 300.00/hr | 90.00 |
| 3/25/2010 | SSA | Reviewed email from and drafted email to investors regarding status of distribution and final judgment motion filed by the SEC. | 0.40 300.00/hr | 120.00 |
| 3/26/2010 | SSA | Reviewed email from and drafted email to investors regarding status of claim and SEC's motion for final judgment. | 0.30 300.00/hr | 90.00 |
| | SSA | Reviewed emails from and drafted emails to Nancy Lair of the US Attorney's office regarding investors issues. | 0.30 300.00/hr | 90.00 |
| 3/29/2010 | SSA | Telephone calls from and drafted emails to investors regarding status of case. | 0.30 300.00/hr | 90.00 |
| | SSA | Drafted emails to investors regarding various issues and status of case. | 0.30 300.00/hr | 90.00 |
| 3/30/2010 | SSA | Drafted emails to investors regarding status of case and next distribution. | 0.30 300.00/hr | 90.00 |
| 3/31/2010 | SSA | Drafted emails to investors regarding status of case. | 0.30 300.00/hr | 90.00 |
| | | Subtotal | 7.00 | 1,512.00 |

**Litigation Consulting**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/5/2010 | SSA | Telephone call from Charles Burnett regarding ▮▮▮. Reviewed file on Winside Investments. | 0.40 300.00/hr | 120.00 |
| 3/11/2010 | SSA | Telephone call to Clark Will regarding ▮▮▮. Drafted email to Scott Baker regarding Johnson accounting. | 0.40 300.00/hr | 120.00 |
| | SSA | Reviewed and edited declaration regarding Grant Cardno in conjunction with motion for disgorgement. Telephone call to Clark Will regarding ▮▮▮ | 0.50 300.00/hr | 150.00 |
| | SSA | Reviewed and edited declaration regarding Dwight Johnson in conjunction with motion for disgorgement. Telephone call to Clark Will regarding ▮▮▮ | 0.50 300.00/hr | 150.00 |

**SEC v. Travis Correll et al**

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/12/2010 | SSA | Reviewed, updated and finalized declaration regarding Grant Cardno accounting. | 0.50 300.00/hr | 150.00 |
| | SSA | Reviewed, updated and finalized declaration regarding Dwight Johnson accounting. | 0.70 300.00/hr | 210.00 |
| 3/16/2010 | SSA | Reviewed motion for final judgment filed by the SEC. Formatted for posting on the Receiver's website. | 0.70 300.00/hr | 210.00 |
| 3/17/2010 | SSA | Telephone call from Charles Burnett regarding ▮ | 0.20 300.00/hr | 60.00 |
| 3/26/2010 | SSA | Reviewed email from Dianna Gowdey regarding motion filed by the SEC. Drafted email to Clark Will regarding ▮ | 0.30 300.00/hr | 90.00 |
| 3/29/2010 | SSA | Reviewed response from Scott Baker regarding disgorgement issues with Dwight Johnson and Greg Thompson. Telephone call to Clark Will regarding ▮ | 1.30 300.00/hr | 390.00 |
| | | Subtotal | 5.50 | 1,650.00 |

**Tax Issues**

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2010 | DA | Set up 2009 tax file to produce extension request. | 0.30 250.00/hr | 75.00 |
| 3/15/2010 | SSA | Reviewed issues regarding 1099 issued in case. | 0.30 300.00/hr | 90.00 |
| | | Subtotal | 0.60 | 165.00 |

| | | |
|---|---|---|
| **For professional services rendered** | **19.50** | **$4,752.00** |

Additional Charges :

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 3/1/2010 | Document storage - March 2010 | 455.00 |
| 3/25/2010 | Webpage maintenance for period ended 1/31/10 | 22.50 |
| | Website maintenance for period ended 2/28/10 | 93.75 |
| 3/30/2010 | Lacerte tax filing fees for period ended 3/16/10 | 110.16 |
| 3/31/2010 | Fax charges for March 2010. | 1.25 |
| | Postage charges for March 2010. | 12.40 |
| | Copying cost for March 2010. | 1.35 |
| | Subtotal | 696.41 |

| | |
|---|---|
| **Total costs** | **$696.41** |
| **Total amount of this bill** | **$5,448.41** |