# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 04/19/10 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1273065 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

RE: Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 03/31/10 | $1,157.10 |
| **Total Amount of This Invoice** | **$1,157.10** |

IN ACCOUNT WITH

Invoice Date 04/19/10
Invoice Number 1273065
File No. 033287.000002
Page 2

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 03/02/10 | CRB | Correspond with Receiver Team regarding ▮ | 0.1 |
| 03/05/10 | CRB | Telephone conference with Scott Askue regarding ▮ correspond with David Dantzler regarding ▮ | 0.3 |
| 03/11/10 | CRB | Telephone conference with Scott Askue regarding ▮ correspond with David Dantzler regarding ▮ | 0.3 |
| 03/15/10 | CRB | Telephone conference with Bob Johnson regarding Five Star Energy and Bill Watson | 0.6 |
| 03/17/10 | CRB | Telephone conference with Scott Askue regarding ▮ | 0.3 |
| 03/25/10 | CRB | Telephone conference with Scott Askue regarding ▮ telephone conference with Court chambers regarding motions filed by SEC | 0.2 |
| 03/29/10 | CRB | Review Motion to Approve Supplemental Claims; correspond with Greg Hays and Scott Askue regarding ▮ telephone conference with Scott Askue regarding ▮ review information submitted by ▮ telephone conferences with ▮ regarding potential claim | 1.1 |
| 03/30/10 | CRB | Telephone conference with ▮ regarding late-filed claim; telephone conference with Scott Askue regarding ▮ conference with David Dantzler regarding ▮ | 1.3 |

Total Hours 4.2

Total Fees 1,157.10

**TIMEKEEPER TIME SUMMARY THROUGH 03/31/10**

| Name | Hours | Amount |
|---|---|---|
| C R Burnett | 4.2 | 1,157.10 |