# EXHIBIT D



QUILLING · SELANDER · CUMMISKEY · LOWNDS

Federal ID #75-2459334

```
S. Gregory Hays                                                    Page: 1
Special Counsel for Greg Hays                                   03/31/2010
Hays Financial Consulting, LLC                Client No:        911-0150M
3343 Peachtree Road, Suite 750                Invoice No:           92532
Atlanta  GA  30326

     Travis E. Correll, et al.
                         ITEMIZED   SERVICES   BILL
```

|  |  |  | Hours |  |
|---|---|---|---:|---:|
| 03/03/2010 | CBW | Telephone conference with Mr. Perkins regarding Browne No. 5; email with McCole regarding ▮; email to SA regarding ▮ | 0.90 | 315.00 |
| 03/04/2010 | CBW | Email with SA regarding ▮ telephone conference with SA regarding ▮ work on declarations for motions. | 2.00 | 700.00 |
| 03/05/2010 | CBW | Email with McCole; begin review of draft motions. | 0.80 | 280.00 |
| 03/08/2010 | CBW | Begin review of draft motions regarding disgorgement motions; telephone conference with counsel for Thompson regarding Thompson. | 1.20 | 420.00 |
| 03/09/2010 | CBW | Telephone conference with counsel for Thompson regarding disgorgement and other issues; continue working on motions. | 1.10 | 385.00 |
| 03/10/2010 | CBW | Finish comments to motion, review of declarations and draft SA's declaration regarding ▮ (3.8); E-mails with RSF regarding ▮, E-mails with SA regarding ▮ (1.7) Follow up telephone conference with attorney Gibson regarding Thompson and status (0.3). | 5.80 | 2,030.00 |
| 03/11/2010 | CBW | Review of E-mail from SA (0.3); telephone conference regarding Baker, etc...(0.4) review of E-mail and documents from TM (0.3); | 1.00 | 350.00 |
| 03/12/2010 | CBW | Review of comments on documents and revise declarations (1.2); E-mails with Tim McCole regarding ▮ (0.3); E-mails with SA (0.3); E-mails with CB (0.3); Telephone conference with RSF regarding ▮ (0.3); Follow up E-mails with CB and TM regarding ▮ (0.4); | 2.80 | 980.00 |
| 03/15/2010 | CBW | Telephone conference with RSF regarding ▮, receive review and forward ▮ to attorney McCole (1.0); | 1.00 | 350.00 |
| 03/16/2010 | CBW | Telephone conference with SA Pletz regarding documents, notes and asset issues regarding Greg Thompson (0.6); Review of motion on final judgments (0.7); Telephone conference with RSF regarding ▮ (0.3); E-mail with McCole regarding ▮ (0.3); | 1.90 | 665.00 |
| 03/26/2010 | CBW | E-mails with SA regarding ▮ (0.3); E-mail with TM regarding ▮ (0.3); |  |  |

Bryan Tower  2001 Bryan St., Suite 1800  Dallas, TX 75201  |  ph. 214.871.2100  fx. 214.871.2111  www.qsclpc.com

A  P R O F E S S I O N A L  C O R P O R A T I O N  |  A T T O R N E Y S  A N D  C O U N S E L O R S

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 2
03/31/2010
Client No: 911-0150M
Invoice No: 92532

|            |     |                                                                                                                                                                                 | Hours |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | E-mail with CB regarding ████████ (0.9);                                                                                                                                        | 0.90  | 315.00   |
| 03/29/2010 | CBW | Review of E-mail settlement proposal regarding Thompson and Johnson (0.5); Telephone conference with SA (0.4); Telephone conference with TM regarding ████████████████ (0.6);   | 1.50  | 525.00   |
| 03/30/2010 | CBW | E-mail with TM regarding ████████████████ (0.3); E-mail with SA and CB regarding ████████ ████ (0.3); Follow up E-mails with CB and TM (0.4);                                   | 1.00  | 350.00   |
| 03/31/2010 | CBW | Telephone conference with SA and E-mail to TM regarding ████████ (0.5);                                                                                                         | 0.50  | 175.00   |
|            |     | For Current Services Rendered                                                                                                                                                   | 22.40 | 7,840.00 |

Recapitulation

| Timekeeper     | Hours | Hourly Rate | Total      |
|----------------|-------|-------------|------------|
| Clark B. Will  | 22.40 | $350.00     | $7,840.00  |

Total Current Work                                        7,840.00

Balance Due                                               $7,840.00