# EXHIBIT A

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
3343 Peachtree Road, N.E.
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    4/1/2010   to   4/30/2010**

May 10, 2010

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 3.50<br>400.00/hr | 1,400.00 |
| **For professional services rendered** | **3.50** | **$1,400.00** |

---

CIRA - Certified Insolvency and Restructuring Advisor    CTP - Certified Turnaround Professional

# Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from 4/1/2010 to 4/30/2010**

May 10, 2010

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Asset Analysis & Recovery | 0.20 | 80.00 |
| Case Administration | 0.90 | 360.00 |
| Claims Administration & Objections | 2.10 | 840.00 |
| Tax Issues | 0.30 | 120.00 |
| **For professional services rendered** | **3.50** | **$1,400.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from    4/1/2010   to   4/30/2010**

May 10, 2010

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Asset Analysis & Recovery** | | | |
| 4/22/2010 SGH | Reviewed emails regarding the wells owned by Thompson. | 0.20<br>400.00/hr | 80.00 |
| | Subtotal | 0.20 | 80.00 |
| **Case Administration** | | | |
| 4/2/2010 SGH | Reviewed information to post on website. | 0.10<br>400.00/hr | 40.00 |
| 4/12/2010 SGH | Discussed issues with Scott Askue and Charles Burnett regarding ▇▇▇▇▇ | 0.10<br>400.00/hr | 40.00 |
| 4/23/2010 SGH | Reviewed pending issues and updated project management list. | 0.30<br>400.00/hr | 120.00 |
| SGH | Drafted emails regarding pending matters. | 0.20<br>400.00/hr | 80.00 |
| 4/28/2010 SGH | Telephone call Charles Burnett regarding ▇▇▇ ▇▇▇ | 0.20<br>400.00/hr | 80.00 |
| | Subtotal | 0.90 | 360.00 |
| **Claims Administration & Objections** | | | |
| 4/1/2010 SGH | Telephone call from Charles Burnett regarding ▇ ▇▇▇▇▇ Considered issues regarding same. | 0.40<br>400.00/hr | 160.00 |
| SGH | Telephone call from Charles Burnett regarding ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Reviewed the escrow agreement regarding the ▇▇▇▇▇▇ paid into the Global Estate and considered issues and impact of the claim. | 0.40<br>400.00/hr | 160.00 |
| 4/2/2010 SGH | Reviewed issues regarding the ▇▇▇▇▇▇ and drafted email to Charles Burnett and David Dantzler regarding ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇ | 0.70<br>400.00/hr | 280.00 |
| 4/8/2010 SGH | Telephone call to Charles Burnett regarding ▇▇▇▇▇ ▇▇▇▇ | 0.30<br>400.00/hr | 120.00 |
| 4/13/2010 SGH | Reviewed correspondence regarding ▇▇▇▇▇ Reviewed and responded to emails from counsel regarding ▇▇ | 0.30<br>400.00/hr | 120.00 |
| | Subtotal | 2.10 | 840.00 |

**SEC v. Travis Correll et al**

| | | Hrs/Rate | Amount |
|---|---|---:|---:|
| | **Tax Issues** | | |
| 4/30/2010 SGH | Reviewed status of tax issues with Dick Atcheson and updated project list. | 0.30 400.00/hr | 120.00 |
| | Subtotal | 0.30 | 120.00 |
| | **For professional services rendered** | **3.50** | **$1,400.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from 5/1/2010 to 5/31/2010**

June 16, 2010

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 3.00 400.00/hr | 1,200.00 |
| **For professional services rendered** | **3.00** | **$1,200.00** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Receiver**

**For the Period from    5/1/2010    to    5/31/2010**

June 16, 2010

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Case Administration | 0.40 | 160.00 |
| Claims Administration & Objections | 1.00 | 400.00 |
| Investor Communications and Reporting | 0.60 | 240.00 |
| Litigation Consulting | 1.00 | 400.00 |
| **For professional services rendered** | **3.00** | **$1,200.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Receiver**

**For the Period from 5/1/2010 to 5/31/2010**

June 16, 2010

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Case Administration** | | |
| 5/24/2010 | SGH | Revived monthly bank account activity and reconciliation report. | 0.20 400.00/hr | 80.00 |
| 5/26/2010 | SGH | Reviewed and responded to emails from counsel. | 0.20 400.00/hr | 80.00 |
| | | Subtotal | 0.40 | 160.00 |
| | | **Claims Administration & Objections** | | |
| 5/6/2010 | SGH | Telephone call to Charles Burnett regarding ▇▇▇ | 0.30 400.00/hr | 120.00 |
| 5/19/2010 | SGH | Telephone call from Charles Burnett regarding ▇▇▇ | 0.40 400.00/hr | 160.00 |
| 5/21/2010 | SGH | Reviewed motion regarding late filed claims. Reviewed correspondence from counsel. | 0.30 400.00/hr | 120.00 |
| | | Subtotal | 1.00 | 400.00 |
| | | **Investor Communications and Reporting** | | |
| 5/6/2010 | SGH | Responded to email from investor. | 0.20 400.00/hr | 80.00 |
| 5/11/2010 | SGH | Telephone calls from investors. | 0.20 400.00/hr | 80.00 |
| 5/27/2010 | SGH | Reviewed and responded to investors emails and calls. | 0.20 400.00/hr | 80.00 |
| | | Subtotal | 0.60 | 240.00 |
| | | **Litigation Consulting** | | |
| 5/20/2010 | SGH | Telephone call from Charles Burnett regarding ▇▇▇ Reviewed emails regarding ▇▇▇ | 0.30 400.00/hr | 120.00 |
| 5/25/2010 | SGH | Reviewed email regarding Five Star and sale of wells. | 0.30 400.00/hr | 120.00 |
| 5/27/2010 | SGH | Reviewed and responded to emails regarding Five Star. Signed engagement / settlement agreement with counsel for trial to proceed. Corresponded with counsel regarding ▇▇▇ | 0.40 400.00/hr | 160.00 |

| | Page | 2 |
|---|---:|---:|
| **SEC v. Travis Correll et al** | **Hrs/Rate** | **Amount** |
| Subtotal | 1.00 | 400.00 |
| **For professional services rendered** | **3.00** | **$1,200.00** |