# EXHIBIT B

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**
**For the Period from 4/1/2010 to 4/30/2010**

May 10, 2010

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| Fred Tulley | 4.70 | 822.50 |
| | 175.00/hr | |
| J. Colt Conner, CFE | 0.20 | 30.00 |
| | 150.00/hr | |
| K. Shelby Bao | 0.40 | 68.00 |
| | 170.00/hr | |
| Kathryn A. Malek, PHR | 0.40 | 72.00 |
| | 180.00/hr | |
| Scott S. Askue, CIRA | 9.40 | 2,820.00 |
| | 300.00/hr | |
| Trimble Boone | 0.30 | 37.50 |
| | 125.00/hr | |
| **For professional services rendered** | **15.40** | **$3,850.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 0.45 |
| Document Storage | 455.00 |
| Federal Express | 17.14 |
| Miscellaneous | 56.25 |
| Pacer Charges | 34.64 |
| Postage | 0.44 |
| **Total costs** | **$563.92** |
| **Total amount of this bill** | **$4,413.92** |

CCE - Certified Computer Examiner          CPA - Certified Public Accountant
CFE - Certified Fraud Examiner             CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor   PHR - Professional in Human Resources

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE  
East Tower, Suite 200  
Atlanta, GA 30326

---

**SEC v. Travis Correll et al**  
**c/o S. Gregory Hays, Receiver**  
**3343 Peachtree Road, N.E.**  
**Suite 200**  
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from 4/1/2010 to 4/30/2010**

May 10, 2010

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Asset Analysis & Recovery | 1.40 | 420.00 |
| Claims Administration & Objections | 1.50 | 397.50 |
| Fee / Employment Applications | 1.40 | 368.00 |
| Investor Communications and Reporting | 8.10 | 1,812.50 |
| Litigation Consulting | 2.60 | 780.00 |
| Tax Issues | 0.40 | 72.00 |
| **For professional services rendered** | **15.40** | **$3,850.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 0.45 |
| Document Storage | 455.00 |
| Federal Express | 17.14 |
| Miscellaneous | 56.25 |
| Pacer Charges | 34.64 |
| Postage | 0.44 |
| **Total costs** | **$563.92** |
| **Total amount of this bill** | **$4,413.92** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

For the Period from 4/1/2010 to 4/30/2010

May 10, 2010

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---:|---:|

### Asset Analysis & Recovery

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 4/22/2010 | SSA | Reviewed email from Clark Will regarding ▆▆▆. Drafted email to Mr. Will and Tim McCole regarding ▆▆▆ | 0.40<br>300.00/hr | 120.00 |
| 4/28/2010 | SSA | Telephone call from John Shepard regarding lease interests of Gregory Thompson. Telephone call to Clark Will regarding ▆▆▆ | 0.50<br>300.00/hr | 150.00 |
| 4/29/2010 | SSA | Telephone call from Clark Will regarding ▆▆▆ | 0.20<br>300.00/hr | 60.00 |
| | SSA | Reviewed email from and drafted email to Clark Will regarding ▆▆▆ | 0.30<br>300.00/hr | 90.00 |
| | | Subtotal | 1.40 | 420.00 |

### Claims Administration & Objections

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 4/2/2010 | SSA | Researched for status of investor check and arranged for reissuing of same. | 0.30<br>300.00/hr | 90.00 |
| 4/5/2010 | TB | Telephone call from ▆▆▆ regarding distribution check to wife ▆▆▆. | 0.30<br>125.00/hr | 37.50 |
| 4/12/2010 | SSA | Reviewed for status of distribution check to ▆▆▆ | 0.20<br>300.00/hr | 60.00 |
| 4/13/2010 | SSA | Telephone call from Charles Burnett regarding ▆▆▆. Drafted email to Mr. Burnett regarding ▆▆▆ Reviewed letter to same. | 0.50<br>300.00/hr | 150.00 |
| 4/16/2010 | SSA | Telephone call to ▆▆▆ regarding distribution check to ▆▆▆ | 0.20<br>300.00/hr | 60.00 |
| | | Subtotal | 1.50 | 397.50 |

### Fee / Employment Applications

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 4/12/2010 | SSA | Reviewed fee invoice of Quilling Selander. Drafted email to Clark Will regarding ▆▆▆ | 0.30<br>300.00/hr | 90.00 |
| 4/13/2010 | SSA | Reviewed and edited fee invoice for March 2010. | 0.50<br>300.00/hr | 150.00 |
| 4/14/2010 | KSB | Prepared draft of final invoice for HFC and final invoice for Receiver for March 2010. | 0.40<br>170.00/hr | 68.00 |

**SEC v. Travis Correll et al**

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/20/2010 | SSA | Reviewed fee invoice for Troutman Sanders for March 2010. | 0.20 300.00/hr | 60.00 |
| | | Subtotal | 1.40 | 368.00 |

### Investor Communications and Reporting

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2010 | SSA | Telephone call to various investors regarding status of case and other issues. | 0.60 300.00/hr | 180.00 |
| 4/2/2010 | SSA | Prepared update for posting of Receiver website. | 0.30 300.00/hr | 90.00 |
| | SSA | Telephone call to investor regarding status of case and distribution. Drafted email to investors regarding same. Researched and drafted email to investor regarding prior distribution amounts. | 0.50 300.00/hr | 150.00 |
| | JCC | Reviewed and responded to emails from Scott Askue regarding addition to website. Drafted email to website manager regarding same. | 0.20 150.00/hr | 30.00 |
| | FT | Reviewed voice mail messages from and telephone calls to investors. | 0.50 175.00/hr | 87.50 |
| 4/12/2010 | FT | Reviewed voice mail messages from and telephone calls to investors. | 0.60 175.00/hr | 105.00 |
| | SSA | Telephone call to the ▓▓▓▓▓ regarding nature of their investment. | 0.20 300.00/hr | 60.00 |
| 4/13/2010 | SSA | Telephone call from ▓▓▓▓▓ regarding status of distribution. | 0.20 300.00/hr | 60.00 |
| | SSA | Reviewed email from investor and updated contact information. | 0.20 300.00/hr | 60.00 |
| 4/14/2010 | SSA | Telephone call to and drafted emails to investors regarding status of distributions. | 0.50 300.00/hr | 150.00 |
| 4/20/2010 | SSA | Drafted email to investor regarding status of distribution and case. | 0.20 300.00/hr | 60.00 |
| 4/21/2010 | FT | Telephone call from investors regarding status of case and future distributions. | 0.70 175.00/hr | 122.50 |
| 4/22/2010 | FT | Telephone call from investors regarding status of case and future distributions. | 0.30 175.00/hr | 52.50 |
| 4/23/2010 | FT | Responded to investor questions and sent them to the appropriate party. | 0.30 175.00/hr | 52.50 |
| 4/26/2010 | SSA | Reviewed email from and drafted email to Stephen Beckstoffer regarding recovery in the Sentinel Funds matter. | 0.20 300.00/hr | 60.00 |
| | FT | Responded to investor questions concerning their claims. | 0.40 175.00/hr | 70.00 |
| 4/27/2010 | FT | Responded to investor questions concerning their claims. | 0.40 175.00/hr | 70.00 |
| | FT | Responded to investor questions concerning their claims. | 0.40 175.00/hr | 70.00 |
| 4/28/2010 | SSA | Telephone call from ▓▓▓▓▓ regarding status of her distribution check. Researched for same. | 0.30 300.00/hr | 90.00 |
| | FT | Responded to investor questions concerning their claims. | 0.40 175.00/hr | 70.00 |
| 4/29/2010 | FT | Responded to investor questions concerning their claims. | 0.40 175.00/hr | 70.00 |
| 4/30/2010 | FT | Responded to investor questions concerning their claims. | 0.30 175.00/hr | 52.50 |

**SEC v. Travis Correll et al**

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Subtotal | 8.10 | 1,812.50 |

### Litigation Consulting

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/2/2010 | SSA | Researched and drafted email to Tim McCole regarding assets of Dwight Johnson and Gregory Thompson. | 0.70 300.00/hr | 210.00 |
| 4/12/2010 | SSA | Drafted email to Clark Will regarding ▬▬▬ ▬▬▬ Reviewed various emails regarding same. | 0.60 300.00/hr | 180.00 |
| 4/26/2010 | SSA | Reviewed docket and pleadings of Sentinel Funds bankruptcy. Drafted email to Charles Burnett regarding ▬▬ | 1.00 300.00/hr | 300.00 |
| 4/29/2010 | SSA | Drafted email to Charles Burnett regarding ▬▬ ▬▬ Telephone call from Mr. Burnett regarding ▬▬ | 0.30 300.00/hr | 90.00 |
| | | Subtotal | 2.60 | 780.00 |

### Tax Issues

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/24/2010 | KAM | Prepared 1st quarter 2010 Form 941. | 0.40 180.00/hr | 72.00 |
| | | Subtotal | 0.40 | 72.00 |
| | **For professional services rendered** | | **15.40** | **$3,850.00** |

Additional Charges :

### Expenses

| | | Amount |
|---|---|---|
| 4/1/2010 | Document storage - April 2010 | 455.00 |
| 4/10/2010 | FedEx to Quilling, Selander Cummiskey 3/25/10 | 17.14 |
| 4/19/2010 | Website maintenance 2/15/10 - 3/15/10 | 56.25 |
| 4/23/2010 | Pacer on-line charges for period ended 3/31/10 | 34.64 |
| 4/30/2010 | Postage for April 2010. | 0.44 |
| | Copying cost for April 2010. | 0.45 |
| | Subtotal | 563.92 |
| **Total costs** | | **$563.92** |
| **Total amount of this bill** | | **$4,413.92** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from   5/1/2010   to   5/31/2010**

June 16, 2010

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Dick Atcheson | 4.10 | 1,025.00 |
|  | 250.00/hr |  |
| Fred Tulley | 0.50 | 87.50 |
|  | 175.00/hr |  |
| K. Shelby Bao | 0.60 | 102.00 |
|  | 170.00/hr |  |
| Kathryn A. Malek, PHR | 0.50 | 90.00 |
|  | 180.00/hr |  |
| Scott S. Askue, CIRA | 13.00 | 3,900.00 |
|  | 300.00/hr |  |
| **For professional services rendered** | **18.70** | **$5,204.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 1.50 |
| Document Storage | 455.00 |
| Fax | 0.25 |
| Federal Express | 54.77 |
| Miscellaneous | 36.00 |
| Postage | 1.76 |
| **Total costs** | **$549.28** |
| **Total amount of this bill** | **$5,753.78** |

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**Accountants and Financial Consultants to the Receiver**

**For the Period from    5/1/2010    to  5/31/2010**

June 16, 2010

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 2.90 | 770.00 |
| Asset Analysis & Recovery | 1.10 | 330.00 |
| Claims Administration & Objections | 3.30 | 990.00 |
| Fee / Employment Applications | 1.10 | 252.00 |
| Investor Communications and Reporting | 2.40 | 657.50 |
| Litigation Consulting | 5.10 | 1,530.00 |
| Tax Issues | 2.80 | 675.00 |
| **For professional services rendered** | **18.70** | **$5,204.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 1.50 |
| Document Storage | 455.00 |
| Fax | 0.25 |
| Federal Express | 54.77 |
| Miscellaneous | 36.00 |
| Postage | 1.76 |
| **Total costs** | **$549.28** |
| **Total amount of this bill** | **$5,753.78** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**SEC v. Travis Correll et al**
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from    5/1/2010    to    5/31/2010**

June 16, 2010

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **Accounting** | | | |
| 5/17/2010 | DA | Reviewed cash reports to develop a set of financial to prepare the tax return. | 2.00 250.00/hr | 500.00 |
| 5/24/2010 | SSA | Drafted email to Clark Will regarding ▬▬▬▬ | 0.20 300.00/hr | 60.00 |
| 5/25/2010 | SSA | Coordinated the move of case funds for each defendant to a single bank account. | 0.30 300.00/hr | 90.00 |
| 5/27/2010 | SSA | Researched flow of funds between SSFCU bank accounts. | 0.40 300.00/hr | 120.00 |
| | | Subtotal | 2.90 | 770.00 |
| | **Asset Analysis & Recovery** | | | |
| 5/6/2010 | SSA | Drafted email to and reviewed email from Clark Will regarding ▬▬▬▬ | 0.20 300.00/hr | 60.00 |
| 5/25/2010 | SSA | Telephone call from John Shepard regarding an interested purchaser in the well interests. Drafted email to Clark Will regarding ▬▬ | 0.50 300.00/hr | 150.00 |
| | SSA | Reviewed the lease assignment agreement relating to the oil and gas rights. Drafted email to Clark Will regarding ▬▬ | 0.40 300.00/hr | 120.00 |
| | | Subtotal | 1.10 | 330.00 |
| | **Claims Administration & Objections** | | | |
| 5/12/2010 | SSA | Reviewed claim filed by ▬▬▬▬. Prepared analysis of same. | 1.30 300.00/hr | 390.00 |
| 5/13/2010 | SSA | Completed review of ▬▬▬▬ late filed claim. | 1.00 300.00/hr | 300.00 |
| 5/17/2010 | SSA | Telephone call from representative of ▬▬▬▬ regarding payment of his claim. | 0.20 300.00/hr | 60.00 |
| 5/21/2010 | SSA | Reviewed letter and drafted email to Charles Burnett regarding ▬▬▬▬ | 0.30 300.00/hr | 90.00 |
| | SSA | Reviewed email from and telephone call to Charles Burnett regarding ▬▬▬▬ | 0.30 300.00/hr | 90.00 |

**SEC v. Travis Correll et al**

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/25/2010 SSA | Reviewed for the status of the distribution check to ▮▮▮ Left message for same. | 0.20<br>300.00/hr | 60.00 |
| | Subtotal | 3.30 | 990.00 |

### Fee / Employment Applications

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/4/2010 KSB | Prepared final invoice for HFC for March 2010. | 0.20<br>170.00/hr | 34.00 |
| 5/7/2010 SSA | Reviewed and edited fee invoice for April 2010. | 0.20<br>300.00/hr | 60.00 |
| 5/10/2010 KSB | Prepared final invoices for HFC and Receiver for April 2010. | 0.40<br>170.00/hr | 68.00 |
| 5/26/2010 SSA | Reviewed and responded to emails regarding payment of professional fees. | 0.30<br>300.00/hr | 90.00 |
| | Subtotal | 1.10 | 252.00 |

### Investor Communications and Reporting

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/3/2010 SSA | Drafted emails to investors and responded to questions from investors regarding case and future distributions. | 0.50<br>300.00/hr | 150.00 |
| 5/10/2010 SSA | Formatted fee applications for posting on the Receiver's website. | 0.30<br>300.00/hr | 90.00 |
| 5/12/2010 FT | Responded to investor iinquiries regarding the claims process and updated them with case status. | 0.50<br>175.00/hr | 87.50 |
| 5/14/2010 SSA | Drafted email to investors regarding status of distribution and case. | 0.20<br>300.00/hr | 60.00 |
| 5/18/2010 SSA | Drafted emails to investors regarding status of the case and future distributions. | 0.30<br>300.00/hr | 90.00 |
| 5/20/2010 SSA | Telephone call from investors regarding status of case. | 0.20<br>300.00/hr | 60.00 |
| 5/21/2010 SSA | Telephone call from investor regarding chance of address. | 0.20<br>300.00/hr | 60.00 |
| 5/28/2010 SSA | Drafted email to investors regarding status of case. | 0.20<br>300.00/hr | 60.00 |
| | Subtotal | 2.40 | 657.50 |

### Litigation Consulting

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/4/2010 SSA | Reviewed letters to Five Star counsel. Telephone call from Charles Burnett regarding ▮▮▮ Reviewed file regarding same. | 1.50<br>300.00/hr | 450.00 |
| 5/21/2010 SSA | Telephone call from Charles Burnett regarding ▮▮▮ | 0.20<br>300.00/hr | 60.00 |
| 5/25/2010 SSA | Telephone call from Charles Burnett regarding ▮▮▮ Reviewed and responded to email recommendation on same. | 0.50<br>300.00/hr | 150.00 |
| 5/27/2010 SSA | Researched, reviewed emails, and drafted emails to Charles Burnett regarding ▮▮▮ | 1.20<br>300.00/hr | 360.00 |
| SSA | Reviewed issues with continued pursuit of the Five Star litigation. | 0.30<br>300.00/hr | 90.00 |
| 5/28/2010 SSA | Reviewed recent developments in the Sentinel Funds bankruptcy. Researched case activity and impact on the ▮▮▮ claim filed by the Receivership estate. | 1.40<br>300.00/hr | 420.00 |

**SEC v. Travis Correll et al**

| | | | Page 3 |
|---|---|---|---|
| | | **Hrs/Rate** | **Amount** |
| | Subtotal | 5.10 | 1,530.00 |

**Tax Issues**

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2010 | SSA | Drafted email to Clark Will regarding ▮▮▮ | 0.20 300.00/hr | 60.00 |
| 5/21/2010 | DA | Prepared a cash flow statement for 2009. Discussed ▮▮▮ with Scott Askue ▮▮▮ | 0.80 250.00/hr | 200.00 |
| 5/26/2010 | DA | Continued preparation of the 2009 Financial's for use with the 2009 tax return. Discussed ▮▮▮ with Scott Askue. | 0.60 250.00/hr | 150.00 |
| 5/27/2010 | KAM | Drafted letter to the IRS regarding penalty notice for Form 940 for period ended 12/31/09. Researched and sent copy of cancelled check proving payment. | 0.50 180.00/hr | 90.00 |
| | DA | Reviewed and adjusted the 2009 financials for use in the tax return. | 0.40 250.00/hr | 100.00 |
| | DA | Met with Scott Askue and Kathy Malek regarding ▮▮▮ | 0.30 250.00/hr | 75.00 |
| | | Subtotal | 2.80 | 675.00 |
| | | **For professional services rendered** | **18.70** | **$5,204.50** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta GA 30326**

**For the Period from    5/1/2010   to   5/31/2010**

June 16, 2010

| Date | Description | Amount |
|---|---|---:|
| | **Expenses** | |
| 5/1/2010 | May 2010 Document Storage | 455.00 |
| 5/10/2010 | Website maintenance - April 2010 | 36.00 |
| 5/11/2010 | FedEx to Quilling Selander Cummiskey | 17.29 |
| 5/12/2010 | FedEx to William Carter 4/16/10 | 37.48 |
| 5/31/2010 | Copying cost for the month of May. | 1.50 |
| | Postage for the month of May. | 1.76 |
| | Fax for the month of May. | 0.25 |
| | Subtotal | 549.28 |
| | **Total costs** | **$549.28** |