# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 05/21/10 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1279804 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

**RE:   Receiver For Horizon Establishment Et al. - Sec Receivership**

| | |
|---|---|
| Fees for Professional Services Rendered Through 04/30/10 | $1,415.25 |
| Costs and Expenses Through 04/30/10 | $71.36 |
| **Total Amount of This Invoice** | **$1,486.61** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 05/21/10
Invoice Number 1279804
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 04/01/10 | CRB | Conference with David Dantzler regarding ▮; telephone conference with Greg Hays regarding ▮; telephone conference with Scott Askue regarding ▮ | 0.6 |
| 04/01/10 | JDD | Conference with Charles Burnett regarding ▮ | 0.3 |
| 04/07/10 | CRB | Telephone conference with ▮ regarding ▮; prepare fee application for January and February fees (.3, Time spent on Fee Application, not billed to Hays Financial Consulting); draft letter to Bill Watson and Five Star Energy regarding ▮ | 0.4 |
| 04/08/10 | CRB | Draft letter to Five Star Energy and Bill Watson regarding ▮ | 1.6 |
| 04/13/10 | CRB | Telephone conference with Scott Askue regarding ▮ claim; telephone conference with ▮ regarding same; draft letter to ▮ regarding same | 0.7 |
| 04/19/10 | CRB | Correspond with investors regarding ▮; telephone conference with Scott Askue regarding ▮ | 0.2 |
| 04/29/10 | CRB | Telephone conference with Scott Askue regarding ▮; conference with David Dantzler regarding ▮ correspond with counsel for Five Star Energy regarding ▮ | 0.7 |
| 04/30/10 | CRB | Draft letter to Five Star ▮ | 0.3 |

Total Hours 4.8

Total Fees 1,415.25

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 05/21/10
Invoice Number 1279804
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

### TIMEKEEPER TIME SUMMARY THROUGH 04/30/10

| Name | Hours | Amount |
| --- | --- | --- |
| C R Burnett | 4.5 | 1,239.75 |
| J Dantzler | 0.3 | 175.50 |

### FOR COSTS AND EXPENSES INCURRED THROUGH 04/30/10

| Description | Amount |
| --- | --- |
| Miscellaneous Expenses | 18.00 |
| Search Costs | 53.36 |
| Total: | 71.36 |

Total Fees & Costs: $1,486.61

# TROUTMAN SANDERS LLP

| Payment Remittance Address | ATTORNEYS AT LAW | Office Address |
|---|---|---|
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | 600 Peachtree Street, NE |
| P.O. Box 933652 | FEDERAL ID NO. 58-0946915 | Suite 5200 |
| Atlanta, Georgia 31193-3652 | | Atlanta, GA 30308-2216 |

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 06/22/10 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1285785 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

RE: Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 05/31/10 | $3,598.50 |
| Less Adjustments | - $303.05 |
| Total Fees | $3,295.45 |
| Costs and Expenses Through 05/31/10 | $32.34 |
| **Total Amount of This Invoice** | **$3,327.79** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 06/22/10
Invoice Number 1285785
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 05/03/10 | CRB | Draft ▮ letters to Five Star Energy and Watson; coordinate preparation of fee application (.2, time spent on fee application, not billed to Hays Financial Consulting) | 2.0 |
| 05/04/10 | CRB | Revise ▮ letters to Five Star and Bill Watson; telephone conference with Scott Askue regarding ▮; review documentary evidence concerning Correll's transfer of funds to Morgan West/Winside; prepare fee application for March fees (.6, time spent on fee application, not billed to Hays Financial Consulting) | 2.2 |
| 05/06/10 | CRB | Review information submitted by ▮; telephone conference with Greg Hays regarding ▮; prepare fee application for filing (.3, time spent on fee application, not billed to Hays Financial Consulting) | 0.6 |
| 05/11/10 | CRB | Review information submitted by ▮; telephone conference with ▮ regarding ▮ | 0.3 |
| 05/13/10 | CRB | Telephone conference with Scott Askue regarding ▮ review information compiled by Scott Askue regarding same | 0.5 |
| 05/17/10 | CRB | Telephone conference with Bill Watson regarding ▮; telephone conference with counsel for Five Star regarding ▮; conference with David Dantzler regarding ▮ | 1.1 |
| 05/17/10 | JDD | Conference with Charles Burnett regarding ▮ | 0.5 |
| 05/19/10 | CRB | Conference with David Dantzler regarding ▮; telephone conference with Receiver Team regarding ▮ telephone conference with ▮ regarding ▮ telephone conference with Scott Askue regarding ▮; conference with David Dantzler regarding ▮ | 1.1 |
| 05/20/10 | CRB | Telephone conference with Bill Watson regarding ▮; telephone conference with Greg Hays and Scott Askue regarding ▮; correspond with attorneys for Five Star regarding ▮ draft correspondence to ▮ regarding ▮ | 1.2 |
| 05/21/10 | CRB | Correspond with attorneys for Five Star regarding ▮ telephone conference with Scott Askue regarding ▮ revise motion to approve second schedule of supplemental claims; correspond with Receiver Team regarding ▮ | 1.1 |
| 05/25/10 | CRB | Review correspondence from Five Star's attorney regarding ▮ telephone conference with Scott Askue regarding ▮ correspond with Receiver Team regarding ▮ correspond with Five Star's attorney regarding ▮ | 0.5 |
| 05/26/10 | CRB | Telephone conference with Scott Askue regarding ▮ | 0.4 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 06/22/10
Invoice Number 1285785
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | ▇▇▇▇▇; telephone conference with ▇▇▇▇ regarding ▇▇ | |
| 05/27/10 | CRB | Telephone conference with Five Star's attorney regarding ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; correspond with Receiver regarding ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; draft letter to Judge Roundtree regarding ▇▇ | 0.8 |
| 05/28/10 | CRB | Correspond with Receiver Team regarding ▇▇▇▇▇▇▇▇▇▇▇ | 0.2 |

Total Hours 12.5

Total Fees 3,598.50

**TIMEKEEPER TIME SUMMARY THROUGH 05/31/10**

| Name | Hours | Amount |
|---|---|---|
| C R Burnett | 12.0 | 3,306.00 |
| J Dantzler | 0.5 | 292.50 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 05/31/10**

| Description | Amount |
|---|---|
| Computer Research | 32.34 |
| Total: | 32.34 |

Total Fees & Costs: $3,630.84