# EXHIBIT D



Federal ID #75-2459334

S. Gregory Hays  
Special Counsel for Greg Hays  
Hays Financial Consulting, LLC  
3343 Peachtree Road, Suite 750  
Atlanta  GA  30326  

Page: 1  
04/30/2010  
Client No:    911-0150M  
Invoice No:       94523  

Travis E. Correll, et al.

**ITEMIZED  SERVICES  BILL**

| Date | | Description | Hours | |
|---|---|---|---:|---:|
| 04/01/2010 | CBW | Telephone conference with SA regarding ▓▓▓▓▓ ▓▓▓▓ | 0.40 | 140.00 |
| 04/02/2010 | CBW | Review and respond to e-mail regarding assets of Johnson and Thompson; | 0.50 | 175.00 |
| | CBW | Follow-up e-mails regarding same; | 0.30 | 105.00 |
| | CBW | E-mail to RSF regarding status; | 0.30 | 105.00 |
| 04/06/2010 | CBW | Review of ▓▓▓▓▓▓ received from Hays; review and analysis of ▓▓▓▓▓▓▓▓▓ draft correspondent to SA regarding ▓▓▓ | 1.10 | 385.00 |
| | CBW | E-mail with Attorney McCole, research file and reply; | 0.50 | 175.00 |
| 04/12/2010 | CBW | Review/respond to e-mail from client regarding ▓▓▓▓▓▓▓▓▓▓ | 0.50 | 175.00 |
| | CBW | E-mail to Attorney McCole regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 | 105.00 |
| | CBW | E-mails with SA regarding ▓▓▓▓▓ | 0.30 | 105.00 |
| 04/13/2010 | CBW | Forward ▓▓▓▓▓ to SA as requested; | 0.40 | 140.00 |
| | CBW | Review of recent court filings; | 0.50 | 175.00 |
| 04/22/2010 | CBW | Review and analysis of correspondence received from operator regarding Browne gas lease (0.5); draft correspondence to SA regarding ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (0.6); review of correspondence from client regarding ▓▓▓▓ ▓▓▓▓▓▓▓▓▓ (0.3); | 1.40 | 490.00 |
| 04/28/2010 | CBW | Telephone conference with Scott Askue regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (0.3); telephone conference with Mr. Sheppard regarding Browne lease (0.5); correspondence to Tim McCole regarding ▓▓▓▓▓▓▓▓▓▓▓▓ (0.5); follow-up correspondence with TM regarding ▓▓▓ (0.4); | 1.70 | 595.00 |
| 04/29/2010 | CBW | Correspond with SA regarding ▓▓▓▓▓▓▓▓ (0.4); telephone conference with TM regarding ▓▓▓▓▓▓▓▓▓▓ (0.6); follow-up telephone conference with SA regarding ▓▓▓▓▓▓ (0.3); | 1.30 | 455.00 |
| | | For Current Services Rendered | 9.50 | 3,325.00 |

Page: 2
04/30/2010
Special Counsel for Greg Hays
Client No: 911-0150M
Invoice No: 94523
Travis E. Correll, et al.

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Clark B. Will | 9.50 | $350.00 | $3,325.00 |

| | |
|---|---|
| Long-Distance Telephone | 1.79 |
| Photocopies | 1.40 |
| Postage | 0.61 |
| Pacer Service | 4.80 |
| Total Expenses Thru 04/30/2010 | 8.60 |
| Total Current Work | 3,333.60 |
| Balance Due | $3,333.60 |

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT



**QSCL**
QUILLING · SELANDER · CUMMISKEY · LOWNDS

Federal ID #75-2459334

S. Gregory Hays
Special Counsel for Greg Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, Suite 750
Atlanta GA 30326

Page: 1
05/31/2010
Client No: 911-0150M
Invoice No: 96099

Travis E. Correll, et al.

**ITEMIZED SERVICES BILL**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/03/2010 | CBW | Correspond with client regarding ▬▬ and correspond with RSF regarding ▬▬ (0.8); draft correspondence to S Askue regarding ▬▬ (0.5); | 1.30 | 455.00 |
| 05/04/2010 | CBW | Correspond with counsel regarding ▬▬ ▬▬ (0.5); | 0.50 | 175.00 |
| 05/06/2010 | CBW | Correspond with SEC counsel regarding status and settlement (0.7); correspond with S Askue regarding ▬▬ (0.3); | 1.00 | 350.00 |
| 05/10/2010 | CBW | Review of tax documents regarding oil and gas properties, and review and analysis of operating statements (0.6); draft correspondence to client regarding ▬▬ (0.5); review and analysis of correspondence from court and draft correspondence to S Askue regarding ▬▬ (0.5); | 1.60 | 560.00 |
| 05/11/2010 | CBW | Correspondence to S Askue (0.4); forward ▬▬ to clients (0.3); | 0.70 | 245.00 |
| 05/12/2010 | CBW | On-line research regarding receivership orders (0.5); review and respond to correspondence from IRS regarding TNT/Thompson (0.6); follow up communication with IRS officer (0.2); | 1.30 | 455.00 |
| 05/13/2010 | CBW | Telephone conference with RSF regarding ▬▬ ▬▬ (0.3); | 0.30 | 105.00 |
| 05/17/2010 | CBW | Review of delinquent tax notice regarding Thompson oil and gas properties, and draft correspondence to SA regarding ▬▬ (0.8); | 0.80 | 280.00 |
| 05/20/2010 | CBW | Review of corres re: Thompson accounts (0.3); research for account documents for Thompson and TNT and prepare corres to SA forwarding ▬▬ (0.6); | 0.90 | 315.00 |
| 05/24/2010 | CBW | Correspond with SA regarding ▬▬ (0.4); | 0.40 | 140.00 |
| 05/25/2010 | CBW | Correspond with SA regarding ▬▬ (0.5); research and re-create check ledgers for TNT/Thompson and prepare correspondence to SA regarding ▬▬ (1.0); | 1.50 | 525.00 |
| 05/26/2010 | CBW | Further work on account documents and prepare correspondece to SA regarding ▬▬ (0.9); review of LOI regarding oil and gas interests (0.5); correspondence to Atty. McCole | | |

Bryan Tower  2001 Bryan St., Suite 1800  Dallas, TX 75201  |  ph. 214.871.2100  fx. 214.871.2111   www.qsclpc.com

A  PROFESSIONAL  CORPORATION  |  ATTORNEYS  AND  COUNSELORS

Page: 2
05/31/2010
Special Counsel for Greg Hays
Client No:    911-0150M
Invoice No:        96099
Travis E. Correll, et al.

|            |     |                                                                                                                                                                                 | Hours |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | regarding ▓▓ (0.4); review of ▓▓▓▓▓▓▓ and forward to SA (0.5); telephone conference with Atty McCole regarding ▓▓▓▓▓▓ (0.4);                                                    | 2.70  | 945.00   |
| 05/27/2010 | CBW | Telephone conference with landman regarding LOI on oil and gas interests (0.3 );                                                                                                | 0.30  | 105.00   |
|            |     | For Current Services Rendered                                                                                                                                                   | 13.30 | 4,655.00 |

Recapitulation

| Timekeeper    | Hours | Hourly Rate | Total      |
|---------------|-------|-------------|------------|
| Clark B. Will | 13.30 | $350.00     | $4,655.00  |

|                                  |        |
|----------------------------------|--------|
| Photocopies                      | 1.40   |
| Postage                          | 7.91   |
| Total Expenses Thru 05/31/2010   | 9.31   |
|                                  |        |
| Total Current Work               | 4,664.31 |
|                                  |        |
| Balance Due                      | $4,664.31 |

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT