# EXHIBIT A

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

### Receiver

**For the Period from     6/1/2010    to  6/30/2010**

July 23, 2010

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 4.10 | 1,640.00 |
| | 400.00/hr | |
| **For professional services rendered** | **4.10** | **$1,640.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

**Receiver**

**For the Period from     6/1/2010     to   6/30/2010**

July 23, 2010

Professional Services

|  | Hours | Amount |
|---|---|---|
| Case Administration | 2.20 | 880.00 |
| Claims Administration & Objections | 0.20 | 80.00 |
| Fee / Employment Applications | 0.80 | 320.00 |
| Litigation Consulting | 0.50 | 200.00 |
| Tax Issues | 0.40 | 160.00 |
| **For professional services rendered** | **4.10** | **$1,640.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

**Receiver**

**For the Period from    6/1/2010   to   6/30/2010**

July 23, 2010

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 6/1/2010 | SGH | Reviewed fee order and corresponded with Clark Will and Kathy Malek. | 0.20 400.00/hr | 80.00 |
| 6/4/2010 | SGH | Met with Charles Burnett regarding ███████████ | 0.30 400.00/hr | 120.00 |
| 6/7/2010 | SGH | Telephone call from Charles Burnett regarding ██████ ███████████████ Discussion with Scott Askue regarding the sale of the Thompson wells. | 0.50 400.00/hr | 200.00 |
| 6/15/2010 | SGH | Telephone call from Charles Burnett. Reviewed and signed release with Joseph Jacks. | 0.30 400.00/hr | 120.00 |
| 6/16/2010 | SGH | Reviewed and signed document sent by Charles Burnett regarding ███████ | 0.20 400.00/hr | 80.00 |
|  | SGH | Reviewed bank statements. | 0.20 400.00/hr | 80.00 |
| 6/23/2010 | SGH | Reviewed objection to claim in Sentinel bankruptcy case. | 0.30 400.00/hr | 120.00 |
| 6/25/2010 | SGH | Met with Charles Burnett regarding ███████████ ███████████ | 0.20 400.00/hr | 80.00 |
|  |  | Subtotal | 2.20 | 880.00 |
| **Claims Administration & Objections** | | | | |
| 6/23/2010 | SGH | Reviewed order regarding late file claims and email regarding same. | 0.20 400.00/hr | 80.00 |
|  |  | Subtotal | 0.20 | 80.00 |
| **Fee / Employment Applications** | | | | |
| 6/17/2010 | SGH | Reviewed the April fee application and related exhibits and approved for filing. Corresponded with counsel regarding ██████ | 0.50 400.00/hr | 200.00 |
| 6/18/2010 | SGH | Reviewed May billing. | 0.30 400.00/hr | 120.00 |
|  |  | Subtotal | 0.80 | 320.00 |
| **Litigation Consulting** | | | | |
| 6/3/2010 | SGH | Telephone call from Charles Burnett regarding ████████████████████████████████ | 0.30 400.00/hr | 120.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/29/2010 SGH | Reviewed and signed engagement letter to employ special counsel. | 0.20<br>400.00/hr | 80.00 |
|  | Subtotal | 0.50 | 200.00 |

**Tax Issues**

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/8/2010 SGH | Reviewed and signed tax returns. | 0.40<br>400.00/hr | 160.00 |
|  | Subtotal | 0.40 | 160.00 |
|  | **For professional services rendered** | **4.10** | **$1,640.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

### Receiver

**For the Period from    7/1/2010    to  7/31/2010**

August 16, 2010

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 1.60 | 640.00 |
|  | 400.00/hr |  |
| **For professional services rendered** | **1.60** | **$640.00** |

**SEC v. Travis Correll et al**

**Receiver**
**For the Period from    7/1/2010    to  7/31/2010**

August 16, 2010

Professional Services

|  | Hours | Amount |
|---|---|---|
| Case Administration | 0.90 | 360.00 |
| Investor Communications and Reporting | 0.20 | 80.00 |
| Tax Issues | 0.50 | 200.00 |
| **For professional services rendered** | **1.60** | **$640.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

**Receiver**

**For the Period from   7/1/2010   to  7/31/2010**

August 16, 2010

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 7/2/2010 | SGH | Reviewed email correspondence regarding Gregory Thompson. Reviewed pending matters. | 0.20 400.00/hr | 80.00 |
| | SGH | Reviewed and signed assignment of drilling rights. Discussed with Scott Askue. | 0.20 400.00/hr | 80.00 |
| 7/12/2010 | SGH | Reviewed email regarding status. Reviewed legal fees for June. | 0.20 400.00/hr | 80.00 |
| 7/15/2010 | SGH | Reviewed status of SEC issues with Scott Askue and plans to get issues resolved. | 0.30 400.00/hr | 120.00 |
| | | Subtotal | 0.90 | 360.00 |
| **Investor Communications and Reporting** | | | | |
| 7/14/2010 | SGH | Reviewed and responded to email from investor. | 0.20 400.00/hr | 80.00 |
| | | Subtotal | 0.20 | 80.00 |
| **Tax Issues** | | | | |
| 7/14/2010 | SGH | Reviewed and signed tax return. | 0.30 400.00/hr | 120.00 |
| 7/15/2010 | SGH | Reviewed and signed tax documents. | 0.20 400.00/hr | 80.00 |
| | | Subtotal | 0.50 | 200.00 |
| | | **For professional services rendered** | **1.60** | **$640.00** |