# EXHIBIT B

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from  6/1/2010  to  6/30/2010**

July 22, 2010

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Dick Atcheson | 3.30<br>250.00/hr | 825.00 |
| Scott S. Askue, CIRA | 9.30<br>300.00/hr | 2,790.00 |
| **For professional services rendered** | **12.60** | **$3,615.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 5.85 |
| Document Storage | 75.00 |
| Federal Express | 19.02 |
| Postage | 3.93 |
| **Total costs** | **$103.80** |
| **Total amount of this bill** | **$3,718.80** |

---

CCE - Certified Computer Examiner        CPA - Certified Public Accountant
CFE - Certified Fraud Examiner            CTP - Certified Turnaround Professional
CIRA - Certified Insolvency and Restructuring Advisor    PHR - Professional in Human Resources

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

**SEC v. Travis Correll et al**

**Accountants and Financial Consultants to the Receiver**
**For the Period from   6/1/2010   to   6/30/2010**

July 22, 2010

Professional Services

|  | Hours | Amount |
|---|---|---|
| Accounting | 0.30 | 90.00 |
| Asset Analysis & Recovery | 1.20 | 360.00 |
| Claims Administration & Objections | 0.60 | 180.00 |
| Fee / Employment Applications | 0.50 | 150.00 |
| Investor Communications and Reporting | 2.80 | 840.00 |
| Litigation Consulting | 3.90 | 1,170.00 |
| Tax Issues | 3.30 | 825.00 |
| **For professional services rendered** | **12.60** | **$3,615.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 5.85 |
| Document Storage | 75.00 |
| Federal Express | 19.02 |
| Postage | 3.93 |
| **Total costs** | **$103.80** |

| | |
|---|---|
| **Total amount of this bill** | **$3,718.80** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

## Accountants and Financial Consultants to the Receiver
### For the Period from     6/1/2010    to  6/30/2010

July 22, 2010

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| | | **Accounting** | | |
| 6/28/2010 | SSA | Reviewed and resolved account reconciliation issues with bank account. | 0.30<br>300.00/hr | 90.00 |
| | | Subtotal | 0.30 | 90.00 |
| | | **Asset Analysis & Recovery** | | |
| 6/4/2010 | SSA | Drafted email to Clark Will regarding ▇▇▇. Telephone call to Mr. Will regarding ▇▇▇ | 0.50<br>300.00/hr | 150.00 |
| 6/14/2010 | SSA | Drafted email to and reviewed email from Clark Will regarding ▇▇▇. | 0.30<br>300.00/hr | 90.00 |
| 6/30/2010 | SSA | Telephone call from Clark Will regarding ▇▇▇. Drafted email to and reviewed email from Tim McCole regarding status of settlements with Dwight Johnson and Gregory Thompson. | 0.40<br>300.00/hr | 120.00 |
| | | Subtotal | 1.20 | 360.00 |
| | | **Claims Administration & Objections** | | |
| 6/22/2010 | SSA | Reviewed order on amended allowed claims. Drafted email to Charles Burnett regarding ▇▇▇ | 0.30<br>300.00/hr | 90.00 |
| | SSA | Reviewed for filed claims by ▇▇▇. | 0.30<br>300.00/hr | 90.00 |
| | | Subtotal | 0.60 | 180.00 |
| | | **Fee / Employment Applications** | | |
| 6/1/2010 | SSA | Reviewed order on fee application and arranged for payment. | 0.20<br>300.00/hr | 60.00 |
| 6/15/2010 | SSA | Reviewed and edited fee invoice for May 2010. | 0.30<br>300.00/hr | 90.00 |
| | | Subtotal | 0.50 | 150.00 |

**SEC v. Travis Correll et al**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|

### Investor Communications and Reporting

| Date | Init. | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 6/1/2010 | SSA | Reviewed and responded to emails from investors regarding status of case. | 0.40 300.00/hr | 120.00 |
|  | SSA | Reviewed motion to approved amended schedules and arranged for posting on Receiver's website. | 0.30 300.00/hr | 90.00 |
| 6/3/2010 | SSA | Drafted emails to investors regarding status of the case. | 0.30 300.00/hr | 90.00 |
| 6/4/2010 | SSA | Drafted email investors regarding status of case. | 0.20 300.00/hr | 60.00 |
| 6/14/2010 | SSA | Drafted emails to investors regarding status of case. | 0.20 300.00/hr | 60.00 |
| 6/15/2010 | SSA | Drafted email to investors regarding status of case. | 0.20 300.00/hr | 60.00 |
| 6/17/2010 | SSA | Drafted email to investors regarding status of case. | 0.30 300.00/hr | 90.00 |
| 6/21/2010 | SSA | Drafted email to investors regarding status of case. | 0.20 300.00/hr | 60.00 |
| 6/22/2010 | SSA | Drafted email to investor regarding status of case. | 0.20 300.00/hr | 60.00 |
| 6/25/2010 | SSA | Drafted email to investor regarding status of case. | 0.20 300.00/hr | 60.00 |
| 6/30/2010 | SSA | Reviewed and responded to emails from investor regarding status of distributions. | 0.30 300.00/hr | 90.00 |
|  |  | **Subtotal** | 2.80 | 840.00 |

### Litigation Consulting

| Date | Init. | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 6/2/2010 | SSA | Telephone call from Charles Burnett regarding ▌▌▌▌. Reviewed pleadings relating to same. | 1.40 300.00/hr | 420.00 |
| 6/3/2010 | SSA | Telephone call from Charles Burnett regarding ▌▌▌▌. Reviewed case pleadings and began analysis of expected distributions in the case. | 2.30 300.00/hr | 690.00 |
| 6/21/2010 | SSA | Drafted email to Charles Burnett regarding ▌▌▌▌. | 0.20 300.00/hr | 60.00 |
|  |  | **Subtotal** | 3.90 | 1,170.00 |

### Tax Issues

| Date | Init. | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 6/7/2010 | DA | Reviewed financial information and requested additional information from Scott Askue on certain receipts in order to complete the 2009 tax return. | 0.40 250.00/hr | 100.00 |
|  | DA | Completed review of 2009 financial's and reviewed several of the settlement court documents from 2009 to make a determination on tax treatment. Input material into the tax software and reviewed for accuracy and completeness. Prepared transmittal package. | 2.20 250.00/hr | 550.00 |
| 6/9/2010 | DA | Processed the 2009 tax return for filing. | 0.70 250.00/hr | 175.00 |

**SEC v. Travis Correll et al**  Page 3

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Subtotal | 3.30 | 825.00 |
| **For professional services rendered** | **12.60** | **$3,615.00** |

**SEC v. Travis Correll et al**  <span style="float:right">Page 4</span>

Additional Charges :

| | | Amount |
|---|---|---:|
| | **Expenses** | |
| 6/1/2010 | Document Storage - June 2010 | 75.00 |
| 6/8/2010 | FedEx to Clark Will 5/27/10 | 19.02 |
| 6/30/2010 | Copying cost for the month of June. | 5.85 |
| | Postage for the month of June. | 3.93 |
| | Subtotal | 103.80 |
| | **Total costs** | **$103.80** |
| | **Total amount of this bill** | **$3,718.80** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from  7/1/2010  to  7/31/2010**

August 24, 2010

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Dick Atcheson | 2.80<br>250.00/hr | 700.00 |
| Dwaine A. Butler | 0.40<br>125.00/hr | 50.00 |
| J. Colt Conner, CFE | 0.30<br>150.00/hr | 45.00 |
| Kathryn A. Malek, PHR | 0.40<br>180.00/hr | 72.00 |
| Scott S. Askue, CIRA | 6.00<br>300.00/hr | 1,800.00 |
| **For professional services rendered** | **9.90** | **$2,667.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 3.30 |
| Document Storage | 75.00 |
| Federal Express | 17.53 |
| Postage | 1.49 |
| **Total costs** | **$97.32** |
| **Total amount of this bill** | **$2,764.32** |

---

CFE - Certified Fraud Examiner         CPA - Certified Public Accountant
CIRA - Certified Insolvency and Restructuring Advisor     PHR - Professional in Human Resources

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

### Accountants and Financial Consultants to the Receiver
### For the Period from    7/1/2010    to   7/31/2010

July 16, 2010

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Asset Analysis & Recovery | 1.60 | 480.00 |
| Asset Disposition | 0.20 | 25.00 |
| Case Administration | 0.20 | 25.00 |
| Claims Administration & Objections | 0.20 | 60.00 |
| Fee / Employment Applications | 0.20 | 60.00 |
| Investor Communications and Reporting | 0.90 | 225.00 |
| Litigation Consulting | 3.10 | 930.00 |
| Tax Issues | 3.50 | 862.00 |
| **For professional services rendered** | **9.90** | **$2,667.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 3.30 |
| Document Storage | 75.00 |
| Federal Express | 17.53 |
| Postage | 1.49 |
| **Total costs** | **$97.32** |
| | |
| **Total amount of this bill** | **$2,764.32** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

## Accountants and Financial Consultants to the Receiver
### For the Period from    7/1/2010    to    7/31/2010

July 16, 2010

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| | **Asset Analysis & Recovery** | | | |
| 7/8/2010 | SSA | Reviewed and responded to emails from Clark Will regarding ▅▅▅▅ | 0.20<br>300.00/hr | 60.00 |
| 7/12/2010 | SSA | Reviewed issues and drafted email to Lee Perkins regarding the status of the assignment of the oil and gas leases. Reviewed and drafted emails to Clark Will regarding ▅ | 0.50<br>300.00/hr | 150.00 |
| 7/15/2010 | SSA | Drafted email to Lee Perkins regarding status of assignment of property leases. Drafted emails to and reviewed emails from Clark Will regarding ▅ | 0.40<br>300.00/hr | 120.00 |
| 7/19/2010 | SSA | Drafted email to and reviewed email from Clark Will regarding ▅▅▅ | 0.30<br>300.00/hr | 90.00 |
| 7/22/2010 | SSA | Reviewed emails regarding the sale of oil and gas interests. | 0.20<br>300.00/hr | 60.00 |
| | | Subtotal | 1.60 | 480.00 |
| | **Asset Disposition** | | | |
| 7/12/2010 | DAB | Telephone calls to and from Marc Hawkins regarding the sale of the remaining inventory of computer equipment. | 0.20<br>125.00/hr | 25.00 |
| | | Subtotal | 0.20 | 25.00 |
| | **Case Administration** | | | |
| 7/27/2010 | DAB | Reviewed inventory of records for determination of abandonment. | 0.20<br>125.00/hr | 25.00 |
| | | Subtotal | 0.20 | 25.00 |
| | **Claims Administration & Objections** | | | |
| 7/12/2010 | SSA | Telephone call to Sheryl Cooper regarding allowed late filed claims. | 0.20<br>300.00/hr | 60.00 |
| | | Subtotal | 0.20 | 60.00 |

**SEC v. Travis Correll et al**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

### Fee / Employment Applications

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/9/2010 | SSA | Arranged for the posting of fee applications on the Receiver's website. | 0.20<br>300.00/hr | 60.00 |
| | | Subtotal | 0.20 | 60.00 |

### Investor Communications and Reporting

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/9/2010 | JCC | Reviewed and responded to emails from Scott Askue regarding additions to website. Updated website with 44th fee application and accompanying exhibits. | 0.30<br>150.00/hr | 45.00 |
| 7/15/2010 | SSA | Drafted email to investors regarding status of case. | 0.20<br>300.00/hr | 60.00 |
| 7/22/2010 | SSA | Drafted email to investors regarding status of case. | 0.20<br>300.00/hr | 60.00 |
| 7/23/2010 | SSA | Reviewed email form investor and updated contact information. | 0.20<br>300.00/hr | 60.00 |
| | | Subtotal | 0.90 | 225.00 |

### Litigation Consulting

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/6/2010 | SSA | Reviewed pleading from Sentinel Funds bankruptcy. | 0.20<br>300.00/hr | 60.00 |
| 7/12/2010 | SSA | Reviewed docket and pleadings in the Sentinel Funds case. | 0.60<br>300.00/hr | 180.00 |
| | SSA | Drafted email to Charles Burnett and Clark Will regarding ▓▓▓▓▓▓▓▓▓▓ Reviewed responses regarding ▓▓▓ | 0.50<br>300.00/hr | 150.00 |
| 7/15/2010 | SSA | Telephone call from Tim McCole regarding Thompson and Johnson issues. | 0.70<br>300.00/hr | 210.00 |
| 7/19/2010 | SSA | Telephone call to Charles Burnett regarding ▓▓▓▓▓▓▓ | 0.30<br>300.00/hr | 90.00 |
| | SSA | Reviewed judgments against Thompson, Johnson and Cardno. | 0.30<br>300.00/hr | 90.00 |
| 7/20/2010 | SSA | Reviewed oil and gas receipts during year 2010. Drafted email regarding adjusted judgment amount. | 0.50<br>300.00/hr | 150.00 |
| | | Subtotal | 3.10 | 930.00 |

### Tax Issues

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/7/2010 | DA | Reviewed cash activity report for period 7/1/2009 to 6/30/2010. Prepared financial report, prepared sign off material and return footnote. Prepared final tax return for IRS and TX. | 1.70<br>250.00/hr | 425.00 |
| 7/14/2010 | SSA | Reviewed 2009 TNT tax return and discussed same with Dick Atcheson. | 0.30<br>300.00/hr | 90.00 |
| 7/15/2010 | DA | Processed TNT final tax returns. | 0.40<br>250.00/hr | 100.00 |
| | DA | Reviewed requirements to dissolve TNT Office supply and completed form for signature. | 0.50<br>250.00/hr | 125.00 |
| 7/16/2010 | DA | Processed TNT Texas filings with the office of the Comptroller. | 0.20<br>250.00/hr | 50.00 |

**SEC v. Travis Correll et al**

| | | Hrs/Rate | Amount |
|---|---|---:|---:|
| 7/29/2010 KAM | Prepared 2nd quarter 2010 Form 941 and sent to the IRS. | 0.40<br>180.00/hr | 72.00 |
| | Subtotal | 3.50 | 862.00 |
| | **For professional services rendered** | **9.90** | **$2,667.00** |

**SEC v. Travis Correll et al**  Page 4

Additional Charges :

|  |  | Amount |
|---|---|---:|
| **Expenses** | | |
| 7/1/2010 | Document storage - July 2010 | 75.00 |
| 7/2/2010 | FedEx to Quilling Selander Cummiskey | 17.53 |
| 7/31/2010 | Postage for month of July | 1.49 |
|  | Copying cost for month of July | 3.30 |
|  | Subtotal | 97.32 |
|  | **Total costs** | **$97.32** |
|  | **Total amount of this bill** | **$2,764.32** |