# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 07/21/10 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1287029 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

**RE:** Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/10 | $8,092.08 |
| **Total Amount of This Invoice** | **$8,092.08** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 07/21/10
Invoice Number 1287029
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 06/01/10 | CRB | Telephone conference with Scott Askue regarding ▓▓▓▓▓▓▓▓; correspond with Receiver Team regarding ▓▓▓▓▓ (.1, time spent on fee application, not billed to Hays Financial Consulting); correspond with Harrilee Cheshire regarding ▓▓▓▓ | 0.2 |
| 06/01/10 | HC | Review dockets and most recent orders in Minnesota cases; conference with A. Smith regarding ▓▓▓ email correspondence to C. Burnett regarding ▓▓ | 0.6 |
| 06/01/10 | ACS | Research Gillespie, Ripley and Chase cases; review dockets and status for each; retrieve Hays orders for Ripley and Gillespie | 0.6 |
| 06/02/10 | CRB | Conference with David Dantzler regarding ▓▓▓▓▓▓▓▓▓▓▓; review objection filed in Sentinel bankruptcy proceeding; telephone conference with Jose Ortiz regarding ▓▓▓ conference with David Dantzler regarding ▓▓ draft correspondence to Stephanie Demos regarding ▓▓ | 1.1 |
| 06/03/10 | CRB | Review correspondence from Michael Josephs regarding ▓▓▓▓▓▓; conference with David Dantzler regarding ▓▓ telephone conference with Michael Josephs regarding ▓▓ telephone conference with Scott Askue regarding ▓▓ revise notice of withdrawal; telephone conference with Jose Ortiz regarding ▓▓ telephone conference with Greg Hays regarding ▓▓ | 2.3 |
| 06/03/10 | JDD | Several conferences with Charles Burnett regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.6 |
| 06/04/10 | CRB | Review and revise notice of withdrawal from Josephs Jack Ad Hoc Committee; telephone conference with Michael Josephs regarding ▓▓ telephone conference with Jose Ortiz regarding ▓▓ conference with Greg Hays regarding ▓▓ | 0.8 |
| 06/07/10 | CRB | Draft Letter Agreement with Objecting Claimants in Sentinel Funds proceeding; telephone conference with Paul Singerman regarding ▓▓▓▓▓▓▓▓; telephone conference with Garrett Nail regarding ▓▓▓ | 2.3 |
| 06/07/10 | GAN | Conference with Charles Burnett regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓; research regarding same; review and analyze pleadings filed regarding same | 1.6 |
| 06/08/10 | CRB | Telephone conference with counsel for objecting parties in Sentinel Funds bankruptcy proceeding regarding ▓▓▓▓ telephone conference with Berger Singerman regarding ▓▓▓ conference with Garrett Nail regarding ▓▓▓▓▓▓▓; correspond with Greg Hays regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓; review omnibus objection and Josephs Jack's response to same | 2.8 |
| 06/08/10 | GAN | Review and analyze claims objections regarding set off for settlement with | 1.5 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 07/21/10
Invoice Number 1287029
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | Bank of America in Sentinel Funds bankruptcy; conference with Charles Burnett, Arthur Spector and Paul Singerman regarding ▮ | |
| 06/09/10 | CRB | Telephone conference with Jose Ortiz regarding ▮; telephone conference with Minnesota District Court regarding ▮; correspond with Plaintiff's attorney regarding ▮ review engagement letter with Berger Singerman regarding Sentinel Funds proceeding; telephone conference with Mike Josephs regarding ▮ | 1.9 |
| 06/10/10 | CRB | Review information in preparation for status conference with the Court in Meister v. Midkiff; telephone conference with Thomas Meister regarding ▮ participate in status conference with the Court in Meister v. Midkiff; telephone conference with Michael Josephs regarding ▮; correspond with Berger Singerman regarding ▮ conference with David Dantzler regarding ▮ telephone conference with Jose Ortiz regarding ▮ | 2.6 |
| 06/11/10 | CRB | Draft Status Report in Meister v. Midkiff; draft Mutual Release with Michael Josephs; conference with David Dantzler regarding ▮ correspond with Michael Josephs regarding ▮ conference with Garrett Nail regarding ▮; telephone conference with Arthur Spector, Jose Ortiz, and Andy Herron regarding ▮ | 4.3 |
| 06/11/10 | GAN | Review documents provided by other creditors objection to claims by Bank of America claimants in Sentinel Funds bankruptcy; conference call with counsel for creditors, Charles Burnett, and Arthur Spector regarding ▮ review trustee's position on prior claims | 1.8 |
| 06/14/10 | CRB | Revise Mutual Release with Michael Josephs; correspond with Receiver Team regarding ▮ revise status report in Meister v. Midkiff; coordinate filing of same | 0.8 |
| 06/16/10 | CRB | Correspond with David Kono regarding ▮; revise Mutual Release with Josephs Jack; prepare fee application for April 2010 fees (.7, time spent on fee application, not billed to Hays Financial Consulting) | 0.9 |
| 06/16/10 | GAN | Review and revise omnibus objection to claims in Sentinel Funds bankruptcy | 0.4 |
| 06/17/10 | CRB | Revise Mutual Release with Mike Josephs and coordinate execution of same; telephone conference with Jose Ortiz regarding ▮ | 0.4 |
| 06/18/10 | CRB | Review and revise omnibus objection in Sentinel Funds bankruptcy proceeding; correspond with Debi Galler and Garrett Nail regarding ▮ | 0.4 |
| 06/21/10 | CRB | Correspond with Debi Galler regarding ▮ | 0.1 |

IN ACCOUNT WITH

Invoice Date 07/21/10
Invoice Number 1287029
File No. 033287.000002
Page 4

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 06/22/10 | CRB | Research information at request of Securities Fraud section of the New Jersey Attorney General's office; correspond with Receiver Team regarding | 0.4 |
| 06/23/10 | CRB | Telephone conference with Jose Ortiz regarding ; review motion; conference with David Dantzler regarding | 0.4 |
| 06/24/10 | CRB | Telephone conference with Arthur Spector regarding | 0.1 |
| 06/25/10 | CRB | Conference with Greg Hays regarding | 0.3 |
| 06/29/10 | CRB | Telephone conference with Garrett Nail regarding ; correspond with Berger Singerman regarding ; correspond with Receiver regarding | 0.4 |

Total Hours 29.6

Total Fees 8,092.08

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/10**

| Name | Hours | Amount |
|---|---|---|
| C R Burnett | 22.5 | 6,198.75 |
| H Cheshire | 0.6 | 165.30 |
| J Dantzler | 0.6 | 351.00 |
| G A Nail | 5.3 | 1,334.28 |
| A C Smith | 0.6 | 42.75 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 08/20/10 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1298223 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

RE: Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/10 | $7,091.28 |
| Less Adjustments | - $220.40 |
| Total Fees | $6,870.88 |
| Costs and Expenses Through 07/30/10 | $65.60 |
| **Total Amount of This Invoice** | **$6,936.48** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/20/10
Invoice Number 1298223
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 07/01/10 | CRB | Review assignment of Thompson's oil interest; correspond with Scott Askue regarding ▮ | 0.2 |
| 07/02/10 | CRB | Draft fee application for April and May fees (.6, time spent on fee application, not billed to Hays Financial Consulting); correspond with Jose Ortiz and Arthur Spector regarding ▮ | 0.8 |
| 07/06/10 | CRB | Telephone conference with Arthur Spector regarding ▮; various telephone conferences with Jose Ortiz and Andy Herron regarding ▮ | 1.0 |
| 07/08/10 | CRB | Correspond with Steve Beckstoffer regarding ▮ | 0.2 |
| 07/09/10 | CRB | Coordinate filing of fee application (.2, time spent on fee application, not billed to Hays Financial Consulting) | 0.2 |
| 07/12/10 | CRB | Telephone conference with Ronald Vaughn regarding ▮ correspond with Scott Askue regarding ▮; review notice of hearing in Sentinel Funds proceeding; telephone conference with Arthur Spector regarding ▮; telephone conference with Scott Askue regarding ▮ | 0.9 |
| 07/13/10 | CRB | Telephone conference with Jose Ortiz regarding ▮ correspond with Arthur Spector regarding ▮ | 0.2 |
| 07/14/10 | CRB | Telephone conference with Arthur Spector regarding ▮; telephone conference with Jose Ortiz and Andy Herron regarding ▮ | 0.5 |
| 07/15/10 | CRB | Review pleadings filed in Sentinel Funds bankruptcy proceeding; review SEC's status report | 0.4 |
| 07/16/10 | CRB | Telephone conference with Jose Ortiz regarding ▮ | 0.3 |
| 07/19/10 | CRB | Review Final Judgments against Thompson, Johnson, and Cardno; conference with David Dantzler regarding ▮ telephone conference with Scott Askue regarding ▮ telephone conference with Tim McCole regarding ▮ correspond with Harrilee Cheshire regarding ▮ telephone conference with Scott Askue regarding ▮ | 1.6 |
| 07/19/10 | HC | Review prior filings in connection with preparation of status report in Gillespie matter | 0.2 |
| 07/20/10 | CRB | Telephone conference with Arthur Spector regarding ▮; correspond with Scott Askue regarding ▮ correspond with Tim McCole | 0.7 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/20/10
Invoice Number 1298223
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | regarding ███████████████ | |
| 07/20/10 | HC | Prepare status report in Gillespie matter; conference with C. Burnett regarding ███████ | 0.3 |
| 07/21/10 | CRB | Review response to claims objection in Sentinel Funds proceeding; telephone conference with Jose Lopez and Andy Herron regarding ███; correspond with Arthur Spector regarding ███; research case law regarding ███████████ | 4.3 |
| 07/21/10 | GAN | Conference with Charles Burnett regarding ███████████; review response regarding same | 0.7 |
| 07/22/10 | CRB | Research case law regarding ███████████████; correspond with Arthur Spector regarding ███████████; correspond with Steve Beckstoffer regarding ███████████ | 3.0 |
| 07/23/10 | CRB | Draft Reply Brief in support of claims objection in Sentinel Funds bankruptcy proceeding | 1.9 |
| 07/24/10 | CRB | Draft fee application for June 2010 fees (.6, time spent on fee application, not billed to Hays Financial Consulting); draft reply brief in support of claims objection in Sentinel Funds bankruptcy proceeding | 0.8 |
| 07/25/10 | CRB | Draft reply brief in support of claims objection in Sentinel Funds bankruptcy proceeding | 1.2 |
| 07/27/10 | CRB | Telephone conference with Tim McCole regarding ███████████; review correspondence from Arthur Spector regarding ███████████; correspond with Jose Ortiz regarding same | 0.8 |
| 07/28/10 | CRB | Review Bank of America's settlement agreement with Josephs Jack claimants; draft spreadsheet of settlement's potential effect on claims in the Sentinel Funds bankruptcy procedure; telephone conference with Jose Ortiz regarding ███ | 1.1 |
| 07/29/10 | CRB | Review objection to the Receiver's claim in the Sentinel Funds bankruptcy proceeding; telephone conference with Jose Ortiz and Andy Herron regarding ███████; telephone conference with Arthur Spector regarding ███ draft status report in Gillespie case; research Florida law regarding ███████████ | 4.0 |
| 07/29/10 | HC | Review and revise Gillespie status report; conference with C. Burnett regarding ███ | 0.4 |
| 07/30/10 | CRB | Correspond with Arthur Spector regarding ███████████ | 0.1 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/20/10
Invoice Number 1298223
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

| | |
|---|---|
| Total Hours | 25.8 |
| Total Fees | 7,091.28 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/10**

| Name | Hours | Amount |
|---|---|---|
| C R Burnett | 24.2 | 6,667.10 |
| H Cheshire | 0.9 | 247.95 |
| G A Nail | 0.7 | 176.23 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 07/30/10**

| Description | Amount |
|---|---|
| Search Costs | 65.60 |
| Total: | 65.60 |

| | |
|---|---|
| Total Fees & Costs: | $7,156.88 |