# EXHIBIT D



Federal ID #75-2459334

S. Gregory Hays  
Special Counsel for Greg Hays  
Hays Financial Consulting, LLC  
3343 Peachtree Road, Suite 750  
Atlanta  GA  30326

Page: 1  
06/30/2010  
Client No:    911-0150M  
Invoice No:       96898

Travis E. Correll, et al.

**ITEMIZED   SERVICES   BILL**

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                             | Hours |        |
|------------|-----|--------|-------|--------|
| 06/02/2010 | CBW | Telephone conference with Scott Askue regarding ▓▓▓▓▓ (0.3); review and analysis of LOI (0.5); | 0.80 | 280.00 |
| 06/03/2010 | CBW | Telephone conference with operator regarding ▓▓▓▓▓ (0.9); prepare correspondence to SA regarding ▓▓ (0.5); telephone conference with Mike Gibson regarding ▓▓ (0.3); | 1.70 | 595.00 |
| 06/04/2010 | CBW | Review of correspondence from SA (0.3); telephone conference with SA regarding ▓▓ (0.4); | 0.70 | 245.00 |
| 06/07/2010 | CBW | Telephone conference with SA regarding ▓▓▓▓▓ (0.3); telephone conference with Atty. McCole regarding ▓▓ (0.1); prepare correspondence to SEC counsel regarding ▓▓▓▓▓ (0.5); follow-up correspondence with counsel and reciever's representative regarding ▓▓ (0.4); telephone conference with RSF regarding ▓▓▓▓▓ (0.3); follow-up correspondence from SA regarding ▓▓, and draft letter to opposing counsel regarding ▓▓ (0.7); | 2.30 | 805.00 |
| 06/08/2010 | CBW | Prepare correspondence to US Atty regarding ▓▓▓▓▓ (0.6); conference with RSF regarding ▓▓▓▓▓ (0.3); | 0.90 | 315.00 |
| 06/10/2010 | CBW | Review of correspondence from Oil and Gas operator (0.4); telephone conference with investor regarding ▓▓ (0.4); | 0.80 | 280.00 |
| 06/14/2010 | CBW | Review of correspondence from SA and reply to same regarding ▓▓▓▓▓ (0.6); | 0.60 | 210.00 |
| 06/15/2010 | CBW | Review and respond to correspondence from AUSA (0.5); | 0.50 | 175.00 |
| 06/17/2010 | CBW | Correspondence with Hays office regarding ▓▓▓▓▓ (0.4); telephone conference with investigator regarding ▓▓ issues (0.3); | 0.70 | 245.00 |
| 06/22/2010 | CBW | Review and analysis of order regarding distribution of proceeds received from court (0.4); | 0.40 | 140.00 |
| 06/24/2010 | CBW | Review and analysis of offer letter regarding ▓▓▓▓▓ (0.5); prepare correspondence to client regarding ▓▓ (0.5); | 1.00 | 350.00 |

Special Counsel for Greg Hays

Client No:    911-0150M
Invoice No:       96898

Travis E. Correll, et al.

|  |  |  | Hours |  |
|---|---|---|---|---|
| 06/28/2010 | CBW | Telephone conference with Lee Perkins regarding ▮ (0.3); e-mail to SA regarding ▮ (0.3); | 0.60 | 210.00 |
| 06/30/2010 | CBW | Review and analysis of oil and gas assignment and correspondence to Perkins regarding ▮ (1.2); prepare correspondence to receiver regarding ▮ (0.5); telephone conference with SA regarding ▮ (0.3); correspondence with SA and SEC counsel regarding ▮ (0.5); | 2.20 | 770.00 |
|  |  | For Current Services Rendered | 13.20 | 4,620.00 |

### Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Clark B. Will | 13.20 | $350.00 | $4,620.00 |

| | |
|---|---|
| Photocopies | 1.20 |
| Postage | 8.25 |
| Total Expenses Thru 06/30/2010 | 9.45 |
| Total Current Work | 4,629.45 |
| Balance Due | $4,629.45 |

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT



Federal ID #75-2459334

S. Gregory Hays  
Special Counsel for Greg Hays  
Hays Financial Consulting, LLC  
3343 Peachtree Road, Suite 750  
Atlanta  GA  30326  

Page: 1  
07/31/2010  
Client No:  911-0150M  
Invoice No:      98599  

Travis E. Correll, et al.

**ITEMIZED   SERVICES   BILL**

| Date | | Description | Hours | |
|---|---|---|---|---|
| 07/01/2010 | CBW | Review of correspondence from oil and gas promoter (0.4); revise oil and gas assignment and forward to client for execution (0.7); correspondence to SA regarding ▓▓▓ (0.4); | 1.50 | 525.00 |
| 07/02/2010 | CBW | Review and respond to correspondence from Scott Askue (0.5); correspondence to Stan Perkins regarding ▓▓▓ (0.5); follow up correspondence regarding ▓▓▓ (0.4); | 1.40 | 490.00 |
| 07/06/2010 | CBW | Correspondence with Stan Perkins regarding ▓▓▓ (0.4); review and analysis of correspondence from operator regarding ▓▓▓ (0.3); telephone conference with Lee Perkins regarding ▓▓▓ (0.3); review of term assignment and draft correspondence to Perkins regarding ▓▓▓ (0.9); | 1.90 | 665.00 |
| 07/07/2010 | CBW | Review and analysis of letter from working interest owner regarding ▓▓▓ (0.5); | 0.50 | 175.00 |
| 07/08/2010 | CBW | Correspond with SA regarding ▓▓▓ (0.4); | 0.40 | 140.00 |
| 07/09/2010 | CBW | Review, analysis and action regarding oil and gas documents received from Operator regarding TNT interests (0.6); | 0.60 | 210.00 |
| 07/12/2010 | CBW | Review and respond to correspondence from SA (0.5); review and analysis of correspondence from oil and gas operator and draft correspondence to SA regarding ▓▓▓ (0.8); review and reply to follow up correspondence with SA regarding ▓▓▓ (0.5); review of order extending time for Baker to respond, and accompanying correspondence and comment on same (0.5); follow up correspondence regarding ▓▓▓ (0.3); telephone conference with SEC counsel regarding ▓▓▓ (0.4); | 3.00 | 1,050.00 |
| 07/15/2010 | CBW | Review of correspondence regarding ▓▓▓ (0.3); telephone call from SEC counsel (0.2); draft correspondence to SEC counsel regarding ▓▓▓ (0.4); further review of commo's regarding ▓▓▓ and respond to SA (0.5); review of status report and comment to McCole regarding ▓▓▓ (1.5); review and reply to correspondence from SA | | |

Page: 2
07/31/2010
Client No:   911-0150M
Invoice No:      98599

Special Counsel for Greg Hays

Travis E. Correll, et al.

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | Hours |          |
|------------|-----|----|-------|----------|
|            |     | regarding ▓▓▓ (0.5); research regarding 28 USC 2001 and draft correspondence to purchasing agent for oil and gas property (1.2); review of filed status report from SEC (.4); | 5.00  | 1,750.00 |
| 07/16/2010 | CBW | Research regarding oil and gas assets and 28 USC 2001; | 0.60 | 210.00 |
| 07/19/2010 | CBW | Review of judgments (0.5); telephone conference with Carl Pipoli regarding ▓▓▓ (0.5); correspondence with client regarding ▓▓▓ (0.5); review and respond to follow up correspondence from SA (0.4); | 1.90 | 665.00 |
| 07/20/2010 | CBW | Correspond with client regarding ▓▓▓ and reply to same; | 0.50 | 175.00 |
| 07/21/2010 | CBW | Correspond with client regarding ▓▓▓ (0.5); review and comment on correspondence regarding ▓▓▓ (0.4); correspondence to Thompson's counsel regarding ▓▓▓ (0.5); telephone call to Mike Gibson regarding ▓▓▓ (0.4); follow up correspondence to Atty. Gibson (0.3); follow up telephone conference with Atty Gibson and correspondence to client regarding ▓▓▓ (0.7); | 2.80 | 980.00 |
| 07/22/2010 | CBW | Review of correspondence from Atty Gibson regarding ▓▓▓ and reply to same (0.6); correspondence to clients regarding ▓▓▓ (0.4); | 1.00 | 350.00 |
| 07/23/2010 | CBW | Correspond with Atty. Gibson regarding ▓▓▓ (0.5); correspond with buyer's counsel regarding ▓▓▓ and follow up with Atty. Gibson (0.9); | 1.40 | 490.00 |
| 07/26/2010 | CBW | Telephone conference with Lee Perkins regarding ▓▓▓ | 0.40 | 140.00 |
| 07/27/2010 | CBW | Review of delinquent tax notice regarding Thompson property (0.3); draft correspondence to counsel for taxing authority (0.5); draft correspondence to SA regarding ▓▓▓ (0.5); | 1.30 | 455.00 |
|            |     | For Current Services Rendered | 24.20 | 8,470.00 |

Recapitulation

| Timekeeper     | Hours | Hourly Rate | Total      |
|----------------|-------|-------------|------------|
| Clark B. Will  | 24.20 | $350.00     | $8,470.00  |

| Long-Distance Telephone |  2.58 |
|-------------------------|-------|
| Express Mail Service    | 13.09 |
| Photocopies             |  4.20 |
| Postage                 |  2.10 |

Special Counsel for Greg Hays

Travis E. Correll, et al.
                                                     Page: 3
                                               07/31/2010
Client No: 911-0150M
Invoice No: 98599

| | |
|---|---:|
| Pacer Service | 6.56 |
| Total Expenses Thru 07/31/2010 | 28.53 |
| Total Current Work | 8,498.53 |
| Balance Due | $8,498.53 |

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT