# EXHIBIT E

**BERGER SINGERMAN, PA**
ATTORNEYS AT LAW
350 E. LAS OLAS BLVD SUITE 1000
FT LAUDERDALE FL 33301
(954) 525-9900  FAX: (954) 523-2872
FID # 59-2725802

S. GREGORY HAYS
C/O CHARLES R. BURNETT
TROUTMAN SANDERS, LLP
600 PEACHTREE STREET, NE, STE 2500
ATLANTA, GA 30308

INVOICE DATE: 7/9/2010
INVOICE NO. 85667

SEC RECEIVERSHIP OF TRAVIS CORRELL IN THE CH 7 CASE OF

MATTER ID: 15744-0001

**PROFESSIONAL FEES RENDERED THROUGH: 6/30/2010**     HOURS

| Date | Initials | Description | Hours |
|---|---|---|---|
| 6/8/2010 | PSS | MEMOS FROM/TO C. BURNETT AND TELEPHONE CONFERENCE WITH TROUTMAN AND A. SPECTOR REGARDING ▇▇▇. | 0.60 |
| 6/8/2010 | AJS | TELEPHONE CONFERENCE WITH C. BURNETT AND P. SINGERMAN REGARDING ▇▇▇. | 0.60 |
| 6/8/2010 | AJS | REVIEW OBJECTION TO CLAIMS AND RESPONSE THERETO. | 0.90 |
| 6/10/2010 | AJS | TELEPHONE CONFERENCE WITH C. BURNETT REGARDING ▇▇▇. | 0.10 |
| 6/10/2010 | AJS | REVIEW RESPONSE BY LECKY AND NOVOTNY. | 0.20 |
| 6/11/2010 | AJS | CONFERENCE CALL WITH C. BURNETT, ESQ., GARRETT A. NAIL, ESQ., J.ORTIZ, ESQ., AND A. HERRON, ESQ. REGARDING ▇▇▇ FOLLOW-UP CALL WITH MESSRS. NAIL AND BURNETT. | 1.70 |
| 6/12/2010 | AJS | REVIEW TRUSTEE'S OBJECTION TO LECKY'S CLAIM, OBJECTION BY CANCELLARA AND REININGHAUS TO CLAIMS OF CREDITORS WHO SETTLED WITH BOA, AND JOSEPH JACK'S RESPONSE THERETO. | 1.20 |
| 6/14/2010 | DG | LEGAL RESEARCH REGARDING ▇▇▇; PREPARE MEMORANDUM REGARDING FINDINGS. | 4.10 |
| 6/15/2010 | DG | REVIEW CREDITOR OBJECTION TO CLAIM; REVIEW JOSEPH JACK AD HOC COMMITTEE RESPONSE. | 0.80 |
| 6/15/2010 | AJS | REVIEW MEMO FROM D. GALLER; REVIEW RESEARCH MEMO FROM J. ORTIZ AND QUICK REVIEW OF DOCUMENTS. | 0.40 |
| 6/16/2010 | JA | PREPARE DRAFT OMNIBUS OBJECTIONS TO CLAIMS. | 0.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 6/16/2010 | DG | PREPARE OMNIBUS OBJECTION TO CLAIMS. | 0.90 |
| 6/16/2010 | AJS | REVIEW DRAFT OF CLAIM OBJECTION AND TELEPHONE CONFERENCE WITH D. GALLER REGARDING ▮▮▮ | 0.30 |
| 6/23/2010 | AJS | TELEPHONE CONFERENCE WITH D. GALLER REGARDING ▮▮▮ | 0.10 |
| 6/24/2010 | AJS | TELEPHONE CONFERENCE WITH C. BURNETT REGARDING ▮▮▮ | 0.10 |
| 6/25/2010 | AJS | TELEPHONE CONFERENCE WITH J. ORTIZ AND A. HERRON REGARDING ▮▮▮ | 0.20 |

SUB-TOTAL FEES: 12.70     5,773.50

**RATE SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| JESSICA ALVAREZ | 0.50 HOURS | 145.00/HR | 72.50 |
| DEBI EVANS GALLER | 5.80 HOURS | 400.00/HR | 2,320.00 |
| PAUL S. SINGERMAN | 0.60 HOURS | 560.00/HR | 336.00 |
| ARTHUR J. SPECTOR | 5.80 HOURS | 525.00/HR | 3,045.00 |
| TOTAL | 12.70 | | |

**EXPENSES**

| | |
|---|---|
| LONG DISTANCE TELEPHONE | 7.00 |
| REPRODUCTION | 48.00 |
| SUB-TOTAL | 55.00 |

| | |
|---|---:|
| TOTAL CURRENT BILLING: | 5,828.50 |
| PREVIOUS BALANCE DUE: | 10,991.85 |
| CREDITS/PAYMENTS | 0.00 |
| **TOTAL NOW DUE:** | **16,820.35** |

PAYMENT DUE UPON RECEIPT.  PLEASE NOTE ACCOUNT NUMBER ON CHECK.

**BERGER SINGERMAN, PA**
ATTORNEYS AT LAW
350 E. LAS OLAS BLVD SUITE 1000
FT LAUDERDALE FL  33301
(954) 525-9900  FAX: (954) 523-2872
FID # 59-2725802

S. GREGORY HAYS
C/O CHARLES R. BURNETT
TROUTMAN SANDERS, LLP
600 PEACHTREE STREET, NE, STE 2500
ATLANTA, GA 30308

INVOICE DATE:  8/4/2010
INVOICE NO.  85668

SEC RECEIVERSHIP OF TRAVIS CORRELL IN THE CH 7 CASE OF

MATTER ID:  15744-0001

**PROFESSIONAL FEES RENDERED THROUGH:  7/31/2010**       HOURS

| Date | Initials | Description | Hours |
|---|---|---|---|
| 7/2/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH J. ORTIZ AND C. BURNETT REGARDING ▮ | 0.20 |
| 7/6/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH AND TELEPHONE CONFERENCE WITH J. ORTIZ (AND A. HERRON) REGARDING ▮; TELEPHONE CALL TO, TELEPHONE CALL FROM AND TELEPHONE CONFERENCE WITH C. BURNETT REGARDING ▮ | 0.40 |
| 7/8/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH A. HERRON REGARDING ▮ | 0.10 |
| 7/12/2010 | AJS | TELEPHONE CONFERENCE WITH C. BURNETT REGARDING ▮ | 0.20 |
| 7/13/2010 | LM | REVIEW OMNIBUS OBJECTION TO CLAIMS BY GREGORY HAYS AND D/LINE FOR RESPONSES TO SAME. DRAFT SUBPOENA TO USE FOR ALL CLAIMANTS OBJECTED TO FOR DELIVERY OF DOCUMENTS RELATED TO ANY SETTLEMENT WITH BANK OF AMERICA. PREPARE REPORT OF ISSUES FOR ARTHUR SPECTOR. | 2.50 |
| 7/13/2010 | AJS | DIRECT PARALEGAL ON ISSUANCE OF SUBPOENAS DUCES TECUM. | 0.10 |
| 7/14/2010 | LM | REVIEW ISSUES WITH ARTHUR SPECTOR AND CONDUCT FURTHER RESEARCH ▮ | 3.50 |
| 7/14/2010 | AJS | MEETING WITH L. OSBORNE; TELEPHONE | 1.30 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | CONFERENCE WITH C. BURNETT. | |
| 7/15/2010 | LM | MEET WITH FRED GOLDBERG CONCERNING ▬▬▬. DRAFT SUBPOENA AND NOTICE OF 2004 FOR THE CLAIMANTS TO BE SOLICITED. RESEARCH PROCESS COMPANY BEST SUITED FOR AN INTERNATIONAL MATTER. | 3.00 |
| 7/15/2010 | AJS | REVIEW BANK OF AMERICA'S RESPONSE TO MOTION TO COMPEL; REVIEW CANCELLARA AND REININGHAUS' RESPONSE TO MOTION TO DISQUALIFY COUNSEL; REVIEW DRAFT OF SAMPLE SUBPOENA; PREPARE CORRESPONDENCE TO L. MEAGHER (PARALEGAL) ▬▬▬. | 1.70 |
| 7/15/2010 | AJS | TELECONFERENCE WITH A. HERRON AND J. ORTIZ RE ▬▬▬ | 0.40 |
| 7/16/2010 | LM | RESEARCH AND REPORT ON RULE 9019 (FRCP 45) REGARDING SUBPOENAS AND RESPOND TO QUESTIONS POSED BY ARTHUR SPECTOR. | 1.60 |
| 7/18/2010 | AJS | REVIEW ALL RELEVANT PLEADINGS AND APPX A DOZEN CASES; PREPARE CORRESPONDENCE TO A. HERRON AND J. ORTIZ. | 2.50 |
| 7/19/2010 | KA | PREPARED PLEADINGS BINDER AND FILE FOR MEETING WITH CLIENT. | 0.30 |
| 7/19/2010 | AJS | ATTEND HEARINGS ON MOTION TO COMPEL BANK OF AMERICA TO PRODUCE PER SUBPOENA, BANK OF AMERICA'S MOTION FOR PROTECTIVE ORDER, JOSEPHS JACK'S MOTION TO DQ HERRON-ORTIZ. | 3.00 |
| 7/19/2010 | AJS | REVIEW ADDITIONAL CASES; RECEIVE CORRESPONDENCE FROM A. HERRON; PREPARE ARGUMENT. | 1.00 |
| 7/20/2010 | AJS | TELEPHONE CONFERENCE WITH C. BURNETT REGARDING ▬▬▬ | 0.50 |
| 7/21/2010 | AJS | REVIEW RESPONSE BY LECKY AND NOVOTNY TO HAYS' OBJECTIONS TO CLAIMS; EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT REGARDING ▬▬▬ REVIEW BANK OF AMERICA'S MOTION FOR SUMMARY JUDGMENT AGAINST HAYS/CORRELL IN STATE COURT LITIGATION. | 1.00 |
| 7/22/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH S. KAISER REGARDING ▬▬▬ | 0.10 |
| 7/22/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH COUNSEL REGARDING ▬▬▬ | 0.20 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 7/22/2010 | AJS | EXCHANGE EMAIL COMMUNICATIONS WITH AND TELECONFERENCE WITH C. BURNETT RE ▮▮▮ | 0.40 |
| 7/22/2010 | AJS | EXCHANGE EMAIL COMMUNICATIONS WITH J. ORTIZ AND REVIEW CONFI ORDER. | 0.20 |
| 7/23/2010 | LM | CHECK DOCKET FOR RESPONSES TO CLAIMS OBJECTION AND REVIEW RESPONSE FILED BY LECKY/NOVOTNEY TRUST AND ORDER GRANTING IN PART AND DENYING IN PART MOTIONS COMPELLING BANK OF AMERICA TO PRODUCE DOCUMENTS. | 0.50 |
| 7/26/2010 | AJS | REVIEW CORRESPONDENCE FROM S. KAISER AND REVIEW SETTLEMENT AGREEMENTS. | 0.80 |
| 7/27/2010 | AJS | TELEPHONE CONFERENCE WITH J. ORTIZ; EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT REGARDING ▮▮▮ | 0.50 |
| 7/29/2010 | AJS | TELEPHONE CONFERENCE WITH C. BURNETT REGARDING ▮▮▮ | 0.40 |
| 7/29/2010 | AJS | REVIEW NOVOTNY'S AND LECKY'S OBJECTION TO HAYS' CLAIM. | 0.40 |
| 7/30/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT REGARDING ▮▮▮ | 0.30 |

SUB-TOTAL FEES: 27.10                 10,429.50

**RATE SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| KAREN ABRAHAM | 0.30 HOURS | 75.00/HR | 22.50 |
| LOUISE MEAGHER | 11.10 HOURS | 195.00/HR | 2,164.50 |
| ARTHUR J. SPECTOR | 15.70 HOURS | 525.00/HR | 8,242.50 |
| TOTAL | 27.10 | | |

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| | REPRODUCTION | 39.60 |
| | LONG DISTANCE TELEPHONE | 52.00 |
| 6/11/2010 | WESTLAW RESEARCH. | 1.31 |
| 6/14/2010 | WESTLAW RESEARCH. | 96.51 |
| 6/14/2010 | WESTLAW RESEARCH. | 138.25 |
| 6/14/2010 | LEXIS. | 169.05 |
| 6/15/2010 | LEXIS. | 15.59 |

| | | |
|---|---|---:|
| 6/21/2010 | LEXIS. | 31.35 |
| 6/21/2010 | WESTLAW RESEARCH. | 1.41 |
| 6/30/2010 | PACER / COMPUTER SEARCH OF COURT FILE. | 17.28 |
| | SUB-TOTAL | 562.35 |

| | |
|---:|---:|
| TOTAL CURRENT BILLING: | 10,991.85 |
| PREVIOUS BALANCE DUE: | 5,828.50 |
| CREDITS/PAYMENTS | 0.00 |
| **TOTAL NOW DUE:** | **16,820.35** |

PAYMENT DUE UPON RECEIPT. PLEASE NOTE ACCOUNT NUMBER ON CHECK.