# EXHIBIT A

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

---

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta, GA 30326**

**Receiver**

**For the Period from 8/1/2010 to 8/31/2010**

September 21, 2010

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 2.60<br>400.00/hr | 1,040.00 |
| **For professional services rendered** | **2.60** | **$1,040.00** |

---

CTP - Certified Turnaround Professional         CPA - Certified Public Accountant
CFE - Certified Fraud Examiner                  PHR - Professional in Human Resources
CIRA - Certified Insolvency and Restructuring Advisor

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

**Receiver**
**For the Period from    8/1/2010   to  8/31/2010**

September 21, 2010

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Case Administration | 0.70 | 280.00 |
| Fee / Employment Applications | 0.20 | 80.00 |
| Investor Communications and Reporting | 0.30 | 120.00 |
| Litigation Consulting | 1.40 | 560.00 |
| **For professional services rendered** | **2.60** | **$1,040.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

**Receiver**

**For the Period from     8/1/2010    to   8/31/2010**

September 21, 2010

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| | **Case Administration** | | |
| 8/4/2010 SGH | Telephone call from Charles Burnett regarding ▇ | 0.40<br>400.00/hr | 160.00 |
| 8/6/2010 SGH | Reviewed order and approved checks for distribution. | 0.30<br>400.00/hr | 120.00 |
| | Subtotal | 0.70 | 280.00 |
| | **Fee / Employment Applications** | | |
| 8/26/2010 SGH | Reviewed and approved filing of the fee application. | 0.20<br>400.00/hr | 80.00 |
| | Subtotal | 0.20 | 80.00 |
| | **Investor Communications and Reporting** | | |
| 8/24/2010 SGH | Reviewed analysis of recovery and letter to investors to post on our web site. | 0.30<br>400.00/hr | 120.00 |
| | Subtotal | 0.30 | 120.00 |
| | **Litigation Consulting** | | |
| 8/16/2010 SGH | Reviewed the objection to the ▇ claim in the Sentinel Funds and the Receivers' response. Considered issues, reviewed notes and drafted email to Charles Burnett and David Dantzler regarding ▇ | 0.80<br>400.00/hr | 320.00 |
| 8/23/2010 SGH | Telephone call from Charles Burnett regarding ▇ | 0.30<br>400.00/hr | 120.00 |
| 8/24/2010 SGH | Reviewed release language to be included in sale of Thompson's oil and gas interests. Drafted email to Charles Burnett regarding ▇ | 0.30<br>400.00/hr | 120.00 |
| | Subtotal | 1.40 | 560.00 |
| | **For professional services rendered** | **2.60** | **$1,040.00** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta, GA 30326**

### Receiver
### For the Period from 9/1/2010 to 9/30/2010

October 13, 2010

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 8.40 400.00/hr | 3,360.00 |
| **For professional services rendered** | **8.40** | **$3,360.00** |

---

CTP - Certified Turnaround Professional     CPA - Certified Public Accountant
CFE - Certified Fraud Examiner              PHR - Professional in Human Resources
CIRA - Certified Insolvency and Restructuring Advisor

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

**Receiver**
**For the Period from    9/1/2010    to   9/30/2010**

October 13, 2010

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 0.20 | 80.00 |
| Asset Analysis & Recovery | 0.30 | 120.00 |
| Case Administration | 0.80 | 320.00 |
| Fee / Employment Applications | 0.40 | 160.00 |
| Litigation Consulting | 6.70 | 2,680.00 |
| **For professional services rendered** | **8.40** | **$3,360.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

**SEC v. Travis Correll et al**

**Receiver**

**For the Period from   9/1/2010   to   9/30/2010**

October 13, 2010

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Accounting** | | |
| 9/10/2010 | SGH | Reviewed monthly bank statement and reconciliation. | 0.20<br>400.00/hr | 80.00 |
| | | Subtotal | 0.20 | 80.00 |
| | | **Asset Analysis & Recovery** | | |
| 9/14/2010 | SGH | Reviewed emails and updated project list. Drafted emails to Charles Burnett and Scott Askue regarding ▮ | 0.30<br>400.00/hr | 120.00 |
| | | Subtotal | 0.30 | 120.00 |
| | | **Case Administration** | | |
| 9/9/2010 | SGH | Discussion with Scott Askue regarding pending issues in the case. | 0.30<br>400.00/hr | 120.00 |
| 9/13/2010 | SGH | Reviewed and updated project management list with pending issues. | 0.30<br>400.00/hr | 120.00 |
| 9/20/2010 | SGH | Reviewed legal bills for August. Handled creditor inquiry. | 0.20<br>400.00/hr | 80.00 |
| | | Subtotal | 0.80 | 320.00 |
| | | **Fee / Employment Applications** | | |
| 9/17/2010 | SGH | Reviewed invoice of Clark Will for work on oil and gas sale. | 0.20<br>400.00/hr | 80.00 |
| 9/27/2010 | SGH | Reviewed report of outstanding legal fees. | 0.20<br>400.00/hr | 80.00 |
| | | Subtotal | 0.40 | 160.00 |
| | | **Litigation Consulting** | | |
| 9/7/2010 | SGH | Reviewed documents regarding the mediation today in the Sentinel case and efforts to recover the $1 million in the bankruptcy case. Telephone call to Charles Burnett regarding ▮ | 0.80<br>400.00/hr | 320.00 |
| | SGH | Telephone call from Charles Burnett regarding ▮ ▮ Reviewed letter to Joseph Jacks. | 0.30<br>400.00/hr | 120.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/8/2010 | SGH | Telephone call to Charles Burnett regarding | 0.30<br>400.00/hr | 120.00 |
| 9/14/2010 | SGH | Reviewed the motion to disqualify Joseph Jacks in the Sentinel case. Reviewed my draft affidavit and edited and sent email to Charles Burnett. Telephone call from Charles Burnett regarding | 1.20<br>400.00/hr | 480.00 |
| 9/15/2010 | SGH | Reviewed final draft of the motion to disqualify Joseph Jacks. | 0.40<br>400.00/hr | 160.00 |
| | SGH | Reviewed documents and emails and sent ten emails to Charles Burnett regarding This was in connection with | 0.90<br>400.00/hr | 360.00 |
| 9/16/2010 | SGH | Telephone call from Charles Burnett regarding Reviewed and signed Declaration. | 0.40<br>400.00/hr | 160.00 |
| 9/17/2010 | SGH | Reviewed pleading filed by Josephs Jacks. Telephone call from Charles Burnett. | 0.40<br>400.00/hr | 160.00 |
| 9/29/2010 | SGH | Reviewed correspondence from Scott Askue and Clark Will regarding | 0.20<br>400.00/hr | 80.00 |
| 9/3 /2010 | SGH | Telephone call from David Dantzler regarding | 0.30<br>400.00/hr | 120.00 |
| | SGH | Reviewed response and attachments filed by Joseph Jacks. | 1.50<br>400.00/hr | 600.00 |
| | | Subtotal | 6.70 | 2,680.00 |
| | | **For professional services rendered** | **8.40** | **$3,360.00** |