# EXHIBIT B

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from    8/1/2010   to   8/31/2010**

September 21, 2010

Professional Services

|  | **Hrs/Rate** | **Amount** |
|---|---:|---:|
| Dick Atcheson | 0.20<br>250.00/hr | 50.00 |
| Fred Tulley | 1.60<br>175.00/hr | 280.00 |
| J. Colt Conner, CFE | 0.70<br>150.00/hr | 105.00 |
| Kathryn A. Malek, PHR | 0.30<br>180.00/hr | 54.00 |
| Scott S. Askue, CIRA | 17.80<br>300.00/hr | 5,340.00 |
| **For professional services rendered** | **20.60** | **$5,829.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 2.70 |
| Fax | 0.75 |
| Federal Express | 22.59 |
| Pacer Charges | 28.80 |
| Postage | 1.93 |
| **Total costs** | **$56.77** |

| | |
|---|---:|
| **Total amount of this bill** | **$5,885.77** |

---

CFE - Certified Fraud Examiner           CPA - Certified Public Accountant
CIRA - Certified Insolvency and Restructuring Advisor      PHR - Professional in Human Resources
CTP - Certified Turnaround Professional

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

**SEC v. Travis Correll et al**

### Accountants and Financial Consultants to the Receiver
### For the Period from 8/1/2010 to 8/31/2010

September 21, 2010

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 6.80 | 2,040.00 |
| Asset Analysis & Recovery | 0.90 | 270.00 |
| Case Administration | 0.50 | 150.00 |
| Fee / Employment Applications | 0.60 | 180.00 |
| Investor Communications and Reporting | 5.20 | 1,255.00 |
| Litigation Consulting | 6.10 | 1,830.00 |
| Tax Issues | 0.50 | 104.00 |
| **For professional services rendered** | **20.60** | **$5,829.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 2.70 |
| Fax | 0.75 |
| Federal Express | 22.59 |
| Pacer Charges | 28.80 |
| Postage | 1.93 |
| **Total costs** | **$56.77** |
| | |
| **Total amount of this bill** | **$5,885.77** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

### Accountants and Financial Consultants to the Receiver
### For the Period from    8/1/2010   to   8/31/2010

September 21, 2010

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Accounting** | | |
| 8/18/2010 | SSA | Reviewed and reconciled first distribution to creditors and investors. | 2.60 300.00/hr | 780.00 |
| | SSA | Prepared analysis of estimated interim distribution to creditors. | 1.50 300.00/hr | 450.00 |
| 8/20/2010 | SSA | Prepared report of uncashed checks from the first distribution. Verified treatment against check register. | 1.50 300.00/hr | 450.00 |
| | SSA | Prepared calculation of the second interim distribution. | 1.20 300.00/hr | 360.00 |
| | | Subtotal | 6.80 | 2,040.00 |
| | | **Asset Analysis & Recovery** | | |
| 8/2/2010 | SSA | Drafted email to and reviewed email from Clark Will regarding ▮ | 0.20 300.00/hr | 60.00 |
| 8/9/2010 | SSA | Telephone call from Charles Burnett regarding ▮ | 0.30 300.00/hr | 90.00 |
| | SSA | Drafted emails to and reviewed emails from Clark Will regarding ▮ | 0.40 300.00/hr | 120.00 |
| | | Subtotal | 0.90 | 270.00 |
| | | **Case Administration** | | |
| 8/4/2010 | SSA | Telephone calls to and from Charles Burnett regarding ▮ | 0.50 300.00/hr | 150.00 |
| | | Subtotal | 0.50 | 150.00 |
| | | **Fee / Employment Applications** | | |
| 8/6/2010 | SSA | Reviewed and edited fee invoice for July 2010. | 0.30 300.00/hr | 90.00 |
| 8/26/2010 | SSA | Reviewed and approved fee application for June and July 2010. | 0.30 300.00/hr | 90.00 |
| | | Subtotal | 0.60 | 180.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

### Investor Communications and Reporting

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/2/2010 | FT | Telephone call from investors regarding various issues and case questions. | 0.10 175.00/hr | 17.50 |
| 8/3/2010 | FT | Telephone call from investors regarding various issues and case questions. | 0.10 175.00/hr | 17.50 |
| 8/4/2010 | FT | Telephone call from investors regarding various issues and case questions. | 0.10 175.00/hr | 17.50 |
| 8/5/2010 | SSA | Telephone call from investors regarding status of case. | 0.30 300.00/hr | 90.00 |
|  | FT | Telephone call from investors regarding various issues and case questions. | 0.10 175.00/hr | 17.50 |
| 8/9/2010 | FT | Telephone call from investors regarding various issues and case questions. | 0.10 175.00/hr | 17.50 |
| 8/10/2010 | FT | Telephone call from investors regarding various issues and case questions. | 0.10 175.00/hr | 17.50 |
| 8/11/2010 | FT | Telephone call from investors regarding various issues and case questions. | 0.10 175.00/hr | 17.50 |
| 8/12/2010 | SSA | Telephone call from investor regarding status of case and distributions. Drafted email to investor regarding same. | 0.40 300.00/hr | 120.00 |
|  | FT | Telephone call from investors regarding various issues and case questions. | 0.10 175.00/hr | 17.50 |
| 8/16/2010 | SSA | Drafted emails to investor regarding status of the case and future distributions. | 0.30 300.00/hr | 90.00 |
|  | FT | Telephone call from investors regarding various issues and case questions. | 0.10 175.00/hr | 17.50 |
| 8/17/2010 | FT | Telephone call from investors regarding various issues and case questions. | 0.10 175.00/hr | 17.50 |
| 8/18/2010 | FT | Telephone call from investors regarding various issues and case questions. | 0.10 175.00/hr | 17.50 |
| 8/19/2010 | FT | Telephone call from investors regarding various issues and case questions. | 0.10 175.00/hr | 17.50 |
|  | FT | Telephone call from investors regarding various issues and case questions. | 0.10 175.00/hr | 17.50 |
| 8/20/2010 | SSA | Drafted case status letter to investors for posting on website. | 0.60 300.00/hr | 180.00 |
| 8/23/2010 | SSA | Reviewed and updated contact information for investor. | 0.20 300.00/hr | 60.00 |
| 8/24/2010 | SSA | Finalized letter to investors regarding next distribution. | 0.30 300.00/hr | 90.00 |
|  | JCC | Reviewed and responded to emails from Scott Askue regarding updates to website. Drafted update per request of Scott Askue to Correll website. | 0.30 150.00/hr | 45.00 |
|  | SSA | Reviewed and arranged for the posting of the case update on the Receiver's website. | 0.30 300.00/hr | 90.00 |
| 8/25/2010 | FT | Telephone call from investors regarding various issues and case questions. | 0.10 175.00/hr | 17.50 |
| 8/26/2010 | FT | Telephone call from investors regarding the next distribution. | 0.10 175.00/hr | 17.50 |
| 8/27/2010 | FT | Telephone call from investors regarding the next distribution. | 0.10 175.00/hr | 17.50 |
| 8/30/2010 | JCC | Reviewed and responded to emails from Scott Askue regarding new additions to the Correll website. Drafted changes to the website accordingly. | 0.40 150.00/hr | 60.00 |

**SEC v. Travis Correll et al**　　　　　　　　　　　　　　　　　　　　　　Page　　3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/30/2010 | SSA | Drafted email to investor regarding status of distributions. | 0.20<br>300.00/hr | 60.00 |
|  | SSA | Reviewed, formatted and arranged for posting of fee applications on the Receiver's website. | 0.30<br>300.00/hr | 90.00 |
|  |  | Subtotal | 5.20 | 1,255.00 |

### Litigation Consulting

| 8/2/2010 | SSA | Reviewed pleadings regarding Sentinel Funds bankruptcy. | 0.40<br>300.00/hr | 120.00 |
|---|---|---|---|---|
| 8/5/2010 | SSA | Reviewed for defendant documents relating to investment in Sentinel Funds. | 0.40<br>300.00/hr | 120.00 |
| 8/10/2010 | SSA | Drafted emails to and reviewed emails from Clark Will regarding ▬▬▬▬ Calculated interest on same for settlement. | 1.10<br>300.00/hr | 330.00 |
| 8/12/2010 | SSA | Reviewed issues with interim distribution. Drafted email to Charles Burnett regarding ▬▬ | 0.40<br>300.00/hr | 120.00 |
| 8/17/2010 | SSA | Reviewed response to claim objection in the Sentinel Funds matter. Drafted email to Charles Burnett regarding ▬ | 0.60<br>300.00/hr | 180.00 |
| 8/23/2010 | SSA | Telephone call from Charles Burnett regarding ▬▬▬▬▬▬▬▬▬▬▬▬ Reviewed emails and various pleadings in the case for information relating to same. | 2.00<br>300.00/hr | 600.00 |
| 8/24/2010 | SSA | Reviewed release language for settlement agreement with Gregory Thompson. Telephone call from Charles Burnett regarding ▬▬ | 0.30<br>300.00/hr | 90.00 |
|  | SSA | Reviewed release letter for settlement with Gregory Thompson. | 0.20<br>300.00/hr | 60.00 |
|  | SSA | Reviewed updated response to claim objection in the Sentinel Funds bankruptcy. | 0.40<br>300.00/hr | 120.00 |
| 8/31/2010 | SSA | Telephone call from Charles Burnett regarding ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 0.30<br>300.00/hr | 90.00 |
|  |  | Subtotal | 6.10 | 1,830.00 |

### Tax Issues

| 8/2/2010 | DA | Reviewed IRS refund check and compared to 2009 return request to verify amount correct. | 0.20<br>250.00/hr | 50.00 |
|---|---|---|---|---|
| 8/3/2010 | KAM | Researched and drafted letter to the IRS regarding payments made for 2nd quarter 2009 Form 941. | 0.30<br>180.00/hr | 54.00 |
|  |  | Subtotal | 0.50 | 104.00 |
|  |  | **For professional services rendered** | **20.60** | **$5,829.00** |

**SEC v. Travis Correll et al**  Page 4

Additional Charges :

| | | Amount |
|---|---|---:|
| **Expenses** | | |
| 8/6/2010 | Pacer online charges for period 4/1/10 - 6/30/10 | 28.80 |
| | FedEx to Quilling, Selander Cummiskey | 17.14 |
| 8/10/2010 | FedEx to IRS - 2nd quarter 941 - 7/29/10 | 5.45 |
| 8/31/2010 | Postage for the month of August. | 1.93 |
| | Faxes for the month of August. | 0.75 |
| | Copying cost for month of August. | 2.70 |
| | Subtotal | 56.77 |
| | **Total costs** | **$56.77** |
| | **Total amount of this bill** | **$5,885.77** |

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from    9/1/2010   to  9/30/2010**

October 13, 2010

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Dwaine A. Butler | 0.50<br>125.00/hr | 62.50 |
| Fred Tulley | 3.70<br>175.00/hr | 647.50 |
| Kathryn A. Malek, PHR | 2.30<br>180.00/hr | 414.00 |
| Monica Renaud | 0.50<br>150.00/hr | 75.00 |
| Scott S. Askue, CIRA | 14.20<br>300.00/hr | 4,260.00 |
| **For professional services rendered** | **21.20** | **$5,459.00** |

Additional Charges :

| | |
|---|---:|
| Document Storage | 150.00 |
| Postage | 1.05 |
| **Total costs** | **$151.05** |
| **Total amount of this bill** | **$5,610.05** |

---

CTP - Certified Turnaround Professional      CPA - Certified Public Accountant
CFE - Certified Fraud Examiner               PHR - Professional in Human Resources
CIRA - Certified Insolvency and Restructuring Advisor

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

**Accountants and Financial Consultants to the Receiver**
**For the Period from    9/1/2010    to   9/30/2010**

October 13, 2010

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 0.20 | 60.00 |
| Asset Analysis & Recovery | 1.70 | 510.00 |
| Claims Administration & Objections | 2.30 | 414.00 |
| Fee / Employment Applications | 0.90 | 195.00 |
| Investor Communications and Reporting | 5.70 | 1,247.50 |
| Litigation Consulting | 10.40 | 3,032.50 |
| **For professional services rendered** | **21.20** | **$5,459.00** |

Additional Charges :

| | |
|---|---:|
| Document Storage | 150.00 |
| Postage | 1.05 |
| **Total costs** | **$151.05** |
| **Total amount of this bill** | **$5,610.05** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

**SEC v. Travis Correll et al**

## Accountants and Financial Consultants to the Receiver
### For the Period from 9/1/2010 to 9/30/2010

October 13, 2010

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **Accounting** | | | |
| 9/23/2010 | SSA | Reviewed transactions during August 2010 and approved bank account reconciliation. | 0.20 300.00/hr | 60.00 |
| | | Subtotal | 0.20 | 60.00 |
| | **Asset Analysis & Recovery** | | | |
| 9/9/2010 | SSA | Drafted emails to and reviewed emails from Clark Will regarding | 0.20 300.00/hr | 60.00 |
| 9/13/2010 | SSA | Reviewed and responded to email from Clark Will regarding | 0.40 300.00/hr | 120.00 |
| 9/14/2010 | SSA | Researched for status of remaining case issues. Drafted email to Clark Will regarding | 0.70 300.00/hr | 210.00 |
| 9/29/2010 | SSA | Researched value of bonds. Prepared analysis of same. Drafted emails to and reviewed emails from Clark Will regarding | 0.40 300.00/hr | 120.00 |
| | | Subtotal | 1.70 | 510.00 |
| | **Claims Administration & Objections** | | | |
| 9/17/2010 | KAM | Reviewed emails for any changes of address, powers of attorney or death certificates in preparation for final distribution. | 2.10 180.00/hr | 378.00 |
| 9/30/2010 | KAM | Telephone call from the Idaho Department of Labor regarding final distribution check not received to date. | 0.20 180.00/hr | 36.00 |
| | | Subtotal | 2.30 | 414.00 |
| | **Fee / Employment Applications** | | | |
| 9/8/2010 | SSA | Reviewed fee invoice for August 2010. | 0.40 300.00/hr | 120.00 |
| 9/21/2010 | MR | Prepared invoice for the month of August 2010. | 0.50 150.00/hr | 75.00 |
| | | Subtotal | 0.90 | 195.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

### Investor Communications and Reporting

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2010 | FT | Telephone call from investors concerning the next distribution. | 0.20 175.00/hr | 35.00 |
|  | FT | Answered investor communication concerning the next distribution. | 0.20 175.00/hr | 35.00 |
| 9/2/2010 | FT | Answered investor communication concerning the next distribution. | 0.20 175.00/hr | 35.00 |
|  | FT | Answered investor communication concerning the next distribution. | 0.20 175.00/hr | 35.00 |
| 9/3/2010 | FT | Answered investor communication concerning the next distribution. | 0.20 175.00/hr | 35.00 |
| 9/7/2010 | FT | Telephone call from investor regarding various case issues. | 0.10 175.00/hr | 17.50 |
| 9/8/2010 | FT | Responded to calls from investors regarding the next distribution. | 0.20 175.00/hr | 35.00 |
|  | SSA | Telephone call from investors regarding status of case. | 0.30 300.00/hr | 90.00 |
| 9/10/2010 | SSA | Telephone call to investor regarding status of case. Drafted email to investor regarding same. | 0.30 300.00/hr | 90.00 |
| 9/13/2010 | FT | Telephone call from investors regarding case status and distributions. | 0.20 175.00/hr | 35.00 |
| 9/14/2010 | SSA | Drafted email to investor regarding status of distributions. Drafted email to Charles Burnett regarding ████████████████. | 0.30 300.00/hr | 90.00 |
|  | FT | Communicated and answered questions for Correll Investors. | 0.20 175.00/hr | 35.00 |
| 9/15/2010 | FT | Communicated and answered questions for Correll Investors. | 0.20 175.00/hr | 35.00 |
| 9/16/2010 | FT | Communicated and answered questions for Correll Investors. | 0.20 175.00/hr | 35.00 |
| 9/20/2010 | SSA | Drafted emails to investors regarding the status of the case and future distributions. | 0.30 300.00/hr | 90.00 |
| 9/21/2010 | SSA | Drafted email to investor regarding future distributions. | 0.20 300.00/hr | 60.00 |
| 9/23/2010 | FT | Communicated with investors regarding the next distribution. | 0.40 175.00/hr | 70.00 |
| 9/24/2010 | FT | Communicated with investors regarding the next distribution. | 0.40 175.00/hr | 70.00 |
| 9/27/2010 | FT | Responded to investor phone calls regarding the next distribution. | 0.20 175.00/hr | 35.00 |
|  | SSA | Drafted email to investors regarding status of case. | 0.20 300.00/hr | 60.00 |
| 9/28/2010 | FT | Responded to investor phone calls regarding the next distribution. | 0.20 175.00/hr | 35.00 |
|  | SSA | Drafted email to investor regarding status of case. | 0.20 300.00/hr | 60.00 |
| 9/29/2010 | FT | Responded to investor phone calls regarding the next distribution. | 0.20 175.00/hr | 35.00 |
|  | SSA | Drafted email to investor regarding status of case and distributions. | 0.20 300.00/hr | 60.00 |
| 9/30/2010 | FT | Responded to investor phone calls regarding the next distribution. | 0.20 175.00/hr | 35.00 |
|  |  | Subtotal | 5.70 | 1,247.50 |

**SEC v. Travis Correll et al**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

**Litigation Consulting**

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/7/2010 | SSA | Reviewed mediation documents in the Sentinel Funds matter. | 0.70 300.00/hr | 210.00 |
| | SSA | Telephone call to FBI agent regarding document request. Reviewed available documents. | 0.40 300.00/hr | 120.00 |
| 9/9/2010 | SSA | Telephone call to Charles Burnett regarding ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.30 300.00/hr | 90.00 |
| 9/13/2010 | SSA | Reviewed file and drafted emails to Charles Burnett regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Drafted email to Charles Burnett regarding ▓▓▓▓▓▓▓▓▓▓. | 1.00 300.00/hr | 300.00 |
| 9/15/2010 | SSA | Reviewed motion to disqualify Josephs Jacks. Reviewed docket and file on same. Reviewed file on same. | 2.20 300.00/hr | 660.00 |
| 9/16/2010 | SSA | Researched for payments to G2 from the Trustee and Travis Correll for the motion to disqualify Josephs Jack. | 0.50 300.00/hr | 150.00 |
| | SSA | Researched for documents responsive to subpoena. | 0.90 300.00/hr | 270.00 |
| 9/17/2010 | SSA | Drafted email to and reviewed emails from Clark Will regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.30 300.00/hr | 90.00 |
| 9/21/2010 | SSA | Telephone call from Clark Will regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Reviewed for assets of same. | 0.50 300.00/hr | 150.00 |
| | SSA | Reviewed for additional information regarding claims of ▓▓▓▓▓▓▓▓▓▓▓▓. | 0.40 300.00/hr | 120.00 |
| | SSA | Telephone call to Charles Burnett regarding ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Reviewed emails regarding same. | 0.60 300.00/hr | 180.00 |
| 9/22/2010 | SSA | Researched for information to pursue judgment against Dwight Johnson. Drafted email to Clark Will regarding ▓▓▓▓. | 0.50 300.00/hr | 150.00 |
| 9/29/2010 | SSA | Researched frozen bank accounts. Drafted email to and reviewed email from Clark Will regarding ▓▓▓▓. | 1.10 300.00/hr | 330.00 |
| 9/30/2010 | SSA | Reviewed email from Clark Will regarding ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ Drafted email to same and the Receiver regarding recovery of same. | 0.50 300.00/hr | 150.00 |
| | DAB | Reviewed email from Scott Askue regarding the location of the banking records for Dwight Johnson. Reviewed inventory at the storage facility for specific records. | 0.50 125.00/hr | 62.50 |
| | | Subtotal | 10.40 | 3,032.50 |
| | | **For professional services rendered** | **21.20** | **$5,459.00** |

**SEC v. Travis Correll et al**  <span style="float:right">Page 4</span>

Additional Charges :

| | Amount |
|---|---|
| **Expenses** | |
| 9/30/2010 Postage for the month of September. | 1.05 |
| Document Storage for the months of August and September. | 150.00 |
| Subtotal | 151.05 |
| **Total costs** | **$151.05** |
| **Total amount of this bill** | **$5,610.05** |