# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 09/17/10 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1304106 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

**RE:** Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/10 | $9,724.10 |
| Less Adjustments | - $137.75 |
| Total Fees | $9,586.35 |
| Costs and Expenses Through 08/31/10 | $1,124.80 |
| **Total Amount of This Invoice** | **$10,711.15** |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 09/17/10  
Invoice Number 1304106  
File No. 033287.000002  
Page 2

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 08/02/10 | CRB | Correspond with Scott Askue regarding ▓▓▓▓▓▓▓▓▓▓ | 0.2 |
| 08/03/10 | CRB | Review correspondence from Arthur Spector regarding ▓▓▓▓▓▓▓▓▓▓ | 0.1 |
| 08/04/10 | CRB | Telephone conferences with Scott Askue regarding ▓▓▓▓▓▓▓▓▓▓; conference with David Dantzler regarding ▓▓▓▓ telephone conference with Greg Hays regarding ▓▓▓▓ draft response to claim objection in Sentinel Funds bankruptcy proceeding | 3.9 |
| 08/04/10 | JDD | Several conferences with Charles Burnett regarding ▓▓▓▓▓▓▓▓▓▓ | 0.8 |
| 08/05/10 | CRB | Telephone conference with Arthur Spector and Andy Herron regarding ▓▓▓▓▓▓▓▓▓▓; draft email to Mike Josephs regarding ▓▓▓▓▓▓▓▓▓▓; correspond with Steve Beckstoffer regarding ▓▓▓▓▓▓▓▓▓▓; review documents concerning Correll's investment in Sentinel Funds | 1.8 |
| 08/06/10 | CRB | Telephone conference with Jose Ortiz regarding ▓▓▓▓▓▓▓▓▓▓ correspond with Arthur Spector regarding ▓▓▓▓▓▓▓▓▓▓ (.1, time spent on fee application not billed to Hays Financial Consultants) | 0.4 |
| 08/09/10 | CRB | Draft response to claims objection in Sentinel Funds bankruptcy proceeding; correspond with Arthur Spector regarding ▓▓▓▓▓▓▓▓▓▓ | 1.5 |
| 08/10/10 | CRB | Draft response to claim objection in Sentinel Funds bankruptcy proceeding | 0.9 |
| 08/11/10 | CRB | Revise fee application for June fees (.2, time spent on fee application not billed to Hays Financial Consultants); correspond with Clark Will regarding ▓▓▓▓▓▓▓▓▓▓ | 0.3 |
| 08/12/10 | CRB | Draft response to claim objection in Sentinel Funds bankruptcy proceeding; correspond with Arthur Spector regarding ▓▓▓▓▓▓▓▓▓▓ (.1, time spent on fee application not billed to Hays Financial Consultants) | 0.7 |
| 08/13/10 | CRB | Research Florida law regarding equitable subordination; draft response to claim objection in Sentinel Funds bankruptcy proceeding | 4.0 |
| 08/16/10 | CRB | Draft response to claim objection in Sentinel Funds bankruptcy proceeding; conference with David Dantzler regarding ▓▓▓▓ correspond with Arthur Spector regarding ▓▓▓▓ correspond with Receiver regarding ▓▓▓▓ | 2.0 |
| 08/16/10 | JDD | Review status of Sentinel matter; review and analyze briefs and related research; several conferences with Charles Burnett regarding ▓▓▓▓▓▓▓▓▓▓ | 1.6 |
| 08/18/10 | CRB | Review invoices in preparation for fee application (.1, time spent on fee | 0.2 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 09/17/10
Invoice Number 1304106
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | application not billed to Hays Financial Consultants); correspond with Scott Askue regarding ▮ | |
| 08/20/10 | CRB | Correspond with Clark Will regarding ▮; correspond with Scott Askue regarding ▮ | 0.2 |
| 08/23/10 | CRB | Conference with David Dantzler regarding ▮; revise response to claim objection | 2.7 |
| 08/24/10 | CRB | Telephone conference with Arthur Spector regarding ▮; correspond with Mike Josephs regarding ▮; draft mutual release with Gregory Thompson; correspond with Receiver Team regarding ▮ telephone conference with Scott Askue regarding ▮; correspond with David Dantzler regarding ▮ | 1.6 |
| 08/25/10 | CRB | Telephone conference with Jose Ortiz and Andy Herron regarding ▮; review Arthur Spector's correspondence with Brett Marks regarding ▮; revise application for fees incurred in June and July 2010 and correspond with Receiver Team regarding ▮ (.4, time spent on fee application not billed to Hays Financial Consultants) | 1.1 |
| 08/26/10 | CRB | Telephone conference with Arthur Spector regarding ▮; draft release by Gregory Thompson; revise fee application and coordinate filing of same (.6, time spent on fee application not billed to Hays Financial Consultants) | 1.7 |
| 08/27/10 | CRB | Revise response to claim objection in Sentinel Funds proceeding; correspond with Arthur Spector regarding ▮ correspond with Clark Will regarding ▮ | 1.1 |
| 08/30/10 | CRB | Review and revise Greg Thompson's release of the Receiver; conference with David Dantzler regarding ▮; correspond with Arthur Spector regarding ▮ telephone conference with Jose Ortiz regarding ▮ | 0.9 |
| 08/31/10 | CRB | Draft mediation statement for mediation in Sentinel Funds proceeding; conference with David Dantzler regarding ▮ correspond with Arthur Spector regarding ▮ correspond with Receiver Team regarding ▮ | 4.9 |

Total Hours 32.6

Total Fees 9,724.10

IN ACCOUNT WITH

Invoice Date 09/17/10
Invoice Number 1304106
File No. 033287.000002
Page 4

**Troutman Sanders llp**
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/10**

| Name | Hours | Amount |
|---|---|---|
| C R Burnett | 30.2 | 8,320.10 |
| J Dantzler | 2.4 | 1,404.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 08/31/10**

| Description | Amount |
|---|---|
| Computer Research | 1,124.80 |
| Total: | 1,124.80 |

| | |
|---|---|
| Total Fees & Costs: | $10,848.90 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 10/18/10 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1310065 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

RE:   Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/10 | $16,887.80 |
| Costs and Expenses Through 09/30/10 | $718.70 |
| **Total Amount of This Invoice** | **$17,606.50** |

IN ACCOUNT WITH

Invoice Date 10/18/10
Invoice Number 1310065
File No. 033287.000002
Page 2

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 09/01/10 | CRB | Draft Mediation Statement in Sentinel Funds bankruptcy proceeding; correspond with Arthur Spector regarding | 5.1 |
| 09/02/10 | CRB | Review and revise mediation statement in Sentinel Funds proceeding | 0.9 |
| 09/03/10 | CRB | Correspond with Arthur Spector regarding telephone conference with Greg Hays and David Dantzler regarding ; telephone conference with Jose Ortiz regarding | 0.9 |
| 09/03/10 | JDD | Telephone conference with Greg Hays and Charles Burnett regarding e-mail correspondence and telephone conference with Charles Burnett regarding | 0.8 |
| 09/04/10 | CRB | Review Trustee's mediation statement in Sentinel Funds case; review Arthur Spector's letter to the mediator in response to research case law regarding claimants' ability to pursue recovery of interest; correspond with Arthur Spector regarding | 1.5 |
| 09/06/10 | CRB | Review mediation statement submitted by Cancellara and Reininghaus | 0.3 |
| 09/07/10 | CRB | Telephone conference with David Dantzler and Arthur Spector regarding ; correspond with Arthur Spector regarding draft letter to Mike Josephs ; telephone conference with Greg Hays regarding correspond with David Dantzler regarding | 1.5 |
| 09/07/10 | JDD | Several conferences with Charles Burnett regarding ; telephone conference with Arthur Spector and Charles Burnett regarding ; review and revise letter from Charles Burnett to Josephs regarding | 1.0 |
| 09/08/10 | CRB | Review correspondence from Mike Josephs and Jack McLuskey in response to ; conference with David Dantzler regarding telephone conference with Greg Hays regarding ; draft motion for admission pro hac vice; draft proposed order regarding same; draft motion to disqualify Josephs | 1.8 |
| 09/09/10 | CRB | Conference with David Dantzler regarding ; telephone conference with Jose Ortiz regarding telephone conference with Greg Hays regarding telephone conference with Scott Askue regarding draft motion to disqualify Josephs from Sentinel Funds bankruptcy | 4.3 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 10/18/10
Invoice Number 1310065
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 09/09/10 | JDD | Several conferences with Charles Burnett regarding ▮▮▮▮▮ | 0.5 |
| 09/10/10 | CRB | Draft motion to disqualify Josephs from Sentinel Funds case; correspond with Arthur Spector regarding ▮▮; correspond with David Dantzler regarding ▮▮ | 3.3 |
| 09/10/10 | JDD | E-mail correspondence and telephone conference with Arthur Spector regarding ▮▮ | 0.5 |
| 09/11/10 | CRB | Draft Motion to Disqualify Josephs in Sentinel Funds proceeding | 3.1 |
| 09/13/10 | CRB | Conference with David Dantzler regarding ▮▮▮▮; revise Motion; draft Affidavit of Greg Hays in support of Motion; draft Affidavit of Charles Burnett in support of Motion | 4.5 |
| 09/13/10 | JDD | Review and revise motion to disqualify Josephs Jack; conference with Charles Burnett regarding ▮▮ | 1.1 |
| 09/14/10 | CRB | Telephone conference with David Dantzler regarding ▮▮▮▮; telephone conference with Greg Hays regarding ▮▮; review revised affidavit of Greg Hays; correspond with Arthur Spector regarding ▮▮; draft motion for admission pro hac vice; correspond with Arthur Spector regarding ▮▮ | 1.0 |
| 09/14/10 | GAN | Review and analysis of local rules in Florida regarding motions for 2004 exam; review and analysis of motion to disqualify counsel Josephs Jack with regard to 2004 exam; conference with Charles Burnett regarding ▮▮ | 1.6 |
| 09/15/10 | CRB | Revise Motion to Disqualify Josephs in Sentinel Funds bankruptcy proceeding; telephone conference with David Dantzler and Arthur Spector regarding ▮▮; telephone conference with Greg Hays regarding ▮▮; telephone conference with Andy Herron regarding ▮▮; review invoices in anticipation of fee application (.1, time spent on fee application not billed to Hays Financial Consultants) | 2.2 |
| 09/15/10 | JDD | Review and revise motion to disqualify counsel; telephone conference with Arthur Spector and Charles Burnett regarding ▮▮ | 0.8 |
| 09/16/10 | CRB | Revise Motion to Disqualify Josephs in Sentinel Funds bankruptcy proceeding; revise Affidavit of Greg Hays; revise Affidavit of Charles Burnett; correspond with Receiver Team regarding ▮▮; correspond with Erik Vigen regarding ▮▮▮▮ | 2.5 |
| 09/17/10 | CRB | Revise Motion to Disqualify Josephs Jack in Sentinel Funds bankruptcy case; conference with David Dantzler regarding ▮▮; telephone conference with Arthur Spector regarding ▮▮; coordinate filing of same | 1.6 |
| 09/17/10 | JDD | E-mail correspondence with Charles Burnett regarding ▮▮; telephone conference with Paul Singerman regarding ▮▮ | 0.7 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 10/18/10
Invoice Number 1310065
File No. 033287.000002
Page 4

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 09/21/10 | CRB | Conference with David Dantzler regarding ▮▮▮▮; draft summary of dispute for Paul Singerman's use in conversation with Mike Josephs; telephone conference with Arthur Spector regarding ▮▮▮▮; conference with David Dantzler regarding ▮▮▮ telephone conference with Andy Herron regarding ▮▮▮ | 1.5 |
| 09/21/10 | JDD | Several conferences with Charles Burnett regarding ▮▮▮; e-mail correspondence with Arthur Spector and Charles Burnett regarding ▮▮▮ telephone conference and e-mail correspondence with Paul Singerman regarding ▮▮▮ | 1.2 |
| 09/23/10 | CRB | Telephone conference with Arthur Spector regarding ▮▮▮; review correspondence from counsel for trustee and counsel for claimants Cancellara and Reininghaus regarding ▮▮▮ | 0.3 |
| 09/24/10 | CRB | Correspond with Arthur Spector regarding ▮▮▮; conference with David Dantzler regarding ▮▮▮ review Notice of Hearing on motion to disqualify Josephs Jack from Sentinel Funds bankruptcy case; correspond with Steve Beckstoffer regarding ▮▮▮ | 0.4 |
| 09/27/10 | CRB | Correspond with Steve Beckstoffer regarding ▮▮▮; telephone conference with Arthur Spector regarding ▮▮▮; telephone conference with Greg Hays regarding ▮▮▮ review claim documents for documents regarding ▮▮▮ | 0.5 |
| 09/28/10 | CRB | Correspond with Scott Askue regarding subpoena for documents concerning Don Ross Nab | 0.2 |
| 09/29/10 | CRB | Prepare materials for hearing on motion to disqualify Josephs Jack from Sentinel Funds bankruptcy case; conference with David Dantzler ▮▮▮; telephone conference with Andy Herron regarding ▮▮▮ research case law regarding waiver of conflicts of interests | 3.5 |
| 09/29/10 | JDD | Conference with Charles Burnett regarding ▮▮▮ | 0.8 |
| 09/30/10 | CRB | Review Josephs' response to motion to disqualify Josephs Jack in Sentinel Funds bankruptcy proceeding; telephone conference with David Dantzler regarding ▮▮▮ correspond with Receiver Team regarding ▮▮▮ | 1.1 |
| 09/30/10 | JDD | Telephone conference with Paul Singerman regarding ▮▮▮; telephone conference with Greg Hays regarding ▮▮▮ telephone conference with Charles Burnett regarding ▮▮▮ | 1.0 |

Total Hours 52.0

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 10/18/10
Invoice Number 1310065
File No. 033287.000002
Page 5

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

Total Fees      16,887.80

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/10**

| Name | Hours | Amount |
|---|---:|---:|
| C R Burnett | 42.0 | 11,571.00 |
| J Dantzler | 8.4 | 4,914.00 |
| G A Nail | 1.6 | 402.80 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/10**

| Description | Amount |
|---|---:|
| Computer Research | 718.70 |
| Total: | 718.70 |

Total Fees & Costs:     $17,606.50