# EXHIBIT D



Federal ID #75-2459334

S. Gregory Hays
Special Counsel for Greg Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, Suite 750
Atlanta  GA  30326

Page: 1
08/31/2010
Client No:    911-0150M
Invoice No:       99749

Travis E. Correll, et al.

**ITEMIZED SERVICES BILL**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/02/2010 | CBW | Review/reply to correspondence from SA (0.5); correspondence to Carl Pipoly regarding ▮▮▮▮ (0.5); | 1.00 | 350.00 |
| 08/06/2010 | CBW | Review of correspondence regarding status and correspondence with SA regarding ▮▮▮ (0.5); correspond with Atty. Pipoly regarding ▮▮▮▮▮ (0.5); | 1.00 | 350.00 |
| 08/09/2010 | CBW | Review of correspondence from SA regarding ▮▮▮ (0.3); correspondence to SA regarding ▮▮▮▮ (0.4); | 0.70 | 245.00 |
| 08/10/2010 | CBW | Review of LOE/JIB for July for Browne #1 and #5 (0.3); correspondence to SA regarding ▮▮▮ (0.5); follow up correspondence with SA regarding ▮▮▮▮ (0.3); further correspondence regarding ▮▮▮▮ (0.3); | 1.40 | 490.00 |
| 08/11/2010 | CBW | Correspond with C. Burnett regarding ▮▮▮▮ | 0.40 | 140.00 |
| 08/17/2010 | CBW | Telephone conference with Lee Perkins regarding ▮▮▮▮ (0.4); review and forward tax receipt regarding Zavala county and correspondence to SA (0.6); correspond with SEC counsel regarding ▮▮▮▮ (0.4); correspond with Atty Pipoly regarding ▮▮▮ (0.5); telephone conference with Atty Pipoly regarding ▮▮▮ (0.3); correspond with counsel regarding ▮▮▮ (0.5); | 2.70 | 945.00 |
| 08/20/2010 | CBW | Review of correspondence from Messrs SA and CB regarding ▮▮▮ (0.4); preparation of correspondence to SA regarding ▮▮▮ (0.5); follow up e-mail with SA (0.5); | 1.40 | 490.00 |
| 08/23/2010 | CBW | Telephone conference with counsel in Austin regarding ▮▮▮ (0.3); correspondence to SA regarding ▮▮▮ (0.4); correspondence to opposing counsel regarding ▮▮▮▮ (0.5); follow up correspondence from Atty. Pipoly (0.4); | 1.60 | 560.00 |
| 08/24/2010 | CBW | Begin working on oil and gas sales agreement; | 2.20 | 770.00 |
| 08/25/2010 | CBW | Correspond with CB regarding ▮▮▮ (0.4); work on abandonment agreement (2.2); | 2.60 | 910.00 |
| 08/26/2010 | CBW | Correspondence to CB regarding ▮▮▮ (0.4); | | |

Page: 2
08/31/2010
Special Counsel for Greg Hays
Client No: 911-0150M
Invoice No: 99749
Travis E. Correll, et al.

|            |     |                                                                                                                                                                                                                                                                                  | Hours |          |
|------------|-----|----|------|------|
|            |     | continue working on agreement (0.6);                                                                                                                                                                                                                                             | 1.00  | 350.00   |
| 08/27/2010 | CBW | Work on transfer agreement;                                                                                                                                                                                                                                                      | 1.20  | 420.00   |
| 08/30/2010 | CBW | Correspond with CB regarding ▇ (0.3); review/revise and comment on proposed release (0.9); follow up correspondence with CB regarding ▇ (0.3); review of changes and comments to CB (0.2); continue working on agreement, including review and revise release, etc. . . (0.8); | 2.50  | 875.00   |
| 08/31/2010 | CBW | Receive, review and reply to correspondence from Atty. Gibson (Thompson);                                                                                                                                                                                                        | 0.60  | 210.00   |
|            |     | For Current Services Rendered                                                                                                                                                                                                                                                    | 20.30 | 7,105.00 |

Recapitulation

| Timekeeper    | Hours | Hourly Rate | Total      |
|---------------|-------|-------------|------------|
| Clark B. Will | 20.30 | $350.00     | $7,105.00  |

Total Current Work                                      7,105.00

Balance Due                                             $7,105.00



Federal ID #75-2459334

S. Gregory Hays  
Special Counsel for Greg Hays  
Hays Financial Consulting, LLC  
3343 Peachtree Road, Suite 750  
Atlanta  GA  30326

Page: 1  
09/30/2010  
Client No:   911-0150M  
Invoice No:      101186

Travis E. Correll, et al.

### ITEMIZED SERVICES BILL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/2010 | CBW | Correspondence to Carl Pipoly regarding ▮ (0.4); continue drafting sale/assignment documents (0.8); | 1.20 | 420.00 |
| 09/07/2010 | CBW | Correspondence regarding ▮ | 0.50 | 175.00 |
| 09/09/2010 | CBW | Review of correspondence from atty Popily regarding ▮ (0.4); review/reply to correspondence from SA regarding ▮ (0.4); review of correspondence from operator of Browne wells (0.3); draft correspondence to SA regarding ▮ (0.4); work on sales document (0.5); | 2.00 | 700.00 |
| 09/13/2010 | CBW | Correspond with SA regarding ▮ (0.5); reply to correspondence from SA regarding ▮ (0.3); | 0.80 | 280.00 |
| 09/14/2010 | CBW | Correspond with SA regarding ▮ (0.4); file review for assets on file (0.5); | 0.90 | 315.00 |
| 09/16/2010 | CBW | Review/respond to correspondence from Atty. Gibson (0.4); correspondence to Atty. Pipoly regarding ▮ (0.4); | 0.80 | 280.00 |
| 09/17/2010 | CBW | Correspond with SA regarding ▮ (0.4); follow up correspondence with SA regarding ▮ (0.5); | 0.90 | 315.00 |
| 09/20/2010 | CBW | Telephone conference and correspondence to SA regarding ▮ (0.6); review and respond to correspondence from Askue, and review of asset list (0.5); telephone conference with RSF regarding ▮ (0.3); | 1.40 | 490.00 |
| 09/21/2010 | CBW | Telephone conference with RSF regarding enforcement (0.3); telephone conference with SA regarding ▮ (0.4); telephone conference with Tim McCole regarding ▮ (0.1); attention to abstract of Johnson judgment (0.5); work on post judgment collection actions on Johnson (0.7); | 2.00 | 700.00 |
| 09/22/2010 | CBW | Correspondence to SA regarding ▮ (0.4); telephone conference and correspond with Atty. Pipoly regarding ▮ (0.5); draft correspondence to Atec regarding ▮ (0.5); telephone conference with RSF regarding ▮ (0.3); work on post | | |

Page: 2
09/30/2010
Client No: 911-0150M
Invoice No: 101186

Special Counsel for Greg Hays

Travis E. Correll, et al.

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | Hours | |
|------------|-----|--|--|--|
|            |     | judgment discovery requests (1.5); correspondence to Atty. McCole, regarding ▇▇▇▇▇▇ (0.3); telephone conference with Atty. Gibson regarding ▇▇▇ (0.4); telephone conference with Lee Perkins regarding ▇▇▇ (0.3); | 4.20 | 1,470.00 |
| 09/23/2010 | CBW | Work on abandonment agreement (0.9); work on post judgment discovery (0.8); telephone conference with RSF regarding ▇▇▇ (0.4); | 2.10 | 735.00 |
| 09/24/2010 | CBW | Review of file documents regarding assets from Johnson (0.5); telephone conference with RSF regarding ▇▇▇ (0.3); | 0.80 | 280.00 |
| 09/29/2010 | CBW | Review of correspondence from court regarding ▇▇▇▇▇▇▇▇▇▇ (0.5); work on asset search (0.4); review, analysis and response to correspondence from SA regarding ▇▇▇ (0.5); correspondence to RSF regarding ▇▇▇ (0.4); correspondence to SA regarding ▇▇▇ (0.4); follow up correspondence regarding ▇▇▇ (0.3); telephone conference with investigator regarding ▇▇▇ (0.3); | 2.80 | 980.00 |
| 09/30/2010 | CBW | Review of correspondence from SA regarding ▇▇▇▇▇▇ (0.4); telephone conference with investigator regarding ▇▇▇ (0.3); | 0.70 | 245.00 |
|            |     | For Current Services Rendered | 21.10 | 7,385.00 |

Recapitulation

| Timekeeper    | Hours | Hourly Rate | Total      |
|---------------|-------|-------------|------------|
| Clark B. Will | 21.10 | $350.00     | $7,385.00  |

|                                                                                                                                 |          |
|---------------------------------------------------------------------------------------------------------------------------------|----------|
| Paid to Eastern District Clerk for Certification Fee for Abstract of Judgment for Case No. 4:05-cv-00472-RAS                    | 9.00     |
| Postage                                                                                                                         | 2.98     |
| Total Expenses Thru 09/30/2010                                                                                                  | 11.98    |
|                                                                                                                                 |          |
| Total Current Work                                                                                                              | 7,396.98 |
|                                                                                                                                 |          |
| Balance Due                                                                                                                     | $7,396.98 |

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT