# EXHIBIT E

**BERGER SINGERMAN, PA**
ATTORNEYS AT LAW
350 E. LAS OLAS BLVD SUITE 1000
FT LAUDERDALE FL 33301
(954) 525-9900  FAX: (954) 523-2872
FID # 59-2725802

S. GREGORY HAYS
C/O CHARLES R. BURNETT
TROUTMAN SANDERS, LLP
600 PEACHTREE STREET, NE, STE 2500
ATLANTA, GA 30308

INVOICE DATE: 9/8/2010
INVOICE NO. 86167

SEC RECEIVERSHIP OF TRAVIS CORRELL IN THE CH 7 CASE OF

MATTER ID: 15744-0001

**PROFESSIONAL FEES RENDERED THROUGH: 8/31/2010**                                           HOURS

| Date | Atty | Description | Hours |
|---|---|---|---|
| 8/3/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH A. HERRON REGARDING ▮▮▮▮▮; REVIEW SPREADSHEET. | 0.30 |
| 8/4/2010 | AJS | REVIEW AND REVISE ORTIZ SPREADSHEET OF CLAIMS AND PROJECTED DIVIDENDS TO CLAIMANTS IN SENTINEL FUNDS CASE BASED ON DIFFERENT APPROACHES; EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT;TELEPHONE CONFERENCE WITH A. HERRON REGARDING ▮▮▮ (0.6); GO BACK AND REVISE THE NEW SPREADSHEET TO ACCOUNT PROPERLY FOR POSTPETITION INTEREST ON CLAIMS; REVIEW CORRESPONDENCE FROM C. BURNETT ▮▮▮▮▮. | 4.60 |
| 8/5/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT REGARDING ▮▮▮; REVIEW CORRESPONDENCE FROM A. HERRON; CONFERENCE CALL WITH A. HERRON AND C,. BURNETT REGARDING ▮▮▮ (0.5); SEND EMAIL TO B. MARKS AND L. OSBORNE REGARDING ▮▮▮; EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT REGARDING ▮▮▮. | 1.20 |
| 8/6/2010 | AJS | TELEPHONE CALL TO AND TELEPHONE CALL FROM AND REVIEW CORRESPONDENCE FROM A. HERRON REGARDING ▮▮▮; REVISE MEMO ON DOUBLE RECOVERY; REVIEW CORRESPONDENCE FROM C. BURNETT REGARDING ▮▮▮. | 0.50 |
| 8/9/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT REGARDING ▮▮▮. | 0.10 |
| 8/12/2010 | AJS | DRAFT AND SEND ▮▮▮ TO C. BURNETT FOR FEE APPLICATION; TELEPHONE CONFERENCE WITH J. | 0.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | ORTIZ REGARDING ▓▓▓▓ AND REVIEW CORRESPONDENCE FROM J. ORTIZ, MCDONALD AND M. JOSEPHS REGARDING ▓▓▓ | |
| 8/16/2010 | AJS | REVIEW AND REVISE RECEIVER'S RESPONSE TO OBJECTION TO RECEIVER'S CLAIM AND EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT REGARDING ▓▓▓ TELEPHONE CALL TO B. MARKS; REVIEW CHART PREPARED BY A. HERRON; EXCHANGE E-MAIL CORRESPONDENCE WITH J. MARKOWITZ REGARDING ▓▓▓ REVIEW ▓▓▓ SENT BY HERRON AND ORTIZ. | 1.60 |
| 8/18/2010 | AJS | ANOTHER TELEPHONE CALL TO B. MARKS, LEFT ANOTHER VM. | 0.10 |
| 8/19/2010 | AJS | TELEPHONE CALL TO B. MARKS AND LEFT A STERN VM. | 0.10 |
| 8/24/2010 | AJS | REVIEW AND REVISE RESPONSE TO HAYS' CLAIM ON BASIS OF IN PARI DELICTO; REVIEW PLEADINGS, AND TELEPHONE CONFERENCE WITH C. BURNETT REGARDING ▓▓▓ | 1.10 |
| 8/24/2010 | AJS | TELEPHONE CONFERENCE WITH B. MARKS REGARDING ▓▓▓ | 0.20 |
| 8/25/2010 | AJS | PREPARE CORRESPONDENCE TO B. MARKS REGARDING ▓▓▓ AND REGARDING ▓▓▓ | 0.20 |
| 8/26/2010 | AJS | REVIEW CORRESPONDENCE FROM AND TELEPHONE CONFERENCE WITH C. BURNETT REGARDING ▓▓▓; TELEPHONE CONFERENCE WITH A. HERRON AND J. ORTIZ REGARDING ▓▓▓ | 0.60 |
| 8/27/2010 | LM | PREPARE RESPONSE TO OBJECTION TO CLAIM AND CONVERT EXHIBITS A B C AND D TO FORMAT FOR FILING AND PREPARE ENTIRE DOCUMENT FOR FILING AND SEND ▓▓▓ TO AJS. | 0.80 |
| 8/27/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH B. MARKS REGARDING ▓▓▓ TELEPHONE CALL TO AND TELEPHONE CONFERENCE WITH J. MARKOWITZ REGARDING ▓▓▓ PREPARE CORRESPONDENCE TO J. MARKOWITZ ▓▓▓ | 0.60 |
| 8/27/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT REGARDING ▓▓▓; REVISE FORMAT EDITS MADE BY PARALEGAL AND BY C. BURNETT. | 0.70 |
| 8/30/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH J. ORTIZ; EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT; EXCHANGE E-MAIL CORRESPONDENCE WITH J. MARKOWITZ (0.4). | 0.50 |

| | | | | |
|---|---|---|---|---|
| 8/31/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT; EXCHANGE E-MAIL CORRESPONDENCE WITH B. MARKS, J. MARKOWITZ, M. JOSEPHS REGARDING ▮▮▮ TELEPHONE CONFERENCE WITH A. HERRON AND J. ORTIZ REGARDING ▮▮▮ (0.4); TELEPHONE CALL TO AND TELEPHONE CONFERENCE WITH M. JOSEPHS REGARDING ▮▮▮; CONFERENCE CALL WITH B. MARKS, D. MCDONALD, M. JOSEPHS (6); TELEPHONE CONFERENCE WITH A. HERRON (0.4); PREPARE CORRESPONDENCE TO ALL PARTICIPANTS ▮▮▮ (0.2); FORWARD ▮▮▮ TO J. MARKOWITZ (0.1). | 2.40 | |
| 8/31/2010 | AJS | REVIEW TRUSTEE'S MEDIATION STATEMENT AND THE JOSEPHS JACK MEDIATION STATEMENT; MEDIATION STATEMENT IN THE LITIGATION ARISING FROM HIS OBJECTIONS AGAINST THE CLAIMS OF RANGHELLI AND HERNANDEZ | 0.80 | |
| | | SUB-TOTAL FEES: | 16.60 | 8,451.00 |

### RATE SUMMARY

| | | | |
|---|---|---|---|
| LOUISE MEAGHER | 0.80 HOURS | 195.00/HR | 156.00 |
| ARTHUR J. SPECTOR | 15.80 HOURS | 525.00/HR | 8,295.00 |
| TOTAL | 16.60 | | |

**EXPENSES**

| | | |
|---|---|---|
| | REPRODUCTION | 40.95 |
| | LONG DISTANCE TELEPHONE | 5.00 |
| 7/14/2010 | 7/14 15744-0001 J.ALEXANDER'S LUNCH WITH LES OSBORNE RE CLAIMS. | 47.00 |
| 7/18/2010 | WESTLAW RESEARCH. | 35.93 |
| 7/19/2010 | WESTLAW RESEARCH. | 0.61 |
| 7/28/2010 | MILEAGE FOR ROUNDTRIP TRAVEL TO FTL OFFICE FOR CLIENT MEETING. | 25.30 |
| 7/31/2010 | PACER / COMPUTER SEARCH OF COURT FILE. | 13.12 |
| | SUB-TOTAL | 167.91 |

|  |  |
|---|---|
| TOTAL CURRENT BILLING: | 8,618.91 |
| PREVIOUS BALANCE DUE: | 16,820.35 |
| CREDITS/PAYMENTS | 0.00 |
| **TOTAL NOW DUE:** | **25,439.26** |

PAYMENT DUE UPON RECEIPT. PLEASE NOTE ACCOUNT NUMBER ON CHECK.

**BERGER SINGERMAN, PA**
ATTORNEYS AT LAW
350 E. LAS OLAS BLVD SUITE 1000
FT LAUDERDALE FL 33301
(954) 525-9900 FAX: (954) 523-2872
FID # 59-2725802

S. GREGORY HAYS
C/O CHARLES R. BURNETT
TROUTMAN SANDERS, LLP
600 PEACHTREE STREET, NE, STE 2500
ATLANTA, GA 30308

INVOICE DATE: 10/11/2010
INVOICE NO. 88209

SEC RECEIVERSHIP OF TRAVIS CORRELL IN THE CH 7 CASE OF

MATTER ID: 15744-0001

**PROFESSIONAL FEES RENDERED THROUGH: 9/30/2010**       HOURS

| Date | Atty | Description | Hours |
|---|---|---|---|
| 9/1/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH JERRY MARKOWITZ; TELEPHONE CONFERENCE WITH AND EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT AND REVIEW AND REVISE MEDIATION STATEMENT; RESEARCH ADDITIONAL CASES; PREPARE CORRESPONDENCE TO B. MARKS REGARDING ▮▮▮▮ | 1.80 |
| 9/2/2010 | AJS | DRAFT MEDIATION STATEMENT; TELEPHONE CONFERENCE WITH A. HERRON; EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT. | 4.30 |
| 9/3/2010 | AJS | FINALIZE MEDIATION BRIEF, ASSEMBLE EXHIBITS; TELEPHONE CONFERENCE WITH M. JOSEPHS; TELEPHONE CONFERENCE WITH A. HERRON; EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT, A. HERRON. | 1.30 |
| 9/3/2010 | AJS | REVIEW TRUSTEE'S MEDIATION STATEMENT. | 0.30 |
| 9/3/2010 | AJS | PREPARE CORRESPONDENCE TO C. BURNETT, A. HERRON AND J. ORTIZ RE ▮▮▮▮; EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT REGARDING ▮▮▮▮ | 0.50 |
| 9/4/2010 | AJS | DRAFT LETTER TO J. MARKOWITZ REGARDING ▮▮▮▮; EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT REGARDING ▮▮▮▮; REVIEW CORRESPONDENCE FROM C. BURNETT ▮▮▮▮ | 1.10 |
| 9/5/2010 | AJS | REVISE LETTER TO J. MARKOWITZ; GO TO COURT WEBSITE TO OBTAIN TRUSTEE'S INTERIM REPORT; SEARCH FILES FOR B. MARKS' VM RESPONSE TO MY EMAIL ABOUT ▮▮▮▮; | 1.20 |

| | | | |
|---|---|---|---|
| | | EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT AND OBTAIN FROM HIM ▮▮▮▮▮; EXCHANGE E-MAIL CORRESPONDENCE WITH A. HERRON REGARDING ▮▮▮▮▮; REVIEW CORRESPONDENCE FROM B, MARKS ▮▮▮▮▮; PUT THE PACKAGE TOGETHER AND SEND IT TO J. MARKOWITZ. | |
| 9/7/2010 | AJS | PREPARE FOR AND ATTEND MEDIATION (INCLUDING TELEPHONE CONFERENCE WITH D. DANTZLER AND C. BURNETT; REVIEW CORRESPONDENCE FROM M. JOSEPHS AFTERWARDS). | 6.50 |
| 9/8/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT AND D. DANTZLER; TELEPHONE CONFERENCE WITH C. ROMERO AND PREPARE CORRESPONDENCE TO ALL PARTIES REGARDING ▮▮▮▮▮ | 0.30 |
| 9/9/2010 | AJS | REVIEW CORRESPONDENCE FROM D. DANTZLER, J. ORTIZ AND C. BURNETT, TELEPHONE CALL FROM C. BURNETT; PREPARE CORRESPONDENCE TO C. BURNETT. | 0.10 |
| 9/10/2010 | AJS | REVIEW CORRESPONDENCE FROM B. MARKS; EXCHANGE E-MAIL CORRESPONDENCE WITH AND TELEPHONE CONFERENCE WITH D. DANTZLER REGARDING M. JOSEPHS' DQ. | 0.30 |
| 9/14/2010 | PSS | CONFERENCE WITH D. DANTZLER REGARDING MOTION TO DISQUALIFY M. JOSEPH; REVIEW MOTION TO DISQUALIFY AND MEMO TO D. DANTZLER REGARDING SAME . | 0.40 |
| 9/14/2010 | AJS | REVIEW DRAFT OF MOTION TO DQ JOSEPHS JACK, AFFIDAVITS IN SUPPORT; EXCHANGE E-MAIL CORRESPONDENCE WITH D. DANTZLER AND C. BURNETT; TELEPHONE CALL TO J. MARKOWITZ. | 0.60 |
| 9/15/2010 | AJS | TELEPHONE CONFERENCE WITH D. DANTZLER AND C. BURNETT; REVIEW AND REVISE DRAFT OF DQ MOTION; TELEPHONE CONFERENCE WITH A. HERRON REGARDING STATUS OF MEDIATION; EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT REGARDING ADDITIONAL EVIDENTIARY SUPPORT AND OTHER EDITING QUESTIONS; EXCHANGE EMAIL COMMUNICATIONS AND TELEPHONE CONFERENCE WITH P. SINGERMAN REGARDING DQ MOTION. | 1.00 |
| 9/16/2010 | PSS | INTEROFFICE CONFERENCE WITH A. SPECTOR REGARDING STATUS AND DISQUALIFICATION MOTION . | 0.30 |

| | | | |
|---|---|---|---|
| 9/16/2010 | AJS | REVIEW FINAL DRAFTS AND TELEPHONE CONFERENCE WITH P. SINGERMAN REGARDING DQ ISSUE; TELEPHONE CALL TO J. MARKOWITZ REGARDING RESUMING MEDIATION. | 1.00 |
| 9/17/2010 | PSS | MEMO FROM/TO A. SPECTOR REGARDING DISQUALIFICATION MOTION; TELEPHONE CONFERENCE WITH D. DANTZLER REGARDING SAME . | 0.40 |
| 9/17/2010 | AJS | REVIEW MOTION BY M. JOSEPHS REGARDING DQ; EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT REGARDING SAME; REVIEW CORRESPONDENCE FROM A. HERRON; TELEPHONE CONFERENCE WITH AND EXCHANGE E-MAIL CORRESPONDENCE WITH P. SINGERMAN REGARDING SAME; TELEPHONE CONFERENCE WITH C. BURNETT. | 0.90 |
| 9/21/2010 | PSS | TELEPHONE CONFERENCE WITH D. DANTZLER REGARDING STATUS . | 0.20 |
| 9/21/2010 | AJS | PREPARE CORRESPONDENCE TO ALL COUNSEL REGARDING MOVING ONE HEARING OR THE OTHER; REVIEW CORRESPONDENCE FROM MOST COUNSEL; TELEPHONE CONFERENCE WITH C. BURNETT. | 0.40 |
| 9/23/2010 | AJS | REVIEW CORRESPONDENCE FROM B. MARKS REGARDING CONTINUANCE OF TRIAL; REVIEW CORRESPONDENCE FROM AND TELEPHONE CALL FROM J. ORTIZ REGARDING SAME; PREPARE CORRESPONDENCE TO C. BURNETT REGARDING SAME. | 0.30 |
| 9/24/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH A. HERRON REGARDING CONTINUANCE; TELEPHONE CONFERENCE WITH B. MARKS AND TELEPHONE CONFERENCE WITH M. JOSEPHS REGARDING SAME; TELEPHONE CONFERENCE WITH C. BURNETT; 2 TELEPHONE CONFERENCES WITH C. ROMERO; PREPARE CORRESPONDENCE TO ALL PARTIES REGARDING RESCHEDULING TRIAL. | 0.60 |
| 9/27/2010 | AJS | REVIEW RESPONSES TO SCHEDULING QUESTION; SHORT TELEPHONE CONFERENCE WITH C. BURNETT AND TELEPHONE CALL TO C. ROMERO. | 0.10 |
| 9/29/2010 | PSS | MEMO FROM/TO D. DANTZLER REGARDING DISQUAL MOTION . | 0.10 |
| 9/30/2010 | KG | MULTIPLE TELEPHONE CONFERENCES WITH A. SPECTOR REGARDING RESCHEDULING OF HEARING ON CLAIMS OBJECTIONS; REVIEW EMAIL FROM A. HERRON AND REVIEW COURT DOCKET REGARDING RENOTICING OF HEARING; GATHER OBJECTION TO MOTION TO DISQUALIFY AND EMAILS TO AND FROM | 0.30 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | A. SPECTOR REGARDING SAME. |  |  |
| 9/30/2010 | PSS | TELEPHONE CALL TO M. JOSEPHS; TELEPHONE CONFERENCE WITH D. DANTZLER REGARDING STATUS AND CALL FROM M. JOSEPHS . | 0.30 |  |
| 9/30/2010 | AJS | REVIEW RESPONSE FO JOSEPHS JACKS TO MOTION TO DQ; EXCHANGE E-MAIL CORRESPONDENCE WITH A. HERRON AND EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT REGARDING SAME. | 1.80 |  |
|  |  | SUB-TOTAL FEES: 26.40 |  | 13,820.50 |

### RATE SUMMARY

| KERRY GOINS | 0.30 HOURS | 195.00/HR | 58.50 |
|---|---|---|---|
| PAUL S. SINGERMAN | 1.70 HOURS | 560.00/HR | 952.00 |
| ARTHUR J. SPECTOR | 24.40 HOURS | 525.00/HR | 12,810.00 |
| TOTAL | 26.40 |  |  |

**EXPENSES**

|  |  |  |
|---|---|---|
|  | LONG DISTANCE TELEPHONE | 1.00 |
|  | POSTAGE | 148.90 |
|  | REPRODUCTION | 277.05 |
| 8/31/2010 | PACER / COMPUTER SEARCH OF COURT FILE. | 18.00 |
|  | SUB-TOTAL | 444.95 |

**PAYMENTS**

| 10/8/2010 | PAYMENT | PYMT CHK # 10414 FRM THE BANK OF NEW | 16,820.35 |
|---|---|---|---|
|  |  | SUB-TOTAL | 16,820.35 |

| | |
|---|---:|
| TOTAL CURRENT BILLING: | 14,265.45 |
| PREVIOUS BALANCE DUE: | 25,439.26 |
| CREDITS/PAYMENTS | 16,820.35 |
| **TOTAL NOW DUE:** | **22,884.36** |

PAYMENT DUE UPON RECEIPT.  PLEASE NOTE ACCOUNT NUMBER ON CHECK.