# EXHIBIT A

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

**Receiver**

**For the Period from 10/1/2010 to 10/31/2010**

November 12, 2010

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 10.60<br>400.00/hr | 4,240.00 |
| **For professional services rendered** | **10.60** | **$4,240.00** |

---

CTP - Certified Turnaround Professional   CPA - Certified Public Accountant
CFE - Certified Fraud Examiner   PHR - Professional in Human Resources
CIRA - Certified Insolvency and Restructuring Advisor

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

**SEC v. Travis Correll et al**

**Receiver**
**For the Period from 10/1/2010 to 10/31/2010**

November 12, 2010

Professional Services

|  | Hours | Amount |
|---|---|---|
| Case Administration | 1.60 | 640.00 |
| Fee / Employment Applications | 0.30 | 120.00 |
| Litigation Consulting | 8.70 | 3,480.00 |
| **For professional services rendered** | **10.60** | **$4,240.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

**Receiver**

**For the Period from    10/1/2010   to   10/31/2010**

November 12, 2010

Professional Services

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| | | **Case Administration** | | |
| 10/4/2010 | SGH | Reviewed email from Clark Will. | 0.10 400.00/hr | 40.00 |
| 10/7/2010 | SGH | Reviewed emails regarding pending issues. Discussed gas and oil well sale with Scott Askue. | 0.20 400.00/hr | 80.00 |
| 10/18/2010 | SGH | Reviewed correspondence and drafted email to counsel regarding ▆▆▆▆▆▆. | 0.20 400.00/hr | 80.00 |
| 10/25/2010 | SGH | Reviewed and discussed next distribution with Scott Askue. Reviewed pending recovery matters. | 0.20 400.00/hr | 80.00 |
| 10/26/2010 | SGH | Met with SunTrust regarding the Dwight Johnson saving bonds and attempted to deposit. Bonds to be sent to legal department to deposit. | 0.40 400.00/hr | 160.00 |
| 10/27/2010 | SGH | Reviewed distribution analysis and decision to move forward with second distribution. | 0.30 400.00/hr | 120.00 |
| | SGH | Reviewed status of pending matters. | 0.20 400.00/hr | 80.00 |
| | | Subtotal | 1.60 | 640.00 |
| | | **Fee / Employment Applications** | | |
| 10/26/2010 | SGH | Reviewed draft of fee application and approved for filing. | 0.30 400.00/hr | 120.00 |
| | | Subtotal | 0.30 | 120.00 |
| | | **Litigation Consulting** | | |
| 10/1/2010 | SGH | Researched information regarding Sentinel case. Drafted email to David Dantzler and Charles Burnett. | 0.60 400.00/hr | 240.00 |
| 10/4/2010 | SGH | Conference call with David Dantzler, Charles Burnett and Scott Askue regarding ▆▆▆▆▆▆▆▆. Researched emails from 2006 regarding issues with Joseph Jacks. Drafted email to David Dantzler and Charles Burnett regarding ▆▆. | 1.30 400.00/hr | 520.00 |
| 10/5/2010 | SGH | Telephone call from Charles Burnett regarding ▆ ▆▆▆▆▆▆▆▆▆▆. | 0.40 400.00/hr | 160.00 |
| | SGH | Reviewed issues regarding the Sentinel case hearing today. | 0.50 400.00/hr | 200.00 |
| 10/6/2010 | SGH | Conference call with David Dantzler, Charles  Burnett and Scott Askue regarding ▆▆▆▆▆▆▆▆▆▆. Reviewed and discussed | 1.50 400.00/hr | 600.00 |

**SEC v. Travis Correll et al**  Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/19/2010 | SGH | Discussed ▮▮▮ Additional call from David Dantzler regarding ▮▮▮ Telephone call from Charles Burnett regarding ▮ | 0.30 400.00/hr | 120.00 |
| 10/20/2010 | SGH | Reviewed emails and case law regarding Sentinel case. Reviewed ▮▮▮ prepared by Charles Burnett. Conference call with Charles Burnett and Arthur Spector regarding ▮▮▮ | 1.50 400.00/hr | 600.00 |
|  | SGH | Began preparing for the hearing next week and testimony in the Sentinel matter. | 1.00 400.00/hr | 400.00 |
| 10/21/2010 | SGH | Telephone call from Charles Burnett regarding ▮▮▮ Discussed ▮▮▮ | 0.60 400.00/hr | 240.00 |
| 10/22/2010 | SGH | Telephone call to Charles Burnett regarding ▮▮▮ | 0.30 400.00/hr | 120.00 |
| 10/25/2010 | SGH | Telephone call from Charles Burnett regarding ▮▮▮ | 0.30 400.00/hr | 120.00 |
| 10/26/2010 | SGH | Telephone call from Charles Burnett regarding ▮▮▮ | 0.40 400.00/hr | 160.00 |
|  |  | Subtotal | 8.70 | 3,480.00 |
|  |  | **For professional services rendered** | **10.60** | **$4,240.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta, GA 30326**

**Receiver**

**For the Period from    11/1/2010   to   11/30/2010**

January 28, 2011

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| S. Gregory Hays, CTP, CIRA | 1.80<br>400.00/hr | 720.00 |
| **For professional services rendered** | **1.80** | **$720.00** |

CTP - Certified Turnaround Professional        CPA - Certified Public Accountant
CFE - Certified Fraud Examiner                       PHR - Professional in Human Resources
CIRA - Certified Insolvency and Restructuring Advisor

## Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

**Receiver**
**For the Period from   11/1/2010   to   11/30/2010**

January 28, 2011

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Asset Analysis & Recovery | 0.60 | 240.00 |
| Claims Administration & Objections | 0.30 | 120.00 |
| Fee / Employment Applications | 0.70 | 280.00 |
| Litigation Consulting | 0.20 | 80.00 |
| **For professional services rendered** | **1.80** | **$720.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE  
East Tower, Suite 200  
Atlanta, GA 30326-

**SEC v. Travis Correll et al**

**Receiver**

**For the Period from    11/1/2010    to    11/30/2010**

January 28, 2011

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| | | **Asset Analysis & Recovery** | | |
| 11/8/2010 | SGH | Reviewed and responded to emails regarding Dwight Johnson and other issues. | 0.30<br>400.00/hr | 120.00 |
| 11/9/2010 | SGH | Telephone call to Charles Burnett regarding ███████ ███████████████████████ | 0.30<br>400.00/hr | 120.00 |
| | | Subtotal | 0.60 | 240.00 |
| | | **Claims Administration & Objections** | | |
| 11/12/2010 | SGH | Reviewed information for the next distribution. | 0.30<br>400.00/hr | 120.00 |
| | | Subtotal | 0.30 | 120.00 |
| | | **Fee / Employment Applications** | | |
| 11/19/2010 | SGH | Reviewed email and request from Clark Will regarding ███████████████ | 0.20<br>400.00/hr | 80.00 |
| 11/23/2010 | SGH | Reviewed and responded to emails regarding professional fees for Berger Singerman. | 0.30<br>400.00/hr | 120.00 |
| 11/29/2010 | SGH | Reviewed and responded to emails from Clark Will and ███████ from Charles Burnett. | 0.20<br>400.00/hr | 80.00 |
| | | Subtotal | 0.70 | 280.00 |
| | | **Litigation Consulting** | | |
| 11/1/2010 | SGH | Telephone call to Charles Burnett regarding ███████ ████████████████ | 0.20<br>400.00/hr | 80.00 |
| | | Subtotal | 0.20 | 80.00 |
| | | **For professional services rendered** | **1.80** | **$720.00** |

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

**SEC v. Travis Correll et al**
**c/o S. Gregory Hays, Receiver**
**3343 Peachtree Road, N.E.**
**Suite 200**
**Atlanta, GA 30326**

**Receiver**

**For the Period from 12/1/2010 to 12/31/2010**

January 28, 2011

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 25.00<br>400.00/hr | 10,000.00 |
| **For professional services rendered** | **25.00** | **$10,000.00** |

Additional Charges :

| | Amount |
|---|---|
| Expense Reports | 543.17 |
| **Total costs** | **$543.17** |
| **Total amount of this bill** | **$10,543.17** |

---

CTP - Certified Turnaround Professional     CPA - Certified Public Accountant
CFE - Certified Fraud Examiner              PHR - Professional in Human Resources
CIRA - Certified Insolvency and Restructuring Advisor

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

**SEC v. Travis Correll et al**

**Receiver**
**For the Period from 12/1/2010 to 12/31/2010**

January 28, 2011

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Asset Analysis & Recovery | 1.40 | 560.00 |
| Case Administration | 0.60 | 240.00 |
| Litigation Consulting | 23.00 | 9,200.00 |
| **For professional services rendered** | **25.00** | **$10,000.00** |

Additional Charges :

| | |
|---|---:|
| Expense Reports | 543.17 |
| **Total costs** | **$543.17** |
| **Total amount of this bill** | **$10,543.17** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

**Receiver**

**For the Period from   12/1/2010   to   12/31/2010**

January 28, 2011

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Asset Analysis & Recovery** | | | | |
| 12/14/2010 | SGH | Telephone call from Charles Burnett regarding ▮▮▮▮. Discussed ▮▮▮ | 0.40 400.00/hr | 160.00 |
| 12/15/2010 | SGH | Telephone call from Charles Burnett regarding ▮▮▮ | 0.20 400.00/hr | 80.00 |
| 12/17/2010 | SGH | Telephone call from Charles Burnett regarding ▮▮▮ | 0.30 400.00/hr | 120.00 |
| 12/28/2010 | SGH | Reviewed email from Clark Will and related documents regarding ▮▮▮ | 0.50 400.00/hr | 200.00 |
| | | Subtotal | 1.40 | 560.00 |
| **Case Administration** | | | | |
| 12/15/2010 | SGH | Reviewed status of legal fees and email regarding same. | 0.30 400.00/hr | 120.00 |
| 12/30/2010 | SGH | Reviewed documents regarding pending issues to handle before case closing. | 0.30 400.00/hr | 120.00 |
| | | Subtotal | 0.60 | 240.00 |
| **Litigation Consulting** | | | | |
| 12/3/2010 | SGH | Reviewed and responded to emails regarding Sentinel case. | 0.20 400.00/hr | 80.00 |
| 12/6/2010 | SGH | Reviewed and responded to emails. Telephone call to Charles Burnett regarding ▮▮▮ | 0.40 400.00/hr | 160.00 |
| 12/7/2010 | SGH | Reviewed email messages regarding Sentinel. Telephone call from Charles Burnett regarding ▮▮▮ | 0.40 400.00/hr | 160.00 |
| 12/8/2010 | SGH | Telephone call from Charles Burnett regarding ▮▮▮ Researched documents to review for testimony. Reviewed documents and various pleading. Traveled to Ft. Lauderdale to testify. | 8.00 400.00/hr | 3,200.00 |
| 12/9/2010 | SGH | Prepared for testimony in Ft. Lauderdale in connection with the Sentinel Fund claim of $1 million. Met with Charles Burnett and Arthur Spector and counsel for other parties. Reviewed documents and prepared for testimony. | 6.00 400.00/hr | 2,400.00 |

**SEC v. Travis Correll et al**  Page  2

| | | Hrs/Rate | Amount |
|---|---|---:|---:|
| 12/9/2010  SGH | Attended the hearing in the Sentinel Fund claim matter. Discussed ▓▓▓ with counsel. Prepared for testimony and discussed ▓▓▓ with Charles Burnett and Arthur Spector. Returned to Atlanta. | 8.00<br>400.00/hr | 3,200.00 |
| | Subtotal | 23.00 | 9,200.00 |
| | **For professional services rendered** | **25.00** | **$10,000.00** |

**SEC v. Travis Correll et al**                                                                 Page      3

    Additional Charges :

|  | **Amount** |
|---|---:|
| **Expenses** | |
| 12/14/2010  Expense Report - Greg Hays week ended 12/11/10 | 543.17 |
|     Airfare:  $298.40 | |
|     Taxi:  $20.00 | |
|     Hotel:  $154.29 | |
|     Meals:  $34.48 | |
|     Parking:  $24.00 | |
|     Mileage:  $12.00 | |
| Subtotal | 543.17 |
| **Total costs** | **$543.17** |
| **Total amount of this bill** | **$10,543.17** |