# EXHIBIT B

**Hays Financial Consulting, LLC**

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from 10/1/2010 to 10/31/2010**

November 19, 2010

Professional Services

|   | Hrs/Rate | Amount |
|---|---:|---:|
| Dwaine A. Butler | 0.30 | 37.50 |
|  | 125.00/hr |  |
| Fred Tulley | 3.00 | 525.00 |
|  | 175.00/hr |  |
| Kathryn A. Malek, PHR | 0.40 | 72.00 |
|  | 180.00/hr |  |
| Monica Renaud | 0.40 | 60.00 |
|  | 150.00/hr |  |
| Scott S. Askue, CIRA | 22.60 | 6,780.00 |
|  | 300.00/hr |  |
| **For professional services rendered** | **26.70** | **$7,474.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 0.90 |
| Document Storage | 75.00 |
| Federal Express | 17.45 |
| Pacer Charges | 36.72 |
| Postage | 1.32 |
| **Total costs** | **$131.39** |
| **Total amount of this bill** | **$7,605.89** |

---

CTP - Certified Turnaround Professional  CPA - Certified Public Accountant
CFE - Certified Fraud Examiner  PHR - Professional in Human Resources
CIRA - Certified Insolvency and Restructuring Advisor

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

### Accountants and Financial Consultants to the Receiver
### For the Period from    10/1/2010   to   10/31/2010

November 19, 2010

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 10.10 | 3,030.00 |
| Asset Analysis & Recovery | 2.70 | 810.00 |
| Case Administration | 0.80 | 187.50 |
| Claims Administration & Objections | 0.20 | 60.00 |
| Fee / Employment Applications | 1.10 | 270.00 |
| Investor Communications and Reporting | 1.40 | 245.00 |
| Investor Communications and Reporting | 3.20 | 760.00 |
| Litigation Consulting | 6.80 | 2,040.00 |
| Tax Issues | 0.40 | 72.00 |
| **For professional services rendered** | **26.70** | **$7,474.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 0.90 |
| Document Storage | 75.00 |
| Federal Express | 17.45 |
| Pacer Charges | 36.72 |
| Postage | 1.32 |
| **Total costs** | **$131.39** |
| **Total amount of this bill** | **$7,605.89** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

**SEC v. Travis Correll et al**

## Accountants and Financial Consultants to the Receiver
### For the Period from 10/1/2010 to 10/31/2010

November 19, 2010

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Accounting** | | |
| 10/14/2010 | SSA | Extracted transaction data for each defendant. Formatted data for review. Prepared analysis of timing of recoveries and disbursements. | 2.90 300.00/hr | 870.00 |
| | SSA | Continued review of transactions and preparation of report of timing of receipt and payment of funds. | 1.50 300.00/hr | 450.00 |
| 10/18/2010 | SSA | Prepared updated distribution analysis based on estimated fees and recoveries. | 2.30 300.00/hr | 690.00 |
| 10/19/2010 | SSA | Reviewed matters and prepared updated distribution report. Drafted email to Charles Burnett regarding ▮▮▮▮▮. | 0.60 300.00/hr | 180.00 |
| 10/25/2010 | SSA | Reviewed email from and drafted email to the Receiver regarding funds deposited into account at Suntrust and bond issues with same. | 0.40 300.00/hr | 120.00 |
| 10/27/2010 | SSA | Reviewed funds frozen at Wells Fargo. Drafted letter to same regarding handling of funds. | 1.10 300.00/hr | 330.00 |
| | SSA | Updated analysis and drafted email to the Trustee regarding proposed distribution to investors. | 1.00 300.00/hr | 300.00 |
| | SSA | Drafted email to the Trustee regarding Silverton funds frozen at Wells Fargo. | 0.30 300.00/hr | 90.00 |
| | | Subtotal | 10.10 | 3,030.00 |
| | | **Asset Analysis & Recovery** | | |
| 10/1/2010 | SSA | Drafted email to Clark Will regarding ▮▮▮▮▮. | 0.20 300.00/hr | 60.00 |
| | SSA | Drafted emails to and reviewed emails from Clark Will regarding ▮▮▮▮▮ Drafted emails to Charles Burnett regarding ▮▮▮▮▮ Researched issues for an interim distribution. | 0.60 300.00/hr | 180.00 |
| 10/4/2010 | SSA | Telephone call from Charles Burnett regarding ▮▮▮▮▮. | 0.20 300.00/hr | 60.00 |
| 10/6/2010 | SSA | Telephone call from Clark Will regarding ▮▮▮▮▮. Reviewed emails on same. | 0.80 300.00/hr | 240.00 |
| 10/18/2010 | SSA | Researched and drafted email to Charles Burnett regarding ▮▮▮▮▮. | 0.90 300.00/hr | 270.00 |
| | | Subtotal | 2.70 | 810.00 |

**SEC v. Travis Correll et al**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | **Case Administration** |  |  |
| 10/13/2010 | SSA | Telephone call from Charles Burnett regarding ▮▮▮. Researched same. | 0.30<br>300.00/hr | 90.00 |
| 10/14/2010 | SSA | Telephone call from Charles Burnett regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.20<br>300.00/hr | 60.00 |
| 10/21/2010 | DAB | Reviewed records at the storage facility for the determination of abandonment. | 0.30<br>125.00/hr | 37.50 |
|  |  | Subtotal | 0.80 | 187.50 |
|  |  | **Claims Administration & Objections** |  |  |
| 10/12/2010 | SSA | Updated investor contact per request. | 0.20<br>300.00/hr | 60.00 |
|  |  | Subtotal | 0.20 | 60.00 |
|  |  | **Fee / Employment Applications** |  |  |
| 10/8/2010 | SSA | Reviewed and edited fee invoice for September 2010. | 0.40<br>300.00/hr | 120.00 |
| 10/14/2010 | MR | Prepared billing for the month of September, 2010. | 0.40<br>150.00/hr | 60.00 |
| 10/26/2010 | SSA | Reviewed fee application for August and September 2010. Drafted email to Charles Burnett regarding ▮▮▮ | 0.30<br>300.00/hr | 90.00 |
|  |  | Subtotal | 1.10 | 270.00 |
|  |  | **Investor Communications and Reporting** |  |  |
| 10/1/2010 | FT | Communicated with investors about the next distribution. | 0.30<br>175.00/hr | 52.50 |
| 10/4/2010 | FT | Answered questions from investors. | 0.20<br>175.00/hr | 35.00 |
| 10/5/2010 | FT | Answered questions from investors. | 0.20<br>175.00/hr | 35.00 |
| 10/6/2010 | FT | Answered questions from investors. | 0.30<br>175.00/hr | 52.50 |
| 10/7/2010 | FT | Answered questions from investors. | 0.20<br>175.00/hr | 35.00 |
| 10/8/2010 | FT | Answered questions from investors. | 0.20<br>175.00/hr | 35.00 |
| 10/11/2010 | FT | Discussed the next distribution with investors. | 0.20<br>175.00/hr | 35.00 |
| 10/12/2010 | FT | Discussed the next distribution with investors. | 0.20<br>175.00/hr | 35.00 |
| 10/13/2010 | SSA | Telephone call from investor regarding case status and next distribution. | 0.30<br>300.00/hr | 90.00 |
|  | FT | Discussed the next distribution with investors. | 0.20<br>175.00/hr | 35.00 |
| 10/14/2010 | SSA | Telephone call to ▮▮▮▮▮▮ regarding ▮▮▮▮▮▮▮▮▮▮ | 0.20<br>300.00/hr | 60.00 |
|  | FT | Discussed the next distribution with investors. | 0.20<br>175.00/hr | 35.00 |

**SEC v. Travis Correll et al**

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/19/2010 | SSA | Drafted email to investor regarding status of case and distributions. | 0.20 300.00/hr | 60.00 |
| 10/25/2010 | FT | Communicated with investors about the next distribution. | 0.20 175.00/hr | 35.00 |
| 10/26/2010 | FT | Communicated with investors about the next distribution. | 0.20 175.00/hr | 35.00 |
| 10/28/2010 | SSA | Drafted emails to investors regarding status of distribution and case. | 0.30 300.00/hr | 90.00 |
| | SSA | Telephone call from investor regarding various case issues and distribution in the case. | 0.40 300.00/hr | 120.00 |
| | FT | Communicated with investors about the next distribution. | 0.20 175.00/hr | 35.00 |
| 10/29/2010 | SSA | Telephone call from investors regarding status of case and distributions. | 0.20 300.00/hr | 60.00 |
| | FT | Communicated with investors about the next distribution. | 0.20 175.00/hr | 35.00 |
| | | Subtotal | 4.60 | 1,005.00 |

**Litigation Consulting**

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/4/2010 | SSA | Telephone conference with Charles Burnett, David Dantzler and the Receiver regarding ▇▇▇ | 3.50 300.00/hr | 1,050.00 |
| 10/5/2010 | SSA | Telephone call from Charles Burnett regarding ▇▇▇ | 0.30 300.00/hr | 90.00 |
| | SSA | Reviewed notice of deposition of Dwight Johnson. | 0.40 300.00/hr | 120.00 |
| 10/6/2010 | SSA | Telephone conference with the Receiver, David Dantzler and Charles Burnett regarding ▇▇▇ Reviewed documents regarding same. | 0.80 300.00/hr | 240.00 |
| 10/7/2010 | SSA | Telephone call from Charles Burnett regarding ▇▇▇ | 0.30 300.00/hr | 90.00 |
| 10/12/2010 | SSA | Reviewed email from Clark Will regarding ▇▇▇ Drafted email to the Receiver regarding same. | 0.40 300.00/hr | 120.00 |
| | SSA | Telephone call from Charles Burnett regarding ▇▇▇ | 0.20 300.00/hr | 60.00 |
| 10/19/2010 | SSA | Telephone call from Charles Burnett regarding ▇▇▇ | 0.30 300.00/hr | 90.00 |
| 10/21/2010 | SSA | Telephone call to Charles Burnett regarding ▇▇▇ | 0.20 300.00/hr | 60.00 |
| 10/25/2010 | SSA | Drafted email to Charles Burnett regarding ▇▇▇ | 0.20 300.00/hr | 60.00 |
| 10/26/2010 | SSA | Reviewed notice received regarding Sentinel Funds case. | 0.20 300.00/hr | 60.00 |
| | | Subtotal | 6.80 | 2,040.00 |

**Tax Issues**

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/25/2010 | KAM | Researched and prepared 3rd quarter 2010 Form 941. | 0.40 180.00/hr | 72.00 |

**SEC v. Travis Correll et al**  Page     4

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Subtotal | 0.40 | 72.00 |
| **For professional services rendered** | **26.70** | **$7,474.50** |

**SEC v. Travis Correll et al**  <span style="float:right">Page 5</span>

Additional Charges :

| | | Amount |
|---|---|---:|
| | **Expenses** | |
| 10/4/2010 | FedEx to Quilling Selander Cummiskey | 17.45 |
| 10/21/2010 | Pacer on-line charges for period 7/1/10 - 9/30/10 | 36.72 |
| 10/31/2010 | Postage for October 2010. | 1.32 |
| | Copying cost for October 2010. | 0.90 |
| | Document storage for October 2010. | 75.00 |
| | Subtotal | 131.39 |
| | **Total costs** | **$131.39** |
| | **Total amount of this bill** | **$7,605.89** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from 11/1/2010 to 11/30/2010**

January 28, 2011

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| Fred Tulley | 17.60 | 3,080.00 |
| | 175.00/hr | |
| J. Colt Conner, CFE | 6.30 | 945.00 |
| | 150.00/hr | |
| Kathryn A. Malek, PHR | 6.80 | 1,224.00 |
| | 180.00/hr | |
| Monica Renaud | 2.60 | 390.00 |
| | 150.00/hr | |
| Scott S. Askue, CIRA | 21.60 | 6,480.00 |
| | 300.00/hr | |
| Trimble Boone | 0.20 | 25.00 |
| | 125.00/hr | |
| **For professional services rendered** | **55.10** | **$12,144.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 269.55 |
| Document Storage | 75.00 |
| Fax | 0.75 |
| Federal Express | 4.14 |
| Postage | 567.60 |
| **Total costs** | **$917.04** |
| **Total amount of this bill** | **$13,061.04** |

CTP - Certified Turnaround Professional         CPA - Certified Public Accountant
CFE - Certified Fraud Examiner                          PHR - Professional in Human Resources
CIRA - Certified Insolvency and Restructuring Advisor

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

**Accountants and Financial Consultants to the Receiver**
**For the Period from   11/1/2010   to   11/30/2010**

January 28, 2011

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 0.20 | 36.00 |
| Asset Analysis & Recovery | 0.70 | 210.00 |
| Claims Administration & Objections | 44.60 | 9,664.50 |
| Fee / Employment Applications | 1.20 | 300.00 |
| Investor Communications and Reporting | 7.40 | 1,717.50 |
| Litigation Consulting | 0.30 | 90.00 |
| Tax Issues | 0.70 | 126.00 |
| **For professional services rendered** | **55.10** | **$12,144.00** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 269.55 |
| Document Storage | 75.00 |
| Fax | 0.75 |
| Federal Express | 4.14 |
| Postage | 567.60 |
| **Total costs** | **$917.04** |
| | |
| **Total amount of this bill** | **$13,061.04** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

### Accountants and Financial Consultants to the Receiver
### For the Period from    11/1/2010   to   11/30/2010

January 28, 2011

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Accounting** | | |
| 11/9/2010 | KAM | Prepared transfer of funds from SunTrust Bank to Bank of New York Mellon because bond protection is no longer available. | 0.20<br>180.00/hr | 36.00 |
| | | Subtotal | 0.20 | 36.00 |
| | | **Asset Analysis & Recovery** | | |
| 11/3/2010 | SSA | Drafted email to and reviewed email from Clark Will regarding ▇▇▇ | 0.30<br>300.00/hr | 90.00 |
| 11/4/2010 | SSA | Reviewed receipt from Wells Fargo from To You Health and Dwight Johnson accounts. Drafted email to Clark Will regarding ▇▇ | 0.40<br>300.00/hr | 120.00 |
| | | Subtotal | 0.70 | 210.00 |
| | | **Claims Administration & Objections** | | |
| 11/3/2010 | SSA | Extracted data from first distribution to investors. Reconciled to current investor data for second distribution. | 2.80<br>300.00/hr | 840.00 |
| | SSA | Reviewed emails and other documents from investors. Updated database with current addresses and other information for next distribution. | 3.00<br>300.00/hr | 900.00 |
| 11/4/2010 | SSA | Drafted email to Charles Burnett regarding ▇▇ | 0.20<br>300.00/hr | 60.00 |
| 11/9/2010 | SSA | Updated data in database for second distribution. Began reconciliation of second distribution. | 1.60<br>300.00/hr | 480.00 |
| 11/11/2010 | SSA | Continued review, updating and reconciliation of second distribution to investors and creditors. | 2.90<br>300.00/hr | 870.00 |
| 11/12/2010 | SSA | Performed verification of final report of the second distribution. Tested data against database and first distribution. | 2.90<br>300.00/hr | 870.00 |
| | KAM | Reviewed and prepared spreadsheet for distribution. Emailed spreadsheet to BMS for upload. | 0.40<br>180.00/hr | 72.00 |
| | SSA | Finalized second distribution data for uploading to BMS for processing | 0.70<br>300.00/hr | 210.00 |
| 11/16/2010 | SSA | Telephone call from Charles Burnett regarding ▇▇▇ ▇▇▇ Discussed preparation of the checks with Kathy Malek.  Reviewed for employee creditors. | 0.40<br>300.00/hr | 120.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/16/2010 | KAM | Reviewed claims details uploaded in preparation for distribution check printing. Calculated wage claim taxes. Entered additional entries for payment of employee taxes. Produced 1,297 distribution checks and copies. | 1.70 180.00/hr | 306.00 |
| 11/17/2010 | SSA | Reviewed letter to investors to accompany second interim distribution check. Discussed distribution with Kathy Malek and Fred Tulley. Finalized distribution. | 1.10 300.00/hr | 330.00 |
| | KAM | Reviewed and procured signatures on 1297 distribution checks. | 0.90 180.00/hr | 162.00 |
| | FT | Prepared mailing of distribution checks to investors. | 3.20 175.00/hr | 560.00 |
| 11/18/2010 | JCC | Prepared distribution checks for mailing. | 2.50 150.00/hr | 375.00 |
| | KAM | Prepared distribution checks for mailing. | 2.10 180.00/hr | 378.00 |
| | FT | Reviewed and prepared mailing of distribution checks for investors. | 1.10 175.00/hr | 192.50 |
| | FT | Continued preparation of checks for investors. | 3.00 175.00/hr | 525.00 |
| | FT | Reviewed and issued checks for investors. | 3.00 175.00/hr | 525.00 |
| | MR | Prepared distribution checks for mailing. | 2.20 150.00/hr | 330.00 |
| 11/19/2010 | KAM | Continued to prepare distribution checks for mailing. | 0.80 180.00/hr | 144.00 |
| | SSA | Addressed issues with second distribution to creditors. | 0.30 300.00/hr | 90.00 |
| | SSA | Prepared updated investor status letter. | 0.40 300.00/hr | 120.00 |
| | JCC | Prepared distribution checks for mailing. | 3.20 150.00/hr | 480.00 |
| | FT | Reviewed and issued checks for investors. | 3.00 175.00/hr | 525.00 |
| | FT | Reviewed and prepared checks for investors. | 1.00 175.00/hr | 175.00 |
| | TB | Prepared Fed-Ex of large checks to investors per Scott Askue. | 0.20 125.00/hr | 25.00 |
| | | Subtotal | 44.60 | 9,664.50 |

**Fee / Employment Applications**

| | | | | |
|---|---|---|---|---|
| 11/10/2010 | SSA | Reviewed and edited fee invoice for October 2010. | 0.30 300.00/hr | 90.00 |
| | MR | Prepared fee invoice for October 2010. | 0.40 150.00/hr | 60.00 |
| 11/19/2010 | SSA | Drafted email to Charles Burnett regarding ▊▊▊▊▊ | 0.20 300.00/hr | 60.00 |
| 11/30/2010 | SSA | Reviewed fee order and payment of same. | 0.30 300.00/hr | 90.00 |
| | | Subtotal | 1.20 | 300.00 |

**Investor Communications and Reporting**

| | | | | |
|---|---|---|---|---|
| 11/1/2010 | FT | Communicated with investors about the next payment on claims. | 0.20 175.00/hr | 35.00 |
| | SSA | Telephone call from investors regarding status of case and distributions. | 0.30 300.00/hr | 90.00 |

**SEC v. Travis Correll et al**     Page   3

|            |      |                                                                                                                                                      | Hrs/Rate        | Amount   |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 11/2/2010  | JCC  | Reviewed and responded to emails from Scott Askue regarding addition of fee application to website. Added documents to website accordingly.          | 0.30 150.00/hr  | 45.00    |
|            | FT   | Communicated with investors about the next payment on claims.                                                                                        | 0.20 175.00/hr  | 35.00    |
| 11/3/2010  | SSA  | Reviewed and responded to fax from investor regarding status of case and distribution.                                                               | 0.20 300.00/hr  | 60.00    |
|            | FT   | Communicated with investors about the next payment on claims.                                                                                        | 0.20 175.00/hr  | 35.00    |
| 11/4/2010  | SSA  | Reviewed email from and drafted email to investors regarding status of distribution.                                                                 | 0.20 300.00/hr  | 60.00    |
| 11/5/2010  | FT   | Communicated with investors about the next payment on claims.                                                                                        | 0.20 175.00/hr  | 35.00    |
| 11/8/2010  | SSA  | Reviewed email from and drafted email to the Charles Burnett regarding ▮▮▮▮▮▮▮▮▮▮                                                                    | 0.20 300.00/hr  | 60.00    |
|            | FT   | Answered questions regarding the next distribution.                                                                                                  | 0.20 175.00/hr  | 35.00    |
| 11/9/2010  | FT   | Answered questions regarding the next distribution.                                                                                                  | 0.20 175.00/hr  | 35.00    |
| 11/10/2010 | FT   | Answered questions regarding the next distribution.                                                                                                  | 0.20 175.00/hr  | 35.00    |
| 11/11/2010 | FT   | Answered questions regarding the next distribution.                                                                                                  | 0.20 175.00/hr  | 35.00    |
| 11/12/2010 | FT   | Answered questions regarding the next distribution.                                                                                                  | 0.20 175.00/hr  | 35.00    |
| 11/15/2010 | FT   | Answered questions from investors.                                                                                                                   | 0.30 175.00/hr  | 52.50    |
| 11/16/2010 | FT   | Answered questions from investors.                                                                                                                   | 0.30 175.00/hr  | 52.50    |
| 11/17/2010 | FT   | Answered questions from investors.                                                                                                                   | 0.30 175.00/hr  | 52.50    |
| 11/18/2010 | FT   | Answered questions from investors.                                                                                                                   | 0.30 175.00/hr  | 52.50    |
| 11/19/2010 | JCC  | Reviewed and responded to emails from Scott Askue regarding updates to website. Made updates to website accordingly.                                 | 0.30 150.00/hr  | 45.00    |
|            | FT   | Answered questions from investors.                                                                                                                   | 0.30 175.00/hr  | 52.50    |
| 11/29/2010 | SSA  | Telephone call from investor regarding distribution check. Researched for account for application of distribution check to creditor. Drafted email to same. | 0.40 300.00/hr  | 120.00   |
| 11/30/2010 | SSA  | Reviewed returned distribution checks. Contacted investors regarding current mailing addresses. Updated database and prepared replacement checks.    | 2.20 300.00/hr  | 660.00   |
|            |      | Subtotal                                                                                                                                             | 7.40            | 1,717.50 |

### Litigation Consulting

|           |     |                                                                                                                    | Hrs/Rate       | Amount |
|-----------|-----|--------------------------------------------------------------------------------------------------------------------|----------------|--------|
| 11/8/2010 | SSA | Reviewed email from Clark Will regarding ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ Drafted email to the Receiver regarding same.         | 0.30 300.00/hr | 90.00  |
|           |     | Subtotal                                                                                                           | 0.30           | 90.00  |

### Tax Issues

|            |     |                                                                | Hrs/Rate       | Amount |
|------------|-----|----------------------------------------------------------------|----------------|--------|
| 11/16/2010 | KAM | Prepared Form 941 for 4th quarter 2010. Prepared Form 940 for 2010. | 0.70 180.00/hr | 126.00 |

**SEC v. Travis Correll et al**  Page    4

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Subtotal | 0.70 | 126.00 |
| **For professional services rendered** | **55.10** | **$12,144.00** |

**SEC v. Travis Correll et al**  <span style="float:right">Page     5</span>

Additional Charges :

|  |  | **Amount** |
|---|---|---:|
| | **Expenses** | |
| 11/9/2010 | FedEx to IRS - 3rd quarter 2010 Form 941 - 10/27/10 | 4.14 |
| 11/30/2010 | Document storage for October 2010. | 75.00 |
| | Copying cost for November 2010. | 269.55 |
| | Faxes for the month of November 2010. | 0.75 |
| | Postage for the month of November 2010. | 567.60 |
| | Subtotal | 917.04 |
| | **Total costs** | **$917.04** |
| | **Total amount of this bill** | **$13,061.04** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

SEC v. Travis Correll et al
c/o S. Gregory Hays, Receiver
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326

**Accountants and Financial Consultants to the Receiver**

**For the Period from   12/1/2010   to   12/31/2010**

January 28, 2011

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| Dwaine A. Butler | 2.00<br>125.00/hr | 250.00 |
| Fred Tulley | 3.30<br>175.00/hr | 577.50 |
| Scott S. Askue, CIRA | 6.40<br>300.00/hr | 1,920.00 |
| **For professional services rendered** | **11.70** | **$2,747.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 1.35 |
| Document Storage | 75.00 |
| Federal Express | 21.72 |
| Postage | 2.64 |
| **Total costs** | **$100.71** |
| **Total amount of this bill** | **$2,848.21** |

---

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

**Accountants and Financial Consultants to the Receiver**
**For the Period from   12/1/2010   to   12/31/2010**

January 28, 2011

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Asset Analysis & Recovery | 0.60 | 180.00 |
| Case Administration | 2.00 | 250.00 |
| Claims Administration & Objections | 3.10 | 930.00 |
| Fee / Employment Applications | 0.30 | 90.00 |
| Investor Communications and Reporting | 3.30 | 577.50 |
| Litigation Consulting | 2.40 | 720.00 |
| **For professional services rendered** | **11.70** | **$2,747.50** |

Additional Charges :

| | |
|---|---:|
| Copying Cost | 1.35 |
| Document Storage | 75.00 |
| Federal Express | 21.72 |
| Postage | 2.64 |
| **Total costs** | **$100.71** |
| **Total amount of this bill** | **$2,848.21** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Travis Correll et al**

## Accountants and Financial Consultants to the Receiver
### For the Period from   12/1/2010   to   12/31/2010

January 28, 2011

Professional Services

| | | | **Hrs/Rate** | **Amount** |
|---|---|---|---:|---:|
| | | **Asset Analysis & Recovery** | | |
| 12/9/2010 | SSA | Reviewed email from and drafted email to Clark Will regarding ▓▓▓▓▓ | 0.30<br>300.00/hr | 90.00 |
| 12/28/2010 | SSA | Reviewed and responded to email from Clark Will regarding ▓▓▓▓▓ | 0.30<br>300.00/hr | 90.00 |
| | | Subtotal | 0.60 | 180.00 |
| | | **Case Administration** | | |
| 12/15/2010 | DAB | Discussed issues with Scott Askue regarding the location and review of specific investor files. | 0.20<br>125.00/hr | 25.00 |
| 12/16/2010 | DAB | Reviewed investor files at the storage facility. | 0.50<br>125.00/hr | 62.50 |
| 12/17/2010 | DAB | Reviewed investor files at the storage facility per Scott Askue. | 0.50<br>125.00/hr | 62.50 |
| 12/28/2010 | DAB | Reviewed and responded to emails from Scott Askue regarding the delivery of the Correll records to counsel. | 0.20<br>125.00/hr | 25.00 |
| 12/29/2010 | DAB | Prepared files for delivery to counsel. | 0.20<br>125.00/hr | 25.00 |
| | DAB | Reviewed records at the storage facility to be delivered to counsel. | 0.40<br>125.00/hr | 50.00 |
| | | Subtotal | 2.00 | 250.00 |
| | | **Claims Administration & Objections** | | |
| 12/1/2010 | SSA | Researched returned distribution checks. Drafted email to and telephone calls to investors regarding current mailing address. | 0.60<br>300.00/hr | 180.00 |
| 12/3/2010 | SSA | Reviewed emails from investors. Updated contact information and forwarded returned distribution checks. | 0.30<br>300.00/hr | 90.00 |
| 12/6/2010 | SSA | Researched returned distribution checks.  Drafted emails to and reviewed emails from investors regarding same. | 0.60<br>300.00/hr | 180.00 |
| 12/7/2010 | SSA | Researched returned checks and drafted email to investors regarding same. | 0.20<br>300.00/hr | 60.00 |
| | SSA | Reviewed emails from Charles Burnett regarding ▓▓▓▓▓ | 0.20<br>300.00/hr | 60.00 |
| 12/10/2010 | SSA | Reviewed returned checks and other correspondences from investors.  Drafted email to same. | 0.30<br>300.00/hr | 90.00 |
| 12/16/2010 | SSA | Drafted email to investor regarding replacement distribution check. | 0.20<br>300.00/hr | 60.00 |
| | SSA | Telephone call to investor regarding change of name and address for future disbursements. | 0.20<br>300.00/hr | 60.00 |
| 12/17/2010 | SSA | Telephone call to ▓▓▓▓▓ regarding treatment of claim. | 0.20<br>300.00/hr | 60.00 |

**SEC v. Travis Correll et al**

Page 2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/22/2010 | SSA | Reviewed emails from and drafted email to investors regarding distribution issues. | 0.30 300.00/hr | 90.00 |
| | | Subtotal | 3.10 | 930.00 |

### Fee / Employment Applications

| | | | | |
|---|---|---|---|---|
| 12/14/2010 | SSA | Reviewed and edited fee invoice for November 2010. | 0.30 300.00/hr | 90.00 |
| | | Subtotal | 0.30 | 90.00 |

### Investor Communications and Reporting

| | | | | |
|---|---|---|---|---|
| 12/6/2010 | FT | Telephone call from investors regarding case issues. | 0.50 175.00/hr | 87.50 |
| 12/8/2010 | FT | Telephone call from investors regarding the distribution. | 0.60 175.00/hr | 105.00 |
| 12/9/2010 | FT | Telephone call from investors regarding the distribution. | 0.60 175.00/hr | 105.00 |
| 12/10/2010 | FT | Telephone call from investors regarding the distribution. | 0.60 175.00/hr | 105.00 |
| 12/13/2010 | FT | Telephone call from investors regarding the distribution. | 0.50 175.00/hr | 87.50 |
| 12/14/2010 | FT | Telephone call from investors questions regarding the distribution. | 0.50 175.00/hr | 87.50 |
| | | Subtotal | 3.30 | 577.50 |

### Litigation Consulting

| | | | | |
|---|---|---|---|---|
| 12/6/2010 | SSA | Drafted emails to and reviewed emails from Clark Will regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.40 300.00/hr | 120.00 |
| 12/9/2010 | SSA | Reviewed documents relating to the Sentinel Funds claim matters. Telephone call from the Receiver regarding same. Calculated distributions to creditors for hearing. | 1.50 300.00/hr | 450.00 |
| 12/10/2010 | SSA | Telephone calls to and from Charles Burnett regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.50 300.00/hr | 150.00 |
| | | Subtotal | 2.40 | 720.00 |
| | | **For professional services rendered** | **11.70** | **$2,747.50** |

**SEC v. Travis Correll et al**

Additional Charges :

| | | **Amount** |
|---|---|---:|
| | **Expenses** | |
| 12/8/2010 | FedEx to Megafund Corporation 11/19/10 | 10.86 |
| | FedEx to Quilling Selander Cummiskey 11/23/10 | 10.86 |
| 12/31/2010 | Postage for December 2010. | 2.64 |
| | Copying cost for December 2010. | 1.35 |
| | Document storage for December 2010. | 75.00 |
| | Subtotal | 100.71 |
| | **Total costs** | **$100.71** |
| | **Total amount of this bill** | **$2,848.21** |