# EXHIBIT C

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 11/15/10 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1316362 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

**RE:** Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/10 | $23,628.10 |
| Costs and Expenses Through 10/31/10 | $2,101.94 |
| **Total Amount of This Invoice** | **$25,730.04** |

IN ACCOUNT WITH

**Troutman Sanders LLP**
ATTORNEYS AT LAW

Invoice Date 11/15/10
Invoice Number 1316362
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC
Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 10/01/10 | CRB | Review Josephs' response to motion to disqualify in Sentinel Funds bankruptcy case; research case law cited in response; review materials from the Receiver's motion to disqualify in prior case | 0.8 |
| 10/01/10 | JDD | Review and analyze motion and response; telephone conference with Arthur Spector regarding | 1.4 |
| 10/04/10 | CRB | Research regarding Motion to Disqualify Mike Josephs in Sentinel Funds bankruptcy proceeding; conference with David Dantzler regarding and strategy for hearing; draft time line of relevant events for hearing on Motion to Disqualify; prepare exhibits for Motion to Disqualify hearing | 6.0 |
| 10/04/10 | JDD | Prepare for hearing on motion to disqualify Josephs Jack including: review briefs, mediation statements and other materials; several conferences with Charles Burnett; and, telephone conference with Greg Hays, Scott Askue and Charles Burnett | 7.0 |
| 10/05/10 | CRB | Correspond with David Dantzler regarding ; correspond with Arthur Spector regarding transmit to Arthur Spector; telephone conference with David Dantzler regarding telephone conference with Greg Hays and Scott Askue regarding | 1.5 |
| 10/05/10 | JDD | Prepare for and attend hearing in Fort Lauderdale; meetings with Arthur Spector, Andy Harron and Jose Ortiz regarding ; travel to and from Fort Lauderdale | 8.0 |
| 10/06/10 | CRB | Conference with David Dantzler regarding ; telephone conference with Greg Hays, Scott Askue, and David Dantzler regarding telephone conference with David Dantzler and Arthur Spector regarding ; review with Cancellara and Reininghaus; correspond with David Dantzler and Arthur Spector regarding | 2.3 |
| 10/06/10 | JDD | Review and analyze possible settlement strategy; several conferences with Charles Burnett regarding telephone conference with Greg Hays, Scott Askue and Charles Burnett regarding ; telephone conference with Arthur Spector and Charles Burnett regarding | 3.5 |
| 10/07/10 | CRB | Review records concerning transactions from Dufresne; correspond with FBI regarding review correspondence from Arthur Spector regarding | 0.4 |
| 10/11/10 | CRB | Telephone conference with Steven Beckstoffer regarding ; correspond with Scott Askue regarding correspond with Arthur Spector regarding | 0.4 |
| 10/12/10 | CRB | Telephone conference with Scott Askue regarding | 0.4 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 11/15/10
Invoice Number 1316362
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| | | ███████████; review SEC release concerning Rosand Enterprises; review media reports on litigation against John and Marian Morgan | |
| 10/13/10 | CRB | Various telephone conferences with FBI agent regarding ███; gather information requested by FBI; telephone conference with Scott Askue regarding ███; correspond with Steve Beckstoffer regarding ███; review correspondence from Arthur Spector regarding ███; conference with David Dantzler regarding ███ | 1.7 |
| 10/13/10 | JDD | Several conferences with Charles Burnett regarding ███; e-mail correspondence with Greg Hays, Arthur Spector and Charles Burnett regarding ███ | 0.8 |
| 10/14/10 | CRB | Telephone conference with Justin Delfino regarding ███; telephone conference with Scott Askue regarding ███ | 0.2 |
| 10/15/10 | CRB | Correspond with Steve Beckstoffer regarding ███; telephone conference with Steve Beckstoffer regarding ███; review Trustee's Interim Report in Sentinel Funds case; conference with David Dantzler regarding ███; correspond with Arthur Spector regarding ███ | 0.5 |
| 10/18/10 | CRB | Review distribution analysis; conference with David Dantzler regarding ███; correspond with Scott Askue regarding ███; correspond with Clark Will regarding ███ (.1, time spent on fee application not billed to Hays Financial Consultants); correspond with Arthur Spector regarding ███ | 0.7 |
| 10/19/10 | CRB | Draft Reply in Support of Claim Objection; conference with David Dantzler regarding ███; correspond with Arthur Spector regarding ███ | 3.4 |
| 10/19/10 | JDD | Several conferences with Charles Burnett regarding ███ | 0.5 |
| 10/20/10 | CRB | Draft Reply Brief in support of claim objection in Sentinel Funds case; calculate anticipated distribution under various methodologies; conference with David Dantzler regarding ███; telephone conferences with Greg Hays and Arthur Spector regarding ███; telephone conference with Arthur Spector regarding ███ | 9.2 |
| 10/20/10 | JDD | Several conferences with Charles Burnett regarding ███; e-mail correspondence with Arthur Spector and Charles Burnett | 1.2 |
| 10/21/10 | CRB | Correspond with Receiver Team regarding ███; correspond with Erik Vigen regarding ███; participate in mediation with Jack McLuskey, Michael Josephs, Brett Marks, Jerry Markowitz, and Greg Hays in Sentinel Funds case; correspond with Receiver Team regarding ███ | 3.8 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/15/10  
Invoice Number 1316362  
File No. 033287.000002  
Page 4

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 10/22/10 | CRB | Correspond with Arthur Spector regarding ▓▓▓▓▓▓ ▓▓▓▓▓▓ telephone conference with Arthur Spector regarding same; revise Reply Brief in support of claim objection in Sentinel Funds case | 0.3 |
| 10/25/10 | CRB | Research case law regarding claim objection in Sentinel Funds case; revise Reply Brief in support of objection; correspond with Arthur Spector regarding ▓▓▓ correspond with Arthur Spector regarding ▓▓▓▓ correspond with Steve Beckstoffer regarding ▓▓▓ | 4.5 |
| 10/26/10 | CRB | Revise application for fees incurred in August and September 2010 (.2); correspond with Receiver Team regarding ▓▓▓ (.1); correspond with Arthur Spector regarding ▓▓▓▓▓▓▓▓▓▓▓ conference with David Dantzler regarding ▓▓▓ | 0.9 |
| 10/27/10 | CRB | Correspond with Timothy McCole regarding ▓▓▓▓▓ (.1); correspond with Receiver Team regarding ▓▓▓▓▓; correspond with Steve Beckstoffer regarding ▓▓▓ conference with David Dantzler regarding ▓▓▓ telephone conference with Andy Herron and Jose Ortiz regarding ▓▓▓ | 1.0 |
| 10/29/10 | CRB | Correspond with Receiver Team regarding ▓▓▓▓▓; coordinate filing of same | 0.2 |

Total Hours 60.6

Total Fees 23,628.10

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/10**

| Name | Hours | Amount |
|---|---|---|
| C R Burnett | 38.2 | 10,524.10 |
| J Dantzler | 22.4 | 13,104.00 |

IN ACCOUNT WITH

**T**ROUTMAN **S**ANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/15/10
Invoice Number 1316362
File No. 033287.000002
Page 5

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/10**

| Description | Amount |
|---|---:|
| Airfare Costs | 207.40 |
| Computer Research | 1,497.00 |
| Meals and Entertainment | 6.03 |
| Outside Courier Services | 45.87 |
| Search Costs | 288.64 |
| Taxi/Train/Parking | 57.00 |
| Total: | 2,101.94 |
| Total Fees & Costs: | $25,730.04 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | |
|---|---|
| Hays Financial Consulting, LLC | Invoice Date: 12/11/10 |
| Attn: Mr. S. Gregory Hays | Submitted by: J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial: 404-885-3314 |
| Ste 200 | Invoice No.: 1323194 |
| Atlanta, GA 30326-1420 | File No.: 033287.000002 |

**RE:** Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 11/30/10 | $688.75 |
| Less Adjustments | - $27.55 |
| Total Fees | $661.20 |
| Costs and Expenses Through 11/30/10 | $817.22 |
| **Total Amount of This Invoice** | **$1,478.42** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 12/11/10
Invoice Number 1323194
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 11/01/10 | CRB | Telephone conference with Scott Askue regarding ▊▊▊▊ telephone conference with Steve Beckstoffer regarding ▊▊ correspond with Steve Beckstoffer regarding ▊▊ | 0.4 |
| 11/09/10 | CRB | Telephone conference with Greg Hays regarding ▊▊▊▊▊▊ | 0.2 |
| 11/10/10 | CRB | Telephone conference with Scott Askue regarding ▊▊▊▊ correspond with Steve Beckstoffer regarding ▊▊ | 0.2 |
| 11/11/10 | CRB | Review Arthur Spector's correspondence with Michael Josephs regarding ▊▊ | 0.1 |
| 11/16/10 | CRB | Draft letter to investors regarding ▊▊▊▊; correspond with Receiver Team regarding ▊▊ | 0.9 |
| 11/18/10 | CRB | Telephone conference with Arthur Spector regarding ▊▊▊▊ | 0.1 |
| 11/19/10 | CRB | Telephone conference with Scott Askue regarding ▊▊▊▊; correspond with Steve Beckstoffer regarding ▊▊ | 0.1 |
| 11/23/10 | CRB | Correspond with Receiver Team regarding ▊▊▊▊ (.4) | 0.4 |
| 11/29/10 | CRB | Review Order approving fees incurred in August and September 2010; correspond with Receiver Team regarding ▊▊ (.1, time spent on fee application not billed to Hays Financial Consultants) | 0.1 |

Total Hours 2.5

Total Fees 688.75

**TIMEKEEPER TIME SUMMARY THROUGH 11/30/10**

| Name | Hours | Amount |
|---|---|---|
| C R Burnett | 2.5 | 688.75 |

IN ACCOUNT WITH

**T**ROUTMAN **S**ANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 12/11/10
Invoice Number 1323194
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FOR COSTS AND EXPENSES INCURRED THROUGH 11/30/10**

| Description | Amount |
|---|---|
| Computer Research | 817.22 |
| Total: | 817.22 |
| Total Fees & Costs: | $1,505.97 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Hays Financial Consulting, LLC | Invoice Date | 01/18/11 |
| Attn: Mr. S. Gregory Hays | Submitted by | J Dantzler |
| 3343 Peachtree Rd NE | Direct Dial | 404-885-3314 |
| Ste 200 | Invoice No. | 1327325 |
| Atlanta, GA 30326-1420 | File No. | 033287.000002 |

**RE:** Receiver For Horizon Establishment Et al. - Sec Receivership

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/10 | $8,243.90 |
| Costs and Expenses Through 12/31/10 | $1,016.55 |
| **Total Amount of This Invoice** | **$9,260.45** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 01/18/11
Invoice Number 1327325
File No. 033287.000002
Page 2

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10**

| Date | Init | Description of Work Performed | Hours |
|---|---|---|---|
| 12/01/10 | CRB | Correspond with Arthur Spector regarding ▮▮▮▮▮ conference with David Dantzler regarding ▮▮▮ | 0.1 |
| 12/03/10 | CRB | Correspond with Receiver Team regarding ▮▮▮▮▮ conference with David Dantzler regarding ▮▮▮ | 0.3 |
| 12/05/10 | CRB | Correspond with Receiver Team and Arthur Spector regarding ▮▮▮▮▮ | 0.5 |
| 12/06/10 | CRB | Correspond with Arthur Spector regarding ▮▮▮▮▮; prepare for hearing in Sentinel Funds bankruptcy case | 1.5 |
| 12/06/10 | JDD | Several conferences with Charles Burnett regarding ▮▮▮▮▮ e-mail correspondence with Arthur Spector regarding ▮▮▮ | 0.5 |
| 12/07/10 | CRB | Correspond with Arthur Spector regarding ▮▮▮▮▮; correspond with Steve Beckstoffer regarding ▮▮▮▮▮; prepare for hearing in Sentinel Funds bankruptcy case; conference with David Dantzler regarding ▮▮▮ | 1.5 |
| 12/08/10 | CRB | Prepare for hearing in Sentinel Funds bankruptcy case; research regarding recent in pari delicto decisions in Florida | 8.1 |
| 12/09/10 | CRB | Conference with Greg Hays ▮▮▮▮▮; conference with Greg Hays, Arthur Spector, Andy Herron, and Jose Ortiz ▮▮▮▮▮; return to Atlanta | 15.0 |
| 12/10/10 | CRB | Telephone conference with Scott Askue regarding ▮▮▮▮▮ | 0.6 |
| 12/13/10 | JDD | Conference with Charles Burnett regarding ▮▮▮▮▮; conference with Charles Burnett regarding ▮▮▮ | 0.5 |
| 12/21/10 | CRB | Telephone conference with Rhonda Blair regarding ▮▮▮▮▮ correspond with David Dantzler regarding ▮▮▮ | 0.2 |

Total Hours  28.8

Total Fees  8,243.90

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 01/18/11
Invoice Number 1327325
File No. 033287.000002
Page 3

Hays Financial Consulting, LLC

Receiver/Horizon Establishment Et al.

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/10**

| Name | Hours | Amount |
|---|---|---|
| C R Burnett | 27.8 | 7,658.90 |
| J Dantzler | 1.0 | 585.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/10**

| Description | Amount |
|---|---|
| Airfare Costs | 472.40 |
| Copies - Court/Governmental Entities | 45.00 |
| Hotel | 223.27 |
| Meals and Entertainment | 218.88 |
| Taxi/Train/Parking | 57.00 |
| Total: | 1,016.55 |

Total Fees & Costs: $9,260.45