# EXHIBIT D



Federal ID #75-2459334

S. Gregory Hays  
Special Counsel for Greg Hays  
Hays Financial Consulting, LLC  
3343 Peachtree Road, Suite 750  
Atlanta  GA  30326  

Page: 1  
10/31/2010  
Client No:    911-0150M  
Invoice No:       102841  

Travis E. Correll, et al.

**ITEMIZED SERVICES BILL**

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 10/01/2010 | CBW | Review of correspondence from SA regarding ▓ (0.3); draft correspondence to SA regarding ▓ (0.5); review, analysis and reply to letter with attachments regarding ▓ (0.6); review and respond to correspondence from Atty Gibson and from SA (0.4); follow up correspondence with SA regarding ▓ (0.3); | | 2.10 | 735.00 |
| 10/04/2010 | CBW | Review and forward correspondence from Pettiway regarding ▓, and reply to same (0.7); correspondence to SA regarding ▓ (0.4); review of follow up correspondence regarding ▓ (0.3); review of ▓ for Browne and forward to SA (0.7); work on post judgment discovery and subpoena (0.8); correspondence to SA and TM regarding ▓ (0.5); correspond with SA regarding ▓ (0.3); draft correspondence to Atty. Baker regarding ▓ (0.5); | | 3.90 | 1,365.00 |
| 10/05/2010 | CBW | Review and reply to correspondence regarding ▓ (0.6); revise post judgment discovery and draft correspondence to opposing counsel regarding ▓ (0.9); telephone conference with RSF regarding ▓ (0.2); correspond with Perkins regarding ▓ (0.3); follow up correspondence regarding ▓ (0.3); | | 2.30 | 805.00 |
| 10/06/2010 | CBW | Conference call with Carl Pipoly, Lee Perkins, Sara Dysart, et. al. regarding ▓ (0.9); correspondence to Atty Pipoly and Lee Perkins regarding ▓ (0.4); telephone conference with SA regarding ▓ (0.5); correspondence to RSF regarding ▓ (0.3); begin review and analysis of JOA and Lease (0.7); telephone conference with Atty Gibson (0.4); | | 3.20 | 1,120.00 |
| 10/07/2010 | CBW | Correspond with Atty Gibson regarding ▓ (0.3); review and analysis of JOA, lease and farm out (0.9); correspondence to Atty Pipoly regarding ▓ (0.4); telephone conference with Atty Pipoly regarding ▓ (0.5); draft correspondence to Atty Gibson ▓ (0.9); correspondence and telephone conference with RSF regarding ▓ (0.4); correspondence to SA regarding | | | |

Bryan Tower  2001 Bryan St., Suite 1800  Dallas, TX 75201  |  ph. 214.871.2100   fx. 214.871.2111   www.qsclpc.com

A PROFESSIONAL CORPORATION  |  ATTORNEYS AND COUNSELORS

Special Counsel for Greg Hays

Travis E. Correll, et al.

Page: 2
10/31/2010
Client No: 911-0150M
Invoice No: 102841

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  | ▓▓▓ (0.5); ▓▓▓ correspondence to Gibson (0.4); |  | 4.30 | 1,505.00 |
| 10/08/2010 | CBW | Telephone conference with process server regarding ▓▓▓ (0.3); further review and analysis of Joint Operating Agreement (0.5); |  | 0.80 | 280.00 |
| 10/11/2010 | CBW | Research regarding additional purchasers for Thompson interest (0.5); telephone conference with RSF regarding ▓▓▓ (0.3); correspondence to SEC counsel and client regarding ▓▓▓ (0.5); correspond with Atty Pipoly regarding ▓▓▓ (0.5); |  | 1.80 | 630.00 |
| 10/13/2010 | CBW | Correspondence regarding ▓▓▓ and telephone conference with RSF regarding ▓▓▓ (0.6); follow up telephone conference with RSF regarding ▓▓▓ (0.3); correspondence to investigator regarding ▓▓▓ (0.5); |  | 1.40 | 490.00 |
| 10/14/2010 | CBW | Correspond with RSF regarding ▓▓▓ |  | 0.50 | 175.00 |
| 10/15/2010 | CBW | Telephone conference with RSF regarding status of Johnson; |  | 0.30 | 105.00 |
| 10/18/2010 | CBW | Correspond with SA regarding ▓▓▓ (0.4); correspond to Atty Pipoly regarding ▓▓▓ (0.4); correspond with Stan Perkins and ▓▓▓ (0.5); ▓▓▓ to client ▓▓▓ (0.4); telephone conference with RSF regarding ▓▓▓ (0.3); |  | 2.00 | 700.00 |
| 10/20/2010 | CBW | Review of correspondence from Atty Pipoly regarding ▓▓▓ |  | 0.40 | 140.00 |
| 10/27/2010 | CBW | Review and analysis of correspondence from Johnson and RSF regarding ▓▓▓ (0.4); reply correspondence to RSF and TM regarding ▓▓▓ (0.4); telephone conference with RSF regarding ▓▓▓ (0.3); |  | 1.10 | 385.00 |
| 10/29/2010 | CBW | Telephone conference with RSF regarding ▓▓▓ ▓▓▓ |  | 0.40 | 140.00 |
|  |  | For Current Services Rendered |  | 24.50 | 8,575.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Clark B. Will | 24.50 | $350.00 | $8,575.00 |

| | |
|---|---|
| Express Mail Service | 15.85 |
| Paid to Dallas County Clerk for recordation fee for abstract of judgment for Dwight Johnson | 16.00 |
| Photocopies | 26.60 |
| Postage | 15.42 |

| | |
|---|---:|
| Pacer Service | 2.48 |
| Total Expenses Thru 10/31/2010 | 76.35 |
| Total Current Work | 8,651.35 |
| Balance Due | $8,651.35 |



Tax ID: 75-2459334

S. Gregory Hays  
Special Counsel for Greg Hays  
Hays Financial Consulting, LLC  
3343 Peachtree Road, Suite 750  
Atlanta  GA  30326

Page: 1  
11/30/2010  
Client No:    911-0150M  
Invoice No:      104320

Travis E. Correll, et al.

**ITEMIZED SERVICES BILL**

| Date | | Description | Hours | |
|---|---|---|---|---|
| 11/01/2010 | CBW | Telephone conference with RSF regarding ▇▇▇▇▇▇▇▇▇▇ | 0.40 | 140.00 |
| 11/03/2010 | CBW | Correspond with SA regarding ▇▇▇▇▇▇ (0.4); telephone conference with RSF regarding ▇▇▇▇▇ (0.3); correspondence to all regarding ▇▇▇▇▇ (0.5); | 1.20 | 420.00 |
| 11/04/2010 | CBW | Correspond with SA regarding ▇▇▇▇▇ (0.5); correspondence to RSF regarding ▇▇▇▇▇ (0.4); | 0.90 | 315.00 |
| 11/05/2010 | CBW | Review of correspondence from operator of Browne wells (0.4); correspond with RSF regarding ▇▇▇▇▇ (0.4); correspondence to SA regarding ▇▇▇▇▇ (0.5); telephone conference with Atty Hart regarding ▇▇▇▇▇ (0.3); telephone conference with RSF regarding Hart (0.3); | 1.90 | 665.00 |
| 11/08/2010 | CBW | Correspond with RSF regarding ▇▇▇▇▇ (0.4); correspondence to McCole and SA regarding ▇▇▇▇▇ (0.5); | 0.90 | 315.00 |
| 11/09/2010 | CBW | Review of correspondence from SA and TM and respond to same; | 0.60 | 210.00 |
| 11/10/2010 | CBW | Telephone conference with RSF regarding ▇▇ and correspond with McCole regarding ▇▇ | 0.60 | 210.00 |
| 11/11/2010 | CBW | Telephone conference with RSF regarding ▇▇▇ (0.4); follow up telephone conference with RSF regarding ▇▇ (0.3); telephone conference with RSF regarding ▇▇▇ (0.3); | 1.00 | 350.00 |
| 11/15/2010 | CBW | Meeting with Terry Hart, RSF and Lauren Brown regarding ▇▇▇ (1.0); correspondence to Terry Hart regarding ▇▇▇ (0.6); correspondence to Tim McCole and S.A. regarding ▇▇▇ (0.6); | 2.20 | 770.00 |
| 11/16/2010 | CBW | Telephone conference with court coordinator regarding ▇▇ research of orders, and ▇▇ telephone conference with court personnel (0.5); review of proposed order and telephone conference with court coordinator, and correspondence to Charles Burnett and Scott Askue regarding ▇▇ (0.9); ▇▇ correspondence with TM and court (0.3); correspond with Tim | | |

```
                                                              Page: 2
     Special Counsel for Greg Hays                            11/30/2010
                                                Client No:    911-0150M
                                                Invoice No:      104320
     Travis E. Correll, et al.
```

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  | McCole regarding ████████████████ (0.4); review of █████████ █ and forward to Atty Hart (0.6); ███ correspondence regarding Mr. Fee (0.3); | | 3.00 | 1,050.00 |
| 11/17/2010 | CBW | Telephone conference with CB regarding ██████████████████████████ (0.4); correspond with SA regarding ███ (0.3); telephone conference with Gary Ploetz, IRS investigator regarding █████ (0.3); review and forward correspondence with comment to court administrator regarding ████████ (0.5); follow up correspondence with SA and with court (0.4); | | 1.90 | 665.00 |
| 11/19/2010 | CBW | Telephone conference with Lee Perkins regarding lawsuit (0.3); telephone call to Scott Askue regarding settlement (0.5); correspondence to Atty. Gibson regarding ██████████ ████████ (0.5); | | 1.30 | 455.00 |
| 11/22/2010 | CBW | Correspond with SA regarding ████████ ████████ | | 0.40 | 140.00 |
| 11/29/2010 | CBW | Telephone conference with Terry Hart regarding ████ and correspondence to RSF regarding ████ | | 0.70 | 245.00 |
|  |  | For Current Services Rendered | | 17.00 | 5,950.00 |

### Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Clark B. Will | 17.00 | $350.00 | $5,950.00 |

| | |
|---|---|
| Photocopies | 4.60 |
| Postage | 1.56 |
| Total Expenses Thru 11/30/2010 | 6.16 |
| Total Current Work | 5,956.16 |
| Balance Due | $5,956.16 |



Tax ID: 75-2459334

S. Gregory Hays
Special Counsel for Greg Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, Suite 750
Atlanta  GA  30326

Page: 1
12/31/2010
Client No:     911-0150M
Invoice No:      106099

Travis E. Correll, et al.

**ITEMIZED SERVICES BILL**

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 12/06/2010 | CBW | Correspond with Atty Hart regarding ▓▓▓ and correspond and telephone conference with RSF regardinng ▓▓▓ (0.7); correspondence from SA regarding ▓▓▓ (0.5); telephone conference with RFS regarding ▓▓▓ (0.3); draft letter to Atty Hart regarding ▓▓▓ (0.5); review of representation agreement and correspondence from Pipoly's office (0.4); review of Joint Interest Bills, LOE's and revenue statement for November on Browne Leases and correspondence to SA regarding ▓▓▓ (0.7); | | 3.10 | 1,085.00 |
| 12/08/2010 | CBW | Correspond with SA regarding ▓▓▓ | | 0.50 | 175.00 |
| 12/09/2010 | CBW | Review of correspondence from Perkins regarding ▓▓▓ (0.3); forward ▓▓▓ to client ▓▓▓ (0.3); ▓▓▓ correspondence with Perkins (0.3); ▓▓▓ correspondence with client (0.3); | | 1.20 | 420.00 |
| 12/13/2010 | CBW | Review of correspondence from Atty. Hart regarding ▓▓▓ (0.4); reply to letter (0.5); telephone conference with Atty. Hart and ▓▓▓ e-mail to him and client (0.6); | | 1.50 | 525.00 |
| 12/14/2010 | CBW | Review and reply to correspondence from Terrence Hart regarding ▓▓▓; | | 0.50 | 175.00 |
| 12/20/2010 | CBW | Telephone conference with RSF regarding ▓▓▓ (0.3); initial review of documents received from Dwight Johnson (0.7); telephone conference with Carl Pipoly regarding ▓▓▓ (0.4); | | 1.40 | 490.00 |
| 12/21/2010 | CBW | Continue review of Johnson docs and telephone conference with RSF regarding ▓▓▓ | | 0.50 | 175.00 |
| 12/22/2010 | CBW | Draft correspondence to Atty. Hart regarding ▓▓▓ (0.5); review and analysis of counterclaim (0.5); further review of counterclaim (0.6); correspondence to SA regarding ▓▓▓ (0.6); | | 2.20 | 770.00 |
| 12/27/2010 | CBW | Further analysis of Browne lawsuit (0.6); correspondence to Thompson's counsel ▓▓▓ (0.5); forward ▓▓▓ to SA (0.5); correspondence with Atty Gibson (0.3); | | 1.90 | 665.00 |
| 12/28/2010 | CBW | Telephone conference with RSF regarding ▓▓▓ | | | |

Page: 2
12/31/2010
Client No: 911-0150M
Invoice No: 106099

Special Counsel for Greg Hays

Travis E. Correll, et al.

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | (0.3); correspond with Atty. Gibson regarding ▓▓▓ (0.4); review and reply to correspondence from client regarding ▓▓▓ (0.4); |  | 1.10 | 385.00 |
| 12/29/2010 | CBW | Telephone conference with Terry Hart regarding ▓▓▓ | 0.30 | 105.00 |
|  |  | For Current Services Rendered | 14.20 | 4,970.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Clark B. Will | 14.20 | $350.00 | $4,970.00 |

| | |
|---|---|
| Long-Distance Telephone | 3.48 |
| Paid to Invenuts for outside photocopy services/Invoice No. DAL3069 | 27.93 |
| Total Expenses Thru 12/31/2010 | 31.41 |
| Total Current Work | 5,001.41 |
| Balance Due | $5,001.41 |