# EXHIBIT E

# Freeman Resource Group, L.L.C

License # A-16666

14232 Marsh Ln., Ste. 419  
Addison, TX 75001  
Phone #   817-688-6186  
Fax #     888-528-2654  

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2010 | 6588 |
| TIN #27-1155474 ||

**Bill To**

Quilling, Selander, Cummiskey & Lownds  
2001 BRYAN ST. SUITE 1800  
DALLAS, TX 75201  
RE: SEC v CORRELL and TNT OFFICE SUPPLY  
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
|  | Due on receipt |  |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 11/2/2010 | PROFESSIONAL SERVICES | Investigator 430 Service on D. Johnson. | 1 | 125.00 | 125.00 |
| 11/15/2010 | PROFESSIONAL SERVICES | Investigator 430 Research on D. Johnson. | 2.5 | 100.00 | 250.00 |

PLEASE MAKE CHECKS PAYABLE TO:  
Freeman Resource Group LLC  
Balance due in full upon receipt to:  
14232 Marsh Ln., Ste. 419  
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | $375.00 |
| **Sales Tax** | $0.00 |
| **Total** | $375.00 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $375.00 |

# Freeman Resource Group, L.L.C

License # A-16666

14232 Marsh Ln., Ste. 419
Addison, TX 75001
Phone #   817-688-6186
Fax #   888-528-2654

rfreeman@brayandfreeman.com

# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2010 | 6589 |
| TIN #27-1155474 | |

**Bill To**

Quilling, Selander, Cummiskey & Lownds
2001 BRYAN ST. SUITE 1800
DALLAS, TX 75201
RE: SEC v CORRELL and TNT OFFICE SUPPLY
ATTN: CLARK WILL

| Client Matter# | Terms | Case# |
|---|---|---|
| | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | Qty/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 12/21/2010 | PROFESSIONAL SERVICES | Investigator 430 Review of Johnson production. | 3.75 | 100.00 | 375.00 |

PLEASE MAKE CHECKS PAYABLE TO:
Freeman Resource Group LLC
Balance due in full upon receipt to:
14232 Marsh Ln., Ste. 419
Addison, TX 75001

| | |
|---|---|
| **Subtotal** | $375.00 |
| **Sales Tax** | $0.00 |
| **Total** | $375.00 |
| **Retainer Applied** | $0.00 |
| **Balance Due** | $375.00 |