# EXHIBIT F

**BERGER SINGERMAN, PA**
ATTORNEYS AT LAW
350 E. LAS OLAS BLVD SUITE 1000
FT LAUDERDALE FL 33301
(954) 525-9900 FAX: (954) 523-2872
FID # 59-2725802

S. GREGORY HAYS  
C/O CHARLES R. BURNETT  
TROUTMAN SANDERS, LLP  
600 PEACHTREE STREET, NE, STE 2500  
ATLANTA, GA 30308

INVOICE DATE: 11/4/2010  
INVOICE NO. 89152

SEC RECEIVERSHIP OF TRAVIS CORRELL IN THE CH 7 CASE OF

MATTER ID: 15744-0001

**PROFESSIONAL FEES RENDERED THROUGH: 10/31/2010**     HOURS

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/1/2010 | AJS | TELEPHONE CONFERENCE WITH A. HERRON (0.3); TELEPHONE CONFERENCE WITH D. DANTZLER (0.4); REVIEW AFFIDAVIT BY ▮▮▮▮ REGARDING CLAIM OBJECTION; REVIEW RESPONSE OF LECKY & NOVOTNY TO HAYS' MOTION TO DQ JOSEPHS JACK (0.3); REVIEW CORRESPONDENCE FROM S. KAISER REGARDING ▮▮▮▮▮▮ (0.1). | 1.10 |
| 10/5/2010 | AJS | PREPARE FOR AND ATTEND HEARING ON MOTION TO DQ JOSEPHS JACK. | 6.80 |
| 10/6/2010 | AJS | TELEPHONE CONFERENCE WITH D. DANTZLER; REVIEW CORRESPONDENCE FROM C. BURNETT ▮▮▮▮▮▮; TELEPHONE CONFERENCE WITH B. MARKS; TELEPHONE CALL TO AND 2 TELEPHONE CONFERENCES WITH J. MARKOWITZ REGARDING ▮▮▮▮ REVIEW ILLINOIS SCHOOL DISTRICT AGENCY V. PACIFIC INSURANCE COMPANY LIMITED, 571 F3D 611 (7TH CIR. 2009) AND PREPARE CORRESPONDENCE TO J. ORTIZ AND C. BURNETT ▮▮▮▮. | 1.60 |
| 10/7/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH D. DANTZLER REGARDING ▮▮▮▮ AND TELEPHONE CONFERENCE WITH J. ORTIZ REGARDING ▮▮▮▮. | 0.20 |
| 10/12/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH J. MARKOWITZ REGARDING ▮▮▮▮. | 0.10 |
| 10/13/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH J. MARKOWITZ; REVIEW METHODOLOGY FROM B. MARKS; EXCHANGE E-MAIL CORRESPONDENCE WITH D. DANTZLER; TELEPHONE CONFERENCE WITH B. MARKS; REVIEW CORRESPONDENCE FROM A. HERRON REGARDING ▮▮▮▮ EXCHANGE E-MAIL CORRESPONDENCE WITH BSPA LAWYERS REGARDING ▮▮▮▮ | 0.90 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/15/2010 | AJS | REVIEW CORRESPONDENCE FROM C. BURNETT REGARDING ▓▓▓▓▓; REVIEW REPORT; TELEPHONE CALL TO B. MARKS REGARDING ▓▓▓ | 0.10 |
| 10/18/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT REGARDING ▓▓▓▓▓ | 0.10 |
| 10/19/2010 | AJS | REVIEW CORRESPONDENCE FROM D. DANTZLER; EXCHANGE E-MAIL CORRESPONDENCE WITH AND TELEPHONE CONFERENCE WITH C. BURNETT; EXCHANGE E-MAIL CORRESPONDENCE WITH A. HERRON; TELEPHONE CALL TO AND TELEPHONE CONFERENCE WITH J. MARKOWITZ; TELEPHONE CONFERENCE WITH B. MARKS. | 0.60 |
| 10/20/2010 | AJS | TELEPHONE CALL FROM, EXCHANGE E-MAIL CORRESPONDENCE WITH AND 2 TELEPHONE CONFERENCE WITH C. BURNETT REGARDING ▓▓▓▓▓ REVIEW CHARTS; EXCHANGE E-MAIL CORRESPONDENCE WITH D. DANTZLER; TELEPHONE CALL TO AND PREPARE CORRESPONDENCE TO J. MARKOWITZ; TELEPHONE CONFERENCE WITH B. MARKS; READ 2 CASES SENT BY C. BURNETT; EXCHANGE E-MAIL CORRESPONDENCE WITH MEDIATION PARTIES. | 1.80 |
| 10/21/2010 | AJS | REVIEW AND REVISE DRAFT OF REPLY BRIEF; TELEPHONE CONFERENCE WITH C. BURNETT PRE-MEDIATION; TELEPHONIC MEDIATION; REVIEW CORRESPONDENCE FROM A. HERRON. | 2.40 |
| 10/21/2010 | AJS | REVIEW CORRESPONDENCE FROM C. BURNETT REGARDING ▓▓▓▓▓ TELEPHONE CALL TO J. MCLUSKEY; TELEPHONE CALL TO M. JOSEPHS; TELEPHONE CALL TO J. MARKOWITZ; TELEPHONE CALL TO B. MARKS TO COMMUNICATE ▓▓▓ | 0.20 |
| 10/22/2010 | AJS | TELEPHONE CALL TO AND TELEPHONE CONFERENCE WITH J. MARKOWITZ; TELEPHONE CALL TO B. MARKS; EXCHANGE E-MAIL CORRESPONDENCE WITH M. JOSPEHS AND PREPARE CORRESPONDENCE TO J. MCLUSKEY; TELEPHONE CONFERENCE WITH C. BURNETT; EXCHANGE E-MAIL CORRESPONDENCE WITH AND TELEPHONE CONFERENCE WITH A. HERRON; SECOND TELEPHONE CONFERENCE WITH J. MARKOWITZ; TELEPHONE CONFERENCE WITH J. MCLUSKEY. | 1.00 |
| 10/25/2010 | AJS | TELEPHONE CONFERENCE WITH AND EXCHANGE | 1.60 |

| | | | |
|---|---|---|---|
| | | E-MAIL CORRESPONDENCE WITH C. BURNETT; TELEPHONE CONFERENCE WITH J. MCLUSKEY; TELEPHONE CONFERENCE WITH A. HERRON; PREPARE CORRESPONDENCE TO, TELEPHONE CALL TO AND TELEPHONE CONFERENCE WITH B. MARKS REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; REVIEW AND REVISE RECEIVER'S REPLY BRIEF AND REVIEW ATTACHMENTS; CONSULT WITH PARALEGAL FOR ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 10/26/2010 | AJS | REVIEW CANCELLARA AND REININGHAUS REPLY BRIEF AND EXHIBITS; TELEPHONE CALL TO AND EXCHANGE E-MAIL CORRESPONDENCE WITH C. ROMERO, B. MARKS, REVIEW ORDER GRANTING CONTINUANCE. | 1.10 |
| 10/27/2010 | AJS | TELEPHONE CALL FROM AND TELEPHONE CALL TO C. BURNETT; TELEPHONE CALL FROM, TELEPHONE CALL TO AND TELEPHONE CONFERENCE WITH J. MARKOWITZ REGARDING ACCCELERATING SETTLEMENT. | 0.50 |
| 10/28/2010 | AJS | REVIEW IN MOUZON ENTERS, 610 F.3D 1329 (11TH CIR. 2010) REGARDING LAW OF THE CASE ISSUE ON SUBISSUE OF WHETHER AN ORDER RESOLVING A CLAIM OBJECTION BY CONSENT IS "CONTESTED"; PREPARE CORRESPONDENCE TO A. HERRON, J. ORTIZ AND C. BURNETT REGARDING ▮▮▮▮ TELEPHONE CONFERENCE WITH J. ORTIZ AND REVIEW CORRESPONDENCE FROM A. HERRON REGARDING ▮▮▮ | 0.50 |

SUB-TOTAL FEES: 20.60     10,815.00

**RATE SUMMARY**

ARTHUR J. SPECTOR         20.60 HOURS    525.00/HR        10,815.00
                  TOTAL   20.60

**EXPENSES**

| | | |
|---|---|---|
| | LONG DISTANCE TELEPHONE | 13.00 |
| | REPRODUCTION | 16.95 |
| 9/1/2010 | WESTLAW RESEARCH. | 17.97 |
| 9/13/2010 | WESTLAW RESEARCH. | 15.68 |
| 9/30/2010 | PACER / COMPUTER SEARCH OF COURT FILE. | 0.72 |
| 9/30/2010 | PACER / COMPUTER SEARCH OF COURT FILE. | 23.92 |
| 10/5/2010 | 10/5 15744-0001MILEAGE TO FTL OFFICE FROM BOCA. | 25.30 |

| Date | Description | Amount |
|---|---|---|
| 10/5/2010 | 10/5 15744-0001 WORKING LUNCH AT CJ'S W/ D.DANTZLER. | 18.43 |

|  |  |
|---|---|
| SUB-TOTAL | 131.97 |
| TOTAL CURRENT BILLING: | 10,946.97 |
| PREVIOUS BALANCE DUE: | 22,884.36 |
| CREDITS/PAYMENTS | 0.00 |
| **TOTAL NOW DUE:** | **33,831.33** |

PAYMENT DUE UPON RECEIPT. PLEASE NOTE ACCOUNT NUMBER ON CHECK.

**BERGER SINGERMAN, PA**
ATTORNEYS AT LAW
350 E. LAS OLAS BLVD SUITE 1000
FT LAUDERDALE FL  33301
(954) 525-9900  FAX: (954) 523-2872
FID # 59-2725802

S. GREGORY HAYS  INVOICE DATE: 12/2/2010
C/O CHARLES R. BURNETT  INVOICE NO. 90345
TROUTMAN SANDERS, LLP
600 PEACHTREE STREET, NE, STE 2500
ATLANTA, GA 30308

SEC RECEIVERSHIP OF TRAVIS CORRELL IN THE CH 7 CASE OF  MATTER ID: 15744-0001

**PROFESSIONAL FEES RENDERED THROUGH: 11/30/2010**        HOURS

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/2/2010 | AJS | 2 TELEPHONE CONFERENCES WITH J. MARKOWITZ REGARDING STATUS OF SETTLEMENT PROPOSAL; EXCHANGE E-MAIL CORRESPONDENCE WITH AND TELEPHONE CONFERENCE WITH C. BURNETT REGARDING SAME. | 0.40 | |
| 11/4/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH J. MCLUSKEY AND M. JOSEPHS. | 0.10 | |
| 11/10/2010 | AJS | TELEPHONE CALL TO M. JOSEPHS; TELEPHONE CALL WITH J. MCLUSKEY; EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT. | 0.10 | |
| 11/11/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH M. JOSEPHS; TELEPHONE CONFERENCE WITH B. MARKS. | 0.20 | |
| 11/18/2010 | AJS | TELEPHONE CONFERENCE WITH A. HERRON AND J. ORTIZ; EXCHANGE EMAIL COMMUNICATIONS AND TELEPHONE CONFERENCE WITH C. BURNETT. | 0.20 | |
| 11/30/2010 | AJS | TELEPHONE CALL TO J. MCLUSKEY. | 0.10 | |
| | | SUB-TOTAL FEES: | 1.10 | 577.50 |

**RATE SUMMARY**

| | | | |
|---|---|---|---|
| ARTHUR J. SPECTOR | 1.10 HOURS | 525.00/HR | 577.50 |
| TOTAL | 1.10 | | |

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| | LONG DISTANCE TELEPHONE | 4.00 |
| 10/21/2010 | COURIER SERVICES. | 28.95 |
| 10/21/2010 | COURIER SERVICES. | 76.99 |
| 10/28/2010 | WESTLAW  RESEARCH. | 5.06 |
| 10/31/2010 | PACER / COMPUTER SEARCH OF COURT FILE. | 0.72 |

| | |
|---|---:|
| SUB-TOTAL | 115.72 |
| | |
| TOTAL CURRENT BILLING: | 693.22 |
| PREVIOUS BALANCE DUE: | 33,831.33 |
| CREDITS/PAYMENTS | 0.00 |
| **TOTAL NOW DUE:** | **34,524.55** |

PAYMENT DUE UPON RECEIPT.  PLEASE NOTE ACCOUNT NUMBER ON CHECK.

**BERGER SINGERMAN, PA**
ATTORNEYS AT LAW
350 E. LAS OLAS BLVD SUITE 1000
FT LAUDERDALE FL 33301
(954) 525-9900 FAX: (954) 523-2872
FID # 59-2725802

| | |
|---|---|
| S. GREGORY HAYS<br>C/O CHARLES R. BURNETT<br>TROUTMAN SANDERS, LLP<br>600 PEACHTREE STREET, NE, STE 2500<br>ATLANTA, GA 30308 | INVOICE DATE: 1/4/2011<br>INVOICE NO. 91784 |
| SEC RECEIVERSHIP OF TRAVIS CORRELL IN THE CH 7 CASE OF | MATTER ID: 15744-0001 |

**PROFESSIONAL FEES RENDERED THROUGH: 12/31/2010**  HOURS

| | | | |
|---|---|---|---|
| 12/1/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH J. MCLUSKEY; REVIEW CORRESPONDENCE FROM C. BURNETT, J. MARKOWITZ. | 0.10 |
| 12/3/2010 | AJS | TELEPHONE CALL FROM, TELEPHONE CONFERENCE WITH M. JOSEPHS REGARDING NOVOTNY; TELEPHONE CALL TO AND TELEPHONE CONFERENCE WITH C. BURNETT; SECOND TELEPHONE CONFERENCE WITH M. JOSEPHS; REVIEW CORRESPONDENCE FROM D. DANTZLER; FURTHER EXCHANGE E-MAIL CORRESPONDENCE WITH M. JOSEPHS REGARDING SETTLEMENT. | 0.50 |
| 12/6/2010 | AJS | REVIEW WEEKEND E-MAILS; RESPOND; PREPARE CORRESPONDENCE TO B. MARKS AND J. MARKOWITZ; OFFICE CONFERENCE WITH B. MARKS (INCLUDING TELEPHONE CONFERENCE WITH J. MCLUSKEY); REVIEW 2 ORDERS BY J. OLSON REGARDING DQ MOTIONS; TELEPHONE CONFERENCE WITH C. BURNETT; TELEPHONE CONFERENCE WITH J. MCLUSKEY; EXCHANGE E-MAIL CORRESPONDENCE WITH AND TELEPHONE CONFERENCE WITH J. MARKOWITZ. | 1.90 |
| 12/7/2010 | AJS | REVIEW AND REVISE REPLY BRIEF; VARIOUS TELEPHONE CALLS C. CRUZ REGARDING FILING IT UNDER SEAL; VARIOUS TELEPHONE CALLS AND EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT; TELEPHONE CALL TO J. MCLUSKEY; TELEPHONE CONFERENCE WITH M. JOSEPHS. | 1.50 |
| 12/7/2010 | AJS | REVIEW RECENT MIDDLE DISTRICT OF FLORIDA BANKRUPTCY CASE ON JUDICIAL ESTOPPEL. | 0.40 |
| 12/8/2010 | AJS | EXCHANGE E-MAIL CORRESPONDENCE WITH J. MCLUSKEY; EXCHANGE E-MAIL CORRESPONDENCE WITH M. JOSEPHS; EXCHANGE E-MAIL CORRESPONDENCE WITH J. MARKOWITZ; EXCHANGE E-MAIL CORRESPONDENCE WITH C. BURNETT. | 0.60 |

| | | | | |
|---|---|---|---|---|
| 12/9/2010 | AJS | PREPARE FOR AND ATTEND HEARING ON CLAIMS OBJECTIONS. | 8.00 | |
| | | SUB-TOTAL FEES: | 13.00 | 6,825.00 |

**RATE SUMMARY**

| | | | | |
|---|---|---|---|---|
| ARTHUR J. SPECTOR | | 13.00 HOURS | 525.00/HR | 6,825.00 |
| | TOTAL | 13.00 | | |

**EXPENSES**

| | | |
|---|---|---|
| | REPRODUCTION | 200.25 |
| | LONG DISTANCE TELEPHONE | 4.00 |
| 12/9/2010 | 12/9 15744-0001 MILEGAE & TOLLS FROM BOCA OFFICE TO FTL OFFICE FOR COURT HEARING ON HAYS. | 27.39 |
| | SUB-TOTAL | 231.64 |

**PAYMENTS**

| | | | |
|---|---|---|---|
| 12/6/2010 | PAYMENT | PYMT CHK # 10422 FRM S GREGORY HAYS | 22,884.36 |
| | | SUB-TOTAL | 22,884.36 |

| | |
|---|---|
| TOTAL CURRENT BILLING: | 7,056.64 |
| PREVIOUS BALANCE DUE: | 34,524.55 |
| CREDITS/PAYMENTS | 22,884.36 |
| **TOTAL NOW DUE:** | **18,696.83** |

PAYMENT DUE UPON RECEIPT. PLEASE NOTE ACCOUNT NUMBER ON CHECK.